

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JB:JL:sw
F. #2007R00730
discovery 3

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 11, 2008

All Counsel of Record

    Re:  United States v. Joseph Agate, et al.
          Criminal Docket No. 08 CR 76 (NGG)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendants.

<u>Wiretap Materials</u>

    The materials described below are located at First Choice Copy (Jagg Management). You may obtain these materials by contacting Joe Meisner at (718) 381-1480 x212. Please reference print order number **86025**.

|     | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|-----|----------------------|-------|--------------|
| 128 | Redacted Order Authorizing Installation and Use of Pen Register and Trap and Trace Device dated 5/10/04 | Thomas A. Adams | 718-948-1243<br>718-605-6726<br>718-605-5250<br>718-948-1573<br>917-560-8040<br>917-207-2145 |
| 129 | Redacted Order For Pen Register and Trap and Trace Device and Supporting Documents[1] dated 7/9/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-560-8040<br>917-207-2145 |
| 130 | Redacted Order For Pen Register and Trap and Trace Device and Supporting Documents dated 7/21/04 | Barry A. Cozier | 718-477-5553<br>718-477-9599<br>718-370-0245<br>718-370-0247 |

---

    [1]    Supporting documents consist of Orders to Phone Companies and Application.

|     | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|-----|----------------------|-------|--------------|
| 131 | Redacted Order For Extended and Amended Pen Register and Trap and Trace Devices and Supporting Documents dated 9/7/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-560-8040<br>917-207-2145<br>718-477-5553<br>718-477-9599<br>718-370-0245<br>718-370-0247<br>718-370-0246 |
| 132 | Redacted Eavesdropping Warrant and Supporting Documents[2] dated 10/8/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-207-2145<br>718-477-5553<br>718-477-9599 |
| 133 | Redacted Amended and Extended Eavesdropping Warrant and Supporting Documents dated 11/9/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-207-2145<br>718-477-5553<br>718-477-9599<br>347-231-6349<br>917-416-6778 |
| 134 | Sealing Order, Exhibit, Property Voucher dated 11/10/04 | Daniel F. Luciano | 718-605-6726<br>718-948-1573<br>917-207-2145<br>718-477-5553<br>718-477-9599 |
| 135 | Order Authorizing Installation and Use of Pen Register and Trap and Trace Device dated 12/7/04 | Barry A. Cozier | 201-538-1866 |
| 136 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 12/9/04 | Barry A. Cozier | 732-921-3219 |
| 137 | Extended Eavesdropping Warrant and Supporting Documents dated 12/9/04 | Barry A. Cozier | 718-605-6726<br>917-207-2145<br>718-477-9599<br>347-231-6349<br>917-416-6778 |

---

[2] Supporting documents consist of Orders to Phone Companies, Application and Affidavits In Support.

|     | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
| --- | --- | --- | --- |
| 138 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD04-186 dated 12/9/04 | Barry A. Cozier | 732-921-3219 |
| 139 | Redacted Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD04-185 dated 12/9/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-207-2145<br>718-477-5553<br>718-477-9599<br>347-231-6349<br>917-416-6778 |
| 140 | Redacted Order Authorizing Continued Installation and Use of Pen Registers and Trap and Trace Devices and Order Authorizing Installation and Use of Pen Registers and Trap and Trace Devices dated 1/6/05 | Barry A. Cozier | 718-605-6726<br>917-207-2145<br>917-416-6778<br>917-417-7364<br>917-468-8658<br>347-268-5362<br>646-359-3801<br>718-317-1457 |
| 141 | Redacted Extended and Amended Eavesdropping Warrant and Supporting Documents dated 1/6/05 | Barry A. Cozier | 718-605-6726<br>917-207-2145<br>917-416-6778 |
| 142 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD 05-003 dated 1/6/05 | Barry A. Cozier | 732-921-3219 |
| 143 | Redacted Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD 05-004 dated 1/6/05 | Barry A. Cozier | 718-605-6726<br>917-207-2145<br>718-477-9599<br>347-231-6349<br>917-416-6778 |
| 144 | Redacted Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD 05-018 dated 2/4/05 | Barry A. Cozier | 718-605-6726<br>917-207-2145<br>917-416-6778 |
| 145 | Order Authorizing Installation and Use of Pen Register and Trap and Trace Devices dated 3/8/05 | Gabriel Krausman | 201-538-1866<br>914-755-2631 |

|     | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
| --- | --- | --- | --- |
| 146 | Extension Order Authorizing Continued Installation and Use of Pen Register and Trap and Trace Devices dated 5/5/05 | Barry A. Cozier | 201-538-1866<br>914-755-2631 |
| 147 | Order Authorizing Installation and Use of Pen Register and Trap and Trace Device dated 5/18/05 | Anita Florio | 201-259-4257 |

     Please contact me if you have any questions or requests.

                        Very truly yours,

                        BENTON J. CAMPBELL
                        UNITED STATES ATTORNEY

              By: _____
                    Joey Lipton
                    Assistant U.S. Attorney
                    (718) 254-6125

cc: Clerk of the Court (NGG)