

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

JB:JL:kh
F. #2007R00730
discovery 17

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 12, 2008

Curtis J. Farber, Esq.
350 Broadway, 10th Floor
New York, NY 10013

   Re: United States v. Charles Carneglia
     <u>Criminal Docket No. 08 CR 76 (S-1) (JBW)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendant.

   Enclosed is a copy of the indictment (discovery exhibit #215) and docket sheet (discovery exhibit #216) for the defendant in case number 85 CR 178.

   Please contact me if you have any questions or requests.

          Very truly yours,

          BENTON J. CAMPBELL
          UNITED STATES ATTORNEY

      By:    /s/
        Joey Lipton
        Assistant U.S. Attorney
        (718) 254-6125

cc: Clerk of the Court (JBW)