# EXHIBIT 1

```
                                                                    1

              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK

    - - - - - - - - - - - - - - - X

    UNITED STATES OF AMERICA      :    08-CR-00076 (JBW)

       -against-                       U.S. Courthouse
                                  :
                                       Brooklyn, New York
    FRANK CALI

                   Defendant      :
                                       August 7, 2008
    - - - - - - - - - - - - - - - X    10:30 a.m.


    BEFORE:
            HONORABLE JACK B. WEINSTEIN
            United States District Judge



    APPEARANCES:

    For the Government:     BENTON J. CAMPBELL, ESQUIRE
                            United States Attorney
                            271 Cadman Plaza East
                            Brooklyn, New York 11201
                            BY:  JOEY LIPTON
                                 EVAN NORRIS
                                 Assistant U.S. Attorneys


    For the Defendant:      HARLAN J. PROTASS
                            305 Madison Avenue
                            Suite 1301
                            New York, New York 10165


    Court Reporter:         RONALD E. TOLKIN, RMR
                            Official Court Reporter
                            225 Cadman Plaza East
                            Brooklyn, New York 11201


            Minutes Taken Stenographically.  Transcript Produced
    By Computer Aided Transcription.
```

```
                    U.S.A. v. FRANK CALI                    15
```

1  the conspiracy is a conspiracy.  There are two different
2  matters.
3           So to that extent it isn't double counting.  It is
4  a conspiracy to use a threat, and then it is the use of the
5  threats under the guidelines.  So it is an interesting
6  problem.  It is kind of obtuse, and you may want to take an
7  appeal.
8           But I am not going to give you less than two points
9  under Paragraph 143.  If you can, I can change the sentence
10 that I was going to make, but I am not inclined to do so in
11 this case as I was in the other cases.
12          What else?
13          MR. PROTASS:  Well, there is the one-point
14 enhancement that is in the presentence report for the amount
15 of money at issue here, Your Honor, and --
16          THE COURT:  Well, that, I don't see.  What's --
17 where is the loss?
18          MR. LIPTON:  There is the loss of $13,000 that was
19 paid pursuant to this conspiracy so that -- 
20          THE COURT:  Paid to whom?
21          MR. LIPTON:  This was paid to individuals, Leonard
22 DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --
23 once the cooperating witness, John Doe Number 4, got the
24 rights to dump at the site.
25          THE COURT:  This is the NASCAR?