# New York Lie Detection Laboratories

A Division of Victor C. Kaufman Inc.

17 Battery Place, New York, New York 10004 - Suite 1925 - (212) COrtlandt 7-3838-39

VICTOR C. KAUFMAN, LL.B. LT. N.Y.C.P.D. (RET.)
FORMER COMMANDING OFFICER
BROOKLYN SOUTH HOMICIDE SQUAD
MEMBER AMERICAN POLYGRAPH ASSOCIATION
MEMBER OF POLYGRAPH EXAMINERS OF NEW YORK STATE INC.
MEMBER OF POLYGRAPH EXAMINERS OF NEW JERSEY INC.

BEVERLY H. DRAFFIN
MEMBER AMERICAN POLYGRAPH ASSOCIATION
MEMBER OF POLYGRAPH EXAMINERS OF NEW YORK STATE INC.

## BIOGRAPHICAL SKETCH OF VICTOR C. KAUFMAN

Victor C. Kaufman, founder and Chief Examiner of New York Lie Detection Laboratories, has personally conducted more than 10,000 Polygraph Examinations for business, industries, law enforcement agencies and attorneys since 1958.

He was graduated from St. John's University, Brooklyn, New York in 1939 and received an LLB Degree.

He was a member of the New York City Police Department from June 1941 until April 1964, when he retired with the rank of Lieutenant, (Commander of a Detective Squad).

As Commanding Officer of Brooklyn South Homicide Squad, from 1958 to 1964, he personally investigated approximately 300 homicide cases using the polygraph in many of these investigations.

After retirement, he was an instructor in the Police Science Program at Brooklyn College from 1964 through 1966, lecturing in Law, Investigation, Administration and Interrogation. Mr. Kaufman has lectured at the New York City Police Department Security Conference, held at the New York City Police Academy, to the heads of security of a variety of businesses and major city and national corporations.

Mr. Kaufman is a Charter Member of the American Polygraph Association. He was a member of the Case Review Committee which cooperated with the late Earl Stanley Gardner in the Court of Last Resort. He is a past President of the Polygraph Examiners of New York State, Inc., having served as it's President during the fiscal year 1972-1973. His other professional memberships include, Society of Professional Investigations; National Law Enforcement Associates; Retired Detectives of the City of New York; American Academy for Professional Law Enforcement.

He is a licensed Polygraph Examiner, having received his license from the State of South Carolina in 1973, and Vermont in 1975.

-2-

For the past 15 years, Mr. Kaufman has attended all annual conferences and symposiums sponsored by the American Polygraph Association and the American Academy of Polygraph Examiners with the exception of two. These annual symposiums consist of four day educational-work programs in selected cities throughout the United States. Government, police and private examiners meet to discuss new techniques, up-dated procedures and current innovations. The 1970 Seminar was sponsored by the University of Southern California, Los Angeles; during 1971 De Kalb College was the host in Atlanta, Georgia; in 1972 De Paul College and Northwestern Law School were the co-sponsors in Chicago, Illinois; and Florida University, Division of Criminal Justice, supervised the Seminar in 1973. The 1974 Seminar held in Seattle, Washington was sponsored by the American Polygraph Association. Northwestern Michigan College hosted the 1975 seminar which was held in Traverse City, Michigan. Specific lectures are presented by well known Attorneys, Professors of Law, Doctors of Medicine and Psychiatry, Psychologists, Physiologists, Polygraphists and Military Personnel, and provide the opportunity for group discussion and the exchange of ideas among all members of these participating disciplines.

Victor C. Kaufman is the author of numerous articles published in professional journals and security periodicals, as well as having been the subject of a variety of written profiles concerning his polygraph and police career in leading newspapers and popular monthly magazines.

He has appeared often as a polygraph expert on radio and television discussion programs. On November 30, 1972, Mr. Kaufman qualified as an expert on polygraph in the Eastern District United States Court, Judge Jack Weinstein presiding. He has been qualified as a polygraph expert in other Federal, and State Courts as well as in arbitration proceedings since then.