RB:EN:MMS:sw:sm
F. #2007R00730

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                            08 CR 76 (S-13) (JBW)

CHARLES CARNEGLIA,
    also known as
    "Charlie Canig,"

            Defendant.

- - - - - - - - - - - - - - - - X

## GOVERNMENT'S LIST OF EXHIBITS

                                        BENTON J. CAMPBELL
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

Roger Burlingame
Evan Norris
Marisa Seifan
Assistant U.S. Attorneys
(of counsel)

Below is the list of exhibits the government may introduce in its case-in-chief:

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 1 | Organizational Chart | | |
| 2-1 | Headshot Board | | |
| 2-2 | Headshot Board | | |
| 2a | Ignazio Alogna | | |
| 2b | Thomas Cacciopoli | | |
| 2c-1 | Charles Carneglia | | |
| 2c-2 | Charles Carneglia | | |
| 2d | Thomas Carbonaro | | |
| 2e | John Cavallo | | |
| 2f | Joseph Corozzo | | |
| 2g | Nicholas Corozzo | | |
| 2h | Joseph Corrao | | |
| 2i | John D'Amico | | |
| 2j | Michael DiLeonardo | | |
| 2k | Leonard DiMaria | | |
| 2l | Robert Engel | | |
| 2m | Frank Fappiano | | |
| 2n | Edward Garafola | | |
| 2o | John Gotti, Jr. | | |
| 2p | John Gotti, Sr. | | |
| 2q | Peter Gotti | | |
| 2r | Salvatore Gravano | | |
| 2s | Steven Iaria | | |
| 2t | Kevin McMahon | | |
| 2u | Joseph Panzarella, Jr. | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 2v | Dominick Pizzonia | | |
| 2w | Anthony Ruggiano, Jr. | | |
| 2x | John Ruggiero | | |
| 2y | Salvatore Scala | | |
| 2z | Louis Scida | | |
| 2aa | Augustus Sclafani | | |
| 2bb-1 | Peter Zuccaro | | |
| 2bb-2 | Peter Zuccaro | | |
| 2cc | Hunter Adams | | |
| 2dd | Carmine Agnello | | |
| 2ee | John Alite | | |
| 2ff | Carl Amato | | |
| 2gg | Bobby Borriello | | |
| 2hh | Jerome Brancato | | |
| 2ii | John Burke | | |
| 2jj | Joseph Calvacante | | |
| 2kk | Mark Caputo | | |
| 2ll | John Carneglia | | |
| 2mm | Paul Castellano | | |
| 2nn | Domenico Cefalu | | |
| 2oo | Vincent Corrao | | |
| 2pp | Vincent DeCongilio | | |
| 2qq | Ronald DeConza | | |
| 2rr | Aniello Dellacroce | | |
| 2ss | Louis DiBono | | |
| 2tt | John Franzese | | |
| 2uu | Frank Frigenti | | |
| 2vv | Carlo Gambino | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 2ww | John Gammarano | | |
| 2xx | Eugene Gotti | | |
| 2yy | Richard G. Gotti | | |
| 2zz | Vincent Gotti | | |
| 2aaa | Antony Guerrieri | | |
| 2bbb | Frank Guidici | | |
| 2ccc | Edward Lino | | |
| 2ddd | Frank Locascio | | |
| 2eee | Salvatore Locascio | | |
| 2fff | Joseph Lombardi | | |
| 2ggg | Daniel Marino | | |
| 2hhh | Robert Mormando | | |
| 2iii | Salvatore Pecchio | | |
| 2jjj | Michael Reiter | | |
| 2kkk | Albert Ruggiano | | |
| 2lll | Anthony Ruggiano, Sr. | | |
| 2mmm | Angelo Ruggiero, Jr. | | |
| 2nnn | Angelo Ruggiero, Sr. | | |
| 2ooo | Frank Russo | | |
| 2ppp | Joseph Scopo | | |
| 2qqq | Ronald Trucchio | | |
| 2rrr | Anthony Vinciullo | | |
| 2sss | Joseph Watts | | |
| 2ttt | Paul Zaccaria | | |
| 2uuu | Steven Zuccaro | | |
| 2vvv | Pasquale Andriano | | |
| 2www | Raymond Assante | | |
| 2xxx | Glen Bitet | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 2yyy | Kevin Bonner | | |
| 2zzz | Phillip Brown | | |
| 2aaaa | Andrew Curro | | |
| 2bbbb | David D'Arpino | | |
| 2cccc | Michael Finnerty | | |
| 2dddd | Joseph Frigenti | | |
| 2eeee | George Licastro | | |
| 2ffff | Michael Malone | | |
| 2gggg | Allen Meshanski | | |
