

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB
F. #2007R00730

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 3, 2009

<u>BY ECF and Hand Delivery</u>

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Charles Carneglia
          <u>Criminal Docket No. 08 CR 76 (S-13)(JBW)</u>

Dear Judge Weinstein:

     The government attaches hereto its proposed redactions to witness Michael DiLeonardo's cooperation agreement. Should the Court approve of the proposed redactions, a properly redacted version in which the redacted language cannot be viewed will be prepared for admission in evidence.

                             Respectfully submitted,

                             BENTON J. CAMPBELL
                             United States Attorney

                  By:       /s/
                             Roger Burlingame
                             Evan Norris
                             Marisa Megur Seifan
                             Assistant U.S. Attorneys
                             (718) 254-7000

cc: Curtis Farber, Esq. (via ECF)
    Kelley Sharkey, Esq. (via ECF)