8 hrs.

# CRIMINAL CAUSE FOR/ON JURY TRIAL

BEFORE JUDGE: __WEINSTEIN, J__   DATE: 3/10/09   TIME: 9:00 am

DOCKET NUMBER: CR- 08-76   TITLE: USA -v- AGATE

DEFT. NAME: __CHARLES CARNEGLIA__   DEFT. #: ___
 __Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: K. SHARKEY; C. FARBER
 __Present, __Not Present
   __C.J.A.
   __RETAINED
   __L.A.S.(P

DEFT. NAME: _____   DEFT. #: ___
 __Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____
 __Present, __Not Present
   __C.J.A.
   __RETAINED
   __L.A.S.(P

DEFT. NAME: _____   DEFT. #: ___
 __Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____
 __Present, __Not Present
   __C.J.A.
   __RETAINED
   __L.A.S.(P

DEFT. NAME: _____   DEFT. #: ___
 __Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____
 __Present, __Not Present
   __C.J.A.
   __RETAINED
   __L.A.S.(P

DEFT. NAME: _____   DEFT. #: ___
 __Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____
 __Present, __Not Present
   __C.J.A.
   __RETAINED
   __L.A.S.(P

ASST. U.S. ATTORNEY: R. BURLINGAME; E. NORRIS   DEPUTY CLERK: J. LOWE
COURT REPORTER(S): M. SEIFAN A. Sherman   ESR OPERATOR: _____
INTERPRETER(S): _____   OTHER: _____

Docket Clerks: Enter all information under CALCALLH, then enter other vital events names as needed.

__XX__   Case called.   (CALCALLH)

_____   Jury selection ADJOURNED to _____,   (JYSELECTS
         at _____.                            or
                                                       JYSELECTF

_____   JURY SELECTION HELD.   (JYSELECTH

| | Jury TRIAL set for _____ at _____ | |
|---|---|---|
| ____ | VOIR DIRE BEGINS. | (VDIR) |
| ____ | Jurors sworn and JURY TRIAL BEGINS. | (JYTR) |
| ____ | Government Opens. | |
| ____ | Defendant(s) Open(s). | |
| ____ | JURY TRIAL HELD. | (JYTR) |

_____

| ✓ | Jury Trial CONTINUED to 3/11/09 at 9:00 am | |
|---|---|---|
| ✓ | Jury Trial RESUMES. | (JYTR) |

Summations continue

_____

| ____ | JURY TRIAL ENDS. | (JYTREN) |
|---|---|---|
| ____ | GUILTY VERDICT on Counts _____, of the (superseding) Indictment/Information. | (JYV) |
| ____ | NOT GUILTY VERDICT on Cts. _____, of the (superseding) Indictment/Information. | (JYVN) |
| ____ | SENTENCING set for _____ at _____. | (SEN) |
| ____ | REFERRED to PROBATION DEPT. for PSI. | |
| ____ | Presentence Investigation Waived. | |
| ____ | Deft(s) Remanded. | (LUSCUS) |
| ____ | Deft(s) Continued on Bail. | (BAILC or LRE) |

OTHER: _____