1
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
2

3    - - - - - - - - - - - -    X

4   UNITED STATES OF AMERICA,    :    08 CR 76

5                                :

6
          -against-             :
7                                     United States Courthouse
                                      Brooklyn, New York
8   CHARLES CARNEGLIA,          :

9                                     February 4, 2009
               Defendant.       :    9:30 o'clock a.m.
10
     - - - - - - - - - - - -    X
11

12                       TRANSCRIPT OF TRIAL
                 BEFORE THE HONORABLE JACK B. WEINSTEIN
13                UNITED STATES SENIOR JUDGE, and a jury.

14

15   APPEARANCES:

16

     For the Government:          BENTON J. CAMPBELL
17                                United States Attorney
                                  BY: ROGER A. BURLINGAME
18                                    EVAN NORRIS
                                      MARISA M. SEIFAN
19                                Assistant United States Attorneys
                                  271 Cadman Plaza East
20                                Brooklyn, New York 11201

21

     For the Defendant:           KELLEY J. SHARKEY, ESQ.
22                                26 Court Street
                                  Brooklyn, New York 11201
23

24                                CURTIS J. FARBER, ESQ.
                                  350 Broadway
25                                New York, New York 10013

                GR    OCR    CM    CRR    CSR

1   Court Reporter:              Gene Rudolph
                                 225 Cadman Plaza East
2                                Brooklyn, New York
                                 (718) 613-2538
3

4   Proceedings recorded by mechanical stenography, transcript
    produced by computer-aided transcription.
5

6

7                               * * * * *

8

9

10          (The following occurred in the absence of the jury.)

11          THE COURT:  Where is the defendant?

12          (The defendant is present.)

13          THE COURT:  The defendant is here.

14          Okay.  Court Exhibit 1, letter of Ms. Sharkey dated

15   February 3rd.

16          (So marked.)

17          It is with respect to photographs of Gelb.

18          Let me see the photographs you plan to submit.

19          MR. BURLINGAME:  The --

20          MS. SEIFAN:  Are you talking about the plaque?

21          MR. BURLINGAME:  Judge, we actually just spoke about

22   that.  We are not putting in the plaque for the plaque's sake.

23   It's the -- it corroborates some evidence that's going to come

24   in later in the case.  We just talked and we would agree to

25   hear the motion later when it becomes -- we are not going to

1  introduce those photos for weeks.

2         THE COURT:  Preliminarily, I am ruling that the only

3  photograph of Gelb that can come in is

4  a pallid -- p a l l i d -- photograph.

5         MS. SHARKEY:  I'm sorry?  A p-a?

6         THE COURT:  P A L L I D.

7         MS. SHARKEY:  Okay.

8         MS. SEIFAN:  Your Honor, we do have a board of

9  photos that relate to Gelb that we are seeking to introduce

10  tomorrow.

11         THE COURT:  The scene I will allow.  None of

12  those -- what number is that?

13         MS. SEIFAN:  What exhibit number?  It is Exhibit 6.

14         THE COURT:  Exhibit 6 is just an ordinary murder

15  scene.

16         MS. SEIFAN:  Okay.

17         THE COURT:  It doesn't seem to be inflammatory.

18         MS. SHARKEY:  Respectfully, I'm sorry, Ms. Seifan.

19  The -- the photo on the bottom, the Court's bottom right-hand

20  corner, depicting Mr. Gelb's head facing the Court, we would

21  request that that photo be redacted.

22         MS. SEIFAN:  Your Honor, there is nothing

23  inflammatory about this photo.

24         THE COURT:  Denied.

25         MS. SEIFAN:  Thank you.

1        THE COURT:  Court Exhibit 2, proposed redactions in

2 the corporation agreement.

3        They seem to be reasonable to me.

4        MS. SHARKEY:  May I?  Judge, I downloaded that this

5 morning.  What I just would like an opportunity to do is to

6 read it.

7        (So marked.)

8        And then confer with the government on it.  I am not

9 prepared to argue that but I will be able to go over it on the

10 lunch break and would ask to revisit that before it becomes an

11 exhibit.

12        THE COURT:  You can revisit it.  But my preliminary

13 ruling is, the redactions are appropriate.

14        MR. BURLINGAME:  Thank you, Judge.

15        We will redact the future cooperation agreements

16 along these lines.

17        THE COURT:  All right.

18        Court Exhibit 3, government's letter of February 4th.

19        MS. SHARKEY:  February 4th?

20        THE COURT:  Concerning the murder of Joseph

21 Delgado-Rivera and Michael Cotillo.

22        (So marked.)

23        MS. SHARKEY:  We haven't seen that yet.

24        THE LAW CLERK:  It came in this morning.

25        MR. BURLINGAME:  We filed it about 8:30 this

1 morning.

2       THE COURT: Do you need it this morning?

3       MR. BURLINGAME: It is relevant to this morning.

4 Maybe we can give the defense an opportunity.

5       MR. NORRIS: We emailed it at 8:30.

6       THE COURT: All right. The defendant will have to

7 look at it.

8       This is for Zuccaro?

9       MR. NORRIS: Yes.

10       MS. SHARKEY: May I just have one minute, Your

11 Honor?

12       THE COURT: You may.

13       (Pause.)

14       Court Exhibit number 4 is a February 3rd letter of

15 the Department of Justice, statements of Gelb.

16       (So marked.)

17       MS. SHARKEY: I'm sorry? Judge, I'm sorry. I was

18 reviewing the letter. You are now referencing the threats?

19       THE COURT: Yes.

20       MS. SHARKEY: Defense response?

21       THE COURT: Let's do Exhibit 3 first. You wanted to

22 look at it.

23       MS. SHARKEY: Okay.

24       MR. FARBER: Yes, please.

25       MS. SHARKEY: Thank you, Judge.

1    (Pause.)

2         MS. SHARKEY:  Judge, we need a clarification.

3         THE COURT:  I can't hear you.

4         MS. SHARKEY:  We need -- CW-1 is referring to?

5         MR. NORRIS:  Referring to McMahon.

6         THE COURT:  Speak up, please.  Don't talk to each

7    other.  Talk to the Court, so the reporter can get it down.

8         MS. SHARKEY:  Judge, we had asked for an

9    identification of who CW-1 in this fact pattern was.  CW-1 in

10   other fact patterns had been a different cooperating witness.

11   In this one, it is Mr. McMahon.  So we just had to clarify

12   that.

13        THE COURT:  We are now talking about Court Exhibit 3

14   of 2/4/09.

15        (Pause.)

16        MS. SHARKEY:  Respectfully, Judge, we would ask that

17   CW-2 is referencing?  On page three?

18        MR. NORRIS:  I'm sorry.

19        MS. SHARKEY:  CW-2 is referencing?

20        MR. NORRIS:  John Alite.

21        (Pause continues.)

22        MS. SHARKEY:  Judge, respectfully, I think that as

23   the Court did in other filings, this needs to be unpacked

24   somewhat on a purported statement by statement basis.  As an

25   overall matter, it is the defense's position that the

1  government seeks to bring out through the witness currently

2  testifying on the stand, Mr. Zuccaro, multiple layers of

3  hearsay.  Certainly not what this all addresses.  As I said,

4  we didn't receive this before walking in this morning, so --

5  this is a once over lightly response.

6          The government seeks to bring in hearsay that is two

7  and three, it looks like four levels deep through this

8  witness.  The government certainly has other cooperating

9  witnesses that they have noticed, that they intend to have

10  direct purported admissions from.

11          As the Court ruled during the testimony of prior

12  cooperating witness, Michael DiLeonardo, this appears to be

13  without the proper foundation.

14          Even if the Court found that these witnesses were

15  able to identify to some degree the location and time where

16  these purported statements were made, we would say that they

17  are too attenuated, that in fact there is no indicia of

18  reliability and, under 403, the Court should preclude their

19  introduction, especially, especially given that the government

20  has purported direct admissions from other cooperating

21  witnesses.

22          THE COURT:  I am going to allow in all of the

23  statements under the Delgado-Rivera felony murder on page two

24  and page three of the Court Exhibit 3 of 2/4/09.

25          They relate to an incident in which Zuccaro dropped

1 | out, but he was arguably still a member of the conspiracy to

2 | rob the armored truck at JFK and was susceptible of

3 | prosecution for that.  Therefore, information about how the

4 | robbery ultimately went down after he allegedly left the

5 | conspiracy was of critical importance to him in protecting

6 | himself.

7 |      MS. SHARKEY:  Your Honor, the --

8 |      THE COURT:  Particularly since --

9 |      MS. SHARKEY:  Sorry.

10 |      THE COURT:  -- there was fear that one the people

11 | involved in the statements was, quote, a rat, putting both the

12 | defendant and Zuccaro in jeopardy.  It is related to the

13 | cooperating witnesses who will testify about the murder, and

14 | CW-2 is expected to testify about admissions of the defendant

15 | about the murder, all of which paints an integrated picture of

16 | the workings of the conspiracy in connection with the robbery

17 | and therefore come in.

18 |      What about Cotillo?

19 |      MS. SHARKEY:  Judge, before you move on to the

20 | Cotillo incident, on page -- on paragraph three of page two of

21 | the government's letter, my understanding is that you ruled

22 | that that information is also admissible.  I would just like

23 | the Court to reconsider that.  There appears to be a less

24 | reliable grounding of that information.

25 |      THE COURT:  That's the DNA evidence?

1       MS. SHARKEY:  I haven't gotten to the DNA evidence.

2   My once over lightly, I didn't even -- DNA, the last

3   paragraph.

4       THE COURT:  Paragraph three on page three relates to

5   the DNA.

6       MS. SHARKEY:  Right.

7       THE COURT:  MDNA.

8       MS. SHARKEY:  Right.

9       THE COURT:  Is that what you are referring to?

10      MS. SHARKEY:  No, Judge.

11      I am referring to that "years later."  I will get to

12  the DNA.

13      On page two, paragraph three, the government seeks

14  to have Mr. Zuccaro testify to a conversation that occurred

15  years later.  That doesn't appear to be an exception, quite

16  frankly, under 802.  This doesn't appear to be in furtherance

17  on any level.

18      THE COURT:  It certainly, during the course of the

19  conspiracy, when continuing cover-ups and the possibility of

20  quote, ratting, unquote, was a matter of concern -- what's the

21  government's view on this?

22      MR. NORRIS:  That's exactly right, Judge.  The --

23  the time of these conversations is approximately a decade

24  after the felony murder, the cooperating witness that Zuccaro

25  was speaking with was still in the defendant's crew.  That

1  cooperating witness and the defendant had been arrested.  The

2  defendant accused that cooperator of possibly being a rat.  So

3  it made him concerned.  That would have implicated, if he was

4  a rat, would put him in legal jeopardy, both Zuccaro and the

5  defendant and all the other members of the crew.  Critical

6  importance.

7        THE COURT:  It comes in.

8        What is next?

9        Did you want to refer the M --

10        MS. SHARKEY:  I do.

11        THE COURT:  I don't want an argument on that.

12  That's not coming in today.

13        MS. SHARKEY:  Thank you.

14        THE COURT:  I have ruled on it already.

15        On the Cotillo murder, what do you have to say?

16        MR. BURLINGAME:  Sorry, Judge.  I just missed that.

17  What was it you ruled on already?

18        THE COURT:  I thought the MDNA was already

19  discussed.

20        MR. BURLINGAME:  No.  We haven't had any ruling on

21  that.

22        THE COURT:  We haven't had a final ruling on it?

23        MR. BURLINGAME:  No.  I think the Court's

24  preliminary ruling was that the MDNA evidence was properly

25  admissible.

1    THE COURT:  That's correct.  I thought that was

2  my --

3    MR. BURLINGAME:  Yes.  Sorry.  I thought you said

4  the opposite.

5    THE COURT:  No.  I don't want an argument at this

6  point.  It's not coming in today.

7    MR. BURLINGAME:  Correct.  That's weeks away.

8    (Pause.)

9    MS. SHARKEY:  With respect to the Michael Cotillo

10  murder, referencing paragraph two under that subsection, and

11  paragraph three, which appears at the top of page four of the

12  government's motion, we are going to renew our objection, Your

13  Honor, as to -- well, actually, I will be more specific in

14  regards to the eliciting of this testimony.

15    Mr. Zuccaro, or the government seeks to have

16  Mr. Zuccaro testify to conversations with individuals,

17  purported conversations, we would say, with individuals who

18  the government does not have lined up later on down the road

19  that would give some level, if you were to credit any of their

20  testimony, a level of an indicia of reliability.

21    These particular conversations are with individuals

22  that the government has identified through previous witnesses

23  of head shots, but are not present or not provided by the

24  government to testify in this matter.  They don't have the

25  same purported reenforcement value that I think the Court is,

1 or that the Court utilized in allowing Zuccaro's testimony

2 about the JFK murder.

3          I mean, this can fall more under the -- I don't know

4 if this is specifically correct, and if we had received this

5 last night, we certainly would have responded in writing to

6 it, but more of the chatter.  I mean, at the top of page four,

7 the government indicates that it seeks to introduce a

8 conversation that Zuccaro had with a friend.  This is more of

9 a gossipy sort of characterization of what the witnesses, the

10 testifying witness' basis of knowledge is.

11          We are going to ask that any conversations relating

12 to those paragraphs be precluded as not properly admitted

13 under Rule 802 and, if the Court doesn't agree with that

14 rationale, then to keep it out under Rule 403 ruling.  Rule

15 403 balancing test.  Forgive me.

16          THE COURT:  I am going to allow everything in the

17 government seeks to offer under the Michael Cotillo murder.

18 The defendant's deep involvement in the various elements of

19 evidence that are described on page three and page four are

20 revealed by the fact that the defendant's brother called for a

21 sit-down in order to protect the defendant himself and there

22 had to be a ruling by Aniello Dellacroce, that the defendant

23 would not be touched.  So all of this was critical to the

24 operation of the conspiracy in order to show the discipline

25 and the relationship of the defendant to other conspirators.

1    Similarly, the first paragraph on page four, there

2  is a deep feeling, again, of, quote, ratting, unquote.  The

3  defendant put at least one person in fear that he would be

4  killed because he was believed to be cooperating with the

5  police.  Mr. Brown's fears had to be alleviated.

6    This is not idle chatter.  It is central to the

7  operation of a conspiracy of this kind and it is given

8  considerable weight when considered in connection with the

9  recording in which the defendant purportedly admits to the

10 stabbing in a conversation with Gene Gotti, a captain.

11   So all of that comes in.

12   MS. SHARKEY:  Your Honor, I would ask for a

13 clarification on paragraph four?  When the government has

14 designated the particular witnesses, I think, perhaps I am

15 wrong, that in different letters the cooperating witness

16 numbers have changed a little bit.  I am just confused.

17   I want to make sure CW-1 is McMahon.  CW-2 is Alite.

18 CW-3 you are referencing?

19   MR. NORRIS:  Robert Engel.

20   MS. SHARKEY:  Thank you.

21   And CW-4?

22   MR. NORRIS:  Anthony Ruggiano.

23   THE COURT:  Thank you.

24   Now, with respect to Court Exhibit 4, the government

25 letter of February 3rd.

1    I believe I have stated, but if I haven't, I will

2 tell you now, based upon the information I have, I find that

3 the defendant killed Gelb -- this is for admissibility

4 purposes only -- and that he killed him in order to prevent

5 him from testifying in the then forthcoming trial and in any

6 trial and in any proceeding in the future, and that this

7 present proceeding is a proceeding in the category of those

8 possible future proceedings which the defendant had in mind

9 when he killed Gelb.

10    I will hear you on whether any of this comes in.

11    For clarification purposes, that finding of mine I

12 think gets us over the hurdle of Gelb's out-of-court

13 statements.

14    Are his out-of-court statements going to be

15 testified to by someone who heard him say that?

16    MR. BURLINGAME:  Who heard Gelb say that?

17    THE COURT:  Yes.

18    MR. BURLINGAME:  Yes.

19    THE COURT:  All right.  So that's not a second level

20 of hearsay.

21    MR. BURLINGAME:  No.

22    THE COURT:  I don't want this person to testify that

23 Gelb said he was in fear because the fact that he was in fear

24 doesn't necessarily mean that there was a cause of the fear.

25    MR. BURLINGAME:  Judge --

1    THE COURT:  But he may testify that he received

2 threats, either from the defendant or from somebody who has

3 been proven to be an associate through the mob or through his

4 own crew, the defendant's own crew, or related crew or the

5 administration that made the threat.  Because I find that

6 given the nature of the conspiracy and the relationships, that

7 any threat made by a person in that category, member of the

8 mob, associated with the mob, concerned about the defendant's

9 welfare, would have as part of the conspiracy and as part of

10 his duties under the conspiracy, tried to protect the

11 defendant in order to protect the conspiracy.

12    That is true whether the defendant instructed the

13 person to make the threat or whether the person made the

14 threat on his own volition, because that was, I find, the duty

15 and the custom to make such a threat in order to protect a

16 respected and critical member of the mob, namely, this

17 defendant.

18    MS. SHARKEY:  May I have one moment, Judge?

19    MR. BURLINGAME:  Judge, if I might?  I -- I would

20 just like to argue that I think the -- the defendant's

21 statements that he was taking the threats seriously -- I am

22 not going to ask the witness to testify about that he was

23 terrified and weeping and blah blah.  But the fact that --

24 there was an extreme level of threats going on here.  The fact

25 that he was concerned goes to the fact that these threats were

1 real and were really affecting his life.

2      I understand --

3      THE COURT:  I am not going to let it in.  I

4 understand there is a forceful argument you could make.  But

5 it is too attenuated as a matter of 401 admissibility and I am

6 keeping it out under 403 rules, his concern.

7      The threats I will allow in for the reasons that I

8 have stated.

9      I will hear from the defendant.

10      That's my tentative ruling.

11      MS. SHARKEY:  Okay.  My understanding, and I would

12 like to be able to answer this fully, is that that testimony

13 will be elicited through Ms. Fantauzzi, who was the waitress

14 in the diner?  Not the waitress.  I'm sorry.  The companion.

15      MR. BURLINGAME:  That's one of the witnesses.

16      MS. SHARKEY:  In the diner.  I would request that

17 the government identify the other witness.

18      THE COURT:  Yes.  All right.  Identify.

19      MS. SEIFAN:  Gerald Beyrer.

20      MS. SHARKEY:  Anyone else?

21      MS. SEIFAN:  No.

22      MR. BURLINGAME:  At the moment, no.

23      MS. SHARKEY:  Respectfully, Judge, the defense

24 disagrees with the Court's ruling.  This has come up in other

25 trials, when the defendant's brother was charged with this

1  murder.  The same issue came up and the judge in that matter

2  in fact kept the evidence of threats out of the record and the

3  Court found in that instance that --

4          THE COURT:  This Court?  You mean, the other judge?

5          MS. SHARKEY:  The other judge, respectfully.  Thank

6  you.

7          The Court -- the judge found that the government did

8  not make an appropriate or a sufficient offer of proof

9  concerning -- as to the probative value.  In fact, the Court

10  engaged in an 807 analysis.

11         Am I right?

12         Now 807, then 804(b)(5).  The threats are not more

13  probative than other evidence the government has to show of --

14  of the defendant's appreciation that the testimony would be

15  damaging to him.

16         The prosecution has sought to avoid that barrier by

17  seeking to admit this under section 804(b), subsection six,

18  forfeiture by wrongdoing.

19         The argument I am quoting from, Judge, appears in

20  the paragraph at the top of our moving papers on page two.  I

21  know that the Court for legal purposes only or for

22  admissibility purposes only has found that the first prong of

23  804(b)(6)(2) -- 804(b)(6) has been satisfied, but I don't

24  think at this juncture the Court should allow the evidence of

25  threats in.  I don't think that's correct.

1    I think an analysis under a brother Court's

2 review --

3    THE COURT:  Who was the judge?

4    MR. FARBER:  Judge Nickerson, Your Honor.

5    I have a copy of the decision.

6    THE COURT:  All right.  I think Judge Nickerson was

7 a great judge, but I disagree with him on this point, if this

8 was the point he was making.  I don't know the full details of

9 his case.

10    MR. BURLINGAME:  Judge, just to clarify.

11    MS. SHARKEY:  If I might finish?

12    It was the same murder.  It was the same application

13 by the government.

14    Respectfully, Your Honor, I mean, the Court engaged

15 also in a 403 analysis in that matter.

16    THE COURT:  I have the deepest respect for

17 Nickerson, the former Judge Nickerson.  He was one of the

18 great judges of our times.  His sense of what was appropriate

19 in trials was impeccable.  But each trial is somewhat

20 different.

21    That was the brother.  This defendant is directly

22 implicated as the killer.

23    Correct?

24    MR. BURLINGAME:  Correct, Judge.

25    MR. FARBER:  Judge, I would point out that the

1  brother was directly implicated in that trial.

2          THE COURT:  I understand.

3          I am not following Judge Nickerson on this despite

4  my deep respect and affection for him.

5          MS. SHARKEY:  Judge, may I ask?  I am going to go

6  off a point for one second.

7          I am going to ask you to reconsider your ruling,

8  that the defense is precluded from referencing or bringing up

9  any other information that other defendants were specifically

10 charged for these crimes in the past.

11         THE COURT:  I don't see what that has to do with

12 this issue, that the government made a mistake or that the

13 jury didn't agree on another accusation.  It doesn't bear on

14 this case.

15         All right.  Let's proceed.

16         Bring in the jury.

17         MS. SHARKEY:  Your Honor --

18         THE COURT:  I'm sorry.

19         MS. SHARKEY:  No.  I just want to make sure that the

20 other issues that are outstanding from any filings from last

21 night that the defense has an opportunity to review the

22 redacted --

23         THE COURT:  You do.

24         MS. SHARKEY:  -- before it goes in.

25         THE COURT:  I am finding preliminarily the

1  redactions are appropriate.  I will hear you on any further

2  redactions.

3          MS. SHARKEY:  Okay.

4          And similarly, the defense filed a motion to keep

5  out the photo of the plaque.

6          THE COURT:  That's granted preliminarily.  I see no

7  reason to put that in.  But if a reason should occur later, I

8  will reconsider.

9          MR. BURLINGAME:  We will just ask that the Court

10  keeps its mind open.  There will be testimony that brings it

11  in not for the sake of introducing the plaque but as

12  corroborative evidence.

13          THE COURT:  All right.  I am keeping it out on

14  Rule 403 grounds.

15          Bring in the jury.

16          Where is the witness?

17          Get the witness in here first and then the jury.

18          MR. BURLINGAME:  He is on his way, Judge.

19          (Witness is present.)

20          THE COURT:  All right.  Bring in the jury, please.

21          THE LAW CLERK:  The jury is not ready yet, Judge.

22          THE COURT:  All right.  As soon as they are ready,

23  bring them in.

24          (Pause.)

25          THE COURT:  One of the jurors was slightly delayed,

1    which is why we are waiting.  But the juror is in the building

2    and on the way up.

3                 The witness is still under oath.

4                 (Jury present.)

5                 (The witness is Peter Zuccaro.)

6                 THE COURT:  Good morning, everybody.

7                 Be seated, please.

8                 Proceed, please.

9    EXAMINATION CONTINUES

10   BY MR. NORRIS:

11   Q    Sir, you testified yesterday that you were released from

12   prison for robbing armored trucks in 1988, is that correct?

13   A    Yes.

14   Q    After you got released, did you ever plan to do it again?

15   A    Yes.

16   Q    When?

17   A    Whenever the opportunity arose.

18   Q    When was the first time?

19   A    Sometime in the late 1989, 1990.

20   Q    How did the idea first come to you?

21   A    Kevin McMahon brought it to me.

22   Q    The defendant's associate?

23   A    Yes.

24   Q    What did he tell you?

25   A    He told me he had a score and if I wanted to look at it.

1    Q    What's a score?

2    A    A score is a robbery or some place you could make big

3    money.

4    Q    Did he tell you what the score entailed?

5    A    No.

6            He told me to come with him, to see his future

7    brother-in-law in Howard Beach and they were going to run it

8    by me.

9    Q    Did he tell you what the score -- what the robbery was

10   supposed to be of?

11   A    Yes.

12   Q    What?

13   A    An armored truck.

14   Q    Did he tell you what the expected contents of the truck

15   were?

16   A    Yes.

17   Q    What?

18   A    Three-and-a-half million in gold blocks and some loose

19   money.

20   Q    Now, around this time did you and Kevin McMahon regularly

21   commit crimes together?

22   A    We stole cars together, yes.  We did some crimes

23   together.

24   Q    A lot of crimes?

25   A    Yes.  We stole a lot of cars together.  We -- you know.

1  Q    This is the most serious crime that you had?

2  A    Yes.

3  Q    Fair to say?

4  A    Yes.

5  Q    You testified yesterday that Kevin McMahon was in the

6  Carneglia's crew since he was a young boy.

7        Do you recall that?

8  A    Yes.

9  Q    Do you know how he ended up with the Carneglias at such

10 an early age?

11 A    Yes.

12        MS. SHARKEY:  Objection.

13 A    Yes.

14        THE COURT:  I will allow it.

15 Q    How do you know?

16 A    From Kevin.

17 Q    What did he tell you?

18 A    He told me while I was away in jail -- I didn't know

19 Kevin until I came home -- that his mother and father passed

20 away.  Him and his sister moved in with his grandmother up the

21 block from John's house.

22 Q    John Carneglia?

23 A    Yes.

24        He met John's older son Chris.  Chris brought him

25 home and he was there ever since, like an adopted son.

1   Q    Explain to the jury what Kevin McMahon was like?

2   A    What he was like?

3   Q    Yes.

4        What was his personality?

5        MS. SHARKEY:  Objection.

6        THE COURT:  Overruled.

7   Q    You may answer.

8   A    He -- he was like a lot of people that want to aspire to

9   be involved with organized crime.  He was compulsive.  He had

10  a lot of -- a lot of balls.  He was pretty smart in certain

11  situations.  And he was a good thief.

12  Q    Is it possible for him to become a member of organized

13  crime?

14  A    No.

15  Q    Did you have an understanding as to why not?

16  A    He was a hundred percent Irish.

17  Q    You liked Kevin McMahon?

18  A    Did I like him?

19  Q    Yes.

20  A    At times I did; at times I -- I didn't like him.

21  Q    Why didn't you like him at times?

22  A    He started a lot of shit.

23       MR. FARBER:  Objection, Your Honor.

24       THE COURT:  I will allow it.

25  Q    Explain what you mean.

1  A    He started a lot of problems all the time.  Not

2  listening.  He was too gung ho, not watching things the right

3  way, not doing things the right way, too compulsive.  He

4  started a lot of problems between Charles and myself.  He just

5  ran his mouth constantly.

6         Sometimes I liked him; sometimes I didn't like him.

7  Q    Did you have an understanding as to why Kevin McMahon

8  came to you on the armored truck score?

9  A    Because he knew I would get the -- the situation done.

10 Q    Do you know where Kevin McMahon first got the idea to do

11 the robbery?

12 A    Where he first got the idea?

13 Q    Where he first got the idea.

14 A    From his future brother-in-law Michael Finnerty, to my

15 knowledge.

16 Q    I show you what's been marked for identification as

17 Government Exhibit 2-CCCC?

18 A    Michael Finnerty.

19 Q    Do you recognize that?

20        Michael Finnerty?

21 A    Yes.

22 Q    What's the highest rank in the Gambino Family he

23 obtained?

24 A    Associate.

25        MR. NORRIS:  We offer it, two quadruple C.

1    THE COURT:  Two quadruple C?  C as in cat?

2    MR. NORRIS:  Yes, Your Honor.

3    THE COURT:  I have that as Edward Lino.

4    Quadruple, I'm sorry.  Finnerty, you are right.

5    Admitted.

6    (So marked.)

7  EXAMINATION CONTINUES

8  BY  MR. NORRIS:

9  Q    You said Michael Finnerty was Kevin McMahon's future

10  brother-in-law?

11  A    Yes.

12  Q    What did you and Kevin do after Kevin came to you about

13  the robbery?

14  A    We went and met with Michael Finnerty, called him out of

15  his house.  Michael Finnerty went across the street from his

16  house, got the kid that worked in the American Airlines

17  service hanger in Kennedy Airport.  I told him I didn't want

18  to meet the kid that had the score.  Michael talked to the

19  kid.  And then Michael come and told me everything about it.

20  Q    Where did you go next?

21  A    We went up the block to the park and spoke about what the

22  contents and how to put a plan together to do the armored

23  truck robbery.

24  Q    You and Kevin McMahon and Michael Finnerty?

25  A    Yes.

1  Q    What did you discuss in the park exactly?

2  A    We discussed on getting together and going to look at the

3  armored truck on that -- on that Thursday.

4  Q    What time of day?

5  A    Early, early in the morning, like 4:30 in the morning,

6  5:00 o'clock in the morning, 4:00 o'clock in the morning.

7  Q    Did you discuss why it would be a good idea to go at that

8  time?

9  A    I wanted to get there earlier than the truck arrived so I

10  could see what the traffic situation was in the airport,

11  police presence, employee movement in and out of the building,

12  get a feel for what's going on in the area.

13  Q    Why Thursday?

14  A    Because that's the day the truck used to come.

15  Q    Where exactly was it that the truck -- that Finnerty said

16  the truck would arrive?

17  A    American Airlines, the hanger, service hanger.

18  Q    At JFK?

19  A    JFK Airport.

20  Q    Did Finnerty say where the armored truck would go after

21  JFK?

22  A    Once in a while it would stop at a check cashing place on

23  Farmers Boulevard, right outside Kennedy Airport.  And then it

24  would proceed up to LaGuardia Airport.  From there it would go

25  up to Rhode Island.     (Continued on next page.)

1  CONTINUED DIRECT EXAMINATION

2  BY  MR. NORRIS:

3  Q    After the conversation in the park, did you agree to go

4  and conduct surveillance the following Thursday?

5  A    Yes.

6  Q    What happened that Thursday morning?

7  A    I went and checked the locations, surveilled it.

8  Q    With who?

9  A    Kevin McMahon, Michael Finnerty and Charles.

10  Q    The defendant?

11  A    Yes.

12  Q    Where did you meet that morning?

13  A    Kevin's house.

14  Q    Where is that?

15  A    In Lindenwood, Queens.

16  Q    Did you all go to American Airline's hangar together?

17  A    Yes.

18  Q    Whose car?

19  A    I think we took two cars that day, Kevin's Jeep and

20  Charles had a car, or we all might have went the first time in

21  Charles' car.

22  Q    What happened when you arrived at the hangar?

23  A    We went into the parking lot with the key that opens the

24  electronic arm that let's you into the parking lot, drove

25  around the parking lot to check out if anybody was in cars or

1   what the employee movement was in the parking lot, if anybody

2   was sitting in their cars, anybody was moving in and out of

3   the building and for a spot where I could park, watch what was

4   going on.

5   Q    Explain where the parking lot was relative to the hangar?

6   A    The parking lot pretty much in the front surrounded the

7   building.  Off to the right as you're driving in, there's a

8   parking lot to the right and then right in front of the

9   building there's another parking area.

10  Q    Which parking area did you and the others park the car?

11  A    We parked directly in front of the building looking into

12  the main entrance of the building.

13  Q    What happened next?

14  A    The armored truck came.  They pulled up to the front of

15  the building and I was watching to see if anybody came out to

16  meet them, what they did, how they exited the truck and how

17  long they took inside the building, how many guards were in

18  the truck.

19  Q    What did you observe?

20  A    Everything I just said.

21  Q    How many guards were in the truck?

22  A    I think there was three guards in that truck.

23  Q    Any employees come out to meet them?

24  A    Yes, somebody came out the front door and met with them.

25  Q    Did the truck idle or did they turn it off?

1   A    No, the truck stood running.

2   Q    Were you able to see inside the building?

3   A    Yes.

4   Q    What did you see there?

5   A    I seen employee movement inside the building, the guard

6   walking in and out.

7   Q    The truck that remained running, did the driver stay in

8   the truck or get out?

9   A    Just one guard exited the truck.

10  Q    Do you recall what time it was that the truck pulled up?

11  A    It was early in the morning, maybe 20 minutes after we

12  got there.

13  Q    Approximately what time?

14  A    Maybe 4:30.

15  Q    Still dark?

16  A    Still dark out.

17  Q    What happened after you observed what you needed to see?

18  A    We left the parking lot, drove around that area a little

19  bit to see what was going on with the traffic in the airport,

20  police presence, Port Authority.

21  Q    What happened after that?

22  A    We followed the truck to the next stop.

23  Q    Which was where?

24  A    It was LaGuardia Airport straight up.

25  Q    What happened when you got to LaGuardia Airport?

1  A    I watched exactly what they did.  I pulled over in the

2  gas station there and watched exactly what they done.

3  Q    Where did they pull in at LaGuardia Airport?

4  A    They pulled right up front in front of the American

5  Airlines building.

6  Q    What did they do when they got there?

7  A    They left the truck idling.  One guard exited, went

8  inside, dropped the payroll money off, came out about five

9  minutes later and they proceeded out of there.

10 Q    When you were back at JFK, did you see them taking any

11 money inside?

12 A    Payroll money.

13 Q    Where did you go after LaGuardia?

14 A    That trip we let them just leave.  I had to go to work on

15 construction that morning, couldn't be late.

16 Q    You testified before Michael Finnerty said sometimes the

17 truck would also go to a check cashing place?

18 A    Yes.

19 Q    On that first visit did you observe the truck go to the

20 check cashing place as well?

21 A    Didn't go to the check cashing place, I don't think, on

22 the first one, but I did observe it going to the check cashing

23 place.

24 Q    Which direction did the armor truck go when it left

25 LaGuardia?

1  A    Went north -- no, wait.  It went --  made a left off 94th

2  Street, went down to the Van Wyck Expressway to get back on

3  the Van Wyck because alongside the expressway is the Grand

4  Central Parkway, not open to commercial traffic.

5  Q    As you're at LaGuardia Airport watching the truck, what

6  specifically are you looking out from your perspective?  What

7  do you need to see there?

8  A    I'm trying to put together a plan where I could do this

9  robbery of three and a half million dollars in gold bullion,

10  blocks, is a lot of weight.  You have to have time to unload

11  the truck.  You have to have a vehicle that's heavy enough to

12  carry the gold away and you have to be good about what you're

13  doing.

14  Q    What was the defendant doing that morning while the four

15  of you were driving around in the car?

16  A    He was observing like I was observing.

17  Q    What was Michael Finnerty doing?

18  A    Everybody was doing the same thing, observing.

19  Q    Kevin McMahon doing anything else in addition to

20  observing?

21  A    He might have filmed.

22  Q    Did you ever listen to anything?

23  A    Scanners, just the instruments we brought with us, the

24  scanner.

25  Q    You brought scanners with you?

1  A    Yes.

2  Q    For what reason?

3  A    To learn about police presence, what was going on in the

4  Port Authority and what crimes, if anything was coming over

5  the air that early in the morning where there's going to be a

6  lot of police presence around.

7  Q    Explain to the jury what a scanner is.

8  A    A scanner intercepts radio frequency and what talk is

9  going on between the frequencies you punch in there.  You

10  could punch in air traffic control.  You could put in police

11  department, fire department, ambulance.  It just picks up

12  what's spoken about over the airways.

13  Q    Did there come a time that you cased the armored truck

14  again?

15  A    Cased it a lot of times, almost every Thursday after

16  that.

17  Q    Was it always the four of you that went?

18  A    Yes.

19  Q    Michael Finnerty continued to be involved?

20  A    No.

21  Q    When did he stop being involved?

22  A    When he seen that Kevin was too impulsive, rushing.  He

23  didn't like the rift that was going on between me and Kevin.

24  Kevin was becoming very uncontrollable.  He wanted just to run

25  up there and do it when you couldn't do that.

1  Q    Did you ever go alone to conduct surveillance?

2  A    Yes.

3  Q    Did you ever go with anyone else --  after Michael

4  Finnerty left, were there subsequent surveillances done with

5  Kevin McMahon and the defendant?

6  A    Yes.

7  Q    Did you ever go with anyone else aside from those two

8  people?

9  A    Michael Finnerty.

10  Q    After Michael Finnerty dropped out?

11  A    Other people could have come and looked at it with us,

12  too, yeah.

13  Q    Do you recall specifically?

14  A    Franky Lap, maybe.

15  Q    Who is Franky Lap?

16  A    Franky Lapitino.

17  Q    What's his affiliation?

18  A    He's an associate of the Gambino family.

19  Q    You mentioned earlier that the armored truck also had

20  routes outside of New York City; is that right?

21  A    Yes.

22  Q    Rhode Island and Connecticut?

23  A    It drove up to Rhode Island through Connecticut.

24  Q    Did you ever follow it to those locations?

25  A    Yes.

1  Q    You testified yesterday that you were a frequent user of

2  drugs; is that right?

3  A    Yes.

4  Q    During these surveillances, during these mornings when

5  you're casing the armored truck, were you ever high?

6  A    No.

7  Q    Ever drunk?

8  A    No, absolutely not.

9  Q    Did you form an opinion as what the best place was to do

10 the robbery?

11 A    Yes.

12 Q    What?

13 A    LaGuardia Airport.

14 Q    Why did you think that was the best place to do the

15 robbery?

16 A    Because all you would have to do is drive right out of

17 the airport with the truck, drive over the Grand Central

18 Parkway up to around Ditmars, make a left, come down behind

19 the hotels, the back of the hotels that lined it.  It was a

20 bunch of cul de sacs with houses on them, pull the truck in

21 the cul-de-sac, have a nice heavy duty van waiting and unload

22 the contents of the truck into the van.

23 Q    What about the check cashing place, did you ever consider

24 that location?

25 A    Yeah, it was a good location if you could have took the

1  guy that opened the store in the morning, forced your way in,

2  waited for them to come in there.

3  Q    You thought LaGuardia was better?

4  A    I thought so, yes, a lot of presence of police at Kennedy

5  Airport.

6  Q    Did Kevin McMahon agree with you that LaGuardia Airport

7  was the best place?

8  A    Kevin McMahon wanted to get it done.  He didn't care

9  where it got done.

10  Q    What about the defendant?

11  A    The defendant was pretty much going with what I wanted to

12  do, but Kevin was always throwing "Let's do it, let's do it,

13  let's do it, let's get it done."

14  Q    Did there come a time where you had what you thought was

15  going to be a final surveillance in anticipation of doing the

16  robbery?

17  A    Yes.

18  Q    Explain to the jury what happened that morning.

19  A    We went up with two cars, a station wagon, and I was

20  driving around in a separate car, Charles and Kevin were

21  driving around in another car.  There was a lot of police

22  presence in the area that day.  They pulled over on a side

23  street to LaGuardia Airport.

24  Q    Who is they?

25  A    Kevin McMahon and Charles while I was still driving

1  around the neighborhood.  I had a walkie-talkie.  Kevin had a

2  scanner and a walkie-talkie.  There was a lot of police

3  presence around for some reason.  I couldn't find out why

4  because I didn't have the scanner.

5  Q    You're communicating with Kevin McMahon over the

6  walkie-talkies?

7  A    For a while, yeah, just really trying to stay off the

8  airways just in case somebody else was listening, not

9  constantly talk on the walkie-talkie, you know?

10 Q    What happened?

11 A    They were parked on a block that the police drove down.

12 Q    Again, who?

13 A    Charles and Kevin.

14 Q    That's the defendant, Charles?

15 A    Yes.

16 Q    What happened?

17 A    The police came down the block and Charles shut the car

18 off.  Kevin got very angry and upset he shut the car off.

19 Q    Why?

20 A    Because if something went wrong they would have to start

21 the car to get away.

22 Q    What happened next?

23 A    We met after the police left the block.  They came and

24 met with us.  When Charles got out of the car, he was drunk.

25 Q    What was your reaction when you found out Charles, the

1  defendant, was drunk?

2  A    I didn't want nothing to do with it anymore.

3  Q    With what?

4  A    With the plan, with the robbery, with anything to do with

5  that.

6  Q    Why not?

7  A    Because I don't operate like that.

8  Q    Where did you go next?

9  A    I left.  I went to work.

10  Q    What was in your mind at that point?

11  A    I'm out.  I don't want nothing to do with it.  I'm done

12  with that; go on to greener pastures.  I don't dwell on the

13  past.  I just do what I got to do for the future.

14  Q    What time of year was this?

15  A    I think it was maybe late fall/early winter.

16  Q    Was this before or after the defendant told you that he

17  killed Louie DiBono?

18  A    This was after.

19  Q    What happened next that you recall?

20  A    I seen a news flash on the TV that a guard was killed at

21  Kennedy Airport, an armored truck heist in front of the

22  American Airlines building.

23  Q    Where were you when you heard the news?

24  A    It was either in my mother's house or somebody else's

25  house.

1   Q    What was your reaction on seeing the news?

2   A    I wasn't happy.  I was kind of upset, sick about it.

3   Q    Why?

4   A    Because somebody got killed over a robbery.

5   Q    Did you think who did it?

6   A    It wasn't the right way.

7           MR. SHARKEY:   Objection as to form, do you think.

8           THE COURT:   I'll allow it.  Are you finished?

9           MR. SHARKEY:   Yes.

10          THE COURT:   I'll allow it.  Let him finish his

11   answer.  You could finish your answer.

12   A    What was the question again?

13          MR. NORRIS:   If you could read back the previous

14   answer?

15          (Read back.)

16   Q    I'll ask you again so the record is clear, when you saw

17   the report on the television, what was your reaction?

18   A    I was upset and sick about it.  I didn't like the outcome

19   of the situation.  I don't do things like that.  I don't

20   operate like that.

21   Q    Did you think you knew who did it?

22   A    Yes.

23   Q    After that, did you ever have a discussion with anyone

24   who participated in the robbery?

25   A    Yes.

1  Q    That's the same robbery conspiracy you had been in for a

2  period of time?

3  A    Yes.

4  Q    About how long had lapsed from the first time you and the

5  defendant, Kevin McMahon, Michael Finnerty followed the

6  armored truck to the last time you dropped out?

7  A    Oh, months.

8  Q    How long after seeing the news did the conversation that

9  you had take place?

10 A    When I bumped into Kevin in Howard Beach.  It could have

11 been a couple of days, a week or two weeks later, ten days.

12 Q    Kevin McMahon was still a member of the defendant's crew

13 at that point?

14 A    Yes.

15 Q    How long was the conversation?

16 A    Not long, you know.  Kevin was scared, upset, nervous.

17 Q    Where exactly were you when you talked to him?

18 A    Old Howard Beach.

19 Q    Remember the street?

20 A    Either 95th or 96th Street.

21 Q    Were you with anyone else?

22 A    I think I was dropping a girl off.  I'm not absolutely

23 sure, or going to meet a girl or doing something in the

24 neighborhood there.

25 Q    Was anyone else in the conversation with you and Kevin

1  McMahon?

2  A    No, absolutely not.

3  Q    How did you come to see Kevin McMahon that day?

4  A    We were both driving around the neighborhood.

5  Q    You saw each other?

6  A    Yeah, pulled over.  We got out of our cars.  We started

7  talking about what happened.

8  Q    Where were you standing when you were talking?

9  A    On the sidewalk.

10  Q    How did you react when Kevin McMahon showed up?

11  A    I knew what he was up to.  I knew Kevin's MO.  He's a

12  questioner.  Kevin is a question/information seeker.

13  Q    How were you feeling at that time?

14  A    I was disgusted.

15  Q    Again, how did Kevin appear to you when you first started

16  talking to him?

17  A    Kevin was nervous about me knowing and he was seeking to

18  find out if I spoke to anybody about it or who else knew about

19  this score.  He was volunteering information to what happened.

20  Q    What did he tell you?

21        MR. SHARKEY:   Objection as to foundation.

22        THE COURT:   I'll allow it.

23  Q    What did he tell you?

24  A    He told me him, Charles and Bobby Borriello went to do

25  the score and they killed the guy.

1  Q    That's the same Bobby Borriello that the defendant told

2  you he killed Louie DiBono with?

3  A    Yes.

4  Q    Same Gambino soldier?

5  A    Yes.

6  Q    Did Kevin McMahon tell you who shot the guard?

7  A    He tried to accuse Bobby Borriello of it.

8  Q    Did he say why the guard had been shot?

9  A    The guy got out of the truck with his pistol in his hand,

10 probably reacted when they went to take the bag from him.

11 Q    Is that what Kevin told you?

12 A    Yes.

13 Q    You testified --  withdrawn.

14       You testified that Kevin told you that he, the

15 defendant and Bobby Borriello did the robbery and killed the

16 guard; is that right?

17 A    Yes.

18 Q    Did he tell you any other details about what happened?

19 A    That it was 60 something thousand dollars in the bag.

20 Q    That they got?

21 A    Yeah, and he was just going after that bag.

22 Q    You testified that your understanding was that Kevin

23 McMahon was nervous, among other things, that you might --

24 withdrawn.

25       You testified that your understanding was that Kevin

1  McMahon was trying to find out if you had told anyone else

2  what happened; is that right?

3  A    Yes.

4  Q    Did you have an understanding who he thought you might

5  have told?

6  A    No, probably people in the street, people that associated

7  with me, my friends, maybe people in the crew, people that

8  were higher up over Charles.

9  Q    You testified that the guard was innocent; is that right?

10            MR. SHARKEY:   Objection.

11            THE COURT:   I'll allow it.

12  A    Yes.

13  Q    You told this jury about other murders, fair to say?

14  A    Yes.

15  Q    What made this different?

16  A    That was --

17            MR. SHARKEY:   Objection.

18            THE COURT:   I'll allow it.

19  A    The guy was a working stiff.  He wouldn't have gave any

20  kind --  if you got the drop on the guy the right way, he

21  wouldn't stop you from robbing him.  He would do what he had

22  to do, the FBI would handle it after that.  That's what

23  they're trained to do, not trained to get into gun battles in

24  the street.

25  Q    You said what they're trained to do, what do you mean by

1  "they"?

2  A    The guards on the armored truck.

3  Q    What did you say when Kevin McMahon told you he and the

4  defendant and Bobby Borriello killed the guard?

5  A    I didn't want to hear about it.  I'm not --  you know, I

6  don't want to know about this.  This has got nothing to do

7  with me, something that I really don't want to carry around,

8  you know, him thinking now I know we had this conversation,

9  he's going to go back and tell Charles we had the

10  conversation, Bobby Borriello, you know.  I knew what he was

11  doing.  He was seeking information from me.  He was too

12  nervous to go about it the right way instead of coming out and

13  asking me "Did you tell anybody about the situation?  No."

14  Q    As time went on, did you ever have another conversation

15  with Kevin McMahon about the killing of the armored car guard?

16  A    Yes.

17  Q    When was that?

18  A    After he was arrested on a case involving extortion in

19  Long Island.

20  Q    Approximately what year was that?

21  A    It was either '99 or 2000.

22  Q    Do you recall where you had this conversation with him?

23  A    Up the block from his house in Howard Beach.

24  Q    How did you come to see him that day?

25  A    I think he was just buying a house there or he was

1  looking at houses in the neighborhood.  I don't know what he

2  was doing, but I was driving around.  I bumped into him.

3  Q    Were you still in the defendant's crew at this time?

4  A    No.

5  Q    Was Kevin McMahon still in the defendant's crew?

6  A    Yes.

7  Q    Were they still close?

8  A    Well, after the conversation I had, I don't think they

9  were too close any longer.

10 Q    You know what a rat is?

11 A    A rat is somebody that's cooperating with the

12 authorities, with the FBI, with the state police, with the

13 city police department.

14 Q    Did Kevin McMahon tell you whether anyone thought he was

15 a rat?

16         MR. FARBER:   Objection.

17         THE COURT:   I'll allow it.

18 A    Yes.

19 Q    Who?

20 A    Charles.

21 Q    Is it important for members and associates of organized

22 crime to know who is cooperating with the government?

23 A    Yes, very important.

24 Q    Is it especially important for members of the same crew

25 to know who is cooperating?

1  A    Yes.

2  Q    Why is it important?

3  A    Because one cooperator could ruin the whole crew, could

4  ruin everything.

5  Q    On the street did you have an understanding with people

6  in organized crime about cooperating with the government?

7  A    It's a death sentence.

8  Q    In organized crime do people casually accuse other people

9  of being a rat?

10 A    No.  When I grew up, you accuse somebody of being a rat,

11 you had to have a basis for it.  You had to have proof, and if

12 you were wrong, you could get yourself really jammed up heavy.

13 You could either be killed or disciplined in a heavy duty way.

14 Q    How did the subject of the killing of the armored car

15 guard at JFK arise that day when you ran into Kevin McMahon?

16 A    Well, Kevin was very aggravated, very upset that he was

17 being called a rat.  He said "I know all these things about

18 this guy, I know about the armored truck guard, Louie DiBono,

19 know about other things with Charles, things I was involved

20 with, and this guy is going around calling me a rat and making

21 people in the neighborhood think I'm a rat.  If I was a rat,

22 he wouldn't be here right now.  He would be apprehended and in

23 jail."

24 Q    Did Kevin in fact tell you he was cooperating at that

25 time?

1   A    He was not cooperating.

2   Q    What did you say when he told you  --  what did you say

3   in response to what he told you?

4   A    I told him the best thing you could do is get away, stay

5   away and mind your business.  Go do your time, come home, get

6   your wife and kids and move on, get away from this because

7   it's dead-end.

8   Q    Did you ever talk about the killing of the armored truck

9   guard again with anyone else who was close to the defendant?

10  A    No.

11  Q    Never had a conversation with anyone else?

12  A    Oh, Johnny Alite.  Yes, I did.

13  Q    Johnny Alite, is that the person who asked you to lead

14  the team that killed --  withdrawn.

15        John Alite, is that the person who asked you to kill

16  John Gebert in 1997?

17  A    Yes.

18  Q    When did this conversation occur?

19  A    I was at Alite's girlfriend's house.

20  Q    Where?

21  A    Old Howard Beach.

22  Q    What's his girlfriend's name?

23  A    Claudia.

24  Q    Who else was there?

25  A    Mike Malone and Patsy Andriano, Junior.

1    Q    Were they with you?

2    A    They were playing with the kids out front, or the dogs.

3    They were, you know, all together there, but they weren't with

4    me and Alite at the moment that that was said.

5    Q    Where were you and Alite when you were talking with him?

6    A    Me and Alite were sitting in the house when Kevin pulled

7    up.

8    Q    To your knowledge had John Alite ever commit any crimes

9    with Kevin McMahon to that point?

10   A    Did something with a funeral parlor or something, did

11   something together.

12   Q    You weren't involved?

13   A    No.

14   Q    Did the subject of the armored truck guard killing come

15   up again in the context of cooperation?

16   A    Yes.

17   Q    How did the conversation arise?

18   A    John was basically aggravated that Kevin was pulling up

19   to his house He that he's a questioner; that he's always

20   seeking information and this kid has got a lot of potential

21   for being no good, you know, just didn't trust Kevin at the

22   time.

23   Q    Did he say whether he thought he was a rat?

24   A    Yes.

25   Q    What did he say?

1  A    He said this kid could possibly be a rat.

2  Q    Did he say anything about the defendant?

3  A    Yes.

4  Q    What did he say?

5  A    He said Charles might think he's a rat, you know.

6  Q    Did he say anything else about the defendant?

7  A    "I just don't like him being around me.  I don't want him

8  here.  I don't know why he pulled up here."

9  Q    Did he tell you anything about why the defendant would be

10 concerned Kevin McMahon was a rat?

11          MR. SHARKEY:   Objection as to form.

12          THE COURT:   I'll allow it.

13 Q    You may answer.

14 A    Because of the severity of the armored truck robbery,

15 what went wrong, other things the kid knew about.

16 Q    You testified yesterday that the defendant told you he

17 stabbed Sal Puma in the chest; do you recall that?

18 A    Yes.

19 Q    Did you ever have any other conversations with anyone

20 else in the defendant's crew about any other stabbings?

21 A    Yes.

22 Q    Which member of the defendant's crew did you have those

23 additional conversations?

24 A    Andrew Curro.

25 Q    That's the defendant's right-hand man you told the jury

1    about yesterday?

2    A    Yeah, at the time.

3    Q    When did those conversations take place?

4    A    Sometime in the mid to late '70s.

5    Q    Before or after the defendant told you that Albert Gelb

6    had been killed?

7    A    After.

8    Q    Where did the stabbing take place?

9    A    In front of Blue Fountain Diner.

10   Q    Where is that?

11   A    Cross Bay Boulevard and Howard Beach.

12   Q    Did the conversations you had with Curro involve a

13   sit-down that was called to address the stabbing?

14            MR. SHARKEY:    Objection as to leading.

15            THE COURT:    Overruled.

16   Q    You may answer.

17   A    Yes, it did.

18   Q    Did the conversation pertain directly to the status of

19   the defendant in the Gambino family?

20   A    Yes.

21   Q    Was it important for you and Andrew to know what the

22   defendant's status was in the Gambino family?

23   A    Yes.

24   Q    Why?

25   A    It wasn't really important for me.  It was important for

1  Andrew, but Charles was still my friend and I didn't want to

2  see nothing go wrong or happen to him.

3  Q    But you and Andrew --  were you committing crimes with

4  the defendant at that time?

5  A    Yes.

6  Q    Did the conversation take place a day or two after the

7  stabbing?

8  A    Yes.

9  Q    Did you have a conversation with Curro before the

10 sit-down took place?

11 A    Yes.

12 Q    Did you have another conversation with Curro after the

13 sit-down took place?

14 A    Yes.

15 Q    How much time passed between the stabbing and the sit-

16 down?

17 A    I think it was a day or two.  It was right away.  It was

18 as quick as they could get the people together.

19 Q    You testified yesterday that the defendant at this time

20 was in John Gotti's crew, the Bergen crew; is that right?

21 A    Yes.

22 Q    That's called the Bergen crew because John Gotti's club

23 was the Bergen Hunt and Fish Club, correct?

24 A    Yes.

25 Q    Did you know the person who was killed?

1  A    No.

2  Q    Did you and Curro discuss the fact that he was related to

3  someone else?

4  A    He was Lenny DeMaria's nephew.

5  Q    Is this Lenny DiMaria you identified yesterday?

6  A    Yes.

7  Q    What was his position in the Gambino family at that time?

8  A    He was a soldier.

9  Q    What did he later rise to become?

10 A    Captain.

11         THE COURT:   Would you give us that number, please?

12         MR. NORRIS:   Showing the witness Government

13 Exhibit 2-K.

14 Q    Was Lenny DeMaria part of John Gotti's crew?

15 A    No.

16 Q    Whose crew was he in?

17 A    He was in Nicky Corozzo, Fat Andy, Tony Lee, JoJo

18 Corozzo, that crew, that tip of the family.

19 Q    That's a different faction of the family, fair to say?

20 A    Yes.

21 Q    You testified yesterday that the relationship between

22 that faction and Gotti's faction was not good?

23 A    Not at the time, no.

24 Q    I'm showing you what's in evidence as Government

25 Exhibit 2-LLL.  Who is that?

1   A   Fat Andy Ruggiano.

2   Q   What's his first name?

3   A   Andy.

4   Q   The highest status he obtained in the Gambino family?

5   A   Captain.

6   Q   Who was he partners with?

7   A   Tony Lee.

8   Q   Did someone from John Gotti's crew call for the sit-down?

9   A   Yes.

10  Q   Who?

11  A   John Carneglia.

12  Q   Why?

13  A   Because --

14          MR. SHARKEY:   Objection as to why.

15          THE COURT:   I'll allow it.

16  Q   You may answer.

17  A   Because Nicky and Lenny wanted Chunk.  They wanted

18  retaliation for what took place with Charles and his nephew.

19  Q   Did Andrew Curro tell you why they wanted to retaliate

20  against the defendant?

21  A   Because his nephew was stabbed in front of the diner and

22  later died.

23  Q   What was your reaction to learning the defendant stabbed

24  the kid in front of the Blue Fountain Diner?

25  A   My reaction?

1  Q    Yes.

2  A    I had no reaction.  That was, you know, something that

3  happened.  I mean I wasn't happy about it, but the kid got

4  into an altercation.  He got killed.

5  Q    Did Andrew Curro tell you who participated in the

6  sit-down?

7  A    Yes.

8  Q    Who participated for Nicky and Lenny?

9  A    Nicky, Lenny, and I guess either Andy or Tony Lee.

10 Q    Were Nicky and Lenny able to sit down for themselves?

11 A    Yes, they could have sat down for themselves.

12 Q    Why?

13 A    Because they were soldiers.  They were made members in

14 the crew.

15 Q    Nicky and Lenny, what was their relationship like?

16 A    They were partners.

17 Q    Sort of --

18 A    Childhood friends since babies.

19 Q    Like Fat Andy and Tony Lee?

20 A    Fat Andy, Tony Lee and John and Genie and the rest of the

21 Bergen crew, close, tight.

22 Q    Who sat for the defendant?

23 A    Angelo Ruggiero, John Gotti and Gene Gotti.

24 Q    Angelo Ruggerio, Quack Quack, later rose to become

25 captain?

1   A    Yes.

2   Q    What was their status in the family?

3   A    Soldiers.

4   Q    John Gotti, what was his status?

5   A    Acting captain.

6   Q    John Gotti and Gene Gotti and Angelo Ruggerio all members

7   of the Bergen crew, right?

8   A    Yes.

9   Q    Did someone mediate the sit-down?

10  A    Yes.

11  Q    Who?

12  A    The underboss.

13  Q    What was his name?

14  A    Aniello Dellacroce.

15  Q    What was the outcome of the sit-down?

16  A    It was squashed.  They were told to leave Charles alone

17  and that was that.

18  Q    Lenny and Nicky couldn't retaliate against him?

19  A    No, they couldn't.

20  Q    Lenny couldn't avenge the killing of his nephew?

21  A    No, he couldn't.

22       MR. FARBER:   Objection.

23       THE COURT:   Overruled.

24       When you reach an appropriate time, we'll break.

25       MR. NORRIS:   I have about five minutes in this

1    section, break now?

2              THE COURT:   Let's take a break.

3              (Jury leaves courtroom.)

4              (Recess.)

5              (Witness enters courtroom.)

6              (Continues on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (jury present.)

2    THE COURT:  Come in, please.  Be seated.

3    Proceed.

4    MR. NORRIS:  Yes, your Honor.

5  BY MR. NORRIS:

6  Q    Mr. Zuccaro, before we broke, you testified that Andrew

7  Curro told you that the defendant stabbed Lenny DiMaria's

8  nephew in front of Blue Fountain Diner in the late seventies,

9  correct?

10  A    Yes.

11  Q    And the defendant's brother called for a sit-down out of

12  fear that the opposite faction of the family would retaliate

13  against the defendant for doing it, correct?

14  A    Yes.

15  Q    And the underboss of the family, Aniello Dellacroce, he

16  squashed it, he said the defendant couldn't be retaliated

17  against, correct?

18  A    Yes.

19  Q    Did you ever hear about the sit-down from anyone else in

20  the Bergin crew?

21    MS. SHARKEY:  Objection.

22    THE COURT:  I will allow it.

23  A    Yes.

24  Q    Who?

25  A    John Gurino.

1  Q    Who was John Gurino at the time?

2  A    JJ Gurino was an associate of Gene Gotti's, an associate

3  of the Gambino family.

4  Q    Were you close with him?

5  A    Yes.

6  Q    Throughout his whole life?

7  A    Yes.

8  Q    What did you discuss with JJ?

9         MS. SHARKEY:  Objection.

10         THE COURT:  Overruled.

11  Q    You may proceed.

12  A    What took place in front of the diner with the stabbing,

13  and the concern for Phil Brown being there and witnessing the

14  stabbing go down and the retaliation that was going to be

15  sought after Phil seen what happened and maybe they'd

16  retaliate and do something to Phil Brown for seeing what he

17  saw in fear that he might cooperate with the authorities.

18  Q    What was Phil Brown's relationship with JJ Gurino?

19  A    Very close friend.

20  Q    Was he one of his associates?

21  A    Yes.

22  Q    Where was the defendant at the time these discussions

23  about the sit-down were going on?

24  A    He was on the lam.

25  Q    Do you know where he went?

1    A    No.

2    Q    Do you know how long he was on the lam?

3    A    He was on the lam for a couple of days, a week, maybe

4    two.  But he laid low after that.

5    Q    In addition to having a conversation with JJ about Phil

6    Brown, did you ever have a direct conversation with Phil and

7    JJ yourself?

8    A    Yes.

9    Q    Where did that conversation take place?

10   A    In front of Phil's house.

11   Q    Where was Phil's house?

12   A    83rd Street in Howard Beach.

13   Q    Night or day?

14   A    It was late afternoon, like sunset.

15   Q    Before or after the sit-down?

16   A    After.

17   Q    How did the conversation arise?

18   A    Like I said before, there was concern for Phil's safety,

19   that they were going to retaliate and do something to him.

20   Q    How did Phil Brown appear to you?

21        MR. FARBER:  Objection.

22        THE COURT:  I will allow it.

23   A    He was very nervous.

24   Q    Did he tell you what happened at the diner?

25   A    Yes.

1   Q    What did he tell you?

2        MS. SHARKEY:  Objection.

3        THE COURT:  Overruled.

4   Q    You may answer.

5   A    He had told me that a big fight broke out between two

6   factions of people at the diner, one of the factions might

7   have been altogether Nicky and Lenny's crew and another crew

8   of kids that was hanging out at the diner.  A fight broke out.

9        Charles was driving down the Boulevard.  Two kids

10  that were around Charles were involved in the fight.  Charles

11  pulled over, he went to go get involved.  A kid went to swing

12  at him, Georgie or Tom Tom tried to push the kid away.  As

13  they were pushing him hey way, Charles stabbed the kid through

14  Georgie or Tom Tom's hand, stabbed him in the heart -- or in

15  the chest area.

16  Q    In the heart?

17  A    Yeah.

18  Q    You don't know this kid's name; is that right?

19  A    Not at all.

20  Q    Yesterday I believe you testified that Tom Tom and

21  Georgie -- there's a name for them, is that right?

22  A    Yes.

23  Q    What was it?

24  A    Charlie's Angels.

25  Q    And is it your testimony that -- withdrawn.  Do you

1   recall whether Phil said it was Tom Tom or Georgie's hand that

2   the knife went through that stabbed the kid?

3   A   I seen one of them wounded. I forget which one it was,

4   but he told me and I seen the kid with his hand wounded. I

5   just forget who it was.

6   Q   Showing you what has been marked for identification as

7   Government Exhibit 2 EEEE.

8          Do you recognize this photo?

9   A   Yes.

10   Q   Who is it?

11   A   That is Georgie.

12   Q   Do you know his last name?

13   A   No.

14   Q   What was the highest rank he obtained in the Gambino

15   family?

16   A   He was an associate. When I came to jail he was an

17   associate of the family.

18          MR. NORRIS: We offer it.

19          THE COURT: Admitted.

20          (So marked.)

21   Q   Did you ever have any subsequent conversations with JJ

22   about Phil Brown's concern?

23   A   Yeah. JJ went to Gene Gotti and Angelo Ruggiero to make

24   sure that Phil Brown got a pass, that nobody was going to

25   retaliate and do anything to Phil Brown over what took place

1  in front of the diner and what he saw.

2  Q    Did he get a pass?

3  A    Yes.

4  Q    Again, just to be clear to the jury, why did he need a

5  pass?

6              MS. SHARKEY:  Objection.

7              THE COURT:  I will allow it.

8  A    Why did he need a pass?

9  Q    Yes.

10  A    He was a witness to a murder and he could have cooperated

11  with the authorities and caused Charles a lot of harm at the

12  time.

13  Q    Now, you just testified about Fat Andy and Tony Lee's

14  crew; is that right?

15  A    Yes.

16  Q    And that was the crew that Lenny DiMaria and Nicky

17  Corozzo were in around the time of the stabbing at the Blue

18  Fountain Diner; correct?

19  A    Yes.

20  Q    And you testified that Nicky had a brother JoJo?

21  A    Yes.

22  Q    And JoJo later became a consigliere?

23  A    Yes.

24  Q    And Jo Jo was also part of that crew at the time;

25  correct?

1   A    Yes.

2   Q    Who else was in their crew?

3   A    It was a bunch of kids from the neighborhood, Fat Andy's

4   two sons.

5   Q    What were their names?

6   A    Anthony and Albert.  Sal Pecchio, Little Joe Daidone,

7   Herman.

8   Q    Do you know Herman's last name?

9   A    No.

10  Q    Are you familiar with the name Robert Engel?

11  A    Robert Engel was pat of their crew.  More Nicky and

12  Lenny.

13  Q    What about someone named Carl Amato?

14  A    Carl Amato was part of their crew.

15  Q    Robert Engel, if he was with Nicky and Lenny, he was

16  still part of Fat Andy's crew?

17  A    He hung out with Anthony, he hung out with those kids

18  too, year.

19  Q    Robert Engel was with Nicky and Lenny, he therefore is in

20  Tony Lee's and Fat Andy's crew, correct?

21  A    Yes.

22  Q    The same way that Andrew was with the defendant and even

23  though the defendant at the time was an associate, he is in

24  John Gotti's crew; correct?

25  A    Yes.

1    Q    Even though he's also in the defendant's crew?

2    A    Yes.

3    Q    Showing you what is in evidence as Government Exhibit

4    2W.  Who is that?

5    A    Anthony Ruggiano.

6    Q    And, again, who is he?

7    A    That's Fat Andy's oldest son.

8    Q    What is the highest position he obtained in the Gambino

9    family?

10   A    When I was out in the street he was still an associate.

11   Q    Showing you what is in evidence has Government Exhibit

12   2 KKK.

13   A    That is Albert Ruggiano, Fat Andy's younger son.

14   Q    What is the highest position he obtained in the Gambino

15   family?

16   A    Associate.

17   Q    That is Anthony's brother?

18   A    Yes.

19   Q    And showing you what is in evidence as Government

20   Exhibit 2L.  Who is that?

21   A    Robert Engel.

22   Q    What is the highest position he obtained in the Gambino

23   family?

24   A    He was an associate.

25   Q    Showing you what is in evidence as Government Exhibit?

1   2 III.  Who is that?

2   A    Sal Pecchio.

3   Q    What is the highest position he obtained in the Gambino

4   family?

5   A    Associate.  When I was in the street.

6   Q    What was his relationship like with Anthony Ruggiano

7   Junior?

8   A    Very close.

9   Q    Showing you what is in evidence has Government Exhibit?

10  2 FF.  Who is that?

11  A    Carl Amato.

12  Q    What is the highest position he obtained in the Gambino

13  family?

14  A    When I was out in the street, associate.

15  Q    What did he later become?

16  A    I don't know.  I was --

17  Q    Yes?

18  A    He was an associate when I was in the street.

19  Q    All of these men we just went through, Anthony Ruggiano

20  Junior, Robert Engel, Albert Ruggiano, Sal Pecchio, Carl

21  Amato, they are all part of Lenny and Nicky's crew, Tony Lee

22  and Fat Andy's crew, correct?

23  A    Yes.

24  Q    What rank -- remind the jury what rank Nicky Corozzo and

25  Lenny DiMaria later attained.

1   A    Captain.

2   Q    Are you familiar with the defendant's feelings about the

3   Corozzos and about Lenny DiMaria?

4   A    Yes.

5   Q    How did you come to be familiar with his feelings?

6        MR. FARBER:  Objection.

7   A    There was always a rift between the two crews.  It was a

8   well-known fact in the neighborhood, and that's the way it

9   was.

10  Q    Did he ever tell you what he thought about the Corozzos

11  and Lenny DiMaria?

12       MS. SHARKEY:  Objection.

13       THE COURT:  I will allow it.

14  A    He didn't get long with them.  They didn't like him, he

15  didn't like them.

16  Q    Do you have an understanding as to where the rift

17  originated?

18  A    Well, the rift goes back a long time between John,

19  Angelo, JoJo, Nicky and Lenny, and Genie, them guys they

20  didn't see eye to eye, but then as problems and beefs between

21  the two crews kept going back and forth, it just got worse.

22  Then when the nephew was stabbed, it got even worse.

23  Q    Everyone was still all in the same crime family, right?

24  A    Yes.

25  Q    You testified yesterday that you had a number of

1   conversations with Andrew Curro about the death of John

2   Gotti's son Frankie in an auto accident, do you recall that?

3   A    Yes.

4   Q    And the man whose car Frankie hit -- sorry, withdrawn.

5   The man whose car hit Frankie was John Gotti's neighbor, a man

6   by the name of John Favara; correct?

7   A    Yes.

8   Q    And you also testified that John Gotti wanted to

9   retaliate but was told not to by the underboss at the time,

10  the same Aniello Dellacroce, correct?

11  A    Yes.

12  Q    And John Gotti was an acting captain at the time?

13  A    Yes.

14  Q    Did you discuss with Andrew the reason why the underboss

15  denied Gotti permission to retaliate against John Favara?

16          MS. SHARKEY:  Objection.

17          THE COURT:  I will allow it.

18  A    Because anybody could have been driving that car, a

19  soldier in the family, the underboss himself could have been

20  driving that car.  It was an accident.

21  Q    In your experience, do members of organized crime

22  sometimes seek permission when they want to kill somebody?

23  A    Yes.

24  Q    What are they supposed to do if they are denied

25  permission?

1  A    They are denied, they are supposed to not do it.

2  Q    What if you disobey orders, what can happen?

3  A    You can get killed for it.

4  Q    Did John Gotti disobey the underboss's orders?

5  A    Yes, he did.

6  Q    How?

7  A    He went to Florida and had John Favara whacked out.

8  Q    Was John Gotti killed as a punishment for disobeying

9  Aniello Dellacroce's orders?

10  A    No, absolutely not.

11  Q    Did he suffer any repercussions that you are aware of?

12  A    Absolutely none.

13  Q    Who was the boss of the family at the time that John

14  Favara was killed?

15  A    I believe Paul just took over.

16  Q    What was Paul's last name?

17  A    Castellano.

18  Q    Showing you what is in evidence has Government Exhibit?

19  2 MM.  Who is that?

20  A    Paul Castellano.

21  Q    What is the highest rank he obtained?

22  A    Boss.

23  Q    How long was Paul Castellano the boss of the Gambino

24  crime family?

25  A    He took the family over when his brother-in-law Carlo

1  Gambino passed away, all the way up until December of '85 when

2  they killed him in front of Sparks Steakhouse.

3  Q    Did anyone tell you who killed him?

4         MS. SHARKEY:  Objection.

5         THE COURT:  I will allow it.

6  A    It was a well-known fact in the family of who did it.  It

7  was on the hush, but --

8  Q    What was your understanding as to who was involved?

9  A    The Bergin crew, yes.

10        MS. SHARKEY:  Objection as to foundation.

11        THE COURT:  Find out from whom, if you can, he

12  obtained that understanding.

13  Q    Do you recall who specifically you might have gained that

14  understanding from?

15  A    Fat Sonny Giupponi

16  Q    Who is he?

17  A    He was a soldier from the Bronx who was doing time with

18  me in Otisville, New York at the time.

19  Q    From the Bronx in what family?

20  A    Gambino.

21  Q    Did he tell you who killed Castellano?

22        MS. SHARKEY:  Objection.  Foundation.

23        THE COURT:  I will allow it.

24  A    Yes.

25  Q    Who did he tell you killed Castellano?

A     John, Angelo, Genie, Johnny Carnig, Iggy Alonga, Tony Roach, and Sal Scala, Vinny Artuso.

Q     They are all members of the Bergin crew?

A     Yes, Sammy the Bull, too.

Q     Who became boss after that?

A     John Gotti.

Q     You testified before that one of the rules of organized crime is that you never raise your hand to another made member.

      Do you recall that?

A     Yes.

Q     Did John Gotti and Gene Gotti and John Carneglia and everyone else violate that rule when they murdered Paul Castellano?

A     Yes.

Q     By organized crime rules should they have gotten killed for what they did?

A     Yes.

Q     Did they get away with it?

A     Semi.

Q     Did they get killed?

A     No, they didn't get killed.  Frankie DeCicco got killed.

Q     Showing you what is in evidence has Government Exhibit?

2 VV.  Who is that?

A     Carlo Gambino.

1   Q    What was the highest position he attained in the Gambino

2   family?

3   A    He was the boss.

4   Q    Now, switching directions.  Do you recall the date that

5   you got out of prison for the armored truck robberies?

6   A    March 23rd, 1988.

7   Q    What did you do when you got out?

8   A    I went back to the neighborhood.

9   Q    Tried to get on your feet?

10  A    Tried to get on my feet.  Was leery about what I was

11  hearing in prison about Carmine sending me death threats for

12  retaliation for doing what we did to him by his junk yard.

13  Q    Carmine Agnello?

14  A    Yes.

15  Q    When you got out of prison were you on parole?

16  A    Yes.

17  Q    Did you have parole conditions?

18  A    Yes, I did.

19  Q    Did you break them?

20  A    Every day.

21  Q    What was your relationship like with your parole officer?

22  A    Cordial.

23  Q    Were you aware whether you were under surveillance while

24  you were on parole?

25  A    I looked at it as I was under surveillance 24 hours a

1    day.

2    Q    Did you take steps to evade the surveillance?

3    A    All the time.

4    Q    Did you lie to your parole officer?

5    A    Every time I seen him.

6    Q    Try to fool him?

7    A    Every day.

8    Q    Why?

9         MS. SHARKEY:  Objection.

10        THE COURT:  I will allow it.

11   A    I was the criminal and he was the cop.  You know, he's

12   looking to put me in jail and I'm looking to get on my feet

13   and stay out of jail without being detected.

14   Q    Can you estimate how many times you lied to your parole

15   officer?

16   A    I lied untold amounts.  I lied to him every time I seen

17   the guy over a five-year period; three parole officers I had.

18   Q    Were you permitted to meet with organized crime figures

19   under the conditions of your parole?

20   A    No, I was not.

21   Q    And did you meet with them anyway?

22   A    Almost every day.

23   Q    Who did you meet with first?

24   A    When I first got out?

25   Q    Yes?

1    A    The first person I seen?

2    Q    Yes.

3    A    I went right to Carmine Agnello.

4    Q    That is the person that you and the defendant and

5    everyone else slaughtered back in the late seventies?

6    A    Yes.

7    Q    Why did you go meet with him?

8    A    I wanted to see what he had on his mind, if he wanted to

9    straighten out the problem that he thought we had.

10   Q    Where did you go meet with him with?

11   A    I went right to his junk yard.

12   Q    What happened?

13   A    He didn't recognize me.

14   Q    What did you do?

15   A    I walked up to him and asked him what he had on his mind

16   and what he wanted to do about it, and that it wasn't me that

17   ordered the beating, it was his father-in-law.  So if he had

18   any beef, he had a beef with his father-in-law, he should go

19   straighten it out there first and then worry about coming to

20   me.

21   Q    What did he say?

22   A    That he had no problem with me.  But that wasn't what I

23   was hearing while I was in prison.

24   Q    Who did you go see next?

25   A    I went and seen John Gotti Junior.

1  Q   Did you discuss the Agnello situation with him?

2  A   Yes.

3  Q   What did he say?

4  A   He would straighten it out.

5  Q   Who is the next organized crime figure that you recall

6  going to see after that?

7  A   John Carneglia.

8  Q   Why did you go see him?

9  A   Because I was on record with him.  I was supposed to

10 report to him and I went there to let him know what took place

11 and what happened.

12 Q   With what?

13 A   Carmine Agnello.

14 Q   Where did you go see John Carneglia?

15 A   At his house.

16 Q   What did you discuss?

17 A   The situation with Carmine and the future, when I got on

18 my feet.

19 Q   What did you discuss about the future, getting on your

20 feet?

21 A   Getting on my feet, making money, getting a job to evade

22 the parole people and to ride under the radar so I wouldn't go

23 back to prison while I was on parole.

24 Q   Did he ask you what you wanted to do?

25 A   Yes.

Zuccaro - direct - Norris

1  Q   What did you tell him?

2  A   I wanted to get back into the marijuana business.

3  Q   Why?

4  A   It's very lucrative and the penalty was really nothing at

5  the time.

6  Q   Did he say anything about Carmine Agnello?

7  A   Yeah, he said not to worry about that, now the guy was

8  John Gotti's son-in-law and everybody else was either

9  straightened out or with John and they really had no problem.

10 The kid was focusing on me.

11 Q   Did he say whether you had any prospects of getting

12 straightened out?

13 A   We'll see what happens in the future.

14 Q   Again, remind the jury, that means becoming made?

15 A   Yes, becoming a soldier of the family.

16 Q   What specifically did he tell you about getting into the

17 marijuana business when you told him that's what you wanted to

18 do?

19 A   He was going to introduce me to someone.

20 Q   Who?

21 A   This guy Morty from Manhattan in the jewelry business.

22 Q   Anyone else?

23 A   Chickie.

24 Q   Morty and Chickie?

25 A   Yeah.

1    Q    Do you know their last names?

2    A    No, I do not.

3    Q    Did you know Chickie at that point?

4    A    I knew Chickie from Dashes on Fire Island in Long Island.

5    I knew who he was.

6    Q    Did John Carneglia tell you why he wanted to set you up

7    with Morty and Chickie?

8    A    They had a connection in Texas.

9    Q    A connection for what?

10   A    Marijuana.

11   Q    Did he explain who the connection was with in Texas?

12   A    The connection was with Morty and Chickie, mostly Morty.

13   It was Morty's workers and friends in the jewelry business.

14   Q    Do you remember their names?

15   A    Doug Ervig, Gary Compton, Darrell Smith.

16   Q    What happened next?

17   A    I met with Doug Ervig and Gary Compton.

18   Q    That was the first thing that happened?

19   A    I talked with Morty, I went to his apartment and --

20   Q    Where?

21   A    In Manhattan.

22   Q    You got out of prison in March '88, right?

23   A    Yes.

24   Q    How long after you got out of prison would you say that

25   that meeting took place?

1    A    I got out in March and maybe over the summer it took

2    place --

3    Q    Who else was --

4    A    -- in May, June.

5    Q    Who else was at that meeting in Morty's apartment?

6    A    Chickie and Doug Ervig.

7    Q    Explain to the jury what you discussed.

8    A    Bringing marijuana up to New York from Dallas, Texas.

9    Q    What did you tell them that you could do?

10   A    I could sell marijuana in New York, and if we got a

11   pipeline going, that we would do good, it would grow into a

12   lucrative business.

13   Q    What happened next?

14   A    I flew down to Texas.

15   Q    Who did you go down there to meet?

16   A    The connection, Darrell Smith.

17   Q    Where did you go meet him?

18   A    Dallas, Texas, Doug Ervig's apartment.

19   Q    How did you get there?

20   A    I flew.

21   Q    What airline?

22   A    Delta.

23   Q    Describe Darrell Smith physically.

24   A    Physically, he was about six-two, maybe 230 pounds, bald,

25   a beard and a mustache, light complexion fellow, weak chin and

1    very intelligent.

2    Q    Showing you what has been marked for identification as

3    Government Exhibit 2 IIII.

4         Do you recognize this photograph?

5    A    That's Darrell Smith with the wig we got him.

6         MR. NORRIS:  I offer it.

7         THE COURT:  Admitted.

8         (So marked.)

9         MS. SHARKEY:  May we see that?  Thank you.

10   Q    This is the guy with no beard or mustache and hair on top

11   of his head, right?

12   A    Yes.

13   Q    You got him a wig later?

14   A    Yes.

15   Q    We'll get to that.

16        What did you and -- withdrawn.  Was anyone else with

17   you when you went to see Darrell Smith?

18   A    Yes.

19   Q    Who else?

20   A    Doug Ervig and Gary Compton.

21   Q    What did you discuss?

22   A    Smuggling marijuana back up to New York from Dallas,

23   Texas.

24   Q    Did you discuss how you would do it?

25   A    They were going to handle the transportation to begin

1  with.

2  Q   What were you going to do?

3  A   I was going to come down, pay for it and they were going

4  to ship it up.

5  Q   How long did you stay down in Texas?

6  A   The first time it was overnight.  I flew back the next

7  day.

8  Q   How were you going to pay for the marijuana?

9  A   I borrowed money.

10 Q   Who did you borrow money from?

11 A   I borrowed 10,000 from Johnny Carneglia, 10,000 from

12 Frankie Lap, and I had 10,000.

13 Q   30,000 in total?

14 A   Yes.

15 Q   What happened after you got back to New York?

16 A   I put the money together.  I stayed in touch with the

17 guys in Texas.  When they had a load, I put the money on me,

18 flew down to Texas, looked at what they had and tried to

19 organize a plan and a deal where I could pay for the marijuana

20 up front with the 30,000 and that they would give me 30,000

21 more on top of the 30,000 that they gave me to front me.  I

22 would bring them the remaining money right back down as soon

23 as I sold it.

24 Q   How much did you pay per pound?

25 A   I think the first load $700, 750, plus $25 to their

1   driver to drive it up, a pound.

2   Q    So what happened next?

3   A    We brought a load up.

4   Q    Who is "we," who brought it?

5   A    They brought it and I met them.

6   Q    How did they bring it in?

7   A    They went around to garage sales in Texas, they bought

8   used furniture, rented a U-Haul truck, put the marijuana in

9   Saran Wrap and drier sheets and powder and pepper and lemon

10  and -- to disguise the scent; put it inside the furniture, put

11  the furniture in the U-Haul truck and drove it up to New York

12  and beeped me when they got there.

13  Q    What happened when they got there?

14  A    I brought the contents of the truck to a garage I had on

15  97th Avenue in Woodhaven.

16  Q    What happened when you are brought the contents into the

17  garage?

18  A    I took it apart.

19  Q    What did you do with it?

20  A    I took the marijuana out of the bales, put it in baby

21  pools and pounded it up.

22  Q    What do you mean "pounded it up"?

23  A    I put it in one pound bags.

24  Q    What was the total size of the load?

25  A    Maybe 80 pounds, a hundred pounds; a little less.

Zuccaro - direct - Norris

1 Q    What did you do once you had pounded it into one pound

2 sections?

3 A    I called the people I had waiting to flip it to them.

4 Q    Did you ever test the marijuana to make sure it was good?

5 A    Yes.

6 Q    What did you do?

7 A    I smoked it.

8 Q    Did you find buyers?

9 A    Yes.

10 Q    How much did you make?

11 A    We made about $300 a pound, $250 a pound.

12 Q    Who is "we"?

13 A    Me, John Carneglia.

14 Q    What was John Carneglia's involvement?

15 A    He just put the connection together and lent me the

16 10,000.  I was with John.  He was overseeing it.

17 Q    He didn't do anything else?

18 A    No.

19 Q    You did all the work?

20         MR. FARBER:  Objection.

21         THE COURT:  I will allow it.

22 A    I did the work.

23 Q    And how did you split the profits up with John Carneglia?

24 A    We waited till we built up a bankroll of about $180,000

25 to $200,000 so we'd have enough money to put down on loads so

1  we can get a large quantity up at one time and whatever we

2  would make profit over that we'd whack up.

3  Q    What percentage?

4  A    I would give him either 30 percent, 33 percent,

5  50 percent, it depended.

6  Q    Depended on what?

7  A    It depended on what we made.

8  Q    And you found buyers?

9  A    Yes.

10 Q    And you made money?

11 A    Yes.

12 Q    What did you do after that first shipment?

13 A    I let the money build up.

14 Q    Where did you go once the money built up?

15 A    I paid back the money that I borrowed.

16 Q    How did you pay it back?

17 A    In cash.

18 Q    Where did you pay it back?

19 A    At John's house, Frankie Lap's house, and I put my money

20 in my house.

21 Q    And did you go back to Texas as well?

22 A    Constantly.

23 Q    What did you do when you went down there?

24 A    I looked at marijuana loads.

25 Q    Who did you meet with when you went down there?

1    A    Doug Ervig, Darrell Smith, Gary Compton.

2    Q    How would you bring the money down to Texas when you had

3    to pay them?

4    A    In the beginning I would wear bicycle clothes under a

5    very, very large sweat suit, and I would line the bicycle

6    clothes with the money inside the bicycle clothes, shirts,

7    spandex, so it would stay tight to my body, and put a large

8    sweat suit over me so you couldn't tell I had anything bulky

9    on me.

10   Q    What kind of sweat suit was it?

11   A    Takini.

12   Q    As time went on were there additional shipments?

13   A    Yes.

14   Q    And did the size of the shipments stay the same, about

15   80 pounds, or did it increase?

16   A    No, it increased.

17   Q    To what?

18   A    A couple of hundred pounds, 250, depended on what they

19   came across with.

20   Q    And at any point in time did you begin to have any

21   problems with Chickie?

22   A    Yes.

23   Q    Explain.

24   A    I would go down to Texas to meet these people and take

25   care of business and Chickie would be in a hotel snorted out

1    of his mind high on cocaine bouncing off the walls.

2    Q    Did you ever talk to Johnny Carneglia about that?

3    A    Yes.

4    Q    What did he say?

5    A    He said do whatever you want.  Chase him.

6    Q    What did he mean by "chase him"?

7    A    Get him out of the business.

8    Q    Did you?

9    A    Yes.

10   Q    As time went on, your profits from each load, was it the

11   same, about $300 a pound?

12   A    It depended on the means of transportation or what was

13   entailed.  But usually around $300 a pound.

14   Q    Did the marijuana keep coming up from Texas in a U-Haul

15   truck or did the transportation change?

16   A    Yeah, Winnebego, U-Haul, camper.

17   Q    What was happening in John Carneglia's life at this

18   point?

19   A    He just got convicted of heroin trafficking.

20   Q    And before he was convicted, did the defendant have any

21   involvement in the marijuana business?

22   A    Before John was convicted?  No.

23   Q    Where was he at that time?

24   A    He was still mainly on the run.

25   Q    Even when he came back before John was convicted was he

1    involved?

2    A    Yes.

3    Q    When was the first time that he got involved?

4    A    I don't remember exactly the first time, but he got

5    involved in between John getting convicted, us going out to

6    the Hamptons.

7            I was keeping him abreast of what was happening

8    because John was preparing himself to get sentenced and go

9    away to federal prison.

10   Q    What did John tell you about what was going to happen

11   with the marijuana distribution operation when he went away to

12   prison?

13   A    I was to report to Charles and keep him abreast and give

14   his end to Charles.

15   Q    Before John went away to prison did you continue to whack

16   up money with him?

17   A    Yes.

18   Q    Typically how much money would you give him when you

19   visited him?

20   A    Forty, 50,000 at a shot.

21   Q    Can you estimate for the jury how many times you gave

22   him -- you paid 40 or $50,000 to him from the marijuana?

23   A    Three, 4 times.

24   Q    And each of those times it was about 40 or $50,000?

25   A    Yes.

1  Q    And each of those times if you gave John Carneglia 40 or

2  $50,000, how much did you get?

3  A    Equal amount.

4  Q    It tended to be 50-50 actually, right?

5  A    Yeah.

6  Q    So a typical profit from a typical load is between 80 and

7  a hundred thousand dollars?

8  A    Yes.

9  Q    You testified yesterday that you began reporting directly

10 to the defendant in all matters when his brother went away to

11 prison; is that right?

12 A    Yes.

13 Q    And so at that point were you under the defendant with

14 respect to just the marijuana distribution or everything?

15 A    No, I was with Charles once John went away.

16 Q    What was your reaction to finding out that the defendant

17 was going to be in charge of you and your marijuana

18 distribution operation?

19 A    I didn't mind, but I just wanted to make sure that I

20 could always be -- he could be available for me and we'd have

21 a good relationship.

22 Q    After the defendant took over, did you arrange for

23 additional marijuana shipments to come from Texas?

24 A    Yes.

25 Q    Do you recall how large those shipments were?

1 A    Two hundred fifty, 300 pounds, 200 pounds, 150 pounds, it
2 depended on what came through.
3 Q    Do you recall whether you ever shared any profits from
4 any of those shipments directly with the defendant?
5 A    Yes.
6 Q    How many times?
7 A    Twice.
8 Q    Do you recall how much money you gave him?
9 A    I think about 40 to $60,000 a time anywhere between 40
10 and 60,000.
11 Q    And both of those occasions you retained a similar
12 amount, correct?
13 A    Yes.
14 Q    After those two times was there another shipment after
15 that?
16 A    Yes.  Supposed to be.
17 Q    Supposed to be.  What happened?
18 A    Yes.  It was busted.
19 Q    Explain.
20 A    A shipment came through from Brownsville, Texas.  The
21 trailer went to Houston, Texas, they put it in a garage
22 overnight.  On its way from Brownsville to Houston, the driver
23 was pulled over, the Federal government had him, found the
24 marijuana in the trailer and convinced the guy to cooperate
25 with them.

1  Q   Do you recall how large the size of that load was

2  supposed to be?

3  A   No.  But it was supposed to be a big one.  That was

4  supposed to be the biggest load coming through to us.

5  Q   How big, do you recall?

6  A   Big, maybe 500 pounds, 600 pounds.

7  Q   How did you find out what happened down in Texas?

8  A   When I beeped him to find out what was happening, because

9  they already had the bankroll money and what was going on with

10 the load, Doug Ervig was real nervous.  Darrell Smith didn't

11 get back to me and Gary Compton was very nervous.

12 Q   Did there come a time that you went back down to Texas to

13 find out what happened?

14 A   I flew right down there.

15 Q   Who did you see?

16 A   Doug Ervig and Gary Compton.

17 Q   What did they tell you?

18 A   They told me what happened.

19 Q   Had they told that you over the phone?

20 A   No.

21 Q   They only told you when you got there in-person?

22 A   Yes.

23 Q   And did you see Darrell Smith when you went down to Texas

24 that time?

25 A   Yeah.  He was kind of apprehensive to come and meet me

1  but he came, yeah.

2  Q    And what did he do when he met with you?

3  A    He was very nervous.  They knew who he was.  They were

4  looking for him.

5  Q    Who is "they"?

6  A    The authorities, the federal authorities.

7  Q    What did he do, did he show you anything?

8  A    He showed me fear.  He was scared to death.

9  Q    Where did you meet with him?

10 A    I met with him either in Dave and Buster's off the LBJ

11 Freeway or at Doug Ervig's apartment.

12 Q    And what did you discuss when you met with him?

13 A    Getting back on our feet.

14 Q    Did you discuss the fact of the seizure?

15 A    Yes.

16 Q    And did he show you anything relating to the seizure?

17 A    Newspaper articles.

18 Q    Newspaper articles relating to the seizure?

19 A    Yes.

20 Q    Did you believe him that the marijuana had been seized in

21 fact?

22 A    Yes.  He had no reason to lie to me.  He wasn't pulling

23 nothing fancy or -- he was a businessman.  He wanted to keep

24 that going and he wanted to build it up and, you know, let it

25 run.

Zuccaro - direct - Norris

1   Q    What did he do after you learned that the shipment had

2   been seized when you spoke with Darrell Smith?

3   A    I went and seen Charles.

4   Q    Back up in New York?

5   A    Yes.

6   Q    Where did you go see him?

7   A    At the house.

8   Q    Which house?

9   A    His mother's house on 85th Street.

10  Q    Did you bring anything with you?

11  A    The newspaper articles.

12  Q    How did he react when he learned that the marijuana had

13  been seized?

14  A    He was upset.  You know, he wanted to know when we're

15  going to get back on our feet, what's happening.

16  Q    Do you recall how long after the seizure you ran into the

17  defendant, or you -- withdrawn.

18       Do you recall how long after the seizure took place

19  that you had this conversation with the defendant?

20  A    Maybe a couple of days, a day or so, two days,

21  three days.  Within that week.

22  Q    And did you show him the newspaper articles?

23  A    Yeah, when I came back from Texas.

24  Q    What did he say in response to seeing them?

25  A    He thought that anybody could make that up.

1  Q    What did he tell you?

2  A    He said, Do you trust these guys?  You know, what's

3  happening?  Are they robbing us?  He was very concerned about

4  that.

5  Q    What did you tell him?

6  A    I told him I believed them and I knew some of the names

7  that were in the article, people that I wasn't dealing with

8  although I did meet these people, and their names were

9  mentioned in the article.

10 Q    And what did the defendant tell you after you had that

11 discussion?

12 A    Let's get this going again.  Let's get back on our feet

13 with it.

14 Q    Did he want --

15 A    First he wanted me to go down there and kill them.

16 Q    What did you say when he told you that?

17 A    I told him that isn't a good idea.  What are we going to

18 do here?  You know.

19 Q    You didn't go kill them.  What did you do?

20 A    No.  I warned the kid Darrell, you know, get this thing

21 going again.  They're very upset in New York and they want to

22 know what's happening.

23 Q    How long after John Carneglia had gone to prison did this

24 take place, can you estimate?

25 A    Right away.  A couple of months, within a couple of

1    months after he went away.

2    Q    Did there come a time that John Carneglia became involved

3    again relating to the marijuana operation?

4    A    Yes.

5    Q    What happened?

6    A    We flew down to Terre Haute, Indiana.  I went down under

7    a phony ID and it was Charles, Kevin McMahon, myself, Richie

8    Ingardia.  We went on a visit inside the federal prison while

9    I was on parole.  I went under phony ID.

10   Q    Let me stop you right there.  Terre Haute, Indiana, the

11   federal prison there?

12   A    Yes.

13   Q    That's where John Carneglia was housed?

14   A    Yes.

15   Q    How did you learn -- withdrawn.  How did it come up that

16   you needed to go there?

17   A    Charles and Kevin brought it to my attention.  They told

18   me John wanted to see me.

19   Q    Did they tell you why?

20   A    Over the marijuana situation.

21   Q    Was that Kevin McMahaon's first involvement in the

22   marijuana operation or had he been involved before?

23   A    No.  He wanted to always get involved and I didn't want

24   him involved because I didn't want to expand in that direction

25   with Kevin.

1      But now I guess, since everything went wrong, Kevin

2   felt like he was riding on top of a high horse that I told you

3   so, I told you so -- like this was going to go wrong.

4   Q    You went to Terre Haute, Indiana with the defendant,

5   Kevin McMahon and Richie Ingardia?

6   A    Yes.

7   Q    Who is Richie Ingardia?

8   A    He was a very close associate of John Carneglia's and

9   Charles.

10  Q    What happened when the four of you got to the prison?

11  A    I visited Bruno Indelicato, Anthony Indelicato, I called

12  them out on a visit.  They called John -- Richie, Kevin and

13  Charles called John out on a visit.

14  Q    Why did you go see someone else instead of John?

15  A    So I wouldn't be linked to John at all and John wouldn't

16  be linked to me in the prison visiting room.

17  Q    Did you in fact talk to John Carneglia though once you

18  got there?

19  A    Yeah.  Also, you could only see three adults at the time.

20  Q    Did you know Bruno Indelicato before that?

21  A    Yes.

22  Q    What was his position?

23  A    At one time he was a captain in the Bonanno family.

24  Q    And what did you and John Carneglia and the defendant and

25  Kevin McMahon discuss?

1  A    I brought the articles with me about what happened in

2  Texas.

3  Q    Why?

4  A    So I could show him and bring him up to date of what was

5  going on with the situation.

6  Q    What was his reaction to seeing the articles?

7  A    His reaction was that, let's get this thing back

8  together.  You believe these people?  Is everything all right?

9  Are you going to get jammed up?  What's happening?  You know.

10  Q    What did you say?

11  A    I said I'm trying to get it back together now and

12  hopefully everything as we move forward gets together.

13  Q    What did the defendant say?

14  A    He really wasn't saying anything.  Him and his brother

15  were having a little bit of an argument.

16  Q    What happened the next day?

17  A    The next day I was told to wait in a hotel room and they

18  went back, Kevin, Charles and Richie Ingardia, and visited

19  John.

20  Q    Why didn't you go?

21  A    I don't know.

22  Q    Did --

23  A    I was told -- they didn't invite me.  I guess they were

24  having a discussion about me.

25  Q    After they had that meeting without you, did they tell

1    you what happened in the meeting with John?

2    A    No.

3    Q    What happened after that?

4    A    We went back to Queens.

5    Q    What happened to the marijuana business after you got

6    back to Queens?

7    A    I tried to put it back together.  Darrell Smith stayed in

8    touch with me, got in touch with me, told me he couldn't stay

9    in Texas no more, that it was too hot.  I told him fly up to

10   New York.  He flew up to New York.  I put him on the lam in a

11   girl's house that I knew in Manhattan.

12   Q    Let me stop you there.  Darrell Smith came up to New

13   York?

14   A    Yes.

15   Q    Did he tell you he was coming up to New York?

16   A    The authorities were looking all over Texas for him.

17   They were going to all his relatives, friends, they were

18   pumping up the heat on him.

19   Q    Did you meet him when he came up to New York?

20   A    Yes.

21   Q    Where?

22   A    La Guardia Airport.

23   Q    Where did you take him?

24   A    I took him into Manhattan.

25   Q    Where exactly?

1   A    What's that?

2   Q    Where exactly did you take him?

3   A    I took him across the street from Tompkin's Square Park.

4   Q    Why were you are taking him there?

5   A    I had a girlfriend of mine that lived across the street

6   from the park and I was going to put him in her apartment and

7   let him stay there until we can get situated.

8   Q    What was her name?

9   A    Susan Zerbo.

10  Q    Spell her last name.

11  A    Z-E-R-B-O.

12  Q    What did you tell her about why you were putting Darrell

13  Smith in her apartment?

14  A    I didn't tell her nothing.  I told her I need a favor.  I

15  need to put this guy here and help him out.

16  Q    Did she agree?

17  A    Yes.

18  Q    What happened next?

19  A    I put him there.  He was very nervous, he was always in

20  the apartment.  He wouldn't leave.  She would with come home

21  from work, he would be there and she just felt uncomfortable.

22  She wasn't having any kind of privacy.

23  Q    So what happened next?

24  A    We moved him to Long Beach.

25  Q    Where is that?

1  A    That's Long Beach, Long Island, Atlantic Beach, Long

2  Beach.

3  Q    Where did you move him there?

4  A    Into a friend of her family's apartment that was away.  I

5  think the guy went to Ireland for awhile.

6  Q    Where was the apartment in Long Beach, do you recall?

7  A    It was in one of the buildings right on the ocean, one of

8  the older buildings, one of the older apartment buildings.

9  Q    How long did Darrell Smith stay there?

10 A    He stood there all the way till I lost touch with him.

11 Q    Did Darrell Smith do anything to change his appearance

12 when he was in New York with you?

13 A    We went and got him fitted for a wig; took his beard off,

14 his mustache.

15 Q    And he looked like he looks in the photograph?

16 A    Yes.

17 Q    And where did Darrell Smith go after he was in the

18 apartment in Long Beach?

19 A    He would stay in Long Beach.  He would stay in touch with

20 me every couple of days because I was on federal parole and I

21 was being careful, just in case I had any heat about meeting

22 him all the time constantly.  We would stay in touch.  I would

23 bring him up to breast, look, we got to do something here

24 because they're getting very aggravated --

25 Q    What do you mean by "they"?

1  A    Charles and John --

2  Q    Aggravated why?

3  A    Because the marijuana business wasn't moving and they

4  thought the guy beat us.

5  Q    And where did Darrell Smith go after he left the

6  apartment in Long Beach?

7  A    I have no idea.

8  Q    Did you ever talk to the defendant again about the seized

9  shipment?

10  A    Yes constantly.

11  Q    What did he tell you?

12  A    What's happening?  He wanted to know what was going on.

13  How are we moving forward?  Where are these guys?  What's

14  happening?

15        Kevin McMahon would be behind the scenes pumping up

16  the aggravation knob, you know, making waves.  It wasn't a

17  good thing.

18  Q    Did he ever ask you to pay him any money?

19  A    Yes.

20  Q    Did he ask you or tell you?

21  A    He told me his brother wanted 30,000.

22  Q    What did you say when the defendant told you that his

23  brother wanted $30,000?

24  A    Where am I going to get it?  I just got married.  The

25  money I made I pretty much used already.  I was living a

1  lifestyle already, so I couldn't just scrape up 30 K and give

2  it over.  I felt that it was really unjust that I got to come

3  up with 30,000.

4  Q    Was there any resolution of the problem at that point?

5  A    No.

6  Q    Over time what happened to your relationship with the

7  defendant?

8  A    It got rocky.

9  Q    Did the defendant ever take any steps to try to collect

10  $30,000 from you?

11  A    Yes.

12  Q    What kind of steps?

13  A    He used to send Kevin to come and get me; meet Kevin one

14  night, leave a message with my wife that they want my Rolex

15  watch, to drop it off at Charles's house.  He told my wife

16  this.

17  Q    Kevin is Kevin McMahon?

18  A    Yes.

19  Q    Did he ever send anyone else to come to try and collect

20  from you?

21  A    No.

22  Q    Did you ever hear that he was sending any other

23  associates to try to collect from you?

24  A    Yeah, but -- Iggy asked me, you know, a couple of people

25  asked me about what was going on, pay the money, get rid of

1   this problem.

2   Q    Are you familiar with someone named Joe Panzarella?

3   A    Yeah, he sent Joe Panzarella to give me a message one

4   time too.

5   Q    What message?

6   A    I don't know.  He never got the message out.  He was

7   scared to death when I caught up with him.

8   Q    Joe Panzarella was?

9   A    Yes.

10  Q    Who was Joe Panzarella?

11  A    An associate of Charles.

12  Q    Showing you what is in evidence as Government Exhibit?

13  2 U.  Who is that?

14  A    Joe Panzarella.

15  Q    Did the defendant's efforts to get you to pay him ever

16  escalate?

17  A    Yeah, he used to go up and down, you know.

18  Q    Did he ever threaten you?

19  A    I wouldn't call it a direct threat, but lead me to

20  believe that, you know, something bad was going to come out of

21  this.

22  Q    Never threatened you directly?

23  A    No.

24  Q    Did you ever have a conversation with John Alite about

25  the dispute you were having with the defendant over the

1   marijuana money?

2   A    Yes.

3           MS. SHARKEY:  Objection.

4           THE COURT:  Overruled.

5   Q    Did can Alite tell about a conversation he had had with

6   another member of his crew with the defendant?

7   A    Yes.

8   Q    You testified yesterday that at different times Alite was

9   in the crews of John Gotti Junior and Ronny Trucchio and the

10  defendant; is that correct?

11  A    Yes.

12  Q    What did Alite tell you that the defendant said when he

13  was with the other member of his crew and the defendant?

14          MS. SHARKEY:  Objection.  Lack of foundation.

15          THE COURT:  Overruled.

16  A    That they were going to find me in a dumpster; that

17  Charles was going to leave me in a dumpster sooner or later.

18  Q    What did you understand to mean?

19  A    He was going to try and kill me or hurt me bad.

20  Q    Alite told you about that?

21  A    Yes.  So did Johnny Burke.

22  Q    Johnny Burke is the other member of Alite's crew?

23  A    Yes.

24  Q    Did Alite give you any advice?

25  A    Be careful when I go near Charles.

1  Q    Did Alite tell you whether he had his own concerns about

2  what the defendant might do to him?

3            MR. FARBER:  Objection.

4            THE COURT:  Overruled.

5  A    Yes.

6  Q    What did he tell you?

7  A    That he went to Charles' apartment one day.  Charles

8  invited him in to go to the bathroom.  There was a blue tarp

9  on the floor and Tommy Sneakers was waiting behind the door.

10 He wouldn't go in the apartment.

11 Q    Tommy Sneakers, Thomas Cacciopoli?

12 A    Yes.

13 Q    What did Alite do?

14 A    He wouldn't go in the apartment.

15 Q    What was your reaction to what Alite told you about the

16 defendant saying you're going to end up in a dumpster?

17 A    My reaction for it?

18 Q    Yes.

19 A    Just made me get more careful.

20 Q    How did you and Alite leave that meeting?

21 A    As far as what, as friends?  Yeah, we were friends.  We

22 always remained friends and we would watch each other's back.

23 That's how the meeting broke off, we'd watch each other's back

24 and we always remained friends.

25 Q    Did you ever go to anyone else in the family for help in

1    dealing with the defendant over the marijuana dispute?

2    A    Yes.

3    Q    Who?

4    A    Iggy Alonga.

5    Q    Who was he?

6    A    At the time he was still a soldier in the family; later

7    on to become a captain.

8    Q    I believe you testified yesterday that after you reported

9    to the defendant, the next person you reported to in the

10   Gambino family was Iggy; is that right?

11   A    Yeah, I was switched to Iggy.  Iggy went to Pete and Pete

12   switched me.

13   Q    Pete is Pete Gotti?

14   A    Yes.

15   Q    What was his position at the time?

16   A    At the time he was acting boss.

17   Q    And why did you go to Iggy for help in dealing with the

18   defendant?

19   A    Because I knew Iggy my whole life and I needed somebody

20   to talk to that could intervene on a level to deal with a

21   soldier in the family.

22   Q    Had you been switched over to Iggy at that point?

23   A    Yes.

24   Q    Did you ever go to anyone else in the family, any other

25   crews for help in dealing with the defendant over the

1   marijuana dispute?

2   A    Lenny DiMaria and Nicky Corozzo.

3   Q    Why did you go to them?

4   A    Because they had a higher up position in the family.  I

5   knew that Nicky was pretty much advising the kid John Junior

6   on what to do while he acted in the capacity as acting boss,

7   and I thought maybe that they could smooth things over and

8   make things work between me and Charles before I decided to go

9   to Iggy.

10  Q    Where did you go see Nicky and Lenny to talk to them?

11  A    Pacific Street and Eastern Parkway in East New York.

12  Q    Why did you go there?

13  A    Cause that's where they hang out.  That's where they were

14  hanging out.  They had the pigeon store there and the funeral

15  home.

16  Q    What did you tell them when you got there?

17  A    I told them what took place, the absolute truth and this

18  is what's going on, you know.

19  Q    What did they tell you?

20  A    They told me they would see what they can do but it would

21  be a bad idea for them to get involved in that situation

22  because who am I to go to the other side of the family to, you

23  know, get things smoothed over.  But I knew Lenny a long time

24  from being incarcerated with him and he became a very close

25  friend of mine.

1   Q    Did Lenny give you any advice as you left?

2   A    Just be careful, you know.  I'll see if we can put a good

3   word in for you.

4   Q    Did there come a time that you paid the defendant any of

5   the $30,000 that he was demanding from you?

6   A    Yes.

7   Q    Explain what happened.

8   A    I didn't pay him directly.  I paid Iggy.

9   Q    Explain how you got the money to pay him.

10  A    A friend of mine set up a score to rob a coke dealer.

11  Q    Where?

12  A    In Great Neck, Long Island, at the Great Bear Service

13  Center on Great Neck Road.

14  Q    What happened?

15  A    He told me that this guy is going to come up here with

16  five kilos of cocaine and I could rob him and we could whack

17  it up.

18  Q    Who was the friend of yours?

19  A    Ricky DiBernardo.

20  Q    Who was he?

21  A    He was at the time my girlfriend's older brother, DB's

22  son.

23  Q    Did you go ahead with the score?

24  A    Yes, I did.

25  Q    Explain what happened.

1  A    A guy drove up on a motorcycle to the Great Bear Auto

2  Center, came inside.  He was with Steve Cohen.  I through down

3  on him with a shotgun.  I bungie tied him, took his cocaine,

4  brought him down the basement of the Great Bear and left him

5  and Steve Cohen laying on the floor in the dust down there.

6  Q    Let me stop you right there.  Who is Steve Cohen?

7  A    Steve Cohen was a friend of the guy that I robbed.

8  Q    What do you mean "threw down"?

9  A    I pointed a shotgun at him.

10  Q    What happened after you took them down to the basement?

11  A    I left them down there for a little while in the dark to

12  think.

13  Q    What happened next?

14  A    I cut them lose.  They wanted to -- Ricky wanted me to

15  shoot them, but I said I'm not shooting these kids, they're

16  kids.

17        I went downstairs, I cut them loose.  I gave the

18  Cuban kid a card to my junk yard.  I told him if he's got a

19  problem with me robbing him that he could find me there, but

20  if he did find me there I was going to do mortal damage to

21  him.

22        (Continued next page)

23

24

25

1    EXAMINATION CONTINUES

2    BY  MR. NORRIS:

3    Q    Did you steal their cocaine?

4    A    Yes.

5    Q    How much?

6    A    Five kilos.

7    Q    Did you sell it?

8    A    Yes.

9    Q    How much did you get?

10   A    Half of the proceeds.  So it might have been going for

11   twenty-something thousand a kilo then.

12   Q    How much money did you pay the defendant?

13   A    Eighteen grand out of it.

14   Q    Did any of it go directly to him?

15   A    I don't know.  I gave the money to Iggy.  I don't know

16   what he did with it.  I find out later on that he never paid

17   him, from Tony Moscatiello.

18        MR. NORRIS:  Judge, I think this would be a good

19   place for a break.

20        THE COURT:  Yes.

21        Would you be back at 1:30, please?

22        (The following occurred in the absence of the jury.)

23        THE COURT:  1:30, please.

24        (Luncheon recess taken.)

25        (Continued on next page.)

1    A F T E R N O O N      S E S S I O N

2         (The following occurred in the absence of the jury.)

3         THE COURT:  Bring in the defendant, please.

4         How long will this witness be on, can you estimate

5    it?

6         MR. NORRIS:  I believe about forty-five minutes.

7         THE COURT:  All right.  And then the cross will

8    begin immediately.

9         (The defendant is present.)

10        (The witness is present.)

11        LAW CLERK:  Ready for the jury, Your Honor?

12        THE COURT:  Yes, please.

13        (Jury present.)

14        THE COURT:  Be seated, please.

15        Ladies and gentlemen of the jury, tomorrow we have a

16   hearing from nine to ten, which will not require your

17   presence.  Tomorrow you will be here at ten.

18        Is that clear?

19        Tomorrow at 10:00 am.

20        Proceed, please.

21        (Continued on next page.)

22

23

24

25

GR      OCR      CM      CRR      CSR

1    EXAMINATION CONTINUES

2    BY  MR. NORRIS:

3    Q    You testified yesterday about recalling seeing Hunter

4    Adams at John Carneglia's beach house in the Hamptons in the

5    late 1980s.

6              Do you recall that?

7    A    Yes.

8    Q    That Hunter Adams was a Gambino associate?

9    A    Yes.

10   Q    Do you recall that?

11             This individual here (indicating)?

12   A    Yes.

13   Q    Again, remind the jury whose crew he was in?

14   A    He was in Charles's crew.

15   Q    Do you know who Hunter Adams's brother-in-law was?

16   A    Yes.

17   Q    Who?

18   A    Peter Orena.

19   Q    Spell the last name, please.

20   A    O R E N A.

21   Q    Who is he?

22   A    He's Vic Orena's son.

23   Q    Who is Vic Orena?

24   A     Vic Orena was the acting boss of the Colombo Crime

25   Family at the time the war was going on between the two

1   factions in the crime family.

2   Q    Do you know other members and associates of the Colombo

3   Crime Family?

4   A    Yes.

5   Q    I am showing you what's in evidence as Government

6   Exhibit 2-TT.

7           Do you recognize that person?

8   A    Yes.

9   Q    Who is that?

10  A    Sonny Franzese.

11  Q    Do you know his first name?

12  A    Sonny Franzese, I know him as.

13  Q    What position in the Colombo family did he have?

14  A    He was a captain, later on to become like an acting

15  underboss or -- -- or some higher up.

16          THE COURT:  What were those initials?

17          MR. NORRIS:  TT, I believe.

18          THE COURT:  Give me a word.

19          MR. NORRIS:  Thomas.

20          THE COURT:  P?

21          MR. NORRIS:  T as in Thomas.

22          THE COURT:  Two TT?

23          MR. NORRIS:  Yes.

24          THE COURT:  Thank you.

25  Q    Did the defendant and Hunter Adams have an official

1  relationship?

2  A    Yes.

3  Q    What was it?

4  A    Hunter reported to Charles.

5  Q    Do you know when Hunter first began reporting to the

6  defendant?

7  A    Sometime in the nineties.

8  Q    Early nineties, mid-nineties?

9  A    I believe it was the early nineties.  I am not absolutely

10 sure.

11 Q    Did you ever see Hunter and the defendant together aside

12 from the time at the Hampton's house?

13 A    Not really, no.

14 Q    Was Hunter friends with anyone else in the defendant's

15 crew?

16 A    Michael Reiter, Greg Reiter.

17 Q    Those were both associates you talked to the jury about

18 yesterday, is that right?

19 A    Yes.

20 Q    Greg Reiter died; Michael Reiter is alive?

21 A    Yes.

22 Q    Michael Reiter is this individual here (indicating)?

23 A    Yes.

24 Q    Do you know how Hunter Adams made money?

25 A    He was in the marijuana business, stock market, stock

1  fraud.

2  Q    Did you ever know the defendant to have any involvement

3  in Hunter's stock business?

4  A    He would straighten out beefs that Hunter had with --

5  within the stock business with other families.

6  Q    How did you know that?

7  A    I knew it from Kevin, from Michael Reiter.

8  Q    Kevin is Kevin McMahon?

9  A    Yes.

10         J.J.

11  Q    J.J. Gurino?

12  A    Yes.

13  Q    Do you know any details about how the defendant

14  straightened out those beefs?

15  A    No.  I just know that Hunter was with him.

16         MS. SHARKEY:  Objection.

17         THE COURT:  I will allow it.

18         You may answer.

19  A    I just know that Hunter was with him.  Any time a beef

20  arose within the business he was involved in, Charles would

21  straighten it out.

22  Q    Do you know how long Hunter was with Charles?

23  A    All the way up until today, I guess.

24  Q    Did you know someone named Chris McMahon?

25  A    Yes.

1  Q    Who is he?

2  A    Close associate of Hunter Adams and Michael Reiter.

3  Q    Were you ever involved in a dispute with him?

4  A    Yes.

5  Q    Can you explain it briefly, to the jury?

6  A    I beat him up real bad.

7  Q    Why?

8  A    Because he disrespected DB's daughter and -- in Long

9  Island.

10  Q    Who is DB?

11  A    Robert DiBernardo, who was a captain in the family, who

12  was deceased at the time.  John Gotti was going on trial and

13  they were abusing DB's daughter and they needed her in his

14  corner.

15  Q    You beat up Chris McMahon?

16  A    Yes.

17  Q    Did the defendant get involved in that dispute at all?

18  A    Yes.

19  Q    What happened?

20  A    He told me to leave Chris McMahon alone.

21  Q    Did he tell you why?

22  A    Just to leave him alone.  That he's around good people

23  and his uncle Ruby or somebody from Fulton Fish Market went to

24  them and asked that I leave the kid alone.

25  Q    Did you?

1    A    Yes.

2    Q    Was anyone else there when you beat Chris McMahon up?

3    A    All his friends.

4    Q    Name them.

5    A    I can't name everyone of them.

6         Chris Russo; Hunter might have been there; Michael

7    Reiter might have been there.

8         It was in AJ's bar, in the parking lot.

9         Gino Mandarina was there.  Another kid Dean was

10   there.  There was a bunch of kids from Long Island there in

11   the bar and they were all partying and I dragged Chris outside

12   and proceeded to beat him up.

13   Q    Dino Mandarina, who is that?

14   A    That's Gino Mandarina's son.

15   Q    Who is Gino Mandarina?

16   A    Gino Mandarina owned clubs and restaurants in Long

17   Island, Five Towns, Merrick, Baldwin.

18   Q    Did he have any affiliation with organized crime?

19   A    Yes.

20   Q    Who was he with?

21   A    He was supposed to be with JoJo Corozzo and Charles at

22   the same time.

23   Q    Name some of the restaurants that he had.

24   A    He owned Montana's.  It was a club in the Five Towns, off

25   Broadway.  And he owned the Viva Loco in Long Island, one in

1   Huntington, one in Merrick, Bellmore, on Merrick Road.

2   Q    Did you ever know the defendant to eat or go to either

3   establishment, Montana's or Viva Loco?

4   A    Yes.

5   Q    Which one?

6   A    Both.

7   Q    Did you ever have a conversation with Gino Mandarina

8   about whether the defendant paid when he went?

9   A    He never paid.

10  Q    Gino told you that?

11  A    Yes.

12  Q    What did you tell him when he told you that the defendant

13  wouldn't pay when he went?

14          MS. SHARKEY:  Objection.

15          THE COURT:  I will allow it.

16  A    What are you going to do.

17  Q    Did he ask you for help?

18  A    Yes.

19  Q    Did you give him any?

20  A    No.

21  Q    Did the defendant ever ask you to take any steps to make

22  Mandarina afraid of him?

23  A    Yes.

24  Q    Was that before you left his crew?

25  A    Yes.

1    Q    What did he ask you to do?

2    A    Terrorize him.

3    Q    What did you do?

4    A    Called him down to my junkyard and I told him what was

5    up.  He had to toe the line and be with Charles or there was

6    going to be problems.

7    Q    Did you make any threats to him?

8    A    I tried to do it very subtle to him.  I didn't want him

9    running to the cops.

10   Q    Did he get the message?

11   A    Not really.

12   Q    Why do you think that?

13            MS. SHARKEY:  Objection as to form.

14            THE COURT:  I will allow it.

15   Q    You can answer.

16   A    Because Gino was slippery.

17   Q    Do you know if he continued to let the defendant eat at

18   his places without paying?

19            MS. SHARKEY:  Objection.

20            THE COURT:  Overruled.

21   A    Yes.

22   Q    You testified yesterday that someone named David D'Arpino

23   was part of the team that you were in charge of that killed

24   John Gebert back in 1997.

25            Do you recall that?

1   A    Yes.

2   Q    Again, can you remind the jury who Dave D'Arpino was?

3   A    Dave D'Arpino's an associate in Johnny Alite's crew.

4   Q    This individual here (indicating)?

5   A    Yes.

6   Q    When did you first meet Dave D'Arpino?

7   A    Sometime right after John -- either sometime before or

8   after John went to jail, Johnny Alite.

9   Q    Around 1997?

10  A    Yeah.  Yeah, '97.

11  Q    That was the first time you met him?

12  A    Yes.

13  Q    Did you ever learn about a run-in that D'Arpino had with

14  the defendant?

15  A    Yes.

16  Q    Did you have a number of conversations with people in

17  John Alite's crew about what happened?

18  A    Yes.

19  Q    Who specifically?

20  A    Patsy Adriano, Mike Malone.

21  Q    And what was the nature of those conversations?

22           MS. SHARKEY:  Objection.  Foundation.

23           THE COURT:  Overruled.

24  A    What happened to Dave.

25  Q    The conversation serious or were they kidding?

1  A    They were, you know, kidding around.

2  Q    Did you also have a conversation with someone in the

3  defendant's crew about what happened?

4  A    Yes.

5  Q    Who?

6  A    Kevin McMahon.

7  Q    Was that before or after you had had the falling out with

8  the defendant and been switched over to Iggy Alongo?

9  A    That was after.

10 Q    Did you form an understanding as to the reason way Kevin

11 McMahon brought up the incident to you?

12 A    Yes.

13 Q    Was that understanding to bolster the defendant's status?

14 A    Yes.

15 Q    In your eyes?

16 A    Yes.

17          MS. SHARKEY:  Objection.  Leading.

18          MR. NORRIS:  I will lay a foundation.

19          THE COURT:  Overruled.

20 Q    In your experience, is that something that Kevin McMahon

21 tried to do frequently?

22 A    Yes.

23 Q    What did he tell you about the incident?

24 A    He told me they picked Dave D'Arpino up.  They brought

25 him to the junkyard and poured acid on his feet.

1  Q    Who did you understand him to mean by "they"?

2  A    Kevin McMahon and Charles.

3  Q    Did he tell you, Kevin McMahon, did he tell you where

4  they picked D'Arpino up from?

5  A    Somewhere in Howard Beach.

6  Q    Did they tell you why they went to pick him up?

7  A    Yes.

8  Q    What did he tell you?

9  A    It was over a shooting that took place in front of John

10 Carneglia's house, at a party.

11 Q    This is when John Carneglia is in prison, correct?

12 A    Yes.

13 Q    Who was living at that house at the time?

14 A    John's family.

15 Q    Did he tell you what the occasion for the party was?

16 A    It was somebody's birthday or graduation.  It was some

17 kind of party.

18 Q    Do you recall whose?

19 A    I think it was his daughter's party.

20 Q    What was her name, again?

21 A    Justine.

22 Q    Do you remember what time of year this was?

23 A    Spring or summer.

24 Q    Do you remember what year?

25 A    Not really, no.

1   Q    Did Kevin McMahon tell you who had in fact done the

2   shooting back at the Carneglia's house?

3   A    Yes.

4   Q    Who?

5   A    Joe Scopo.

6   Q    But not D'Arpino?

7   A    Not D'Arpino.

8   Q    When you say that Kevin McMahon told you that they picked

9   him up and brought him over to the junkyard, what did you

10  understand him to mean by picked up?

11  A    They put him in a car and brought him to the junkyard,

12  forcibly.

13  Q    Kevin tell you who was at the junkyard when D'Arpino

14  arrived?

15  A    Just Charles.

16  Q    Kevin was there too?

17  A    Yes.

18  Q    Kevin told you that after they brought him to the

19  junkyard, they tortured him with acid?

20  A    Yes.

21            MR. FARBER:   Objection, to the use of the word

22  torture.  The question was -- the question by the

23  government --

24            THE COURT:  Strike the word "torture."

25            You may, however, elicit the details of what he did.

1           Don't have the witness characterize it as torture or

2    you.

3    Q    Do you recall -- did Kevin McMahon tell you what kind of

4    acid it was?

5    A    Battery acid.

6    Q    Did he tell you what --

7    A    Car battery.

8    Q    Car battery?

9    A    Yes.

10   Q    Did he tell you what implement the acid was in?

11   A    No.  Just told me they threw acid on his feet and that

12   was it.

13   Q    Did they -- did he tell you what happened after he put

14   acid on his feet?

15   A    He let the kid go.

16   Q    Did Kevin McMahon tell you what he was doing while the

17   defendant was putting acid on the kid's feet?

18   A    He filmed it.

19   Q    You testified yesterday that you participated in the

20   conspiracy to murder the owner of Sapienza's Bagel Store with

21   Angelo Ruggiero, Vinny Gotti and others.

22           Do you recall that?

23   A    Yes.

24   Q    Did Angelo -- this is Angelo Ruggiero, Junior?

25   A    Yes.

1    Q    Did Angelo Ruggiero, Junior and the defendant know each
2    other?
3    A    Yes.
4    Q    Did you ever know Ruggiero to work with the defendant?
5    A    They were partners in the auto parts business for a
6    while, on Charles's property.
7    Q    Did you ever -- were you close with Ruggiero?
8    A    Yes.
9    Q    Did you ever have a conversation with him about a dispute
10   that he and the defendant had had?
11              MS. SHARKEY:  Objection.
12              THE COURT:  I will allow it.
13   A    Yes.
14   Q    And did that dispute result in a meeting in which other
15   members of the family came to straighten things out?
16              MS. SHARKEY:  Objection.
17              THE COURT:  I will allow it.
18   A    Yes.
19   Q    Did that meeting involve Peter Gotti?
20   A    Yes.
21   Q    And who was Peter Gotti at the time?
22   A    He was the acting boss.
23   Q    When did the conversation that you had with Angelo
24   Ruggiero take place?
25   A    It took place in Howard Beach, at Ragtime, right after

1    the dispute.

2    Q    Approximately what year?

3    A    I don't know.  I -- late nineties.

4    Q    After you and the defendant had had the falling out?

5    A    Early 2000s.

6          Yes.

7    Q    Did Ruggiero tell you what the cause of the dispute was?

8    A    Charles thought he cheated him out of money, that he was

9    robbing money out of the junkyard, that -- out of the parts

10   business.

11   Q    Did Ruggiero tell you what happened?

12   A    He told me he never took any money that wasn't his or

13   never stole anything from Charles and that he bumped into

14   Charles on Cross Bay Boulevard in front of the Dunkin' Donuts.

15   They had a fight, an argument, and Charles tried to shock him

16   with a cattle prod.

17   Q    Do you know where the cattle prod came from?

18   A    Do I know where it came from?  I know Charles had it with

19   him in his front seat.

20   Q    How do you know that?

21   A    It's what Angelo told me.

22   Q    You said that Peter Gotti got involved in a meeting

23   afterwards to resolve the dispute they had, is that right?

24   A    Yes.

25   Q    Was Angelo Ruggiero -- did he go to the hospital after

1  being shocked with a cattle product?

2  A    No.  I said he tried to shock him.

3  Q    Tried to shock him.  Okay.

4        The meeting that Peter Gotti attended, where was

5  that, do you know?

6  A    Probably somewhere in Howard Beach or the club.  I don't

7  know exactly where it was.

8  Q    Did Angelo Ruggiero tell you who attended the meeting in

9  addition to Peter Gotti?

10 A    Just Charles and Pete.  They sent for Charles and told

11 him to back up and leave the kid alone.

12 Q    That was the resolution?

13 A    Yes.

14 Q    You testified yesterday that one of the defendant's very

15 close friends, Jackie Cavallo, proposed you for membership in

16 the Gambino Family around 2002 or 2003.

17        Do you recall that?

18 A    Yes.

19 Q    Were you with anyone when Jackie told you that he wanted

20 to propose you for membership?

21 A    J.J.

22 Q    J.J. Gurino, your close friend?

23 A    Yes.  They were proposing both of us.

24 Q    Where were you when Jackie came to you and J.J.?

25 A    Lenora's restaurant on Cross Bay Boulevard.

1  Q    What time of year?

2  A    Somewhere around the holidays, between I think Christmas

3  and New Years.

4  Q    Explain to the jury what happened when Jackie came to

5  Lenora's?

6  A    He took J.J. for a walk.  He spoke to him.  J.J. came

7  back to the restaurant and spoke to me and told me what took

8  place and said that we had to go by the club to meet with

9  Pete.

10  Q    Pete Gotti?

11  A    Yes.

12  Q    What was his position in the family at the time?

13  A    Acting boss.

14  Q    Where did your discussion with Jackie take place?

15  A    With J.J.?

16  Q    Did you have a conversation with Jackie that day?

17  A    Yes, I did.

18  Q    Where did the conversation take place?

19  A    Outside the restaurant.

20  Q    Why didn't you have the conversation inside the

21  restaurant?

22  A    In case the restaurant was bugged.

23  Q    What did you do when you went outside the restaurant?

24        Did you stand in front?

25  A    No.

1  Q    What did you do?

2  A    In the back, by the kitchen door.

3  Q    Where was the defendant at the time?

4  A    Incarcerated, federal prison.

5  Q    Did the defendant come up in your discussions with Jack

6  Cavallo?

7  A    Yes.

8  Q    How did that -- how did the defendant come up in those

9  discussions?

10         MS. SHARKEY:  Objection.  Form.

11         THE COURT:  Overruled.

12  Q    Answer.

13  A    I was concerned about the money situation.

14  Q    What do you mean, money situation?

15  A    The money that they were trying to collect from me.  I

16  already learned from Tony Moscatiello that Iggy didn't hand

17  the money over I had already gave him and I was concerned

18  about the position that I was in with Charles and his brother

19  John.

20  Q    This is 2002 or 2003, right?

21  A    Yes.

22  Q    Do you recall when you gave that money to Iggy to give to

23  the defendant?

24  A    The mid-nineties.

25  Q    This is going on several years later still in your mind?

1  A    Yes.

2  Q    And what did you say -- withdrawn.

3       What did Jackie say when you brought up the

4  defendant and your concerns?

5  A    Don't worry about it.

6  Q    Did he say why?

7  A    Because they were going to control it.

8  Q    Did you form an understanding as to why you thought

9  Jackie wanted to propose you and J.J. for membership into the

10 Gambino Crime Family?

11 A    Did I form an opinion?

12 Q    Yes.

13 A    We been around our whole lives.  I mean, we showed loyal

14 service our whole life.

15 Q    Was there anything going on in the family at the time

16 that made you think that there was a more particular reason

17 why Jackie wanted to propose you and J.J.?

18 A    Well, the Corozzo crew was getting a lot stronger.  A lot

19 of people in the Gotti faction were either in jail or dying,

20 and that crew wasn't so big and strong any longer.

21 Q    What did you tell Jackie at that time about the proposal?

22 A    I'll think about it.

23 Q    Where did you and J.J. go next?

24 A    To the club.

25 Q    What club?

1    A    The Bergen Hunt and Fish Club.

2    Q    Who was there?

3    A    Pete Gotti, JoJo Corozzo, Blaze Corozzo, Tommy Cacciopoli

4    and Jackie Cavallo.

5    Q    Do you know what Tommy Cacciopoli's relationship was to

6    the defendant at the time?

7    A    It was his captain.

8    Q    You testified yesterday that they were also close

9    friends?

10   A    Yes.

11   Q    He and Jackie?

12   A    Yes.

13   Q    What happened when you and J.J. got to the Bergen Club?

14   A    We had a couple of drinks of champagne.  We were saluting

15   to John.

16   Q    John who?

17   A    John Gotti.

18        And then Mikey Scars and Cheech came in.

19   Q    Who is Cheech?

20   A    Cheech is a kid that was around Mikey Scars, was an

21   associate and later became a made member in the family.

22   Q    Showing you what's in evidence as Government Exhibit 2-J.

23        Who is that?

24   A    Mikey Scars.

25   Q    What's his full name?

1   A    Mikey DiLeonardo.

2   Q    What was his position in the Gambino Family at the time?

3   A    He was a captain at the time.

4   Q    What happened at the end of the night at the Bergen Club?

5   A    Everybody split up.  Me and J.J. got in Pete's truck.

6   Pete drove us back to Lenora restaurant.

7   Q    Pete is Pete Gotti?

8   A    Yes.

9        He drove us back to Howard Beach, to Lenora

10  restaurant, and we said our goodbyes, Happy New Year and I'll

11  see you soon.

12  Q    Did Pete talk to you and J.J. about Jackie Cavallo's

13  desire to induct you?

14  A    No, no.

15  Q    Did you see Jackie again?

16  A    Yes.

17  Q    Where?

18  A    I seen him in the neighborhood.  I seen him with J.J.  I

19  seen him at Ragtime.  I seen him at his house in Long Island.

20  I seen him at his wedding.

21  Q    Did you talk to him about his proposal again?

22  A    Yes.

23  Q    Where?

24  A    At his place of business.

25  Q    What happened?

1  A    I refused.

2  Q    At the place of business?

3  A    Yes.

4  Q    Did it end there?

5  A    Pretty much.

6  Q    Did you go anywhere else with Jackie?

7  A    Went to his wedding.

8  Q    What happened there?

9  A    His house.

10  Q    What happened at the wedding?

11  A    I went with my wife.  I sat on the other side of the room

12  with all the legitimate people.

13  Q    By legitimate people --

14  A    Jackie tried to --

15  Q    Stop you right there.

16        By "legitimate people," what do you mean?

17  A    Business people, people that weren't inducted into the

18  family.

19  Q    Why didn't you want to stay with the people who were in

20  the Gambino Family?

21  A    Because it was all men and I was with my wife.

22  Q    What happened?

23  A    They were introducing me around to some made members in

24  the family.  I really didn't want to meet them.  I didn't want

25  to mingle and I let Jackie know that, not to introduce me to

1    anybody.

2    Q    What happened at the end of the night?

3    A    I left and went home.

4    Q    You testified yesterday that your friend J.J. was killed

5    around October 2003, is that right?

6    A    Yes.

7    Q    Can you briefly explain to the jury what happened?

8              MS. SHARKEY:  Objection.  Relevance.

9              THE COURT:  Overruled.

10   Q    Please.

11   A    J.J. was living in Boca Raton, Florida.  He was my life

12   long friend.  He met a person that used to work for his family

13   up in Brooklyn in the bakery business, baking Italian bread.

14   The guy borrowed some legitimate money from him and some

15   shylock money from him.  His name was Rosario Liotta.  He

16   wasn't paying the vig on the money.  He wasn't paying the

17   money back.  He was jerking him around.  He was giving him the

18   runaround.  JJ was getting very aggravated and hostile about

19   it.

20             JJ figured that I am getting proposed and finally

21   put in, I'm -- I'm getting abused by these guys, this moron

22   that he is, and he went to collect his money after finding out

23   that the guy kept lying to him.  The guy was supposed to sell

24   him a house for six hundred thousand.  The guy raised the

25   price a hundred thousand.

1    Q    What ultimately happened?

2    A    JJ got into an altercation with the guy early in the

3    morning in the Palmetto Park Mall at the cafe the guy owned

4    that he promised to give JJ half of the controlling interest

5    in the cafe to pay the money back.  There was another

6    goodfella from the crew in the place.

7    Q    What is goodfella?

8    A    A soldier in the family.

9    Q    What happened?

10   A    It was Joe Butch's cousin Angelo, Bobby Patta and Kirby.

11   They were in the Pancake House next door to the cafe.  They

12   brought JJ in there to discuss the money problem.  They wanted

13   to give him thirty-six thousand to resolve it.  The guy owed

14   him seventy thousand.  JJ wanted his seventy.  He told him he

15   was first on line.

16        As he was having this discussion, Rosario pulled up

17   in a brand new 600 Mercedes Benz.  Rosario got out of the car,

18   went to the cafe, opened up for the day, went inside.

19        JJ, Kirby, Bobby Patta and Angelo went inside the

20   cafe.  JJ and Rosario got into a heated argument while Rosario

21   was standing behind the counter.  JJ slapped Rosario.  He was

22   mad.  As he turned around to leave, Rosario pulled out a

23   pistol.  He shot him in the calf.  JJ spun around.  He shot

24   him three more times, in his side, through both lungs and his

25   heart, knocked him through the window out on to the sidewalk.

1   Q    What did you do when you found out?

2   A    I flew down to Boca Raton.

3   Q    What did you want to do to Rosario?

4   A    Kill him.

5   Q    Did you ever talk to anyone about helping you kill

6   Rosario?

7   A    Yes.

8   Q    Who?

9   A    Dave D'Arpino.

10  Q    The same guy that the defendant poured acid on?

11  A    Yes.

12  Q    What did Dave D'Arpino say to you?

13  A    He didn't want to get involved.  He just wanted to stay

14  in the electrician's union and work.

15               (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

1  CONTINUED DIRECT EXAMINATION

2  BY MR. NORRIS:

3  Q    Did you ultimately kill Rosario?

4  A    No.

5  Q    Why not?

6  A    I couldn't find him.

7  Q    Are you familiar with someone named Allen?

8  A    Yes.

9  Q    Who is he?

10 A    Allen is an associate of Charles, Charles' crew.

11 Q    You know his last name?

12 A    No.

13 Q    Describe what he looks like?

14 A    Short kid with a bad back, blond hair.

15 Q    Big guy, small guy?

16 A    Not big, not small.  You know, medium.

17 Q    How old?

18 A    I would say he's in his late thirties, early forties.

19 Q    When did you first see him?

20 A    The first time in my life?

21 Q    Yes.

22 A    At Michael's restaurant.

23 Q    Where's that?

24 A    Cross Bay Boulevard.

25 Q    Queens?

1  A   Yes, Howard Beach.

2  Q   What were you driving?

3  A   What was I driving?

4  Q   Yes.

5  A   I don't know.  I could have been driving a Ford Taurus.

6  I could have been driving anything, any kind of car.  I don't

7  remember really.

8  Q   What was he have driving?

9  A   An Oldsmobile 98.

10 Q   What were you doing at Michael's restaurant that day?

11 A   I was having a good time, drinking, eating, hanging out

12 with some friends.

13 Q   Night or day?

14 A   Nighttime.

15 Q   Do you recall what year this was?

16 A   Late nineties.

17 Q   Something happened that night?

18 A   Yes, Charles and Allen, Kevin.

19 Q   Kevin McMahon?

20 A   Yes, Craig Marino and a couple of guys came into

21 Michael's when I was there with my friends.

22 Q   What friends of yours were you with?

23 A   Andrew Buonicountri, Joe Gessario and a friend of mine,

24 Charlie.

25 Q   Who is Andrew Buonicountri?

1  A    A friend of mine from the neighborhood since he's a kid.

2  Q    Ever commit any crimes with him?

3  A    Beat people up with him, nothing really.  Wanted to rob

4  with him, but nothing ever materialized.

5  Q    Joe Gessario is the person you told the jury yesterday

6  you're going to pay him to help kill somebody?

7  A    Yes.

8  Q    Did you know what the occasion was when the defendant

9  came in with Allen and Kevin McMahon?

10 A    It was Charles' birthday.

11 Q    What happened when he and the others arrived --

12 withdrawn.

13           Did you acknowledge them?

14 A    Not at first, no.

15 Q    At this point in time how often were you seeing the

16 defendant?

17 A    Not often.

18 Q    What happened once they arrived?

19 A    While we were hanging out in the restaurant, Kevin

20 McMahon came over and said "You don't acknowledge Charles.

21 Who the fuck do you think you are?  He's the wise guy.  You

22 ain't going over and saying hello.  You're supposed to be

23 saying hello to him."

24 Q    What did you say?

25 A    I told Kevin "I'll say hello to Charles when I get the

1  chance, when he's not with everybody, mind your business."

2  Q    Did that happen a number of times?

3  A    Through the years, yes.

4  Q    Did Kevin come to you repeatedly that night?

5  A    He kept coming around, you know, running his mouth.

6  Q    Did you leave the restaurant?

7  A    No, Craig Marino left the restaurant.

8  Q    What happened next?

9  A    As the place closed, we were standing in front and we got

10 into a confrontation.

11 Q    Who is "we"?

12 A    Me, Andrew, Joe Gessario stood off to the side with

13 Charlie, Charles, Kevin and whoever was left with him, Allen.

14 Q    What happened?

15 A    Just stupid argument, yelling back and forth.  It was

16 really no reason for it.

17 Q    Did you eventually take it outside?

18 A    Yes, it was outside on Cross Bay Boulevard at the time.

19 Q    Did you talk to the defendant?

20 A    Yes.

21 Q    What did you say?

22 A    That we don't need to be doing this; that there's

23 probably agents surveilling us across the street right now.

24 Kevin is yelling "Get the guns.  Shoot them."

25 Q    Were you armed that night?

1  A    Yes.

2  Q    With what?

3  A    14-shot.357 Sighauer.

4  Q    Where was the gun?

5  A    In my crotch, belly bag.

6  Q    Why were you armed?

7  A    Because I usually walked around armed in the

8  neighborhood.

9  Q    Was it visible?

10 A    No.

11 Q    What did you tell Charles, the defendant?

12 A    I told him to tell this kid to calm down, there's no

13 reason for this.

14 Q    Which kid?

15 A    Kevin and Allen.  They were jumping around screaming.

16 Allen was in the car.  Then Allen opened the trunk of the car

17 and I stuck my hand in my waist band and was getting ready to

18 shoot Kevin and Allen if he pulled a gun out.  He came out of

19 the trunk with a golf club.

20 Q    What did you do?

21 A    I laughed to myself.  He brought a golf club to a gun

22 battle.

23 Q    What happened next?

24 A    We all left.

25 Q    Have you ever seen the defendant since that day?

1  A    Not that I recall, no.

2  Q    Did you ever see Allen again?

3  A    No.

4  Q    Did Alan's name ever come up again in conversation?

5  A    Yes.

6  Q    When?

7  A    When he brought back word from Fort Dix into the

8  neighborhood that Charles put a rat wire on me.

9  Q    What's Fort Dix?

10 A    Fort Dix is a federal prison in New Jersey.

11 Q    What's a rat wire?

12       MR. SHARKEY:   Objection.

13       THE COURT:   I'll allow it.

14 A    A rat wire is what I explained before, someone

15 cooperating with the authorities.  After all them years I put

16 in, I never cooperated with no one.

17 Q    What year was this?

18 A    This was 2002, 2003, maybe right after JJ got killed.

19 Q    Where were you when you heard the defendant had put a rat

20 wire on you?

21 A    Andrew Buonicountri come to me.

22 Q    Your friend?

23 A    Yes, told me he heard it in Long Island.

24 Q    Did he tell you who he heard it from?

25 A    Just that they were running around Long Island saying

1    that I was cooperating with the government; that I was a rat.

2  Q    That wasn't true at that time, was it?

3  A    No, not at all, but it spread around pretty good.

4  Q    You understood Allen to be the same Allen that you almost

5    had the altercation with at Michael's restaurant?

6  A    Yes.

7  Q    What did you do in response to receiving this

8    information?

9  A    I was going to shoot Allen in the head.

10 Q    Did you?

11 A    No.

12 Q    Did you go see someone?

13 A    Yes.

14 Q    Who?

15 A    Tommy Sneakers, Tommy Cacciopoli.

16 Q    The defendant's captain?

17 A    Yes.

18 Q    Where did you talk to him?

19 A    Outside of Matteo's restaurant, Cross Bay Boulevard or at

20   Charles' Park in the back of Howard Beach.

21 Q    That's the name of the park, Charles' Park?

22 A    That's the name of the park, Charles' Park.

23 Q    What did you tell Cacciopoli when you found him?

24 A    That this kid Allen is bringing word from Fort Dix from

25   Charles that I'm a rat.

1  Q    What did he say?

2  A    He said "What?" He was taken aback, totally by surprise,

3  just like I was.

4  Q    Did he say he would do anything?

5  A    He said he'll take care of it.

6  Q    What happened next?

7  A    He went and seen Allen, I guess sent word to Charles.

8            MR. SHARKEY:   Objection.

9            THE COURT:   Strike that.

10 Q    Did you have another conversation with Cacciopoli?

11 A    Yes.

12 Q    What did he tell you had happened?

13 A    He told me that don't worry about it, that he told this

14 kid Allen to mind his business before he let's me do whatever

15 I want with him and just ignore it, but you couldn't ignore

16 it.  It was spreading.

17 Q    I'm showing you what's in evidence as Government

18 Exhibit 2-BB-2.  Who is that?

19 A    That's me.

20 Q    What's the highest position you attained in the Gambino

21 family?

22 A    Associate.

23 Q    I'm showing you what's in evidence as Government

24 Exhibit 2-BB-1.  Who is that?

25 A    That's me.

1  Q    Did you have a nickname?

2  A    Yes.

3  Q    What?

4  A    Bud.

5  Q    Why did they call you that?

6  A    Because I used to call everybody else Bud,  "Hey Bud,

7  what's up?"

8  Q    You testified yesterday that you were arrested in July of

9  2004 in Florida, correct?

10 A    Yes.

11 Q    You were charged with racketeering?

12 A    Yes.

13 Q    And you ultimately pled guilty and were sentenced to

14 46 months in prison?

15 A    Yes.

16 Q    After you're incarcerated, you're charged again?

17 A    Yes.

18 Q    In March of 2005?

19 A    Yes.

20 Q    At that time did you make a decision about how to proceed

21 with the case?

22 A    Yes.

23 Q    What decision did you make?

24 A    I was going to fight the case in Central Islip.

25 Q    Did something change?

1  A    Yes.

2  Q    What?

3  A    I cooperated with the government after being in Nassau

4  County jail being called a rat, a cooperator and getting into

5  fights, getting my family abused in the parking lot every day,

6  my mother abused in the parking lot, my wife and kids.  My

7  wife was beat up in the street in 2004.

8  Q    When did you start cooperating?

9  A    June of 2005.

10 Q    What had you been charged with in that case?

11 A    Marijuana, money laundering and distribution of

12 marijuana.

13 Q    That involved the hydroponic marijuana distribution

14 operation you ran?

15 A    Yes.

16 Q    How much time were you facing in prison?

17 A    Twenty years.

18 Q    Twenty years?

19 A    Yes.

20 Q    Did you begin engaging in proffers?

21 A    Yes, I did.

22 Q    What type of location were you first proffered?

23 A    In the Central Islip courthouse.

24 Q    Can you explain to the jury what a proffer is?

25 A    A proffer is when you sit down with the government, U.S.

1  Attorney's, FBI agents, DEA agents, ATF, whatever government

2  administration, Nassau County detectives squad, Organized

3  Crime Task Force, whatever is involved in the proffer

4  situation, and you begin telling about the crimes that you

5  committed from day one all the way until the day you stop

6  committing crimes.

7  Q    Did you proceed to tell the government about all the

8  crimes you committed?

9  A    Yes, it didn't take one day.

10 Q    Did that include times beyond the ones you were charged

11 with?

12 A    Every other crime.

13 Q    Murders?

14 A    Yes.

15 Q    Did you tell the government about a murder that you could

16 receive the death penalty for?

17 A    Yes, I did.

18 Q    Which murder?

19 A    John Gebert.

20 Q    What was your understanding as to what about that murder

21 made you eligible for the death penalty?

22 A    It was under the new law after 1993, death penalty

23 sentence.

24 Q    In addition to talking about your crimes, have you told

25 the government about crimes other people committed?

1  A    Yes, over a long period of time.

2  Q    People in the Gambino crime family?

3  A    Yes.

4  Q    People in other crime families?

5  A    Yes.

6  Q    You get to pick out who you wanted to talk about?

7  A    Absolutely not.

8  Q    You determined what was talked about in a proffer

9  session?

10 A    Absolutely not.

11 Q    Ever?

12 A    Never.

13 Q    Were you required to identify your assets?

14 A    Yes, I was required to fill out a financial book about

15 that big (indicating).

16 Q    Did that involve surrendering money to the government?

17 A    Property and money, corporations, equipment, trucks,

18 tools, buildings.

19 Q    Did agents and prosecutors talk to you about the

20 information you were providing?

21 A    They questioned me thoroughly.

22 Q    Many times?

23 A    Many times.

24 Q    Over many years?

25 A    Since June of 2005.

1  Q    To now?

2  A    All the way up until now.

3  Q    And you continue to be debriefed about different matters?

4  A    Yes.

5  Q    By different prosecutor's offices?

6  A    Yes.

7  Q    FBI, DEA squads, other squads?

8  A    Yes, I can't talk about everything I know in one day,

9  one week, one  month or one year.

10  Q    At some point did the federal government relocate certain

11  of your family members?

12  A    Yes.

13  Q    In a word, why?

14  A    Safety and security.

15  Q    Are you incarcerated now?

16  A    Yes.

17  Q    Are you in something known as the Witness Security

18  Program?

19  A    Yes.

20  Q    Why?

21  A    Safety and security.

22  Q    Did you speak to myself and others before testifying

23  today?

24  A    Yes, I did.

25  Q    Did you speak with me several times?

1   A    Yes.

2   Q    Did you go through the questions?

3   A    Yes.

4   Q    Did you discuss cross-examination?

5   A    Yes.

6   Q    Were you provided with information about the case?

7   A    No.

8   Q    Were you shown surveillance photos?

9   A    Yes --  no, never surveillance, head shots, right there

10  (indicating).

11  Q    Any surveillance photos?

12  A    No.

13  Q    Were you shown any documents?

14  A    Never.

15  Q    Were you shown any newspaper articles?

16  A    No.

17  Q    Were you shown any physical evidence?

18  A    No.

19  Q    Were you told who you would testify against?

20  A    No.

21  Q    Did you guess who through the types of questions you were

22  asked you probably would be testifying against?

23  A    Was easy to figure out, yeah, in my own mind.

24  Q    I'm showing you what's been marked for identification as

25  Government Exhibit 3500-PZ-2-A.  Do you recognize this?

1   A    Yes.

2   Q    What is it?

3   A    It's my cooperation agreement.

4   Q    Turn to the last page.

5   A    Yes.

6   Q    Is that your signature on the last page?

7   A    Yes.

8   Q    You can put it down.

9           Under the agreement, what is the maximum penalty you

10  face?

11  A    Life in prison.

12  Q    Can you be fined?

13  A    Yes.

14  Q    Who decides the fine?

15  A    The court.

16  Q    The judge?

17  A    Yes.

18  Q    You have to forfeit any money from your criminal

19  activity?

20  A    Yes.

21  Q    How much?

22  A    $300,000 more.

23  Q    You've been allowed to keep certain assets?

24  A    Yes.

25  Q    What?

1  A    Two homes.

2  Q    Can you be required to pay restitution?

3  A    Yes.

4  Q    Who decides the amount of the restitution?

5  A    The judge.

6  Q    Do you know what your sentence will be?

7  A    No clue.

8  Q    Who decides your sentence?

9  A    The judge.

10 Q    What is your understanding of your obligations under the

11 cooperation agreement?

12 A    States in my cooperation agreement I must debrief every

13 time the government comes to see me, honestly and truthfully,

14 to all the known facts about the crimes I've committed and

15 that I've committed with anybody else or anyone else has

16 committed, to be honest and truthful about everything I

17 debriefed to.

18 Q    Mr. Zuccaro, what do you get if you comply with your

19 obligations under the cooperation agreement?

20 A    5K1 letter.

21 Q    What's your understanding as to what a 5K1 letter is?

22 A    A 5K1 letter lists all the crimes I debriefed to and

23 everything I've been involved with my whole life, the

24 cooperation I gave to the government.  It goes before the

25 court for my sentencing.

1   Q    Fair to say it lists all the bad things you've ever done,

2   everything you've done since you began cooperating?

3   A    Like I just stated, yes.

4   Q    Does the government in the event you get a 5K1 letter

5   recommend a sentence to the sentencing judge?

6   A    Absolutely not.

7   Q    Who decides the sentence after receiving the 5K1 letter?

8   A    The court, the judge.

9   Q    As you sit here today, do you have any idea how much time

10  you'll get when you're sentenced?

11  A    No, I do not.

12  Q    What's your understanding what happens if you lie?

13  A    They rip my agreement up.

14  Q    You get to take your guilty plea back?

15  A    No, I do not.

16  Q    If your agreement is ripped up, what's the maximum

17  penalty you'll be facing?

18  A    Death penalty.

19  Q    If you don't get the death penalty, what will you get?

20  A    Life in prison.

21  Q    Any possibility of parole?

22  A    No.

23            MR. NORRIS:   No further questions.

24            THE COURT:   Take a short break, please, ladies and

25  gentlemen.

1   (Jury leaves courtroom).

2   (Witnessed leaves courtroom.)

3   THE COURT:   Does the defense still want me to tell

4   the jury that the defendant is not on trial open to a death

5   penalty?

6   MR. SHARKEY:   I don't think you need to at this

7   point.  Perhaps at some point, but I don't think you need to

8   at this point.

9   THE COURT:   When do you want me to tell the jury

10  that?  If you want me to tell the jury that, let me know, give

11  me something in writing.

12  MR. SHARKEY:   I will.

13  THE COURT:   Ten-minute recess.

14  (Recess.)

15  THE COURT:   Bring in the defendant, please.  Bring

16  in the witness.

17  You didn't offer 3500-PZ-2-A as redacted.

18  MR. BURLINGAME:   Offered subject to connection --

19  THE COURT:   Whenever you get ready, I'll remind you

20  it's not in evidence.

21  Any other redaction you want?

22  MR. SHARKEY:   We haven't seen any of the produced

23  redaction.

24  MR. BURLINGAME:   We'll get the judge's comments,

25  redact.

1        MR. FARBER:   There was one further paragraph to be

2   stricken.  It's not going in at the moment.

3        MR. BURLINGAME:   Subject to connection would be

4   once the court ruled.

5        (Pause.)

6        MR. NORRIS:   Offer it subject to connection or deal

7   with it?

8        THE COURT:   Just offer it and I'll take it subject

9   to further modification.

10       MR. SHARKEY:   It's the defense position it

11  shouldn't come in at all, redacted or not.  We recognize the

12  court has already a train of thought on that issue.  We'll

13  review the redaction, perhaps discuss it tomorrow morning.

14       THE COURT:   Thank you.

15       (Defendant and witness present.)

16       (Jury enters courtroom.)

17       THE COURT:   Please be seated.

18       Begin your cross, please.

19       MR. FARBER:   Yes, thank you, your Honor.

20  CROSS-EXAMINATION

21  BY MR. FARBER:

22  Q    Mr. Zuccaro, you testified yesterday that you wanted to

23  be a gangster since you were a child.  Do you recall that

24  testimony?

25  A    Yes.

1  Q    It was something you aspired to do from a young age?

2  A    Yes.

3  Q    Your parent had sent you to Catholic private school?

4  A    Yes.

5  Q    Best describe your parent as hard working individuals?

6  A    Yes.

7  Q    Your father was a truck driver?

8  A    Yes.

9  Q    Your mother was a stay at home mom and ultimately took a

10  job at the Hong Kong Shanghai bank?

11  A    Yes.

12  Q    They tried to keep you on the straight and narrow going

13  in the right direction, correct?

14  A    Yes, they did.

15  Q    Tried to shield you from the fact that you had a

16  relative, your grandfather who had been in the Bonanno family?

17  A    I don't know if he was inducted into the family.  I know

18  he knocked around, had three social clubs in the neighborhood.

19  Q    They wanted you, rather, to go in that life, they wanted

20  you instead to find a trade, go on to higher education?

21  A    Yes, they did.

22  Q    But instead by the age of 15, you were stealing cars and

23  aspiring to be a member of organized crime?

24  A    Yes, I was.

25  Q    Yesterday you described yourself as a career criminal.

1   Is that an accurate description?

2   A    Yes, I am.

3   Q    You have literally committed hundreds of crimes?

4   A    Maybe thousands of crimes.  I don't know, I can't count

5   how many crimes I committed, but a lot of crimes.

6   Q    Maybe thousands.

7   A    Maybe.  I don't know.  A lot of crime.

8   Q    Many of those crimes were crimes of violence?

9   A    A lot of violence.

10  Q    A lot of violence.  You were feared on the streets; isn't

11  that correct?

12  A    Yes, I was.

13  Q    You were feared by all the people who knew you?

14  A    I don't know all the people that knew me, but I was

15  feared by a lot of people.

16  Q    You enjoyed that reputation of being a tough guy on the

17  street, a person who should not be messed around with.

18  A    Yes, I did.

19  Q    Is it fair to state it gave you a psychological thrill, a

20  mental high to have that power to scare people?

21  A    I wouldn't say that.  I would say I didn't use it

22  unnecessarily.  I enjoyed it.

23  Q    You enjoyed striking terror into the hearts of people?

24  A    If it need be, I did.  If it didn't need be, I didn't.

25  Q    You enjoyed watching them recoil in fear when you needed

1   to do what you needed to do?

2   A    Yes.

3   Q    Made you feel strong?

4   A    Yes.

5   Q    Made you feel powerful?

6   A    Yes.

7   Q    You were known as a person who would commit violence.

8   You were an enforcer; is that correct?

9   A    Yes.

10  Q    You were a hired gun?

11  A    Yes.

12  Q    Your reputation was one that if someone in the

13  neighborhood wanted somebody hurt, killed or kidnapped, you

14  were going to be available for the right deal?

15  A    Yes.

16  Q    In the speak of the mob world, you were known for your

17  work?

18  A    Yes, I was.

19  Q    You were valuable to the mob because of your work?

20  A    Yes.

21  Q    Again, you would harm anyone for that right price?

22  A    Yes.

23  Q    Is it fair to state you would hurt people for personal

24  kicks at times, personal enjoyment?

25  A    Personal enjoyment?  What do you mean, just go pick

1  somebody out?  I don't understand that.

2  Q    Not a random act.  You enjoyed it when you got into

3  fights?

4  A    Did I enjoy fighting?  Yeah, I did.

5  Q    In fact, you got into fights on a daily basis.

6  A    I had a lot of fights in my life.

7  Q    In fact, people got into your face, you would beat them

8  down without any hesitation?

9  A    If they were not a superior to me or made man, yes, I

10  would.

11  Q    Yesterday you testified that the main goal of the Gambino

12  crime family was that of money and power; do you recall that

13  testimony?

14  A    I do.

15  Q    That was your personal model as well, correct?

16  A    Yes.

17  Q    Over the years, you have committed murders or conspired

18  to murder numerous individuals?

19  A    Yes, I have.

20  Q    Some of which you have pled guilty to and others you have

21  not?

22  A    I don't understand that question.

23  Q    Did you plead guilty to all the murders you conspired to

24  commit?

25  A    You would have to show me my cooperation agreement.

1  Q    Well --

2         MR. FARBER:   Is it laying around here,

3  Mr. Burlingame?

4         THE WITNESS:   My plea agreement.

5         (Pause.)

6  A    Yes.

7  Q    Yes what?

8  A    To the question you just asked.  I pled guilty to certain

9  murders and except provided in paragraphs one, eight and nine,

10 no criminal charges will be brought against the defendant for

11 his heretofore disclosed participation in the crimes charged

12 in the superseding information for the period from '79 --

13 Q    Not to cut you off?

14        THE COURT:   Let him finish.

15        MR. FARBER:   He's reading something not in

16 evidence.

17        THE COURT:   You may read it.  You asked him.  Go

18 ahead.  Continue reading.

19 Q    Go ahead.

20 A    And for the following truck hijackings from approximately

21 1970 to 1980, here on, distribution in and around the time

22 period of 1971 to --  '79 to '81, the assault of Frank

23 Pepitone approximately late 1970s, assault of John Doe one,

24 Gambino associate, approximately the late 70's, manslaughter

25 of Mitchell Manfredi, the mid-'70s being accessory after the

1  fact of a murder of a security guard and approximately 1994

2  being accessory to the fact of a murder of two individuals,

3  full name unknown, last name unknown, full name unknown, last

4  name unknown on Woodhaven Boulevard, approximately late 1980s

5  or early '90s being accessory after the fact to the murder of

6  an individual on Queens Boulevard in approximately the late

7  '80s or early '90s, conspiracy to murder Mike Harrigan,

8  approximately the late '80s or early '90s, the robbery and

9  assault of an individual regarding cocaine transaction,

10  approximately '94, cocaine trafficking approximately 1994,

11  robbery conspiracy with Marty Borsatin (ph), mid-'90s,

12  conspiracy to murder Scott Schulman, approximately mid-'90s,

13  robbery of a residence in Dix Hills, approximately 1994,

14  murder conspiracy of John Doe two, concrete plant owner, Long

15  Island, approximately 1999 and conspiracy to murder John Doe

16  number three in 2003.

17           (Continued on next page.)

18

19

20

21

22

23

24

25

BY MR. FARBER:

Q    Is that the complete list of which you pled guilty to?

A    No.  That's the list that I just stated on top.

Q    Those are the specific --

A    Except as provided in paragraphs 1, 8 and 9, no criminal

charges will be brought against the defendant for his

heretofore disclosed participation in the crimes charged in

the superseding information.

Q    Those specific crimes are the ones you admitted to,

correct?

A    Yes.

Q    You got a free pass on all of the others?

A    I mean, how many times can I die in prison?

Q    You committed thousands of crimes, you said?

A    Yes, I did.

Q    You don't even know how many murders you committed?

A    I don't know?

Q    Do you know how many?

A    I pled guilty to two murders.

Q    And you pled guilty to two.  But you committed more?

A    I did?

Q    Well, what about Septimo Fava, remember him?

A    I pled guilty to Septimo Fava's murder.

Q    Let's talk about Mr. Fava.  You killed him because you

wanted to increase your standing within the Bonanno crime

1   family; correct?

2   A    Yes.

3   Q    You hope by killing him this would help you become a made

4   member in that crime family?

5   A    Yes.

6   Q    This murder happened in the late seventies?

7   A    Yes.

8   Q    At that point in time you were an associate in the

9   Bonanno crime family?

10  A    Yes, I was.

11  Q    That was the family you initially joined?

12  A    I was an associate.

13  Q    Frank Bonnamo, the captain -- a captain in that family,

14  got upset with Mr. Fava for an insult?

15  A    Yes.

16  Q    Correct?

17  A    Yes, did he.

18  Q    In fact, I think you had he was cursed out in Italian

19  yesterday?

20  A    Yes.

21  Q    And that got Mr. Bonnamo serious?

22  A    Yes, it did.

23  Q    For that insult he wanted Mr. Fava murdered?

24  A    Yes.

25  Q    And you agreed to participate in his murder without any

1   hesitation?

2   A    Yes, I did.

3   Q    You wanted to impress your capo?

4   A    Yes, I did.

5   Q    You wanted to be a success in this particular kill?

6   A    Yes.

7   Q    You stole a maroon Chevy Caprice that was retagged?

8   A    Yes.

9   Q    You additionally stole a second car for that job?

10  A    Yes.

11  Q    And you drove one of your co-conspirators, a Mr. Boccia,

12  in a car to commit the crime?

13  A    Yes.

14  Q    And as Mr. Fava was returning home from work one night

15  around midnight, Mr. Boccia jumped out of the car you were

16  driving and gunned Mr. Fava down?

17  A    No, he didn't jump out of the car.

18  Q    He shot him from inside the car?

19  A    No.  He came up to him from the sidewalk where he was

20  waiting in the dark and shot him.

21  Q    Shot him coming out of the dark?

22  A    Coming out of the dark.

23  Q    Killed him right in front of his house?

24  A    I don't know if it was in front of his house or up the

25  block from his house, but he killed him where he was walking

1   down the block.

2   Q    Right there on the street where his family could find

3   him?

4   A    Right in the street.

5   Q    Right on the street where anyone could find him?

6   A    Yes.

7   Q    You didn't care about that?

8   A    No, I did not.

9   Q    You had no problem watching him get gunned down by your

10  co-conspirator?

11  A    No, I did not.

12  Q    Because you knew this was going to benefit you?

13  A    Yes, I did.  I thought it was going to benefit me.

14  Q    You had no particular empathy for Mr. Fava, did you?

15  A    None whatsoever.

16  Q    The only way you saw Mr. Fava was your meal ticket to

17  take you higher up within the family?

18  A    Yes.

19  Q    You saw Mr. Fava see your co-conspirator come out from

20  the shadows and he started to run in fear?

21  A    No.  He didn't run in fear.  He was just shot dead right

22  there.

23  Q    He didn't even see it coming?

24  A    Didn't even see it coming, I guess.

25  Q    Yesterday you talked about the shooting of Angelo

1   Mugnolo.

2           Do you remember that?

3   A    Yes.

4   Q    And you said you had some hesitation about that

5   particular murder because Mr. Mugnolo lived across the street

6   from a church?

7   A    Yes.

8   Q    So your concern wasn't for Mr. Mugnolo, it was merely

9   because of where he happened to reside?

10  A    Yes.

11  Q    You had no concern if Mr. Mugnolo was killed in front of

12  his family, his children or his wife?

13  A    I wouldn't have killed him in front of his family, no, I

14  would not have done that.

15  Q    And if they happened to be home when you were ready to do

16  the shot, would it have stopped you?

17  A    You just got done about asking me killing him across the

18  street from the church.  I wasn't going to kill him there this

19  front of his family.

20  Q    If the church wasn't there you would have killed him?

21  A    If the church wasn't there, he could have died there.

22  Q    He of died there right at his house?

23  A    That's what would have happened.

24  Q    The only reason it didn't happen there, the shooting, is

25  because you had some superstition about divine retribution?

1    A    It wasn't a superstition.  Just that old-time mob law,

2    you didn't kill anybody in front of a church or near a church

3    or on the block of a church.

4         I mean at one time we did have some kind of, you

5    know, code.  But later on in years, I guess guys didn't care

6    where they shot people.  Me, I wasn't going to shoot him by a

7    church.

8    Q    You had your standards?

9    A    Call it what you may, but I wasn't going to kill him in

10   front of a church.

11   Q    You were involved in the murder of John Gebert?

12   A    Gebert.

13   Q    Correct?

14   A    Yes.

15   Q    And this murder again didn't involve you per se, the

16   reason for the murder, it was about a feud between John Alite

17   and Mr. Gebert?

18   A    I guess it was an accumulation of problems that the kid

19   caused in the neighborhood since the mid-to-late eighties, all

20   the way up until he got killed.

21   Q    Mr. Alite was annoyed that Mr. Gebert had a grudge

22   against him because he had been abandoned during a robbery

23   they had done together many years earlier?

24   A    I don't think it was only Alite.  I think that there was

25   a beef with other people in the family too.

1  Q    Mr. Gebert was not a favorite of certain people?

2  A    Mr. Gebert was no less mad, bad or dangerous than I was.

3  Q    Except he's dead and you're alive?

4  A    Exactly.

5  Q    Mr. Alite wanted to kill him?

6  A    Yes, he did.

7  Q    And he came to you and asked you if you would help?

8  A    Yes, he did.

9  Q    And you agreed to take control, organize and plan out the

10 murder?

11 A    Yes, I did.

12 Q    And the only instructions you got from Mr. Alite was wait

13 till I'm in jail, being Mr. Alite, so he has an alibi?

14 A    No, that wasn't the only instruction.

15 Q    Mr. Alite was planning to step into jail, correct?

16 A    Yes, it was.

17 Q    And he was going to be going in within a short period of

18 time?

19 A    Yes.

20 Q    And he did tell you not to kill Mr. Gebert until he was

21 safely away in jail so he had an alibi?

22 A    But that wasn't the only instruction.

23 Q    And you followed Mr. Gebert to figure out a best place to

24 murder him?

25 A    No.

1  Q   You put together a crew?

2  A   Johnny Alite put the crew together and instructed them.

3  Q   Who was in that crew?

4  A   Patsy Andriano, Mike Malone, Dave D'Arpino, and Johnny

5  Burke.

6  Q   And the plan ultimately was to follow this man to Frankie

7  & Johnny's?

8  A   That wasn't the plan.  He hung out in front of Frankie &

9  Johnny's.

10 Q   What is Frankie & Johnny's?

11 A   It's a bar that was with Charles.

12 Q   Is it a bar?

13 A   Yes, it is.

14 Q   Crowded bar?

15 A   Yes, it was.

16 Q   Popular place?

17 A   Yeah, it was crowded.

18 Q   And on the night of Mr. Gebert's murder he went to this

19 particular bar?

20 A   Yes, he used to go there every night.

21 Q   And you and the other part of the assassin crew were

22 outside?

23 A   No.

24 Q   Where with you?

25 A   I walked down to the corner to see where he was.  Patsy

1   and everybody were waiting up the block by his house where

2   they proceeded around the corner to get into the van that was

3   used in the murder plot.

4          I told them on the walkie-talkie to get ready, he's

5   there.  I walked around the corner, got in my truck.  As I got

6   in my truck, they came around the corner in the van, pulled up

7   and did what they had to do.

8   Q    Did what they had to do?

9   A    Yes.

10  Q    You're proud of the way this one turned out?

11  A    Not proud.  It just was something that had to get done

12  and we took care of it.

13  Q    It was a job well done?

14  A    It was done well.  No one was caught.

15  Q    A man was first shot outside the bar?

16  A    I don't know where the first shot hit him, but I know he

17  was killed.  I wasn't standing there when he was shot.

18  Q    You did speak to your co-conspirators about what

19  happened?

20  A    Yes, I did.

21  Q    You all joked and bragged about it after the shooting?

22  A    It was no joke.  It was get rid of the guns, burn the

23  clothes and don't talk about it anymore.  I'll see youse

24  later.

25  Q    In fact, there was an innocent bystander who was shot

1   outside the bar first, Carl Costello?

2   A    I think that was Johnny Gebert's like main man, like a

3   bodyguard or something.  He got in the way.

4   Q    He got in the way so he got shot?

5   A    Yes.

6   Q    And then Mr. Gebert ran inside Frankie & Johnny's and hid

7   under the pool table to try to protect himself?

8   A    Yes, he did.

9   Q    And then your co-conspirators went inside and gunned him

10  down underneath the pool table?

11  A    Yes, they leaned over underneath the pool table and

12  killed him.

13  Q    And this is a crowded room, other patrons?

14  A    I think the bar pretty much emptied out when they were

15  doing that.

16  Q    Emptied out because people were running in terror because

17  there were gunshots going off?

18  A    Yes.

19  Q    No compunction about shooting him in public?

20  A    It had to get done.

21  Q    Had to get done?

22  A    Had to get done.

23  Q    You hunted him down like an animal; correct?

24  A    I don't know if he was hunted down like an animal.  I

25  know he was killed in Frankie & Johnny's on Jamaica Avenue.

1  Q    Again, because it had to be done?

2  A    It had to get done.

3  Q    And that's because Mr. Alite asked you to make it happen?

4  A    That's because Johnny Gebert terrorized the neighborhood,

5  ran around with AK-47s, shot up bars, ran after wise guys in

6  the middle of the street shooting at them, dealing drugs on

7  Jamaica Avenue, shooting people at his every whim.

8  Q    You felt justified in having him killed?

9  A    It's not justification, it's what they felt had to get

10 done and it got done.

11 Q    What they felt?

12 A    Yes.

13 Q    Again, you were the hired killer?

14 A    I wasn't paid any money.  I wasn't hired.  I was just

15 doing it for the -- what you would say, the recognition in the

16 family.

17 Q    You were doing it to increase your standing in the family

18 as a person of violence who could be counted on?

19 A    Yes.

20 Q    You carried weapons on a regular basis?

21 A    Yes, I did.

22 Q    In fact, you just told us earlier that you always carried

23 a weapon when you were in the neighborhood?

24 A    Yes.

25 Q    And you mentioned some sort of 14-shot, what type of gun?

1  A    That was one of numerous weapons I had in my possession,

2  you know, one time or another.  It's just -- that's a new

3  model Sig Sauer semiautomatic 357.

4  Q    357, that's a pretty powerful gun?

5  A    Yes, it is.

6  Q    Could blow a hole right through somebody?

7  A    Yes, it can.

8  Q    And the semiautomatic means you just have to put a little

9  bit of pressure on the trigger and the bullets will start

10  flying boom, boom, boom without any need for you to keep on

11  cocking the gun?

12  A    Yes..

13  Q    In fact, you had an arsenal of weapons over your life in

14  crime, isn't that correct?

15  A    Yes, I did.

16  Q    And you had machine guns?

17  A    Guys in my crew had machine guns.

18  Q    You had stun guns?

19  A    Stun guns.

20  Q    Assorted collection of knives?

21  A    Yes.

22  Q    And you even had a garrote?

23  A    A what?

24  Q    I'm probably mispronouncing it, a --

25  A    Garrote.

1  Q    Garrote, thank you.

2  A    Yes, I had a garrote.

3  Q    That is sort of an old-fashioned type of weapon, isn't

4  it?

5  A    Yes.

6  Q    From the medieval ages?

7  A    Yes.

8  Q    And what's that used for?

9  A    Strangulation.

10 Q    How would that work?

11 A    Throw it over somebody's head, around their neck and you

12 strangle them with it.

13 Q    And you've used that?

14 A    No, I never strangled anybody.

15 Q    You never strangled anybody?

16 A    No.

17 Q    Going back to the murders a for a second.  You also

18 killed Michael Manfredi?

19 A    Mitchell.

20 Q    Mitchell Manfredi?

21 A    Patsy Andriano strangled him.

22 Q    He was strangled?

23 A    I didn't strangle him, he strangled him.  You said me.

24 Q    How did he get strangled?

25 A    I guess Patsy threw his arms around his neck and put him

1    in a choke hold.

2    Q    You were there, right?

3    A    I was coming out of my house, yes, I was.

4    Q    This guy, Mr. Manfredi, was selling drugs in Ozone Park;

5    correct?

6    A    Jamaica Avenue mainly, Woodhaven.

7    Q    And this was perceived as causing a problem for Patsy

8    Senior, Mr. Boccia, and John Santora because it was bringing

9    heat to the area, police attention?

10   A    Yeah.  He was shooting people in the neighborhood up at

11   the Dome.  He doing a lot of treacherous shit in the

12   neighborhood, walking around with guns, walking around with a

13   sawed-off shotgun under his jacket, terrorizing people.

14   Q    So the group of you decided you were are going to put an

15   end to his causing problems?

16   A    No.  It wasn't decided that he was going to get killed.

17   He forced that.

18   Q    He forced himself to get murdered?

19   A    Yes.  You pull a gun out, you're going to do something

20   with it, now it's you or me.

21   Q    So he forced himself to get strangled to death?

22   A    Well, I mean the guy was pulling out a .45 or a

23   9-millimeter to shoot one of them, kill them.  What do you do,

24   let him kill you or you kill him?

25   Q    If I'm correct, he was killed by being beaten to death

1  and strangled?

2  A    Yes.

3  Q    Correct?

4  A    Yes.

5  Q    So despite the fact he pulled a gun out  --

6  A    He didn't get the gun all the way out.  They grabbed him

7  in time.

8  Q    No one shot him?

9  A    No.

10  Q    Nothing stopped you and the other men there that night

11  from simply beating him down and leaving; correct?

12  A    Beating him down and leaving?

13  Q    And leaving?

14  A    You weren't beating that kid down and leaving.  He was

15  coming back an hour later and killing you.  What are you

16  talking about?

17  Q    You were are going to just finish him off no matter what?

18  A    He did what he did and he got put in that position.

19  Q    He did what he did and you guys did what you had to do

20  also, correct?

21  A    They did what they had to do.  I just walked up on the

22  scene when it happened.

23  Q    No role in that at all?

24  A    I mean I didn't plan anything or say let's go kill

25  Mitchell Manfredi.  The guy was straightening out a beef with

1  my friends and that's what happened.

2  Q    For someone who just walked out upon it, you pled guilty

3  to it?

4  A    Yes, I did.

5  Q    You pled guilty to it because you were involved?

6  A    Yes.  I was involved.

7  Q    You were responsible as much as everyone else for that

8  man's death?

9  A    Yes.

10  Q    You threw some punches?

11  A    Yeah, I could have punched him, grabbed him, threw him on

12  the floor, picked him up, threw him in the car after he was

13  dead.

14  Q    You could have done a few things like that?

15  A    Yeah.

16  Q    Threw him in the car.  Remember what you did with him

17  after you sort of threw him in your car?

18  A    I didn't throw him in my car.

19  Q    You threw him in someone else's car?

20  A    I threw him in a stolen car.

21  Q    And then just washed your hands of it?

22  A    Yes.

23  Q    You also mentioned that you pled guilty to being an

24  accessory to murder after the fact about a security guard?

25  A    Yes.

1   Q    This goes back to sometime in the mid-1990s?

2   A    Yes.

3   Q    And at that point in time you were providing protection

4   to Bobby Roselli who was --

5   A    Yes..

6   Q    Correct?

7   A    Yes.

8   Q    Mr. Roselli was concerned about his safety because he had

9   some dispute with a guy named Jerry?

10  A    Yes.

11  Q    And Iggy Alonga, the guy who you ultimately aligned with,

12  he asked you if you would step in and be his protector?

13  A    They asked me to be security around the shredder so

14  nobody would send anybody in there to do any kind of harm to

15  Bobby Roselli, burn the place down, run in there and terrorize

16  his family, beat him up.

17  Q    Were you paid for your services?

18  A    Not really.

19  Q    This was just part of what you did on your normal

20  day-to-day activity?

21  A    No, Iggy asked for a favor and I carried it out and

22  helped him out.

23  Q    And, in turn, you asked your brother Steve and Patsy

24  Andriano Junior and Andrew Buonecontri to help you out?

25  A    Yes.

1  Q    And one day the people you asked to help you out saw

2  Mr. Roselli with a bag of money; correct?

3  A    I never seen him with a bag of money.  They must have

4  seen him when I wasn't there because they went ahead and did

5  what they did without my knowledge or okay.

6  Q    So they went back to the office off hours to try to

7  burglarize the office and get the money and they were

8  confronted by the security guard at that location?

9  A    Yes.

10 Q    And they killed him?

11 A    Yes, they did.

12 Q    And this was a, as you called it earlier, a working

13 stiff?

14 A    Yes.

15 Q    And that bothered you?

16 A    I didn't like the idea of that, no.

17 Q    And you were upset that they, one, burglarized the person

18 you were supposed to be protecting and, two, they killed this

19 working stiff guy?

20 A    I was very upset about it, yes.  What was I going to do?

21 Q    You were so upset that you took your cut of the money

22 that was stolen?

23 A    They gave me $12,000, yes, and I accepted it.

24 Q    You accepted it despite the fact you were upset about the

25 working stiff dying?

1    A    Yes.

2    Q    You weren't too upset to not take the money?

3    A    I was upset.  I took the money.

4    Q    You took the money?

5    A    Yes, I did.

6    Q    And you had no problem betraying the trust of the person

7    you were designed to protect, Mr. Roselli?

8    A    What was I going to do, tell Bobby Roselli that my

9    brother and Patsy Andriano just burglarized your place and

10   killed the security guard?  I had to keep my mouth shut.  I

11   was caught in a Catch 22.

12   Q    You just kept the money?

13   A    I just kept the money and kept my mouth shut.

14   Q    And hid the lie from everyone?

15   A    Yes, I did.

16   Q    And then you were an accessory to another murder yet

17   sometime in the late 1980s to early 1990s, something to do

18   with Danny Fama?

19   A    Yes.

20   Q    And this had to do with Mr. Fama dealing with an

21   individual by the name of Hippie in his heroin transaction?

22   A    Yes.

23   Q    And someone ended up murdering Hippie?

24   A    Yes.

25   Q    And Mr. Fama approached you and said he wanted your

1   assistance in tracking down Hippie's killers?

2   A    No.  He didn't need my help in tracking them down.

3   Q    But you agreed to help him?

4   A    I agreed to steal a car for him and park it on Woodhaven

5   Boulevard.

6   Q    And by stealing the car for him, it was not because he

7   needed a lift somewhere, correct?

8   A    No, he was going to use that car to take care of

9   business.

10  Q    And you knew when you stole the car for him that he was

11  going to use it to take care of business?

12  A    Yes.

13  Q    And then at some point in time he beeped you and asked

14  you to come to a location?

15  A    Yes.

16  Q    When you go, you go with Kevin McMahon?

17  A    Kevin McMahon want wasn't with me directly.

18  Q    How was he with you indirectly?

19  A    I think Kevin was with one of Danny's friends somewhere.

20  Q    And when you got there you see two bodies on the ground?

21  A    Yes.

22  Q    And again you sort of helped throw them in the car?

23  A    No.  He was picked up and we drove him away from there.

24  Q    Left the bodies there?

25  A    Yes.

1    Q    Any idea who was killed?

2    A    No.

3    Q    Did you have any interest in knowing the names of the

4    people that were killed?

5    A    No, none of my business.

6    Q    Do you have any idea of the name of the security guard

7    who died at that last location?

8    A    No.

9    Q    Do you have any interest in learning who it is?

10   A    No.

11   Q    You helped Danny Fama with a second murder, correct?

12   A    Yes.

13   Q    This was an Asian male?

14   A    Yes.

15   Q    Again, somewhere around 1990 to 1991?

16   A    Yes.

17   Q    And again, Mr. Fama calls you over to the Queens Center

18   Mall area?

19   A    Yes.

20   Q    And when you get there you see that Mr. Fama is covered

21   with blood?

22   A    Yes.

23   Q    And he had just killed somebody?

24   A    Yes, he explained to me he just killed somebody and I

25   drove him away from there.

1    Q    Just helping out a friend?

2    A    Yes.

3    Q    That's --

4    A    A friend in the crime family.

5    Q    Just left the body there as well?

6    A    Yes.

7    Q    You also conspired to murder Mike Harrigan sometime in

8    the late 1980s or early 1990s.

9         Do you recall that?

10   A    Yes.

11   Q    And this all had to do with the death of Greg Reiter?

12   A    Yes.

13   Q    And after Mr. Reiter died, his brother, also named

14   Michael, blamed Mike Harrigan for the murder?

15   A    Michael wasn't the one that blamed him.  It took some

16   investigative work to find out what happened, what went down.

17   Charles was notified about it.  Charles didn't do anything

18   about it.

19         Michael wanted something done about it and Charles

20   was dragging his feet and dragging his feet and Michael kept

21   coming to know, bothering me, find out what's going on here,

22   and I found out from Danny Fama that Tommy Karate, Mike

23   Harrigan, Billy Bible, and a couple of other people set his

24   brother up and executed him in the back of a van and chopped

25   his body up and got rid of it.

1  Q    When Greg died, you're saying Charles didn't want to have

2  anything to do with it, so you took it upon yourself to figure

3  out who the killers were and then you were going to kill them

4  yourself?

5  A    No.

6  Q    Well, in fact, you were very close with Greg, isn't that

7  correct?

8  A    Yes.

9  Q    And you felt very vengeful, you wanted to get the guy who

10 killed him?

11 A    I also wanted to know what happened to Greg and get hung,

12 yes, I did.  I wanted to get revenge for whoever killed the

13 kid.

14 Q    The same way you wanted to avenge the murder of your

15 friend JJ down in Florida?

16 A    Yes.

17 Q    So if someone close to you gets killed, you will avenge

18 their murder?

19 A    I would have.  I will not do that ever again in my life.

20 Q    Right now you're in jail, right?

21 A    Yes.

22 Q    A little hard for you to do much being in jail?

23 A    Yes.

24 Q    Did you ever hear something related to that murder about

25 Hunter Adams paying $10,000 toward the murder of Greg?

1  A    I don't know if it was Hunter that paid the money or

2  Michael.  Somebody in that crew paid the money to Frankie

3  Americanda.

4  Q    And again, relating to this murder, you drove around with

5  Kevin McMahon on several occasions trying to find Tommy

6  Karate; correct?

7  A    Pretty much we knew where to find Tommy Karate, but Tommy

8  Karate was off limits.  Charles was supposed to handle that

9  situation.

10 Q    Mr. McMahon accompanied you?

11 A    McMahon was with me when I met Danny a couple of times.

12 When I met Frankie Americonda, I spoke about what happened to

13 Greg; he was there a couple of times, yes.

14 Q    And then another murder, you went to conspire to kill

15 someone named Scott Schulman, again in the 1990s?

16 A    Yes.

17 Q    And somewhere between '93 and '97 you learned that

18 Mr. Schulman had threatened to kill Patsy Andriano Junior and

19 Mike Malone?

20 A    Yes.

21 Q    And these were people who were close with you?

22 A    Yes.  That was Patsy Senior's son.

23 Q    On one day you actually said, I believe yesterday, you

24 saw Schulman driving around in the neighborhood of your mom's

25 house?

1   A     Yes.

2   Q     And you confronted him?

3   A     Yes.

4   Q     You said, What are you doing here?

5   A     Exactly.

6   Q     And to settle it out you guys agreed to meet at the New

7   Park Pizza?

8   A     Yes, we did.

9   Q     And your intentions when you were going to the New Park

10  Pizza was to kill Schulman?

11  A     Yes.

12  Q     That was your idea of trying to settle this down?

13  A     Well, Scott Schulman was a bad, dangerous kid himself.

14  He was a shooter.  He was a killer and I wasn't going to let

15  him get the jump on me.  I wasn't going to let him gun me down

16  in the street in front of my mother's house.

17  Q     When you go to this pizza place to talk it out, you're

18  not planning to talk?

19  A     No.  I'm planning on to shoot him.

20  Q     In fact, you go there with a shotgun?

21  A     Yes.

22  Q     And you enlist Joey Lampasono to join you?

23  A     No, I enlisted Joey Lampasono to steal a car for me, not

24  to join me.  I didn't want that kid involved.  He had no

25  knowledge of what I was going to do.

1    Q    When you get to the pizza place, you indicated that

2    Charles Carneglia and Kevin McMahon show up?

3    A    Yes.

4    Q    And they tell you, Leave Schulman alone?

5    A    Yes.

6    Q    And you get into an argument in the parking lot?

7    A    No, we weren't in the parking lot.  We were on the side

8    of New Park Pizza facing west on the Avenue.

9    Q    At some point in time for some reason the police arrive

10   while the argument is taking place?

11   A    Yes.

12   Q    And before you and everyone else run away, you take you

13   shotgun and you throw it in the car of a guy named Ricky

14   DiBernardo?

15   A    Yes.  I know Ricky a long time.

16   Q    And Ricky's a friend of yours?

17   A    Ricky is a friend of mine.

18   Q    And Ricky ends up getting arrested and charged with gun

19   possession because you threw the gun in his car?

20   A    Yes.

21   Q    And you didn't do anything about that to help him out?

22   A    No.  I had already threw the gun in his car and was

23   getting away with Charles and Kevin.

24   Q    Here it is your friend is going down for a gun possession

25   charge and you're like, hey, too bad.  That's life.  That's

1  the breaks?

2  A    I felt bad about him getting arrested.  When I got him

3  out of jail he told me, Look, don't worry about it.

4  Everything will be all right.  I know you didn't mean to do

5  that to me.

6  Q    Things like that just happen in the normal course of the

7  day, people get arrested for gun possession, for a gun they

8  never owned themselves?

9  A    Yes.  It's not a normal course of the day, but he took

10 the weight, the kid.

11 Q    He was a stand-up type of guy?

12 A    Yes, he was.

13 Q    And you killed some guy who was a concrete plant owner?

14 That's in your plea agreement.

15 A    Killed him?

16 Q    Or you planned to kill him?

17 A    Yes.

18 Q    Does this guy have a name?

19 A    Don't know.

20 Q    Don't know.  Do you even know why you wanted to kill him?

21 A    Joe Gissario Junior come to me that the guy cheated his

22 father out of some land in Long Island, that they built

23 buildings on, there was an ongoing beef and situation.

24       The guy went to people in the Colombo family behind

25 their back and there was an ongoing beef and the father

1  couldn't take it no more, he was being ruined financially and

2  he wanted the guy killed.

3  Q    So you were going to kill a guy who had done nothing to

4  you but was being rude financially to somebody else?

5  A    I was approached by a friend to help him out because the

6  guy was ruining his family financially and really taking

7  advantage and doing bad, evil things to them.

8  Q    Did you ever say, Hey, guys, that's what civil court is

9  about?  Sue the guy?

10  A    They did.

11  Q    They did.

12  A    Yes, they had him in civil court.

13  Q    And instead of waiting for it to be resolved in the

14  courts, you said, Let's go kill him?

15  A    I didn't say anything like that.  They said they wanted

16  him killed.

17  Q    And agree to participate?

18  A    Yes, I did.

19  Q    And then there was another guy somewhere around 2000,

20  somewhere around there, who is just known as John Doe Number

21  Three that you pled guilty to?

22  A    In 2000?

23  Q    I don't know what year it is, but you agreed to kill John

24  Doe Number Three, a --

25  A    2003, Rossario Liotta for killing JJ in Palm Beach,

1   Florida in Boca Raton, yes, that was me.  Rossario Liotta.

2   Q    What about the murder conspiracy to kill Gus Boulis?

3   A    Gus Boulis?

4   Q    Boulis?

5   A    I didn't participate in that.  I backed out of it.

6   Q    But Mr. Moscatiello approached you about doing the

7   murder, correct, Tony Moscatiello?

8   A    Yes, he did.

9   Q    He told you he would pay you $100,000 if you would do it?

10  A    Yes.

11  Q    And the whole idea was to kill the partner of someone who

12  owned a gambling boat?

13  A    Yes.

14  Q    And that was --

15  A    I have to explain that answer.

16  Q    And the owner of the gambling boat wanted to just take

17  over his partner's full share?

18  A    Can I explain that answer?

19  Q    You can on redirect.

20       MR. NORRIS:  Judge, I ask to allow the witness to

21  explain.

22       MR. FARBER:  I didn't ask him a question about what

23  happened.

24       THE COURT:  You may continue to question.

25       MR. FARBER:  Thank you, Judge.

1    Q    And then Joe Gissario enlisted you to help rob and

2    kill -- this was something to do with a dispute over the

3    unionization of parking entrances for a building that was

4    being built by Gissario's father; do you recall that?

5    A    That was with the concrete plant, yes.

6    Q    That is the concrete plant guy?

7    A    Yes.

8    Q    This is a guy then that he's leaving his house one day,

9    correct, and you jump him?

10   A    He walked out of his door.  Joe Gissario threw him to the

11   ground.  He proceeded to pull a pistol out and shoot the guy

12   and I made him stop because the guy's wife came out the door

13   into the driveway.

14   Q    She came out and she was screaming hysterically?

15   A    Yes, she was.

16   Q    You were assaulting and trying to kill her husband right

17   there in front of her?

18   A    Yes.

19   Q    Are you weren't concerned about her feelings, however?

20   A    If I wasn't concerned about her feelings?

21   Q    No.  The reason you told him to stop was because there

22   was a witness there all of a sudden; you were concerned about

23   your own self preservation in getting away?

24   A    Well, if I was really concerned about my own self

25   preservation they would both be dead and nobody would have

1  yelled and screamed and pushed alarms and did it in the middle

2  of the street.  I said, Let's go.  We got in the car and left.

3  Q    You just said "let's go" and left?

4  A    Yes.

5  Q    Nothing to do with the fact she was screaming

6  hysterically drawing attention to the fact you were beating

7  and shooting her husband outside their house?

8  A    He wasn't shot.  He was just thrown down to the ground.

9  Q    You were going to shoot him?

10 A    Yes.

11 Q    You had guns out?

12 A    Yes.

13              (Continued next page)

14

15

16

17

18

19

20

21

22

23

24

25

1    EXAMINATION CONTINUES

2    BY MR. FARBER:

3    Q    How many times had he been beaten at that point in time?

4    A    Excuse me?

5    Q    You say he had been thrown down to the ground?

6    A    That's all he was, was thrown down to the ground.

7    Q    And stomped him?

8    A    No.

9    Q    No kicks?

10   A    No, not to my knowledge.  Might have got kicked by Joe

11   Gisario.

12   Q    Then, again, we have the murder conspiracy of Angelo

13   Mugnolo?

14   A    Yes.

15   Q    And there was a whole meeting about that at the Fountain

16   Bar to plan it?

17   A    Yes.

18        We just went over this.  That was the murder by the

19   church.

20   Q    Right.

21        But they -- but you didn't just drop it because he

22   lived across the street from the church?

23   A    No.

24   Q    Instead, you moved where he was going to get shot to a

25   different location?

1  A    It wasn't planned out yet.

2  Q    Was the man shot?

3  A    He was shot, yes, he was.

4  Q    And, in fact, he was gunned down as he was getting out of

5  his car, correct?

6  A    Yes.

7  Q    And the only reason he didn't die is because he was able

8  to get inside a bagel shop that was open?

9  A    Yes.

10 Q    And hide and ask for protection and then you and everyone

11 else sped off?

12 A    Me?  I wasn't involved in the shooting.

13 Q    You weren't involved in that shooting?

14 A    No.

15 Q    Someone else did the shooting?

16 A    Yes.

17 Q    What about Robert Orena?  You killed him, isn't that

18 correct, because he hung out with one of your ex-wives?

19 A    I did not kill Robert Orena.

20 Q    In fact, as you were trying to -- going up to kill him,

21 his only weapon was his pager and he threw it at you, as

22 protection?

23 A    I never killed Robert Orena.

24 Q    You never told the government about that murder?

25 A    I never killed Robert Orena.  I don't know what you're

1  talking about.

2  Q    Did you ever shoot Joseph Panzarella for the same

3  offense, that he had been with one of your ex-wives?

4  A    I shot Joseph Panzarella?  I think you are mistaken.  I

5  never shot Joseph Panzarella.

6  Q    What about a double murder behind the Lindenwood Diner?

7  A    I don't know anything --

8  Q    Committed the crime with Frank Boccia, Andrew Calvacante

9  and Joey Calvacante.  You killed a young man and his

10 girlfriend and burned their bodies?

11 A    No.

12 Q    No?

13 A    No.

14 Q    So if the word was out in the street that you guys

15 committed that particular crime, that would just be wrong?

16 A    I've never heard that ever stated before today.

17 Q    Never heard that before?

18 A    No.

19 Q    All the other murders you know about, the ones you pled

20 guilty to?

21 A    Any murder that I was involved with or conspired to do or

22 did, I proffered to the government 100 percent truthful and

23 honestly to every fact of what I do.  If it was one murder or

24 a hundred murders , I would have proffered to it.

25              I did not kill the people you just mentioned.  I did

1    not have anything to do with it.

2    Q    You said you committed perhaps thousands of crimes?

3    A    Yes, I have.

4    Q    Do you even know all the crimes you committed?

5    A    I would know who I killed or conspired to kill.  That's a

6    pretty top-notch, top shelf crime.

7    Q    You had a pretty heavy heroin habit -- heavy heroin

8    problem at some point?

9    A    Yes, I did.

10   Q    You were also drinking a lot?

11   A    Yes, I did.

12   Q    And you advised others to commit murder also to solve

13   their personal problems?

14   A    Advised others to commit murders?

15   Q    For example, Mr. Val Nucci?  He had done a robbery of a

16   local store and this caused some sort of problem within the

17   organized crime family?

18   A    I never advised him to kill anyone.

19   Q    You didn't advise him that he'd be best to kill his

20   coconspirator, to make the family happy?

21   A    No.

22   Q    You don't remember telling them that in the proffer

23   sessions?

24   A    I never, ever told him to kill anybody.

25   Q    Mr. Carneglia never committed any murders with you, is

1    that correct?

2    A    No, he did not.

3    Q    You testified yesterday that you met him sometime in the

4    1970s.

5              Do you recall that?

6    A    I met him as a young boy, 13, 14 years old.

7    Q    And you started to the do this retagging of automobiles,

8    either to chop and -- to chop them up or retag them?

9    A    I would just drop the cars off.  Once I helped him tag a

10   '78 or '79 baby blue four door Lincoln Continental Town Car

11   that had to go to Sally Quack in Florida.

12   Q    This again was in the 70s?

13   A    Yes.

14   Q    You also talked about in the 1970s having together with

15   his brother gone to the barn and take marijuana and get

16   fronted some marijuana for you to sell?

17   A    I picked marijuana up there and helped them unload

18   Winnebagos there into the barn, yes.

19   Q    And, again, this was in the 1970s?

20   A    Yes.

21   Q    You also testified here yesterday that you testified at a

22   prior proceeding in 1987.

23             Do you recall saying that?

24   A    A prior proceeding?  Yes.  In federal court?

25             MR. FARBER:  Judge, the jurors are raising their

1  hand.

2          THE COURT:  Do you want to take a break?

3          A JUROR:  I have to use the restroom, please.

4          THE COURT:  Oh, of course.

5          I apologize.

6          Everybody take a recess.

7          A JUROR:  I'm sorry.  I couldn't hold it anymore.

8          (The following occurred in the absence of the jury.)

9          THE COURT:  All right.  Take ten, please.

10          Thank you.

11          (Recess taken.)

12          (The following occurred in the absence of the jury.)

13          THE COURT:  All right.  Bring in the witness,

14  please.

15          Bring in the defendant, please.

16          Bring in the jury, please.

17          (The witness is present.)

18          (The defendant is present.)

19          (Jury present.)

20          THE COURT:  Be seated, please.

21          Continue, please.

22          (Continued on next page.)

23

24

25

GR      OCR      CM      CRR      CSR

1    EXAMINATION CONTINUES

2    BY MR. FARBER:

3    Q    When we left off you were just telling us about the

4    marijuana and car crimes you committed in the 1970s you said

5    with Charles.

6            Do you recall that testimony?

7    A    Yes.

8    Q    Then I asked you if you in fact had testified at a prior

9    proceeding in 1987, having been called down to testify as a

10   defense witness?

11   A    Yes.

12   Q    And you testified here yesterday that the testimony you

13   gave in that proceeding was truthful?

14   A    Part of it.

15   Q    Just part of it?

16   A    Yes.

17   Q    Yesterday you said it was truthful entirely.

18   A    I did not say that.

19           MR. NORRIS:  Objection.

20   Q    In the 1970s, you described Charles as someone who was

21   using drugs and getting drunk with you?

22   A    Yes.

23   Q    And you got drunk with him on a regular basis?

24   A    No, I did not.

25   Q    Was he getting drunk on a regular basis?

1  A    He drank on a regular basis.

2  Q    Was he a heavy drinker?

3  A    He drank.

4  Q    What was his favorite type of alcohol?

5  A    Cutty Sark.

6  Q    Now, in addition to committing murders, you committed

7  numerous assaults.

8  A    Yes.

9  Q    And, in fact, based on your description earlier today, is

10 it fair to state that it was hundreds of assaults?  Many

11 hundreds?

12 A    I couldn't put a number on it.

13 Q    Do you recall in the 1970s stabbing someone by the name

14 of Frank Pepitone?

15 A    Yes, I do.

16 Q    And, again, you stabbed him without any hesitation?

17 A    I stabbed him.

18 Q    You stabbed him.

19      And you stabbed him because he -- you needed to

20 teach him a lesson.  He had started in with you?

21 A    Can I explain?

22 Q    Yes.

23 A    I stabbed him because he hit a member of my family,

24 tossed him out of the street, threw him on the floor, kicked

25 him around, told him never to come back again.

1  Q    At what point did you plunge the knife into him?

2  A    Later that evening.

3  Q    You had already beaten him up.  Later that evening you

4  stabbed him?

5  A    I didn't beat him up already.  I went there.  I stabbed

6  him.

7  Q    I thought you just said earlier that you had thrown him

8  out of the house, punched him around a little bit and then

9  later in the evening you went out and stabbed him again?

10 A    I said that he took a member of my family and he tossed

11 them out of the bar and beat them up on the sidewalk, kicked

12 them around.

13 Q    He did?

14 A    Exactly.

15 Q    Was that because the member of your family was acting up

16 in that particular establishment?

17 A    No.  That was because of they had an ongoing rift between

18 them.

19 Q    Was the member of your family stabbed?

20 A    No, he was not.

21 Q    He was just pushed out the door and thrown to the ground?

22 A    He was beat up pretty good.

23 Q    That was a personal insult to you and your family,

24 correct?

25 A    He didn't get stabbed because it was a personal insult.

1  He got stabbed because his friends were there.  They were

2  trying to get to me and a knife came out and he got stabbed.

3  Q    This knife just magically appeared from where?

4  A    I don't know.  I think I might have took the knife away

5  from him.

6  Q    You were always armed?

7  A    Most of the time.

8  Q    In addition to guns, you had knives on you?

9  A    Some of the times.

10 Q    You didn't think to use one of your own knives?

11       You think you took the knife away from this man?

12 A    I might have not had a knife on me that day.

13 Q    When you stabbed him, this was inside a crowded bar?

14 A    Yes.

15 Q    This was the Circus Bar located on Jamaica Avenue and

16 84th Street?

17 A    Jamaica Avenue and 89th Street.

18 Q    89th Street.  I stand corrected.

19       And when you stabbed him, did you have any concern

20 that the stab may -- the stab wound might be life threatening

21 in nature?

22 A    Not at the time, no.

23 Q    And you also assaulted somebody who was the -- worked in

24 a paint store, Liberty Paint, located in Ozone Park?

25 A    No, I never assaulted anybody in Liberty Paint in Ozone

1  Park.

2  Q     You didn't tell Gisario you beat up the owner there

3  because your sister-in-law had a dispute there?

4  A     No.  I did not beat anybody up in Liberty Paint in Ozone

5  Park.

6  Q     You don't recall telling that to the agents during your

7  proffer sessions?

8  A     I told Joe Gisario to go to Liberty Paint and tell the

9  guy not to get disrespectful with my brother-in-law's wife

10 ever again.  They were friends.  There was no reason to beat

11 the guy up.

12 Q     Did the guy get beaten up?

13 A     No, he did not.

14 Q     He did not?

15 A     Not to my knowledge.

16 Q     So you thought telling this guy don't start in with my

17 sister-in-law anymore, don't be disrespectful, that was

18 something that you needed to confess to the prosecution in

19 coming clean about all your crimes?

20 A     It was something that I remembered and I told them about

21 it.

22 Q     You told them oh, my sister-in-law got disrespected and I

23 told the guy don't do it ever again.

24         That is something the government wanted to hear?

25 A     It was something I remembered and I told them.

1  Q    Do you remember assaulting a pot dealer with Joe Gisario

2  sometime in 1999 up in Williston Park, New York?

3  A    They robbed a kid in Williston Park, New York.  I didn't

4  assault the kid.  The kid was never assaulted by me.  I don't

5  know if they assaulted him.

6  Q    What about the pot dealer being assaulted in his house

7  and having his car stolen?

8  A    I don't know of the guy getting assaulted.  I was not

9  there on the scene.

10  Q    You told this to the government as well during your

11  proffer sessions, did you not?

12  A    Yes, I did.

13  Q    You'd know nothing about it?

14        You are saying you didn't -- you weren't involved in

15  it?

16  A    I know about it.  I was involved in it, and I didn't go

17  in the house and assault the guy.

18  Q    What about threatening Brian O'Neil and Chris McCabe, who

19  were rival drug -- marijuana dealers on Long Island who were

20  interfering with Robert Ciprianni's selling of marijuana?

21  A    Yes.

22  Q    And you threatened them, that you would beat them down or

23  worse, if they didn't stop trying to steal the locations for

24  the sales?

25  A    Yes.

1  Q    And they backed down?

2  A    Yes.

3  Q    They were aware of your power?

4  A    Yes.

5  Q    All you had to do was threaten them and these drug

6  dealers backed off?

7  A    Yes.

8  Q    And then you assaulted another drug dealer who was

9  selling pot by a newsstand owned by JJ Gurino?

10         Do you recall that?

11  A    Yes.

12  Q    And this newsstand was by the deli known as Ragtime

13  Delicatessen?

14  A    Yes.

15  Q    And as you were beating him up, you tried to bundle him

16  into one of your cars?

17  A    Yes.

18  Q    You were going to work him over pretty good?

19  A    He ran away from the location where he was getting beat

20  up.  We brought him back to Ragtime.

21  Q    So he disrespected you by running away from being beaten

22  up?

23  A    No.  He disrespected us by selling drugs over-the-counter

24  out of Ragtime Delicatessen's newsstand.

25  Q    And the police came upon you when this was happening?

1  A    Yes.

2  Q    And you were able to convince the police to leave and not

3  help this guy?

4  A    No.  We told the police if they were doing their job,

5  that this wouldn't be happening.

6  Q    So the police says, you are right, go ahead, beat him up?

7  A    No.

8  Q    The police left, correct?

9  A    Yes.

10  Q    You continued to beat him up?

11  A    Right after they left.

12  Q    Then on another occasion do you recall being with Kevin

13  McMahon and Danny Fama and assaulting two guys over a pot deal

14  gone bad?

15  A    Kevin McMahon and Danny Fama?  Assaulting two guys?  No,

16  I don't remember that.

17  Q    You indicated to Kevin you wanted to shoot them but he

18  stopped you?

19  A    I don't remember that.

20  Q    You don't remember that one.

21        What about when Vinny Saparito, do you remember him?

22  A    Yes.

23  Q    He worked in your catalytic converter business?

24  A    Yes.

25  Q    You found out that he was stealing money from your

1  business?

2  A    Yes.

3  Q    That he had opened up a fake bank account in the name of

4  Motor City and was depositing checks from your business

5  account into that?

6  A    Yes.

7  Q    What did you do to him?

8  A    I have to explain that.

9  Q    Go ahead.

10  A    I was incarcerated at the time when this all took place

11  in the Nassau County jail and Vinny was running my catalytic

12  converter business for me.  I come to find out that Vinny was

13  hanging with Allen that was a close associate of Charles

14  Carneglia.  Vinny took it upon himself to open a fake bank

15  account with my brother's ID that was diseased in 2000.  He

16  was taking checks from my wife and depositing them in the

17  bank, the same bank but a different branch, and stealing money

18  out of the business bank account.

19        They also together robbed a couple of truckloads of

20  catalytic converters from my wife behind my back while I was

21  incarcerated.

22        There was nothing I could really do to him at the

23  time.  But when I found out I was very angry with Vinny.

24  Q    Did you take care of him at some later date?

25  A    There was no later date to take care of him.  I was

1  already decided that all my friends just totally lost respect

2  for me and were going to rob me, call me a rat, and do

3  whatever they wanted with me.  So I decided to cooperate with

4  the government and here I sit today.

5  Q    So you decided to cooperate with the government because

6  you felt that everyone was disrespecting you, robbing you

7  blind?

8  A    No.  They put a rat wire on me.  They hit my wife.  They

9  did a lot of different things.  Killed JJ.  A lot of different

10 events led up to this.

11 Q    Would you describe your reason for cooperating was

12 because your vengeful?

13 A    No.

14 Q    You weren't angry that you feel everyone was betraying

15 you, calling you a rat?

16 A    I don't make decisions out of anger.  Pretty calculated

17 when I make a decision to do something.

18 Q    You are a calculating type of individual?

19 A    No.  But I think before I make a decision.  I try to.

20 Q    You heard people that accused you of attempting to blow

21 up the boardwalk at 116th Street in Rockaway?

22 A    I've never heard that.

23 Q    You never heard that.

24       Didn't the agents ask you about that during your

25 proffer sessions?

1   A    I don't remember anything like that.  I mean, it could be

2   but I don't remember trying to blow up a boardwalk.

3   Q    In fact, you were accused of trying to blow up Charles's

4   house by throwing a grenade at it?

5   A    Charles accused us of that.

6   Q    You talked about Chris McMahon.

7   A    Can I answer that question?

8            THE COURT:  Yes.  Go ahead.

9   A    Charles thought that somebody was going to throw a

10  grenade at his window and he zip-screwed  plywood to the

11  inside of the windows in his house and his bedroom.  And I

12  asked him why he did that and he told me that he thought

13  somebody was going to throw a grenade in his house.  Later I

14  come to find out he thought that I was going to throw a

15  grenade at his house, which never happened, never took place

16  and was never even thought about.

17           (Continued on next page.)

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

1  CONTINUING CROSS-EXAMINATION

2  BY MR. FARBER:

3  Q    Things were not good between you and Charles?

4  A    No, sometimes things were very good between Charles.

5  and I.

6  Q    Not good now?

7  A    I don't know how they are now.  I haven't seen Charles

8  since 1999.

9  Q    You mentioned something about an individual by the name

10  of Chris McMahon, beating him up at the AJ Bar?

11  A    Yes.

12  Q    You beat him down in front of everyone?

13  A    Yes, I did.

14  Q    You dragged him outside the bar and without regard to who

15  was present, you beat him down in the parking lot?

16  A    Yes, I did.

17  Q    You did this by yourself?

18  A    No, I had two friends with me and DiBernardo was with me.

19  Chris McMahon's friends were in the bar when this all took

20  place.

21  Q    You were able to beat him up pretty good?

22  A    Yes.

23  Q    Then at some point in time you ordered him to come over

24  to your area.  When he arrived you and Andre robbed him of

25  $2,000?

1  Q    I don't understand that?

2  A    I never robbed Chris McMahon of anything.

3  Q    You never took $2,000 off of him?

4  A    No.

5  Q    Do you recall ever telling him if he was to ever cross

6  you again, refused to do your bidding, that you will stick a

7  steel rod with barbed wire up his ass, rip out his insides?

8  A    No, I don't remember that.

9  Q    You never said that?

10  A    I don't remember.

11  Q    Might have said that?

12  A    I don't remember.

13  Q    Sound like something you would say?

14  A    I just don't remember.

15  Q    Just don't remember.

16  A    I don't remember saying that to Chris McMahon.

17  Q    Yesterday you talked about the incident at the Esquire

18  Diner?

19  A    Yes.

20  Q    You talked about seeing Charles that night and then

21  Charles going downstairs to the rest room?

22  A    Yes.

23  Q    Then there was a commotion.  You heard some noise

24  downstairs?

25  A    Could I explain that answer?

1  Q    Did you hear a commotion, yes or no?

2  A    Yes.

3  Q    I believe you said you heard someone call for help?

4  A    Yes.

5  Q    You testified yesterday you believed it was Charles

6  calling for help?

7  A    Yes, it sounded like Charles' voice.

8  Q    When you got downstairs, there was some sort of physical

9  confrontation going on between Charles and Officer Gelb,

10 correct?

11 A    Yes.

12 Q    Charles turned to you and said "Call the police"?

13 A    No, Charles didn't say "Call the police" at that time.

14 Q    Did Charles tell you to call the police?

15 A    No, Charles never told me to call the police.

16 Q    Never told you.  You remember meeting with the agents in

17 this case on July 5th, 2006 proffering?

18 A    I met with the agents but I don't know what date or what

19 I proffered to on that date.

20 Q    Do you remember being asked at some point during the

21 proffers about the murder of Officer Gelb?

22 A    Yes.

23 Q    Do you recall telling them that Charles told you to call

24 the police but you disagreed with him?

25 A    That wasn't downstairs.  He was yelling he was going to

1    get the guy arrested upstairs in the center of the diner.  He

2    didn't tell me to call the police.  He told me he was getting

3    the guy arrested.

4    Q    I ask you to take a look, page 2 of this document --

5              THE COURT:   What is it, please?

6              MR. FARBER:   Bates stamp 55 and 56 from the

7    discovery provided by the government.

8              THE COURT:   3500?

9              MR. FARBER:   3500 number five, Bates stamp 55 and

10   56, dated July 5th, 2006.

11             MR. NORRIS:   For the record, 3500 PZ-5.

12   Q    Please take a look at that and let me know when you're

13   finished.

14             (Pause.)

15   A    What's your question?

16   Q    Does that refresh your recollection as to whether or not

17   you told the agents back in 2006 that Charles told you to call

18   the police and you refused?

19   A    I didn't write this document.  That isn't what I

20   remember.

21   Q    So, if the agents were to write that, they made that up;

22   is that your testimony?

23   A    They could have made a mistake --

24             THE COURT:   Strike it.

25   Q    You do recall Charles telling you to call --  that he

1  wants the police called?

2  A    I remember Charles saying he was going to get the guy

3  arrested.

4  Q    He wanted him arrested because he felt something was done

5  wrong to him?

6  A    Yes.

7  Q    When you were downstairs, am I correct it was you who was

8  knocking Officer Gelb to the floor?

9  A    I got to explain that answer.

10  Q    Yes or no, sir.

11  A    Can I explain that answer?

12  Q    Answer the question.

13           THE COURT:   Yes, go ahead, explain.

14  A    When I ran down the stairs, there was a heated

15  confrontation going on and a struggle.  Charles was my friend

16  at the time who was having the struggle with him, was the guy

17  getting beat down.  I hit the guy, knocked him down to the

18  floor to help Charles so he can get away.  That's what

19  happened.

20  Q    The guy was standing when you got downstairs?

21  A    Yes, he was.

22  Q    Charles had not knocked him to the floor?

23  A    I did.

24  Q    Charles had not punched him from what you could see?

25  A    No, Charles was just yelling for help.

1    Q    Charles is just yelling for help?

2    A    Yes, he was.

3    Q    And --

4    A    "Get this guy off me."

5    Q    You came in and punched him?

6    A    Yes, I did.

7    Q    You knocked him to the ground?

8    A    I did.

9    Q    You're the one that kicked him?

10   A    Yes, I did.

11   Q    You're the one who stomped him.

12   A    I kicked him.

13   Q    Eventually, it was you who fled the diner?

14   A    Yes, I left the diner.  I wasn't going to stick around

15   the diner after doing that, knowing the repercussions.

16   Q    It was Charles who stayed at the diner?

17   A    Well, the only reason Charles stood at the diner --

18   Q    Did Charles stay at the diner?

19   A    I need to explain that answer.

20   Q    Sir, you don't know what Mr. Carneglia's state of mind

21   was, do you?

22   A    I do.

23   Q    You were in his head?

24   A    Can I explain it?

25             THE COURT:   Just answer yes or no, if you can.

1    THE WITNESS:  I can't.

2    THE COURT:   You have a pending question?

3    MR. FARBER:   I'll do a new one, Judge.

4    THE COURT:   You withdraw the question?

5    MR. FARBER:   Withdraw the question.

6    THE COURT:   Pose a question.

7  Q   Charles Carneglia got arrested that night?

8  A   Yes, he did.

9  Q   He got arrested at the diner?

10 A   Yes, he did.

11 Q   He was at the diner when the police arrived?

12 A   Yes, he was.

13 Q   You were not?

14 A   No, I was at his brother's house.

15 Q   Prior to you fleeing the diner, you heard Charles calling

16 out in general "I want this man arrested," referring to

17 Officer Gelb; yes or no?

18 A   I need to explain that answer.

19 Q   Sir, yes or no?

20    THE COURT:   You can say "Yes," "No", or "I can't

21 answer the question."

22    THE WITNESS:  I can't answer that question.

23 Q   You can't answer that question?

24 A   No.

25 Q   You were loyal to Charles?

1   A    Yes.

2   Q    You said you beat up Officer Gelb because you would do

3   anything you need to do to protect your friend?

4   A    Yes.

5   Q    You would come to his aid in a heartbeat?

6   A    Yes, in that situation.

7   Q    At that point in time?

8   A    Yes.

9   Q    Whether or not Charles asked to you do something, if you

10  thought it would help Charles, you would do it back then?

11  A    Yes.

12  Q    You previously testified about a stabbing out by the Blue

13  Fountain Diner?

14  A    Yes.

15  Q    You weren't there that night, were you?

16  A    No, I was not.

17  Q    Andrew Curro who told you the sit-down, he wasn't there

18  that night either, was he?

19  A    No, he was not.

20  Q    You were not present for this sit-down, were you?

21  A    No, I was not.

22  Q    In addition to the murders that you talked about, the

23  assaults, you made a lot of money from various acts of

24  robbery, correct?

25  A    Excuse me?

1  Q    You made money from robbing, robberies?

2  A    Yes.

3  Q    You initially started off stealing cars?

4  A    Yes.

5  Q    You told the story yesterday about some wise guy coming

6  in and stealing tires from you when you had your own shop; do

7  you recall that?

8  A    He wasn't a wise guy.

9  Q    Just some guy in organized crime?

10  A    He was an associate at the time.

11  Q    He stole your tires?

12  A    No, he took the tires on the pretense he was going to

13  bring the money back and he never brought the money back.

14  Q    Sort of stealing, isn't it?

15  A    Sort of like sneak-thiefing you.

16  Q    A sneak-steal?

17  A    Yes.

18  Q    Made you feel mad?

19  A    It made me feel insulted.

20  Q    You didn't like to be the victim of a crime, did you?

21  A    It's not that.  If I took something from somebody, I

22  would pay them.

23  Q    You paid for everything you have taken over the years?

24  A    Not what I stole.

25  Q    You stole more than you bought; isn't that correct?

1              Is that the assessment?

2    A    I couldn't put a value on that.

3    Q    You stole millions of dollars from armored cars, correct?

4    A    Yes, I did.

5    Q    That is more than you ever spent legitimately, correct?

6    A    I guess, yes.

7    Q    In the 1970s, early '70s, you and Carl DeMario set up the

8    robbery of a night deposit box in a lumber yard where

9    Mr. DeMario worked?

10   A    Yes.

11   Q    There was an actual robbery.  It was you and Albert

12   Signoli (ph)?

13   A    Yes.

14   Q    After the robbery,Mr. De Mario's boss accused him of

15   being involved in that robbery, correct?

16   A    Yes.

17   Q    Mr. DeMario offered to take a lie detector test to prove

18   his innocence?

19   A    Yes.

20   Q    That caused you to be very angry, Mr. De Mario's

21   willingness to take a lie detector test.

22   A    Yes.

23   Q    So you went to his home to beat him up?

24   A    No, that's not when I had the altercation with Carl

25   DeMario.  The altercation was years later.

1  Q    Do you recall a couple of years later you insulted

2  assaulted him with a gun?

3  A    No.

4  Q    You don't remember chasing him into his home?

5  A    I remember him having the gun and me chasing him into his

6  home.

7  Q    You chased him to his home with him holding the gun?

8  A    Yes.

9  Q    Do you recall testifying yesterday about beating him up

10 in his home and his mother, your mother-in-law trying to

11 protect him?

12 A    Yes.

13 Q    She raised the telephone to try to bang it on you to get

14 you to stop beating up her son?

15 A    She hit me in the head with the phone.

16 Q    She hit you in the head with the phone?

17 A    Yes.

18 Q    You turned around and you gave her two black eyes and

19 knocked her out cold?

20 A    Yes.

21 Q    Your mother-in-law?

22 A    I didn't know it was her behind me hitting me with the

23 phone.  I just turned around and acted out of a defensive

24 posture.

25 Q    In that defensive posture, that one punch sent her flying

1  across the floor with two black eyes and being knocked out

2  cold?

3  A    Yes.

4  Q    You're sure you didn't pummel her a little bit for daring

5  to strike you to protect her son?

6  A    No, I hit her one time.

7  Q    Just one time?

8  A    Yes.

9  Q    Powerful punch?

10  A    I hit her one time.

11  Q    In July, 1980, you, together with Andrew Curro, Joey

12  Calvacante, Steve Zuccaro, Frank Boccia, did a robbery of an

13  armored car belonging to the company I B I, correct?

14  A    No.

15  Q    You didn't?

16  A    Steven Zuccaro wasn't there.

17  Q    Was everyone else there?

18  A    Yes.

19  Q    You grabbed one of the guards and pointed a gun to his

20  head?

21  A    Yes.

22  Q    You were armed?

23  A    Yes.

24  Q    In fact, whenever you did these armored car robberies,

25  you had a loaded gun?

1    A    Yes.

2    Q    Had you placed these guards inside their truck and

3    handcuffed them?

4    A    Yes.

5    Q    Then gave them each a $100 bill after you wiped it off

6    with alcohol to remove the fingerprints?

7    A    Yes.

8    Q    You thought that was funny?

9    A    Funny?  No, I thought it was a gesture to show them

10   forget what happened.

11   Q    You were taking the money they were sworn to uphold to

12   protect and you gave them back $100?  You weren't trying to

13   humiliate them?

14   A    That was Andrew's idea, the hundred dollars bills.  I

15   went along with it.  It didn't matter to me.

16   Q    You guys laughed, thought it was funny?

17   A    Might have been funny at the time.

18   Q    You also wanted to scare these guards, correct?

19   A    Yes.

20   Q    You took each one of their driver's license and said "Now

21   I know where you guys live," do you remember saying that to

22   them?

23   A    I need to explain that answer.

24   Q    Sir, a simple question.  Did you take their driver

25   licenses?

1  A    Yes.

2  Q    Did you tell them "I know you where you live"?

3  A    Yes.

4  Q    These guards names were Kessler and Higgins; do you

5  recall those names?

6  A    Yes.

7  Q    You stole approximately $310,000 from that robbery?

8  A    Yes.

9  Q    A lot of money?

10  A    Yes.

11  Q    Even in today's dollars.

12  A    Yes.

13  Q    Later that same year, December 26th, another I B I

14  company truck is robbed, correct?

15  A    Yes.

16  Q    Turns out it's the same two guards again?

17  A    Yes.

18  Q    They caved in immediately when they saw you.

19  A    Yes.

20  Q    You stole the money again?

21  A    Yes.

22  Q    What was your take on that one?

23  A    750,000.

24  Q    Between the two robberies, you stole over $1,000,000

25  alone.

1  A    Around a million dollars, yes.

2  Q    Did you go to jail for these?

3  A    Yes.

4  Q    These were the ones you got convicted of?

5  A    Yes.

6  Q    We were talking about the trial, 1987, where you come

7  down to give truthful testimony?

8  A    '86, '87.

9  Q    You said you gave part truth, not all the truth?

10  A    You know, I took the Fifth Amendment.

11  Q    You took the Fifth Amendment?

12  A    Yes.

13  Q    Sir, do you recall being questioned by then-Assistant

14  U.S. Attorney Diana Giacalone?

15  A    Yes.

16  Q    She questioned you about your involvement in these

17  robberies?

18  A    Yes.

19  Q    She questioned you about the circumstances surrounding

20  your arrest?

21  A    I don't recall.

22  Q    Sir, you had taken an oath to tell the truth there,

23  correct, at that trial?

24  A    Yes.

25  Q    A courtroom like this type of courtroom?

1  A     Yes.

2  Q     Same type of proceeding, a trial with a jury?

3  A     Yes.

4  Q     Ms. Giacalone characterized your testimony as a pack of

5  lies, didn't she?

6  A     I don't recall.

7  Q     She accused you of dancing around the truth.

8  A     I don't know.  I don't have that testimony in front of me

9  to refresh my memory.  So, I wouldn't --  I can't answer that

10 question.

11 Q     You were present when she was questioning you on

12 cross-examination.

13 A     That was 20-something years ago.  I don't remember

14 exactly what took place and every word I said.

15 Q     Didn't she say that you were confronted with a series of

16 facts that you couldn't deny so you made up explanations for

17 them?

18 A     Like I said, I don't recall my answers in that trial,

19 every answer.

20 Q     In fact, you were questioned about the fact that a scale

21 that was used to measure heroin was found inside your

22 apartment at the time of your arrest; do you recall that?

23 A     I was involved in heroin trafficking during that time,

24 yes.  They did find a scale in that apartment.

25 Q     The scale was hidden behind a big piece of furniture in

1  front of a small closet.

2  A    Yes.

3  Q    Your explanation at the trial for that scale was that you

4  had taken it from somebody else because you didn't want them

5  to be dealing drugs?

6  A    I don't remember my answer to that question.

7  Q    They also found bullets in your house; do you recall that

8  when you got arrested?

9  A    They might have found bullets.  I don't remember.

10  Q    You said you don't know how the bullets got there,

11  correct?

12  A    I don't remember my answer to the question.  I don't even

13  remember if bullets were found there.

14  Q    You suggested that Andrew Curro slept over your house on

15  a regular basis and maybe he accidentally left the .38 caliber

16  bullets there?

17  A    I don't remember that question or the answer.

18  Q    Was the testimony you gave to the government attorney

19  truthful or false?

20  A    I don't remember what questions I was asked and the

21  answers that I gave so I can't tell you what was true, what

22  was false.

23  Q    You just told this jury that you told the truth and not

24  all the truth when you testified under oath.

25  A    That's what I said.

1  Q    When you said that, you must have had some idea in your

2  minds what was truthful and what was not.

3  A    Like I said, I don't remember all the questions.  I mean

4  I don't remember what happened 23 years ago, every question,

5  every answer.  If you have testimony and you want me to look

6  at it, see if I could recollect, I'll try to do that.

7  Q    Eventually you got out of jail for those robberies,

8  correct?

9  A    Yes, I did.

10  Q    You were on parole?

11  A    Yes, I was.

12  Q    One of the requirements for you are being on parole is

13  that you had to gain lawful employment?

14  A    Yes.

15  Q    You immediately got a fake job?

16  A    I got a job on construction which I reported to and

17  worked every day until I got the marijuana business started,

18  sir.

19  Q    Isn't it a fact you got a no-show job?

20  A    No, I did not have a no-show job.

21  Q    You're sure?

22  A    Positive.

23  Q    Job where you didn't have to show up?  You immediately

24  went back to --

25  A    Absolutely not.  I worked on construction at 80-02 Kew

1  Gardens Road, reported for work every day and took care of my

2  business very carefully.

3  Q    Isn't it a fact --

4  A    I was under surveillance probably from parole people.  I

5  watched everything I did.

6  Q    Isn't it a fact as soon as you got out of jail, you found

7  out that you had been traded to the Gambino crime family?

8  A    No, I learned of that fact while I was in jail.

9  Q    It was expected upon your release that you were to

10 immediately report to the family to fulfill your obligations

11 as an active member of organized crime?

12 A    I wasn't a member.  I was an associate and my situation

13 called for me to report to Johnny Carneglia, Charles' brother.

14 Q    You were supposed to report to the bidding of the family

15 for whatever purpose anyone in the family needed you to do?

16 A    My purpose was to report to John Carneglia, not to anyone

17 in the family.

18 Q    You were assigned to Mr. Carneglia?

19 A    Yes.

20 Q    Did you report upon being released?

21 A    Several weeks later; yes, I did.

22 Q    So, you violated the conditions of your parole by

23 immediately associating with organized crime?

24 A    Yes, I did.

25 Q    But you said you had a legal job?

1  A    I did have a legal job.

2  Q    No one in the organized crime family managed to secure

3  for you a no-show job so you could actually be available for

4  them to do illegal activity?

5  A    They wouldn't give me a no-show job.  If I took the job,

6  I had to report to work because 6-A was under receivership of

7  the United States Government.  They were running the union at

8  the time.  I reported to work on the construction site.  I

9  worked.  There was times I could get away and conduct my

10 marijuana business without being detected, but I did show up

11 at work and worked.

12 Q    Sir, more than one union was under mob control when you

13 got out of jail; is that correct?

14 A    I don't know if the union I worked for was under mob

15 control and was in receivership to the government and the

16 Colombo family was controlling the union that I belonged to

17 and Ralph Scopo, Senior was the guy that got me the job in the

18 union.  His son Joey got me my union book through John

19 Carneglia.

20 Q    You got your union book as soon as you got out of jail

21 through a connection with Joe Scopo?

22 A    No, I didn't get my union book until after I put a

23 certain amount of time in at working on the job every day,

24 reporting to work and putting so many hours in.  Then I got my

25 union book and then I received my benefits.

1  Q    You got your benefits?

2  A    I got my benefits after, I think, several hundred hours

3  of working every week.

4  Q    This union job you got, this was at the expense of

5  someone who legitimately would have been otherwise qualified

6  for that job?

7  A    Oh, I was not unqualified for the job.  I mean I did the

8  labor.  I worked.  When I became a driver on the job, I

9  resigned from the union so I wouldn't create any problems for

10  the union and went to work for Albert Geller directly.

11  Q    You wanted to protect the union?

12  A    No, I wanted to protect myself by not getting violated

13  from the federal government while I was on parole.

14  Q    Isn't it a fact you said earlier today that as soon as

15  you got out of jail, that you planned to do an armored car

16  robbery as soon as an opportunity arose?

17  A    I was looking to get on my feet as soon as I got the

18  opportunity.  I would have done something, anything to gain

19  money.  Marijuana was probably the easiest route.  I didn't

20  want to really go out and commit armed robberies.  I would

21  have got a ton of heat for it.

22  Q    You didn't want to commit armed robberies, but yet you

23  continued to commit armed robberies; isn't it a fact?

24  A    I didn't commit any armed robberies when I got out of

25  jail.

1  Q    What about the Trans Armored car depot robbery, you
2  recall that one?
3  A    I wasn't on federal parole when that was planned.
4  Q    What was the take on that one, $400,000?
5  A    I think it was three and a half million.
6  Q    Two and a half million dollars worth of cash (sic)?
7  A    Yes.
8  Q    A big score?
9  A    Yes, I got swindled out of it.
10 Q    The armored car robbery jobs are very lucrative, correct?
11 A    I didn't commit that robbery.
12 Q    You also organized and planned a robbery of another Trans
13 Armored car robbery with Boccia, Kevin Antinucci and Kevin
14 Bruno?
15 A    That's the same robbery.  I didn't do the robbery.  They
16 did it behind my back.  Then they ran to Charles to get
17 protection.
18 Q    Do you recall saying when you found out you got swindled
19 that Boccia deserved to be killed?
20 A    Yes, I do.
21 Q    In fact he got killed, didn't he?
22 A    Yes, he did.
23 Q    Made you feel good he got killed?
24 A    Didn't matter to me.  I didn't kill him.
25 Q    You did another armored car robbery with Andrew

1  Buonicountri?

2  A    No, I never did an armored car robbery with Andrew

3  Buonicountri.

4  Q    No?

5  A    No.

6  Q    In a robbery that took place at JFK Airport?

7  A    Never, ever, did I rob a car with Andrew Buonicountri.

8  Q    You talked about an armored car robbery that took place

9  again in the 1990s earlier today; do you recall?

10 A    No, I do not recall.

11 Q    One that took a lot of planning because the truck was

12 supposed to have three and a half million dollars worth of

13 gold bullion on it?

14 A    I recall that.

15 Q    You recall that one?

16 A    Yes.

17 Q    You went to the airport early in the morning on that one

18 to start surveillance?

19 A    Yes.

20 Q    You got there because you wanted to check out what the

21 traffic would be at the airport and also the surrounding

22 highways?

23 A    I wanted to surveil the area to see what was going on

24 with everything, traffic, employees, who was in cars, police

25 presence.  There was a lot of different factors.

1  Q    You would watch when the armored car arrived.  You want

2  to see the number of guards who would be there?

3  A    Yes.

4  Q    You want to see if a guard got out of the truck or

5  someone came from outside and met the truck?

6  A    Yes.

7  Q    Had you also wanted to see if there was any police

8  activity that would be normally found in that area?

9  A    Yes.

10  Q    And you followed this truck on its route to see where

11  else it went to see if there was a better location in which to

12  do the robbery?

13  A    Yes.

14  Q    Checked out the check cashing location you mentioned?

15  A    Yes.

16  Q    You followed this car to LaGuardia Airport?

17  A    Yes.

18  Q    In fact, you followed this car as far as Rhode Island?

19  A    Yes, I did.

20  Q    And you said it was months of planning for this robbery?

21  A    Yes.

22            (Continued on next page)

23

24

25

1  BY MR. FARBER:

2  Q    And is it fair to state that you ultimately came to a

3  conclusion that La Guardia was going to be the best location

4  for this robbery?

5  A    Yes.

6  Q    And then one day prior to the robbery date, you say

7  you're at La Guardia Airport and you see Charles is drunk?

8  A    Yes.

9  Q    And you just said, that's it, I don't want any part of

10 it?

11 A    I don't operate like that.

12 Q    All those months of planning and you just said that's it?

13 A    That's it.  It was their score.  They want to show up

14 like that, I got nothing to do with it.

15 Q    You walked away from three and a half million dollars

16 worth of gold bullion with no compunction?

17 A    Yes, I did.

18 Q    You said that you eventually learned that a robbery at

19 the airport had happened and a guard was killed?

20 A    Yes.

21 Q    And it made you feel sick?

22 A    Yes.

23 Q    Because you said that's not the right way to do a

24 robbery, you don't kill the guard?

25 A    No, you don't kill the guard.

1  Q    You did say just earlier that when you did your armored

2  car robberies you were always armed?

3  A    Yes.

4  Q    And you were are armed with a loaded handgun?

5  A    Yes.

6  Q    That wasn't just for show, was it, sir?

7  A    That was for fear tactic.

8  Q    You were prepared to use your gun if necessary, that's

9  why you carried it be?

10  A    I would have used it if I had to.  Thank God I didn't

11  have to.

12  Q    In the 1990s you mentioned about robbing someone named

13  Steve Cohen?

14  A    Yes.

15  Q    And this was all over some sort of dispute between a guy

16  named Carlos who stole jewelry from Ricky DeMartino --

17  DiBernardo, your ex-wife's brother?

18  A    Yes.

19  Q    And that was at Great Bear in Great Neck?

20  A    Yes.

21  Q    He showed up there at the Great Bear?

22  A    Steve Cohen and Carlos, yes, they did.

23  Q    And you were armed with a shotgun?

24  A    Yes, I was.

25  Q    And you tied them up with bungie cords?

1    A    Yes, I did.

2    Q    And you stole their cocaine?

3    A    Yes, I did.

4    Q    And you asked Val Nucci to assist in a kidnapping in

5    January of 1997, do you recall that?

6    A    Yes, I did.

7    Q    And this was a person who was abducted at gunpoint from a

8    restaurant?

9    A    Yes.

10   Q    He was restrained, duct-taped and thrown in the back of a

11   van?

12   A    Yes.  That's the crime I pled guilty to in Florida on

13   that Ricco case.

14   Q    There was also a scheme to rob a shipment of gold from

15   JRS Trucking.  Do you recall that?

16   A    I don't recall that.

17   Q    You learned of the shipment --

18   A    I don't think I could have got involved with robbing

19   anything from JRS Trucking.  That was with the Luchese crime

20   family.

21   Q    Didn't you learn of the shipment from Joey Lampasoma?

22   A    I might have learned about a gold depot.

23   Q    A gold depot?

24   A    That was in Connecticut somewhere through JRS, but we

25   weren't going to rob JRS's shipment of gold.

1  Q    But you were going to rob the depot?

2  A    Yes.

3  Q    After it got off the truck?

4  A    We were going to rob the depot.

5  Q    And you were also --

6  A    If possible, but it turned out that it was too heavily

7  secured.

8  Q    If it wasn't you would have?

9  A    I would have did it.  I mean, you know, I'm not saying I

10  wouldn't.

11  Q    And you would have -- you wanted to rob an ATM machine at

12  Waldbaum's at one point?

13  A    An ATM machine?

14  Q    Yes, getting a little desperate, wanted to knock off a

15  machine real quick?

16  A    An ATM machine.  No, I don't think I would have robbed an

17  ATM machine.

18  Q    What about Eric Fessler, a real estate agent and mortgage

19  broker, remember him?

20  A    Yes.

21  Q    And this was a person that had a dispute with your friend

22  JJ Gurino?

23  A    Yes.

24  Q    And Gurino had wanted him to help him with some financial

25  transaction and he refused?

1  A    Yes.

2  Q    And you wanted to help out your friend JJ, correct?

3  A    Yes.

4  Q    So you had to come up with a plan.  So you had a plan to

5  have Joey Masatona, Mike Malone, and Patsy Andriano attack

6  him?

7  A    Yes.

8  Q    But you lied to your friend and you told him that Fessler

9  carried between 60,000 and $90,000 in a briefcase when he

10 leaves work.  Do you recall that?

11 A    Sometimes he had that amount of money on him.  I don't

12 remember lying to them.  I remember telling them that they

13 might find the money there, they might not.

14 Q    It wasn't true, he had no money in his briefcase?

15 A    Eric Fessler had big money.

16 Q    And you said you thought he carried between 60 and

17 $90,000 cash with him on a regular basis in his briefcase?

18 A    (No response.)

19 Q    On the day of the crime after these guys scouted out

20 Mr. Fessler, they attack when he's with his girlfriend Nadine,

21 do you remember that?

22 A    Yes..

23 Q    He was able to get away?

24 A    Yes.

25 Q    So your friends stole his girlfriend's black Mercedes and

1  a briefcase containing papers?

2  A    Yes.

3  Q    That's all that they got?

4  A    Yes.

5  Q    And you mentioned something earlier today also about a

6  robbery of a jeweler, one of your employees, Steve Cohen, knew

7  about a jeweler who conducted business with another jeweler in

8  Dix Hills?

9  A    Yes.

10  Q    And you enlisted Marty Bosshart, Kevin Antonucci, and Guy

11  Reichart to help?

12  A    No.  They came to me with the score, Steve Cohen, Marty

13  Bosshart, Guy Reichart, and Kevin Antonucci.

14  Q    And you all went to Dix Hills to rob this guy?

15  A    Yes.

16  Q    And you pushed your way into his home?

17  A    No, I didn't go into the home.

18  Q    Was everyone in the home tied up?

19  A    I was on crutches at the time.  I mean, I don't know what

20  they did once they he got in the home.  I know that we went

21  there and we did the score and we were successful, nobody got

22  hurt and we left.

23  Q    This is a working guy, a working stiff, as you described

24  him?

25  A    Yes.

1 Q   And you stole $800,000 worth of jewelry that he had?

2 A   Yes.

3 Q   You probably wiped him out financially?

4 A   Yes.

5 Q   Didn't care?

6 A   No.

7 Q   And with regard to Eric Fessler, that was just a working

8 stiff also?

9 A   Eric Fessler was a semi legitimate guy who dabbled with

10 organized crime figures; liar, swindler, cheater -- he wasn't

11 an upstanding American citizen.  He went to jail.  Did time.

12 He was just --

13 Q   That made that robbery okay?

14 A   It didn't make it okay, but Eric Fessler wasn't what you

15 just described as an upstanding American citizen.

16 Q   Did I say that or did I say working stiff?

17 A   A working stiff.  A working stiff is an upstanding

18 American citizen today.

19 Q   You weren't a working stiff, sir, were you?

20 A   No.

21 Q   And you robbed drug dealers, correct?

22 A   Yes, I did.

23 Q   You robbed one drug dealer in the vicinity of

24 Pennsylvania and Glenwood Avenues in Brooklyn?

25 A   Yes.

1   Q   You did that with Billy Casso?

2   A   Yes.  That was on Glenmore Avenue.

3   Q   And you forced the drug dealer in the basement of the

4   restaurant and stole heroin from him?

5   A   Yes, I did.

6   Q   And you used the heroin for your own personal needs?

7   A   Yes.

8   Q   And it lasted about three weeks?

9   A   Yes.

10  Q   At the time of your arrest for the big marijuana case

11  here in the Eastern District --

12  A   Yes.

13  Q    -- that was a major operation; correct?

14  A   Yes.

15  Q   In fact, it was described as a large scale marijuana

16  cultivation and distribution organization that had been

17  operating since 1997.  Fair representation?

18  A   I don't know how it was described.  I mean, it was a big

19  operation.

20  Q   Employed 15 individuals?

21  A   It employed a lot of people, yes, it did.

22  Q   Grossed nearly $12 million?

23  A   I couldn't put a number amount on it, but there was a lot

24  of money involved.

25  Q   Grew hydroponic marijuana at three indoor locations?

1  A    Yes.

2  Q    One of the cultivation operations was located at a

3  warehouse at 1041 East 46th Street in Brooklyn?

4  A    Yes.

5  Q    The other at 1510-1514 Schenectady Avenue in Brooklyn?

6  A    Yes.

7  Q    That second location was opposite a public elementary

8  school, PS 109.

9  A    They both backed up to each other, the both buildings.

10  And they built a school recently right across the street from

11  the one on East 46th Street.

12  Q    So it didn't stop you?

13  A    No, it did not.

14  Q    You wouldn't kill across the street from a church but you

15  would deal drugs across the street from a school; different

16  standard?

17  A    Drugs weren't dealt out of the location.  We just grew it

18  there.  You don't grow it and deal it out of the same

19  location.  I mean that's --

20  Q    Isn't it a fact that drug operations bring violence of

21  all types?

22  A    That's a funny thing you say that because in the

23  marijuana business --

24  Q    That's not asking for a narrative.

25  A    I have never had a violence problem.  That's why I was in

that business.

Q    You never had a violence problem --

A    In the marijuana business.

Q    You robbed drug dealers?

A    Yes, I did.

Q    And isn't it a fact that drug dealers get robbed all the
time by rival drug dealers?

A    I'm saying that there was no violent problems in that
marijuana business.

Q    This was a secret location?

A    Yes, it was.

Q    And if the secret got out, fair to say, someone might try
to steal the marijuana?

A    I don't know what someone might do, but I mean --

Q    At each of your drug locations you kept guns to protect
your operations; correct?

A    There was a gun there, yes, there was.

Q    And there was a school across the street?

A    Yes, there was.

Q    Now, inside these locations there were hidden rooms where
the plants, the marijuana plants were actually grown with heat
lamps?

A    They were grown with grow lights.

Q    And, in fact, your entire operation was powered by
$800,000 in electricity and gas that was stolen from the

1  public utilities through illegal connections and you had set

2  up a complex exhaust system to flush out the scent of

3  marijuana?

4  A    Yes.

5  Q    You designed this all yourself?

6  A    Couple of different people helped me design it.

7  Q    And so not only were you growing the marijuana, you stole

8  $800,000 worth of utilities from the public?

9  A    Yes, I did.

10  Q    And then there was another operation in the basement of

11  one of your co-conspirator's house, Lessamis?

12  A    Yes.

13  Q    And there was also an operation at 1755 Dingle Hill Road

14  in Andes, New York?

15  A    Yes.

16  Q    So this was a pretty vast operation?

17  A    Yes.

18  Q    And hydroponic marijuana is probably the most valuable

19  type of marijuana on the street?

20  A    Yes, it is.

21  Q    It's potent?

22  A    Yes.

23  Q    Much desired?

24  A    Yes.

25  Q    And you made a lot of money from this?

1   A    Yes.

2   Q    You were a big fish when it came to the marijuana

3   distribution business in New York City at the time of your

4   arrest on that case?

5   A    Was I big fish?  I don't know if you would consider me a

6   big fish.  I mean, that was a lucrative business, I mean -- at

7   the rate marijuana is absorbed in New York --

8   Q    You made a lot of money from that?

9   A    Yes, I did.

10  Q    And you were smart enough to know that you needed to hide

11  the money; correct?

12  A    Yes.

13  Q    And you started creating fake companies?

14  A    I laundered the money through companies, yes, I did.

15  Q    How many companies did you create?

16  A    There was a couple of different corporations.

17  Q    These corporations had no legitimate business other than

18  to launder your drug proceeds?

19  A    Well, it was commingled with legitimate money, illegal

20  money, it was just, you know.

21  Q    These businesses were under your exclusive control?

22  A    Yes, they were.

23  Q    And this way if you got arrested you were hoping the

24  money would be hidden from law enforcement?

25  A    Well, the main thing I was looking to do was to clean the

1   money up and pay tax on it so I could use it in legitimate

2   capacities.

3   Q   You wanted to pay your taxes?

4   A   I wanted to get the money legitimized so I could use it

5   in legitimate ways.

6   Q   When you were walking along the street, fair to say you

7   carried with you a significant sum of cash?

8   A   Yes.

9   Q   And you were known as a big spender?

10  A   Yes.

11  Q   And you would throw money around to impress people left

12  and right?

13  A   I spent money.  I mean, I wouldn't go into somebody's

14  restaurant and sit down and not pay the bill.  I would pay the

15  bill and leave a good tip anyplace I went.

16  Q   You were a big tipper?

17  A   Yes, I did.

18  Q   You dressed really nice?

19  A   When I dressed I dressed pretty good.

20  Q   You like to give gifts to your wives, girlfriends, what

21  have you?

22  A   Yes, I did.

23  Q   Spread it around with friends?

24  A   I spent money.

25  Q   You weren't worried about making any of that money

1 legitimate before you spent it?

2 A    I wasn't using it in a capacity where I was going to

3 further a business deal where it could be traced.  I was just

4 spending.

5 Q    You didn't think you were bringing any attention upon

6 yourself from all that surveillance you're talking about by

7 just throwing large sums of money around?

8 A    I mean, I didn't throw money around like, you know, made

9 a big splash.  I went out and ate dinner and stuff like that.

10 Q    Do you remember saying yesterday that you were disgusted

11 with John Gotti because he brought all this attention upon

12 himself and the family by being so flamboyant?

13 A    I mean you couldn't compare what I did to what John was

14 doing.

15 Q    You weren't the boss of the family?

16 A    I mean, let's not go there.  There's really no

17 comparison.

18 Q    You were not the boss of the Gambino family?

19 A    No comparison between me and John.

20 Q    You admired him at one point?

21 A    Yes, I did.

22 Q    You told us at the end of the government's direct case

23 that when you were offered to be made a member, you raised

24 your glass of champagne to toast John Gotti; here, here to

25 John Gotti?

1   A    Yes, I did.

2   Q    You wanted to be like him to the best that you could?

3   A    You know, I liked John.  I mean, I'm not going to say I

4   didn't like him, but I didn't like what he did.  I mean, he

5   got out of hand.  I respected him.

6   Q    Prior to your big marijuana operation in the warehouses,

7   you had other marijuana operations with Lenny Palone and Gus

8   Fakiris?

9   A    I had the same marijuana operation as we just spoke

10  about.  Lenny Palone was my correct partner and Gus Fakiris

11  was a buyer.

12  Q    You started smaller and you guys eventually built up to

13  where you were with the warehouses?

14  A    Yes.  In the same operation.

15  Q    How many years were you working with these guys in

16  marijuana operations?

17  A    Me and Lenny started working together in the early 1990s.

18  Gus Fakiris came on board in the early to mid-2000s.

19  Q    You tried to grow marijuana also as a farce or what have

20  you beyond the Prima Pasta Restaurant?

21  A    I gave them 20 plants.  They put it in the ground.  I

22  showed them how to grow.

23  Q    And they actually got arrested because of that?

24  A    Yes, they did.

25  Q    You didn't get arrested because of that?

1   A    No, I didn't.

2   Q    And then in 2004 you said you went down to Florida cause

3   you wanted to kill the guy who killed your friend JJ Gurino?

4   A    Well, it didn't start in 2004.  JJ was killed in October

5   of 2003.  After JJ was buried is when I started looking for

6   Rossario Liotta.

7   Q    And when you were down in Florida you found out that the

8   authorities were looking for you?

9   A    In June of 2004 I was notified that the federal

10  authorities wanted me to surrender in New York.

11  Q    And you didn't, you didn't come in when you are were

12  told?

13  A    I surrendered a week later.  My friends told me the best

14  thing to do is surrender and that's what I did.  I agreed.

15  Junior Ruggiero and a bunch of other guys got together and we

16  all made the decision that I would surrender in Florida.

17  Q    And the reason you took a week off was because you wanted

18  to try to hide some of your money?

19  A    Well, I wanted to get my affairs in order.  I just closed

20  on a house in Florida.

21  Q    You wanted to see if you could also fulfill your desire

22  to kill your friend's killer?

23  A    Not really.

24  Q    If you knew where he was you would have killed him?  You

25  told us that on direct examination.

1  A    I don't know.  I had too many things on my mind at the

2  time.  It wasn't like, you know, the first impulse.  I was now

3  worried about what was going to happen with this case I had in

4  Florida.

5  Q    Is it fair to say, sir, you continued to commit crime

6  literally up to the time of your arrest in 2004?

7  A    I committed crimes while I was in FDC Miami still.  The

8  pot was still growing in the warehouses in Brooklyn.  It

9  didn't get knocked off until February of '05.  I mean, I was

10 still growing the marijuana.

11 Q    Sir, turning to more of your personal life.  You

12 indicated you had been married in the past?

13 A    Yes.

14 Q    You were married four times?

15 A    Yes.

16 Q    You have five children?

17 A    Yes, I do.

18 Q    And out of that five, three of them don't even talk to

19 you?

20 A    Yes.

21 Q    And your three prior wives, Gina Lafrate, Dawn DeMario

22 and Cindi DiBernardo all accused you of beating them.

23 A    I hit them.

24 Q    You hit Gina Lafrate?

25 A    I pushed her down on the coach.

1 Q She was injured?

2 A No.

3 Q She didn't have bruises about her face?

4 A No.

5 Q What about Dawn?

6 A Dawn I pushed down on the ground while she was pregnant.

7 Q While she was pregnant?

8 A Yes.

9 Q And what caused you to do that?

10 A The night the altercation between me and her brother

11 Carl, and I hit her mother that night and I was just --

12 Q You were just out of control?

13 A I was out of control.

14 Q You took your pregnant wife, pregnant with your child,

15 and threw her on the ground?

16 A I didn't throw her. I pushed her and she landed on the

17 staircase and that was it.

18 Q What about --

19 A I walked out of the house.

20 Q What about Cindi DiBernardo?

21 A Cindi was a lot tougher than me.

22 Q Tougher because she fought back; correct?

23 A I just tried to restrain Cindi.

24 Q She ran you over with her -- your car?

25 A Cindi ran me over by accident with her car.

1 Q    That was an accident?

2 A    Yes.

3 Q    Do you remember beating her up at your place of

4 employment -- you had a padded room that was sort of sound

5 proof?

6 A    I beat her up in a padded -- no, I don't remember that.

7 Q    You don't remember?

8 A    No.

9 Q    Do you think she just ran you over by accident?

10 A    She was reaching over to pull the electric door lock that

11 didn't work on the right-hand side of the car as I was walking

12 in the front of the car, and the wheel was turned towards me

13 and she hit the gas from the brake and it ran me over.

14 Q    So as she's reaching over --

15 A    This is the excuse she gave me.

16 Q    Her foot stepped on the accelerator, the wheels turned in

17 your direction and you got run over?

18 A    No, no.

19 Q    That's an accident?

20 A    No.  I said the wheel was pointing to the right of the

21 car.  As she leaned over to open the right hand lock on the

22 door, her foot slipped off the brake and hit the gas and the

23 car ran me over.

24 Q    You forgave her?

25 A    I married her.

1  Q   And you divorced her?

2  A   Yes, I did.

3  Q   Were you divorced after she ran you over?

4  A   Excuse me?

5  Q   You're divorced now?

6  A   Yes.

7  Q   You ended up in the hospital?

8  A   Yes, I did.

9  Q   You were injured?

10 A   Yes.  And Charles took the credit for it.

11 Q   And you were in a lot of pain?

12 A   Yes.

13 Q   And you say that you started using pain medication?

14 A   Yes, I did.

15 Q   And from that pain medication you graduated to heroin

16 addiction?

17 A   Yes, I used heroin.

18 Q   The hospital gave you heroin because the pain medication

19 was not strong enough?

20 A   Excuse me?

21 Q   The hospital is the one who gave you the heroin?

22 A   No.  I went to the streets of East New York to get the

23 heroin from the drug dealers.

24 Q   Is it fair to say that you already had a narcotics

25 addiction problem, you turned to the streets for furthering

1   it?

2   A    I had a narcotics addiction problem before I got run

3   over?

4   Q    Yes.

5   A    No.  I wouldn't say that.  I didn't have a problem.

6   Q    Before you got --

7   A    I used narcotics, I'm not saying I didn't.  What I'm

8   saying is I didn't have a narcotics problem.  I didn't have a

9   habit on heroin or anything like that.

10  Q    Did you use cocaine in the past?

11  A    I might have snorted cocaine once in a blue moon.  I

12  didn't like to use cocaine.

13  Q    Angel dust?

14  A    No.

15  Q    Crystal?

16  A    What was that?

17  Q    Crystal meth?

18  A    No.  I never used crystal meth in those years.

19  Q    What types of drugs were you using?

20  A    I used marijuana.  I might have used maybe alcohol,

21  but -- I wasn't using any hard drugs.

22  Q    You didn't have a problem?

23  A    Not in the early nineties, no.  I was just getting off

24  parole so to have like a drug habit and problem and to beat

25  the parole people is kind of hard.

1    I just got off parole in March of 1993 and I got run

2  over in June of '93.  So I didn't have a drug problem.  Any

3  drug problem started after I got run over.

4    THE COURT:  When you reach an appropriate point.

5    MR. FARBER:  Yes, Judge.  I have a few more

6  questions on this area and I can stop for the night.

7  Q    Your heroin addiction lasted for about five years?

8  A    I would say that my heroin addiction lasted from maybe

9  '94 to '97.

10 Q    You were spending close to $500 a day on heroin?

11 A    Yes.

12 Q    That was a pretty bad habit?

13 A    Yes.

14    MR. FARBER:  Judge, I can stop here.

15    THE COURT:  Good night everyone.  10 o'clock

16 tomorrow for the jury.

17    (Jury leaves.)

18    THE COURT:  Good night.

19    * * * * * * * * *

20

21

22

23

24

25

1                    I N D E X

2   W I T N E S S :

3

4    Peter Zuccaro                              1021

5    EXAMINATION CONTINUES                      1021

6    CROSS-EXAMINATION                          1152

7

8   E X H I B I T S :

9    Court Exhibit                              1002

10    Court Exhibit 2                           1004

11   Court Exhibit 3                            1004

12   Court Exhibit number 4                     1005

13   4                                          1005

14

15

16   2-CCCC                                     1025

17   two quadruple C                            1025

18   2 EEEE                                     1061

19   2 IIII                                     1078

20

21

22

23

24

25

# $

**$1,000,000** [1] - 1220:24
**$10,000** [1] - 1181:25
**$100** [2] - 1219:5, 1219:12
**$100,000** [1] - 1187:9
**$12** [1] - 1238:22
**$12,000** [1] - 1176:23
**$180,000** [1] - 1081:24
**$2,000** [2] - 1207:25, 1208:3
**$200,000** [1] - 1081:25
**$25** [1] - 1079:25
**$250** [1] - 1081:11
**$30,000** [3] - 1098:23, 1099:10, 1105:5
**$300** [3] - 1081:11, 1084:11, 1084:13
**$300,000** [1] - 1148:22
**$310,000** [1] - 1220:7
**$400,000** [1] - 1228:4
**$50,000** [3] - 1085:22, 1085:24, 1086:2
**$500** [1] - 1252:10
**$60,000** [1] - 1087:9
**$700** [1] - 1079:25
**$800,000** [3] - 1237:1, 1240:25, 1241:8
**$90,000** [2] - 1235:9, 1235:17

# '

**'05** [1] - 1247:9
**'70s** [2] - 1050:4, 1216:7
**'78** [1] - 1194:10
**'79** [3] - 1157:12, 1157:22, 1194:10
**'80s** [2] - 1158:7, 1158:8
**'81** [1] - 1157:22
**'85** [1] - 1069:1
**'86** [1] - 1221:8
**'87** [1] - 1221:8
**'88** [1] - 1076:22
**'90s** [3] - 1158:5, 1158:7, 1158:8
**'93** [2] - 1182:17, 1252:2
**'94** [2] - 1158:10, 1252:9
**'97** [3] - 1117:10, 1182:17, 1252:9
**'99** [1] - 1044:21

# 0

**08** [1] - 1001:4

# 1

**1** [2] - 1002:14, 1159:5
**10** [1] - 1252:15
**10,000** [4] - 1079:11, 1079:12, 1081:16
**100** [1] - 1192:22
**10013** [1] - 1001:25
**1002** [1] - 1253:9
**1004** [2] - 1253:10, 1253:11

**1005** [2] - 1253:12, 1253:13
**1021** [2] - 1253:4, 1253:5
**1025** [2] - 1253:16, 1253:17
**1041** [1] - 1239:3
**1061** [1] - 1253:18
**1078** [1] - 1253:19
**109** [1] - 1239:8
**10:00** [1] - 1108:19
**11201** [2] - 1001:20, 1001:22
**1152** [1] - 1253:6
**116th** [1] - 1205:21
**13** [1] - 1194:6
**14** [1] - 1194:6
**14-shot** [1] - 1169:25
**14-shot.357** [1] - 1138:3
**15** [2] - 1153:22, 1238:20
**150** [1] - 1087:1
**1510-1514** [1] - 1239:5
**1755** [1] - 1241:13
**1970** [1] - 1157:21
**1970s** [8] - 1157:23, 1194:4, 1194:14, 1194:19, 1196:4, 1196:20, 1197:13, 1216:7
**1971** [1] - 1157:22
**1980** [2] - 1157:21, 1218:11
**1980s** [4] - 1109:5, 1158:4, 1177:17, 1180:8
**1987** [3] - 1194:22, 1196:9, 1221:6
**1988** [2] - 1021:12, 1071:6
**1989** [1] - 1021:19
**1990** [2] - 1021:19, 1179:15
**1990s** [6] - 1177:17, 1180:8, 1182:15, 1229:9, 1232:12, 1245:17
**1991** [1] - 1179:15
**1993** [2] - 1144:22, 1252:1
**1994** [3] - 1158:1, 1158:10, 1158:13
**1997** [5] - 1047:16, 1116:24, 1117:9, 1233:5, 1238:17
**1999** [3] - 1158:15, 1201:2, 1207:8
**1:30** [2] - 1107:21, 1107:23

# 2

**2** [13] - 1004:1, 1061:7, 1064:12, 1065:1, 1065:10, 1068:19, 1070:24, 1078:3, 1100:13, 1210:4, 1253:10, 1253:18, 1253:19
**2-BB-1** [1] - 1141:24
**2-BB-2** [1] - 1141:18
**2-CCCC** [2] - 1025:17, 1253:16
**2-J** [1] - 1128:22
**2-K** [1] - 1052:13
**2-LLL** [1] - 1052:25
**2-TT** [1] - 1110:6
**2/4/09** [2] - 1006:14, 1007:24
**20** [2] - 1030:11, 1245:21
**20-something** [1] - 1222:13
**200** [1] - 1087:1
**2000** [4] - 1044:21, 1186:19, 1186:22,

1204:15
**2000s** [1] - 1123:5
**2002** [3] - 1124:16, 1126:20, 1139:18
**2003** [7] - 1124:16, 1126:20, 1131:5, 1139:18, 1158:16, 1186:25, 1246:5
**2004** [6] - 1142:9, 1143:7, 1246:2, 1246:4, 1246:9, 1247:6
**2005** [3] - 1142:18, 1143:9, 1145:25
**2006** [3] - 1209:17, 1210:10, 1210:17
**2009** [1] - 1001:9
**22** [1] - 1177:11
**225** [1] - 1002:1
**23** [1] - 1224:4
**230** [1] - 1077:24
**23rd** [1] - 1071:6
**24** [1] - 1071:25
**250** [1] - 1083:18
**26** [1] - 1001:22
**26th** [1] - 1220:13
**271** [1] - 1001:19
**2L** [1] - 1064:20
**2W** [1] - 1064:4

# 3

**3** [5] - 1004:18, 1005:21, 1006:13, 1007:24, 1253:11
**30** [2] - 1082:4, 1099:1
**30,000** [6] - 1079:13, 1079:20, 1079:21, 1098:21, 1099:3
**300** [1] - 1087:1
**33** [1] - 1082:4
**350** [1] - 1001:24
**3500** [3] - 1210:8, 1210:9, 1210:11
**3500-PZ-2-A** [2] - 1147:25, 1151:17
**357** [2] - 1170:3, 1170:4
**38** [1] - 1223:15
**3rd** [2] - 1002:15, 1005:14, 1013:25

# 4

**4** [6] - 1001:9, 1005:14, 1013:24, 1085:23, 1253:12, 1253:13
**40** [5] - 1085:22, 1085:24, 1086:1, 1087:9
**401** [1] - 1016:5
**403** [6] - 1007:18, 1012:14, 1012:15, 1016:6, 1018:15, 1020:14
**45** [1] - 1172:22
**46** [1] - 1142:14
**46th** [2] - 1239:3, 1239:11
**4:00** [1] - 1027:6
**4:30** [2] - 1027:5, 1030:14
**4th** [2] - 1004:18, 1004:19

## 5

**50** [1] - 1082:5
**50,000** [1] - 1085:20
**50-50** [1] - 1086:4
**500** [1] - 1088:6
**55** [2] - 1210:6, 1210:9
**56** [2] - 1210:6, 1210:10
**5:00** [1] - 1027:6
**5K1** [5] - 1149:20, 1149:21, 1149:22, 1150:4, 1150:7
**5th** [2] - 1209:17, 1210:10

## 6

**6** [2] - 1003:13, 1003:14
**6-A** [1] - 1226:6
**60** [2] - 1042:19, 1235:16
**60,000** [2] - 1087:10, 1235:9
**600** [2] - 1088:6, 1132:17
**613-2538** [1] - 1002:2

## 7

**70's** [1] - 1157:24
**70s** [1] - 1194:12
**718** [1] - 1002:2
**750** [1] - 1079:25
**750,000** [1] - 1220:23
**76** [1] - 1001:4

## 8

**8** [1] - 1159:5
**80** [3] - 1080:25, 1083:15, 1086:6
**80-02** [1] - 1224:25
**802** [2] - 1009:16, 1012:13
**804(b** [1] - 1017:17
**804(b)(5)** [1] - 1017:12
**804(b)(6** [1] - 1017:23
**804(b)(6)(2** [1] - 1017:23
**807** [2] - 1017:10, 1017:12
**83rd** [1] - 1059:12
**84th** [1] - 1199:16
**85th** [1] - 1090:9
**89th** [2] - 1199:17, 1199:18
**8:30** [2] - 1004:25, 1005:5

## 9

**9** [1] - 1159:5
**9-millimeter** [1] - 1172:23
**94th** [1] - 1032:1
**95th** [1] - 1040:20
**96th** [1] - 1040:20
**97th** [1] - 1080:15

**98** [1] - 1135:9
**9:30** [1] - 1001:9

## A

**a.m** [1] - 1001:9
**aback** [1] - 1141:2
**abandoned** [1] - 1164:22
**abducted** [1] - 1233:7
**able** [9] - 1004:9, 1007:15, 1016:12, 1030:2, 1054:10, 1191:7, 1203:2, 1207:21, 1235:23
**abreast** [2] - 1085:7, 1085:13
**absence** [5] - 1002:10, 1107:22, 1108:2, 1195:8, 1195:12
**absolute** [1] - 1104:17
**absolutely** [10] - 1035:8, 1040:22, 1041:2, 1068:10, 1068:12, 1111:9, 1145:7, 1145:10, 1150:6, 1224:25
**absorbed** [1] - 1242:7
**abused** [3] - 1131:21, 1143:5, 1143:6
**abusing** [1] - 1113:13
**accelerator** [1] - 1249:16
**accepted** [2] - 1176:23, 1176:24
**accessory** [5] - 1157:25, 1158:2, 1158:5, 1174:24, 1177:16
**accident** [6] - 1067:2, 1067:20, 1248:25, 1249:1, 1249:9, 1249:19
**accidentally** [1] - 1223:15
**accompanied** [1] - 1182:10
**account** [4] - 1204:3, 1204:5, 1204:15, 1204:18
**accumulation** [1] - 1164:18
**accurate** [1] - 1154:1
**accusation** [1] - 1019:13
**accuse** [3] - 1042:7, 1046:8, 1046:10
**accused** [7] - 1010:2, 1205:20, 1206:3, 1206:5, 1216:14, 1222:7, 1247:22
**acid** [9] - 1118:25, 1120:19, 1121:4, 1121:5, 1121:10, 1121:11, 1121:14, 1121:17, 1133:10
**acknowledge** [2] - 1136:13, 1136:20
**act** [1] - 1156:2
**acted** [2] - 1104:6, 1217:23
**acting** [6] - 1055:5, 1067:12, 1103:16, 1104:6, 1109:24, 1110:14, 1122:22, 1125:13, 1198:15
**active** [1] - 1225:11
**activity** [4] - 1148:19, 1175:20, 1226:4, 1230:8
**acts** [1] - 1214:23
**actual** [1] - 1216:11
**Adams** [6] - 1109:4, 1109:8, 1110:25, 1111:24, 1113:2, 1181:25
**Adams's** [1] - 1109:15
**addiction** [5] - 1250:16, 1250:25, 1251:2, 1252:7, 1252:8
**addition** [7] - 1032:19, 1059:5, 1124:9, 1144:24, 1197:6, 1199:8, 1214:22

**additional** [3] - 1049:23, 1083:12, 1086:23
**additionally** [1] - 1161:9
**address** [1] - 1050:13
**addresses** [1] - 1007:3
**administration** [2] - 1015:5, 1144:2
**admired** [1] - 1244:20
**admissibility** [3] - 1014:3, 1016:5, 1017:22
**admissible** [2] - 1008:22, 1010:25
**admissions** [3] - 1007:10, 1007:20, 1008:14
**admit** [1] - 1017:17
**admits** [1] - 1013:9
**admitted** [5] - 1012:12, 1026:5, 1061:19, 1078:7, 1159:9
**adopted** [1] - 1023:25
**Adriano** [1] - 1117:20
**adults** [1] - 1093:19
**advantage** [1] - 1186:7
**advice** [2] - 1101:24, 1105:1
**advise** [1] - 1193:19
**advised** [3] - 1193:12, 1193:14, 1193:18
**advising** [1] - 1104:5
**affairs** [1] - 1246:19
**affecting** [1] - 1016:1
**affection** [1] - 1019:4
**affiliation** [2] - 1034:17, 1114:18
**afraid** [1] - 1115:22
**afternoon** [1] - 1059:14
**afterwards** [1] - 1123:23
**age** [3] - 1023:10, 1153:1, 1153:22
**agent** [1] - 1234:18
**agents** [10] - 1137:23, 1144:1, 1145:19, 1200:6, 1205:24, 1209:16, 1209:18, 1210:17, 1210:21
**ages** [1] - 1171:6
**aggravated** [5] - 1046:16, 1048:18, 1097:24, 1098:2, 1131:18
**aggravation** [1] - 1098:16
**Agnello** [5] - 1071:13, 1073:3, 1074:1, 1074:13, 1075:6
**ago** [2] - 1222:13, 1224:4
**agree** [7] - 1002:24, 1012:13, 1019:13, 1028:3, 1036:6, 1096:16, 1186:17
**agreed** [7] - 1160:25, 1165:9, 1178:3, 1178:4, 1183:6, 1186:23, 1246:14
**agreement** [1] - 1004:2, 1148:3, 1148:9, 1149:11, 1149:12, 1149:19, 1150:13, 1150:16, 1156:25, 1157:4, 1185:14
**agreements** [1] - 1004:15
**ahead** [8] - 1105:23, 1157:18, 1157:19, 1176:4, 1203:6, 1204:9, 1206:8, 1211:13
**aid** [1] - 1214:5
**aided** [1] - 1002:4
**ain't** [1] - 1136:22

**air** [2] - 1033:5, 1033:10
**airline** [1] - 1077:21
**Airline's** [1] - 1028:16
**Airlines** [4] - 1026:16, 1027:17, 1031:5, 1038:22
**Airport** [17] - 1026:17, 1027:19, 1027:23, 1027:24, 1030:24, 1030:25, 1031:3, 1032:5, 1035:13, 1036:5, 1036:6, 1036:23, 1038:21, 1095:22, 1229:6, 1230:16, 1231:7
**airport** [6] - 1027:10, 1030:19, 1035:17, 1229:17, 1229:21, 1231:19
**airways** [2] - 1033:12, 1037:8
**AJ** [1] - 1207:10
**AJ's** [1] - 1114:8
**AK-47s** [1] - 1169:5
**Alan's** [1] - 1139:4
**alarms** [1] - 1189:1
**Albert** [6] - 1050:5, 1063:6, 1064:13, 1065:20, 1216:11, 1227:10
**alcohol** [3] - 1197:4, 1229:6, 1251:20
**alibi** [2] - 1165:13, 1165:21
**aligned** [1] - 1175:11
**Alite** [29] - 1006:20, 1013:17, 1047:12, 1047:13, 1047:15, 1048:4, 1048:5, 1048:6, 1048:8, 1100:24, 1101:5, 1101:8, 1101:12, 1101:20, 1101:24, 1102:1, 1102:13, 1102:15, 1102:20, 1117:8, 1164:16, 1164:21, 1164:24, 1165:5, 1165:12, 1165:13, 1165:15, 1166:2, 1169:3
**Alite's** [4] - 1047:19, 1101:22, 1117:3, 1117:17
**alive** [2] - 1111:20, 1165:3
**allegedly** [1] - 1008:4
**Allen** [17] - 1134:7, 1134:10, 1135:18, 1136:9, 1137:13, 1138:15, 1138:16, 1138:18, 1139:2, 1140:4, 1140:9, 1140:24, 1141:7, 1141:14, 1204:13
**alleviated** [1] - 1013:5
**allow** [31] - 1003:11, 1007:22, 1012:16, 1016:7, 1017:24, 1023:14, 1024:24, 1039:8, 1039:10, 1041:22, 1043:11, 1043:18, 1045:17, 1049:12, 1053:15, 1057:22, 1059:22, 1062:7, 1066:13, 1067:17, 1069:5, 1069:23, 1072:10, 1081:21, 1112:17, 1115:15, 1116:14, 1122:12, 1122:17, 1139:13, 1187:20
**allowed** [1] - 1148:23
**allowing** [1] - 1012:1
**almost** [3] - 1033:15, 1072:22, 1140:4
**alone** [1] - 1034:1, 1055:16, 1113:20, 1113:22, 1113:24, 1124:11, 1184:4, 1220:25
**Alonga** [3] - 1070:1, 1103:4, 1175:11
**Alongo** [1] - 1118:8
**alongside** [1] - 1032:3
**altercation** [6] - 1054:4, 1132:2, 1140:5, 1216:24, 1216:25, 1248:10

**altogether** [1] - 1060:7
**Amato** [4] - 1063:13, 1063:14, 1065:11, 1065:21
**ambulance** [1] - 1033:11
**Amendment** [2] - 1221:10, 1221:11
**AMERICA** [1] - 1001:4
**American** [8] - 1026:16, 1027:17, 1028:16, 1031:4, 1038:22, 1237:11, 1237:15, 1237:18
**Americanda** [1] - 1182:3
**Americonda** [1] - 1182:12
**amount** [6] - 1086:3, 1087:12, 1149:4, 1226:23, 1235:11, 1238:23
**amounts** [1] - 1072:16
**analysis** [3] - 1017:10, 1018:1, 1018:15
**Andes** [1] - 1241:14
**Andre** [1] - 1207:24
**Andrew** [22] - 1049:24, 1050:21, 1051:1, 1051:3, 1053:19, 1054:5, 1057:6, 1063:22, 1067:1, 1067:14, 1135:23, 1135:25, 1137:12, 1139:21, 1175:24, 1192:8, 1214:17, 1218:11, 1223:14, 1228:25, 1229:2, 1229:7
**Andrew's** [1] - 1219:14
**Andriano** [4] - 1047:25, 1166:4, 1171:21, 1175:24, 1177:9, 1182:18, 1235:5
**Andy** [7] - 1052:17, 1053:1, 1053:3, 1054:9, 1054:19, 1054:20, 1062:13
**Andy's** [6] - 1063:3, 1063:16, 1063:20, 1064:7, 1064:13, 1065:22
**angel** [1] - 1251:13
**Angelo** [18] - 1054:23, 1054:24, 1055:6, 1061:23, 1066:19, 1070:1, 1121:21, 1121:24, 1122:1, 1122:23, 1123:21, 1123:25, 1124:8, 1132:10, 1132:19, 1162:25, 1190:12
**Angels** [1] - 1060:24
**anger** [1] - 1205:16
**angry** [4] - 1037:18, 1204:23, 1205:14, 1216:20
**Aniello** [3] - 1012:22, 1055:14, 1057:15, 1067:10, 1068:9
**animal** [2] - 1168:23, 1168:24
**annoyed** [1] - 1164:21
**answer** [32] - 1016:12, 1024:7, 1039:11, 1039:14, 1049:13, 1050:16, 1053:16, 1060:4, 1112:18, 1116:15, 1126:12, 1187:15, 1187:18, 1206:7, 1208:25, 1211:9, 1211:11, 1211:12, 1212:19, 1212:25, 1213:18, 1213:21, 1213:22, 1213:23, 1219:23, 1222:9, 1222:19, 1223:6, 1223:12, 1223:17, 1224:5
**answers** [2] - 1222:18, 1223:21
**Anthony** [7] - 1013:22, 1063:6, 1063:17, 1064:5, 1065:6, 1065:19, 1093:11
**Anthony's** [1] - 1064:17

**anticipation** [1] - 1036:15
**Antinucci** [1] - 1228:13
**Antonucci** [2] - 1236:10, 1236:13
**anyplace** [1] - 1243:15
**anyway** [1] - 1072:21
**apart** [1] - 1080:18
**apartment** [1] - 1076:19, 1077:5, 1077:18, 1089:11, 1096:6, 1096:13, 1096:20, 1097:4, 1097:6, 1097:8, 1097:18, 1098:6, 1102:7, 1102:10, 1102:14, 1222:22, 1222:24
**apologize** [1] - 1195:5
**appear** [4] - 1009:15, 1009:16, 1041:15, 1059:20
**appearance** [1] - 1097:11
**APPEARANCES** [1] - 1001:15
**appeared** [1] - 1199:3
**application** [1] - 1018:12
**appreciation** [1] - 1017:14
**apprehended** [1] - 1046:22
**apprehensive** [1] - 1088:25
**approached** [3] - 1177:25, 1186:5, 1187:6
**appropriate** [6] - 1004:13, 1017:8, 1018:18, 1020:1, 1055:24, 1252:4
**area** [12] - 1027:12, 1029:9, 1029:10, 1030:18, 1036:22, 1060:15, 1172:9, 1179:18, 1207:24, 1229:23, 1230:8, 1252:6
**arguably** [1] - 1008:1
**argue** [2] - 1004:9, 1015:20
**argument** [1] - 1010:11, 1011:5, 1016:4, 1017:19, 1094:15, 1123:15, 1132:20, 1137:15, 1184:6, 1184:10
**arise** [3] - 1046:15, 1048:17, 1059:17
**arm** [1] - 1028:24
**armed** [2] - 1137:25, 1138:6, 1138:7, 1199:6, 1218:22, 1227:20, 1227:22, 1227:23, 1227:24, 1232:2, 1232:4, 1232:23
**armor** [1] - 1031:24
**Armored** [2] - 1228:1, 1228:13
**armored** [1] - 1008:2, 1021:12, 1022:13, 1025:8, 1026:22, 1027:3, 1027:20, 1029:14, 1033:13, 1034:19, 1035:5, 1038:21, 1040:6, 1044:2, 1044:15, 1046:14, 1046:18, 1047:8, 1048:14, 1049:14, 1071:5, 1216:3, 1218:13, 1218:24, 1227:15, 1228:10, 1228:25, 1229:2, 1229:8, 1230:1, 1232:1
**arms** [1] - 1171:25
**arose** [3] - 1021:17, 1112:20, 1227:16
**arrange** [1] - 1086:22
**arrest** [5] - 1221:20, 1222:22, 1238:10, 1242:4, 1247:6
**arrested** [17] - 1010:1, 1044:18, 1142:8, 1184:18, 1185:2, 1185:7, 1210:1, 1210:3, 1211:3, 1211:4, 1213:7, 1213:9, 1213:16, 1223:8,

1242:23, 1245:23, 1245:25
**arrive** [2] - 1027:16, 1184:9
**arrived** [8] - 1027:9, 1028:22, 1120:14, 1136:11, 1136:18, 1207:24, 1213:11, 1230:1
**arsenal** [1] - 1170:13
**article** [2] - 1091:7, 1091:9
**articles** [7] - 1089:17, 1089:18, 1090:11, 1090:22, 1094:1, 1094:6, 1147:15
**Artuso** [1] - 1070:2
**Asian** [1] - 1179:13
**aside** [2] - 1034:7, 1111:11
**aspire** [1] - 1024:8
**aspired** [1] - 1153:1
**aspiring** [1] - 1153:23
**ass** [1] - 1208:7
**assassin** [1] - 1166:21
**assault** [5] - 1157:22, 1157:23, 1158:9, 1201:4, 1201:17
**assaulted** [8] - 1199:23, 1199:25, 1201:4, 1201:5, 1201:6, 1201:8, 1202:8, 1217:2
**assaulting** [4] - 1188:16, 1201:1, 1203:13, 1203:15
**assaults** [3] - 1197:7, 1197:10, 1214:23
**assessment** [1] - 1216:1
**assets** [2] - 1145:13, 1148:23
**assigned** [1] - 1225:18
**assist** [1] - 1233:4
**assistance** [1] - 1178:1
**Assistant** [2] - 1001:19, 1221:13
**associate** [29] - 1015:3, 1021:22, 1025:24, 1034:18, 1058:2, 1061:16, 1061:17, 1063:23, 1064:10, 1064:16, 1064:24, 1065:5, 1065:14, 1065:18, 1093:8, 1100:11, 1109:8, 1113:2, 1117:3, 1128:21, 1134:10, 1141:22, 1157:24, 1160:8, 1160:12, 1204:13, 1215:10, 1225:12
**associated** [2] - 1015:8, 1043:6
**associates** [5] - 1045:21, 1058:20, 1099:23, 1110:2, 1111:17
**associating** [1] - 1225:23
**assorted** [1] - 1170:20
**ate** [1] - 1244:9
**ATF** [1] - 1144:1
**Atlantic** [1] - 1097:1
**ATM** [4] - 1234:11, 1234:13, 1234:16, 1234:17
**attack** [2] - 1235:5, 1235:20
**attained** [3] - 1065:25, 1071:1, 1141:20
**attempting** [1] - 1205:20
**attended** [2] - 1124:4, 1124:8
**attention** [5] - 1092:17, 1172:9, 1189:6, 1244:5, 1244:11
**attenuated** [2] - 1007:17, 1016:5
**Attorney** [2] - 1001:17, 1221:14

**attorney** [1] - 1223:18
**Attorney's** [1] - 1144:1
**Attorneys** [1] - 1001:19
**authorities** [9] - 1045:12, 1058:17, 1062:11, 1089:6, 1095:16, 1139:15, 1246:8, 1246:10
**Authority** [2] - 1030:20, 1033:4
**auto** [2] - 1067:2, 1122:5
**Auto** [1] - 1106:1
**automobiles** [1] - 1194:7
**available** [3] - 1086:20, 1155:14, 1226:3
**avenge** [3] - 1055:20, 1181:14, 1181:17
**Avenue** [9] - 1080:15, 1168:25, 1169:7, 1172:6, 1184:8, 1199:15, 1199:17, 1238:2, 1239:5
**Avenues** [1] - 1237:24
**avoid** [1] - 1017:16
**aware** [3] - 1068:11, 1071:23, 1202:3
**awhile** [1] - 1097:5

## B

**babies** [1] - 1054:18
**baby** [2] - 1080:20, 1194:10
**backed** [4] - 1187:5, 1202:1, 1202:6, 1239:9
**bad** [13] - 1100:20, 1101:19, 1104:21, 1113:6, 1134:14, 1150:1, 1165:2, 1183:13, 1184:25, 1185:2, 1186:7, 1203:14, 1252:12
**bag** [6] - 1042:10, 1042:19, 1042:21, 1138:5, 1176:2, 1176:3
**Bagel** [1] - 1121:20
**bagel** [1] - 1191:8
**bags** [1] - 1080:23
**bakery** [1] - 1131:13
**baking** [1] - 1131:13
**balancing** [1] - 1012:15
**bald** [1] - 1077:24
**Baldwin** [1] - 1114:17
**bales** [1] - 1080:20
**balls** [1] - 1024:10
**band** [1] - 1138:17
**bang** [1] - 1217:13
**bank** [6] - 1153:10, 1204:3, 1204:14, 1204:17, 1204:18
**bankroll** [1] - 1081:24, 1088:9
**bar** [13] - 1114:8, 1114:11, 1166:11, 1166:12, 1166:14, 1166:19, 1167:15, 1168:1, 1168:14, 1198:11, 1199:13, 1207:14, 1207:19
**Bar** [3] - 1190:16, 1199:15, 1207:10
**barbed** [1] - 1208:7
**barn** [2] - 1194:15, 1194:18
**barrier** [1] - 1017:16
**bars** [1] - 1169:5
**based** [2] - 1014:2, 1197:9

**basement** [4] - 1106:4, 1106:10, 1238:3, 1241:10
**basis** [10] - 1006:24, 1012:10, 1046:11, 1156:5, 1169:20, 1196:23, 1196:25, 1197:1, 1223:15, 1235:17
**Bates** [2] - 1210:6, 1210:9
**bathroom** [1] - 1102:8
**battery** [3] - 1121:5, 1121:7, 1121:8
**battle** [1] - 1138:22
**battles** [1] - 1043:23
**Bay** [5] - 1050:11, 1123:14, 1124:25, 1134:24, 1137:18, 1140:19
**beach** [1] - 1109:4
**Beach** [22] - 1022:7, 1040:10, 1040:18, 1044:23, 1047:21, 1050:11, 1059:12, 1096:24, 1097:1, 1097:2, 1097:6, 1097:18, 1097:19, 1098:6, 1119:5, 1122:25, 1124:6, 1129:9, 1135:1, 1140:20, 1186:25
**Bear** [5] - 1105:12, 1106:1, 1106:4, 1232:19, 1232:21
**bear** [1] - 1019:13
**beard** [2] - 1077:25, 1078:10, 1097:13
**beat** [27] - 1098:4, 1113:6, 1113:15, 1114:2, 1114:12, 1136:3, 1143:7, 1156:7, 1175:16, 1198:5, 1198:11, 1198:22, 1200:2, 1200:4, 1200:10, 1201:22, 1202:19, 1203:6, 1203:10, 1207:12, 1207:15, 1207:21, 1211:17, 1214:2, 1216:23, 1249:6, 1251:24
**beaten** [5] - 1172:25, 1190:3, 1198:3, 1200:12, 1202:21
**beating** [11] - 1073:17, 1173:11, 1173:12, 1173:14, 1189:6, 1202:15, 1207:10, 1217:9, 1217:14, 1247:22, 1249:3
**became** [6] - 1062:22, 1070:5, 1092:2, 1104:24, 1128:21, 1227:8
**become** [7] - 1024:12, 1052:9, 1054:24, 1065:15, 1103:7, 1110:14, 1160:3
**becomes** [2] - 1002:25, 1004:10
**becoming** [3] - 1033:24, 1075:14, 1075:15
**bedroom** [1] - 1206:11
**beef** [7] - 1073:18, 1112:19, 1164:25, 1173:25, 1185:23, 1185:25
**beefs** [2] - 1066:20, 1112:4, 1112:14
**beeped** [3] - 1080:12, 1088:8, 1178:13
**BEFORE** [1] - 1001:12
**began** [3] - 1086:9, 1111:5, 1150:2
**begin** [6] - 1078:25, 1083:20, 1108:8, 1143:20, 1144:4, 1152:18
**beginning** [1] - 1083:4
**behind** [10] - 1035:18, 1098:15, 1102:9, 1132:21, 1185:24, 1192:6, 1204:20, 1217:22, 1222:25, 1228:16
**Bellmore** [1] - 1115:1
**belly** [1] - 1138:5
**belonged** [1] - 1226:16

**belonging** [1] - 1218:13
**benefit** [2] - 1162:12, 1162:13
**benefits** [3] - 1226:25, 1227:1, 1227:2
**BENTON** [1] - 1001:16
**Benz** [1] - 1132:17
**Bergen** [8] - 1051:20, 1051:22, 1051:23, 1054:21, 1055:7, 1128:1, 1128:13, 1129:4
**Bergin** [3] - 1057:20, 1069:9, 1070:3
**best** [10] - 1035:9, 1035:14, 1036:7, 1047:4, 1153:5, 1165:23, 1193:19, 1231:3, 1245:2, 1246:13
**betraying** [2] - 1177:6, 1205:14
**better** [2] - 1036:3, 1230:11
**between** [27] - 1025:4, 1033:9, 1033:23, 1051:15, 1052:21, 1060:5, 1066:7, 1066:18, 1066:20, 1085:5, 1086:6, 1087:9, 1104:8, 1109:25, 1125:2, 1164:16, 1182:17, 1198:17, 1207:3, 1207:4, 1209:9, 1220:24, 1232:15, 1235:9, 1235:16, 1244:19, 1248:10
**beyond** [2] - 1144:10, 1245:20
**Beyrer** [1] - 1016:19
**Bible** [1] - 1180:23
**bicycle** [3] - 1083:4, 1083:5, 1083:6
**bidding** [2] - 1208:6, 1225:14
**big** [21] - 1022:2, 1060:5, 1088:3, 1088:5, 1088:6, 1127:20, 1134:15, 1134:16, 1145:15, 1222:25, 1228:8, 1235:15, 1238:10, 1238:18, 1242:2, 1242:5, 1242:6, 1243:9, 1243:16, 1244:9, 1245:6
**biggest** [1] - 1088:4
**bill** [3] - 1219:5, 1243:14, 1243:15
**bills** [1] - 1219:14
**Billy** [1] - 1180:23, 1238:1
**birthday** [2] - 1119:16, 1136:10
**bit** [6] - 1013:16, 1030:19, 1094:15, 1170:9, 1198:8, 1218:4
**black** [3] - 1217:18, 1218:1, 1235:25
**blah** [2] - 1015:23
**blamed** [2] - 1180:14, 1180:15
**Blaze** [1] - 1128:3
**blind** [1] - 1205:7
**block** [10] - 1023:21, 1026:21, 1037:11, 1037:17, 1037:23, 1044:23, 1161:25, 1162:1, 1164:3, 1167:1
**blocks** [2] - 1022:18, 1032:10
**blond** [1] - 1134:14
**blood** [1] - 1179:21
**blow** [4] - 1170:6, 1205:20, 1206:2, 1206:3
**Blue** [5] - 1050:9, 1053:24, 1057:8, 1062:17, 1214:12
**blue** [3] - 1102:8, 1194:10, 1251:11
**board** [2] - 1003:8, 1245:18
**boardwalk** [2] - 1205:21, 1206:2
**boat** [2] - 1187:12, 1187:16
**Bobby** [11] - 1041:24, 1042:1, 1042:7,

1042:15, 1044:4, 1044:10, 1132:10, 1132:19, 1175:4, 1175:15, 1177:8
**Boca** [3] - 1131:11, 1133:2, 1187:1
**Boccia** [7] - 1161:11, 1161:15, 1172:8, 1192:8, 1218:12, 1228:13, 1228:19
**bodies** [3] - 1178:20, 1178:24, 1192:10
**body** [3] - 1083:7, 1180:5, 1180:25
**bodyguard** [1] - 1168:3
**bolster** [1] - 1118:13
**Bonanno** [4] - 1093:23, 1153:16, 1159:25, 1160:9
**Bonnamo** [2] - 1160:13, 1160:21
**book** [5] - 1145:14, 1226:18, 1226:20, 1226:22, 1226:25
**boom** [3] - 1170:10
**Borriello** [6] - 1041:24, 1042:1, 1042:7, 1042:15, 1044:4, 1044:10
**borrow** [1] - 1079:10
**borrowed** [4] - 1079:9, 1079:11, 1082:15, 1131:14
**Borsatin** [1] - 1158:11
**boss** [13] - 1068:13, 1068:22, 1068:23, 1070:5, 1071:3, 1103:16, 1104:6, 1109:24, 1122:22, 1125:13, 1216:14, 1244:15, 1244:18
**Bosshart** [2] - 1236:10, 1236:13
**bothered** [1] - 1176:15
**bothering** [1] - 1180:21
**bottom** [2] - 1003:19
**bought** [2] - 1080:7, 1215:25
**Boulevard** [11] - 1027:23, 1050:11, 1060:9, 1123:14, 1124:25, 1134:24, 1137:18, 1140:19, 1158:4, 1158:6, 1178:5
**Boulis** [3] - 1187:2, 1187:3, 1187:4
**bouncing** [1] - 1084:1
**box** [1] - 1216:8
**boy** [2] - 1023:6, 1194:6
**bragged** [1] - 1167:21
**brake** [2] - 1249:13, 1249:22
**branch** [1] - 1204:17
**brand** [1] - 1132:17
**bread** [1] - 1131:13
**break** [8] - 1004:10, 1055:24, 1056:1, 1056:2, 1071:19, 1107:19, 1150:24, 1195:2
**breaks** [1] - 1185:1
**breast** [1] - 1097:23
**Brian** [1] - 1201:18
**briefcase** [4] - 1235:9, 1235:14, 1235:17, 1236:1
**briefly** [2] - 1113:5, 1131:7
**bring** [20] - 1007:1, 1007:6, 1019:16, 1020:15, 1020:20, 1020:23, 1079:22, 1080:6, 1083:2, 1090:10, 1094:4, 1097:23, 1108:3, 1151:15, 1195:13, 1195:15, 1195:16, 1215:13, 1239:20
**bringing** [5] - 1019:8, 1077:8, 1140:24, 1172:8, 1244:5

**brings** [1] - 1020:10
**Broadway** [2] - 1001:24, 1114:25
**broke** [4] - 1057:6, 1060:5, 1060:8, 1102:23
**broker** [1] - 1234:19
**Bronx** [2] - 1069:17, 1069:19
**Brooklyn** [9] - 1001:7, 1001:20, 1001:22, 1002:2, 1131:13, 1237:24, 1239:3, 1239:5, 1247:8
**brother** [28] - 1012:20, 1016:25, 1018:1, 1018:21, 1019:1, 1022:7, 1025:14, 1026:10, 1057:11, 1062:20, 1064:17, 1068:25, 1086:10, 1094:14, 1098:21, 1098:23, 1105:21, 1109:15, 1126:18, 1175:23, 1177:9, 1180:13, 1180:24, 1194:15, 1200:9, 1225:13, 1232:17, 1248:10
**brother's** [2] - 1204:15, 1213:14
**brother-in-law** [5] - 1022:7, 1025:14, 1026:10, 1068:25, 1109:15
**brother-in-law's** [1] - 1200:9
**brought** [26] - 1021:21, 1023:24, 1032:23, 1032:25, 1080:3, 1080:4, 1080:5, 1080:14, 1080:16, 1092:17, 1094:1, 1106:4, 1118:11, 1118:24, 1120:9, 1120:11, 1120:18, 1127:3, 1132:12, 1138:21, 1139:7, 1157:10, 1159:6, 1202:20, 1215:13, 1244:11
**Brown** [4] - 1058:13, 1058:16, 1059:6, 1059:20, 1061:24, 1061:25
**brown's** [1] - 1013:5
**Brown's** [2] - 1058:18, 1061:22
**Brownsville** [2] - 1087:20, 1087:22
**bruises** [1] - 1248:3
**Bruno** [3] - 1093:11, 1093:20, 1228:14
**bud** [1] - 1142:4
**Bud** [1] - 1142:6
**bugged** [1] - 1125:22
**build** [2] - 1082:13, 1089:24
**building** [14] - 1021:1, 1027:11, 1029:3, 1029:7, 1029:9, 1029:11, 1029:12, 1029:15, 1029:17, 1030:2, 1030:5, 1031:5, 1038:22, 1188:3
**buildings** [6] - 1097:7, 1097:8, 1145:18, 1185:23, 1239:9
**built** [6] - 1081:24, 1082:14, 1185:22, 1188:4, 1239:10, 1245:12
**bulky** [1] - 1083:8
**Bull** [1] - 1070:4
**bullets** [6] - 1170:9, 1223:7, 1223:9, 1223:10, 1223:13, 1223:16
**bullion** [3] - 1032:9, 1229:13, 1231:16
**bumped** [2] - 1040:10, 1045:2, 1123:13
**bunch** [4] - 1035:20, 1063:3, 1114:10, 1246:15
**bundle** [1] - 1202:15
**bungie** [2] - 1106:3, 1232:25
**Buonecontri** [1] - 1175:24
**Buonicountri** [6] - 1135:23, 1135:25,

1139:21, 1229:1, 1229:3, 1229:7
**burglarize** [1] - 1176:7
**burglarized** [2] - 1176:17, 1177:9
**buried** [1] - 1246:5
**Burke** [3] - 1101:21, 1101:22, 1166:5
**Burlingame** [1] - 1157:3
**BURLINGAME** [25] - 1001:17, 1002:19, 1002:21, 1004:14, 1004:25, 1005:3, 1010:16, 1010:20, 1010:23, 1011:3, 1011:7, 1014:16, 1014:18, 1014:21, 1014:25, 1015:19, 1016:15, 1016:22, 1018:10, 1018:24, 1020:9, 1020:18, 1151:18, 1151:24, 1152:3
**burn** [2] - 1167:22, 1175:15
**burned** [1] - 1192:10
**business** [43] - 1047:5, 1075:2, 1075:17, 1075:21, 1076:13, 1077:12, 1083:25, 1084:7, 1084:21, 1095:5, 1098:3, 1111:25, 1112:3, 1112:5, 1112:20, 1122:5, 1123:10, 1129:24, 1130:2, 1130:17, 1131:13, 1137:1, 1141:14, 1178:9, 1178:11, 1179:5, 1203:23, 1204:1, 1204:4, 1204:12, 1204:18, 1224:17, 1225:2, 1226:10, 1236:7, 1239:23, 1240:1, 1240:3, 1240:9, 1242:3, 1242:6, 1242:17, 1244:3
**businesses** [1] - 1242:21
**businessman** [1] - 1089:23
**busted** [1] - 1087:18
**Buster's** [1] - 1089:10
**Butch's** [1] - 1132:10
**buyer** [1] - 1245:11
**buyers** [2] - 1081:8, 1082:8
**buying** [1] - 1044:25
**BY** [14] - 1001:17, 1021:10, 1026:8, 1028:2, 1057:5, 1107:2, 1109:2, 1134:2, 1152:21, 1159:1, 1190:2, 1196:2, 1207:2, 1231:1
**bystander** [1] - 1167:25

# C

**Cacciopoli** [5] - 1102:11, 1128:3, 1140:15, 1140:23, 1141:10
**Cacciopoli's** [1] - 1128:5
**Cadman** [2] - 1001:19, 1002:1
**cafe** [5] - 1132:3, 1132:5, 1132:11, 1132:18, 1132:20
**calculated** [1] - 1205:16
**calculating** [1] - 1205:18
**calf** [1] - 1132:23
**caliber** [1] - 1223:15
**calm** [1] - 1138:12
**Calvacante** [3] - 1192:8, 1192:9, 1218:12
**CAMPBELL** [1] - 1001:16
**camper** [1] - 1084:16
**capacities** [1] - 1243:2

**capacity** [2] - 1104:6, 1244:2
**capo** [1] - 1161:3
**Caprice** [1] - 1161:7
**captain** [16] - 1013:10, 1052:10, 1053:5, 1054:25, 1055:5, 1066:1, 1067:12, 1093:23, 1103:7, 1110:14, 1113:11, 1128:7, 1129:3, 1140:16, 1160:13
**car** [68] - 1028:18, 1028:20, 1028:21, 1029:10, 1032:15, 1036:20, 1036:21, 1037:17, 1037:18, 1037:21, 1037:24, 1044:15, 1046:14, 1067:4, 1067:5, 1067:18, 1067:20, 1120:11, 1121:7, 1121:8, 1132:17, 1135:6, 1138:16, 1161:9, 1161:12, 1161:15, 1161:17, 1161:18, 1174:12, 1174:16, 1174:17, 1174:18, 1174:19, 1174:20, 1178:4, 1178:6, 1178:8, 1178:10, 1178:22, 1183:23, 1184:13, 1184:19, 1184:22, 1189:2, 1191:5, 1196:4, 1201:7, 1218:13, 1218:24, 1227:15, 1228:1, 1228:10, 1228:13, 1228:25, 1229:2, 1229:7, 1229:8, 1230:1, 1230:16, 1230:18, 1232:2, 1248:24, 1248:25, 1249:11, 1249:12, 1249:21, 1249:23
**Car** [1] - 1194:10
**card** [1] - 1106:18
**care** [12] - 1036:8, 1083:25, 1141:5, 1162:7, 1164:5, 1167:12, 1178:8, 1178:11, 1204:24, 1204:25, 1225:1, 1237:5
**career** [1] - 1153:25
**careful** [4] - 1097:21, 1101:25, 1102:19, 1105:2
**carefully** [1] - 1225:2
**Carl** [8] - 1063:13, 1063:14, 1065:11, 1065:20, 1168:1, 1216:7, 1216:24, 1248:11
**Carlo** [2] - 1068:25, 1070:25
**Carlos** [2] - 1232:16, 1232:22
**Carmine** [6] - 1071:11, 1071:13, 1073:3, 1074:13, 1074:17, 1075:6
**Carneglia** [25] - 1023:22, 1053:11, 1070:12, 1074:7, 1074:14, 1076:6, 1079:11, 1081:13, 1081:23, 1084:2, 1086:1, 1091:23, 1092:2, 1092:13, 1093:17, 1093:24, 1119:11, 1184:2, 1193:25, 1204:14, 1213:7, 1225:13, 1225:16, 1225:18, 1226:19
**CARNEGLIA** [1] - 1001:8
**Carneglia's** [8] - 1023:6, 1081:14, 1084:17, 1093:8, 1109:4, 1119:10, 1120:2, 1212:20
**Carneglias** [1] - 1023:9
**Carnig** [1] - 1070:1
**carried** [7] - 1169:20, 1169:22, 1175:21, 1232:9, 1235:9, 1235:16, 1243:7
**carry** [2] - 1032:12, 1044:7
**cars** [13] - 1022:22, 1022:25, 1028:19,

1028:25, 1029:2, 1036:19, 1041:6, 1153:22, 1194:9, 1202:16, 1215:3, 1216:3, 1229:24
**case** [17] - 1002:24, 1018:9, 1019:14, 1037:8, 1044:18, 1097:21, 1125:22, 1142:21, 1142:24, 1143:10, 1147:6, 1209:17, 1233:13, 1238:10, 1242:4, 1244:22, 1247:3
**cased** [2] - 1033:13, 1033:15
**cash** [4] - 1082:17, 1228:6, 1235:17, 1243:7
**cashing** [1] - 1027:22, 1031:17, 1031:20, 1031:21, 1031:22, 1035:23, 1230:14
**casing** [1] - 1035:5
**Casso** [1] - 1238:1
**Castellano** [6] - 1068:17, 1068:20, 1068:23, 1069:21, 1069:25, 1070:14
**casually** [1] - 1046:8
**cat** [1] - 1026:1
**catalytic** [3] - 1203:23, 1204:11, 1204:20
**Catch** [1] - 1177:11
**category** [2] - 1014:7, 1015:7
**Catholic** [1] - 1153:3
**cattle** [3] - 1123:16, 1123:17, 1124:1
**caught** [3] - 1100:7, 1167:14, 1177:11
**caused** [5] - 1062:11, 1164:19, 1193:16, 1216:20, 1248:9
**causing** [2] - 1172:7, 1172:15
**Cavallo** [3] - 1124:15, 1126:6, 1128:4
**Cavallo's** [1] - 1129:12
**caved** [1] - 1220:18
**center** [1] - 1210:1
**Center** [3] - 1105:13, 1106:2, 1179:17
**central** [1] - 1013:6
**Central** [4] - 1032:4, 1035:17, 1142:24, 1143:23
**certain** [6] - 1024:10, 1146:10, 1148:23, 1157:8, 1165:1, 1226:23
**certainly** [4] - 1007:3, 1007:8, 1009:18, 1012:5
**champagne** [2] - 1128:14, 1244:24
**chance** [1] - 1137:1
**change** [3] - 1084:15, 1097:11, 1142:25
**changed** [1] - 1013:16
**characterization** [1] - 1012:9
**characterize** [1] - 1121:1
**characterized** [1] - 1222:4
**charge** [3] - 1086:17, 1116:23, 1184:25
**charged** [6] - 1016:25, 1019:10, 1142:11, 1142:16, 1143:10, 1144:10, 1157:11, 1159:7, 1184:18
**charges** [2] - 1157:10, 1159:6
**Charles** [107] - 1025:4, 1028:9, 1028:20, 1036:20, 1036:25, 1037:13, 1037:14, 1037:17, 1037:24, 1037:25, 1041:24, 1043:8, 1044:9, 1045:20,

1046:19, 1049:5, 1051:1, 1053:18, 1055:16, 1060:9, 1060:10, 1060:13, 1062:11, 1085:13, 1085:14, 1086:15, 1090:3, 1092:7, 1092:17, 1093:9, 1093:13, 1094:18, 1098:1, 1100:11, 1101:17, 1101:25, 1102:7, 1104:8, 1111:4, 1112:20, 1112:22, 1114:21, 1116:5, 1119:2, 1120:15, 1123:8, 1123:13, 1123:14, 1123:15, 1123:18, 1124:10, 1126:18, 1134:10, 1135:18, 1136:20, 1136:25, 1137:13, 1138:11, 1139:8, 1140:25, 1141:7, 1166:11, 1180:17, 1180:19, 1181:1, 1182:8, 1184:2, 1184:23, 1196:5, 1196:20, 1204:13, 1206:5, 1206:9, 1207:3, 1207:4, 1207:7, 1208:20, 1208:21, 1209:5, 1209:9, 1209:12, 1209:13, 1209:14, 1209:15, 1209:23, 1210:17, 1210:25, 1211:2, 1211:15, 1211:18, 1211:22, 1211:24, 1211:25, 1212:16, 1212:17, 1212:18, 1213:7, 1213:15, 1213:25, 1214:9, 1214:10, 1228:16, 1231:7, 1250:10

**charles** [1] - 1212:1
**CHARLES** [1] - 1001:8
**Charles'** [9] - 1028:21, 1102:7, 1134:10, 1136:10, 1140:20, 1140:21, 1140:22, 1209:7, 1225:13
**Charles's** [4] - 1099:15, 1109:14, 1122:6, 1206:3
**Charlie** [2] - 1135:24, 1137:13
**Charlie's** [1] - 1060:24
**chase** [2] - 1084:5, 1084:6
**chased** [1] - 1217:7
**chasing** [2] - 1217:4, 1217:5
**chatter** [2] - 1012:6, 1013:6
**cheated** [2] - 1123:8, 1185:21
**cheater** [1] - 1237:10
**check** [9] - 1027:22, 1028:25, 1031:17, 1031:20, 1031:21, 1031:22, 1035:23, 1229:20, 1230:14
**checked** [2] - 1028:7, 1230:14
**checks** [2] - 1204:4, 1204:16
**Cheech** [3] - 1128:18, 1128:19, 1128:20
**chest** [2] - 1049:17, 1060:15
**Chevy** [1] - 1161:7
**Chickie** [9] - 1075:23, 1075:24, 1076:3, 1076:4, 1076:7, 1076:12, 1077:6, 1083:21, 1083:25
**child** [2] - 1152:23, 1248:14
**childhood** [1] - 1054:18
**children** [2] - 1163:12, 1247:16
**chin** [1] - 1077:25
**choke** [1] - 1172:1
**chop** [2] - 1194:8
**chopped** [1] - 1180:24
**Chris** [14] - 1023:24, 1112:24, 1113:15, 1113:20, 1114:2, 1114:6, 1114:11, 1201:18, 1206:6, 1207:10,

1207:19, 1208:2, 1208:16
**Christmas** [1] - 1125:2
**Chunk** [1] - 1053:17
**church** [12] - 1163:6, 1163:18, 1163:20, 1163:21, 1164:2, 1164:3, 1164:7, 1164:10, 1190:19, 1190:22, 1239:14
**Cindi** [5] - 1247:22, 1248:20, 1248:21, 1248:23, 1248:25
**Ciprianni's** [1] - 1201:20
**circumstances** [1] - 1221:19
**Circus** [1] - 1199:15
**citizen** [3] - 1237:11, 1237:15, 1237:18
**city** [1] - 1045:13
**City** [3] - 1034:20, 1204:4, 1242:3
**civil** [2] - 1186:8, 1186:12
**clarification** [3] - 1006:2, 1013:13, 1014:11
**clarify** [2] - 1006:11, 1018:10
**Claudia** [1] - 1047:23
**clean** [2] - 1200:19, 1242:25
**clear** [3] - 1039:16, 1062:4, 1108:18
**CLERK** [3] - 1004:24, 1020:21, 1108:11
**close** [19] - 1045:7, 1045:9, 1047:9, 1054:21, 1058:4, 1058:19, 1065:8, 1093:8, 1104:24, 1113:2, 1122:7, 1124:15, 1124:22, 1128:8, 1181:6, 1181:17, 1182:21, 1204:13, 1252:10
**closed** [2] - 1137:9, 1246:19
**closet** [1] - 1223:1
**clothes** [4] - 1083:4, 1083:6, 1167:23
**club** [8] - 1051:22, 1114:24, 1124:6, 1125:8, 1127:24, 1127:25, 1138:19, 1138:21
**Club** [4] - 1051:23, 1128:1, 1128:13, 1129:4
**clubs** [2] - 1114:16, 1153:18
**clue** [1] - 1149:7
**co** [6] - 1161:11, 1162:10, 1162:19, 1167:18, 1168:9, 1241:11
**co-conspirator** [2] - 1162:10, 1162:19
**co-conspirator's** [1] - 1241:11
**co-conspirators** [3] - 1161:11, 1167:18, 1168:9
**coach** [1] - 1247:25
**cocaine** [10] - 1084:1, 1105:16, 1106:3, 1107:3, 1158:9, 1158:10, 1233:2, 1251:10, 1251:11, 1251:12
**cocking** [1] - 1170:11
**coconspirator** [1] - 1193:20
**code** [1] - 1164:5
**Cohen** [5] - 1106:2, 1106:5, 1106:6, 1106:7, 1232:13, 1232:22, 1236:6, 1236:12
**coke** [1] - 1105:10
**cold** [2] - 1217:19, 1218:2
**collect** [5] - 1099:9, 1099:19, 1099:23, 1126:15, 1131:22
**collection** [1] - 1170:20

**Colombo** [5] - 1109:24, 1110:2, 1110:13, 1185:24, 1226:16
**coming** [18] - 1010:12, 1011:6, 1033:4, 1044:12, 1073:19, 1084:14, 1088:4, 1095:15, 1137:5, 1161:21, 1161:22, 1162:23, 1162:24, 1172:3, 1173:15, 1180:21, 1200:19, 1215:5
**comments** [1] - 1151:24
**commercial** [1] - 1032:4
**commingled** [1] - 1242:19
**commit** [14] - 1022:21, 1048:8, 1136:2, 1155:7, 1156:24, 1161:12, 1193:12, 1193:14, 1227:20, 1227:22, 1227:23, 1227:24, 1228:11, 1247:5
**committed** [20] - 1144:5, 1144:8, 1144:25, 1149:14, 1149:15, 1149:16, 1154:3, 1154:5, 1156:17, 1159:14, 1159:16, 1159:20, 1192:8, 1192:15, 1193:2, 1193:4, 1193:25, 1196:4, 1197:6, 1247:7
**committing** [3] - 1051:3, 1144:6, 1197:6
**commotion** [2] - 1208:23, 1209:1
**communicating** [1] - 1037:5
**companies** [3] - 1242:13, 1242:14, 1242:15
**companion** [1] - 1016:14
**company** [2] - 1218:13, 1220:14
**compare** [1] - 1244:13
**comparison** [2] - 1244:17, 1244:19
**complete** [1] - 1159:2
**complex** [1] - 1241:2
**complexion** [1] - 1077:25
**comply** [1] - 1149:18
**Compton** [6] - 1076:15, 1076:17, 1078:20, 1083:1, 1088:11, 1088:16
**compulsive** [2] - 1024:9, 1025:3
**compunction** [2] - 1168:19, 1231:16
**computer** [1] - 1002:4
**computer-aided** [1] - 1002:4
**concern** [8] - 1009:20, 1016:6, 1058:13, 1059:18, 1061:22, 1163:8, 1163:11, 1199:19
**concerned** [12] - 1010:3, 1015:8, 1015:25, 1049:10, 1091:3, 1126:13, 1126:17, 1175:8, 1188:19, 1188:20, 1188:22, 1188:24
**concerning** [2] - 1004:20, 1017:9
**concerns** [2] - 1102:1, 1127:4
**conclusion** [1] - 1231:3
**concrete** [4] - 1158:14, 1185:13, 1188:5, 1188:6
**conditions** [3] - 1071:17, 1072:19, 1225:22
**conduct** [3] - 1028:4, 1034:1, 1226:9
**conducted** [1] - 1236:7
**confer** [1] - 1004:8
**confess** [1] - 1200:18
**confrontation** [3] - 1137:10, 1209:9, 1211:15

**confronted** [3] - 1176:8, 1183:2, 1222:15
**confused** [1] - 1013:16
**Connecticut** [3] - 1034:22, 1034:23, 1233:24
**connection** [12] - 1008:16, 1013:8, 1076:8, 1076:9, 1076:11, 1076:12, 1077:16, 1081:15, 1151:18, 1152:3, 1152:6, 1226:21
**connections** [1] - 1241:1
**consider** [2] - 1035:23, 1242:5
**considerable** [1] - 1013:8
**considered** [1] - 1013:8
**consigliere** [1] - 1062:22
**conspiracy** [19] - 1008:1, 1008:5, 1008:16, 1009:19, 1012:24, 1013:7, 1015:6, 1015:9, 1015:10, 1015:11, 1040:1, 1121:20, 1158:7, 1158:11, 1158:12, 1158:14, 1158:15, 1187:2, 1190:12
**conspirator** [2] - 1162:10, 1162:19
**conspirator's** [1] - 1241:11
**conspirators** [4] - 1012:25, 1161:11, 1167:18, 1168:9
**conspire** [1] - 1182:14
**conspired** [5] - 1156:17, 1156:23, 1180:7, 1192:21, 1193:5
**constantly** [5] - 1025:5, 1037:9, 1082:22, 1097:22, 1098:10
**construction** [4] - 1031:15, 1224:16, 1224:25, 1226:8
**containing** [1] - 1236:1
**contents** [5] - 1022:14, 1026:22, 1035:22, 1080:14, 1080:16
**context** [1] - 1048:15
**Continental** [1] - 1194:10
**continue** [5] - 1085:15, 1146:3, 1157:18, 1187:24, 1195:21
**continued** [5] - 1033:19, 1116:17, 1203:10, 1227:23, 1247:5
**Continued** [10] - 1027:25, 1106:22, 1107:25, 1108:21, 1133:15, 1158:17, 1189:13, 1195:22, 1206:17, 1230:22
**CONTINUED** [2] - 1028:1, 1134:1
**continues** [2] - 1006:21, 1056:6
**CONTINUES** [7] - 1021:9, 1026:7, 1107:1, 1109:1, 1190:1, 1196:1, 1253:5
**continuing** [1] - 1009:19
**CONTINUING** [1] - 1207:1
**control** [8] - 1033:10, 1127:7, 1165:9, 1226:12, 1226:15, 1242:21, 1248:12, 1248:13
**controlling** [2] - 1132:4, 1226:16
**conversation** [36] - 1009:14, 1012:8, 1013:10, 1028:3, 1040:8, 1040:15, 1040:25, 1044:8, 1044:10, 1044:14, 1044:22, 1045:8, 1047:11, 1047:18, 1048:17, 1050:18, 1051:6, 1051:9, 1051:12, 1059:5, 1059:6, 1059:9, 1059:17, 1090:19, 1100:24, 1101:5,

1115:7, 1117:25, 1118:2, 1122:9, 1122:23, 1125:16, 1125:18, 1125:20, 1139:4, 1141:10
**conversations** [13] - 1009:23, 1011:16, 1011:17, 1011:21, 1012:11, 1049:19, 1049:23, 1050:3, 1050:12, 1061:21, 1067:1, 1117:16, 1117:21
**converter** [2] - 1203:23, 1204:12
**converters** [1] - 1204:20
**convicted** [6] - 1084:19, 1084:20, 1084:22, 1084:25, 1085:5, 1221:4
**convince** [1] - 1203:2
**convinced** [1] - 1087:24
**cooperate** [4] - 1058:17, 1087:24, 1205:3, 1205:5
**cooperated** [3] - 1062:10, 1139:16, 1143:3
**cooperating** [20] - 1006:10, 1007:8, 1007:12, 1007:20, 1008:13, 1009:24, 1010:1, 1013:4, 1013:15, 1045:11, 1045:22, 1045:25, 1046:6, 1046:24, 1047:1, 1139:15, 1140:1, 1143:8, 1150:2, 1205:11
**cooperation** [8] - 1004:15, 1048:15, 1148:3, 1149:11, 1149:12, 1149:19, 1149:24, 1156:25
**cooperator** [3] - 1010:2, 1046:3, 1143:4
**cop** [1] - 1072:11
**cops** [1] - 1116:9
**copy** [1] - 1018:5
**cordial** [1] - 1071:22
**cords** [1] - 1232:25
**corner** [6] - 1003:20, 1113:14, 1166:25, 1167:2, 1167:5, 1167:6
**Corozzo** [9] - 1052:17, 1052:18, 1062:17, 1065:24, 1104:2, 1114:21, 1127:18, 1128:3
**Corozzos** [2] - 1066:3, 1066:10
**corporation** [1] - 1004:2
**corporations** [3] - 1145:17, 1242:16, 1242:17
**correct** [73] - 1011:1, 1011:7, 1012:4, 1017:25, 1018:23, 1018:24, 1021:12, 1051:23, 1057:9, 1057:13, 1057:17, 1062:18, 1062:25, 1063:20, 1063:24, 1065:22, 1067:6, 1067:10, 1087:12, 1101:10, 1119:11, 1142:9, 1153:13, 1154:11, 1155:8, 1156:15, 1159:10, 1160:1, 1160:16, 1164:13, 1165:15, 1168:23, 1170:14, 1172:5, 1172:25, 1173:3, 1173:11, 1173:20, 1175:6, 1176:2, 1178:7, 1179:11, 1181:7, 1182:6, 1187:7, 1188:9, 1191:5, 1191:18, 1194:1, 1198:24, 1203:8, 1209:10, 1211:7, 1214:24, 1215:25, 1216:3, 1216:5, 1216:15, 1218:13, 1219:18, 1220:14, 1221:23, 1223:11, 1224:8, 1226:13, 1228:10, 1235:2, 1237:21, 1238:13, 1240:16, 1242:11,

1245:10, 1248:22
**corrected** [1] - 1199:18
**corroborates** [1] - 1002:23
**corroborative** [1] - 1020:12
**Costello** [1] - 1168:1
**Cotillo** [6] - 1004:21, 1008:18, 1008:20, 1010:15, 1011:9, 1012:17
**count** [1] - 1154:4
**counted** [1] - 1169:18
**counter** [2] - 1132:2, 1202:23
**County** [3] - 1143:4, 1144:2, 1204:11
**couple** [17] - 1040:11, 1059:3, 1083:18, 1090:20, 1091:25, 1097:20, 1099:24, 1128:14, 1135:20, 1180:23, 1182:11, 1182:13, 1204:19, 1217:1, 1241:6, 1242:16
**course** [4] - 1009:18, 1185:6, 1185:9, 1195:4
**COURT** [148] - 1001:1, 1002:11, 1002:13, 1003:2, 1003:6, 1003:11, 1003:14, 1003:17, 1003:24, 1004:1, 1004:12, 1004:17, 1004:20, 1005:2, 1005:6, 1005:12, 1005:19, 1005:21, 1006:3, 1006:6, 1006:13, 1007:22, 1008:8, 1008:10, 1008:25, 1009:4, 1009:7, 1009:9, 1009:18, 1010:7, 1010:11, 1010:14, 1010:18, 1010:22, 1011:1, 1011:5, 1012:16, 1013:23, 1014:17, 1014:19, 1014:22, 1015:1, 1016:3, 1016:18, 1017:4, 1018:3, 1018:6, 1018:16, 1019:2, 1019:11, 1019:18, 1019:23, 1019:25, 1020:6, 1020:13, 1020:20, 1020:22, 1020:25, 1021:6, 1023:14, 1024:6, 1024:24, 1026:1, 1026:3, 1039:8, 1039:10, 1041:22, 1043:11, 1043:18, 1045:17, 1049:12, 1050:15, 1052:11, 1053:15, 1055:23, 1056:2, 1057:2, 1057:22, 1058:10, 1059:22, 1060:3, 1061:19, 1062:7, 1066:13, 1067:17, 1069:5, 1069:11, 1069:23, 1072:10, 1078:7, 1081:21, 1101:4, 1101:15, 1102:4, 1107:20, 1107:23, 1108:3, 1108:7, 1108:12, 1108:14, 1110:16, 1110:18, 1110:20, 1110:22, 1110:24, 1112:17, 1115:15, 1116:14, 1116:20, 1117:23, 1118:19, 1120:24, 1122:12, 1122:17, 1126:11, 1131:9, 1139:13, 1141:9, 1150:24, 1151:3, 1151:9, 1151:13, 1151:15, 1151:19, 1152:8, 1152:14, 1152:17, 1157:14, 1157:17, 1187:24, 1195:2, 1195:4, 1195:9, 1195:13, 1195:20, 1206:8, 1210:5, 1210:8, 1210:24, 1211:13, 1212:25, 1213:2, 1213:4, 1213:6, 1213:20, 1252:4, 1252:15, 1252:18
**court** [10] - 1014:12, 1014:14, 1148:15, 1149:25, 1150:8, 1152:4, 1152:12, 1186:8, 1186:12, 1194:24
**Court** [31] - 1001:22, 1002:1, 1002:14,

1003:20, 1004:1, 1004:18, 1005:14, 1006:7, 1006:13, 1006:23, 1007:11, 1007:14, 1007:18, 1007:24, 1008:23, 1011:25, 1012:1, 1012:13, 1013:24, 1017:3, 1017:4, 1017:7, 1017:9, 1017:21, 1017:24, 1018:14, 1020:9, 1253:9, 1253:10, 1253:11, 1253:12

**Court's** [4] - 1003:19, 1010:23, 1016:24, 1018:1

**courthouse** [1] - 1143:23

**Courthouse** [1] - 1001:7

**courtroom** [6] - 1056:3, 1056:5, 1151:2, 1152:16, 1221:25

**courtroom)** [1] - 1151:1

**courts** [1] - 1186:14

**cousin** [1] - 1132:10

**cover** [1] - 1009:19

**cover-ups** [1] - 1009:19

**covered** [1] - 1179:20

**CR** [1] - 1001:4

**Craig** [2] - 1135:20, 1137:7

**create** [2] - 1227:9, 1242:15

**creating** [1] - 1242:13

**credit** [2] - 1011:19, 1250:10

**crew** [61] - 1009:25, 1010:5, 1015:4, 1023:6, 1040:12, 1043:7, 1045:3, 1045:5, 1045:24, 1046:3, 1049:20, 1049:22, 1051:20, 1051:22, 1052:14, 1052:16, 1052:18, 1053:8, 1054:14, 1054:21, 1055:7, 1057:20, 1060:7, 1062:14, 1062:16, 1062:24, 1063:2, 1063:11, 1063:14, 1063:16, 1063:20, 1063:24, 1064:1, 1065:21, 1065:22, 1069:9, 1070:3, 1101:6, 1101:13, 1101:22, 1109:13, 1109:14, 1111:15, 1115:24, 1117:3, 1117:17, 1118:3, 1127:18, 1127:20, 1132:6, 1134:10, 1166:1, 1166:2, 1166:3, 1166:21, 1170:17, 1182:2

**crews** [4] - 1066:7, 1066:21, 1101:9, 1103:25

**crime** [42] - 1023:1, 1024:9, 1024:13, 1045:22, 1046:6, 1046:8, 1066:23, 1067:21, 1068:24, 1070:8, 1070:16, 1072:18, 1074:5, 1110:1, 1114:18, 1144:12, 1145:2, 1145:4, 1153:23, 1154:7, 1156:12, 1159:25, 1160:4, 1160:9, 1161:12, 1170:14, 1180:4, 1192:8, 1192:15, 1193:6, 1193:17, 1215:9, 1215:20, 1225:7, 1225:11, 1225:23, 1226:2, 1233:12, 1233:19, 1235:19, 1237:10, 1247:5

**Crime** [4] - 1109:24, 1110:3, 1127:10, 1144:3

**crimes** [30] - 1019:10, 1022:21, 1022:22, 1022:24, 1033:4, 1048:8, 1051:3, 1136:2, 1144:4, 1144:6, 1144:8, 1144:24, 1144:25, 1149:14, 1149:22, 1154:3, 1154:4, 1154:5, 1154:8, 1157:11, 1159:7, 1159:9,

1159:14, 1193:2, 1193:4, 1196:4, 1200:19, 1247:7

**criminal** [5] - 1072:11, 1148:18, 1153:25, 1157:10, 1159:5

**critical** [4] - 1008:5, 1010:5, 1012:23, 1015:16

**Cross** [6] - 1050:11, 1123:14, 1124:25, 1134:24, 1137:18, 1140:19

**CROSS** [3] - 1152:20, 1207:1, 1253:6

**cross** [5] - 1108:7, 1147:4, 1152:18, 1208:5, 1222:12

**cross-examination** [2] - 1147:4, 1222:12

**CROSS-EXAMINATION** [3] - 1152:20, 1207:1, 1253:6

**crotch** [1] - 1138:5

**crowded** [4] - 1166:14, 1166:17, 1168:13, 1199:13

**crutches** [1] - 1236:19

**crystal** [3] - 1251:15, 1251:17, 1251:18

**Cuban** [1] - 1106:18

**cul** [2] - 1035:20, 1035:21

**cul-de-sac** [1] - 1035:21

**cultivation** [2] - 1238:16, 1239:2

**Curro** [12] - 1049:24, 1050:12, 1051:9, 1051:12, 1052:2, 1053:19, 1054:5, 1057:7, 1067:1, 1214:17, 1218:11, 1223:14

**cursed** [1] - 1160:18

**CURTIS** [1] - 1001:24

**custom** [1] - 1015:15

**cut** [4] - 1106:14, 1106:17, 1157:13, 1176:21

**Cutty** [1] - 1197:5

**CW-1** [4] - 1006:4, 1006:9, 1013:17

**CW-2** [4] - 1006:17, 1006:19, 1008:14, 1013:17

**CW-3** [1] - 1013:18

**CW-4** [1] - 1013:21

## D

**D'Arpino** [12] - 1116:22, 1117:2, 1117:6, 1117:13, 1118:24, 1119:4, 1120:6, 1120:7, 1120:13, 1133:9, 1133:12, 1166:4

**D'Arpino's** [1] - 1117:3

**dabbled** [1] - 1237:9

**Daidone** [1] - 1063:6

**daily** [1] - 1156:5

**Dallas** [3] - 1077:8, 1077:18, 1078:22

**damage** [1] - 1106:20

**damaging** [1] - 1017:15

**dancing** [1] - 1222:7

**dangerous** [2] - 1165:2, 1183:13

**Danny** [6] - 1177:18, 1179:11, 1180:22, 1182:11, 1203:13, 1203:15

**Danny's** [1] - 1178:19

**daring** [1] - 1218:4

**dark** [6] - 1030:15, 1030:16, 1106:11, 1161:20, 1161:21, 1161:22

**Darrell** [17] - 1076:15, 1077:16, 1077:23, 1078:5, 1078:17, 1083:1, 1088:10, 1088:23, 1090:2, 1091:20, 1095:7, 1095:12, 1096:12, 1097:9, 1097:11, 1097:17, 1098:5

**Dashes** [1] - 1076:4

**date** [7] - 1071:4, 1094:4, 1204:24, 1204:25, 1209:18, 1209:19, 1231:6

**dated** [2] - 1002:14, 1210:10

**daughter** [2] - 1113:8, 1113:13

**daughter's** [1] - 1119:19

**Dave** [9] - 1089:10, 1117:2, 1117:3, 1117:6, 1117:24, 1118:24, 1133:9, 1133:12, 1166:4

**David** [1] - 1116:22

**Dawn** [2] - 1247:21, 1248:5

**dawn** [1] - 1248:6

**day-to-day** [1] - 1175:20

**days** [7] - 1040:11, 1059:3, 1090:20, 1090:21, 1097:20

**DB** [1] - 1113:10

**DB's** [3] - 1105:21, 1113:8, 1113:13

**De** [2] - 1216:14, 1216:20

**de** [2] - 1035:20, 1035:21

**DEA** [2] - 1144:1, 1146:7

**dead** [5] - 1047:7, 1162:21, 1165:3, 1174:13, 1188:25

**dead-end** [1] - 1047:7

**deal** [8] - 1079:19, 1103:20, 1152:6, 1155:14, 1203:13, 1239:15, 1239:18, 1244:3

**dealer** [6] - 1105:10, 1201:1, 1201:6, 1202:8, 1237:23, 1238:3

**dealers** [7] - 1201:19, 1202:6, 1237:21, 1240:4, 1240:6, 1240:7, 1250:23

**dealing** [7] - 1091:7, 1103:1, 1103:17, 1103:25, 1169:6, 1177:20, 1223:5

**dealt** [1] - 1239:17

**Dean** [1] - 1114:9

**death** [15] - 1046:7, 1067:1, 1071:11, 1089:8, 1100:7, 1144:16, 1144:21, 1144:22, 1150:18, 1150:19, 1151:4, 1172:21, 1172:25, 1174:8, 1180:11

**debrief** [1] - 1149:12

**debriefed** [3] - 1146:3, 1149:17, 1149:22

**decade** [1] - 1009:23

**deceased** [1] - 1113:12

**December** [2] - 1069:1, 1220:13

**DeCicco** [1] - 1070:22

**decided** [5] - 1104:8, 1172:14, 1172:16, 1205:1, 1205:3, 1205:5

**decides** [2] - 1148:14, 1149:4, 1149:8, 1150:7

**decision** [6] - 1018:5, 1142:20, 1142:23, 1205:17, 1205:19, 1246:16

**decisions** [1] - 1205:16

**deep** [4] - 1007:7, 1012:18, 1013:2, 1019:4

**deepest** [1] - 1018:16

**defendant** [122] - 1002:11, 1002:12, 1002:13, 1005:6, 1008:12, 1008:14, 1010:1, 1010:2, 1010:5, 1012:21, 1012:22, 1012:25, 1013:3, 1013:9, 1014:3, 1014:8, 1015:2, 1015:11, 1015:12, 1015:17, 1016:9, 1018:21, 1028:10, 1032:14, 1034:5, 1036:10, 1036:11, 1037:14, 1038:1, 1038:16, 1040:5, 1042:1, 1042:15, 1044:4, 1047:9, 1049:2, 1049:6, 1049:9, 1049:16, 1050:5, 1050:19, 1051:4, 1051:19, 1053:20, 1053:23, 1054:22, 1057:7, 1057:13, 1057:16, 1058:22, 1063:22, 1063:23, 1073:4, 1084:20, 1086:10, 1086:13, 1086:16, 1086:22, 1087:4, 1090:17, 1090:19, 1091:10, 1093:4, 1093:24, 1094:13, 1098:8, 1098:22, 1099:7, 1099:9, 1100:25, 1101:6, 1101:10, 1101:12, 1101:13, 1102:2, 1102:16, 1103:1, 1103:9, 1103:18, 1103:25, 1105:4, 1107:12, 1108:3, 1108:9, 1110:25, 1111:6, 1111:11, 1112:2, 1112:13, 1113:17, 1115:2, 1115:8, 1115:12, 1115:21, 1116:17, 1117:14, 1118:8, 1121:17, 1122:1, 1122:4, 1122:10, 1123:4, 1126:3, 1126:5, 1126:8, 1126:23, 1127:4, 1128:6, 1133:10, 1136:8, 1136:16, 1137:19, 1138:11, 1138:25, 1139:19, 1151:4, 1151:15, 1152:15, 1157:10, 1159:6, 1195:15, 1195:18

**Defendant** [2] - 1001:9, 1001:21

**defendant's** [25] - 1009:25, 1012:18, 1012:20, 1015:4, 1015:8, 1015:20, 1016:25, 1017:14, 1021:22, 1040:12, 1045:3, 1045:5, 1049:20, 1049:22, 1049:25, 1050:22, 1057:11, 1064:1, 1066:2, 1100:15, 1111:14, 1118:3, 1118:13, 1124:14, 1140:16

**defendants** [1] - 1019:9

**defense** [9] - 1005:4, 1005:20, 1016:23, 1019:8, 1019:21, 1020:4, 1151:3, 1152:10, 1196:10

**defense's** [1] - 1006:25

**defensive** [2] - 1217:23, 1217:25

**degree** [1] - 1007:15

**delayed** [1] - 1020:25

**Delgado** [2] - 1004:21, 1007:23

**Delgado-Rivera** [2] - 1004:21, 1007:23

**deli** [1] - 1202:12

**Delicatessen** [1] - 1202:13

**Delicatessen's** [1] - 1202:24

**Dellacroce** [4] - 1012:22, 1055:14, 1057:15, 1067:10

**Dellacroce's** [1] - 1068:9

**delta** [1] - 1077:22

**demanding** [1] - 1105:5

**DeMaria** [1] - 1052:14

**DeMaria's** [1] - 1052:4

**DeMario** [5] - 1216:7, 1216:9, 1216:17, 1216:25, 1247:21

**DeMartino** [1] - 1232:16

**denied** [4] - 1003:24, 1067:15, 1067:24, 1068:1

**deny** [1] - 1222:16

**Department** [1] - 1005:15

**department** [3] - 1033:11, 1045:13

**depended** [6] - 1082:5, 1082:6, 1082:7, 1083:18, 1084:12, 1087:2

**depicting** [1] - 1003:20

**deposit** [1] - 1216:8

**depositing** [2] - 1204:4, 1204:16

**depot** [5] - 1228:1, 1233:22, 1233:23, 1234:1, 1234:4

**describe** [4] - 1077:23, 1134:13, 1153:5, 1205:11

**described** [7] - 1012:19, 1153:25, 1196:20, 1236:23, 1237:15, 1238:15, 1238:18

**description** [2] - 1154:1, 1197:9

**deserved** [1] - 1228:19

**design** [1] - 1241:6

**designated** [1] - 1013:14

**designed** [2] - 1177:7, 1241:5

**desire** [2] - 1129:13, 1246:21

**desired** [1] - 1241:23

**desperate** [1] - 1234:14

**despite** [3] - 1019:3, 1173:5, 1176:24

**details** [4] - 1018:8, 1042:18, 1112:13, 1120:25

**detected** [2] - 1072:13, 1226:10

**detectives** [1] - 1144:2

**detector** [2] - 1216:17, 1216:21

**determined** [1] - 1145:8

**Diana** [1] - 1221:14

**DiBernardo** [7] - 1105:19, 1113:11, 1184:14, 1207:18, 1232:17, 1247:22, 1248:20

**DiBono** [3] - 1038:17, 1042:2, 1046:18

**die** [2] - 1159:13, 1191:7

**died** [7] - 1053:22, 1111:20, 1163:21, 1163:22, 1179:7, 1180:13, 1181:1

**different** [16] - 1006:10, 1013:15, 1018:20, 1043:15, 1052:19, 1101:8, 1146:3, 1146:5, 1190:25, 1204:17, 1205:9, 1229:25, 1239:15, 1241:6, 1242:16

**DiLeonardo** [2] - 1007:12, 1129:1

**DiMaria** [6] - 1052:5, 1062:16, 1065:25, 1066:3, 1066:11, 1104:2

**DiMaria's** [1] - 1057:7

**diner** [18] - 1016:14, 1016:16, 1053:21, 1058:12, 1059:24, 1060:6, 1060:8, 1062:1, 1210:1, 1212:13, 1212:14, 1212:15, 1212:16, 1212:17, 1212:18, 1213:9, 1213:11, 1213:15

**Diner** [7] - 1050:9, 1053:24, 1057:8,

1062:18, 1192:6, 1208:18, 1214:13

**Dingle** [1] - 1241:13

**dinner** [1] - 1244:9

**Dino** [1] - 1114:13

**DIRECT** [2] - 1028:1, 1134:1

**direct** [6] - 1007:10, 1007:20, 1059:6, 1100:19, 1244:22, 1246:25

**direction** [4] - 1031:24, 1092:24, 1153:13, 1249:17

**directions** [1] - 1071:4

**directly** [11] - 1018:21, 1019:1, 1029:11, 1050:18, 1086:9, 1087:4, 1100:22, 1105:8, 1107:14, 1178:17, 1227:10

**disagree** [1] - 1018:7

**disagreed** [1] - 1209:24

**disagrees** [1] - 1016:24

**discipline** [1] - 1012:24

**disciplined** [1] - 1046:13

**disclosed** [2] - 1157:11, 1159:7

**discovery** [1] - 1210:7

**discuss** [16] - 1027:1, 1027:7, 1052:2, 1058:8, 1067:14, 1074:1, 1074:16, 1074:19, 1078:21, 1078:24, 1089:12, 1089:14, 1093:25, 1132:12, 1147:4, 1152:13

**discussed** [3] - 1010:19, 1027:2, 1077:7

**discussion** [5] - 1039:23, 1091:11, 1094:24, 1125:14, 1132:16

**discussions** [3] - 1058:22, 1126:5, 1126:9

**diseased** [1] - 1204:15

**disguise** [1] - 1080:10

**disgusted** [2] - 1041:14, 1244:10

**disobey** [2] - 1068:2, 1068:4

**disobeying** [1] - 1068:8

**dispute** [15] - 1100:25, 1103:1, 1104:1, 1113:3, 1113:17, 1122:9, 1122:14, 1123:1, 1123:7, 1123:23, 1175:9, 1188:2, 1200:3, 1232:15, 1234:21

**disrespected** [4] - 1113:8, 1200:22, 1202:21, 1202:23

**disrespectful** [2] - 1200:9, 1200:11

**disrespecting** [1] - 1205:6

**distribution** [8] - 1085:11, 1086:14, 1086:18, 1143:11, 1143:13, 1157:21, 1238:16, 1242:3

**District** [1] - 1238:11

**DISTRICT** [2] - 1001:1, 1001:1

**Ditmars** [1] - 1035:18

**divine** [1] - 1163:25

**divorced** [5] - 1250:1, 1250:3, 1250:5

**Dix** [7] - 1139:7, 1139:9, 1139:10, 1140:24, 1158:13, 1236:8, 1236:14

**DNA** [6] - 1008:25, 1009:1, 1009:2, 1009:5, 1009:12

**document** [2] - 1210:4, 1210:19

**documents** [1] - 1147:13

**Doe** [5] - 1157:23, 1158:14, 1158:15,

1186:20, 1186:24
  **dogs** [1] - 1048:2
  **dollars** [10] - 1032:9, 1042:19, 1086:7, 1216:3, 1219:14, 1220:11, 1221:1, 1228:6, 1229:12, 1231:15
  **Dome** [1] - 1172:11
  **done** [29] - 1025:9, 1031:2, 1034:4, 1036:8, 1036:9, 1036:13, 1038:11, 1120:1, 1150:1, 1150:2, 1163:14, 1163:17, 1164:23, 1167:11, 1167:13, 1167:14, 1168:20, 1168:21, 1168:22, 1169:1, 1169:2, 1169:10, 1174:14, 1180:19, 1186:3, 1193:15, 1211:4, 1227:18
  **Donuts** [1] - 1123:14
  **door** [10] - 1029:24, 1102:9, 1126:2, 1132:11, 1188:10, 1188:12, 1194:10, 1198:21, 1249:10, 1249:22
  **double** [1] - 1192:6
  **Doug** [9] - 1076:15, 1076:17, 1077:6, 1077:18, 1078:20, 1083:1, 1088:10, 1088:16, 1089:11
  **down** [93] - 1006:7, 1008:4, 1011:18, 1012:21, 1032:2, 1035:18, 1037:11, 1037:17, 1050:13, 1051:10, 1051:13, 1051:16, 1053:8, 1054:6, 1054:10, 1054:11, 1055:9, 1055:15, 1057:11, 1057:19, 1058:14, 1058:23, 1059:15, 1060:9, 1077:14, 1077:15, 1079:3, 1079:5, 1079:18, 1079:22, 1081:25, 1082:23, 1082:25, 1083:2, 1083:24, 1088:7, 1088:12, 1088:14, 1088:23, 1091:15, 1092:6, 1100:17, 1106:2, 1106:4, 1106:5, 1106:8, 1106:10, 1106:11, 1116:4, 1133:2, 1138:12, 1143:25, 1148:8, 1156:8, 1161:16, 1162:1, 1162:9, 1166:25, 1168:10, 1168:23, 1168:24, 1173:11, 1173:12, 1173:14, 1175:15, 1178:1, 1178:2, 1180:16, 1181:15, 1183:12, 1183:15, 1184:24, 1189:8, 1190:5, 1190:6, 1191:4, 1196:9, 1201:22, 1202:1, 1207:12, 1207:15, 1211:14, 1211:17, 1214:17, 1214:20, 1221:7, 1243:14, 1246:2, 1246:7, 1247:25, 1248:6
  **downloaded** [1] - 1004:4
  **downstairs** [7] - 1106:17, 1208:21, 1208:24, 1209:8, 1209:25, 1211:7, 1211:20
  **dragged** [2] - 1114:11, 1207:14
  **dragging** [2] - 1180:20
  **drank** [2] - 1197:1, 1197:3
  **drawing** [1] - 1189:6
  **dressed** [3] - 1243:18, 1243:19
  **drier** [1] - 1080:9
  **drinker** [1] - 1197:2
  **drinking** [2] - 1135:11, 1193:10
  **drinks** [1] - 1128:14
  **drive** [3] - 1035:16, 1035:17, 1080:1
  **driver** [6] - 1030:7, 1080:1, 1087:22,

1153:7, 1219:24, 1227:8
  **driver's** [1] - 1219:20
  **driveway** [1] - 1188:13
  **driving** [17] - 1029:7, 1032:15, 1036:20, 1036:21, 1036:25, 1041:4, 1045:2, 1060:9, 1067:18, 1067:20, 1135:2, 1135:3, 1135:5, 1135:6, 1135:8, 1161:16, 1182:24
  **drop** [4] - 1043:20, 1099:15, 1190:21, 1194:9
  **dropped** [4] - 1007:25, 1031:8, 1034:10, 1040:6
  **dropping** [1] - 1040:22
  **drove** [12] - 1028:24, 1030:18, 1034:23, 1037:11, 1080:11, 1106:1, 1129:6, 1129:9, 1161:11, 1178:23, 1179:25, 1182:4
  **drug** [16] - 1201:19, 1202:5, 1202:8, 1237:21, 1237:23, 1238:3, 1239:20, 1240:4, 1240:6, 1240:7, 1240:15, 1242:18, 1250:23, 1251:24, 1252:2, 1252:3
  **drugs** [10] - 1035:2, 1169:6, 1172:4, 1196:21, 1202:23, 1223:5, 1239:15, 1239:17, 1251:19, 1251:21
  **drunk** [7] - 1035:7, 1037:24, 1038:1, 1196:21, 1196:23, 1196:25, 1231:7
  **duct** [1] - 1233:10
  **duct-taped** [1] - 1233:10
  **dumpster** [3] - 1101:16, 1101:17, 1102:16
  **Dunkin'** [1] - 1123:14
  **during** [10] - 1007:11, 1009:18, 1035:4, 1164:22, 1200:6, 1201:10, 1205:24, 1209:20, 1222:23
  **dust** [2] - 1106:5, 1251:13
  **duties** [1] - 1015:10
  **duty** [3] - 1015:14, 1035:21, 1046:13
  **dwell** [1] - 1038:12
  **dying** [2] - 1127:19, 1176:25

# E

  **early** [20] - 1023:10, 1027:5, 1030:11, 1033:5, 1111:8, 1111:9, 1123:5, 1132:2, 1134:18, 1158:5, 1158:7, 1158:8, 1177:17, 1180:8, 1216:7, 1229:17, 1245:17, 1245:18, 1251:23
  **easiest** [1] - 1227:19
  **East** [6] - 1001:19, 1002:1, 1104:11, 1239:3, 1239:11, 1250:22
  **Eastern** [2] - 1104:11, 1238:11
  **EASTERN** [1] - 1001:1
  **easy** [1] - 1147:23
  **eat** [2] - 1115:2, 1116:17
  **eating** [1] - 1135:11
  **education** [1] - 1153:20
  **Edward** [1] - 1026:3
  **EEEE** [2] - 1061:7, 1253:18

  **efforts** [1] - 1100:15
  **eight** [1] - 1157:9
  **eighteen** [1] - 1107:13
  **eighties** [1] - 1164:19
  **either** [14] - 1015:2, 1038:24, 1040:20, 1044:21, 1046:13, 1054:9, 1075:8, 1082:4, 1089:10, 1115:2, 1117:7, 1127:19, 1194:8, 1214:18
  **electric** [1] - 1249:10
  **electrician's** [1] - 1133:14
  **electricity** [1] - 1240:25
  **electronic** [1] - 1028:24
  **elementary** [1] - 1239:7
  **elements** [1] - 1012:18
  **elicit** [1] - 1120:25
  **elicited** [1] - 1016:13
  **eliciting** [1] - 1011:14
  **eligible** [1] - 1144:21
  **emailed** [1] - 1005:5
  **empathy** [1] - 1162:14
  **employed** [2] - 1238:20, 1238:21
  **employee** [3] - 1027:11, 1029:1, 1030:5
  **employees** [3] - 1029:23, 1229:24, 1236:6
  **employment** [2] - 1224:13, 1249:4
  **emptied** [2] - 1168:14, 1168:16
  **end** [8] - 1047:7, 1085:14, 1102:16, 1129:4, 1130:4, 1131:2, 1172:15, 1244:22
  **ended** [3] - 1023:9, 1177:23, 1250:7
  **ends** [1] - 1184:18
  **enforcement** [1] - 1242:24
  **enforcer** [1] - 1155:8
  **engaged** [2] - 1017:10, 1018:14
  **engaging** [1] - 1143:20
  **Engel** [7] - 1013:19, 1063:10, 1063:11, 1063:15, 1063:19, 1064:21, 1065:20
  **enjoy** [1] - 1156:4
  **enjoyed** [5] - 1154:16, 1154:22, 1154:23, 1154:25, 1156:2
  **enjoyment** [2] - 1155:24, 1155:25
  **enlist** [1] - 1183:22
  **enlisted** [3] - 1183:23, 1188:1, 1236:10
  **entailed** [2] - 1022:4, 1084:13
  **enters** [2] - 1056:5, 1152:16
  **entire** [1] - 1240:24
  **entirely** [1] - 1196:17
  **entrance** [1] - 1029:12
  **entrances** [1] - 1188:3
  **equal** [1] - 1086:3
  **equipment** [1] - 1145:17
  **Eric** [3] - 1234:18, 1237:7, 1237:14
  **eric** [1] - 1235:15, 1237:9
  **Ervig** [7] - 1076:15, 1076:17, 1077:6, 1078:20, 1083:1, 1088:10, 1088:16
  **Ervig's** [1] - 1077:18, 1089:11
  **escalate** [1] - 1100:16

GR    OCR    CM    CRR    CSR

**especially** [3] - 1007:19, 1045:24
**ESQ** [2] - 1001:21, 1001:24
**Esquire** [1] - 1208:17
**establishment** [2] - 1115:3, 1198:16
**estate** [1] - 1234:18
**estimate** [4] - 1072:14, 1085:21, 1091:24, 1108:4
**evade** [2] - 1072:2, 1074:21
**EVAN** [1] - 1001:18
**evening** [3] - 1198:2, 1198:3, 1198:9
**event** [1] - 1150:4
**events** [1] - 1205:10
**eventually** [5] - 1137:17, 1212:13, 1224:7, 1231:18, 1245:12
**evidence** [25] - 1002:23, 1008:25, 1009:1, 1010:24, 1012:19, 1017:2, 1017:13, 1017:24, 1020:12, 1052:24, 1064:3, 1064:11, 1064:19, 1064:25, 1065:9, 1068:18, 1070:23, 1100:12, 1110:5, 1128:22, 1141:17, 1141:23, 1147:17, 1151:20, 1157:16
**evil** [1] - 1186:7
**ex** [3] - 1191:18, 1192:3, 1232:17
**ex-wife's** [1] - 1232:17
**ex-wives** [2] - 1191:18, 1192:3
**exactly** [14] - 1009:22, 1027:1, 1027:15, 1031:1, 1031:2, 1040:17, 1085:4, 1095:25, 1096:2, 1124:7, 1165:4, 1183:5, 1198:14, 1222:14
**examination** [3] - 1147:4, 1222:12, 1246:25
**EXAMINATION** [12] - 1021:9, 1026:7, 1028:1, 1107:1, 1109:1, 1134:1, 1152:20, 1190:1, 1196:1, 1207:1, 1253:5, 1253:6
**example** [1] - 1193:15
**except** [3] - 1157:9, 1159:5, 1165:3
**exception** [1] - 1009:15
**exclusive** [1] - 1242:21
**excuse** [5] - 1190:4, 1214:25, 1249:15, 1250:4, 1250:20
**executed** [1] - 1180:24
**exhaust** [1] - 1241:2
**Exhibit** [32] - 1002:14, 1003:13, 1003:14, 1004:1, 1004:18, 1005:14, 1005:21, 1006:13, 1007:24, 1013:24, 1025:17, 1052:13, 1052:25, 1061:7, 1064:3, 1064:11, 1064:20, 1064:25, 1065:9, 1068:18, 1070:23, 1078:3, 1100:12, 1110:6, 1128:22, 1141:18, 1141:24, 1147:25, 1253:9, 1253:10, 1253:11, 1253:12
**exhibit** [2] - 1003:13, 1004:11
**exited** [3] - 1029:16, 1030:9, 1031:7
**expand** [1] - 1092:24
**expected** [3] - 1008:14, 1022:14, 1225:9
**expense** [1] - 1227:4
**experience** [2] - 1067:21, 1118:20
**explain** [29] - 1024:1, 1024:25, 1029:5,

1033:7, 1036:18, 1076:11, 1077:7, 1083:23, 1087:19, 1105:7, 1105:9, 1105:25, 1113:5, 1125:4, 1131:7, 1143:24, 1187:15, 1187:18, 1187:21, 1197:21, 1204:8, 1208:25, 1211:9, 1211:11, 1211:13, 1212:19, 1212:24, 1213:18, 1219:23
**explained** [2] - 1139:14, 1179:24
**explanation** [1] - 1223:3
**explanations** [1] - 1222:16
**Expressway** [1] - 1032:2
**expressway** [1] - 1032:3
**extortion** [1] - 1044:18
**extreme** [1] - 1015:24
**eye** [2] - 1066:20
**eyes** [3] - 1118:15, 1217:18, 1218:1

---

# F

**face** [3] - 1148:10, 1156:7, 1248:3
**facing** [4] - 1003:20, 1143:16, 1150:17, 1184:8
**fact** [56] - 1006:9, 1006:10, 1007:17, 1012:20, 1014:23, 1015:23, 1015:24, 1015:25, 1017:2, 1017:9, 1046:24, 1052:2, 1066:8, 1069:6, 1089:14, 1089:21, 1093:17, 1120:1, 1153:15, 1156:5, 1156:7, 1158:1, 1158:2, 1158:5, 1160:18, 1167:25, 1169:22, 1170:13, 1173:5, 1174:24, 1176:24, 1181:6, 1183:20, 1189:5, 1189:6, 1191:4, 1191:20, 1192:23, 1196:8, 1197:9, 1206:3, 1218:24, 1222:20, 1224:19, 1225:3, 1225:6, 1225:8, 1227:14, 1227:23, 1228:21, 1230:18, 1238:15, 1239:20, 1240:6, 1240:24
**faction** [5] - 1052:19, 1052:22, 1057:12, 1127:19
**factions** [3] - 1060:6, 1110:1
**factors** [1] - 1229:25
**facts** [2] - 1149:14, 1222:16
**fair** [13] - 1023:3, 1043:13, 1052:19, 1150:1, 1154:19, 1155:23, 1197:10, 1231:2, 1238:17, 1240:12, 1243:6, 1247:5, 1250:24
**fake** [4] - 1204:3, 1204:14, 1224:15, 1242:13
**Fakiris** [3] - 1245:8, 1245:10, 1245:18
**fall** [1] - 1012:3
**fall/early** [1] - 1038:15
**falling** [2] - 1118:7, 1123:4
**false** [2] - 1223:19, 1223:22
**Fama** [9] - 1177:18, 1177:20, 1177:25, 1179:11, 1179:17, 1179:20, 1180:22, 1203:13, 1203:15
**familiar** [5] - 1063:10, 1066:2, 1066:5, 1100:2, 1134:7
**families** [2] - 1112:5, 1145:4
**Family** [7] - 1025:22, 1109:25, 1110:3,

1124:16, 1127:10, 1129:2, 1130:20
**family** [89] - 1034:18, 1050:19, 1050:22, 1052:7, 1052:18, 1052:19, 1053:4, 1055:2, 1057:12, 1057:15, 1058:3, 1061:15, 1061:17, 1064:9, 1064:15, 1064:23, 1065:4, 1065:13, 1066:23, 1067:19, 1068:13, 1068:24, 1068:25, 1069:6, 1069:19, 1071:2, 1075:15, 1093:23, 1102:25, 1103:6, 1103:10, 1103:21, 1103:24, 1104:4, 1104:22, 1110:1, 1110:13, 1113:11, 1119:14, 1122:15, 1125:12, 1127:15, 1128:21, 1130:18, 1130:24, 1131:12, 1132:8, 1141:21, 1143:5, 1145:2, 1146:11, 1153:16, 1153:17, 1156:12, 1160:1, 1160:4, 1160:9, 1160:11, 1160:13, 1162:2, 1162:17, 1163:12, 1163:13, 1163:19, 1164:25, 1169:16, 1169:17, 1175:16, 1180:4, 1185:24, 1186:6, 1193:17, 1193:20, 1197:23, 1198:10, 1198:15, 1198:19, 1198:23, 1225:7, 1225:10, 1225:14, 1225:15, 1225:17, 1226:2, 1226:16, 1233:20, 1244:12, 1244:15, 1244:18
**family's** [1] - 1097:4
**fancy** [1] - 1089:23
**Fantauzzi** [1] - 1016:13
**far** [2] - 1102:21, 1230:18
**FARBER** [31] - 1001:24, 1005:24, 1018:4, 1018:25, 1024:23, 1045:16, 1055:22, 1059:21, 1066:6, 1081:20, 1102:3, 1120:21, 1152:1, 1152:19, 1152:21, 1157:2, 1157:15, 1159:1, 1187:22, 1187:25, 1190:2, 1194:25, 1196:2, 1207:2, 1210:6, 1210:9, 1213:3, 1213:5, 1231:1, 1252:5, 1252:14
**farce** [1] - 1245:19
**Farmers** [1] - 1027:23
**fashioned** [1] - 1171:3
**Fat** [12] - 1052:17, 1053:1, 1054:19, 1054:20, 1062:13, 1063:3, 1063:16, 1063:20, 1064:7, 1064:13, 1065:22, 1069:15
**father** [7] - 1023:19, 1073:17, 1073:18, 1153:7, 1185:22, 1185:25, 1188:4
**father-in-law** [2] - 1073:17, 1073:18
**Fava** [9] - 1159:22, 1159:24, 1160:14, 1160:23, 1161:14, 1161:16, 1162:14, 1162:16, 1162:19
**Fava's** [1] - 1159:23
**Favara** [4] - 1067:6, 1067:15, 1068:7, 1068:14
**favor** [2] - 1096:14, 1175:21
**favorite** [2] - 1165:1, 1197:4
**FBI** [4] - 1043:22, 1045:12, 1144:1, 1146:7
**FDC** [1] - 1247:7
**fear** [12] - 1008:10, 1013:3, 1014:23, 1014:24, 1057:12, 1058:17, 1089:8,

1154:25, 1162:20, 1162:21, 1232:7

**feared** [3] - 1154:10, 1154:13, 1154:15

**fears** [1] - 1013:5

**February** [7] - 1001:9, 1002:15, 1004:18, 1004:19, 1005:14, 1013:25, 1247:9

**federal** [12] - 1085:9, 1089:6, 1092:8, 1092:11, 1097:20, 1126:4, 1139:10, 1146:10, 1194:24, 1227:13, 1228:3, 1246:9

**Federal** [1] - 1087:23

**feelings** [4] - 1066:2, 1066:5, 1188:19, 1188:20

**feet** [16] - 1071:9, 1071:10, 1072:12, 1074:18, 1074:20, 1074:21, 1089:13, 1090:15, 1091:12, 1118:25, 1121:11, 1121:14, 1121:17, 1180:20, 1227:17

**fellow** [1] - 1077:25

**felony** [2] - 1007:23, 1009:24

**felt** [10] - 1093:2, 1096:21, 1099:2, 1169:8, 1169:9, 1169:11, 1181:9, 1185:2, 1205:6, 1211:4

**Fessler** [7] - 1234:18, 1235:8, 1235:15, 1235:20, 1237:7, 1237:9, 1237:14

**feud** [1] - 1164:16

**few** [2] - 1174:14, 1252:5

**FF** [1] - 1065:10

**Fifth** [2] - 1221:10, 1221:11

**fifty** [1] - 1087:1

**fight** [5] - 1060:5, 1060:8, 1060:10, 1123:15, 1142:24

**fighting** [1] - 1156:4

**fights** [4] - 1143:5, 1156:3, 1156:5, 1156:6

**figure** [4] - 1074:5, 1147:23, 1165:23, 1181:2

**figured** [1] - 1131:20

**figures** [2] - 1072:18, 1237:10

**filed** [2] - 1004:25, 1020:4

**filings** [2] - 1006:23, 1019:20

**fill** [1] - 1145:14

**filmed** [2] - 1032:21, 1121:18

**final** [2] - 1010:22, 1036:15

**finally** [1] - 1131:20

**financial** [2] - 1145:14, 1234:24

**financially** [4] - 1186:1, 1186:4, 1186:6, 1237:3

**fine** [1] - 1148:14

**fined** [1] - 1148:12

**fingerprints** [1] - 1219:6

**finish** [5] - 1018:11, 1039:10, 1039:11, 1157:14, 1173:17

**finished** [2] - 1039:8, 1210:13

**Finnerty** [18] - 1025:14, 1025:18, 1025:20, 1026:4, 1026:9, 1026:14, 1026:15, 1026:24, 1027:15, 1027:20, 1028:9, 1031:16, 1032:17, 1033:19, 1034:4, 1034:9, 1034:10, 1040:5

**Fire** [1] - 1076:4

**fire** [1] - 1033:11

**first** [40] - 1005:21, 1013:1, 1017:22, 1020:17, 1021:18, 1021:20, 1025:10, 1025:12, 1025:13, 1028:20, 1031:19, 1031:22, 1040:4, 1041:15, 1053:2, 1072:23, 1072:24, 1073:1, 1073:19, 1076:18, 1079:6, 1079:25, 1082:12, 1085:3, 1085:4, 1091:15, 1092:21, 1110:11, 1111:5, 1117:6, 1117:11, 1132:15, 1134:19, 1134:20, 1136:14, 1143:22, 1167:15, 1167:16, 1168:1, 1247:2

**fish** [3] - 1242:2, 1242:5, 1242:6

**Fish** [3] - 1051:23, 1113:23, 1128:1

**fitted** [1] - 1097:13

**five** [10] - 1013:8, 1055:25, 1072:17, 1105:16, 1107:6, 1108:6, 1210:9, 1247:16, 1247:18, 1252:7

**Five** [2] - 1114:17, 1114:24

**five-year** [1] - 1072:17

**flamboyant** [1] - 1244:12

**flash** [1] - 1038:20

**fled** [1] - 1212:13

**fleeing** [1] - 1213:15

**flew** [8] - 1077:14, 1077:20, 1079:6, 1079:18, 1088:14, 1092:6, 1095:10, 1133:2

**flip** [1] - 1081:3

**floor** [8] - 1102:9, 1106:5, 1174:12, 1197:24, 1211:8, 1211:18, 1211:22, 1218:1

**Florida** [12] - 1068:7, 1131:11, 1142:9, 1181:15, 1187:1, 1194:11, 1233:12, 1246:2, 1246:7, 1246:16, 1246:20, 1247:4

**flush** [1] - 1241:2

**fly** [1] - 1095:9

**flying** [2] - 1170:10, 1217:25

**focusing** [1] - 1075:10

**follow** [2] - 1034:24, 1166:6

**followed** [6] - 1030:22, 1040:5, 1165:23, 1230:10, 1230:16, 1230:18

**following** [6] - 1002:10, 1019:3, 1028:4, 1107:22, 1108:2, 1157:20, 1195:8, 1195:12

**fool** [1] - 1072:6

**foot** [2] - 1249:16, 1249:22

**Force** [1] - 1144:3

**forced** [5] - 1036:1, 1172:17, 1172:18, 1172:21, 1238:3

**forceful** [1] - 1016:4

**forcibly** [1] - 1120:12

**Ford** [1] - 1135:5

**forfeit** [1] - 1148:18

**forfeiture** [1] - 1017:18

**forgave** [1] - 1249:24

**forget** [3] - 1061:3, 1061:5, 1219:10

**forgive** [1] - 1012:15

**form** [8] - 1035:9, 1039:7, 1049:11, 1116:13, 1118:10, 1126:10, 1127:8,

1127:11

**former** [1] - 1018:17

**Fort** [4] - 1139:7, 1139:9, 1139:10, 1140:24

**forth** [2] - 1066:21, 1137:15

**forthcoming** [1] - 1014:5

**forties** [1] - 1134:18

**forty** [2] - 1085:20, 1108:6

**forty-five** [1] - 1108:6

**forward** [2] - 1094:12, 1098:13

**fought** [1] - 1248:22

**foundation** [7] - 1007:13, 1041:21, 1069:10, 1069:22, 1101:14, 1117:22, 1118:18

**Fountain** [6] - 1050:9, 1053:24, 1057:8, 1062:18, 1190:15, 1214:13

**four** [11] - 1007:7, 1011:11, 1012:6, 1012:19, 1013:1, 1013:13, 1032:14, 1033:17, 1093:10, 1194:10, 1247:14

**Frank** [4] - 1157:22, 1192:8, 1197:14, 1218:12

**frank** [1] - 1160:13

**Frankie** [13] - 1067:2, 1067:4, 1067:5, 1070:22, 1079:12, 1082:19, 1166:6, 1166:8, 1166:10, 1168:6, 1168:25, 1182:2, 1182:12

**frankly** [1] - 1009:16

**Franky** [3] - 1034:14, 1034:15, 1034:16

**Franzese** [2] - 1110:10, 1110:12

**fraud** [1] - 1112:1

**free** [1] - 1159:12

**Freeway** [1] - 1089:11

**frequencies** [1] - 1033:9

**frequency** [1] - 1033:8

**frequent** [1] - 1035:1

**frequently** [1] - 1118:21

**friend** [27] - 1012:8, 1051:1, 1058:19, 1097:4, 1104:25, 1105:10, 1105:18, 1106:7, 1124:22, 1131:4, 1131:12, 1135:23, 1136:1, 1136:2, 1180:1, 1180:4, 1181:15, 1184:16, 1184:17, 1184:24, 1186:5, 1211:15, 1214:3, 1234:21, 1235:2, 1235:8, 1246:3

**friend's** [1] - 1246:22

**friends** [25] - 1043:7, 1054:18, 1076:13, 1095:17, 1102:21, 1102:22, 1102:24, 1111:14, 1114:3, 1124:15, 1128:9, 1135:12, 1135:21, 1135:22, 1174:1, 1178:19, 1199:1, 1200:10, 1205:1, 1207:18, 1207:19, 1235:25, 1243:23, 1246:13

**front** [38] - 1029:6, 1029:8, 1029:11, 1029:14, 1029:24, 1031:4, 1038:21, 1048:2, 1050:9, 1053:21, 1053:24, 1057:8, 1058:12, 1059:10, 1062:1, 1069:2, 1079:20, 1079:21, 1119:9, 1123:14, 1123:19, 1125:24, 1137:9, 1161:23, 1161:24, 1163:11, 1163:13, 1163:19, 1164:2, 1164:10, 1166:8,

GR  OCR  CM  CRR  CSR

1183:16, 1188:17, 1207:12, 1222:8, 1223:1, 1249:12
**fronted** [1] - 1194:16
**fuck** [1] - 1136:21
**fulfill** [2] - 1225:10, 1246:21
**full** [5] - 1018:8, 1128:25, 1158:3, 1187:17
**fully** [1] - 1016:12
**Fulton** [1] - 1113:23
**funeral** [2] - 1048:10, 1104:14
**funny** [5] - 1219:8, 1219:9, 1219:16, 1219:17, 1239:22
**furniture** [4] - 1080:8, 1080:10, 1080:11, 1222:25
**furtherance** [1] - 1009:16
**furthering** [1] - 1250:25
**future** [10] - 1004:15, 1014:6, 1014:8, 1022:6, 1025:14, 1026:9, 1038:13, 1074:17, 1074:19, 1075:13

**G**

**gain** [2] - 1224:13, 1227:18
**gained** [1] - 1069:13
**Gambino** [31] - 1025:22, 1034:18, 1042:4, 1050:19, 1050:22, 1052:7, 1053:4, 1058:3, 1061:14, 1064:8, 1064:14, 1064:22, 1065:3, 1065:12, 1068:23, 1069:1, 1069:20, 1070:25, 1071:1, 1103:10, 1109:8, 1124:16, 1127:10, 1129:2, 1130:20, 1141:20, 1145:2, 1156:11, 1157:24, 1225:7, 1244:18
**gambling** [2] - 1187:12, 1187:16
**gangster** [1] - 1152:23
**garage** [4] - 1080:7, 1080:14, 1080:17, 1087:21
**Gardens** [1] - 1225:1
**garrote** [4] - 1170:22, 1170:25, 1171:1, 1171:2
**Gary** [6] - 1076:15, 1076:17, 1078:20, 1083:1, 1088:11, 1088:16
**gas** [4] - 1031:2, 1240:25, 1249:13, 1249:22
**Gebert** [13] - 1047:16, 1116:24, 1144:19, 1164:11, 1164:12, 1164:17, 1164:21, 1165:1, 1165:2, 1165:20, 1165:23, 1168:6, 1169:4
**Gebert's** [2] - 1166:18, 1168:2
**Gelb** [14] - 1002:17, 1003:3, 1003:9, 1005:15, 1014:3, 1014:9, 1014:16, 1014:23, 1050:5, 1209:9, 1209:21, 1211:8, 1213:17, 1214:2
**Gelb's** [2] - 1003:20, 1014:12
**Geller** [1] - 1227:10
**Gene** [7] - 1002:1, 1013:10, 1054:23, 1055:6, 1058:2, 1061:23, 1070:12
**general** [1] - 1213:16
**Genie** [3] - 1054:20, 1066:19, 1070:1

**gentlemen** [2] - 1108:15, 1150:25
**Georgie** [4] - 1060:12, 1060:14, 1060:21, 1061:11
**Georgie's** [1] - 1061:1
**Gerald** [1] - 1016:19
**Gessario** [3] - 1135:23, 1136:5, 1137:12
**gesture** [1] - 1219:9
**Giacalone** [2] - 1221:14, 1222:4
**gifts** [1] - 1243:20
**Gina** [2] - 1247:21, 1247:24
**Gino** [7] - 1114:9, 1114:14, 1114:16, 1115:7, 1115:10, 1116:16
**girl** [2] - 1040:22, 1040:23
**girl's** [1] - 1095:11
**girlfriend** [3] - 1096:5, 1192:10, 1235:20
**girlfriend's** [4] - 1047:19, 1047:22, 1105:21, 1235:25
**girlfriends** [1] - 1243:20
**Gisario** [4] - 1190:11, 1200:2, 1200:8, 1201:1
**Gissario** [3] - 1185:21, 1188:1, 1188:10
**Gissario's** [1] - 1188:4
**Giupponi** [1] - 1069:15
**given** [3] - 1007:19, 1013:7, 1015:6
**glass** [1] - 1244:24
**Glenmore** [1] - 1238:2
**Glenwood** [1] - 1237:24
**goal** [1] - 1156:11
**God** [1] - 1232:10
**gold** [9] - 1022:18, 1032:9, 1032:12, 1229:13, 1231:16, 1233:14, 1233:22, 1233:23, 1233:25
**golf** [2] - 1138:19, 1138:21
**goodbyes** [1] - 1129:10
**goodfella** [2] - 1132:6, 1132:7
**gossipy** [1] - 1012:9
**Gotti** [33] - 1013:10, 1054:23, 1055:4, 1055:6, 1061:23, 1067:8, 1067:12, 1067:15, 1068:4, 1068:8, 1070:6, 1070:12, 1073:25, 1101:9, 1103:13, 1113:12, 1121:21, 1122:19, 1122:21, 1123:22, 1124:4, 1124:9, 1125:10, 1127:19, 1128:3, 1128:17, 1129:7, 1244:11, 1244:24, 1244:25
**Gotti's** [10] - 1051:20, 1051:22, 1052:14, 1052:22, 1053:8, 1058:2, 1063:24, 1067:2, 1067:5, 1075:8
**government** [45] - 1004:8, 1007:1, 1007:6, 1007:8, 1007:19, 1009:13, 1011:15, 1011:18, 1011:22, 1011:24, 1012:7, 1012:17, 1013:13, 1013:24, 1016:17, 1017:7, 1017:13, 1018:13, 1019:12, 1045:22, 1046:6, 1087:23, 1120:23, 1140:1, 1143:3, 1143:25, 1144:1, 1144:7, 1144:15, 1144:25, 1145:16, 1146:10, 1149:13, 1149:24, 1150:4, 1191:24, 1192:22, 1200:24,

1201:10, 1205:4, 1205:5, 1210:7, 1223:18, 1226:15, 1227:13
**Government** [20] - 1001:16, 1025:17, 1052:12, 1052:24, 1061:7, 1064:3, 1064:11, 1064:19, 1064:25, 1065:9, 1068:18, 1070:23, 1078:3, 1100:12, 1110:5, 1128:22, 1141:17, 1141:23, 1147:25, 1226:7
**government's** [5] - 1004:18, 1008:21, 1009:21, 1011:12, 1244:22
**grabbed** [2] - 1173:6, 1174:11, 1218:19
**graduated** [1] - 1250:15
**graduation** [1] - 1119:16
**Grand** [2] - 1032:3, 1035:17
**grand** [1] - 1107:13
**grandfather** [1] - 1153:16
**grandmother** [1] - 1023:20
**granted** [1] - 1020:6
**Great** [8] - 1105:12, 1105:13, 1106:1, 1106:4, 1232:19, 1232:21
**great** [2] - 1018:7, 1018:18
**greener** [1] - 1038:12
**Greg** [8] - 1111:16, 1111:20, 1180:11, 1181:1, 1181:6, 1181:11, 1181:25, 1182:13
**grenade** [4] - 1206:4, 1206:10, 1206:13, 1206:15
**grew** [1] - 1046:10, 1238:25, 1239:17
**grossed** [1] - 1238:22
**ground** [10] - 1178:20, 1188:11, 1189:8, 1190:5, 1190:6, 1198:21, 1212:7, 1245:21, 1248:6, 1248:15
**grounding** [1] - 1008:24
**grounds** [1] - 1020:14
**group** [1] - 1172:14
**grow** [5] - 1077:11, 1239:18, 1240:23, 1245:19, 1245:22
**growing** [1] - 1241:7, 1247:8, 1247:10
**grown** [2] - 1240:21, 1240:23
**grudge** [1] - 1164:21
**guard** [23] - 1030:5, 1030:9, 1031:7, 1038:20, 1042:6, 1042:8, 1042:16, 1043:9, 1044:4, 1044:15, 1046:15, 1046:18, 1047:9, 1048:14, 1158:1, 1174:24, 1176:8, 1177:10, 1179:6, 1230:4, 1231:19, 1231:24, 1231:25
**Guardia** [3] - 1095:22, 1231:3, 1231:7
**guards** [10] - 1029:17, 1029:21, 1029:22, 1044:2, 1218:19, 1219:2, 1219:18, 1220:4, 1220:16, 1230:2
**guess** [11] - 1054:9, 1093:1, 1094:23, 1112:23, 1141:7, 1147:21, 1162:24, 1164:5, 1164:18, 1171:25, 1216:6
**guilty** [15] - 1142:13, 1150:14, 1156:20, 1156:23, 1157:8, 1159:2, 1159:19, 1159:20, 1159:23, 1174:2, 1174:5, 1174:23, 1186:21, 1192:20, 1233:12
**gun** [25] - 1043:23, 1138:4, 1138:18,

1138:21, 1155:10, 1169:25, 1170:4, 1170:11, 1172:19, 1173:5, 1173:6, 1183:15, 1184:18, 1184:19, 1184:22, 1184:24, 1185:7, 1217:2, 1217:5, 1217:7, 1218:19, 1218:25, 1232:8, 1240:17

**gung** [1] - 1025:2
**gunned** [4] - 1161:16, 1162:9, 1168:9, 1191:4
**gunpoint** [1] - 1233:7
**guns** [10] - 1137:24, 1167:22, 1170:16, 1170:17, 1170:18, 1170:19, 1172:12, 1189:11, 1199:8, 1240:15
**gunshots** [1] - 1168:17
**Gurino** [10] - 1057:25, 1058:1, 1058:2, 1058:18, 1112:11, 1124:22, 1202:9, 1234:22, 1234:24, 1246:3
**Gus** [5] - 1187:2, 1187:3, 1245:7, 1245:10, 1245:18
**guy** [75] - 1036:1, 1041:25, 1042:9, 1043:19, 1043:20, 1046:18, 1046:20, 1072:17, 1075:7, 1075:21, 1078:10, 1087:24, 1096:15, 1097:5, 1098:4, 1105:15, 1106:1, 1106:7, 1131:14, 1131:23, 1131:24, 1132:2, 1132:3, 1132:13, 1133:10, 1134:15, 1136:21, 1154:16, 1172:4, 1172:22, 1173:25, 1175:9, 1175:11, 1176:19, 1181:9, 1184:13, 1185:11, 1185:13, 1185:18, 1185:21, 1185:24, 1186:2, 1186:3, 1186:6, 1186:9, 1186:19, 1188:6, 1188:8, 1188:11, 1200:9, 1200:11, 1200:12, 1200:16, 1200:23, 1201:8, 1201:17, 1203:3, 1210:1, 1210:3, 1211:2, 1211:16, 1211:17, 1211:20, 1212:4, 1215:5, 1215:8, 1215:9, 1226:17, 1232:15, 1236:14, 1236:23, 1237:9, 1246:3
**Guy** [2] - 1236:10, 1236:13
**guys** [21] - 1066:19, 1079:17, 1091:2, 1098:13, 1131:21, 1135:20, 1164:5, 1169:5, 1170:17, 1173:19, 1183:6, 1186:8, 1192:14, 1203:13, 1203:15, 1219:16, 1219:21, 1235:19, 1245:12, 1245:15, 1246:15

## H

**habit** [4] - 1193:7, 1251:9, 1251:24, 1252:12
**hair** [2] - 1078:10, 1134:14
**half** [8] - 1022:18, 1032:9, 1107:10, 1132:4, 1228:5, 1228:6, 1229:12, 1231:15
**Hampton's** [1] - 1111:12
**Hamptons** [2] - 1085:6, 1109:4
**hand** [13] - 1003:19, 1042:9, 1049:25, 1060:14, 1061:1, 1061:4, 1070:8, 1126:16, 1138:17, 1195:1, 1245:5, 1249:11, 1249:21

**handcuffed** [1] - 1219:3
**handgun** [1] - 1232:4
**handle** [3] - 1043:22, 1078:25, 1182:8
**hands** [1] - 1174:21
**hang** [1] - 1104:13
**hangar** [3] - 1028:16, 1028:22, 1029:5
**hanger** [3] - 1026:17, 1027:17
**hanging** [5] - 1060:8, 1104:14, 1135:11, 1136:19, 1204:13
**happy** [3] - 1039:2, 1054:3, 1193:20
**Happy** [1] - 1129:10
**hard** [4] - 1153:5, 1181:22, 1251:21, 1251:25
**harm** [3] - 1062:11, 1155:21, 1175:14
**Harrigan** [4] - 1158:7, 1180:7, 1180:14, 1180:23
**Haul** [4] - 1080:8, 1080:11, 1084:14, 1084:16
**Haute** [3] - 1092:6, 1092:10, 1093:4
**head** [10] - 1003:20, 1011:23, 1078:11, 1140:9, 1147:9, 1171:11, 1212:23, 1217:15, 1217:16, 1218:20
**hear** [11] - 1002:25, 1006:3, 1014:10, 1016:9, 1020:1, 1044:5, 1057:19, 1099:22, 1181:24, 1200:24, 1209:1
**heard** [14] - 1014:15, 1014:16, 1038:23, 1139:19, 1139:23, 1139:24, 1192:16, 1192:17, 1205:20, 1205:22, 1205:23, 1208:23, 1209:3, 1213:15
**hearing** [3] - 1071:11, 1073:23, 1108:16
**hearsay** [3] - 1007:3, 1007:6, 1014:20
**heart** [4] - 1060:14, 1060:16, 1132:25
**heartbeat** [1] - 1214:5
**hearts** [1] - 1154:23
**heat** [5] - 1095:18, 1097:21, 1172:9, 1227:21, 1240:21
**heated** [2] - 1132:20, 1211:14
**heavily** [1] - 1234:6
**heavy** [7] - 1032:11, 1035:21, 1046:12, 1046:13, 1193:7, 1197:2
**heist** [1] - 1038:21
**hello** [3] - 1136:22, 1136:23, 1136:25
**help** [25] - 1096:15, 1102:25, 1103:17, 1103:25, 1115:17, 1136:6, 1160:3, 1165:7, 1175:24, 1176:1, 1178:2, 1178:3, 1184:21, 1186:5, 1188:1, 1203:3, 1209:3, 1209:6, 1211:18, 1211:25, 1212:1, 1214:10, 1234:24, 1235:2, 1236:11
**helped** [3] - 1175:22, 1178:22, 1179:11, 1194:9, 1194:17, 1241:6
**helping** [2] - 1133:5, 1180:1
**heretofore** [2] - 1157:11, 1159:7
**Herman** [1] - 1063:7
**Herman's** [1] - 1063:8
**heroin** [17] - 1084:19, 1177:21, 1193:7, 1222:21, 1222:23, 1238:4, 1238:6, 1250:15, 1250:17, 1250:18, 1250:21, 1250:23, 1251:9, 1252:7, 1252:8,

1252:10
**hesitation** [4] - 1156:8, 1161:1, 1163:4, 1197:16
**hid** [2] - 1168:6, 1177:14
**hidden** [3] - 1222:25, 1240:20, 1242:24
**hide** [3] - 1191:10, 1242:10, 1246:18
**Higgins** [1] - 1220:4
**high** [4] - 1035:5, 1084:1, 1093:2, 1154:20
**higher** [5] - 1043:8, 1104:4, 1110:15, 1153:20, 1162:17
**highest** [11] - 1025:22, 1053:4, 1061:14, 1064:8, 1064:14, 1064:22, 1065:3, 1065:12, 1068:21, 1071:1, 1141:20
**highways** [1] - 1229:22
**hijackings** [1] - 1157:20
**Hill** [1] - 1241:13
**Hills** [3] - 1158:13, 1236:8, 1236:14
**himself** [10] - 1008:6, 1012:21, 1067:19, 1085:8, 1168:7, 1172:18, 1172:21, 1183:13, 1204:14, 1244:12
**Hippie** [2] - 1177:21, 1177:23
**Hippie's** [1] - 1178:1
**hired** [5] - 1155:10, 1169:13, 1169:14
**hit** [15] - 1067:4, 1067:5, 1167:16, 1197:23, 1205:8, 1211:17, 1217:15, 1217:16, 1218:6, 1218:10, 1247:23, 1247:24, 1248:11, 1249:13, 1249:22
**hitting** [1] - 1217:22
**ho** [1] - 1025:2
**hold** [2] - 1172:1, 1195:7
**holding** [1] - 1217:7
**hole** [1] - 1170:6
**holidays** [1] - 1125:2
**home** [18] - 1023:19, 1023:25, 1047:5, 1096:20, 1104:15, 1131:3, 1153:9, 1161:14, 1163:15, 1216:23, 1217:4, 1217:6, 1217:7, 1217:10, 1236:16, 1236:17, 1236:18, 1236:20
**homes** [1] - 1149:1
**honest** [1] - 1149:16
**honestly** [2] - 1149:13, 1192:23
**Hong** [1] - 1153:10
**Honor** [14] - 1003:8, 1003:22, 1005:11, 1008:7, 1011:13, 1013:12, 1018:4, 1018:14, 1019:17, 1024:23, 1026:2, 1057:4, 1108:11, 1152:19
**HONORABLE** [1] - 1001:12
**hope** [1] - 1160:3
**hopefully** [1] - 1094:12
**hoping** [1] - 1242:23
**horse** [1] - 1093:2
**hospital** [4] - 1123:25, 1250:7, 1250:18, 1250:21
**hostile** [1] - 1131:18
**hot** [1] - 1095:9
**hotel** [2] - 1083:25, 1094:17
**hotels** [2] - 1035:19

GR        OCR        CM        CRR        CSR

**hour** [1] - 1173:15
**hours** [4] - 1071:25, 1176:6, 1226:24, 1227:2
**House** [1] - 1132:11
**house** [53] - 1023:21, 1026:15, 1026:16, 1028:13, 1038:24, 1038:25, 1044:23, 1044:25, 1047:19, 1048:6, 1048:19, 1059:10, 1059:11, 1074:15, 1082:19, 1082:20, 1090:7, 1090:8, 1090:9, 1095:11, 1099:15, 1109:4, 1111:12, 1119:10, 1119:13, 1120:2, 1129:19, 1130:9, 1131:24, 1161:23, 1161:24, 1161:25, 1163:22, 1167:1, 1172:3, 1182:25, 1183:16, 1188:8, 1189:7, 1198:8, 1201:6, 1201:17, 1206:4, 1206:11, 1206:13, 1206:15, 1213:14, 1223:7, 1223:14, 1241:11, 1246:20, 1248:19
**housed** [1] - 1092:13
**houses** [2] - 1035:20, 1045:1
**Houston** [2] - 1087:21, 1087:22
**Howard** [13] - 1022:7, 1040:10, 1040:18, 1044:23, 1047:21, 1050:11, 1059:12, 1119:5, 1122:25, 1124:6, 1129:9, 1135:1, 1140:20
**humiliate** [1] - 1219:13
**hundred** [10] - 1024:16, 1080:25, 1083:18, 1086:7, 1087:1, 1131:24, 1131:25, 1192:24, 1219:14, 1227:2
**hundreds** [3] - 1154:3, 1197:10, 1197:11
**hung** [5] - 1063:17, 1166:8, 1181:11, 1191:18
**Hunt** [2] - 1051:23, 1128:1
**hunted** [2] - 1168:23, 1168:24
**Hunter** [17] - 1109:3, 1109:8, 1109:15, 1110:25, 1111:4, 1111:5, 1111:11, 1111:14, 1111:24, 1112:4, 1112:15, 1112:19, 1112:22, 1113:2, 1114:6, 1181:25, 1182:1
**Hunter's** [1] - 1112:3
**Huntington** [1] - 1115:1
**hurdle** [1] - 1014:12
**hurt** [4] - 1101:19, 1155:13, 1155:23, 1236:22
**husband** [2] - 1188:16, 1189:7
**hush** [1] - 1069:7
**hydroponic** [3] - 1143:13, 1238:25, 1241:18
**hysterically** [2] - 1188:14, 1189:6

## I

**ID** [3] - 1092:7, 1092:9, 1204:15
**idea** [16] - 1021:20, 1025:10, 1025:12, 1025:13, 1027:7, 1091:17, 1098:7, 1104:21, 1150:9, 1176:16, 1179:1, 1179:6, 1183:12, 1187:11, 1219:14, 1224:1

**identification** [5] - 1006:9, 1025:16, 1061:6, 1078:2, 1147:24
**identified** [2] - 1011:22, 1052:5
**identify** [4] - 1007:15, 1016:17, 1016:18, 1145:13
**idle** [2] - 1013:6, 1029:25
**idling** [1] - 1031:7
**Iggy** [17] - 1070:1, 1099:24, 1103:4, 1103:10, 1103:11, 1103:17, 1103:19, 1103:22, 1104:9, 1105:8, 1107:15, 1118:8, 1126:16, 1126:22, 1175:11, 1175:21
**ignore** [2] - 1141:15
**III** [1] - 1065:1
**IIII** [2] - 1078:3, 1253:19
**illegal** [2] - 1226:4, 1241:1, 1242:19
**immediately** [6] - 1108:8, 1220:18, 1224:15, 1224:23, 1225:10, 1225:23
**impeccable** [1] - 1018:19
**implement** [1] - 1121:10
**implicated** [3] - 1010:3, 1018:22, 1019:1
**importance** [2] - 1008:5, 1010:6
**important** [7] - 1045:21, 1045:23, 1045:24, 1046:2, 1050:21, 1050:25
**impress** [2] - 1161:3, 1243:11
**impulse** [1] - 1247:2
**impulsive** [1] - 1033:22
**in-person** [1] - 1088:21
**incarcerated** [6] - 1104:24, 1126:4, 1142:16, 1146:15, 1204:10, 1204:21
**incident** [5] - 1007:25, 1008:20, 1118:11, 1118:23, 1208:17
**include** [1] - 1144:10
**increase** [3] - 1083:15, 1159:25, 1169:17
**increased** [1] - 1083:16
**Indelicato** [3] - 1093:11, 1093:20
**Indiana** [3] - 1092:6, 1092:10, 1093:4
**indicated** [3] - 1184:1, 1203:17, 1247:12
**indicates** [1] - 1012:7
**indicating** [3] - 1109:11, 1111:22, 1117:4
**indicating)** [2] - 1145:15, 1147:10
**indicia** [2] - 1007:17, 1011:20
**indirectly** [1] - 1178:18
**individual** [8] - 1109:11, 1111:22, 1117:4, 1158:6, 1158:9, 1177:21, 1205:18, 1207:9
**individuals** [7] - 1011:16, 1011:17, 1011:21, 1153:5, 1156:18, 1158:2, 1238:20
**indoor** [1] - 1238:25
**induct** [1] - 1129:13
**inducted** [2] - 1130:17, 1153:17
**inflammatory** [2] - 1003:17, 1003:23
**information** [13] - 1008:3, 1008:22, 1008:24, 1014:2, 1019:9, 1041:19, 1044:11, 1048:20, 1140:8, 1145:20,

1147:6, 1157:12, 1159:8
**Ingardia** [4] - 1092:8, 1093:5, 1093:7, 1094:18
**initials** [1] - 1110:16
**injured** [2] - 1248:1, 1250:9
**innocence** [1] - 1216:18
**innocent** [2] - 1043:9, 1167:25
**inside** [21] - 1029:17, 1030:2, 1030:5, 1031:8, 1031:11, 1080:10, 1083:6, 1092:8, 1106:2, 1125:20, 1132:18, 1132:19, 1161:18, 1168:6, 1168:9, 1191:8, 1199:13, 1206:11, 1219:2, 1222:21, 1240:20
**insides** [1] - 1208:7
**instance** [1] - 1017:3
**instead** [6] - 1044:12, 1093:14, 1153:20, 1153:22, 1186:13, 1190:24
**instructed** [2] - 1015:12, 1166:2
**instruction** [2] - 1165:14, 1165:22
**instructions** [1] - 1165:12
**instruments** [1] - 1032:23
**insult** [4] - 1160:14, 1160:23, 1198:23, 1198:25
**insulted** [2] - 1215:19, 1217:1
**integrated** [1] - 1008:15
**intelligent** [1] - 1078:1
**intend** [1] - 1007:9
**intentions** [1] - 1183:9
**intercepts** [1] - 1033:8
**interest** [3] - 1132:4, 1179:3, 1179:9
**interfering** [1] - 1201:20
**intervene** [1] - 1103:20
**introduce** [5] - 1003:1, 1003:9, 1012:7, 1075:19, 1130:25
**introducing** [2] - 1020:11, 1130:23
**introduction** [1] - 1007:19
**investigative** [1] - 1180:16
**invite** [1] - 1094:23
**invited** [1] - 1102:8
**involve** [4] - 1050:12, 1122:19, 1145:16, 1164:15
**involved** [38] - 1008:11, 1024:9, 1033:19, 1033:21, 1046:19, 1048:12, 1060:10, 1060:11, 1069:8, 1085:1, 1085:3, 1085:5, 1092:2, 1092:22, 1092:23, 1092:24, 1104:21, 1112:20, 1113:3, 1113:17, 1123:22, 1133:13, 1143:13, 1144:3, 1149:23, 1164:11, 1174:5, 1174:6, 1183:24, 1191:12, 1191:13, 1192:21, 1201:14, 1201:16, 1216:15, 1222:23, 1233:18, 1238:24
**involvement** [6] - 1012:18, 1081:14, 1084:21, 1092:21, 1112:2, 1221:16
**involving** [1] - 1044:18
**Ireland** [1] - 1097:5
**Irish** [1] - 1024:16
**Island** [19] - 1027:25, 1034:22, 1034:23, 1044:19, 1076:4, 1097:1, 1105:12, 1113:9, 1114:10, 1114:17, 1114:25, 1129:19, 1139:23, 1139:25,

GR      OCR      CM      CRR      CSR

1158:15, 1185:22, 1201:19, 1230:18
**Islip** [2] - 1142:24, 1143:23
**issue** [3] - 1017:1, 1019:12, 1152:12
**issues** [1] - 1019:20
**Italian** [2] - 1131:13, 1160:18

## J

**J.J** [17] - 1112:10, 1112:11, 1124:21, 1124:22, 1124:24, 1125:6, 1125:15, 1127:9, 1127:17, 1127:23, 1128:13, 1129:5, 1129:12, 1129:18, 1131:4, 1131:11
**Jack** [1] - 1126:5
**JACK** [1] - 1001:12
**jacket** [1] - 1172:13
**Jackie** [17] - 1124:15, 1124:19, 1124:24, 1125:4, 1125:14, 1125:16, 1127:3, 1127:9, 1127:17, 1127:21, 1128:4, 1128:11, 1129:12, 1129:15, 1130:6, 1130:14, 1130:25
**jail** [24] - 1023:18, 1046:23, 1061:16, 1072:12, 1072:13, 1117:8, 1127:19, 1143:4, 1165:13, 1165:15, 1165:21, 1181:20, 1181:22, 1185:3, 1204:11, 1221:2, 1224:7, 1225:6, 1225:8, 1226:13, 1226:20, 1227:15, 1227:25, 1237:11
**Jamaica** [5] - 1168:25, 1169:7, 1172:6, 1199:15, 1199:17
**jammed** [2] - 1046:12, 1094:9
**January** [1] - 1233:5
**Jeep** [1] - 1028:19
**jeopardy** [2] - 1008:12, 1010:4
**jerking** [1] - 1131:17
**Jerry** [1] - 1175:9
**Jersey** [1] - 1139:10
**jeweler** [3] - 1236:6, 1236:7
**jewelry** [4] - 1075:21, 1076:13, 1232:16, 1237:1
**JFK** [8] - 1008:2, 1012:2, 1027:18, 1027:19, 1027:21, 1031:10, 1046:15, 1229:6
**JJ** [27] - 1058:2, 1058:8, 1058:18, 1059:5, 1059:7, 1061:21, 1061:23, 1131:18, 1131:20, 1132:2, 1132:4, 1132:12, 1132:14, 1132:19, 1132:20, 1132:21, 1132:23, 1139:18, 1181:15, 1186:25, 1202:9, 1205:9, 1234:22, 1235:2, 1246:3, 1246:4, 1246:5
**Jo** [2] - 1062:24
**job** [21] - 1074:21, 1153:10, 1161:9, 1167:13, 1203:4, 1224:15, 1224:16, 1224:19, 1224:20, 1224:23, 1225:25, 1226:1, 1226:3, 1226:5, 1226:17, 1226:23, 1227:4, 1227:6, 1227:7, 1227:8
**jobs** [1] - 1228:10
**Joe** [18] - 1063:6, 1100:2, 1100:3,

1100:8, 1100:10, 1100:14, 1120:5, 1132:10, 1135:23, 1136:5, 1137:12, 1185:21, 1188:1, 1188:10, 1190:10, 1200:8, 1201:1, 1226:21
**Joey** [7] - 1183:22, 1183:23, 1192:9, 1218:11, 1226:18, 1233:21, 1235:5
**John** [99] - 1006:20, 1023:22, 1047:15, 1047:16, 1048:4, 1048:18, 1051:20, 1051:22, 1052:14, 1053:8, 1053:11, 1054:20, 1054:23, 1055:4, 1055:6, 1057:25, 1058:1, 1063:24, 1066:18, 1067:1, 1067:5, 1067:6, 1067:8, 1067:12, 1067:15, 1068:4, 1068:7, 1068:8, 1068:13, 1070:1, 1070:6, 1070:12, 1073:25, 1074:7, 1074:14, 1075:8, 1075:9, 1076:6, 1081:13, 1081:14, 1081:16, 1081:23, 1084:17, 1084:22, 1084:25, 1085:5, 1085:8, 1085:10, 1085:15, 1086:1, 1086:15, 1091:23, 1092:2, 1092:13, 1092:18, 1093:8, 1093:12, 1093:13, 1093:14, 1093:15, 1093:17, 1093:24, 1094:19, 1095:1, 1098:1, 1100:24, 1101:9, 1104:5, 1109:4, 1113:12, 1116:24, 1117:7, 1117:8, 1117:17, 1119:9, 1119:11, 1126:19, 1128:15, 1128:16, 1128:17, 1144:19, 1157:23, 1158:14, 1158:15, 1164:11, 1164:16, 1172:8, 1186:20, 1186:23, 1225:16, 1226:18, 1244:11, 1244:13, 1244:19, 1244:24, 1244:25, 1245:3
**John's** [4] - 1023:21, 1023:24, 1082:19, 1119:14
**Johnny** [14] - 1047:12, 1047:13, 1070:1, 1079:11, 1084:2, 1101:21, 1101:22, 1117:3, 1117:8, 1166:2, 1166:4, 1168:2, 1169:4, 1225:13
**Johnny's** [5] - 1166:7, 1166:9, 1166:10, 1168:6, 1168:25
**join** [2] - 1183:22, 1183:24
**joined** [1] - 1160:11
**JoJo** [6] - 1052:17, 1062:20, 1062:22, 1066:19, 1114:21, 1128:3
**joke** [1] - 1167:22
**joked** [1] - 1167:21
**Joseph** [4] - 1004:20, 1192:2, 1192:4, 1192:5
**JRS** [3] - 1233:15, 1233:19, 1233:24
**JRS's** [1] - 1233:25
**judge** [26] - 1002:21, 1005:17, 1006:8, 1006:22, 1008:19, 1014:25, 1015:19, 1017:1, 1017:4, 1017:5, 1017:7, 1018:3, 1018:4, 1018:7, 1018:10, 1018:25, 1019:5, 1107:18, 1148:16, 1149:5, 1149:9, 1150:5, 1150:8, 1187:20, 1194:25, 1252:14
**JUDGE** [1] - 1001:13
**Judge** [20] - 1004:4, 1004:14, 1005:25, 1006:2, 1006:16, 1009:10, 1009:22, 1010:16, 1015:18, 1016:23, 1017:19,

1018:6, 1018:17, 1018:24, 1019:3, 1020:18, 1020:21, 1187:25, 1213:3, 1252:5
**judge's** [1] - 1151:24
**judges** [1] - 1018:18
**July** [4] - 1142:8, 1209:17, 1210:10, 1218:11
**jump** [3] - 1161:17, 1183:15, 1188:9
**jumped** [1] - 1161:15
**jumping** [1] - 1138:15
**juncture** [1] - 1017:24
**June** [5] - 1077:4, 1143:9, 1145:25, 1246:9, 1252:2
**Junior** [12] - 1047:25, 1065:7, 1065:20, 1073:25, 1101:9, 1104:5, 1121:24, 1122:1, 1175:24, 1182:18, 1185:21, 1246:15
**junk** [3] - 1071:12, 1073:11, 1106:18
**junkyard** [7] - 1116:4, 1118:25, 1120:9, 1120:11, 1120:13, 1120:19, 1123:9
**JUROR** [2] - 1195:3, 1195:7
**juror** [1] - 1021:1
**jurors** [2] - 1020:25, 1194:25
**jury** [44] - 1001:13, 1002:10, 1019:13, 1019:16, 1020:15, 1020:17, 1020:20, 1020:21, 1021:4, 1024:1, 1033:7, 1036:18, 1043:13, 1049:25, 1057:1, 1062:4, 1065:24, 1075:14, 1077:7, 1085:21, 1107:22, 1108:2, 1108:11, 1108:13, 1108:15, 1109:13, 1111:17, 1113:5, 1117:2, 1125:4, 1131:7, 1136:5, 1143:24, 1151:1, 1151:4, 1151:9, 1151:10, 1195:8, 1195:12, 1195:16, 1195:19, 1222:2, 1223:23, 1252:16
**Jury** [3] - 1056:3, 1152:16, 1252:17
**Justice** [1] - 1005:15
**justification** [1] - 1169:9
**justified** [1] - 1169:8
**Justine** [1] - 1119:21

## K

**Karate** [4] - 1180:22, 1182:6, 1182:7, 1182:8
**keep** [9] - 1012:14, 1020:4, 1084:14, 1085:13, 1089:23, 1148:23, 1153:12, 1170:10, 1177:10
**keeping** [3] - 1016:6, 1020:13, 1085:7
**keeps** [1] - 1020:10
**KELLEY** [1] - 1001:21
**Kennedy** [4] - 1026:17, 1027:23, 1036:4, 1038:21
**kept** [9] - 1017:2, 1066:21, 1131:23, 1137:5, 1177:12, 1177:13, 1180:20, 1240:15
**Kessler** [1] - 1220:4
**Kevin** [107] - 1021:21, 1022:20,

1023:5, 1023:16, 1023:19, 1024:1, 1024:17, 1025:7, 1025:10, 1026:9, 1026:12, 1026:24, 1028:9, 1032:19, 1033:22, 1033:23, 1033:24, 1034:5, 1036:6, 1036:8, 1036:12, 1036:20, 1036:25, 1037:1, 1037:5, 1037:13, 1037:18, 1040:5, 1040:10, 1040:12, 1040:16, 1040:25, 1041:3, 1041:10, 1041:12, 1041:15, 1041:17, 1042:6, 1042:11, 1042:14, 1042:22, 1042:25, 1044:3, 1044:15, 1045:5, 1045:14, 1046:15, 1046:16, 1046:24, 1048:6, 1048:9, 1048:18, 1048:21, 1049:10, 1092:7, 1092:17, 1092:21, 1092:25, 1093:1, 1093:5, 1093:12, 1093:25, 1094:18, 1098:15, 1099:13, 1099:17, 1112:7, 1112:8, 1118:6, 1118:10, 1118:20, 1119:2, 1119:3, 1120:1, 1120:8, 1120:13, 1120:16, 1120:18, 1121:3, 1121:16, 1128:20, 1135:19, 1136:9, 1136:19, 1136:25, 1137:4, 1137:13, 1137:24, 1138:15, 1138:18, 1178:16, 1178:17, 1178:19, 1182:5, 1184:2, 1184:23, 1203:12, 1203:15, 1203:17, 1228:13, 1236:10, 1236:13

**Kevin's** [3] - 1028:13, 1028:19, 1041:11

**Kew** [1] - 1224:25

**key** [1] - 1028:23

**kicked** [5] - 1190:10, 1197:24, 1198:11, 1212:9, 1212:12

**kicks** [2] - 1155:24, 1190:9

**kid** [37] - 1026:16, 1026:18, 1026:19, 1048:20, 1049:1, 1049:15, 1053:24, 1054:3, 1060:11, 1060:12, 1060:13, 1061:2, 1061:4, 1075:10, 1091:20, 1104:5, 1106:18, 1113:24, 1114:9, 1121:15, 1124:11, 1128:20, 1134:14, 1136:1, 1138:12, 1138:14, 1140:24, 1141:14, 1164:18, 1173:14, 1181:13, 1183:13, 1183:24, 1185:10, 1201:3, 1201:4

**kid's** [2] - 1060:18, 1121:17

**kidding** [2] - 1117:25, 1118:1

**kidnapped** [1] - 1155:13

**kidnapping** [1] - 1233:4

**kids** [10] - 1047:6, 1048:2, 1060:8, 1060:9, 1063:3, 1063:17, 1106:15, 1106:16, 1114:10, 1143:6

**kill** [45] - 1047:15, 1067:22, 1091:15, 1091:19, 1101:19, 1133:4, 1133:5, 1134:3, 1136:6, 1161:5, 1163:18, 1164:2, 1164:9, 1165:5, 1165:20, 1172:23, 1172:24, 1173:24, 1181:3, 1182:14, 1182:18, 1183:10, 1185:16, 1185:20, 1186:3, 1186:14, 1186:23, 1187:2, 1187:11, 1188:2, 1188:16, 1191:19, 1191:20, 1192:25, 1193:5, 1193:18, 1193:19, 1193:24, 1228:24, 1231:24, 1231:25, 1239:14, 1246:3,

1246:22

**killed** [72] - 1013:4, 1014:3, 1014:4, 1014:9, 1038:17, 1038:20, 1039:4, 1041:25, 1042:2, 1042:15, 1044:4, 1046:13, 1047:14, 1050:6, 1051:25, 1054:4, 1068:3, 1068:8, 1068:14, 1069:2, 1069:3, 1069:21, 1069:25, 1070:16, 1070:21, 1070:22, 1116:23, 1131:4, 1139:18, 1155:13, 1159:24, 1161:23, 1161:25, 1163:11, 1163:13, 1163:20, 1164:20, 1167:17, 1168:12, 1168:25, 1169:8, 1171:18, 1172:16, 1172:25, 1176:10, 1176:18, 1177:10, 1179:1, 1179:4, 1179:23, 1179:24, 1181:10, 1181:12, 1181:17, 1185:13, 1185:15, 1186:2, 1186:16, 1191:17, 1191:23, 1191:25, 1192:9, 1193:5, 1205:9, 1228:19, 1228:21, 1228:23, 1231:19, 1246:3, 1246:4, 1246:24

**killer** [4] - 1018:22, 1169:13, 1183:14, 1246:22

**killers** [2] - 1178:1, 1181:3

**killing** [9] - 1044:15, 1046:14, 1047:8, 1048:14, 1055:20, 1160:3, 1163:17, 1173:15, 1186:25

**kilo** [1] - 1107:11

**kilos** [2] - 1105:16, 1107:6

**kind** [13] - 1013:7, 1039:2, 1043:20, 1083:10, 1088:25, 1096:22, 1099:12, 1119:17, 1121:3, 1135:6, 1164:4, 1175:14, 1251:25

**Kirby** [2] - 1132:10, 1132:19

**kitchen** [1] - 1126:2

**KKK** [1] - 1064:12

**knife** [7] - 1061:2, 1198:1, 1199:2, 1199:3, 1199:4, 1199:11, 1199:12

**knives** [1] - 1170:20, 1199:8, 1199:10

**knob** [1] - 1098:16

**knock** [1] - 1234:14

**knocked** [6] - 1132:25, 1153:18, 1211:17, 1211:22, 1212:7, 1217:19, 1218:1, 1247:9

**knocking** [1] - 1211:8

**knowing** [3] - 1041:17, 1179:3, 1212:15

**knowledge** [7] - 1012:10, 1025:15, 1048:8, 1176:5, 1183:25, 1190:10, 1200:15

**known** [9] - 1066:8, 1069:6, 1146:17, 1149:14, 1155:7, 1155:16, 1186:20, 1202:12, 1243:9

**Kong** [1] - 1153:10

# L

**labor** [1] - 1227:8

**lack** [1] - 1101:14

**ladies** [2] - 1108:15, 1150:24

**Lafrate** [2] - 1247:21, 1247:24

**LaGuardia** [12] - 1027:24, 1030:24, 1030:25, 1031:3, 1031:13, 1031:25, 1032:5, 1035:13, 1036:3, 1036:6, 1036:23, 1230:16

**laid** [1] - 1059:4

**lam** [4] - 1058:24, 1059:2, 1059:3, 1095:10

**Lampasoma** [1] - 1233:21

**Lampasono** [2] - 1183:22, 1183:23

**lamps** [1] - 1240:22

**land** [1] - 1185:22

**landed** [1] - 1248:16

**Lap** [3] - 1034:14, 1034:15, 1079:12

**Lap's** [1] - 1082:19

**Lapitino** [1] - 1034:16

**lapsed** [1] - 1040:4

**large** [7] - 1082:1, 1083:5, 1083:7, 1086:25, 1088:1, 1238:15, 1244:7

**last** [16] - 1009:2, 1012:5, 1019:20, 1040:6, 1061:12, 1063:8, 1068:16, 1076:1, 1090:10, 1109:19, 1134:11, 1148:4, 1148:6, 1158:3, 1179:7

**lasted** [3] - 1238:8, 1252:7, 1252:8

**late** [24] - 1021:19, 1031:15, 1038:15, 1050:4, 1057:8, 1059:14, 1073:5, 1109:5, 1123:3, 1134:18, 1135:16, 1157:23, 1157:24, 1158:4, 1158:6, 1158:8, 1160:6, 1164:19, 1177:17, 1180:8

**laughed** [2] - 1138:21, 1219:16

**launder** [1] - 1242:18

**laundered** [1] - 1242:14

**laundering** [1] - 1143:11

**LAW** [3] - 1004:24, 1020:21, 1108:11

**law** [16] - 1022:7, 1025:14, 1026:10, 1068:25, 1073:17, 1073:18, 1075:8, 1109:15, 1144:22, 1164:1, 1200:3, 1200:17, 1200:22, 1217:10, 1217:21, 1242:24

**law's** [1] - 1200:9

**lawful** [1] - 1224:13

**lay** [1] - 1118:18

**layers** [1] - 1007:2

**laying** [2] - 1106:5, 1157:2

**LBJ** [1] - 1089:10

**lead** [2] - 1047:13, 1100:19

**leading** [1] - 1050:14

**Leading** [1] - 1118:17

**leaned** [2] - 1168:11, 1249:21

**learn** [4] - 1033:3, 1092:15, 1117:13, 1233:21

**learned** [8] - 1090:1, 1090:12, 1126:16, 1182:17, 1225:8, 1231:18, 1233:17, 1233:22

**learning** [2] - 1053:23, 1179:9

**least** [1] - 1013:3

**leave** [14] - 1031:14, 1055:16, 1096:20, 1099:14, 1101:17, 1102:20, 1113:20, 1113:22, 1113:24, 1124:11, 1132:22, 1137:6, 1203:2, 1243:15

**Leave** [1] - 1184:4
**leaves** [5] - 1056:3, 1151:1, 1151:2, 1235:10, 1252:17
**leaving** [5] - 1173:11, 1173:12, 1173:13, 1173:14, 1188:8
**led** [1] - 1205:10
**Lee** [6] - 1052:17, 1053:7, 1054:9, 1054:19, 1054:20, 1065:21
**Lee's** [2] - 1062:13, 1063:20
**leery** [1] - 1071:10
**left** [29] - 1008:4, 1030:18, 1031:7, 1031:24, 1032:1, 1034:4, 1035:18, 1037:23, 1038:9, 1098:5, 1105:1, 1106:4, 1106:11, 1115:24, 1131:3, 1137:7, 1137:13, 1138:24, 1178:24, 1180:5, 1189:2, 1189:3, 1196:3, 1203:8, 1203:11, 1212:14, 1223:15, 1236:22, 1243:11
**legal** [4] - 1010:4, 1017:21, 1225:25, 1226:1
**legitimate** [10] - 1130:12, 1130:13, 1130:16, 1131:14, 1237:9, 1242:17, 1242:19, 1243:1, 1243:5, 1244:1
**legitimately** [2] - 1216:5, 1227:5
**legitimized** [1] - 1243:4
**lemon** [1] - 1080:9
**Lenny** [27] - 1052:4, 1052:5, 1052:14, 1053:17, 1054:8, 1054:9, 1054:10, 1054:15, 1055:18, 1055:20, 1057:7, 1062:16, 1063:12, 1063:15, 1063:19, 1065:21, 1065:25, 1066:3, 1066:11, 1066:19, 1104:2, 1104:10, 1104:23, 1105:1, 1245:7, 1245:10, 1245:17
**Lenny's** [1] - 1060:7
**Lenora** [2] - 1129:6, 1129:9
**Lenora's** [2] - 1124:25, 1125:5
**lent** [1] - 1081:15
**less** [3] - 1008:23, 1080:25, 1165:2
**Lessamis** [1] - 1241:11
**lesson** [1] - 1197:20
**letter** [11] - 1002:14, 1004:18, 1005:14, 1005:18, 1008:21, 1013:25, 1149:20, 1149:21, 1149:22, 1150:4, 1150:7
**letters** [1] - 1013:15
**level** [6] - 1009:17, 1011:19, 1011:20, 1014:19, 1015:24, 1103:20
**levels** [1] - 1007:7
**liar** [1] - 1237:10
**Liberty** [4] - 1199:24, 1199:25, 1200:4, 1200:8
**license** [1] - 1219:20
**licenses** [1] - 1219:25
**lie** [6] - 1072:4, 1089:22, 1150:12, 1177:14, 1216:17, 1216:21
**lied** [4] - 1072:14, 1072:16, 1235:8
**lies** [1] - 1222:5
**life** [17] - 1016:1, 1058:6, 1084:17, 1103:19, 1127:14, 1131:11, 1134:20, 1148:11, 1149:23, 1150:20, 1153:19, 1156:6, 1170:13, 1181:19, 1184:25,

1199:20, 1247:11
**lifestyle** [1] - 1099:1
**lift** [1] - 1178:7
**light** [1] - 1077:25
**lightly** [2] - 1007:5, 1009:2
**lights** [1] - 1240:23
**limits** [1] - 1182:8
**Lincoln** [1] - 1194:10
**Lindenwood** [2] - 1028:15, 1192:6
**line** [3] - 1083:5, 1116:5, 1132:15
**lined** [2] - 1011:18, 1035:19
**lines** [1] - 1004:16
**linked** [2] - 1093:15, 1093:16
**Lino** [1] - 1026:3
**Liotta** [4] - 1131:15, 1186:25, 1187:1, 1246:6
**list** [2] - 1159:2, 1159:3
**listen** [1] - 1032:22
**listening** [2] - 1025:2, 1037:8
**lists** [2] - 1149:22, 1150:1
**literally** [2] - 1154:3, 1247:6
**live** [2] - 1219:21, 1220:2
**lived** [3] - 1096:5, 1163:5, 1190:22
**lives** [1] - 1127:13
**living** [3] - 1098:25, 1119:13, 1131:11
**load** [9] - 1079:17, 1079:25, 1080:3, 1080:24, 1084:10, 1086:6, 1088:1, 1088:4, 1088:10
**loaded** [2] - 1218:25, 1232:4
**loads** [2] - 1081:25, 1082:24
**local** [1] - 1193:16
**located** [3] - 1199:15, 1199:24, 1239:2
**location** [16] - 1007:15, 1035:24, 1035:25, 1143:22, 1176:8, 1178:14, 1179:7, 1190:25, 1202:19, 1230:11, 1230:14, 1231:3, 1239:7, 1239:17, 1239:19, 1240:10
**locations** [6] - 1028:7, 1034:24, 1201:23, 1238:25, 1240:15, 1240:20
**lock** [2] - 1249:10, 1249:21
**Loco** [2] - 1114:25, 1115:3
**look** [8] - 1005:7, 1005:22, 1021:25, 1027:2, 1097:23, 1210:4, 1210:12, 1224:5
**Look** [1] - 1185:3
**looked** [5] - 1034:11, 1071:25, 1079:18, 1082:24, 1097:15
**looking** [11] - 1029:11, 1032:6, 1045:1, 1072:12, 1089:4, 1095:16, 1227:17, 1242:25, 1246:5, 1246:8
**looks** [3] - 1007:7, 1097:15, 1134:13
**loose** [2] - 1022:18, 1106:17
**lose** [1] - 1106:14
**lost** [2] - 1097:10, 1205:1
**Louie** [3] - 1038:17, 1042:2, 1046:18
**low** [1] - 1059:4
**loyal** [2] - 1127:13, 1213:25
**Luchese** [1] - 1233:19
**lucrative** [4] - 1075:4, 1077:12,

1228:10, 1242:6
**lumber** [1] - 1216:8
**lunch** [1] - 1004:10
**luncheon** [1] - 1107:24
**lungs** [1] - 1132:24
**lying** [2] - 1131:23, 1235:12

## M

**machine** [7] - 1170:16, 1170:17, 1234:11, 1234:13, 1234:15, 1234:16, 1234:17
**mad** [3] - 1132:22, 1165:2, 1215:18
**magically** [1] - 1199:3
**main** [4] - 1029:12, 1156:11, 1168:2, 1242:25
**major** [1] - 1238:13
**male** [1] - 1179:13
**Mall** [2] - 1132:3, 1179:18
**Malone** [5] - 1047:25, 1117:20, 1166:4, 1182:19, 1235:5
**man** [12] - 1049:25, 1067:4, 1067:5, 1156:9, 1166:6, 1167:15, 1168:2, 1191:2, 1192:9, 1199:11, 1213:16
**man's** [1] - 1174:8
**managed** [1] - 1226:2
**Mandarina** [6] - 1114:9, 1114:13, 1114:15, 1114:16, 1115:7, 1115:22
**Mandarina's** [1] - 1114:14
**Manfredi** [5] - 1157:25, 1171:18, 1171:20, 1172:4, 1173:25
**Manhattan** [4] - 1075:21, 1076:21, 1095:11, 1095:24
**manslaughter** [1] - 1157:24
**March** [5] - 1071:6, 1076:22, 1077:1, 1142:18, 1252:1
**marijuana** [64] - 1075:2, 1075:17, 1076:10, 1077:8, 1077:10, 1078:22, 1079:8, 1079:19, 1080:8, 1080:20, 1081:4, 1082:24, 1084:14, 1084:21, 1085:11, 1085:22, 1086:14, 1086:17, 1086:23, 1087:24, 1089:20, 1090:12, 1092:3, 1092:20, 1092:22, 1095:5, 1098:3, 1101:1, 1103:1, 1104:1, 1111:25, 1143:11, 1143:12, 1143:13, 1194:15, 1194:16, 1194:17, 1196:4, 1201:19, 1201:20, 1224:17, 1226:10, 1227:19, 1238:10, 1238:15, 1238:25, 1239:23, 1240:3, 1240:13, 1240:21, 1241:3, 1241:7, 1241:18, 1241:19, 1242:2, 1242:7, 1245:6, 1245:7, 1245:9, 1245:16, 1245:19, 1247:10, 1251:20
**Marino** [2] - 1135:20, 1137:7
**Mario's** [2] - 1216:14, 1216:20
**MARISA** [1] - 1001:18
**marked** [10] - 1002:16, 1004:7, 1004:22, 1005:16, 1025:16, 1026:6, 1061:6, 1061:20, 1078:2, 1078:8,

1147:24
**Market** [1] - 1113:23
**market** [1] - 1111:25
**maroon** [1] - 1161:7
**married** [4] - 1098:24, 1247:12, 1247:14, 1249:25
**Marty** [3] - 1158:11, 1236:10, 1236:12
**Masatona** [1] - 1235:5
**materialized** [1] - 1136:4
**Matteo's** [1] - 1140:19
**matter** [9] - 1006:25, 1009:20, 1011:24, 1016:5, 1017:1, 1018:15, 1173:17, 1219:15, 1228:24
**matters** [2] - 1086:10, 1146:3
**maximum** [2] - 1148:9, 1150:16
**McCabe** [1] - 1201:18
**McMahaon's** [1] - 1092:21
**McMahon** [67] - 1006:5, 1006:11, 1013:17, 1021:21, 1022:20, 1023:5, 1024:1, 1024:17, 1025:7, 1025:10, 1026:24, 1028:9, 1032:19, 1034:5, 1036:6, 1036:8, 1036:25, 1037:5, 1040:5, 1040:12, 1041:1, 1041:3, 1041:10, 1042:6, 1042:23, 1043:1, 1044:3, 1044:15, 1045:5, 1045:14, 1046:15, 1048:9, 1049:10, 1092:7, 1093:5, 1093:25, 1098:15, 1099:17, 1112:8, 1112:24, 1113:15, 1113:20, 1114:2, 1118:6, 1118:11, 1118:20, 1119:2, 1119:3, 1120:1, 1120:8, 1121:3, 1121:16, 1135:19, 1136:9, 1136:20, 1178:16, 1178:17, 1182:5, 1182:10, 1182:11, 1184:2, 1203:13, 1203:15, 1206:6, 1207:10, 1208:2, 1208:16
**McMahon's** [2] - 1026:9, 1207:19
**MDNA** [3] - 1009:7, 1010:18, 1010:24
**meal** [1] - 1162:16
**mean** [41] - 1012:3, 1012:6, 1014:24, 1017:4, 1018:14, 1024:25, 1043:25, 1054:3, 1080:22, 1084:6, 1097:25, 1101:18, 1106:8, 1119:1, 1120:10, 1126:14, 1127:13, 1130:16, 1155:25, 1159:13, 1164:4, 1172:22, 1173:24, 1185:4, 1206:1, 1224:3, 1227:7, 1234:9, 1236:19, 1238:18, 1239:19, 1240:14, 1242:6, 1243:13, 1244:8, 1244:13, 1244:16, 1245:3, 1245:4, 1247:9
**means** [3] - 1075:14, 1084:12, 1170:8
**measure** [1] - 1222:21
**mechanical** [1] - 1002:4
**mediate** [1] - 1055:9
**medication** [3] - 1250:13, 1250:15, 1250:18
**medieval** [1] - 1171:6
**medium** [1] - 1134:16
**meet** [23] - 1026:18, 1028:12, 1029:16, 1029:23, 1040:23, 1072:18, 1072:21, 1072:23, 1073:7, 1073:10, 1077:15,

1077:17, 1082:25, 1083:24, 1088:25, 1089:9, 1091:8, 1095:19, 1099:13, 1117:6, 1125:8, 1130:24, 1183:6
**meeting** [14] - 1076:25, 1077:5, 1094:25, 1095:1, 1097:21, 1102:20, 1102:23, 1122:14, 1122:19, 1123:22, 1124:4, 1124:8, 1190:15, 1209:16
**member** [9] - 1008:1, 1015:7, 1015:16, 1024:12, 1040:12, 1049:22, 1070:9, 1101:6, 1101:13, 1101:22, 1128:21, 1153:23, 1160:4, 1197:23, 1198:10, 1198:15, 1198:19, 1225:11, 1225:12, 1244:23
**members** [11] - 1010:5, 1045:21, 1045:24, 1054:13, 1055:6, 1067:21, 1070:3, 1110:2, 1122:15, 1130:23, 1146:11
**membership** [3] - 1124:15, 1124:20, 1127:9
**memory** [1] - 1222:9
**men** [2] - 1065:19, 1130:21, 1173:10
**mental** [1] - 1154:20
**mentioned** [9] - 1034:19, 1091:9, 1169:25, 1174:23, 1192:25, 1207:9, 1230:14, 1232:12, 1236:5
**Mercedes** [2] - 1132:17, 1235:25
**merely** [1] - 1163:8
**Merrick** [3] - 1114:17, 1115:1
**message** [5] - 1099:14, 1100:3, 1100:5, 1100:6, 1116:10
**messed** [1] - 1154:17
**met** [18] - 1023:24, 1026:14, 1029:24, 1037:23, 1037:24, 1076:17, 1080:5, 1089:2, 1089:10, 1089:12, 1117:11, 1131:12, 1182:11, 1182:12, 1194:3, 1194:6, 1209:18, 1230:5
**meth** [2] - 1251:17, 1251:18
**Miami** [1] - 1247:7
**Michael** [33] - 1004:21, 1007:12, 1011:9, 1012:17, 1025:14, 1025:18, 1025:20, 1026:9, 1026:14, 1026:15, 1026:18, 1026:19, 1026:24, 1028:9, 1031:16, 1032:17, 1033:19, 1034:3, 1034:9, 1034:10, 1040:5, 1111:16, 1111:20, 1111:22, 1112:7, 1113:2, 1114:6, 1171:18, 1180:14, 1180:15, 1180:19, 1180:20, 1182:2
**Michael's** [4] - 1134:22, 1135:10, 1135:21, 1140:5
**mid** [4] - 1050:4, 1111:8, 1126:24, 1164:19
**mid-'70s** [1] - 1157:25
**mid-'90s** [2] - 1158:11, 1158:12
**mid-1990s** [1] - 1175:1
**mid-2000s** [1] - 1245:18
**mid-nineties** [2] - 1111:8, 1126:24
**mid-to-late** [1] - 1164:19
**middle** [2] - 1169:6, 1189:1
**midnight** [1] - 1161:15
**might** [28] - 1015:19, 1018:11,

1028:20, 1032:21, 1042:23, 1043:4, 1049:5, 1058:17, 1060:6, 1069:13, 1102:2, 1107:10, 1114:6, 1114:7, 1190:10, 1199:4, 1199:12, 1199:20, 1208:11, 1219:17, 1223:9, 1233:22, 1235:13, 1240:12, 1240:14, 1251:11, 1251:20
**Mike** [9] - 1047:25, 1117:20, 1158:7, 1166:4, 1180:7, 1180:14, 1180:22, 1182:19, 1235:5
**Mikey** [3] - 1128:18, 1128:20, 1129:1
**mikey** [1] - 1128:24
**million** [8] - 1022:18, 1032:9, 1221:1, 1228:5, 1228:6, 1229:12, 1231:15, 1238:22
**millions** [1] - 1216:3
**mind** [14] - 1014:8, 1020:10, 1038:10, 1047:5, 1073:8, 1073:15, 1084:1, 1086:19, 1126:25, 1137:1, 1141:14, 1147:23, 1212:20, 1247:1
**minds** [1] - 1224:2
**mine** [7] - 1014:11, 1096:5, 1104:25, 1105:10, 1135:23, 1136:1, 1184:17
**mingle** [1] - 1130:25
**minute** [2] - 1005:10, 1151:13
**minutes** [4] - 1030:11, 1031:9, 1055:25, 1108:6
**mispronouncing** [1] - 1170:24
**missed** [1] - 1010:16
**mistake** [2] - 1019:12, 1210:23
**mistaken** [1] - 1192:4
**Mitchell** [4] - 1157:25, 1171:19, 1171:20, 1173:25
**MM** [1] - 1068:19
**MO** [1] - 1041:11
**mob** [9] - 1015:3, 1015:8, 1015:16, 1155:16, 1155:19, 1164:1, 1226:12, 1226:14
**model** [2] - 1156:15, 1170:3
**modification** [1] - 1152:9
**mom** [1] - 1153:9
**mom's** [1] - 1182:24
**moment** [4] - 1015:18, 1016:22, 1048:4, 1152:2
**money** [94] - 1022:3, 1022:19, 1031:8, 1031:11, 1031:12, 1074:21, 1079:9, 1079:10, 1079:16, 1079:17, 1079:22, 1081:25, 1082:10, 1082:13, 1082:14, 1082:15, 1082:19, 1083:2, 1083:6, 1085:16, 1085:18, 1087:8, 1088:9, 1098:18, 1098:25, 1099:25, 1101:1, 1105:9, 1107:12, 1107:15, 1111:24, 1123:8, 1123:9, 1123:12, 1126:13, 1126:14, 1126:15, 1126:17, 1126:22, 1131:14, 1131:15, 1131:16, 1131:17, 1131:22, 1132:5, 1132:12, 1143:11, 1145:16, 1145:17, 1148:18, 1156:12, 1169:14, 1176:2, 1176:3, 1176:7, 1176:21, 1177:2, 1177:3, 1177:4, 1177:12, 1177:13, 1182:1, 1182:2,

1203:25, 1204:17, 1214:23, 1215:1, 1215:13, 1219:11, 1220:9, 1220:20, 1227:19, 1235:11, 1235:13, 1235:14, 1235:15, 1238:24, 1241:25, 1242:8, 1242:11, 1242:14, 1242:19, 1242:20, 1242:24, 1243:1, 1243:4, 1243:11, 1243:13, 1243:24, 1243:25, 1244:7, 1244:8, 1246:18

**Montana's** [2] - 1114:24, 1115:3
**month** [1] - 1146:9
**months** [6] - 1040:7, 1091:25, 1092:1, 1142:14, 1230:20, 1231:12
**moon** [1] - 1251:11
**morning** [22] - 1004:5, 1004:24, 1005:1, 1005:2, 1005:3, 1007:4, 1021:6, 1027:5, 1027:6, 1028:6, 1028:12, 1030:11, 1031:15, 1032:14, 1033:5, 1036:1, 1036:18, 1132:3, 1152:13, 1229:17
**mornings** [1] - 1035:4
**moron** [1] - 1131:21
**mortal** [1] - 1106:20
**mortgage** [1] - 1234:18
**Morty** [6] - 1075:21, 1075:24, 1076:7, 1076:12, 1076:19
**Morty's** [2] - 1076:13, 1077:5
**Moscatiello** [4] - 1107:17, 1126:16, 1187:6, 1187:7
**most** [3] - 1023:1, 1199:7, 1241:18
**mostly** [1] - 1076:12
**mother** [7] - 1023:19, 1143:6, 1153:9, 1217:10, 1217:21, 1248:11
**mother's** [2] - 1038:24, 1090:9, 1183:16
**mother-in-law** [2] - 1217:10, 1217:21
**motion** [3] - 1002:25, 1011:12, 1020:4
**Motor** [1] - 1204:4
**motorcycle** [1] - 1106:1
**mouth** [4] - 1025:5, 1137:5, 1177:10, 1177:13
**move** [4] - 1008:19, 1047:6, 1094:12, 1097:3
**moved** [3] - 1023:20, 1096:24, 1190:24
**movement** [3] - 1027:11, 1029:1, 1030:5
**moving** [4] - 1017:20, 1029:2, 1098:3, 1098:13
**MR** [103] - 1002:19, 1002:21, 1004:14, 1004:25, 1005:3, 1005:5, 1005:9, 1005:24, 1006:5, 1006:18, 1006:20, 1009:22, 1010:16, 1010:20, 1010:23, 1011:3, 1011:7, 1013:19, 1013:22, 1014:16, 1014:18, 1014:21, 1014:25, 1015:19, 1016:15, 1016:22, 1018:4, 1018:10, 1018:24, 1018:25, 1020:9, 1020:18, 1021:10, 1024:23, 1025:5, 1026:2, 1026:8, 1028:2, 1039:7, 1039:9, 1039:13, 1041:21, 1043:10, 1043:17, 1045:16, 1049:11, 1050:14, 1052:12, 1053:14, 1055:22, 1055:25,

1057:4, 1057:5, 1059:21, 1061:18, 1066:6, 1078:6, 1081:20, 1102:3, 1107:2, 1107:18, 1108:6, 1109:2, 1110:17, 1110:19, 1110:21, 1110:23, 1118:18, 1120:21, 1134:2, 1139:12, 1141:8, 1150:23, 1151:6, 1151:12, 1151:18, 1151:22, 1151:24, 1152:1, 1152:3, 1152:6, 1152:10, 1152:19, 1152:21, 1157:2, 1157:15, 1159:1, 1187:20, 1187:22, 1187:25, 1190:2, 1194:25, 1196:2, 1196:19, 1207:2, 1210:6, 1210:9, 1210:11, 1213:3, 1213:5, 1231:1, 1252:5, 1252:14
**MS** [74] - 1002:20, 1003:5, 1003:7, 1003:8, 1003:13, 1003:16, 1003:18, 1003:22, 1003:25, 1004:4, 1004:19, 1004:23, 1005:10, 1005:17, 1005:20, 1005:23, 1005:25, 1006:2, 1006:4, 1006:8, 1006:16, 1006:19, 1006:22, 1008:7, 1008:9, 1008:19, 1009:1, 1009:6, 1009:8, 1009:10, 1010:10, 1010:13, 1011:9, 1013:12, 1013:20, 1015:18, 1016:11, 1016:16, 1016:19, 1016:20, 1016:21, 1016:23, 1017:5, 1018:11, 1019:5, 1019:17, 1019:19, 1019:24, 1020:3, 1023:12, 1024:5, 1057:21, 1058:9, 1060:2, 1062:6, 1066:12, 1067:16, 1069:4, 1069:10, 1069:22, 1072:9, 1078:9, 1101:3, 1101:14, 1112:16, 1115:14, 1116:13, 1116:19, 1117:22, 1118:17, 1122:11, 1122:16, 1126:10, 1131:8
**Mugnolo** [5] - 1163:1, 1163:5, 1163:8, 1163:11, 1190:13
**multiple** [1] - 1007:2
**murder** [57] - 1003:14, 1004:20, 1007:23, 1008:13, 1008:15, 1009:24, 1010:15, 1011:10, 1012:2, 1012:17, 1017:1, 1018:12, 1062:10, 1121:20, 1144:15, 1144:18, 1144:20, 1156:18, 1158:1, 1158:2, 1158:5, 1158:7, 1158:12, 1158:14, 1158:15, 1159:23, 1160:6, 1160:25, 1163:5, 1164:11, 1164:15, 1164:16, 1165:10, 1165:24, 1166:18, 1167:3, 1174:24, 1177:16, 1179:11, 1180:7, 1180:14, 1181:14, 1181:18, 1181:24, 1181:25, 1182:4, 1182:14, 1187:2, 1187:7, 1190:12, 1190:18, 1191:24, 1192:6, 1192:21, 1192:23, 1193:12, 1209:21
**murdered** [3] - 1070:13, 1160:23, 1172:18
**murdering** [1] - 1177:23
**murders** [14] - 1043:13, 1144:13, 1156:17, 1156:23, 1157:9, 1159:16, 1159:19, 1171:17, 1192:19, 1192:24, 1193:14, 1193:25, 1197:6, 1214:22
**must** [3] - 1149:12, 1176:3, 1224:1
**mustache** [3] - 1077:25, 1078:10, 1097:14

# N

**Nadine** [1] - 1235:20
**name** [34] - 1047:22, 1053:2, 1055:13, 1060:18, 1060:21, 1061:12, 1063:8, 1063:10, 1067:6, 1068:16, 1096:8, 1096:10, 1109:19, 1110:11, 1114:4, 1114:5, 1114:23, 1119:20, 1128:25, 1131:15, 1134:11, 1139:4, 1140:21, 1140:22, 1158:3, 1158:4, 1177:21, 1179:6, 1185:18, 1197:13, 1204:3, 1207:9
**named** [11] - 1063:13, 1100:2, 1112:24, 1116:22, 1134:7, 1175:9, 1180:13, 1182:15, 1184:13, 1232:12, 1232:16
**namely** [1] - 1015:16
**names** [8] - 1063:5, 1076:1, 1076:14, 1091:6, 1091:8, 1179:3, 1220:4, 1220:5
**narcotics** [4] - 1250:24, 1251:2, 1251:7, 1251:8
**narrative** [1] - 1239:24
**narrow** [1] - 1153:12
**Nassau** [3] - 1143:3, 1144:2, 1204:11
**nature** [3] - 1015:6, 1117:21, 1199:21
**near** [2] - 1101:25, 1164:2
**nearly** [1] - 1238:22
**necessarily** [1] - 1014:24
**necessary** [1] - 1232:8
**neck** [2] - 1171:11, 1171:25
**Neck** [3] - 1105:12, 1105:13, 1232:19
**need** [16] - 1005:2, 1006:2, 1006:4, 1032:7, 1062:4, 1062:8, 1096:14, 1096:15, 1102:22, 1151:6, 1151:7, 1154:24, 1170:10, 1178:2, 1212:19, 1213:18, 1214:3, 1219:23
**needed** [11] - 1030:17, 1092:16, 1103:19, 1113:13, 1154:25, 1155:1, 1178:7, 1197:19, 1200:18, 1225:15, 1242:10
**needs** [2] - 1006:23, 1238:6
**neighbor** [1] - 1067:5
**neighborhood** [20] - 1037:1, 1040:24, 1041:4, 1045:1, 1046:21, 1063:3, 1066:8, 1071:8, 1129:18, 1136:1, 1138:8, 1139:8, 1153:18, 1155:13, 1164:19, 1169:4, 1169:23, 1172:10, 1172:12, 1182:24
**nephew** [6] - 1052:4, 1053:18, 1053:21, 1055:20, 1057:8, 1066:22
**nervous** [9] - 1040:16, 1041:17, 1042:23, 1044:12, 1059:23, 1088:10, 1088:11, 1089:3, 1096:19
**never** [44] - 1047:11, 1070:8, 1100:6, 1100:22, 1107:16, 1115:9, 1123:12, 1123:13, 1139:16, 1145:12, 1147:9, 1147:14, 1171:14, 1171:15, 1176:3, 1185:8, 1191:23, 1191:24, 1191:25, 1192:5, 1192:16, 1192:17, 1193:18,

1193:24, 1193:25, 1197:25, 1199:25, 1201:4, 1205:22, 1205:23, 1206:15, 1206:16, 1208:2, 1208:3, 1208:9, 1209:15, 1209:16, 1215:13, 1229:2, 1229:7, 1239:25, 1240:2, 1251:18

**NEW** [1] - 1001:1

**new** [4] - 1132:17, 1144:22, 1170:2, 1213:3

**New** [35] - 1001:7, 1001:20, 1001:22, 1001:25, 1002:2, 1034:20, 1069:18, 1077:8, 1077:10, 1078:22, 1079:15, 1080:11, 1090:4, 1091:21, 1095:10, 1095:12, 1095:15, 1095:19, 1097:12, 1104:11, 1125:3, 1129:10, 1139:10, 1183:6, 1183:9, 1184:8, 1201:2, 1201:3, 1241:14, 1242:3, 1242:7, 1246:10, 1250:22

**news** [4] - 1038:20, 1038:23, 1039:1, 1040:8

**newspaper** [5] - 1089:17, 1089:18, 1090:11, 1090:22, 1147:15

**newsstand** [3] - 1202:9, 1202:12, 1202:24

**next** [35] - 1010:8, 1026:20, 1027:25, 1029:13, 1030:22, 1037:22, 1038:8, 1038:19, 1056:6, 1073:24, 1074:5, 1076:16, 1077:13, 1079:6, 1080:2, 1094:16, 1094:17, 1096:18, 1096:23, 1103:9, 1106:13, 1106:22, 1107:25, 1108:21, 1127:23, 1132:11, 1133:15, 1137:8, 1138:23, 1141:6, 1158:17, 1189:13, 1195:22, 1206:17, 1230:22

**nice** [2] - 1035:21, 1243:18

**Nickerson** [5] - 1018:4, 1018:6, 1018:17, 1019:3

**nickname** [1] - 1142:1

**Nicky** [18] - 1052:17, 1053:17, 1054:8, 1054:9, 1054:10, 1054:15, 1055:18, 1060:7, 1062:16, 1062:20, 1063:11, 1063:15, 1063:19, 1065:24, 1066:19, 1104:2, 1104:5, 1104:10

**Nicky's** [1] - 1065:21

**night** [24] - 1012:5, 1019:21, 1059:13, 1099:14, 1129:4, 1131:2, 1135:13, 1135:17, 1137:4, 1137:25, 1161:14, 1166:18, 1166:20, 1173:10, 1208:20, 1213:7, 1214:15, 1214:18, 1216:8, 1248:10, 1248:11, 1252:6, 1252:15, 1252:18

**nighttime** [1] - 1135:14

**nine** [2] - 1108:16, 1157:9

**nineties** [8] - 1111:7, 1111:8, 1111:9, 1123:3, 1126:24, 1135:16, 1251:23

**no-show** [4] - 1224:19, 1224:20, 1226:3, 1226:5

**nobody** [4] - 1061:24, 1175:14, 1188:25, 1236:21

**noise** [1] - 1208:23

**none** [4] - 1003:11, 1068:12, 1162:15, 1179:5

**normal** [3] - 1175:19, 1185:6, 1185:9

**normally** [1] - 1230:8

**NORRIS** [36] - 1001:18, 1005:5, 1005:9, 1006:5, 1006:18, 1006:20, 1009:22, 1013:19, 1013:22, 1021:10, 1025:25, 1026:2, 1026:8, 1028:2, 1039:13, 1052:12, 1055:25, 1057:4, 1057:5, 1061:18, 1078:6, 1107:2, 1107:18, 1108:6, 1109:2, 1110:17, 1110:19, 1110:21, 1110:23, 1118:18, 1134:2, 1150:23, 1152:6, 1187:20, 1196:19, 1210:11

**north** [1] - 1032:1

**notch** [1] - 1193:6

**nothing** [16] - 1003:22, 1038:2, 1038:11, 1044:6, 1051:2, 1075:4, 1089:23, 1096:14, 1136:3, 1136:4, 1173:10, 1186:3, 1189:5, 1201:13, 1204:22, 1231:14

**noticed** [1] - 1007:9

**notified** [2] - 1180:17, 1246:9

**Nucci** [2] - 1193:15, 1233:4

**number** [13] - 1003:12, 1003:13, 1005:14, 1052:11, 1066:25, 1117:16, 1137:2, 1158:16, 1197:12, 1210:9, 1230:2, 1238:23, 1253:12

**Number** [2] - 1186:20, 1186:24

**numbers** [1] - 1013:16

**numerous** [3] - 1156:18, 1170:1, 1197:7

## O

**o'clock** [4] - 1001:9, 1027:6, 1252:15

**O'Neil** [1] - 1201:18

**oath** [3] - 1021:3, 1221:22, 1223:24

**objection** [43] - 1011:12, 1023:12, 1024:5, 1024:23, 1039:7, 1041:21, 1043:10, 1043:17, 1045:16, 1049:11, 1050:14, 1053:14, 1055:22, 1057:21, 1058:9, 1059:21, 1060:2, 1062:6, 1066:6, 1066:12, 1067:16, 1069:4, 1069:10, 1069:22, 1072:9, 1081:20, 1101:3, 1101:14, 1102:3, 1112:16, 1115:14, 1116:13, 1116:19, 1117:22, 1118:17, 1120:21, 1122:11, 1122:16, 1126:10, 1131:8, 1139:12, 1141:8, 1196:19

**obligations** [3] - 1149:10, 1149:19, 1225:10

**observe** [3] - 1029:19, 1031:19, 1031:22

**observed** [1] - 1030:17

**observing** [4] - 1032:16, 1032:18, 1032:20

**obtained** [10] - 1025:23, 1053:4, 1061:14, 1064:8, 1064:14, 1064:22, 1065:3, 1065:12, 1068:21, 1069:12

**occasion** [3] - 1119:15, 1136:8,

1203:12

**occasions** [2] - 1087:11, 1182:5

**occur** [2] - 1020:7, 1047:18

**occurred** [6] - 1002:10, 1009:14, 1107:22, 1108:2, 1195:8, 1195:12

**ocean** [1] - 1097:7

**October** [2] - 1131:5, 1246:4

**OF** [3] - 1001:1, 1001:4, 1001:12

**offense** [1] - 1192:3

**offer** [8] - 1012:17, 1017:8, 1025:25, 1061:18, 1078:6, 1151:17, 1152:6, 1152:8

**offered** [3] - 1151:18, 1216:17, 1244:23

**office** [2] - 1176:6, 1176:7

**officer** [3] - 1071:21, 1072:4, 1072:15

**Officer** [5] - 1209:9, 1209:21, 1211:8, 1213:17, 1214:2

**officers** [1] - 1072:17

**offices** [1] - 1146:5

**official** [1] - 1110:25

**often** [2] - 1136:15, 1136:17

**old** [6] - 1040:18, 1047:21, 1134:17, 1164:1, 1171:3, 1194:6

**old-fashioned** [1] - 1171:3

**old-time** [1] - 1164:1

**older** [4] - 1023:24, 1097:8, 1105:21

**oldest** [1] - 1064:7

**Oldsmobile** [1] - 1135:9

**once** [12] - 1007:5, 1009:2, 1027:22, 1081:1, 1082:14, 1086:15, 1093:17, 1136:18, 1152:4, 1194:9, 1236:20, 1251:11

**one** [92] - 1005:10, 1006:11, 1008:10, 1013:3, 1015:18, 1016:15, 1018:17, 1019:6, 1020:25, 1030:9, 1031:7, 1031:22, 1046:3, 1058:20, 1060:6, 1061:3, 1070:7, 1080:23, 1081:1, 1082:1, 1088:3, 1093:23, 1097:7, 1097:8, 1099:13, 1100:3, 1102:7, 1114:25, 1115:1, 1115:5, 1124:14, 1139:16, 1144:5, 1144:9, 1146:8, 1146:9, 1152:1, 1155:12, 1157:9, 1157:23, 1161:11, 1161:14, 1164:4, 1167:10, 1167:14, 1170:1, 1170:2, 1172:23, 1173:8, 1176:1, 1176:17, 1178:19, 1180:15, 1182:23, 1188:8, 1191:18, 1192:3, 1192:23, 1199:10, 1202:16, 1203:20, 1212:9, 1212:11, 1213:3, 1217:25, 1218:6, 1218:7, 1218:10, 1218:19, 1219:20, 1220:22, 1224:12, 1226:2, 1226:12, 1228:2, 1228:4, 1229:11, 1229:15, 1229:17, 1231:6, 1234:12, 1236:6, 1237:23, 1239:2, 1239:11, 1241:11, 1244:20, 1250:21

**ones** [4] - 1144:10, 1159:9, 1192:19, 1221:4

**ongoing** [3] - 1185:23, 1185:25, 1198:17

**open** [6] - 1020:10, 1032:4, 1151:4, 1191:8, 1204:14, 1249:21
**opened** [4] - 1036:1, 1132:18, 1138:16, 1204:3
**opens** [1] - 1028:23
**operate** [3] - 1038:7, 1039:20, 1231:11
**operating** [1] - 1238:17
**operation** [16] - 1012:24, 1013:7, 1085:11, 1086:18, 1092:3, 1092:22, 1143:14, 1238:13, 1238:19, 1240:24, 1241:10, 1241:13, 1241:16, 1245:6, 1245:9, 1245:14
**operations** [5] - 1239:2, 1239:20, 1240:16, 1245:7, 1245:16
**opinion** [2] - 1035:9, 1127:11
**opportunity** [6] - 1004:5, 1005:4, 1019:21, 1021:17, 1227:16, 1227:18
**opposite** [3] - 1011:4, 1057:12, 1239:7
**order** [6] - 1012:21, 1012:24, 1014:4, 1015:11, 1015:15, 1246:19
**ordered** [2] - 1073:17, 1207:23
**orders** [3] - 1068:2, 1068:4, 1068:9
**ordinary** [1] - 1003:14
**Orena** [7] - 1109:18, 1109:23, 1109:24, 1191:17, 1191:19, 1191:23, 1191:25
**Orena's** [1] - 1109:22
**organization** [1] - 1238:16
**organize** [2] - 1079:19, 1165:9
**Organized** [1] - 1144:2
**organized** [19] - 1024:9, 1024:12, 1045:21, 1046:6, 1046:8, 1067:21, 1070:7, 1070:16, 1072:18, 1074:5, 1114:18, 1153:23, 1193:17, 1215:9, 1225:11, 1225:23, 1226:2, 1228:12, 1237:10
**originated** [1] - 1066:17
**otherwise** [1] - 1227:5
**Otisville** [1] - 1069:18
**out-of-court** [2] - 1014:12, 1014:14
**outcome** [2] - 1039:18, 1055:15
**outside** [14] - 1027:23, 1034:20, 1114:11, 1125:19, 1125:23, 1137:17, 1137:18, 1140:19, 1166:22, 1167:15, 1168:1, 1189:7, 1207:14, 1230:5
**outstanding** [1] - 1019:20
**over-the-counter** [1] - 1202:23
**overall** [1] - 1006:25
**overnight** [2] - 1079:6, 1087:22
**overruled** [13] - 1024:6, 1050:15, 1055:23, 1058:10, 1060:3, 1101:4, 1101:15, 1102:4, 1116:20, 1117:23, 1118:19, 1126:11, 1131:9
**overseeing** [1] - 1081:16
**owed** [1] - 1132:13
**own** [10] - 1015:4, 1015:14, 1102:1, 1147:23, 1188:23, 1188:24, 1199:10, 1215:6, 1238:6
**owned** [7] - 1114:16, 1114:24, 1114:25, 1132:3, 1185:8, 1187:12, 1202:9

**owner** [5] - 1121:20, 1158:14, 1185:13, 1187:16, 1200:2
**Ozone** [4] - 1172:4, 1199:24, 1199:25, 1200:4

## P

**PA** [1] - 1003:5
**Pacific** [1] - 1104:11
**pack** [1] - 1222:4
**padded** [2] - 1249:4, 1249:6
**page** [27] - 1006:17, 1007:23, 1007:24, 1008:20, 1009:4, 1009:13, 1011:11, 1012:6, 1012:19, 1013:1, 1017:20, 1027:25, 1056:6, 1106:22, 1107:25, 1108:21, 1133:15, 1148:4, 1148:6, 1158:17, 1183:13, 1195:22, 1206:17, 1210:4, 1230:22
**pager** [1] - 1191:21
**paid** [12] - 1082:15, 1085:22, 1105:4, 1105:8, 1107:16, 1115:8, 1115:9, 1169:14, 1175:17, 1182:1, 1182:2, 1215:23
**pain** [4] - 1250:11, 1250:13, 1250:15, 1250:18
**paint** [1] - 1199:24
**Paint** [4] - 1199:24, 1199:25, 1200:4, 1200:8
**paints** [1] - 1008:15
**pallid** [1] - 1003:4
**Palm** [1] - 1186:25
**Palmetto** [1] - 1132:3
**Palone** [2] - 1245:7, 1245:10
**Pancake** [1] - 1132:11
**Panzarella** [8] - 1100:2, 1100:3, 1100:8, 1100:10, 1100:14, 1192:2, 1192:4, 1192:5
**papers** [2] - 1017:20, 1236:1
**paragraph** [10] - 1008:20, 1009:3, 1009:4, 1009:13, 1011:10, 1011:11, 1013:1, 1013:13, 1017:20, 1152:1
**paragraphs** [2] - 1012:12, 1157:9, 1159:5
**parent** [2] - 1153:3, 1153:5
**Park** [14] - 1096:3, 1132:3, 1140:20, 1140:21, 1140:22, 1172:4, 1183:7, 1183:9, 1184:8, 1199:24, 1200:1, 1200:5, 1201:2, 1201:3
**park** [9] - 1026:21, 1027:1, 1028:3, 1029:3, 1029:10, 1096:6, 1140:21, 1140:22, 1178:4
**parked** [2] - 1029:11, 1037:11
**parking** [17] - 1028:23, 1028:24, 1028:25, 1029:1, 1029:5, 1029:6, 1029:8, 1029:9, 1029:10, 1030:18, 1114:8, 1143:5, 1143:6, 1184:6, 1184:7, 1188:3, 1207:15
**Parkway** [3] - 1032:4, 1035:18, 1104:11

**parlor** [1] - 1048:10
**parole** [22] - 1071:15, 1071:17, 1071:21, 1071:24, 1072:4, 1072:14, 1072:17, 1072:19, 1074:22, 1074:23, 1092:9, 1097:20, 1150:21, 1224:10, 1224:12, 1225:4, 1225:22, 1227:13, 1228:3, 1251:24, 1251:25, 1252:1
**part** [16] - 1015:9, 1052:14, 1062:24, 1063:14, 1063:16, 1065:21, 1116:23, 1166:21, 1175:19, 1196:14, 1196:15, 1221:9, 1231:9
**participate** [3] - 1160:25, 1186:17, 1187:5
**participated** [4] - 1039:24, 1054:5, 1054:8, 1121:19
**participation** [2] - 1157:11, 1159:7
**particular** [9] - 1011:21, 1013:14, 1127:16, 1161:5, 1162:14, 1163:5, 1166:19, 1192:15, 1198:16
**particularly** [1] - 1008:8
**partner** [2] - 1187:11, 1245:10
**partner's** [1] - 1187:17
**partners** [3] - 1053:6, 1054:16, 1122:5
**parts** [2] - 1122:5, 1123:9
**party** [4] - 1119:10, 1119:15, 1119:17, 1119:19
**partying** [1] - 1114:11
**pass** [5] - 1061:24, 1062:2, 1062:5, 1062:8, 1159:12
**passed** [3] - 1023:19, 1051:15, 1069:1
**past** [4] - 1019:10, 1038:13, 1247:12, 1251:10
**Pasta** [1] - 1245:20
**pastures** [1] - 1038:12
**pat** [1] - 1063:11
**patrons** [1] - 1168:13
**Patsy** [11] - 1047:25, 1166:4, 1166:25, 1171:21, 1171:25, 1172:7, 1175:23, 1177:9, 1182:18, 1182:22, 1235:5
**patsy** [1] - 1117:20
**Patta** [2] - 1132:10, 1132:19
**pattern** [1] - 1006:9
**patterns** [1] - 1006:10
**Paul** [4] - 1068:15, 1068:20, 1068:23, 1070:13
**Paul's** [1] - 1068:16
**Pause** [3] - 1152:5, 1157:5, 1210:14
**pause** [6] - 1005:13, 1006:1, 1006:15, 1006:21, 1011:8, 1020:24
**pay** [23] - 1079:3, 1079:8, 1079:19, 1079:24, 1082:16, 1082:18, 1083:3, 1098:18, 1099:25, 1100:15, 1105:8, 1105:9, 1107:12, 1115:13, 1132:5, 1136:6, 1149:2, 1187:9, 1215:22, 1243:1, 1243:3, 1243:14
**paying** [4] - 1116:18, 1131:16, 1181:25
**payroll** [2] - 1031:8, 1031:12
**Pecchio** [3] - 1063:6, 1065:2, 1065:20
**penalty** [9] - 1075:4, 1144:16,

1144:21, 1144:22, 1148:9, 1150:17, 1150:18, 1150:19, 1151:5

**pending** [1] - 1213:2

**Pennsylvania** [1] - 1237:24

**people** [61] - 1008:10, 1024:8, 1034:8, 1034:11, 1043:6, 1043:7, 1046:5, 1046:8, 1046:21, 1051:18, 1060:6, 1074:22, 1081:3, 1083:24, 1091:7, 1091:8, 1094:8, 1099:24, 1113:22, 1117:16, 1127:19, 1130:12, 1130:13, 1130:16, 1118:17, 1130:17, 1130:19, 1136:3, 1144:25, 1145:2, 1145:4, 1154:13, 1154:14, 1154:15, 1154:20, 1154:23, 1155:23, 1156:7, 1164:6, 1164:25, 1165:1, 1168:16, 1169:7, 1172:10, 1172:13, 1176:1, 1179:4, 1180:23, 1182:21, 1185:7, 1185:24, 1192:25, 1205:20, 1225:4, 1238:21, 1241:6, 1243:11, 1251:25

**Pepitone** [2] - 1157:23, 1197:14

**pepper** [1] - 1080:9

**per** [2] - 1079:24, 1164:15

**perceived** [1] - 1172:7

**percent** [5] - 1024:16, 1082:4, 1082:5, 1192:22

**percentage** [1] - 1082:3

**perhaps** [4] - 1013:14, 1151:7, 1152:13, 1193:2

**period** [6] - 1040:2, 1072:17, 1145:1, 1157:12, 1157:22, 1165:17

**permission** [3] - 1067:15, 1067:22, 1067:25

**permitted** [1] - 1072:18

**person** [22] - 1013:3, 1014:22, 1015:7, 1015:13, 1047:13, 1047:15, 1051:25, 1073:1, 1073:4, 1088:21, 1103:9, 1110:7, 1131:12, 1136:5, 1154:17, 1155:7, 1169:18, 1176:17, 1177:6, 1233:7, 1234:21

**personal** [9] - 1155:23, 1155:24, 1155:25, 1156:15, 1193:13, 1198:23, 1198:25, 1238:6, 1247:11

**personality** [1] - 1024:4

**perspective** [1] - 1032:6

**pertain** [1] - 1050:18

**Pete** [12] - 1103:11, 1103:13, 1124:10, 1125:9, 1125:10, 1128:3, 1129:6, 1129:7, 1129:12

**Pete's** [1] - 1129:5

**Peter** [8] - 1021:5, 1109:18, 1122:19, 1122:21, 1123:22, 1124:4, 1124:9, 1253:4

**ph** [2] - 1158:11, 1216:12

**Phil** [11] - 1058:13, 1058:15, 1058:16, 1058:18, 1059:5, 1059:6, 1059:20, 1061:1, 1061:22, 1061:24, 1061:25

**Phil's** [3] - 1059:10, 1059:11, 1059:18

**phone** [4] - 1088:19, 1217:15, 1217:16, 1217:23

**phony** [2] - 1092:7, 1092:9

**photo** [5] - 1003:19, 1003:21, 1003:23, 1020:5, 1061:8

**photograph** [4] - 1003:3, 1003:4, 1078:4, 1097:15

**photographs** [2] - 1002:17, 1002:18

**photos** [4] - 1003:1, 1003:9, 1147:8, 1147:11

**physical** [2] - 1147:17, 1209:8

**physically** [2] - 1077:23, 1077:24

**pick** [3] - 1119:6, 1145:6, 1155:25

**picked** [7] - 1118:24, 1119:4, 1120:8, 1120:10, 1174:12, 1178:23, 1194:17

**picks** [1] - 1033:11

**picture** [1] - 1008:15

**piece** [1] - 1222:25

**pigeon** [1] - 1104:14

**pipeline** [1] - 1077:11

**pistol** [3] - 1042:9, 1132:23, 1188:11

**Pizza** [3] - 1183:7, 1183:10, 1184:8

**pizza** [2] - 1183:17, 1184:1

**place** [51] - 1022:2, 1027:22, 1031:17, 1031:20, 1031:21, 1031:23, 1035:9, 1035:14, 1035:23, 1036:7, 1040:9, 1050:3, 1050:8, 1051:6, 1051:10, 1051:13, 1053:18, 1058:12, 1059:9, 1061:25, 1074:10, 1076:25, 1077:2, 1090:18, 1091:24, 1104:17, 1107:19, 1119:9, 1122:24, 1122:25, 1125:8, 1125:14, 1125:18, 1129:24, 1130:2, 1132:6, 1137:9, 1165:23, 1166:16, 1175:15, 1177:9, 1183:17, 1184:1, 1184:10, 1204:10, 1206:15, 1207:20, 1222:14, 1229:6, 1229:8, 1249:3

**placed** [1] - 1219:2

**places** [1] - 1116:18

**plan** [8] - 1022:18, 1021:14, 1026:22, 1032:8, 1038:4, 1079:19, 1165:9, 1166:6, 1166:8, 1173:24, 1190:16, 1235:4

**planned** [5] - 1185:16, 1191:1, 1227:15, 1228:3, 1228:12

**planning** [6] - 1165:15, 1183:18, 1183:19, 1229:11, 1230:20, 1231:12

**plant** [4] - 1158:14, 1185:13, 1188:5, 1188:6

**plants** [3] - 1240:21, 1245:21

**plaque** [4] - 1002:20, 1002:22, 1020:5, 1020:11

**plaque's** [1] - 1002:22

**playing** [1] - 1048:2

**Plaza** [2] - 1001:19, 1002:1

**plea** [3] - 1150:14, 1157:4, 1185:14

**plead** [1] - 1156:23

**pled** [13] - 1142:13, 1156:20, 1157:8, 1159:2, 1159:19, 1159:20, 1159:23, 1174:2, 1174:5, 1174:23, 1186:21, 1192:19, 1233:12

**plot** [1] - 1167:3

**plunge** [1] - 1198:1

**plus** [1] - 1079:25

**plywood** [1] - 1206:10

**point** [32] - 1011:6, 1018:7, 1018:8, 1018:25, 1019:6, 1038:10, 1040:13, 1048:9, 1076:3, 1083:20, 1084:18, 1086:13, 1099:4, 1103:22, 1136:15, 1146:10, 1151:7, 1151:8, 1160:8, 1175:3, 1178:13, 1184:9, 1190:3, 1193:8, 1198:1, 1207:23, 1209:20, 1214:7, 1234:12, 1244:20, 1252:4

**pointed** [2] - 1106:9, 1218:19

**pointing** [1] - 1249:20

**police** [32] - 1013:5, 1027:11, 1030:20, 1033:3, 1033:6, 1033:10, 1036:4, 1036:21, 1037:2, 1037:11, 1037:17, 1037:23, 1045:12, 1045:13, 1172:9, 1184:9, 1202:25, 1203:2, 1203:4, 1203:6, 1203:8, 1209:12, 1209:13, 1209:14, 1209:15, 1209:24, 1210:2, 1210:18, 1211:1, 1213:11, 1229:24, 1230:7

**pool** [3] - 1168:7, 1168:10, 1168:11

**pools** [1] - 1080:21

**popular** [1] - 1166:16

**Port** [2] - 1030:20, 1033:4

**pose** [1] - 1213:6

**position** [18] - 1006:25, 1052:7, 1064:8, 1064:14, 1064:22, 1065:3, 1065:12, 1071:1, 1093:22, 1103:15, 1104:4, 1110:13, 1125:12, 1126:18, 1129:2, 1141:20, 1152:10, 1173:18

**positive** [1] - 1224:22

**possession** [4] - 1170:1, 1184:19, 1184:24, 1185:7

**possibility** [2] - 1009:19, 1150:21

**possible** [3] - 1014:8, 1024:12, 1234:6

**possibly** [2] - 1010:2, 1049:1

**posture** [2] - 1217:24, 1217:25

**pot** [5] - 1201:1, 1201:6, 1202:9, 1203:13, 1247:8

**potent** [1] - 1241:21

**potential** [1] - 1048:20

**pound** [8] - 1079:24, 1080:1, 1080:23, 1081:1, 1081:11, 1086:14, 1084:13

**pounded** [2] - 1080:21, 1080:22, 1081:1

**pounds** [10] - 1077:24, 1080:25, 1083:15, 1083:18, 1087:1, 1088:6

**poured** [2] - 1118:25, 1133:10

**powder** [1] - 1080:9

**power** [3] - 1154:20, 1156:12, 1202:3

**powered** [1] - 1240:24

**powerful** [3] - 1155:5, 1170:4, 1218:9

**preclude** [1] - 1007:18

**precluded** [2] - 1012:12, 1019:8

**pregnant** [4] - 1248:6, 1248:7, 1248:14

**preliminarily** [3] - 1003:2, 1019:25, 1020:6

**preliminary** [2] - 1004:12, 1010:24

**prepared** [2] - 1004:9, 1232:8

**preparing** [1] - 1085:8

**presence** [9] - 1027:11, 1030:20, 1033:3, 1033:6, 1036:4, 1036:22, 1037:3, 1108:17, 1229:25

**present** [16] - 1002:12, 1011:23, 1014:7, 1020:19, 1021:4, 1057:1, 1108:9, 1108:10, 1108:13, 1152:15, 1195:17, 1195:18, 1195:19, 1207:15, 1214:20, 1222:11

**preservation** [2] - 1188:23, 1188:25

**pressure** [1] - 1170:9

**pretense** [1] - 1215:12

**pretty** [19] - 1024:10, 1029:6, 1036:11, 1098:25, 1104:5, 1130:5, 1140:3, 1168:14, 1170:4, 1182:7, 1193:6, 1193:7, 1198:22, 1202:18, 1205:16, 1207:21, 1241:16, 1243:19, 1252:12

**prevent** [1] - 1014:4

**previous** [2] - 1011:22, 1039:13

**previously** [1] - 1214:12

**price** [2] - 1131:25, 1155:21

**Prima** [1] - 1245:20

**prison** [25] - 1021:12, 1071:5, 1071:11, 1071:15, 1073:23, 1074:23, 1076:22, 1076:24, 1085:9, 1085:12, 1085:15, 1086:11, 1091:23, 1092:8, 1092:11, 1093:10, 1093:16, 1119:11, 1126:4, 1139:10, 1142:14, 1143:16, 1148:11, 1150:20, 1159:13

**privacy** [1] - 1096:22

**private** [1] - 1153:3

**probative** [2] - 1017:9, 1017:13

**problem** [22] - 1073:9, 1073:22, 1075:9, 1099:4, 1100:1, 1106:19, 1132:12, 1162:9, 1172:7, 1177:6, 1193:8, 1193:16, 1239:25, 1240:2, 1250:25, 1251:2, 1251:5, 1251:8, 1251:22, 1251:24, 1252:2, 1252:3

**problems** [10] - 1025:1, 1025:4, 1066:20, 1083:21, 1116:6, 1164:18, 1172:15, 1193:13, 1227:9, 1240:8

**proceed** [8] - 1019:15, 1021:8, 1027:24, 1057:3, 1058:11, 1108:20, 1142:20, 1144:7

**proceeded** [4] - 1031:9, 1114:12, 1167:2, 1188:11

**proceeding** [8] - 1014:6, 1014:7, 1194:22, 1194:24, 1196:9, 1196:13, 1222:2

**Proceedings** [1] - 1002:4

**proceedings** [1] - 1014:8

**proceeds** [2] - 1107:10, 1242:18

**prod** [2] - 1123:16, 1123:17

**produced** [2] - 1002:4, 1151:22

**product** [1] - 1124:1

**proffer** [8] - 1143:24, 1143:25, 1144:3, 1145:8, 1193:22, 1200:7, 1201:11, 1205:25

**proffered** [4] - 1143:22, 1192:22, 1192:24, 1209:19

**proffering** [1] - 1209:17

**proffers** [2] - 1143:20, 1209:21

**profit** [2] - 1082:2, 1086:6

**profits** [3] - 1081:23, 1084:10, 1087:3

**Program** [1] - 1146:18

**promised** [1] - 1132:4

**prong** [1] - 1017:22

**proof** [3] - 1017:8, 1046:11, 1249:5

**proper** [1] - 1007:13

**properly** [2] - 1010:24, 1012:12

**property** [2] - 1122:6, 1145:17

**proposal** [2] - 1127:21, 1129:21

**propose** [3] - 1124:20, 1127:9, 1127:17

**proposed** [3] - 1004:1, 1124:15, 1131:20

**proposing** [1] - 1124:23

**prosecution** [3] - 1008:3, 1017:16, 1200:18

**prosecutor's** [1] - 1146:5

**prosecutors** [1] - 1145:19

**prospects** [1] - 1075:11

**protect** [13] - 1012:21, 1015:10, 1015:11, 1015:15, 1168:7, 1177:7, 1214:3, 1217:11, 1218:5, 1219:12, 1227:11, 1227:12, 1240:15

**protecting** [2] - 1008:5, 1176:18

**protection** [4] - 1175:3, 1191:10, 1191:22, 1228:17

**protector** [1] - 1175:12

**proud** [2] - 1167:10, 1167:11

**prove** [1] - 1216:17

**proven** [1] - 1015:3

**provided** [5] - 1011:23, 1147:6, 1157:9, 1159:5, 1210:7

**providing** [2] - 1145:20, 1175:3

**PS** [1] - 1239:8

**psychological** [1] - 1154:19

**public** [4] - 1168:19, 1239:7, 1241:1, 1241:8

**pull** [5] - 1031:3, 1035:20, 1172:19, 1188:11, 1249:10

**pulled** [15] - 1029:14, 1030:10, 1031:1, 1031:4, 1036:22, 1041:6, 1048:6, 1049:8, 1060:11, 1087:23, 1132:16, 1132:22, 1138:18, 1167:6, 1173:5

**pulling** [2] - 1048:18, 1089:22, 1172:22

**Puma** [1] - 1049:17

**pummel** [1] - 1218:4

**pumping** [2] - 1095:18, 1098:15

**punch** [4] - 1033:9, 1033:10, 1217:25, 1218:9

**punched** [4] - 1174:11, 1198:8, 1211:24, 1212:5

**punches** [1] - 1174:10

**punishment** [1] - 1068:8

**purported** [6] - 1006:24, 1007:10, 1007:16, 1007:20, 1011:17, 1011:25

**purportedly** [1] - 1013:9

**purpose** [2] - 1225:15, 1225:16

**purposes** [4] - 1014:4, 1014:11, 1017:21, 1017:22

**push** [1] - 1060:12

**pushed** [6] - 1189:1, 1198:21, 1236:16, 1247:25, 1248:6, 1248:16

**pushing** [1] - 1060:13

**put** [44] - 1010:4, 1013:3, 1020:7, 1026:22, 1032:8, 1033:10, 1072:12, 1079:16, 1079:17, 1080:8, 1080:10, 1080:20, 1080:23, 1081:15, 1081:25, 1082:19, 1083:7, 1087:21, 1095:7, 1095:10, 1096:6, 1096:15, 1096:19, 1105:2, 1120:11, 1121:13, 1131:21, 1139:8, 1139:15, 1139:19, 1148:8, 1166:1, 1166:2, 1170:8, 1171:25, 1172:14, 1173:18, 1197:12, 1205:8, 1216:2, 1226:22, 1238:23, 1245:21

**putting** [5] - 1002:22, 1008:11, 1096:12, 1121:17, 1226:24

**PZ-5** [1] - 1210:11

## Q

**Quack** [3] - 1054:24, 1194:11

**quadruple** [4] - 1025:25, 1026:1, 1026:4, 1253:17

**qualified** [1] - 1227:5

**quantity** [1] - 1082:1

**Queens** [6] - 1028:15, 1095:4, 1095:6, 1134:25, 1158:6, 1179:17

**question/information** [1] - 1041:12

**questioned** [5] - 1145:21, 1221:13, 1221:16, 1221:19, 1222:20

**questioner** [2] - 1041:12, 1048:19

**questioning** [1] - 1222:11

**questions** [6] - 1147:2, 1147:21, 1150:23, 1223:20, 1224:3, 1252:6

**quick** [2] - 1051:18, 1234:15

**quite** [1] - 1009:15

**quote** [3] - 1008:11, 1009:20, 1013:2

**quoting** [1] - 1017:19

## R

**racketeering** [1] - 1142:11

**radar** [1] - 1074:22

**radio** [1] - 1033:8

**Ragtime** [5] - 1122:25, 1129:19, 1202:12, 1202:20, 1202:24

**raise** [1] - 1070:8

**raised** [3] - 1131:24, 1217:13, 1244:23

**raising** [1] - 1194:25

**Ralph** [1] - 1226:17

**ran** [12] - 1025:5, 1046:15, 1090:16, 1143:14, 1168:6, 1169:5, 1202:19, 1211:14, 1228:16, 1248:24, 1248:25, 1249:9, 1249:13, 1249:23, 1250:3

**random** [1] - 1156:2
**rank** [5] - 1025:22, 1061:14, 1065:24, 1068:21
**rat** [26] - 1008:11, 1010:2, 1010:4, 1045:10, 1045:11, 1045:15, 1046:9, 1046:10, 1046:17, 1046:20, 1046:21, 1048:23, 1049:1, 1049:5, 1049:10, 1139:8, 1139:11, 1139:14, 1139:19, 1140:1, 1140:25, 1143:4, 1205:2, 1205:8, 1205:15
**rate** [1] - 1242:7
**rather** [1] - 1153:19
**rationale** [1] - 1012:14
**Raton** [3] - 1131:11, 1133:2, 1187:1
**ratting** [2] - 1009:20, 1013:2
**reach** [2] - 1055:24, 1252:4
**reaching** [2] - 1249:10, 1249:14
**react** [2] - 1041:10, 1090:12
**reacted** [1] - 1042:10
**reaction** [11] - 1037:25, 1039:1, 1039:17, 1053:23, 1053:25, 1054:2, 1086:16, 1094:6, 1094:7, 1102:15, 1102:17
**read** [3] - 1004:6, 1039:13, 1157:17
**Read** [1] - 1039:15
**reading** [2] - 1157:15, 1157:18
**ready** [7] - 1020:21, 1020:22, 1008:11, 1138:17, 1151:19, 1163:15, 1167:4
**real** [5] - 1016:1, 1088:10, 1113:6, 1234:15, 1234:18
**really** [24] - 1016:1, 1037:7, 1044:7, 1046:12, 1050:25, 1075:4, 1075:9, 1094:14, 1099:2, 1111:13, 1116:11, 1119:25, 1130:24, 1135:7, 1136:3, 1137:16, 1175:18, 1186:6, 1188:24, 1204:22, 1227:20, 1243:18, 1244:16, 1246:23
**reason** [19] - 1020:7, 1033:2, 1037:3, 1067:14, 1089:22, 1118:10, 1127:16, 1137:16, 1138:13, 1163:24, 1164:16, 1184:9, 1188:21, 1191:7, 1200:10, 1205:11, 1212:17, 1246:17
**reasonable** [1] - 1004:3
**reasons** [1] - 1016:7
**recalling** [1] - 1109:3
**receive** [2] - 1007:4, 1144:16
**received** [3] - 1012:4, 1015:1, 1226:25
**receivership** [2] - 1226:6, 1226:15
**receiving** [2] - 1140:7, 1150:7
**recently** [1] - 1239:10
**recess** [6] - 1056:4, 1107:24, 1151:13, 1151:14, 1195:6, 1195:11
**recognition** [1] - 1169:15
**recognize** [7] - 1025:19, 1061:8, 1073:13, 1078:4, 1110:7, 1147:25, 1152:11
**recoil** [1] - 1154:25
**recollect** [1] - 1224:6
**recollection** [1] - 1210:16
**recommend** [1] - 1150:5

**reconsider** [3] - 1008:23, 1019:7, 1020:8
**record** [4] - 1017:2, 1039:16, 1074:9, 1210:11
**recorded** [1] - 1002:4
**recording** [1] - 1013:9
**redact** [1] - 1004:15, 1151:25
**redacted** [4] - 1003:21, 1019:22, 1151:17, 1152:11
**redaction** [3] - 1151:21, 1151:23, 1152:13
**redactions** [4] - 1004:1, 1004:13, 1020:1, 1020:2
**redirect** [1] - 1187:19
**reenforcement** [1] - 1011:25
**refer** [1] - 1010:9
**referencing** [4] - 1005:18, 1006:17, 1006:19, 1011:10, 1013:18, 1019:8
**referring** [5] - 1006:4, 1006:5, 1009:9, 1009:11, 1213:16
**refresh** [2] - 1210:16, 1222:9
**refused** [4] - 1130:1, 1208:6, 1210:18, 1234:25
**regard** [2] - 1207:14, 1237:7
**regarding** [1] - 1158:9
**regards** [1] - 1011:14
**regular** [6] - 1169:20, 1196:23, 1196:25, 1197:1, 1223:15, 1235:17
**regularly** [1] - 1022:20
**Reichart** [2] - 1236:11, 1236:13
**Reiter** [10] - 1111:16, 1111:20, 1111:22, 1112:7, 1113:2, 1114:7, 1180:11, 1180:13
**relate** [2] - 1003:9, 1007:25
**related** [4] - 1008:12, 1015:4, 1052:2, 1181:24
**relates** [1] - 1009:4
**relating** [5] - 1012:11, 1089:16, 1089:18, 1092:3, 1182:4
**relationship** [10] - 1012:25, 1052:21, 1054:15, 1058:18, 1065:6, 1071:21, 1086:21, 1099:6, 1111:1, 1128:5
**relationships** [1] - 1015:6
**relative** [2] - 1029:5, 1153:16
**relatives** [1] - 1095:17
**release** [1] - 1225:9
**released** [3] - 1021:11, 1021:14, 1225:20
**relevance** [1] - 1131:8
**relevant** [1] - 1005:3
**reliability** [2] - 1007:18, 1011:20
**reliable** [1] - 1008:24
**relocate** [1] - 1146:10
**remained** [3] - 1030:7, 1102:22, 1102:24
**remaining** [1] - 1079:22
**remember** [47] - 1040:19, 1076:14, 1085:4, 1119:22, 1119:24, 1135:7, 1159:22, 1163:2, 1174:16, 1193:22, 1201:1, 1203:16, 1203:19, 1203:20,

1203:21, 1206:1, 1206:2, 1208:8, 1208:10, 1208:12, 1208:14, 1208:15, 1208:16, 1209:16, 1209:20, 1210:20, 1211:2, 1217:4, 1217:5, 1219:21, 1222:13, 1223:6, 1223:9, 1223:12, 1223:13, 1223:17, 1223:20, 1224:3, 1224:4, 1234:19, 1235:12, 1235:21, 1244:10, 1249:3, 1249:6, 1249:7
**remembered** [2] - 1200:20, 1200:25
**remind** [5] - 1065:24, 1075:14, 1109:13, 1117:2, 1151:19
**remove** [1] - 1219:6
**renew** [1] - 1011:12
**rented** [1] - 1080:8
**repeatedly** [1] - 1137:4
**repercussions** [2] - 1068:11, 1212:15
**report** [7] - 1039:17, 1074:10, 1085:13, 1225:10, 1225:13, 1225:14, 1225:16, 1225:20, 1226:6
**reported** [6] - 1103:8, 1103:9, 1111:4, 1224:16, 1225:1, 1226:8
**Reporter** [1] - 1002:1
**reporter** [1] - 1006:7
**reporting** [3] - 1086:9, 1111:5, 1226:24
**representation** [1] - 1238:17
**reputation** [2] - 1154:16, 1155:12
**request** [2] - 1003:21, 1016:16
**require** [1] - 1108:16
**required** [3] - 1145:13, 1145:14, 1149:2
**requirements** [1] - 1224:12
**reside** [1] - 1163:9
**residence** [1] - 1158:13
**resigned** [1] - 1227:9
**resolution** [2] - 1099:4, 1124:12
**resolve** [2] - 1123:23, 1132:13
**resolved** [1] - 1186:13
**respect** [7] - 1002:17, 1011:9, 1013:24, 1018:16, 1019:4, 1086:14, 1205:1
**respected** [2] - 1015:16, 1245:5
**respectfully** [6] - 1003:18, 1006:16, 1006:22, 1016:23, 1017:5, 1018:14
**responded** [1] - 1012:5
**response** [6] - 1005:20, 1007:5, 1047:3, 1090:24, 1140:7, 1235:18
**responsible** [1] - 1174:7
**rest** [2] - 1054:20, 1208:21
**restaurant** [18] - 1124:25, 1125:7, 1125:19, 1125:21, 1125:22, 1125:23, 1129:6, 1129:10, 1134:22, 1135:10, 1136:19, 1137:6, 1137:7, 1140:5, 1140:19, 1233:8, 1238:4, 1243:14
**Restaurant** [1] - 1245:20
**restaurants** [2] - 1114:16, 1114:23
**restitution** [2] - 1149:2, 1149:4
**restrain** [1] - 1248:23
**restrained** [1] - 1233:10
**restroom** [1] - 1195:3

**result** [1] - 1122:14

**retag** [1] - 1194:8

**retagged** [1] - 1161:7

**retagging** [1] - 1194:7

**retained** [1] - 1087:11

**retaliate** [8] - 1053:19, 1055:18, 1057:12, 1058:16, 1059:19, 1061:25, 1067:9, 1067:15

**retaliated** [1] - 1057:16

**retaliation** [3] - 1053:18, 1058:14, 1071:12

**retribution** [1] - 1163:25

**returning** [1] - 1161:14

**revealed** [1] - 1012:20

**revenge** [1] - 1181:12

**review** [3] - 1018:2, 1019:21, 1152:13

**reviewing** [1] - 1005:18

**revisit** [2] - 1004:10, 1004:12

**Rhode** [4] - 1027:25, 1034:22, 1034:23, 1230:18

**Ricco** [1] - 1233:13

**Richie** [5] - 1092:7, 1093:5, 1093:7, 1093:12, 1094:18

**Ricky** [7] - 1105:19, 1106:14, 1184:13, 1184:15, 1184:17, 1184:18, 1232:16

**Ricky's** [1] - 1184:16

**rid** [3] - 1099:25, 1167:22, 1180:25

**ride** [1] - 1074:22

**riding** [1] - 1093:2

**rift** [5] - 1033:23, 1066:7, 1066:16, 1066:18, 1198:17

**right-hand** [3] - 1003:19, 1049:25, 1249:11

**rip** [2] - 1150:13, 1208:7

**ripped** [1] - 1150:16

**rise** [1] - 1052:9

**rival** [2] - 1201:19, 1240:7

**Rivera** [2] - 1004:21, 1007:23

**Roach** [1] - 1070:2

**Road** [4] - 1105:13, 1115:1, 1225:1, 1241:13

**road** [1] - 1011:18

**rob** [13] - 1008:2, 1105:10, 1105:16, 1136:3, 1188:1, 1205:2, 1229:7, 1233:14, 1233:25, 1234:1, 1234:4, 1234:11, 1236:14

**robbed** [11] - 1106:7, 1201:3, 1204:19, 1207:24, 1208:2, 1220:14, 1234:16, 1237:21, 1237:23, 1240:4, 1240:6

**robberies** [11] - 1071:5, 1215:1, 1218:24, 1220:24, 1221:17, 1224:7, 1227:20, 1227:22, 1227:23, 1227:24, 1232:2

**robbery** [48] - 1008:4, 1008:16, 1022:2, 1022:9, 1025:11, 1026:13, 1026:23, 1032:9, 1035:10, 1035:15, 1036:16, 1038:4, 1039:4, 1039:24, 1040:1, 1042:15, 1049:14, 1158:8, 1158:11, 1158:13, 1164:22, 1193:15, 1214:24, 1216:8, 1216:11, 1216:15,

1218:12, 1220:7, 1227:16, 1228:1, 1228:10, 1228:11, 1228:12, 1228:13, 1228:15, 1228:25, 1229:2, 1229:6, 1229:8, 1230:12, 1230:20, 1231:4, 1231:6, 1231:18, 1231:24, 1236:6, 1237:13

**robbery,Mr** [1] - 1216:14

**robbing** [9] - 1021:12, 1043:21, 1091:3, 1106:19, 1123:9, 1205:6, 1215:1, 1232:12, 1233:18

**Robert** [13] - 1013:19, 1063:10, 1063:11, 1063:15, 1063:19, 1064:21, 1065:20, 1113:11, 1191:17, 1191:19, 1191:23, 1191:25, 1201:20

**Rockaway** [1] - 1205:21

**rocky** [1] - 1099:8

**rod** [1] - 1208:7

**ROGER** [1] - 1001:17

**role** [1] - 1173:23

**Rolex** [1] - 1099:14

**Ronny** [1] - 1101:9

**room** [6] - 1093:16, 1094:17, 1130:11, 1168:13, 1208:21, 1249:4

**rooms** [1] - 1240:20

**Rosario** [10] - 1131:15, 1132:16, 1132:17, 1132:20, 1132:21, 1132:22, 1133:3, 1133:6, 1134:3

**rose** [1] - 1054:24

**Roselli** [6] - 1175:4, 1175:8, 1175:15, 1176:2, 1177:7, 1177:8

**Rossario** [3] - 1186:25, 1187:1, 1246:6

**route** [1] - 1227:19, 1230:10

**routes** [1] - 1034:20

**Ruby** [1] - 1113:23

**rude** [1] - 1186:4

**Rudolph** [1] - 1002:1

**Ruggerio** [2] - 1054:24, 1055:6

**Ruggiano** [7] - 1013:22, 1053:1, 1064:5, 1064:13, 1065:6, 1065:19, 1065:20

**Ruggiero** [13] - 1054:23, 1061:23, 1121:21, 1121:24, 1122:1, 1122:4, 1122:7, 1122:24, 1123:7, 1123:11, 1123:25, 1124:8, 1246:15

**ruin** [2] - 1046:3, 1046:4

**ruined** [1] - 1186:1

**ruining** [1] - 1186:6

**Rule** [3] - 1012:13, 1012:14, 1020:14

**rule** [2] - 1012:14, 1070:13

**ruled** [5] - 1007:11, 1008:21, 1010:14, 1010:17, 1152:4

**rules** [3] - 1016:6, 1070:7, 1070:16

**ruling** [10] - 1003:2, 1004:13, 1010:20, 1010:22, 1010:24, 1012:14, 1012:22, 1016:10, 1016:24, 1019:7

**run** [13] - 1022:7, 1033:24, 1084:24, 1089:25, 1117:13, 1162:20, 1162:21, 1175:15, 1184:12, 1249:17, 1251:2, 1252:1, 1252:3

**run-in** [1] - 1117:13

**runaround** [1] - 1131:18

**running** [9] - 1030:1, 1030:7, 1116:9, 1137:5, 1139:25, 1168:16, 1202:21, 1204:11, 1226:7

**rushing** [1] - 1033:22

**Russo** [1] - 1114:6

## S

**sac** [1] - 1035:21

**sacs** [1] - 1035:20

**safely** [1] - 1165:21

**safety** [4] - 1059:18, 1146:14, 1146:21, 1175:8

**sake** [2] - 1002:22, 1020:11

**Sal** [5] - 1049:17, 1063:6, 1065:2, 1065:20, 1070:2

**sales** [2] - 1080:7, 1201:24

**Sally** [1] - 1194:11

**saluting** [1] - 1128:14

**Sammy** [1] - 1070:4

**Santora** [1] - 1172:8

**Saparito** [1] - 1203:21

**Sapienza's** [1] - 1121:20

**Saran** [1] - 1080:9

**Sark** [1] - 1197:5

**sat** [3] - 1054:11, 1054:22, 1130:11

**satisfied** [1] - 1017:23

**Sauer** [1] - 1170:3

**saw** [9] - 1039:16, 1041:5, 1058:17, 1062:1, 1162:16, 1162:19, 1176:1, 1182:24, 1220:18

**sawed** [1] - 1172:13

**sawed-off** [1] - 1172:13

**Scala** [1] - 1070:2

**scale** [5] - 1222:20, 1222:24, 1222:25, 1223:3, 1238:15

**scanner** [2] - 1032:24, 1033:7, 1033:8, 1037:2, 1037:4

**scanners** [2] - 1032:23, 1032:25

**scare** [2] - 1154:20, 1219:18

**scared** [3] - 1040:16, 1089:8, 1100:7

**Scars** [3] - 1128:18, 1128:20, 1128:24

**scene** [4] - 1003:11, 1003:15, 1173:22, 1201:9

**scenes** [1] - 1098:15

**scent** [2] - 1080:10, 1241:2

**scheme** [1] - 1233:14

**Schenectady** [1] - 1239:5

**school** [5] - 1153:3, 1239:8, 1239:10, 1239:15, 1240:18

**Schulman** [7] - 1158:12, 1182:15, 1182:18, 1182:24, 1183:10, 1183:13, 1184:4

**Scopo** [3] - 1120:5, 1226:17, 1226:21

**score** [15] - 1021:25, 1022:1, 1022:2, 1022:4, 1022:9, 1025:8, 1026:18, 1041:19, 1041:25, 1105:10, 1105:23, 1228:8, 1231:13, 1236:12, 1236:21

**Scott** [3] - 1158:12, 1182:15, 1183:13
**scouted** [1] - 1235:19
**scrape** [1] - 1099:1
**screamed** [1] - 1189:1
**screaming** [3] - 1138:15, 1188:14, 1189:5
**screwed** [1] - 1206:10
**se** [1] - 1164:15
**seat** [1] - 1123:19
**seated** [5] - 1021:7, 1057:2, 1108:14, 1152:17, 1195:20
**second** [6] - 1014:19, 1019:6, 1161:9, 1171:17, 1179:11, 1239:7
**secret** [2] - 1240:10, 1240:12
**section** [2] - 1017:17, 1056:1
**sections** [1] - 1081:2
**secure** [1] - 1226:2
**secured** [1] - 1234:7
**security** [8] - 1146:14, 1146:21, 1158:1, 1174:24, 1175:13, 1176:8, 1177:10, 1179:6
**Security** [1] - 1146:17
**see** [57] - 1002:18, 1019:11, 1020:6, 1022:6, 1027:10, 1029:15, 1030:2, 1030:4, 1030:17, 1030:19, 1031:10, 1032:7, 1041:3, 1044:24, 1051:2, 1066:20, 1073:8, 1073:24, 1074:6, 1074:8, 1074:14, 1075:13, 1078:9, 1078:17, 1088:15, 1088:23, 1090:6, 1092:18, 1093:14, 1093:19, 1104:10, 1104:20, 1105:2, 1111:11, 1129:11, 1129:15, 1134:19, 1139:2, 1140:12, 1149:13, 1162:19, 1162:23, 1162:24, 1166:25, 1167:23, 1178:20, 1179:20, 1211:24, 1224:6, 1229:23, 1230:2, 1230:4, 1230:7, 1230:10, 1230:11, 1231:7, 1246:21
**seeing** [8] - 1039:1, 1040:8, 1058:16, 1090:24, 1094:6, 1109:3, 1136:15, 1208:20
**seek** [1] - 1067:22
**seeker** [1] - 1041:12
**seeking** [5] - 1003:9, 1017:17, 1041:17, 1044:11, 1048:20
**seeks** [6] - 1007:1, 1007:6, 1009:13, 1011:15, 1012:7, 1012:17
**seem** [2] - 1003:17, 1004:3
**SEIFAN** [9] - 1001:18, 1002:20, 1003:8, 1003:13, 1003:16, 1003:22, 1003:25, 1016:19, 1016:21
**Seifan** [1] - 1003:18
**seized** [4] - 1089:20, 1090:2, 1090:13, 1098:8
**seizure** [5] - 1089:14, 1089:16, 1089:18, 1090:16, 1090:18
**self** [2] - 1188:23, 1188:24
**sell** [4] - 1077:10, 1107:7, 1131:23, 1194:16
**selling** [4] - 1172:4, 1201:20, 1202:9, 1202:23

**semi** [2] - 1070:20, 1237:9
**semiautomatic** [2] - 1170:3, 1170:8
**send** [3] - 1099:13, 1099:19, 1175:14
**sending** [2] - 1071:11, 1099:22
**SENIOR** [1] - 1001:13
**Senior** [2] - 1172:8, 1226:17
**Senior's** [1] - 1182:22
**sense** [1] - 1018:18
**sent** [5] - 1003:1, 1124:10, 1141:7, 1153:3, 1217:25
**sentence** [6] - 1046:7, 1144:23, 1149:6, 1149:8, 1150:5, 1150:7
**sentenced** [3] - 1085:8, 1142:13, 1150:10
**sentencing** [2] - 1149:25, 1150:5
**separate** [1] - 1036:20
**Septimo** [2] - 1159:22, 1159:23
**series** [1] - 1222:15
**serious** [3] - 1023:1, 1117:25, 1160:21
**seriously** [1] - 1015:21
**Service** [1] - 1105:12
**service** [3] - 1026:17, 1027:17, 1127:14
**services** [1] - 1175:17
**session** [1] - 1145:9
**sessions** [4] - 1193:23, 1200:7, 1201:11, 1205:25
**set** [5] - 1076:6, 1105:10, 1180:23, 1216:7, 1241:1
**settle** [2] - 1183:6, 1183:12
**seventies** [3] - 1057:8, 1073:5, 1160:6
**seventy** [2] - 1132:14
**several** [7] - 1126:25, 1146:25, 1182:5, 1225:21, 1227:2
**severity** [1] - 1049:14
**shadows** [1] - 1162:20
**Shanghai** [1] - 1153:10
**share** [1] - 1187:17
**shared** [1] - 1087:3
**Sharkey** [1] - 1002:14
**SHARKEY** [81] - 1001:21, 1003:5, 1003:7, 1003:18, 1004:4, 1004:19, 1004:23, 1005:10, 1005:17, 1005:20, 1005:23, 1005:25, 1006:2, 1006:4, 1006:8, 1006:16, 1006:19, 1006:22, 1008:7, 1008:9, 1008:19, 1009:1, 1009:6, 1009:8, 1009:10, 1010:10, 1010:13, 1011:9, 1013:12, 1013:20, 1015:18, 1016:11, 1016:16, 1016:20, 1016:23, 1017:5, 1018:11, 1019:5, 1019:17, 1019:19, 1019:24, 1020:3, 1023:12, 1024:5, 1039:7, 1039:9, 1041:21, 1043:10, 1043:17, 1049:11, 1050:14, 1053:14, 1057:21, 1058:9, 1060:2, 1062:6, 1066:12, 1067:16, 1069:4, 1069:10, 1069:22, 1072:9, 1078:9, 1101:3, 1101:14, 1112:16, 1115:14, 1116:13, 1116:19, 1117:22, 1118:17, 1122:11, 1122:16, 1126:10, 1131:8, 1139:12, 1141:8, 1151:6,

1151:12, 1151:22, 1152:10
**sheets** [1] - 1080:9
**shelf** [1] - 1193:6
**shield** [1] - 1153:15
**ship** [1] - 1079:4
**shipment** [9] - 1082:12, 1087:14, 1087:20, 1090:1, 1098:9, 1233:14, 1233:17, 1233:21, 1233:25
**shipments** [5] - 1083:12, 1083:14, 1086:23, 1086:25, 1087:4
**shirts** [1] - 1083:6
**shit** [2] - 1024:22, 1172:11
**shock** [3] - 1123:15, 1124:2, 1124:3
**shocked** [1] - 1124:1
**shoot** [11] - 1106:15, 1137:24, 1138:18, 1140:9, 1164:6, 1172:23, 1183:19, 1188:11, 1189:9, 1192:2, 1203:17
**shooter** [1] - 1183:14
**shooting** [14] - 1106:15, 1119:9, 1120:2, 1162:25, 1163:24, 1167:21, 1168:19, 1169:6, 1169:7, 1172:10, 1189:7, 1191:12, 1191:13, 1191:15
**shop** [2] - 1191:8, 1215:6
**short** [3] - 1134:14, 1150:24, 1165:17
**shot** [24] - 1042:6, 1042:8, 1085:20, 1132:23, 1161:18, 1161:20, 1161:21, 1162:21, 1163:16, 1164:6, 1167:15, 1167:16, 1167:17, 1167:25, 1168:4, 1169:5, 1173:8, 1189:8, 1190:24, 1191:2, 1191:3, 1192:4, 1192:5
**shotgun** [6] - 1106:3, 1106:9, 1172:13, 1183:20, 1184:13, 1232:23
**shots** [2] - 1011:23, 1147:9
**show** [18] - 1012:24, 1017:13, 1025:16, 1089:7, 1089:16, 1090:22, 1094:4, 1156:25, 1184:2, 1219:9, 1224:19, 1224:20, 1224:23, 1226:3, 1226:5, 1226:10, 1231:13, 1232:6
**showed** [5] - 1041:10, 1089:8, 1127:13, 1232:21, 1245:22
**showing** [17] - 1052:12, 1052:24, 1061:6, 1064:3, 1064:11, 1064:19, 1064:25, 1065:9, 1068:18, 1070:23, 1078:2, 1100:12, 1110:5, 1128:22, 1141:17, 1141:23, 1147:24
**shown** [4] - 1147:8, 1147:13, 1147:15, 1147:17
**shredder** [1] - 1175:13
**shut** [4] - 1037:17, 1037:18, 1177:10, 1177:13
**shylock** [1] - 1131:15
**sic** [1] - 1228:6
**sick** [3] - 1039:2, 1039:18, 1231:21
**side** [7] - 1036:22, 1104:22, 1130:11, 1132:24, 1137:12, 1184:7, 1249:11
**sidewalk** [1] - 1041:9, 1132:25, 1161:19, 1198:11
**Sig** [1] - 1170:3
**Sighauer** [1] - 1138:3

**signature** [1] - 1148:6
**significant** [1] - 1243:7
**Signoli** [1] - 1216:12
**similar** [1] - 1087:11
**similarly** [2] - 1013:1, 1020:4
**simple** [1] - 1219:24
**simply** [1] - 1173:11
**sister** [4] - 1023:20, 1200:3, 1200:17, 1200:22
**sister-in-law** [3] - 1200:3, 1200:17, 1200:22
**sit** [20] - 1012:21, 1050:13, 1051:10, 1051:13, 1051:15, 1053:8, 1054:6, 1054:10, 1055:9, 1055:15, 1057:11, 1057:19, 1058:23, 1059:15, 1143:25, 1150:9, 1205:4, 1214:17, 1214:20, 1243:14
**sit-down** [14] - 1012:21, 1050:13, 1051:10, 1051:13, 1053:8, 1054:6, 1055:9, 1055:15, 1057:11, 1057:19, 1058:23, 1059:15, 1214:17, 1214:20
**site** [1] - 1226:8
**sitting** [2] - 1029:2, 1048:6
**situated** [1] - 1096:7
**situation** [16] - 1025:9, 1027:10, 1039:19, 1044:13, 1074:1, 1074:17, 1092:20, 1094:5, 1104:21, 1126:13, 1126:14, 1144:4, 1182:9, 1185:23, 1214:6, 1225:12
**situations** [1] - 1024:11
**six** [4] - 1017:17, 1077:24, 1131:24, 1132:13
**six-two** [1] - 1077:24
**size** [3] - 1080:24, 1083:14, 1088:1
**slapped** [1] - 1132:21
**slaughtered** [1] - 1073:5
**slept** [1] - 1223:14
**slightly** [1] - 1020:25
**slipped** [1] - 1249:22
**slippery** [1] - 1116:16
**small** [3] - 1134:15, 1134:16, 1223:1
**smaller** [1] - 1245:12
**smart** [2] - 1024:10, 1242:10
**Smith** [16] - 1076:15, 1077:16, 1077:23, 1078:5, 1078:17, 1083:1, 1088:10, 1088:23, 1090:2, 1095:7, 1095:12, 1096:13, 1097:9, 1097:11, 1097:17, 1098:5
**smoked** [1] - 1081:7
**smooth** [1] - 1104:7
**smoothed** [1] - 1104:23
**smuggling** [1] - 1078:22
**sneak** [2] - 1215:15, 1215:16
**sneak-steal** [1] - 1215:16
**sneak-thieving** [1] - 1215:15
**Sneakers** [3] - 1102:9, 1102:11, 1140:15
**snorted** [2] - 1083:25, 1251:11
**social** [1] - 1153:18
**sold** [1] - 1079:23

**soldier** [8] - 1042:4, 1052:8, 1067:19, 1069:17, 1075:15, 1103:6, 1103:21, 1132:8
**soldiers** [2] - 1054:13, 1055:3
**solve** [1] - 1193:12
**someone** [30] - 1014:15, 1052:3, 1053:8, 1055:9, 1063:13, 1075:19, 1093:14, 1100:2, 1112:24, 1116:22, 1118:2, 1134:7, 1139:14, 1140:12, 1155:12, 1174:2, 1174:19, 1177:23, 1181:17, 1182:15, 1187:11, 1191:15, 1196:20, 1197:13, 1209:3, 1227:5, 1230:5, 1232:12, 1240:12, 1240:14
**sometime** [10] - 1021:19, 1050:4, 1111:7, 1117:7, 1175:1, 1177:17, 1180:7, 1194:3, 1201:2
**sometimes** [6] - 1025:6, 1031:16, 1067:22, 1207:4, 1235:11
**somewhat** [2] - 1006:24, 1018:19
**somewhere** [10] - 1119:5, 1124:6, 1125:2, 1178:7, 1178:19, 1179:15, 1182:17, 1186:19, 1186:20, 1233:24
**son** [13] - 1023:24, 1023:25, 1064:7, 1064:13, 1067:2, 1075:8, 1105:22, 1109:22, 1114:14, 1182:22, 1217:14, 1218:5, 1226:18
**son-in-law** [1] - 1075:8
**Sonny** [3] - 1069:15, 1110:10, 1110:12
**sons** [1] - 1063:4
**soon** [8] - 1020:22, 1079:22, 1129:11, 1225:6, 1226:20, 1227:14, 1227:16, 1227:17
**sooner** [1] - 1101:17
**sorry** [13] - 1003:5, 1003:18, 1005:17, 1006:18, 1008:9, 1010:16, 1011:3, 1016:14, 1019:18, 1026:4, 1067:4, 1195:7
**sort** [12] - 1012:9, 1054:17, 1169:25, 1171:3, 1174:17, 1178:22, 1193:16, 1209:8, 1215:14, 1215:15, 1232:15, 1249:4
**sought** [2] - 1017:16, 1058:15
**sound** [2] - 1208:13, 1249:4
**sounded** [1] - 1209:7
**spandex** [1] - 1083:7
**Sparks** [1] - 1069:2
**speaking** [1] - 1009:25
**specific** [3] - 1011:13, 1159:4, 1159:9
**specifically** [7] - 1012:4, 1019:9, 1032:6, 1034:13, 1069:13, 1075:16, 1117:19
**sped** [1] - 1191:11
**spell** [2] - 1096:10, 1109:19
**spender** [1] - 1243:9
**spending** [2] - 1244:4, 1252:10
**spent** [4] - 1216:5, 1243:13, 1243:24, 1244:1
**splash** [1] - 1244:9
**split** [2] - 1081:23, 1129:5
**spoken** [1] - 1033:12

**spot** [1] - 1029:3
**spread** [2] - 1140:3, 1243:23
**spreading** [1] - 1141:16
**spring** [1] - 1119:23
**spun** [1] - 1132:23
**squad** [1] - 1144:2
**squads** [1] - 1146:7
**Square** [1] - 1096:3
**squashed** [2] - 1055:16, 1057:16
**stab** [2] - 1199:20
**stabbed** [22] - 1049:17, 1053:21, 1053:23, 1057:7, 1060:13, 1060:14, 1061:2, 1066:22, 1197:16, 1197:17, 1197:18, 1197:19, 1197:23, 1198:4, 1198:5, 1198:9, 1198:19, 1198:25, 1199:1, 1199:2, 1199:13, 1199:19
**stabbing** [10] - 1013:10, 1050:8, 1050:13, 1051:7, 1051:15, 1058:12, 1058:14, 1062:17, 1197:13, 1214:12
**stabbings** [1] - 1049:20
**staircase** [1] - 1248:17
**stairs** [1] - 1211:14
**stamp** [2] - 1210:6, 1210:9
**stand** [4] - 1007:2, 1125:24, 1185:11, 1199:18
**stand-up** [1] - 1185:11
**standard** [1] - 1239:16
**standards** [1] - 1164:8
**standing** [7] - 1041:8, 1132:21, 1137:9, 1159:25, 1167:17, 1169:17, 1211:20
**start** [6] - 1037:20, 1143:8, 1170:9, 1200:16, 1229:18, 1246:4
**started** [16] - 1024:22, 1025:1, 1025:4, 1041:6, 1041:15, 1162:20, 1194:7, 1197:20, 1215:3, 1224:17, 1242:13, 1245:12, 1245:17, 1246:5, 1250:13, 1252:3
**state** [6] - 1045:12, 1154:19, 1155:23, 1197:10, 1212:20, 1231:2
**statement** [1] - 1006:24
**statements** [7] - 1005:15, 1007:16, 1007:23, 1008:11, 1014:13, 1014:14, 1015:21
**states** [1] - 1149:12
**STATES** [3] - 1001:1, 1001:4, 1001:13
**States** [4] - 1001:7, 1001:17, 1001:19, 1226:7
**station** [2] - 1031:2, 1036:19
**status** [6] - 1050:18, 1050:22, 1053:4, 1055:2, 1055:4, 1118:13
**stay** [17] - 1030:7, 1037:7, 1047:4, 1072:13, 1079:5, 1083:7, 1083:14, 1095:8, 1096:7, 1097:9, 1097:19, 1097:22, 1130:19, 1133:13, 1153:9, 1212:18
**stayed** [3] - 1079:16, 1095:7, 1212:16
**Steakhouse** [1] - 1069:2
**steal** [6] - 1107:3, 1178:4, 1183:23, 1201:23, 1215:16, 1240:13

**stealing** [7] - 1153:22, 1178:6, 1203:25, 1204:17, 1215:3, 1215:6, 1215:14

**steel** [1] - 1208:7

**stenography** [1] - 1002:4

**step** [2] - 1165:15, 1175:12

**stepped** [1] - 1249:16

**steps** [4] - 1072:2, 1099:9, 1099:12, 1115:21

**Steve** [10] - 1106:2, 1106:5, 1106:6, 1106:7, 1175:23, 1218:12, 1232:13, 1232:22, 1236:6, 1236:12

**Steven** [1] - 1218:16

**stick** [2] - 1208:6, 1212:14

**stiff** [10] - 1043:19, 1176:13, 1176:19, 1176:25, 1236:23, 1237:8, 1237:16, 1237:17, 1237:19

**still** [21] - 1008:1, 1009:25, 1021:3, 1030:15, 1030:16, 1036:25, 1040:12, 1045:3, 1045:5, 1045:7, 1051:1, 1063:16, 1064:10, 1066:23, 1084:24, 1103:6, 1126:25, 1151:3, 1247:7, 1247:8, 1247:10

**stock** [4] - 1111:25, 1112:3, 1112:5

**stole** [19] - 1022:22, 1022:25, 1123:13, 1161:7, 1161:9, 1178:10, 1215:11, 1215:24, 1215:25, 1216:3, 1220:7, 1220:20, 1220:24, 1232:16, 1233:2, 1235:25, 1237:1, 1238:4, 1241:7

**stolen** [4] - 1174:20, 1176:22, 1201:7, 1240:25

**stomped** [2] - 1190:7, 1212:11

**stood** [4] - 1030:1, 1097:10, 1137:12, 1212:17

**stop** [16] - 1027:22, 1030:22, 1033:21, 1043:21, 1092:10, 1095:12, 1106:6, 1130:15, 1144:5, 1188:12, 1188:21, 1201:23, 1217:14, 1239:12, 1252:6, 1252:14

**stopped** [3] - 1163:16, 1173:10, 1203:18

**Store** [1] - 1121:20

**store** [4] - 1036:1, 1104:14, 1193:16, 1199:24

**story** [1] - 1215:5

**straight** [2] - 1030:24, 1153:12

**straighten** [6] - 1073:9, 1073:19, 1074:4, 1112:4, 1112:21, 1122:15

**straightened** [3] - 1075:9, 1075:12, 1112:14

**straightening** [1] - 1173:25

**strangle** [2] - 1171:12, 1171:23

**strangled** [8] - 1171:14, 1171:15, 1171:21, 1171:22, 1171:23, 1171:24, 1172:21, 1173:1

**strangulation** [1] - 1171:9

**street** [32] - 1026:15, 1036:23, 1040:19, 1043:6, 1043:24, 1046:5, 1064:10, 1065:5, 1065:14, 1065:18, 1096:3, 1096:5, 1137:23, 1143:7,

1154:17, 1162:2, 1162:4, 1162:5, 1163:5, 1163:18, 1169:6, 1183:16, 1189:2, 1190:22, 1192:14, 1197:24, 1239:10, 1239:14, 1239:15, 1240:18, 1241:19, 1243:6

**Street** [12] - 1001:22, 1032:2, 1040:20, 1059:12, 1090:9, 1104:11, 1199:16, 1199:17, 1199:18, 1205:21, 1239:3, 1239:11

**streets** [3] - 1154:10, 1250:22, 1250:25

**stricken** [1] - 1152:2

**strike** [4] - 1120:24, 1141:9, 1210:24, 1218:5

**striking** [1] - 1154:23

**strong** [3] - 1127:20, 1155:3, 1250:19

**stronger** [1] - 1127:18

**struggle** [2] - 1211:15, 1211:16

**stuck** [1] - 1138:17

**stuff** [1] - 1244:9

**stun** [2] - 1170:18, 1170:19

**stupid** [1] - 1137:15

**subject** [6] - 1046:14, 1048:14, 1151:18, 1152:3, 1152:6, 1152:8

**submit** [1] - 1002:18

**subsection** [2] - 1011:10, 1017:17

**subsequent** [2] - 1034:4, 1061:21

**subtle** [1] - 1116:8

**success** [1] - 1161:5

**successful** [1] - 1236:21

**sudden** [1] - 1188:22

**sue** [1] - 1186:9

**suffer** [1] - 1068:11

**sufficient** [1] - 1017:8

**suggested** [1] - 1223:14

**suit** [3] - 1083:5, 1083:8, 1083:10

**sum** [1] - 1243:7

**summer** [2] - 1077:1, 1119:23

**sums** [1] - 1244:7

**sunset** [1] - 1059:14

**superior** [1] - 1156:9

**superseding** [2] - 1157:12, 1159:8

**superstition** [2] - 1163:25, 1164:1

**supposed** [16] - 1022:10, 1067:24, 1068:1, 1074:9, 1087:16, 1087:17, 1088:2, 1088:3, 1088:4, 1114:21, 1131:23, 1136:22, 1176:18, 1182:8, 1225:14, 1229:12

**surprise** [1] - 1141:2

**surrender** [3] - 1246:10, 1246:14, 1246:16

**surrendered** [1] - 1246:13

**surrendering** [1] - 1145:16

**surrounded** [1] - 1029:6

**surrounding** [2] - 1221:19, 1229:21

**surveil** [1] - 1229:23

**surveillance** [12] - 1028:4, 1034:1, 1036:15, 1071:23, 1071:25, 1072:2, 1147:8, 1147:9, 1147:11, 1225:4,

1229:18, 1244:6

**surveillances** [2] - 1034:4, 1035:4

**surveilled** [1] - 1028:7

**surveilling** [1] - 1137:23

**Susan** [1] - 1096:9

**susceptible** [1] - 1008:2

**sweat** [3] - 1083:5, 1083:8, 1083:10

**swindled** [2] - 1228:9, 1228:18

**swindler** [1] - 1237:10

**swing** [1] - 1060:11

**switched** [4] - 1103:11, 1103:12, 1103:22, 1118:8

**switching** [1] - 1071:4

**sworn** [1] - 1219:11

**system** [1] - 1241:2

## T

**table** [3] - 1168:7, 1168:10, 1168:11

**tactic** [1] - 1232:7

**tag** [1] - 1194:9

**Takini** [1] - 1083:11

**talkie** [4] - 1037:1, 1037:2, 1037:9, 1167:4

**talkies** [1] - 1037:6

**taped** [1] - 1233:10

**tarp** [1] - 1102:8

**Task** [1] - 1144:3

**Taurus** [1] - 1135:5

**tax** [1] - 1243:1

**taxes** [1] - 1243:3

**teach** [1] - 1197:20

**team** [2] - 1047:14, 1116:23

**telephone** [1] - 1217:13

**television** [1] - 1039:17

**ten** [5] - 1040:11, 1108:16, 1108:17, 1151:13, 1195:9

**ten-minute** [1] - 1151:13

**tended** [1] - 1086:4

**tentative** [1] - 1016:10

**Terre** [3] - 1092:6, 1092:10, 1093:4

**terrified** [1] - 1015:23

**terror** [2] - 1154:23, 1168:16

**terrorize** [2] - 1116:2, 1175:15

**terrorized** [1] - 1169:4

**terrorizing** [1] - 1172:13

**test** [4] - 1012:15, 1081:4, 1216:17, 1216:21

**testified** [40] - 1014:15, 1021:11, 1023:5, 1031:16, 1035:1, 1042:13, 1042:14, 1042:22, 1042:25, 1043:9, 1049:16, 1051:19, 1052:21, 1057:6, 1060:20, 1062:13, 1062:20, 1066:25, 1067:8, 1070:7, 1086:9, 1101:8, 1103:8, 1109:3, 1116:22, 1121:19, 1124:14, 1128:8, 1131:4, 1142:8, 1152:22, 1156:11, 1194:3, 1194:21, 1196:8, 1196:12, 1209:5, 1214:12, 1223:24

**testify** [10] - 1008:13, 1008:14, 1009:14, 1011:16, 1011:24, 1014:22, 1015:1, 1015:22, 1147:19, 1196:9
**testifying** [6] - 1007:2, 1012:10, 1014:5, 1146:22, 1147:22, 1217:9
**testimony** [18] - 1007:11, 1011:14, 1011:20, 1012:1, 1016:12, 1017:14, 1020:10, 1060:25, 1152:24, 1156:13, 1196:6, 1196:12, 1210:22, 1221:7, 1222:4, 1222:8, 1223:18, 1224:5
**Texas** [24] - 1076:8, 1076:11, 1077:8, 1077:14, 1077:18, 1078:23, 1079:5, 1079:17, 1079:18, 1080:7, 1082:21, 1083:2, 1083:24, 1084:14, 1086:23, 1087:20, 1087:21, 1088:7, 1088:12, 1088:23, 1090:23, 1094:2, 1095:9, 1095:16
**THE** [153] - 1001:12, 1002:11, 1002:13, 1003:2, 1003:6, 1003:11, 1003:14, 1003:17, 1003:24, 1004:1, 1004:12, 1004:17, 1004:20, 1004:24, 1005:2, 1005:6, 1005:12, 1005:19, 1005:21, 1006:3, 1006:6, 1006:13, 1007:22, 1008:8, 1008:10, 1008:25, 1009:4, 1009:7, 1009:9, 1009:18, 1010:7, 1010:11, 1010:14, 1010:18, 1010:22, 1011:1, 1011:5, 1012:16, 1013:23, 1014:17, 1014:19, 1014:22, 1015:1, 1016:3, 1016:18, 1017:4, 1018:3, 1018:6, 1018:16, 1019:2, 1019:11, 1019:18, 1019:23, 1019:25, 1020:6, 1020:13, 1020:20, 1020:21, 1020:22, 1020:25, 1021:6, 1023:14, 1024:6, 1024:24, 1026:1, 1026:3, 1039:8, 1039:10, 1041:22, 1043:11, 1043:18, 1045:17, 1049:12, 1050:15, 1052:11, 1053:15, 1055:23, 1056:2, 1057:2, 1057:22, 1058:10, 1059:22, 1060:3, 1061:19, 1062:7, 1066:13, 1067:17, 1069:5, 1069:11, 1069:23, 1077:10, 1078:7, 1081:21, 1101:4, 1101:15, 1102:4, 1107:20, 1107:23, 1108:3, 1108:7, 1108:12, 1108:14, 1110:16, 1110:18, 1110:20, 1110:22, 1110:24, 1112:17, 1115:15, 1116:14, 1116:20, 1117:23, 1118:19, 1120:24, 1122:12, 1122:17, 1126:11, 1131:9, 1139:13, 1141:9, 1150:24, 1151:3, 1151:9, 1151:13, 1151:15, 1151:19, 1152:8, 1152:14, 1152:17, 1157:4, 1157:14, 1157:17, 1187:24, 1195:2, 1195:4, 1195:9, 1195:13, 1195:20, 1206:8, 1210:5, 1210:8, 1210:24, 1211:13, 1212:25, 1213:1, 1213:2, 1213:4, 1213:6, 1213:20, 1213:22, 1252:4, 1252:15, 1252:18
**themselves** [3] - 1054:10, 1054:11, 1185:8
**then-Assistant** [1] - 1221:13
**therefore** [3] - 1008:3, 1008:17,

1063:19
**thief** [1] - 1024:11
**thiefing** [1] - 1215:15
**thinking** [1] - 1044:8
**thirties** [1] - 1134:18
**thirty** [1] - 1132:13
**thirty-six** [1] - 1132:13
**Thomas** [3] - 1102:11, 1110:19, 1110:21
**thoroughly** [1] - 1145:21
**thousand** [7] - 1042:19, 1086:7, 1107:11, 1131:24, 1131:25, 1132:13, 1132:14
**thousands** [4] - 1154:4, 1154:6, 1159:14, 1193:2
**threat** [6] - 1015:5, 1015:7, 1015:13, 1015:14, 1015:15, 1100:19
**threaten** [2] - 1100:18, 1202:5
**threatened** [3] - 1100:22, 1182:18, 1201:22
**threatening** [2] - 1199:20, 1201:18
**threats** [11] - 1005:18, 1015:2, 1015:21, 1015:24, 1015:25, 1016:7, 1017:2, 1017:12, 1017:25, 1071:11, 1116:7
**Three** [2] - 1186:21, 1186:24
**three** [26] - 1006:17, 1007:7, 1007:24, 1008:20, 1009:4, 1009:13, 1011:11, 1012:19, 1022:18, 1029:22, 1032:9, 1072:17, 1085:23, 1090:21, 1093:19, 1132:24, 1153:18, 1158:16, 1228:5, 1229:12, 1231:15, 1238:8, 1238:25, 1247:18, 1247:21
**three-and-a-half** [1] - 1022:18
**threw** [16] - 1106:8, 1121:11, 1171:25, 1174:10, 1174:11, 1174:12, 1174:16, 1174:17, 1174:19, 1174:20, 1184:19, 1184:22, 1188:10, 1191:21, 1197:24, 1248:15
**thrill** [1] - 1154:19
**throughout** [1] - 1058:6
**throw** [10] - 1171:11, 1174:18, 1178:22, 1184:13, 1206:9, 1206:13, 1206:14, 1243:11, 1244:8, 1248:16
**throwing** [3] - 1036:12, 1206:4, 1244:7
**thrown** [6] - 1189:8, 1190:5, 1190:6, 1198:7, 1198:21, 1233:10
**Thursday** [5] - 1027:3, 1027:13, 1028:4, 1028:6, 1033:15
**ticket** [1] - 1162:16
**tied** [3] - 1106:3, 1232:25, 1236:18
**tight** [2] - 1054:21, 1083:7
**tip** [2] - 1052:18, 1243:15
**tipper** [1] - 1243:16
**tires** [3] - 1215:6, 1215:11, 1215:12
**toast** [1] - 1244:24
**today** [12] - 1010:12, 1011:6, 1112:23, 1146:23, 1150:9, 1192:16, 1197:9, 1205:4, 1227:14, 1229:9, 1236:5, 1237:18

**today's** [1] - 1220:11
**toe** [1] - 1116:5
**together** [26] - 1022:21, 1022:22, 1022:23, 1022:25, 1026:22, 1027:2, 1028:16, 1032:8, 1048:3, 1048:11, 1051:18, 1079:16, 1081:15, 1094:8, 1094:11, 1094:12, 1095:7, 1111:11, 1164:23, 1166:1, 1166:2, 1194:14, 1204:19, 1218:11, 1245:17, 1246:15
**Tom** [7] - 1060:12, 1060:14, 1060:20, 1061:1
**Tom's** [1] - 1060:14
**Tommy** [10] - 1102:9, 1102:11, 1128:3, 1128:5, 1140:15, 1180:22, 1182:5, 1182:7
**tomorrow** [6] - 1003:10, 1108:15, 1108:17, 1108:19, 1152:13, 1252:16
**Tompkin's** [1] - 1096:3
**ton** [1] - 1227:21
**Tony** [12] - 1052:17, 1053:7, 1054:9, 1054:19, 1054:20, 1062:13, 1063:20, 1065:21, 1070:1, 1107:17, 1126:16, 1187:7
**took** [58] - 1028:19, 1029:17, 1035:25, 1051:10, 1051:13, 1053:18, 1058:12, 1061:25, 1068:15, 1068:25, 1074:10, 1076:25, 1077:1, 1080:18, 1080:20, 1086:22, 1090:18, 1095:24, 1096:3, 1097:13, 1104:17, 1106:3, 1106:10, 1119:9, 1122:25, 1123:12, 1125:6, 1125:7, 1153:9, 1167:12, 1176:21, 1177:3, 1177:4, 1180:15, 1181:2, 1185:9, 1198:10, 1199:4, 1199:11, 1204:10, 1204:14, 1206:15, 1207:19, 1208:3, 1215:12, 1215:21, 1219:20, 1221:10, 1221:11, 1222:14, 1225:1, 1226:5, 1229:6, 1229:8, 1229:11, 1246:17, 1248:14, 1250:10
**tools** [1] - 1145:18
**top** [9] - 1011:11, 1012:6, 1017:20, 1078:10, 1079:21, 1093:2, 1159:3, 1193:6
**top-notch** [1] - 1193:6
**torture** [3] - 1120:22, 1120:24, 1121:1
**tortured** [1] - 1120:19
**tossed** [2] - 1197:24, 1198:10
**total** [2] - 1079:13, 1080:24
**totally** [2] - 1141:2, 1205:1
**touch** [6] - 1079:16, 1095:8, 1097:10, 1097:19, 1097:22
**touched** [1] - 1012:23
**tough** [1] - 1154:16
**tougher** [2] - 1248:21, 1248:22
**toward** [1] - 1181:25
**towards** [1] - 1249:12
**Town** [1] - 1194:10
**Towns** [2] - 1114:17, 1114:24
**traced** [1] - 1244:3
**tracking** [2] - 1178:1, 1178:2
**trade** [1] - 1153:20

**traded** [1] - 1225:7
**traffic** [6] - 1027:10, 1030:19, 1032:4, 1033:10, 1229:21, 1229:24
**trafficking** [3] - 1084:19, 1158:10, 1222:23
**trailer** [2] - 1087:21, 1087:24
**train** [1] - 1152:12
**trained** [3] - 1043:23, 1043:25
**Trans** [2] - 1228:1, 1228:12
**transaction** [3] - 1158:9, 1177:21, 1234:25
**TRANSCRIPT** [1] - 1001:12
**transcript** [1] - 1002:4
**transcription** [1] - 1002:4
**transportation** [3] - 1078:25, 1084:12, 1084:15
**treacherous** [1] - 1172:11
**trial** [11] - 1014:5, 1014:6, 1018:19, 1019:1, 1113:12, 1151:4, 1221:6, 1221:23, 1222:2, 1222:18, 1223:3
**TRIAL** [1] - 1001:12
**trials** [2] - 1016:25, 1018:19
**tried** [18] - 1015:10, 1042:7, 1060:12, 1071:9, 1071:10, 1079:18, 1095:7, 1116:8, 1118:21, 1123:15, 1124:2, 1124:3, 1130:14, 1153:12, 1153:15, 1202:15, 1245:19, 1248:23
**trigger** [1] - 1170:9
**trip** [1] - 1031:14
**Trucchio** [1] - 1101:9
**truck** [60] - 1008:2, 1022:13, 1022:14, 1025:8, 1026:23, 1027:3, 1027:9, 1027:14, 1027:15, 1027:16, 1027:20, 1029:14, 1029:16, 1029:18, 1029:21, 1029:22, 1029:25, 1030:1, 1030:7, 1030:8, 1030:9, 1030:10, 1030:22, 1031:7, 1031:17, 1031:19, 1031:24, 1032:5, 1032:11, 1033:13, 1034:19, 1035:5, 1035:17, 1035:20, 1035:22, 1038:21, 1040:6, 1042:9, 1044:2, 1046:18, 1047:8, 1048:14, 1049:14, 1071:5, 1080:8, 1080:11, 1080:14, 1084:15, 1129:5, 1153:7, 1157:20, 1167:5, 1167:6, 1219:2, 1220:14, 1229:11, 1230:4, 1230:5, 1230:10, 1234:3
**Trucking** [2] - 1233:15, 1233:19
**truckloads** [1] - 1204:19
**trucks** [2] - 1021:12, 1145:17
**true** [4] - 1015:12, 1140:2, 1223:21, 1235:14
**trunk** [2] - 1138:16, 1138:19
**trust** [3] - 1048:21, 1091:2, 1177:6
**truth** [7] - 1104:17, 1221:9, 1221:22, 1222:7, 1223:23, 1223:24
**truthful** [7] - 1149:16, 1192:22, 1196:13, 1196:17, 1221:7, 1223:19, 1224:2
**truthfully** [1] - 1149:13
**try** [12] - 1072:6, 1099:9, 1099:19,

1099:23, 1101:19, 1168:7, 1176:6, 1205:19, 1217:13, 1224:6, 1240:12, 1246:18
**trying** [15] - 1032:8, 1037:7, 1043:1, 1094:11, 1126:15, 1182:5, 1183:12, 1188:16, 1191:20, 1199:2, 1201:23, 1206:2, 1206:3, 1217:10, 1219:12
**TT** [2] - 1110:17, 1110:22
**turn** [3] - 1029:25, 1148:4, 1175:23
**turned** [9] - 1132:22, 1167:10, 1209:12, 1217:18, 1217:23, 1234:6, 1249:12, 1249:16, 1250:25
**turning** [1] - 1247:11
**turns** [1] - 1220:16
**TV** [1] - 1038:20
**twenty** [3] - 1107:11, 1143:17, 1143:18
**twenty-something** [1] - 1107:11
**twice** [1] - 1087:7
**two** [42] - 1007:6, 1007:23, 1008:20, 1009:13, 1011:10, 1017:20, 1025:25, 1026:1, 1028:19, 1034:7, 1036:19, 1040:11, 1051:6, 1051:17, 1059:4, 1060:5, 1060:9, 1063:4, 1066:7, 1066:21, 1077:24, 1087:1, 1087:14, 1090:20, 1109:25, 1110:22, 1149:1, 1158:2, 1158:14, 1159:19, 1159:20, 1176:18, 1178:20, 1203:13, 1203:15, 1207:18, 1217:18, 1218:1, 1220:16, 1220:24, 1228:6, 1253:17
**type** [9] - 1143:22, 1169:25, 1171:3, 1185:11, 1197:4, 1205:18, 1221:25, 1222:2, 1241:19
**types** [3] - 1147:21, 1239:21, 1251:19
**typical** [2] - 1086:6
**typically** [1] - 1085:18

## U

**U-Haul** [4] - 1080:8, 1080:11, 1084:14, 1084:16
**U.S** [2] - 1143:25, 1221:14
**ultimately** [8] - 1008:4, 1132:1, 1134:3, 1142:13, 1153:9, 1166:6, 1175:11, 1231:2
**uncle** [1] - 1113:23
**uncomfortable** [1] - 1096:21
**uncontrollable** [1] - 1033:24
**under** [33] - 1007:18, 1007:23, 1009:16, 1011:10, 1012:3, 1012:13, 1012:14, 1012:17, 1015:10, 1016:6, 1017:17, 1018:1, 1021:3, 1071:23, 1071:25, 1072:19, 1074:22, 1083:4, 1086:13, 1092:6, 1092:9, 1144:22, 1148:9, 1149:10, 1149:19, 1168:7, 1172:13, 1223:24, 1225:4, 1226:6, 1226:12, 1226:14, 1242:21
**underboss** [6] - 1055:12, 1057:15, 1067:9, 1067:14, 1067:19, 1110:15
**underboss's** [1] - 1068:4

**underneath** [2] - 1168:10, 1168:11
**understood** [1] - 1140:4
**union** [14] - 1133:14, 1226:7, 1226:12, 1226:14, 1226:16, 1226:18, 1226:20, 1226:22, 1226:25, 1227:4, 1227:9, 1227:10, 1227:11
**unionization** [1] - 1188:3
**UNITED** [3] - 1001:1, 1001:4, 1001:13
**United** [4] - 1001:7, 1001:17, 1001:19, 1226:7
**unjust** [1] - 1099:2
**unknown** [4] - 1158:3, 1158:4
**unload** [3] - 1032:10, 1035:21, 1194:17
**unnecessarily** [1] - 1154:22
**unpacked** [1] - 1006:23
**unqualified** [1] - 1227:7
**unquote** [2] - 1009:20, 1013:2
**untold** [1] - 1072:16
**up** [168] - 1006:6, 1011:18, 1016:24, 1017:1, 1019:8, 1021:2, 1023:9, 1023:20, 1026:21, 1027:24, 1027:25, 1029:14, 1030:10, 1030:24, 1031:4, 1033:11, 1033:25, 1034:23, 1035:18, 1036:19, 1041:10, 1041:11, 1043:8, 1044:23, 1046:10, 1046:12, 1048:7, 1048:15, 1048:18, 1049:8, 1069:1, 1073:15, 1076:6, 1077:8, 1078:22, 1079:4, 1079:20, 1080:1, 1080:3, 1080:11, 1080:21, 1080:22, 1081:23, 1081:24, 1082:1, 1082:2, 1082:13, 1082:14, 1084:14, 1085:16, 1089:24, 1090:4, 1090:25, 1092:15, 1094:4, 1094:9, 1095:9, 1095:10, 1095:12, 1095:15, 1095:18, 1095:19, 1097:23, 1098:15, 1099:1, 1099:3, 1100:7, 1100:17, 1102:16, 1104:4, 1105:10, 1105:15, 1105:17, 1106:11, 1110:15, 1112:23, 1113:6, 1113:15, 1114:2, 1114:12, 1116:5, 1118:11, 1118:24, 1119:4, 1119:6, 1120:9, 1120:10, 1124:11, 1126:5, 1126:8, 1127:3, 1129:5, 1131:13, 1132:16, 1132:18, 1136:3, 1139:4, 1142:7, 1143:7, 1146:2, 1150:13, 1150:16, 1161:19, 1161:24, 1162:17, 1164:20, 1167:1, 1167:6, 1169:5, 1172:10, 1173:21, 1174:12, 1175:16, 1177:23, 1178:23, 1180:24, 1180:25, 1184:2, 1184:18, 1185:11, 1191:20, 1194:8, 1194:17, 1198:3, 1198:5, 1198:11, 1198:15, 1198:22, 1200:2, 1200:4, 1200:11, 1200:12, 1201:2, 1202:15, 1202:20, 1202:22, 1203:6, 1203:10, 1204:3, 1205:10, 1205:21, 1206:2, 1206:3, 1207:10, 1207:21, 1208:7, 1210:21, 1214:2, 1216:7, 1216:23, 1217:9, 1217:14, 1222:16, 1224:23, 1226:10, 1231:13, 1232:21, 1232:25, 1235:4, 1236:18, 1239:9, 1241:2, 1243:1,

1245:12, 1247:6, 1249:3, 1249:6, 1250:7

**uphold** [1] - 1219:11
**ups** [1] - 1009:19
**upset** [14] - 1037:18, 1039:2, 1039:18, 1040:16, 1046:16, 1090:14, 1091:21, 1160:14, 1176:17, 1176:20, 1176:21, 1176:24, 1177:2, 1177:3
**upstairs** [1] - 1210:1
**upstanding** [3] - 1237:11, 1237:15, 1237:17
**user** [1] - 1035:1
**utilities** [2] - 1241:1, 1241:8
**utilized** [1] - 1012:1

## V

**Val** [2] - 1193:15, 1233:4
**valuable** [2] - 1155:19, 1241:18
**value** [3] - 1011:25, 1017:9, 1216:2
**Van** [2] - 1032:2, 1032:3
**van** [6] - 1035:21, 1035:22, 1167:2, 1167:6, 1180:24, 1233:11
**various** [2] - 1012:18, 1214:23
**vast** [1] - 1241:16
**vehicle** [1] - 1032:11
**vengeful** [2] - 1181:9, 1205:12
**Vic** [3] - 1109:22, 1109:23, 1109:24
**vicinity** [1] - 1237:23
**victim** [1] - 1215:20
**view** [1] - 1009:21
**vig** [1] - 1131:16
**Vinny** [7] - 1070:2, 1121:21, 1203:21, 1204:11, 1204:12, 1204:14, 1204:23
**violate** [1] - 1070:13
**violated** [2] - 1225:22, 1227:12
**violence** [8] - 1154:8, 1154:9, 1154:10, 1155:7, 1169:18, 1239:20, 1239:25, 1240:2
**violent** [1] - 1240:8
**visible** [1] - 1138:9
**visit** [4] - 1031:19, 1092:8, 1093:12, 1093:13
**visited** [3] - 1085:19, 1093:11, 1094:18
**visiting** [1] - 1093:16
**Viva** [2] - 1114:25, 1115:3
**voice** [1] - 1209:7
**volition** [1] - 1015:14
**volunteering** [1] - 1041:19
**VV** [1] - 1070:24

## W

**wagon** [1] - 1036:19
**waist** [1] - 1138:17
**wait** [3] - 1032:1, 1094:17, 1165:12
**waited** [2] - 1036:2, 1081:24
**waiting** [7] - 1021:1, 1035:21, 1081:3,

1102:9, 1161:20, 1167:1, 1186:13
**waitress** [2] - 1016:13, 1016:14
**Waldbaum's** [1] - 1234:12
**walk** [1] - 1125:6
**walked** [9] - 1073:15, 1138:7, 1166:25, 1167:5, 1173:21, 1174:2, 1188:10, 1231:15, 1248:19
**walkie** [5] - 1037:1, 1037:2, 1037:6, 1037:9, 1167:4
**walkie-talkie** [4] - 1037:1, 1037:2, 1037:9, 1167:4
**walkie-talkies** [1] - 1037:6
**walking** [7] - 1007:4, 1030:6, 1161:25, 1172:12, 1243:6, 1249:11
**walls** [1] - 1084:1
**wants** [1] - 1211:1
**war** [1] - 1109:25
**warehouse** [1] - 1239:3
**warehouses** [3] - 1245:6, 1245:13, 1247:8
**warned** [1] - 1091:20
**washed** [1] - 1174:21
**watch** [5] - 1029:3, 1099:15, 1102:22, 1102:23, 1230:1
**watched** [1] - 1031:1, 1031:2, 1225:5
**watching** [5] - 1025:2, 1029:15, 1032:5, 1154:25, 1162:9
**waves** [1] - 1098:16
**ways** [1] - 1243:5
**weak** [1] - 1077:25
**weapon** [3] - 1169:23, 1171:3, 1191:21
**weapons** [3] - 1169:20, 1170:1, 1170:13
**wear** [1] - 1083:4
**wedding** [3] - 1129:20, 1130:7, 1130:10
**week** [7] - 1040:11, 1059:3, 1090:21, 1146:9, 1227:3, 1246:13, 1246:17
**weeks** [5] - 1003:1, 1011:7, 1040:11, 1225:21, 1238:8
**weeping** [1] - 1015:23
**weight** [3] - 1013:8, 1032:10, 1185:10
**WEINSTEIN** [1] - 1001:12
**welfare** [1] - 1015:9
**well-known** [2] - 1066:8, 1069:6
**west** [1] - 1184:8
**whack** [3] - 1082:2, 1085:15, 1105:16
**whacked** [1] - 1068:7
**whatsoever** [1] - 1162:15
**wheel** [2] - 1249:12, 1249:20
**wheels** [1] - 1249:16
**whim** [1] - 1169:7
**whole** [8] - 1046:3, 1058:6, 1103:19, 1127:13, 1127:14, 1149:23, 1187:11, 1190:15
**wife** [14] - 1047:6, 1099:14, 1099:15, 1130:11, 1130:21, 1143:6, 1143:7, 1163:12, 1188:12, 1200:9, 1204:16, 1204:20, 1205:8, 1248:14

**wife's** [1] - 1232:17
**wig** [3] - 1078:5, 1078:13, 1097:13
**willingness** [1] - 1216:21
**Williston** [2] - 1201:2, 1201:3
**window** [2] - 1132:25, 1206:10
**windows** [1] - 1206:11
**Winnebagos** [1] - 1194:18
**Winnebego** [1] - 1084:16
**winter** [1] - 1038:15
**wiped** [2] - 1219:5, 1237:3
**wire** [6] - 1139:8, 1139:11, 1139:14, 1139:20, 1205:8, 1208:7
**wise** [4] - 1136:21, 1169:5, 1215:5, 1215:8
**withdraw** [2] - 1213:4, 1213:5
**withdrawn** [10] - 1042:13, 1042:24, 1047:14, 1060:25, 1067:4, 1078:16, 1090:17, 1092:15, 1127:2, 1136:12
**WITNESS** [3] - 1157:4, 1213:1, 1213:22
**witness** [27] - 1006:10, 1007:1, 1007:8, 1007:12, 1009:24, 1010:1, 1013:15, 1015:22, 1016:17, 1020:16, 1020:17, 1020:19, 1021:3, 1021:5, 1052:12, 1056:5, 1062:10, 1108:4, 1108:10, 1121:1, 1151:16, 1152:15, 1187:20, 1188:22, 1195:13, 1195:17, 1196:10
**Witness** [1] - 1146:17
**witness'** [1] - 1012:10
**witnessed** [1] - 1151:2
**witnesses** [8] - 1007:9, 1007:14, 1007:21, 1008:13, 1011:22, 1012:9, 1013:14, 1016:15
**witnessing** [1] - 1058:13
**wives** [4] - 1191:18, 1192:3, 1243:20, 1247:21
**Woodhaven** [4] - 1080:15, 1158:4, 1172:6, 1178:4
**word** [10] - 1105:3, 1110:18, 1120:21, 1120:24, 1139:7, 1140:24, 1141:7, 1146:13, 1192:14, 1222:14
**workers** [1] - 1076:13
**workings** [1] - 1008:16
**world** [1] - 1155:16
**worried** [2] - 1243:25, 1247:3
**worry** [5] - 1073:19, 1075:7, 1127:5, 1141:13, 1185:3
**worse** [3] - 1066:21, 1066:22, 1201:23
**worth** [5] - 1228:6, 1229:12, 1231:16, 1237:1, 1241:8
**wound** [1] - 1199:20
**wounded** [2] - 1061:3, 1061:4
**Wrap** [1] - 1080:9
**write** [2] - 1210:19, 1210:21
**writing** [2] - 1012:5, 1151:11
**wrongdoing** [1] - 1017:18
**Wyck** [2] - 1032:2, 1032:3

GR     OCR     CM     CRR     CSR

## Y

**yard** [4] - 1071:12, 1073:11, 1106:18, 1216:8

**year** [13] - 1038:14, 1044:20, 1063:18, 1072:17, 1119:22, 1119:24, 1123:2, 1125:1, 1135:15, 1139:17, 1146:9, 1186:23, 1220:13

**Year** [1] - 1129:10

**Years** [1] - 1125:3

**years** [20] - 1009:11, 1009:15, 1126:25, 1137:3, 1139:15, 1143:17, 1143:18, 1145:24, 1156:17, 1164:5, 1164:23, 1194:6, 1215:23, 1216:25, 1217:1, 1222:13, 1224:4, 1245:15, 1251:18, 1252:7

**yelled** [1] - 1189:1

**yelling** [5] - 1137:15, 1137:24, 1209:25, 1211:25, 1212:1

**yes.** [3] - 1170:12, 1175:5, 1235:22

**yesterday** [37] - 1021:11, 1023:5, 1035:1, 1049:16, 1050:1, 1051:19, 1052:5, 1052:21, 1060:20, 1066:25, 1086:9, 1101:8, 1103:8, 1109:3, 1111:18, 1116:22, 1121:19, 1124:14, 1128:8, 1131:4, 1136:5, 1142:8, 1152:22, 1153:25, 1156:11, 1160:19, 1162:25, 1182:23, 1194:3, 1194:21, 1196:12, 1196:17, 1208:17, 1209:5, 1215:5, 1217:9, 1244:10

**YORK** [1] - 1001:1

**York** [29] - 1001:7, 1001:20, 1001:22, 1001:25, 1002:2, 1034:20, 1069:18, 1077:8, 1077:10, 1078:22, 1079:15, 1080:11, 1090:4, 1091:21, 1095:10, 1095:13, 1095:15, 1095:19, 1097:12, 1104:11, 1201:2, 1201:3, 1241:14, 1242:3, 1242:7, 1246:10, 1250:22

**young** [4] - 1023:6, 1153:1, 1192:9, 1194:6

**younger** [1] - 1064:13

**yourself** [8] - 1046:12, 1059:7, 1153:25, 1181:2, 1181:4, 1207:17, 1241:5, 1244:6

**youse** [1] - 1167:23

## Z

**Z-E-R-B-O** [1] - 1096:11

**Zerbo** [1] - 1096:9

**zip** [1] - 1206:10

**zip-screwed** [1] - 1206:10

**Zuccaro** [17] - 1005:8, 1007:2, 1007:25, 1008:12, 1009:14, 1009:24, 1010:4, 1011:15, 1011:16, 1012:8, 1021:5, 1057:6, 1149:18, 1152:22, 1218:12, 1218:16, 1253:4

**Zuccaro's** [1] - 1012:1

GR      OCR      CM      CRR      CSR