| 2hhhh | Robert Porto | | |
| 2iiii | Darrell Preston Smith | | |
| 2jjjj | Robert Schiavo | | |
| 3 [Board] | Photograph of Albert Gelb | | |
| 4 [Board] | Photograph of Albert Gelb and family | | |
| 5 | Albert Gelb's testimony from Preliminary Hearing | | |
| 6 [Board] | Albert Gelb crime scene photographs dated 3/11/76 | | |
| 7 [Board] | Photographs of Brooklyn Criminal Court Building and Gelb's plaque | | |
| 8 [Board] | Photograph of Dennis Quirk, Gelb's parents, and grandmother in front of plaque | | |
| 9 | Ballistics - 6 .38 Caliber lead bullets | | |
| 10 | Ballistics - 1 deformed lead bullet and 2 pieces of deformed lead | | |
| 20 | Death Certificate of Robert Zuccaro | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 21 [Board] | Photograph of Michael Cotillo | | |
| 22 [Board} | Photograph of Michael Cotillo with nephew | | |
| 23 [Board] | Anthony Ruggiano family photographs in an album sleeve | | |
| 24 [Board] | Photograph of Anthony Ruggiano and father | | |
| 25 [Board] | Michael Cotillo autopsy photographs | | |
| 26 [Board] | Photograph of Blue Fountain Diner taken in 1977 | | |
| 27 | Jamaica Hospital Records for Joseph Gallo | | |
| 28 [Board] | Photograph of Salvatore Puma | | |
| 29 [Board] | Photographs of 156th Avenue and 79th Street | | |
| 30 [Board] | Photograph of Louis DiBono | | |
| 31 | Document showing DiBono worked at WTC | | |
| 32 | World Trade Center Parking Lot Diagram | | |
| 33 | John Gotti Jr.'s Birth Certificate | | |
| 34 | Bobby Borriello's Death Certificate | | |
| | | | |
| 40a [Board] | Louis DiBono Crime Scene Photographs dated 10/4/90 | | |
| 40b [Board] | Louis DiBono Crime Scene Photographs dated 10/4/90 | | |
| 40c [Board] | Louis DiBono Crime Scene Photographs dated 10/4/90 | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 40d [Board] | Louis DiBono Crime Scene Photographs dated 10/4/90 | | |
| 41 | X-Ray of Louis DiBono's head face forward | | |
| 42 | X-Ray of Louis DiBono's head facing sideways | | |
| 43 | X-Ray of Louis DiBono's chest | | |
| 44 | Autopsy photograph of DiBono's face | | |
| 45 | Seven DiBono autopsy Kodachromes | | |
| 45a [Board] | DiBono autopsy photographs | | |
| 45b [Board] | DiBono autopsy photographs | | |
| | | | |
| 60 | John Alite's Affidavit and Application for License to Marry | | |
| 61 [Board] | John Alite photographs | | |
| 62 [Board] | John Alite photographs | | |
| 63 [Board] | John Alite photographs | | |
| 64 [Board] | Photograph of Jose Delgado-Rivera | | |
| | | | |
| 75 [Board] | Photograph of John Carneglia, Conza, and Charles Carneglia | | |
| 76 [Board] | Photograph of John Carneglia and Leonard DiMaria | | |
| 77 [Board] | Photograph from Kevin McMahon's bachelor party in May/June 1991 | | |
| 78 [Board] | Photographs from 651 Fountain Avenue with actor | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 79 [Board] | Photograph of Charles Carneglia, Kevin McMahon and others in a junkyard | | |
| 80 [Board] | Kevin McMahon photographs | | |
| 81 [Board] | Kevin McMahon photograph - Peter Zuccaro's wedding | | |
| 82 [Board] | Peter Zuccaro personal photos | | |
| | | | |
| 90 [Board] | Drill Guide | | |
| 91a | Reel to Reel tape of 911 calls | | |
| 91b | Excerpt 911 tape | | |
| 92 | American Airlines parking lot and building diagram | | |
| 93 | Inventory of Armored Truck | | |
| | | | |
| 105a [Board] | American Airlines crime scene photographs | | |
| 105b [Board] | American Airlines crime scene photographs | | |
| 105c [Board] | American Airlines crime scene photographs | | |
| 105d [Board] | American Airlines crime scene photographs | | |
| 105e [Board] | American Airlines crime scene photographs | | |
| 105f [Board] | American Airlines crime scene photographs | | |
| 105g [Board] | American Airlines crime scene photographs | | |
| 105h [Board] | American Airlines crime scene photographs | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| | | | |
| 115 | American Airlines Hat | | |
| 116 | Hair slides | | |
| 117 | Evidence collection envelope | | |
| 118 | Evidence collection bag | | |
| | | | |
| 120 | Delgado-Rivera Ballistics - 2 .380 auto caliber discharged shells | | |
| 121 | Delgado-Rivera Ballistics - 12 gauge shot gun shell, 1 pieces of lead, and 4 pieces of shot gun wadding | | |
| 122 | Delgado-Rivera Ballistics - 1 Piece of shot gun wadding with blood on it | | |
| | | | |
| 130 | Twelve Delgado-Rivera autopsy Kodachromes | | |
| 130a [Board] | Delgado-Rivera autopsy photographs | | |
| 131 | X-Rays of Jose Delgado-Rivera | | |
| | | | |
| 140 | Autopsy report for Albert Gelb | | |
| 141 [Board] | Medical Examiner Body Diagram of Albert Gelb | | |
| 142 | Autopsy report for Michael Cotillo | | |
| 143 | Autopsy report for Salvatore Puma | | |
| 144 | Autopsy report for Louis DiBono | | |
| 145 | Autopsy report for Jose Delgado-Rivera | | |
| 146 [Board] | Medical Examiner Body Diagram of Jose Delgado-Rivera | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 155 [Board] | Photograph of Sears Department Store, Vineland, NJ | | |
| 156 | George Lopez Employment Records | | |
| 157 [Board] | Photograph of outside of Papavero Funeral Home | | |
| 158 [Board] | Photographs of interior of Papavero Funeral Home | | |
| 159 [Board] | Photographs of David D'Arpino's right foot | | |
| 160 | Newspaper article on Pink Floyd | | |
| 161 | Newspaper article on Giants vs. Cowboys game | | |
| 162 | Newspaper article on Louis DiBono | | |
| 170 | Nassau County Sheriff's Department Visiting Records | | |
| 171 | Greentree documents | | |
| 172 [Board] | Greentree photographs | | |
| 173 [Board] | Quarters History reports for Andrew Curro, Joey Calvacante and Peter Zuccaro | | |
| 174 | Joseph Calvacante's Quarters History | | |
| 175 | Andrew Curro's Quarters History | | |
| 176 | Charles Carneglia's telephone number list from FCI Cumberland | | |
| 177 | FCI Cumberland Folder of Charles Carneglia transport records | | |
| 178 | Charles Carneglia's FCI Cumberland Telephone number request list | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 179 | Charles Carneglia's Fort Dix FCI Inmate Visitor List | | |
| 180 | FCI Cumberland - Visitor Information Form for John Cavallo | | |
| 181 | Fort Dix NJ Visitor Information Form for Thomas Cacciopoli | | |
| 182 | FCI Cumberland Visitor Information Form for Allen Meshanski | | |
| 183 | Fort Dix NJ Visitor Information Form for Allen Meshanski | | |
| 184 | MDC Commissary Reports for Charles Carneglia | | |
| 185 | MDC Phone Call List dated 2/14/08 - 10/30/08 | | |
| | | | |
| 200a | Charles Carneglia's MDC Prison Call Index dated 10/31/08 - 1/4/09 | | |
| 200b | Charles Carneglia's MDC calls dated 10/31/08 - 1/4/09 | | |
| 200T | Transcripts of prison telephone calls | | |
| 201a | Charles Carneglia's MDC Prison Call Index dated 11/3/08 - 12/3/08 | | |
| 201b | Charles Carneglia's MDC calls dated 11/3/08 - 12/3/08 | | |
| 201T | Transcripts of prison telephone calls | | |
| 202a | Charles Carneglia's MDC Prison Call Index dated 2/7/08 - 11/4/08 | | |
| 202b | Charles Carneglia's MDC calls dated 2/7/08 - 11/4/08 | | |
| 202T | Transcripts of prison telephone calls | | |
| 203 | List of Charles Carneglia's prison calls from MDC | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 204 | John Carneglia's Inmate Visiting List for FCI Petersburg | | |
| 205 | John Carneglia's Telephone Number List for FCI Petersburg | | |
| 206 | John Carneglia's Telephone Number Request dated 3/3/00 | | |
| 207 | John Carneglia's Telephone Number Request dated 4/12/00 | | |
| 208 | John Carneglia's Intake Screening Form dated 2/16/00 | | |
| 209 | Visitor Authorization Release form signed by Kevin McMahon for John Carneglia | | |
| 210 | Visitor Authorization Release form signed by Peter Gotti for John Carneglia | | |
| 211 | Visitor Form signed by Frank Frigenti for John Carneglia | | |
| 212 | Visitor Form signed by Sal Scala for John Carneglia | | |
| 213 | Visitor Form signed by Robert Shiavo for John Carneglia | | |
| 214 | Visitor Form signed by Peter Gotti for John Carneglia | | |
| 215 | Visitor Form signed by Kevin McMahon for John Carneglia | | |
| 216 | Anthony Moscatiello's MCC Visitor Form for John Carneglia | | |
| 217 | Kevin McMahon's MCC Visitor Form for John Carneglia | | |
| 218 | Richard Ingardia's MCC Visitor Form for John Carneglia | | |
| 219 | Sal Scala's FCI Cumberland Visitor form for John Carneglia | | |
| 220 | Sal Scala's Allenwood Visitor form for John Carneglia | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 221 | Ronald DeConza's FCI Cumberland Visitor Form for John Carneglia | | |
| 222a | John Carneglia's LSCI Allenwood Prison Call Index dated 6/21/07 - 12/12/07 | | |
| 222b | John Carneglia's LSCI Allenwood prison calls dated 6/21/07 - 12/12/07 | | |
| 223a | John Carneglia's LSCI Allenwood Prison Call Index dated 11/30/06 - 4/1/07 | | |
| 223b | John Carneglia's LSCI Allenwood prison calls dated 11/30/06 - 4/1/07 | | |
| 224a | John Carneglia's LSCI Allenwood Prison Call Index dated 12/1/07 - 7/17/07 | | |
| 224b | John Carneglia's LSCI Allenwood prison calls dated 12/1/07 - 7/17/07 | | |
| 225a | John Carneglia's LSCI Allenwood Prison Call Index dated 8/1/08 - 10/3/08 | | |
| 225b | John Carneglia's LSCI Allenwood prison calls dated 8/1/08 - 10/3/08 | | |
| 226a | John Carneglia's LSCI Allenwood Prison Call Index dated 10/3/08 - 11/28/08 | | |
| 226b | John Carneglia's LSCI Allenwood prison calls dated 10/3/08 - 11/28/08 | | |
| 227 | FCI Fairton George Lopez Visitor Form for John Alite | | |
| 250 [Board] | Surveillance Photographs - The Doral Hotel dated 2/27-3/2/95 | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 251 [Board] | Surveillance Photographs - Rocco Corozzo wake dated 1/11-12/96 | | |
| 252 [Board] | Surveillance Photographs - James Burke wake dated 4/16-17/96 | | |
| 253 [Board] | Surveillance Photographs - Alphonse Trucchio wedding dated 2/14/99 | | |
| 254 [Board] | Surveillance Photographs - Alphonse Trucchio and Anthony Ruggiano wakes dated 3/20-21/99 | | |
| 255 [Board] | Surveillance Photographs - James Failla wake dated 8/12-13/99 | | |
| 256 [Board] | Surveillance Photographs - Harriet Arcuri wake dated 1/3/00 | | |
| 257 [Board] | Surveillance Photographs - John J. Gotti wake dated 6/13-15/02 | | |
| 258 [Board] | Surveillance Photographs - John Gurino, Jr. wake dated 11/2/03 | | |
| 259 [Board] | Surveillance Photographs - Michael Agnello wake dated 5/23-24/06 | | |
| 260 [Board] | Surveillance Photographs - Maryanne Corozzo wake dated 1/27-28/07 | | |
| 261 [Board] | Surveillance Photographs - Michael Roccaforte, Sr. wake dated 5/17/08 | | |
| 262 [Board] | Surveillance Photographs - Salvatore Ruggiero wake | | |
| 263 [Board] | Surveillance Photographs - Bobby Borriello wake dated 4/15-16/91 | | |
| 264 [Board] | Surveillance Photographs - Bobby Borriello funeral dated April 1991 | | |
| 265a [Board] | Surveillance Photographs - Bergen Hunt and Fish Club dated 5/9/91 | | |
| 265b [Board] | Surveillance Photographs - Bergen Hunt and Fish Club dated 5/9/91 | | |
| 266 [Board] | Surveillance Photographs - Philip Rastelli wake dated 6/25-27/91 | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 267 [Board] | Surveillance Photographs - John Gotti wake dated 6/27-28/92 | | |
| 268 [Board] | Surveillance Photographs - Ralph Scopo, Sr. wake dated 3/11/93 | | |
| 269 [Board] | Surveillance Photographs - Bergen Hunt and Fish and Our Friends Social Clubs dated 7/20/93 | | |
| 270 [Board] | Surveillance Photographs - Bergen Hunt and Fish Social Club dated 8/19/93 | | |
| 271 [Board] | Surveillance Photographs - Joseph Scopo wake dated 10/23-24/93 | | |
| 272 [Board] | Surveillance Photographs - Paul Lombardozi and Frank Lino's niece wakes dated 7/6/95 | | |
| 273 [Board] | Surveillance Photographs - Joseph Gallo dated wake dated 9/5/95 | | |
| 274 [Board] | Surveillance Photographs - Frances Ciccone wake dated 7/2/96 | | |
| 275 [Board] | Surveillance Photographs - Shore Road, Long Beach, Long Island dated 7/10/96 | | |
| 276 [Board] | Surveillance Photographs - Various Locations, Howard Beach and Ozone Park, Queens | | |
| 277 [Board] | Surveillance Photographs - Lindenwood Diner dated 12/23/96 | | |
| 278 [Board] | Surveillance Photographs - Louis Epifania wake dated 2/11-12/98 | | |
| | | | |
| 300a-1 | Ravenite VHS video dated 11/22/89 | | |
| 300a-2 | Ravenite VHS video dated 11/22/89 | | |
| 300b | Ravenite composite VHS video dated 11/22/89 | | |
| 301a-1 | Ravenite VHS video dated 11/29/90 | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 301a-2 | Ravenite VHS video dated 11/29/90 | | |
| 301b | Ravenite composite VHS video dated 11/29/90 | | |
| 302 | Ravenite Bug audio tape dated 12/12/89 | | |
| 303 | Ravenite Bug audio tape dated 1/24/90 | | |
| | | | |
| 315 | Francine Ruggiano's christening video | | |
| 316a | Anthony Ruggiano's phone book | | |
| 316b | Anthony Ruggiano's address book | | |
| 317a | Kevin McMahon personal video | | |
| 317b | Kevin McMahon photograph – still frame from video dated 6/18/00 | | |
| 318a | McKean VHS dated 11/18/99 | | |
| 318b-1 | McKean cassette tape dated 11/18/99 | | |
| 318b-2 | McKean cassette tape dated 11/18/99 | | |
| 318b-3 | McKean cassette tape dated 11/18/99 | | |
| 318b-4 | McKean cassette tape dated 11/18/99 | | |
| 318b-5 | McKean cassette tape dated 11/18/99 | | |
| 318c | McKean synchronized DVD excerpt dated 11/18/99 | | |
| 319 | Surveillance video dated 1/29/99 | | |
| 320 | John Borrello wake video dated 10/11/96 | | |
| 321 | Hunter Adams wedding video dated 5/16/93 | | |
| | | | |
| 330 | Joseph Vollaro's consensual recordings – composite CD | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 330a | Transcript of consensual recording dated 6/22/2005 | | |
| 330b | Transcript of consensual recording dated 6/27/2005 | | |
| 330c | Transcript of consensual recording dated 8/9/2005 | | |
| 330d | Transcript of consensual recording dated 5/22/2006 | | |
| 330e | Transcript of consensual recording dated 3/29/2007 | | |
| 330f | Transcript of consensual recording dated 4/17/2007 | | |
| 330g | Transcript of consensual recording dated 1/15/2008 | | |
| 330h | Transcript of consensual recording dated 1/17/2008 | | |
| 330i | Transcript of consensual recording dated 1/19/2008 | | |
| 331 | Gaetano Fatato's consensual recordings - composite CD | | |
| 331a | Transcript of consensual recording dated 2/16/07 | | |
| 331b | Transcript of consensual recording dated 3/24/07 | | |
| 331c | Transcript of consensual recording dated 7/30/07 | | |
| 331d | Transcript of consensual recording dated 7/31/07 | | |
| 331e | Transcript of consensual recording dated 8/7/07 | | |
| 331f | Transcript of consensual recording dated 8/7/07 | | |
| 331g | Transcript of consensual recording dated 8/10/07 | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 331h | Transcript of consensual recording dated 8/13/07 | | |
| 331i | Transcript of consensual recording dated 8/14/07 | | |
| 331j | Transcript of consensual recording dated 8/31/07 | | |
| 332 | 2000 wiretap recordings - composite CD | | |
| 332a | Transcript of wiretap recording dated 4/25/00 - telephone number 917-992-5100 - Call 17 (2:04 pm) | | |
| 332b | Transcript of wiretap recording dated 4/25/00 - telephone number 516-318-0384 - Call 20 (2:38 pm) | | |
| 332c | Transcript of wiretap recording dated 5/13/00 - telephone number 917-992-5100 - Call 21 (12:30 pm) | | |
| 332d | Transcript of wiretap recording dated 5/15/00 - telephone number 917-992-5100 - Call 24 (3:13 pm) | | |
| 332e | Transcript of wiretap recording dated 5/15/00 - telephone number 917-992-5100 - Call 24 (3:14 pm) | | |
| 332f | Transcript of wiretap recording dated 5/15/00 - telephone number 917-992-5100 - Call 28 (3:27 pm) | | |
| 332g | Transcript of wiretap recording dated 5/15/00 - telephone number 516-509-7422 - Call 27 (4:10 pm) | | |
| 332h | Transcript of wiretap recording dated 5/15/00 - telephone number 516-509-7422 - Call 29 (4:24 pm) | | |
| 333 [Board] | Photographs of Chi restaurant | | |
| 334a | Wiretap recording dated 7/29/99 - telephone number 917-887-3364 | | |

| EX. # | DESCRIPTION | ID'D | ADMITTED |
|---|---|---|---|
| 334b | Transcript of wiretap recording dated 7/29/99 - telephone number 917-887-3364 | | |
| 335 | Surveillance video dated 8/22/2007 | | |
| 336 | Surveillance video dated 8/30/2007 | | |
| 337 | Surveillance video dated 10/15/2007 | | |
| 338 | Surveillance video dated 10/30/2007 | | |
| 339 | Surveillance video dated 11/22/2007 | | |
| 340 | Surveillance video dated 12/3/2007 | | |

The United States reserves the right to supplement or modify this list.

Dated: Brooklyn, New York
      January 28, 2009

                                      Respectfully submitted,

                                      BENTON J. CAMPBELL
                                      United States Attorney
                                      Eastern District of New York

Roger Burlingame
Evan Norris
Marisa Seifan
Assistant U.S. Attorneys
    (Of Counsel)