<pre>
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
 2
    - - - - - - - - - - - - - X
 3
    UNITED STATES OF AMERICA,   :
 4
                     Plaintiff, :    08-CR-76
 5                                   :
            -against-          :    United States Courthouse
 6
                              :    Brooklyn, New York
 7
    CHARLES CARNEGLIA,          :
 8
                     Defendant. :
 9                              :    September 17, 2009
                              :    11:00 a.m.
10  - - - - - - - - - - - - - X

11                    TRANSCRIPT OF SENTENCING
              BEFORE THE HONORABLE JACK B. WEINSTEIN
12               UNITED STATES DISTRICT SENIOR JUDGE

13  APPEARANCES:

14  For the Plaintiff:        BENTON J. CAMPBELL, ESQ.
                              United States Attorney
15                            BY:  ROGER BURLINGAME, ESQ.
                                   EVAN NORRIS, ESQ.
16                                 MARISA SEIFAN, ESQ.
                              Assistant United States Attorneys
17
    For the Defendant:        CURTIS FARBER, ESQ.
18                            KELLEY SHARKEY, ESQ.

19
    Probation:                SINDEE HAASNOOT
20

21  Court Reporter:           FREDERICK R. GUERINO, C.S.R.
                              225 Cadman Plaza East
22                            Brooklyn, New York
                              718-330-7687
23

24
    Proceedings recorded by mechanical stenography, transcript
25  produced by CAT.
</pre>

1          THE COURT CLERK:  Criminal cause for sentencing:

2    United States of America v. Charles Carneglia.

3          Counsel, note your appearances, please.  For the

4    United States?

5          MR. BURLINGAME:  Roger Burlingame,, Evan Norris and

6    Marisa Seifan for the United States Attorney's Office, joined

7    by Shanida Moore, paralegal, and Sindee Haasnoot form

8    Probation.

9          MR. FARBER:  Good morning, your Honor.

10         Curtis Farber for Charles Carneglia.

11         MS. SHARKEY:  Good morning, Judge.

12         Kelly Sharkey for Mr. Carneglia.

13         THE COURT:  Swear the defendant, please.

14         (The defendant is sworn in at this time.)

15         THE COURT:  Do you require an interpreter, sir?

16         THE DEFENDANT:  No.

17         THE COURT:  Have you read the presentence report and

18   had it explained to you by your attorney?

19         THE DEFENDANT:  Yes.

20         THE COURT:  Are you ready to be sentenced?

21         THE DEFENDANT:  Yes.

22         THE COURT:  What is your citizenship?

23         THE DEFENDANT:  United States citizen.

24         THE COURT:  Are you satisfied with your attorneys?

25         THE DEFENDANT:  Well, if I would have more time to

1  confer with them, yes.

2  THE COURT:  Do the attorneys have a conflict?

3  MS. SHARKEY:  No, Judge.

4  MR. FARBER:  No, judge.

5  THE COURT:  Any unresolved motions or contentions,

6  government?

7  MR. BURLINGAME:  No, Judge.

8  THE COURT:  Defendant?

9  MR. FARBER:  We have objections to certain

10  paragraphs in the presentence report that I filed on August

11  3rd, your Honor.

12  THE COURT:  State them, please.  Make reference to

13  particular paragraphs, please.

14  MR. FARBER:  Yes, Your Honor.

15  First, with regard to paragraph 22, defense objects

16  to the inclusion in the calculations for sentencing purposes

17  information related to the death of Albert Gelb.

18  THE COURT:  Change paragraph 22 so that it begins,

19  "it is alleged" .

20  MR. BURLINGAME:  Your Honor, if I might.

21  THE COURT:  I will hear you.

22  MR. BURLINGAME:  The government would seek that the

23  court finds the Gelb murder to be relevant conduct relevant.

24  THE COURT:  It is relevant conduct, but the

25  paragraph will be modified to read, "it is alleged that" to

1  begin.  I have already ruled on the motion with respect to

2  the victim indicating that it is relevant, and that's a

3  matter of record.

4          MR. BURLINGAME:  Thank you, Judge.

5          THE COURT:  What else?

6          MR. FARBER:  With respect to paragraph 37, the

7  defense objects to the inclusion of this information in the

8  presentence report for calculations purposes.

9          THE COURT:  Denied.  There was evidence.  Next.

10          MR. FARBER:  With respect to paragraph 40, again the

11  defense objects to the inclusion of this information for

12  calculation purposes.

13          THE COURT:  Begin the paragraph by saying "it was

14  alleged," otherwise it will remain.  Next.

15          MR. FARBER:  With regard to paragraph 41, it is a

16  list of uncharged crimes that the government intends it can

17  prove by a preponderance of evidence.  The defense disagrees

18  with this conclusion and objects for the Court's

19  consideration of the same.

20          THE COURT:  Well, these were not charged.

21          MR. BURLINGAME:  That's correct, Judge, these were

22  uncharged acts.  But there was evidence that was introduced

23  to them as part of the racketeering conspiracy, and I think

24  there was sufficient evidence to find them relevant conduct.

25  But there's no objection to the elimination of these crimes

1   from the PSR or because they have no bearing on the guideline

2   calculation.

3         THE COURT:  Paragraph 41 will be omitted.  Next.

4         MR. FARBER:  With regard to paragraph 50, in that

5   Mr. Carneglia was not convicted of these particular charged

6   extortions and murders, defense objects to the inclusion of

7   the same for calculation purposes.

8         THE COURT:  What's the government's view?

9         MR. BURLINGAME:  Same position, Judge.  I think it

10   is appropriately found as relevant conduct was proven by a

11   preponderance, but it had no bearing on the final guidelines

12   calculation.

13         THE COURT:  Exclude it.  Next.

14         MR. BURLINGAME:  Except with respect to paragraph

15   50-A, which is the Gelb murder, which you already ruled on.

16         THE COURT:  Exclude paragraph 50-A.  Next.

17         MR. FARBER:  Paragraph 51, the objection that was

18   made with regard to paragraph 41 these were uncharged crime.

19         THE COURT:  Government.

20         MR. BURLINGAME:  Judge, I'm sorry, did you exclude

21   paragraph 50-A?

22         THE COURT:  I did.

23         MR. BURLINGAME:  I think that would be in conflict

24   with the Court's earlier ruling about the Gelb murder.

25         THE COURT:  I don't believe it is.

1          What is your view on 51?

2          MR. BURLINGAME:  The murder on 51 is the same -- I

3    mean, the view on 51 is the same position I articulated

4    earlier.

5          THE COURT:  Exclude 51.

6          MR. FARBER:  With regard to paragraph 107,

7    Racketeering Acts 11-A and 11-B, with regard to David

8    D'Arpino, defense objects to the four-level enhancement.

9          THE COURT:  Excuse me, the paragraph now is what?

10          MR. FARBER:  107.

11          THE COURT:  Yes.

12          MR. FARBER:  There was a four-level enhancement for

13    permanent injury with respect to David D'Arpino.  There was

14    no such evidence introduced at trial and the defense would

15    object to such an enhancement.

16          MR. BURLINGAME:  Judge, there was evidence.  There

17    was a picture of the scarring on his foot.

18          THE COURT:  That is true.

19          MR. FARBER:  Judge, I would be hesitant to call it a

20    scar.  There was an indication of a very feint red mark.  I

21    don't think it rises to the level of what would be considered

22    permanent injury.  There's no testimony from Mr. D'Arpino or

23    anyone else to indicate that Mr. D'Arpino suffered any

24    impairment of the use of his foot.

25          THE COURT:  I don't agree.  Acid of the type that

1 was administered would cause permanent injury of this kind.

2 The four-level enhancement stands.

3       What else?

4       MR. FARBER:  Paragraph 113, a similar enhancement

5 was given with regard to a another alleged victim of the

6 kidnapping.  We had no information produced regarding that

7 victim.

8       THE COURT:  Government?

9       MR. BURLINGAME:  Well, that's slightly inaccurate.

10 There was evidence that the acid was also applied to his

11 foot.  So it stands to reason you receive the same injuries

12 as D'Arpino.

13       THE COURT:  But there was no evidence.

14       MR. BURLINGAME:  No, there was no picture of this

15 man's foot.

16       THE COURT:  There's no evidence of any permanent

17 injury.  Paragraph 113, four is to be reduced to zero.

18       What else?

19       MR. FARBER:  With respect to paragraphs 132 through

20 137, again the defense would object to the inclusion of this

21 for calculation purposes.

22       THE COURT:  What's the government's view?

23       MR. BURLINGAME:  The court has found the Gelb murder

24 to be relevant conduct and, therefore, it is appropriately

25 included for guidelines calculation.

1          THE COURT:  Exclude it.

2          What else?

3          MR. FARBER:  With respect to paragraphs 138 through

4    143, the extortion at the Greentree Condominiums, again the

5    defense would object to inclusion of this for calculation

6    purpose.

7          THE COURT:  What is the government's view?

8          MR. BURLINGAME:  The Greentree calculations are

9    totally irrelevant to the total offense level.  So the

10   government has no objection to eliminating their inclusion.

11         THE COURT:  Exclude it.

12         MR. FARBER:  With respect to paragraphs 144 through

13   149, which relates to the Robert Shaivo matter, we would

14   object to the inclusion of this information for calculation

15   purpose.

16         THE COURT:  On what ground?

17         MR. FARBER:  There was no conviction on this count,

18   your Honor.

19         THE COURT:  What is the government's view?

20         MR. BURLINGAME:  Same position, totally irrelevant

21   to the total offense level.

22         THE COURT:  Exclude it.

23         MR. FARBER:  With respect to paragraphs 150 through

24   223, that is, the John Gammarano murder conspiracy; the Danny

25   Marino murder conspiracy; the Peter Zuccaro murder

1  conspiracy; Cliffy last name unknown murder solicitation;

2  John Favara accessory to murder; assault of Carmine Agnello;

3  assault of Andrew Curro; aggravated assault of Nicky

4  Pasquale; aggravated assault of Louis Aurrichio; assault of

5  Angelo Ruggiero, Jr.; extortion of Gambino Family Associate

6  Michael Reiter; extortion of Gambino Family Associate Keith

7  Pellegrino; defense would object to -- actually, I should

8  continue on.  I'm sorry, Judge.  If I could have one moment,

9  Judge?

10           THE COURT:  Yes.

11           (Pause)

12

13           MR. FARBER:  If I could continue on, it will go to

14  --

15           THE COURT:  Well, you are seeking to exclude?

16           MR. FARBER:  All crimes which were uncharged

17           THE COURT:  Paragraphs 150 to what?

18           MR. FARBER:  Through 255

19           THE COURT:  255?

20           MR. FARBER:  Yes, Your Honor.

21           THE COURT:  Is that what you said.

22           MR. FARBER:  255, that's correct.

23           THE COURT:  What is the government's view?

24           MR. BURLINGAME:  Judge, these are appropriately

25  included as relevant conduct.  They are all irrelevant to the

1  total offense level, except for the Favara murder.  We have

2  no objection to the exclusion of them for calculation

3  purpose.  But the Favara murder is relevant conduct and

4  should be included for the guidelines calculation.

5           THE COURT:  One, the Gammarano murder is excluded.

6  The Marino murder is excluded, and the Zuccaro murder is

7  excluded, correct?

8           MR. BURLINGAME:  Correct.

9           THE COURT:  Cliffy murder solicitation is excluded,

10  correct?

11           MR. BURLINGAME:  Correct.

12           THE COURT:  John Favara, accessory to murder, is

13  excluded?

14           MR. BURLINGAME:  This is the one that our position

15  is it is relevant conduct.  Multiple witnesses testified

16  about his role in disposing of the body, and it does make a

17  difference to the guidelines calculation, and is

18  appropriately included.

19           THE COURT:  He was not charged?

20           MR. BURLINGAME:  That's correct.

21           THE COURT:  I'm going to exclude it.  I don't

22  believe that it is appropriate to include it in determining

23  the guideline.  It is appropriate for the court to consider

24  it in connection with the degree of sentence under the level

25  that the guidelines provide, but I don't see it as part of

1    the calculation.  It wasn't charged.

2            MR. BURLINGAME:  If that's the court's view, that's

3    fine.  There is authority for the court, if the court finds

4    it to be proof beyond a preponderance to find it relevant

5    conduct, at which time it is appropriate to include it in the

6    guidelines calculation.

7            THE COURT:  I know there's such authority.  I'm

8    dubious about it, in view of <u>Booker</u> and the jury's obligation

9    to make these decisions, so it will be excluded.

10           Agnello is out, correct?

11           MR. BURLINGAME:  Correct.  There's no objection, if

12   that's the court's position, there's no objection all the way

13   through to paragraph 255.

14           THE COURT:  It will all be excluded.

15           Yes, what else?

16           MR. FARBER:  Paragraph 270, which provides for one

17   unit to be calculated with regard to the conspiracy to murder

18   Albert Gelb.

19           THE COURT:  Excluded.

20           MR. FARBER:  277 --

21           THE COURT:  What about 271?

22           MR. FARBER:  There is no point attributed to that,

23   your Honor.

24           THE COURT:  So you don't want it excluded?

25           MR. FARBER:  I would want it excluded.

1          THE COURT:  It should be excluded from the

2    calculation.

3          What is the next one?

4          MR. FARBER:  Well, then, I would ask to or move to

5    exclude 272 through 289.

6          THE COURT:  Government's view?

7          MR. BURLINGAME:  As stated previously, I think they

8    are appropriately included, but the court has already ruled

9    on it.

10          THE COURT:  Excluded.

11          What else?

12          MR. FARBER:  With regard to paragraph 303 --.

13          THE COURT:  Well, let's get the computation.

14          Will the probation officer work out the total

15    offense level with those exclusions.  What is it?

16          THE PROBATION OFFICER:  We remain with an adjusted

17    offense level of 43, your Honor at paragraph 291, and with

18    five levels for the grouping, we are adding four to that at

19    paragraph 292.

20          THE COURT:  It should be four instead of five?

21          THE PROBATION OFFICER:  Yes, Your Honor.

22          THE COURT:  Yes.

23          MR. FARBER:  Paragraph 293, combined adjusted

24    offense level should be 47.

25          THE COURT:  Yes.

1          THE PROBATION OFFICER:  And 295 should be 47 as well

2   for your total offense level.

3          THE COURT:  47.  What is the view of the defendant?

4          MR. FARBER:  If I may have a moment.

5          (Pause)

6          THE COURT:  Government?

7          MR. BURLINGAME:  That's correct, Judge, given the

8   rulings that your Honor has made

9          MR. FARBER:  That sounds correct, your Honor.

10         THE COURT:  Now, what else do you have?

11         MR. FARBER:  Paragraph 303 provides for a one

12  criminal history point for Mr. Carneglia's 1985 conviction

13  for driving a vehicle while impaired by alcohol

14         THE COURT:  What's the view of probation?

15         THE PROBATION OFFICER:  It falls within the 15-year

16  period of conviction, your Honor, that's why it was assigned

17  one point.

18         MR. FARBER:  Your Honor, it is a violation, not a

19  crime, under New York State law.

20         MR. BURLINGAME:  Judge, it is specifically the

21  commentary to 4A1.2(c), which governs -- specifically singles

22  out driving while intoxicated as being a crime for which a

23  point is properly assigned.

24         MR. FARBER:  Under New York law, intoxicated,

25  impaired are considered two different crimes.

1    THE COURT:  Yes, but it is not New York law which

2  governs the application, but federal law, and under federal

3  law I believe probation is correct, and there that one point

4  is appropriately provided.

5    Next.

6    MR. FARBER:  The defense objected to the language of

7  paragraph 308, which on the one hand said Mr. Carneglia was

8  fully compliant with conditions of supervised release, and

9  then went on to state they could not find an explanation as

10  to why no violation proceedings were initiated against

11  Mr. Carneglia for his violation of supervised release.

12    THE COURT:  No, I think that's accurate, since the

13  court's and in the jury's view is that he remained a member

14  of this illegal conspiracy during this period for which he

15  should have been violated.

16    THE PROBATION OFFICER:  That's also addressed in the

17  addendum to the report, that while the supervising officer

18  reported that the defendant was fully compliant, he was

19  obviously continuing his criminal conduct while on supervised

20  release, and violation proceedings should have been initiated

21  against him.  However, no documentation was contained in the

22  supervision file to explain why his supervising officer did

23  not initiate violation proceedings based on his continued

24  association with the Gambino Family.

25    THE COURT:  That's my understanding, and therefore

1   the paragraph will stand as written.

2         What else?

3         MR. FARBER:  The other objections which I note in my

4   file, your Honor, have now been addressed by the court:

5   Paragraph 309, which sought to reduce the original history

6   down by one point, which the court already denied; paragraphs

7   310 and 311, which the court just addressed now; and 312 as

8   well.  That's the scope of the objections by defense.

9         THE COURT:  And the government's view on those?

10        MR. BURLINGAME:  Those paragraphs are all correct.

11        THE COURT:  Motion denied.

12        So we have 47 offense level, instead of 48.

13        THE PROBATION OFFICER:  His offense level is 47,

14   criminal history category remains at five.

15        THE COURT:  Remains at five, which means that the

16   sentence is life under the guidelines.

17        THE PROBATION OFFICER:  Correct, your Honor.

18        THE COURT:  No variation in that.  But you will make

19   the changes as the court directed.

20        THE PROBATION OFFICER:  Yes, Your Honor.

21        MR. BURLINGAME:  Judge, there's one thing I would

22   like to bring out.

23        In paragraphs 45 and 46, there's some conflict.

24   Paragraph 46 says that probation does not have any

25   information related to restitution that may be owed by the

1  defendant.  But paragraph 45 sets forth that Emily Gelb,

2  sister of Albert Gelb, indicated a loss of $7,000 for funeral

3  and related services.  And given the Court's finding that was

4  relevant conduct, that the $7,000 is appropriate restitution.

5       THE COURT:  No, he was not convicted of that.  It is

6  not appropriate restitution.

7       What is the view of the defendant?

8       MR. FARBER:  We agree with the court, your Honor.

9       MR. BURLINGAME:  Judge, there's rather strong case

10  law that restitution is proper for relevant conduct, even in

11  uncharged or acquitted counts.

12       THE COURT:  Under the circumstances of this case, I

13  don't believe that restitution would be appropriate.  Denied.

14       Anything further?

15       MR. BURLINGAME:  No, Judge.

16       MR. FARBER:  Nothing from the defense, your Honor.

17       THE COURT:  Are you asking for a downward departure?

18       MR. FARBER:  No, Your Honor.

19       THE COURT:  We are making a video recording?

20       THE COURT CLERK:  We are.

21       THE COURT:  Any objection to the video recording?

22       MR. FARBER:  No, Your Honor.

23       MR. BURLINGAME:  No, Judge.

24       THE COURT:  Was the proper guidelines manual used by

25  both parties.

1          MR. BURLINGAME:  Yes, Your Honor.

2          MR. FARBER:  Yes, judge.

3          THE COURT:  The court observes and has observed the

4     defendant's demeanor.  He appears to be capable of

5     understanding these proceedings and participating

6     appropriately.

7          Do counsel agree?

8          MR. FARBER:  Yes, Your Honor.

9          MS. SHARKEY:  Yes, Your Honor.

10         THE COURT:  Do you wish a Fatico hearing?

11         MR. FARBER:  No, Your Honor.

12         THE COURT:  The defendant has the right to address

13    the court and to have witnesses on his behalf.

14         Counsel for the defendant will speak; victims may

15    speak under the statute.

16         The court has made particularized findings of fact

17    and law in this and prior proceedings.

18         Is there any other findings either side wishes?

19         MR. FARBER:  No, Your Honor.

20         MR. BURLINGAME:  No, Judge.

21         THE COURT:  Do you wish a jury trial on any issue of

22    fact relating to the sentence?

23         MR. FARBER:  No, Your Honor.

24         THE COURT:  Are the calculations based on the ruling

25    of the court now correct?

1          MR. BURLINGAME:  Yes, Judge.

2          MR. FARBER:  Yes, Your Honor.

3          THE COURT:  Does the defendant contend that he has

4    any assets?

5          MR. FARBER:  No, Judge.

6          THE COURT:  No assets?

7          MR. FARBER:  No assets, your Honor.

8          THE COURT:  What the government's view?

9          MR. BURLINGAME:  The government is unaware of any

10   assets in the defendant's possession.

11         THE COURT:  The defendant, in the court's view, in

12   view of his long criminal history, may well have assets due

13   to him, and, therefore, the fines will be the maximum.

14         No restitution is provided under the law.

15         Fines are payable without interest.

16         Have you informed the defendant of his right to

17   appeal?

18         MR. FARBER:  Yes, Your Honor.

19         THE COURT:  Will you take adequate steps to appeal,

20   if that is his wish?

21         MR. FARBER:  We will, your Honor.

22         THE COURT:  No date for payment of fine is set.

23         Not assets have yet been found.

24         Special assessment of r $100 on each count,

25   cumulative.  $200 is imposed.

1          Supervised release subject to 5D1.2, 5D1.3(a), (c),

2     (d) and (e).

3          Have you ever had a mental problem requiring

4     psychiatric treatment, sir?

5          THE DEFENDANT:  No.

6          THE COURT:  Do you take drugs.

7          THE DEFENDANT:  No.

8          THE COURT:  Do you gamble?

9          THE DEFENDANT:  Prescription drugs for my lungs.

10         THE COURT:  I'm sorry?

11         THE DEFENDANT:  Prescription drugs for my lungs.

12         THE COURT:  Prescription, yes.

13         Do you gamble?

14         THE DEFENDANT:  No, not at all.

15         THE COURT:  You have no guns, no drugs, except by

16    prescription, and have nothing to do with any criminals,

17    during your period of supervised release.

18         Should you ever be released during the period of

19    supervised release, the probation service may enter your

20    house without notice and you will give them full information

21    as required of financial and other matters.

22         Is there anything else that probation wishes?

23         THE PROBATION OFFICER:  No, Your Honor.

24         THE COURT:  Was any of your property taken when you

25    were arrested?

1          THE DEFENDANT:  Excuse me?

2          THE COURT:  Was your property taken, personal

3    property, when you were arrested?

4          THE DEFENDANT:  Yes, my license, my identification.

5          THE COURT:  Would you see that it is returned,

6    please, to counsel.

7          MR. BURLINGAME:  Yes, Judge.

8          THE COURT:  Are there any open charges?

9          MR. WEINSTEIN:  No, Judge.

10         THE COURT:  There are a number of charges.

11         MR. BURLINGAME:  We move to dismiss the charges upon

12   which the jury hung.

13         THE COURT:  Failed to agree.

14         MR. BURLINGAME:  Correct.

15         THE COURT:  I don't know whether that's wise.

16   Should there be a reversal, you don't want those dismissed.

17         Consult with your associate.

18         (Pause)

19

20         MR. BURLINGAME:  Thank you for the opportunity,

21   Judge.  We would not want them dismissed.

22         THE COURT:  Pursuant to Booker and related cases,

23   the parties will now address themselves to all elements of

24   Section 3553(a), the nature and circumstances of the offense,

25   the history and characteristics of the defendant, the need

1  for a sentence imposed to reflect the seriousness of the

2  offense, to promote respect for the law, to provide for just

3  punishment, to afford adequate general and specific

4  deterrence, to protect the public from further crimes of the

5  defendant, to provide the defendant with needed educational,

6  vocational training, medical care, and other correctional

7  treatment while incarcerated.

8          You have a GED now, sir?

9          THE DEFENDANT:  Yes, sir

10          THE COURT:  Do you want any other education or

11  vocational or other treatment in prison?

12          THE DEFENDANT:  Yes, I would

13          THE COURT:  What?

14          THE DEFENDANT:  Whatever I could get

15          THE COURT:  The defendant shall be afforded

16  educational opportunities

17          Any kind of vocational training, computers,

18  anything?

19          THE DEFENDANT:  Computer training

20          THE COURT:  In computer training, and will be given

21  medical treatment as required.

22          The statute requires the court to consider the kinds

23  of sentences available, and the guidelines, Sentencing

24  Commission statements and policies, need to avoid unwarranted

25  sentence disparity, and the need to give substantial weight

1 to the guidelines.

2   The court will impose a sentence under the

3 guidelines.  But if any of the guideline computations were

4 found to be incorrect, the sentence will be imposed under

5 3553(a), in view of the special considerations in this case

6 requiring incapacitation and deterrence.

7   I will now hear from the parties with respect to the

8 sentence to be imposed.

9   Defendant?

10   MR. BURLINGAME:  Judge, if I might just remind the

11 court, I'm not sure when you are planning on fitting them in.

12 There are seven victim statements

13   THE COURT:  Yes.  You wish to be heard after the

14 victims' statements or before?

15   MS. SHARKEY:  Yes, Judge

16   THE COURT:  After.

17   And the government, after or before?

18   MR. BURLINGAME:  After

19   THE COURT:  Okay.

20   Call your victims, please.

21   MR. BURLINGAME:  Emily Gelb.

22   THE COURT:  You may testify sitting there or here,

23 wherever it is more convenient.

24   MS. GELB:  This is fine.  Thank you.

25   THE COURT:  Make sure the microphone is on, please,

1    marshal.

2           THE COURT:  Oh, this is being sent into the overflow

3    room.

4           MS. GELB:  I'm sorry.

5           THE COURT:  Because there's not enough room for

6    everybody who wished to attend, we are being fed through

7    video into the overflow room for those who couldn't fit into

8    the courtroom, a video this procedure.  So, may I suggest

9    that you come up here, and, therefore, the camera will be

10   able to send your testimony so everybody can see it.

11          MS. GELB:  Thank you.

12          THE COURT:  Good morning.

13          MS. GELB:  Good morning.

14          I am Emily Gelb.  Excuse me, okay.

15          THE COURT:  Give her some water and tissue.

16          I'm Emily Gelb, sister of slain court officer Albert

17   Gelb.

18          I want to thank you, Judge Weinstein, for allowing

19   me to speak today.  I cannot imagine anyone who has ever lost

20   a loved one could accept that idea that their feelings are

21   irrelevant.  The need of every human being to find comfort

22   and closure could not be trivialized.  The Gelbs are an

23   emotional family.  What I came to say today is difficult for

24   me, but it needs to be said, so please excuse me if I need a

25   moment or two along the way to regain my composure.

1     When someone you love dies, time stops everything,

2 except that immediate moment, blurs, and for the next several

3 days you walk like a soldier through your own private

4 battlefield, supported by family and friends, through the

5 funeral, through the burial, and then you are left alone to

6 try to make sense of it all, to curl up, to hug yourself, and

7 to cry.

8     It is not the same for all of us the way we grief.

9 It took my mother 20 years to hang a childhood picture of

10 Albee and myself on her wall.  To this day my mother does not

11 know the details of this trial.  She knows there will be one.

12 She asks from time to time, but I have always put her off,

13 changed the subject, to protect her from any more pain.

14     My Dad, the handsome strong superman I wanted to

15 marry when I was eight years old, never got back that twinkle

16 in his eye.  He never smiled as wide a smile; never laughed

17 as richly after Albee died.

18     As for myself, I held fast to Albee's possessions.

19 Often alone late at night I would take out his beautiful

20 Spanish guitar, and as he had shown me so many times, I would

21 rap the strap around me.  I would place my fingers over the

22 strings where his fingers used to be, hoping to feel a

23 connection, a warmth through the strings, some signal if he

24 was still with me.  Some days it helped; some days it just

25 made the emptiness unbearable.

1          Now, fastforward 33 years later and time again

2   stops.  I am back on that battlefield reliving that same

3   horror.  I am flung back into those dark days watching myself

4   on the TV news, reading about my brother and my family in the

5   evening newspaper.  I am amazed how easily I am back there,

6   the pain so real again.  Time had healed my wounds, but fate

7   has ripped them open again.

8          Over the duration of this trial, I have spoken at

9   many luncheons honoring my brother.  I have been to award

10  ceremonies where they called Albee a hero.  Yes, he is a

11  hero, but not for the way he died.  Albert Gelb, be is a hero

12  for the way he lived.

13         He was kind.  He was funny.  He was someone who made

14  you feel at ease in any situation, a spiritual man who looked

15  for the best in everyone.  He was a respectful loving son,

16  grandson, cousin, friend, and my brother.  He was proud to be

17  a court officer and we were proud for him.  So it seems only

18  natural now that he stood by his principles, never for one

19  minute was he willing to be less than all we loved and

20  admired him for, and it cost him his life.

21         Well, this is the day of reckoning.  You, Charles

22  Carneglia, you have no soul.  There is a darkness that

23  surrounds you every day, an evil so heavy, it could be felt

24  by anyone in your presence.  You have never shown any

25  remorse.  My brother would ask me to show you mercy, but I am

1  not my brother.  I am the one who mourns him.  So I ask that

2  they lock you in a cage fit for an animal that you are, never

3  to see the sunlight, never to share another day with another

4  human being, a cage where you can live out your miserable

5  life, a filthy sewer where vermin like you belong.

6      For those of you whose job it is to decide, the Gelb

7  family, Albert's friends, and all of those who were fortunate

8  enough to know him, are watching and waiting and praying.

9  Voice your hardest blow, recommend your steepest sentence

10  today.  Charles Carneglia is a pathetic, sick old man.  Let

11  him suffer his last few miserable years in a hell of his own

12  making.  At the end of this day, you can assure us that after

13  33 long years justice has been done.  That the harshest

14  punishment has been meted out and my beautiful brave brother

15  Albert Gelb can rest in peace.

16      Up to today, I have mourned for my brother.

17  Beginning tomorrow, on the eve of Rosh Hashana, I will

18  celebrate his life.  And, yes, as I have waited so long to

19  do, as tenderly as I can, I will tell my mother about this

20  trial.  I will tell her the whole story.  And I will tell her

21  it is finally over.  Thank you.

22      THE COURT:  Thank you.

23      Call the next witness.  Please.

24      MR. BURLINGAME:  Vivian Delgado.

25      THE COURT:  Good morning.

FREDERICK P. GUERINO, C.S.R.      OFFICIAL COURT REPORTER

1          MS. V. DELGADO:  Good morning.  Thank you, your

2   Honor, for listening to me.

3          I am Vivian Delgado, Jose Luis Delgado's second

4   daughter.

5          I wrote some of my feelings since this happened.

6   It's been a long time.  It just feels like it just happened

7   all over again.

8          THE COURT:  Could you move the microphone and try to

9   speak up.  I know it is difficult, but do try.

10          Today there is no doubt that I could go on and on

11   about what a great man my father was.  I can go on and on

12   about all of the great memories we could have shared if this

13   selfish man wouldn't have chose to live the life that he did.

14   He lives the life of destroying families, a life of making

15   money out of destroying homes.  He's heartless.

16          I wrote a lot of things here, but what I really want

17   to say is, there's really nothing that I could probably say

18   that would hurt him, because this is what he did for a

19   living.  He just has no heart.  He has no remorse.  He lived

20   destroys families and homes.  He destroyed our relationship

21   with our sister, things that we can never get back, and he

22   really doesn't care.  I can say a lot of things.  I could

23   wish him a lot of things, but and nothing is going to hurt

24   him.  There's nothing that I can do to hurt him.

25          So today I'm just going to ask the court -- first I

1    want to thank the court for bringing justice.  But I just

2    want to say that I think there should be no mercy on his

3    part.  I don't think he should get any privileges.  I don't

4    think that we should put any time and money and taxes to pay

5    for him to take a computer class or for anything.  Why should

6    he get any privileges?  What about us, his children, his

7    family, that we had to struggle through school and to pay

8    bills and to do our activities without our father in our

9    life.  That's something that we will never get back, never,

10   no matter how much time he gets.  So I say no mercy.

11        You are heartless.  You have no remorse.  You are a

12   disgrace to society.  You have built this for yourself, so

13   now it's you and God, and the Bible says revenge is God, and

14   you will get your revenge from the Lord.

15        Thank you for this time.

16        THE COURT:  Thank you.

17        Next witness, please.

18        MR. BURLINGAME:  Evelyn Colon.

19        THE COURT:  Good morning.

20        MS. COLON:  Good morning, Judge.

21        My name is Evelyn Colon.  I am the oldest daughter

22   of Jose Delgado Rivera, of the seven children that he had.

23        Your Honor, I enclosed to you family photos of a

24   life that i had with my father.  They say that a picture is

25   like a thousand words.  This is what I lost because of that

murderer, Charles Carneglia.  All I have left are pictures.

These pictures tell a story of a family man full of life.  When he walked into a room, he was the life of the party.  He loved all his children.  Some of us weren't raised with him, but he still loved us and we had our quality time with our father.  My father enjoyed many things during his short life span.  At age 47 it was taken away.  He was trying to live the American dream.  He especially loved his grandchildren.  Not having my father in my life has been the greatest loss.  So, your Honor, I would like to explain to you how this crime has affected me and my family emotionally and physically.

This crime affected my marriage in so many ways that sometimes I didn't even know who I was and what I was doing. I put myself in many reckless situations.  For example, I used to leave my husband and kids home alone while I was partying and trying to escape from many realities and responsibilities.  I know now that I was escaping from losing my dear father, wondering who would have murdered him and why.  My life was a blur, even to the point of not remembering my father's burial.  Everyone tells me that I was there, but I couldn't remember it.  The words they used in his eulogy raced in my mind constantly, thinking that I would wake up from this horrendous nightmare.  In reality, it is not a dream, it was real.

1   Over the years I felt bad for my husband because he

2 endured a lot.  He saw changes in me and in our marriage.  I

3 sought spiritual help and guidance, as well as counseling to

4 help me with my family and my marriage.  I lived with

5 depression and my health also deteriorated over the years

6 from the stress and anguish I endured.

7   This crime has affected my relationship with two of

8 my brothers and sisters.  After my father's murder, I no

9 longer had a relationship with them.  This caused a great

10 division between them and us all not knowing where they were

11 or if they were okay.  This really took a toll on me.  I saw

12 them for the first time in 18 years at this trial.  That was

13 the hardest thing I ever had to go through to know I had two

14 sisters right in front of me that I don't even know them or

15 can't speak to them or console them.  Not only did I lose my

16 father, but I lost two sisters.

17   Over the years I have been there for my other

18 brothers and sisters, as well as my nieces and nephews.  Many

19 times I left my family behind to be there for them.  This was

20 important to me because my father always told me if anything

21 was to happen, Anna would be there for us.  That was his

22 wife.  But that was not the case. I stepped in as the oldest

23 of seven and took the responsibility to keep us all together

24 as best I could.  I made the promise that I would do whatever

25 I can for my brothers and sisters and their children, with my

1  husband's help.  I have not yet missed a graduation of my

2  nieces and nephews because that is what my father would have

3  wanted.

4          My father and Anna were the godparents of my oldest

5  son David.  They were committed to being there for him.  That

6  privilege was taken from my father by that murderer Charles

7  Carneglia.

8          My sons David and James never knew what it was like

9  to be with their grandfather.  They will never get to know

10  what it is to do fun things that a grandparent and

11  grandchildren can enjoy together.  My father had five

12  grandchildren at the time.  He enjoyed them dearly, but would

13  never get to see the ones he has now.  He has a total of 16

14  grandchildren and one great grandson.

15          With all of that said, I have so much hurt because

16  of what has happened.  This is a trial that was the most

17  difficult thing that I had ever had to go through in my

18  entire life.  I thank my God Jehovah that I had him and the

19  faith in him to endure all of this and that my prayers were

20  answered.  This is what has kept me going throughout the

21  years.

22          For many years I was kept in the dark not knowing

23  what happened that day and who would take a life from a

24  loving father, knowing that a mobster, a killer, a murderer,

25  the hit man of John Gotti did this to my father.  It is just

1  so unbelievable.  I kept hoping that it is just a dream.

2  This nightmare will live with me forever.

3       Through this trial I saw no remorse with this

4  monster.  I watched this killer as he grunted when McMann

5  testified of the brutal killing that was premeditated by him

6  and his partners.  Now I know what happened to my father on

7  his beautiful head in his coffin, his bumps and bruises.  Not

8  only that he shot him from behind, but he pistol whipped him.

9  I saw my father's body with bullet wounds, heard the

10  testimony of the officer who arrived at the scene, and heard

11  how he tried to help my father, but it was too late.

12       Today, I will remember this day.  I will bury my

13  father in my heart.  I want to see closure today and I want

14  to see justice.

15       Judge, please consider imposing the maximum sentence

16  of life imprisonment because that's what he deserves.  This

17  defendant does not deserve leniency because he has scarred so

18  many lives forever.

19       Your Honor, I would like to thank you for this

20  opportunity to express my feelings, as well at the U.S.

21  Attorneys, the agents, and court officers that have been

22  there, and many others for their support.  Thank you.

23       THE COURT:  Thank you.

24       THE COURT:  Next witness, please.

25       MR. BURLINGAME:  Mildred Delgado Wheeler.

1          (Continued on the next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. BURLINGAME:  Mildred Delgado Wheeler

2          THE COURT:  Good morning

3          MS. WYLER:  Good morning.  You changed my live on

4     December 14, 1990 when you brutally murdered my father Jose

5     Delgado River. My live was one of a fairytale.  I had

6     everything and anything a child could possibly want.  Most of

7     all I had the love of both parent with my twin sister.

8     Throughout our childhood experience we had the beautiful

9     things between a father and son would do together.  Such as

10    fishing, hunting, camping playing ball, etc. You get my

11    point.  You took that all away from me when you decided to

12    get up that morning and commit a crime for your own selfish

13    reasons.

14          I remember when I graduated from eighth grade, and I

15    looked directly into my father's eyes and said to him, the

16    wings beneath my wings. I wanted him to that I was so proud

17    and thankful that he was my father and I knew he was very

18    proud when I graduated Catholic school with honors. Two years

19    later, I sang the same song to my father as we laid him down

20    to rest because of you.  This time it was different, it

21    wasn't a celebration, we were mourning the loss of my hero.

22    You robbed my sister and I of the opportunity of seeing us

23    graduate high school, walking down the aisle, and seeing

24    grandchildren among all things, among other things in our

25    lives

1          I believe your punishment should be the death

2     penalty for since that is not an option, then you rot in

3     jail.  I strongly believe that your punishment will be the

4     day you are standing before God, he will give you the

5     punishment you deserve.  In the meantime, I'm okay with you

6     spending the rest of your remaining life in jail.  You ruined

7     my life. You took away the most important thing in my life.

8     You have no idea what you have down to me and my family and I

9     hope to God that they give you the punishment that you

10    deserve.

11         It will never bring back my father, but I would be

12    at peace knowing that you would never hurt anyone or

13    anybody's family ever again.  I sat in this courtroom for

14    weeks, you have no remorse, you don't care.  As everyone is

15    coming up here saying what you took away from them and how

16    they feel, the only thing you do is sit there and laugh. I

17    don't know what kind of person you are, but again I know that

18    your punishment will come the day you are judged by God.

19         Thank you

20         THE COURT:  Thank you.

21         Next witness, please.

22         MR. BURLINGAME:  Mildred Delagdo Jiminez.

23         THE COURT:  Good morning.

24         MS. JIMINEZ:  Good morning, Judge.  I want to begin

25    by thanking god first.  I also thank the jury, prosecutors,

1   the judge involved in this and everyone who was involved in

2   the arrest of Charles Carneglia.  I won't give you the

3   satisfaction of telling you what you took away from me. But I

4   share with you one of the many lessons my father taught me.

5        During the course of this trial what I heard the

6   most was fear.  I want you to know when you decided to murder

7   my father in such a brutal way, you took him away from his

8   family and flesh.  But not his spirit. My father has always

9   been respected and loved by his family and friends.  He left

10  me with the ability to survive and to know the difference

11  between fear and respect.  He taught Mildred and I being

12  respected is better then being feared being there are two

13  things in life you have to do. Number one is paying your

14  taxes and number two death.

15       When you are respected it's a honor, and a privilege

16  and to feared doesn't count because we're going to die

17  anyway.  Therefore, my response to you, while you murdered an

18  innocent heroic family man he still lives in our hearts. My

19  father was respected and loved and honored while your fear

20  will accompany you in your old age as your bunkie.

21       I want to thank God for hearing my prays and Poppie

22  who are looking over us.  I know my father finally is resting

23  in piece because justice has prevailed.  I want to let you

24  know that there is no punishment big enough for you. You are

25  going to have a roof over your head, three meals, the

1 opportunity to get education, and many other things, so you

2 will never ever feel what it is to lose someone as special as

3 he was to us.  But like my sister said, your day will come

4 when you stand before God because he is the only one that can

5 judge you.

6          I never felt so much hate towards a person in my

7 life, and I pray every day for that to go away, but I'm not

8 perfect so that still remains.  I hate you with everything

9 that I have and I pray this Court takes into consideration

10 the lives of the people he destroyed when he decided to do

11 and take things into his own hands.  You're not God.  Taking

12 away peoples' lives you will pay for that.  It doesn't bother

13 me that you stand here and look at me and have no remorse.

14 Not at all.  Because your time will come.  I want to thank

15 you all very much.

16          THE COURT:  Thank you.

17          THE COURT:  Next witness, please.

18          MR. BURLINGAME:  Judge the wife of Jose Delgado

19 Rivera Alejandro wrote a statement.  I would ask permission

20 to have it read.

21          THE COURT:  Read it from the stand, please.

22          MS. SEIFAN:  I apologize for not being able to

23 attend due to me being ill.  I want to thank the prosecutors

24 and jury along with everyone else involved in this days.  I

25 am not going into detail of what Charles Carneglia took from

1   my daughters and I due to the fact he's a monster. He will

2   never understand what we suffered when he killed my husband.

3   I wish the judge takes into consideration our pain and

4   suffering and sentences him to the highest extent of the law.

5            THE COURT:  Thank you.

6            Do you have another witness?

7            MR. BURLINGAME:  Daniel Pagan.  He's not present.

8   Irene Cotillo.

9            THE COURT:  Good morning.

10           MS. COTILLO:  Good morning. Thank you, Judge

11  Weinstein and everybody else.

12           On November the 6th, 1977 Michael Catillo was

13  murdered, two days after my husband's birthday.  My husband

14  could not be here because he's very, very sick.  My brother,

15  his brother, my father-in-law we had to wake him up to tell

16  him that his son was dead.  Right away we had to rush him to

17  the hospital because he had very bad emphysema and five weeks

18  after that he died December 14, 1977.  My husband and I we

19  had a lot of problems.  My mother-in-law was very, very sick,

20  high blood pressure, and she past away too.  I wish she was

21  here to confront him and tell him how much she cried every

22  night.

23           My son, he was seven years old, I had to lie, never

24  went to the wake, didn't have my kids go there, my daughter

25  was two and a half, and telling him that his uncle was hit by

1   a car and he died for safety for him so that he would watch

2   crossing the street.  Later on I told him the truth.  He

3   didn't understand why, why.  Now he'll never be a father,

4   he'll never be a grandfather, he'll never be an uncle for all

5   the kids.

6           I just don't understand this, but it's all blood

7   money, that's all you do is for to money.  Money is evil

8   anyway.  I hope that you suffer for a long time in jail and

9   again when you meet your maker, God, you're going to hell and

10  you'll suffer worse than that.  I also hope that you will be

11  sent to Colorado, the maximum security prison, because I

12  heard it's underground --

13          THE COURT:  You understand the Court has no power to

14  decide where and the conditions under which the defendant

15  will serve his sentence.

16          The law requires the Court to make recommendations

17  with respect to training and so on that anybody would be

18  required to have, but once the sentence is imposed it is the

19  Attorney General and the Department of Justice and

20  correctional institutions that will decide where and how he's

21  treated.

22          MS. COTILLO:  It's underground, let him know how it

23  is to be under dirt like he sent everybody else, let him know

24  how it is never to see sun as the families destroyed and

25  crying.  My husband is very, very sick. He can't take this.

1  It's very hard for everybody. I can't believe a person --

2  he's not a person he's not a human -- he's evil, it's money,

3  that's all it is and money can't do you anything now.  Okay.

4           Thank you very much.

5           THE COURT:  Thank you.

6           That is it?

7           MR. BURLINGAME:  Yes.

8           THE COURT:  Is there any other victim who wishes to

9  speak?

10          I will hear now from the defendant's counsel and the

11 defendant and any witnesses that the defendant wishes to

12 bring forward.

13          MS. SHARKAY:  Thank you, Judge.

14          Your Honor, you have broad discretion in sentencing

15 in this matter.

16          THE COURT:  Speak into the microphone, please.

17          MS. SHARKAY:  The Court has broad discretion in

18 sentencing in this matter and the crimes of conviction are of

19 the most serious nature. The families, the press, the

20 colleagues of the deceased, deserve compassion and

21 understanding, but the Court, your Honor, must look to all of

22 the factors that should be considered when sentence is

23 imposed.

24          We expect that your Honor will sentence Mr.

25 Carneglia severely and we ask that you look at a number of

1  factors in determining where within the broad discretion you

2  have under the statute, under 35353 and under Booker and its

3  progeny.

4      The crimes for which Mr. Carneglia was convicted,

5  the most violent crimes from which we heard very eloquent

6  family and friends today, occurred between 20 and 30 years

7  ago.

8      Obviously, as time has marched on the people who

9  have spoken to the Court today grief I just as strong as it

10  was back at the time that their family members were killed.

11  But nonetheless, your Honor, decades have passed, Mr.

12  Carneglia the individual on whom the Court will impose

13  sentence today has changed.

14      As the Court heard during the course of the

15  testimony presented by the defense, Mr. Carneglia made

16  efforts to withdraw and distance himself from the life of a

17  gangster.  Now, that was in the jurors mind not a complete

18  withdrawal.  They did not find withdrawal.

19      Nonetheless, your Honor, the Court heard from

20  Maurice Kelly, the court heard from Johnnie White, and they

21  talked about the good things that Mr. Carneglia had done in

22  his life.  They talked about a man who was different from the

23  man that was convicted for crimes that occurred 30 years ago.

24      Charles Carneglia as he sits before the Court is a

25  63 year old man.  He has chronic emphysema. He's not in good

1  health. He has great difficulty breathing and sleeping.

2  Given his physical condition, your Honor, Mr. Carneglia's

3  life expectancy is not great.  A review of actuarial tables

4  concerning a man of Mr. Carneglia's age and physical well

5  being, foretells a shortened life-span. The actuarial table

6  applied in the Red Book provided to the lawyers is a life

7  span of ten to 14 years.  That, your Honor, is a life

8  sentence for Mr. Carneglia.

9          In this case, your Honor, it would be easy to be

10  overcome with emotion, to be completely punitive and to rely

11  solely on the nature of the crimes of conviction that are

12  over 30 years old.  The defense seeks a non-guideline

13  sentence in this matter.  We seek a sentence that does not

14  conclude with Charles Carneglia's death in jail.  We'd

15  request that the Court temper justice with mercy, that the

16  Court consider the changes that have come from Mr. Carneglia

17  over the decades.

18          We ask the Court consider that the crimes of

19  conviction are decades old and that if the Court imposes a

20  sentence of ten years, 15 years, 40 and 45 years will have

21  elapsed since many of these crimes were committed and Mr.

22  Carneglia had been found guilty of those crimes.

23          Respectfully, Judge, we ask the Court impose a

24  sentence that is no greater than necessary to comply with the

25  purposes of sentence under the statute.

1          THE COURT:  Thank you.

2          Does the defendant wish to be heard?

3          THE DEFENDANT: Yes, your Honor.  Your Honor, you

4    promised a fair trial, I don't believe I got one because of

5    the material and the liar upon liar that testified against

6    me. I didn't have enough time to go through all of this

7    material, thousands of pages of discovery, and again liar

8    upon liar, testified against me. Everybody had a cooperation

9    agreement with the government and they are professional

10   murders. That's all, your Honor.

11         THE COURT:  Thank you.

12         THE COURT:  The government.

13         MR. BURLINGAME:  Judge, the Court asked us to

14   address the --

15         THE COURT:  Why don't you speak into the microphone.

16         MR. BURLINGAME:  The Court asked the parties to

17   address the 3553 factors. I would like to start with the

18   circumstances of the offense.  The defendant was convicted of

19   conspiring to participate in the affairs of the Gambino

20   family for over 30 years.

21         As your Honor previously detailed, a number of

22   times, the evidence overwhelmingly established his role in

23   the Gambino family was as  a murderer, disposer of bodies and

24   as an enforcer.

25         He was convicted by the jury in this case of

1  carrying out four murders, Michael Catillo, age 25, when the

2  defendant stabbed him through the heart and killed him.

3       Salvator Suma, age 18, when the defendant stabbed

4  him through the heart and killed him.

5       Louis DeBono, the defendant executed by sneaking up

6  behind him, firing four bullets into his brain.

7       Jose Delgado River, the armor car driver and father

8  of seven, the defendant shot, and after Jose Delgado Rivera

9  received the injuries that he died form, he was beat from

10 behind with a pistol.

11      The Court has probably found the defendant also

12 responsible for the murder Albert Gelb, 27 year old court

13 officer, who had the gall to interfere with the defendant and

14 testify against him. The defendant murdered Gelb after

15 torturing him with threatening phone calls for over a year

16 and after the murder taunted Gelb and bragged about the

17 murder to is Gambino family associates.

18      The defendant's history and characteristics, the

19 defendant has led a profane life. The sole organizing

20 principle in his life has been his participation in the

21 Gambino family and his sole role in the Gambino family was to

22 kill and to dispose of bodies. He relished the role.  He

23 bragged about the lives that he took, he taunted and

24 disrespected his victims and he desecrated the bodies of

25 Gambino family victims by melting them with acid.

1    Ms. Sharkey speaks of the defendant as a changed man

2    since those days.  During the victim statements I took the

3    opportunity to look over at Mr. Carneglia, who remained true

4    to form, defiantly sneering at the victims, taunting them to

5    the best of his ability in this forum and then there is Mr.

6    Carneglia's own comments, which shows lack of acceptance for

7    any of the responsibility for the horrific, horrific losses

8    that we heard about this morning.

9    The defendant did everything he could to make sure

10   this day would not come.  He killed a witness against him, he

11   intimidated scores of others your Honor wrote in United

12   States versus Giganti, by Fredrich Von Logau, if general and

13   specific deterrence are to have any meaning in the criminal

14   system that the miles of law like the miles of god grind

15   slowly but they grind exceedingly slow.

16   The defendant did all that he could that the miles

17   of justice would never touch him.  Today at long last they

18   have.  The defendant is unrepentant, he is unremorseful. The

19   case was overwhelming, the cooperating witnesses' accounts

20   were corroborated by mountains of evidence.  There is no

21   doubt who that man is and what he has done, or the agony that

22   he has caused as heard this morning.

23   These victims have waited years for justice, they

24   should wait no longer.  We have heard the force of their

25   words and felt their loss.  We ask you for the small measure

of justice and comfort that a court in this great country can

offer. We ask for a sentence of life imprisonment.  It's the

guideline sentence.  It's the only just sentence.  It's the

right sentence.

Thank you.

THE COURT:  Thank you.

The changes in the sentencing memorandum indicate by

those matters stricken which evidence will not be taken into

account in determining the appropriate sentence, even though

that evidence of culpability was strong.

The guideline level is found to be 47, criminal

history category is five, requiring under the guidelines a

life sentence.

Even if the guideline computation were found

inaccurate by the Court of Appeals on appeal or one or more

racketeering act convictions were to be set aside one of the

counts should be set aside by the Court of Appeals, the

sentence now being imposed would be the same under Section

3553 A and the general discretion of the Court because of the

need for total incapacitation of the defendant, general

deterrence in order to indicate the seriousness of the

offense and to promote respect for the law under the statute

and under the most recent Supreme Court cases to show respect

for the jury's determination.

Accordingly, the defendant is sentenced as follows:

1        Count One, life imprisonment, the maximum.  Five

2   years supervised release, the maximum.  $100 special

3   assessment, the maximum.  $200,000 fine, the maximum.  The

4   fine is imposed since the Court is not convinced that there

5   are no other assets acquired directly and indirectly during

6   the criminal history of this defendant.

7        Count Two, 20 years imprisonment, the maximum,

8   concurrent.  Three years supervised release, the maximum,

9   concurrent.  $100 special assessment consecutive. $250 fine,

10  the maximum, consecutive.

11       Are there any further objections or comments.  The

12  government?

13       MR. BURLINGAME:  Judge, I believe, you misspoke.

14  You said $250, the maximum.

15       THE COURT:  $250,000.

16       MR. BURLINGAME:  No objection.

17       THE COURT: .  Is that accurate, the defendant?

18       MS. SHARKAY:  No.

19       THE COURT:  Marshal take custody of the defendant.

20       MR. FARBER:  Judge, there is one issue.  We ask the

21  Court to recommend a designation as close to the New York

22  metropolitan area as possible.

23       THE COURT:  Denied.

24       Stop that.

25       The marshals will take custody of the defendant and

1  present him to the Attorney General for purposes of

2  incarceration.

3       Thank you.

4                  *******

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [3] - 18:24, 47:2, 47:9
**$200** [1] - 18:25
**$200,000** [1] - 47:3
**$250** [2] - 47:9, 47:14
**$250,000** [1] - 47:15
**$7,000** [2] - 16:2, 16:4

## 0

**08-cr-76** [1] - 1:4

## 1

**107** [2] - 6:6, 6:10
**11-a** [1] - 6:7
**11-b** [1] - 6:7
**113** [2] - 7:4, 7:17
**11:00** [1] - 1:9
**132** [1] - 7:19
**137** [1] - 7:20
**138** [1] - 8:3
**14** [3] - 34:4, 38:18, 42:7
**143** [1] - 8:4
**144** [1] - 8:12
**149** [1] - 8:13
**15** [1] - 42:20
**15-year** [1] - 13:15
**150** [2] - 8:23, 9:17
**16** [1] - 31:13
**17** [1] - 1:9
**18** [2] - 30:12, 44:3
**1977** [2] - 38:12, 38:18
**1985** [1] - 13:12
**1990** [1] - 34:4

## 2

**20** [3] - 24:9, 41:6, 47:7
**2009** [1] - 1:9
**22** [2] - 3:15, 3:18
**223** [1] - 8:24
**225** [1] - 1:21
**25** [1] - 44:1
**255** [4] - 9:18, 9:19, 9:22, 11:13
**27** [1] - 44:12
**270** [1] - 11:16
**271** [1] - 11:21
**272** [1] - 12:5
**277** [1] - 11:20
**289** [1] - 12:5
**291** [1] - 12:17
**292** [1] - 12:19
**293** [1] - 12:23
**295** [1] - 13:1

## 3

**30** [4] - 41:6, 41:23, 42:12, 43:20

**303** [2] - 12:12, 13:11
**308** [1] - 14:7
**309** [1] - 15:5
**310** [1] - 15:7
**311** [1] - 15:7
**312** [1] - 15:7
**33** [2] - 25:1, 26:13
**35353** [1] - 41:2
**3553** [2] - 43:17, 46:19
**3553(a** [2] - 20:24, 22:5
**37** [1] - 4:6
**3rd** [1] - 3:11

## 4

**40** [2] - 4:10, 42:20
**41** [3] - 4:15, 5:3, 5:18
**43** [1] - 12:17
**45** [3] - 15:23, 16:1, 42:20
**46** [2] - 15:23, 15:24
**47** [7] - 12:24, 13:1, 13:3, 15:12, 15:13, 29:7, 46:11
**48** [1] - 15:12
**4a1.2(c** [1] - 13:21

## 5

**50** [1] - 5:4
**50-a** [3] - 5:15, 5:16, 5:21
**51** [5] - 5:17, 6:1, 6:2, 6:3, 6:5
**5d1.2** [1] - 19:1
**5d1.3(a** [1] - 19:1

## 6

**63** [1] - 41:25
**6th** [1] - 38:12

## 7

**718-330-7687** [1] - 1:22

## A

**ability** [2] - 36:10, 45:5
**able** [2] - 23:10, 37:22
**accept** [1] - 23:20
**acceptance** [1] - 45:6
**accessory** [2] - 9:2, 10:12
**accompany** [1] - 36:20
**Accordingly** [1] - 46:25
**account** [1] - 46:9
**accounts** [1] - 45:19
**accurate** [2] - 14:12, 47:17
**Acid** [1] - 6:25
**acid** [2] - 7:10, 44:25
**acquired** [1] - 47:5
**acquitted** [1] - 16:11
**act** [1] - 46:16
**activities** [1] - 28:8

**acts** [1] - 4:22
**Acts** [1] - 6:7
**actuarial** [2] - 42:3, 42:5
**addendum** [1] - 14:17
**adding** [1] - 12:18
**address** [4] - 17:12, 20:23, 43:14, 43:17
**addressed** [3] - 14:16, 15:4, 15:7
**adequate** [2] - 18:19, 21:3
**adjusted** [2] - 12:16, 12:23
**administered** [1] - 7:1
**admired** [1] - 25:20
**affairs** [1] - 43:19
**affected** [3] - 29:11, 29:13, 30:7
**afford** [1] - 21:3
**afforded** [1] - 21:15
**age** [5] - 29:7, 36:20, 42:4, 44:1, 44:3
**agents** [1] - 32:21
**aggravated** [2] - 9:3, 9:4
**Agnello** [1] - 9:2, 11:10
**ago** [2] - 41:7, 41:23
**agony** [1] - 45:21
**agree** [4] - 6:25, 16:8, 17:7, 20:13
**agreement** [1] - 43:9
**aisle** [1] - 34:23
**Albee** [3] - 24:10, 24:17, 25:10
**Albee's** [1] - 24:18
**Albert** [7] - 3:17, 11:18, 16:2, 23:16, 25:11, 26:15, 44:12
**Albert's** [1] - 26:7
**alcohol** [1] - 13:13
**Alejandro** [1] - 37:19
**alleged** [4] - 3:19, 3:25, 4:14, 7:5
**allowing** [1] - 23:18
**alone** [3] - 24:5, 24:19, 29:16
**amazed** [1] - 25:5
**America** [2] - 1:3, 2:2
**American** [1] - 29:8
**Andrew** [1] - 9:3
**Angelo** [1] - 9:5
**anguish** [1] - 30:6
**animal** [1] - 26:2
**Anna** [2] - 30:21, 31:4
**answered** [1] - 31:20
**anyway** [2] - 36:17, 39:8
**apologize** [1] - 37:22
**appeal** [3] - 18:17, 18:19, 46:15
**Appeals** [2] - 46:15, 46:17
**appearances** [1] - 2:3
**Appearances** [1] - 1:13
**application** [1] - 14:2
**applied** [2] - 7:10, 42:6
**appropriate** [7] - 10:22, 10:23, 11:5, 16:4, 16:6, 16:13, 46:9
**appropriately** [7] - 5:10, 7:24, 9:24, 10:18, 12:8, 14:4, 17:6
**area** [1] - 47:22
**armor** [1] - 44:7
**arrest** [1] - 36:2

**arrested** [2] - 19:25, 20:3
**arrived** [1] - 32:10
**articulated** [1] - 6:3
**aside** [2] - 46:16, 46:17
**assault** [5] - 9:2, 9:3, 9:4
**assessment** [3] - 18:24, 47:3, 47:9
**assets** [7] - 18:4, 18:6, 18:7, 18:10, 18:12, 18:23, 47:5
**assigned** [2] - 13:16, 13:23
**Assistant** [1] - 1:16
**associate** [1] - 20:17
**Associate** [2] - 9:5, 9:6
**associates** [1] - 44:17
**association** [1] - 14:24
**assure** [1] - 26:12
**attend** [2] - 23:6, 37:23
**attorney** [1] - 2:18
**Attorney** [3] - 1:14, 39:19, 48:1
**Attorney's** [1] - 2:6
**Attorneys** [2] - 1:16, 32:21
**attorneys** [2] - 2:4, 3:2
**attributed** [1] - 11:22
**August** [1] - 3:10
**Aurrichio** [1] - 9:4
**authority** [2] - 11:3, 11:7
**available** [1] - 21:23
**avoid** [1] - 21:24
**award** [1] - 25:9

## B

**bad** [2] - 30:1, 38:17
**ball** [1] - 34:10
**based** [2] - 14:23, 17:24
**battlefield** [2] - 24:4, 25:2
**bearing** [2] - 5:1, 5:11
**beat** [1] - 44:9
**beautiful** [4] - 24:19, 26:14, 32:7, 34:8
**begin** [2] - 4:1, 35:24
**Begin** [1] - 4:13
**Beginning** [1] - 26:17
**begins** [1] - 3:18
**behalf** [1] - 17:13
**behind** [4] - 30:19, 32:8, 44:6, 44:10
**belong** [1] - 26:5
**beneath** [1] - 34:16
**Benton** [1] - 1:14
**best** [3] - 25:15, 30:24, 45:5
**better** [1] - 36:12
**between** [4] - 30:10, 34:9, 36:11, 41:6
**beyond** [1] - 11:4
**Bible** [1] - 28:13
**big** [1] - 36:24
**bills** [1] - 28:8
**birthday** [1] - 38:13
**blood** [2] - 38:20, 39:6
**blow** [1] - 26:9
**blur** [1] - 29:20
**blurs** [1] - 24:2

**bodies** [3] - 43:23, 44:22, 44:24
**body** [2] - 10:16, 32:9
**Book** [1] - 42:6
**Booker** [3] - 11:8, 20:22, 41:2
**bother** [1] - 37:12
**bragged** [2] - 44:16, 44:23
**brain** [1] - 44:6
**brave** [1] - 26:14
**breathing** [1] - 42:1
**bring** [3] - 15:22, 35:11, 40:12
**bringing** [1] - 28:1
**broad** [3] - 40:14, 40:17, 41:1
**Brooklyn** [2] - 1:6, 1:22
**brother** [9] - 25:4, 25:9, 25:16, 25:25, 26:1, 26:14, 26:16, 38:14, 38:15
**brothers** [3] - 30:8, 30:18, 30:25
**bruises** [1] - 32:7
**brutal** [2] - 32:5, 36:7
**brutally** [1] - 34:4
**built** [1] - 28:12
**bullet** [1] - 32:9
**bullets** [1] - 44:6
**bumps** [1] - 32:7
**bunkie** [1] - 36:20
**burial** [2] - 24:5, 29:21
**Burlingame** [57] - 1:15, 2:5, 3:7, 3:20, 3:22, 4:4, 4:21, 5:9, 5:14, 5:20, 5:23, 6:2, 6:16, 7:9, 7:14, 7:23, 8:8, 8:20, 9:24, 10:8, 10:11, 10:14, 10:20, 11:2, 11:11, 12:7, 13:7, 13:20, 15:10, 15:21, 16:9, 16:15, 16:23, 17:1, 17:20, 18:1, 18:9, 20:7, 20:11, 20:14, 20:20, 22:10, 22:18, 22:21, 26:24, 28:18, 32:25, 34:1, 35:22, 37:18, 38:7, 40:7, 43:13, 43:16, 47:13, 47:16
**bury** [1] - 32:12

## C

**Cadman** [1] - 1:21
**cage** [2] - 26:2, 26:4
**calculated** [1] - 11:17
**calculation** [14] - 4:12, 5:2, 5:7, 5:12, 7:21, 7:25, 8:5, 8:14, 10:2, 10:4, 10:17, 11:1, 11:6, 12:2
**calculations** [4] - 3:16, 4:8, 8:8, 17:24
**camera** [1] - 23:9
**Campbell** [1] - 1:14
**camping** [1] - 34:10
**cannot** [1] - 23:19
**capable** [1] - 17:4
**car** [2] - 39:1, 44:7
**care** [3] - 21:6, 27:22, 35:14
**Carmine** [1] - 9:2
**Carneglia** [23] - 1:7, 2:2, 2:10, 2:12, 5:5, 14:7, 14:11, 25:22, 26:10, 29:1, 31:7, 36:2, 37:25, 40:25, 41:4, 41:12, 41:15, 41:21, 41:24, 42:8, 42:16, 42:22, 45:3
**Carneglia's** [5] - 13:12, 42:2, 42:4,

42:14, 45:6
**carrying** [1] - 44:1
**case** [7] - 16:9, 16:12, 22:5, 30:22, 42:9, 43:25, 45:19
**cases** [2] - 20:22, 46:23
**Cat** [1] - 1:25
**category** [2] - 15:14, 46:12
**Catholic** [1] - 34:18
**Catillo** [2] - 38:12, 44:1
**caused** [2] - 30:9, 45:22
**celebrate** [1] - 26:18
**celebration** [1] - 34:21
**ceremonies** [1] - 25:10
**certain** [1] - 3:9
**Change** [1] - 3:18
**changed** [4] - 24:13, 34:3, 41:13, 45:1
**changes** [4] - 15:19, 30:2, 42:16, 46:7
**characteristics** [2] - 20:25, 44:18
**charged** [4] - 4:20, 5:5, 10:19, 11:1
**charges** [3] - 20:8, 20:10, 20:11
**Charles** [11] - 1:7, 2:2, 2:10, 25:21, 26:10, 29:1, 31:6, 36:2, 37:25, 41:24, 42:14
**child** [1] - 34:6
**childhood** [2] - 24:9, 34:8
**children** [4] - 28:6, 28:22, 29:4, 30:25
**chose** [1] - 27:13
**chronic** [1] - 41:25
**circumstances** [3] - 16:12, 20:24, 43:18
**citizen** [1] - 2:23
**citizenship** [1] - 2:22
**class** [1] - 28:5
**Clerk** [2] - 2:1, 16:20
**Cliffy** [2] - 9:1, 10:9
**close** [1] - 47:21
**closure** [2] - 23:22, 32:13
**coffin** [1] - 32:7
**colleagues** [1] - 40:20
**Colon** [3] - 28:18, 28:20, 28:21
**Colorado** [1] - 39:11
**combined** [1] - 12:23
**comfort** [2] - 23:21, 46:1
**coming** [1] - 35:15
**commentary** [1] - 13:21
**comments** [2] - 45:6, 47:11
**Commission** [1] - 21:24
**commit** [1] - 34:12
**committed** [2] - 31:5, 42:21
**compassion** [1] - 40:20
**complete** [1] - 41:17
**completely** [1] - 42:10
**compliant** [2] - 14:8, 14:18
**comply** [1] - 42:24
**composure** [1] - 23:25
**computation** [2] - 12:13, 46:14
**computations** [1] - 22:3
**Computer** [1] - 21:19
**computer** [2] - 21:20, 28:5

**computers** [1] - 21:17

**concerning** [1] - 42:4

**conclude** [1] - 42:14

**conclusion** [1] - 4:18

**concurrent** [2] - 47:8, 47:9

**condition** [1] - 42:2

**conditions** [2] - 14:8, 39:14

**Condominiums** [1] - 8:4

**conduct** [12] - 3:23, 3:24, 4:24, 5:10, 7:24, 9:25, 10:3, 10:15, 11:5, 14:19, 16:4, 16:10

**confer** [1] - 3:1

**conflict** [3] - 3:2, 5:23, 15:23

**confront** [1] - 38:21

**connection** [2] - 10:24, 24:23

**consecutive** [2] - 47:9, 47:10

**consider** [5] - 10:23, 21:22, 32:15, 42:16, 42:18

**consideration** [3] - 4:19, 37:9, 38:3

**considerations** [1] - 22:5

**considered** [5] - 6:21, 13:25, 40:22

**console** [1] - 30:15

**conspiracy** [6] - 4:23, 8:24, 8:25, 9:1, 11:17, 14:14

**conspiring** [1] - 43:19

**constantly** [1] - 29:23

**Consult** [1] - 20:17

**contained** [1] - 14:21

**contend** [1] - 18:3

**contentions** [1] - 3:5

**continue** [2] - 9:8, 9:13

**Continued** [1] - 33:1

**continued** [1] - 14:23

**continuing** [1] - 14:19

**convenient** [1] - 22:23

**convicted** [6] - 5:5, 16:5, 41:4, 41:23, 43:18, 43:25

**conviction** [6] - 8:17, 13:12, 13:16, 40:18, 42:11, 42:19

**convictions** [1] - 46:16

**convinced** [1] - 47:4

**cooperating** [1] - 45:19

**cooperation** [1] - 43:8

**Correct** [5] - 10:8, 10:11, 11:11, 15:17, 20:14

**correct** [11] - 4:21, 9:22, 10:7, 10:10, 10:20, 11:10, 13:7, 13:9, 14:3, 15:10, 17:25

**correctional** [2] - 21:6, 39:20

**corroborated** [1] - 45:20

**cost** [1] - 25:20

**Cotillo** [3] - 38:8, 38:10, 39:22

**counsel** [3] - 17:7, 20:6, 40:10

**Counsel** [2] - 2:3, 17:14

**counseling** [1] - 30:3

**Count** [2] - 47:1, 47:7

**count** [3] - 8:17, 18:24, 36:16

**country** [1] - 46:1

**counts** [2] - 16:11, 46:17

**course** [2] - 36:5, 41:14

**court** [26] - 3:23, 7:23, 10:23, 11:3, 12:8, 15:4, 15:6, 15:7, 15:19, 16:8, 17:3, 17:13, 17:16, 17:25, 21:22, 22:2, 22:11, 23:16, 25:17, 27:25, 28:1, 32:21, 41:20, 44:12, 46:1

**Court** [172] - 1:1, 1:21, 2:1, 2:13, 2:15, 2:17, 2:20, 2:22, 2:24, 3:2, 3:5, 3:8, 3:12, 3:18, 3:21, 3:24, 4:5, 4:9, 4:13, 4:20, 5:3, 5:8, 5:13, 5:16, 5:19, 5:22, 5:25, 6:5, 6:9, 6:11, 6:18, 6:25, 7:8, 7:13, 7:16, 7:22, 8:1, 8:7, 8:11, 8:16, 8:19, 8:22, 9:10, 9:15, 9:17, 9:19, 9:21, 9:23, 10:5, 10:9, 10:12, 10:19, 10:21, 11:7, 11:14, 11:19, 11:21, 11:24, 12:1, 12:6, 12:10, 12:13, 12:25, 13:3, 13:6, 13:10, 13:14, 14:1, 14:12, 14:25, 15:9, 15:11, 15:15, 15:18, 16:5, 16:12, 16:17, 16:19, 16:20, 16:21, 16:24, 17:3, 17:10, 17:12, 17:21, 17:24, 18:3, 18:6, 18:8, 18:11, 18:19, 18:22, 19:6, 19:8, 19:10, 19:12, 19:15, 19:24, 20:2, 20:5, 20:8, 20:10, 20:13, 20:15, 20:22, 21:10, 21:13, 21:15, 21:20, 22:13, 22:16, 22:19, 22:22, 22:25, 23:2, 23:5, 23:12, 23:15, 26:22, 26:25, 27:8, 28:16, 28:19, 32:23, 32:24, 34:2, 35:20, 35:23, 37:9, 37:16, 37:17, 37:21, 38:5, 38:9, 39:13, 39:16, 40:5, 40:8, 40:16, 40:17, 40:21, 41:9, 41:12, 41:14, 41:19, 41:24, 42:15, 42:16, 42:18, 42:19, 42:23, 43:1, 43:11, 43:12, 43:13, 43:15, 43:16, 44:11, 46:6, 46:15, 46:17, 46:19, 46:23, 47:4, 47:15, 47:17, 47:19, 47:21, 47:23

**court's** [4] - 11:2, 11:12, 14:13, 18:11

**Court's** [3] - 4:18, 5:24, 16:3

**Courthouse** [1] - 1:5

**courtroom** [2] - 23:8, 35:13

**cousin** [1] - 25:16

**cried** [1] - 38:21

**crime** [7] - 5:18, 13:19, 13:22, 29:11, 29:13, 30:7, 34:12

**crimes** [13] - 4:16, 4:25, 9:16, 13:25, 21:4, 40:18, 41:4, 41:5, 41:23, 42:11, 42:18, 42:21, 42:22

**Criminal** [1] - 2:1

**criminal** [7] - 13:12, 14:19, 15:14, 18:12, 45:13, 46:11, 47:6

**criminals** [1] - 19:16

**crossing** [1] - 39:2

**cry** [1] - 24:7

**crying** [1] - 39:25

**Csr** [1] - 1:21

**culpability** [1] - 46:10

**cumulative** [1] - 18:25

**curl** [1] - 24:6

**Curro** [1] - 9:3

**Curtis** [2] - 1:17, 2:10

**custody** [2] - 47:19, 47:25

**D**

**D'arpino** [5] - 6:8, 6:13, 6:22, 6:23, 7:12

**Dad** [1] - 24:14

**Daniel** [1] - 38:7

**Danny** [1] - 8:24

**dark** [2] - 25:3, 31:22

**darkness** [1] - 25:22

**date** [1] - 18:22

**daughter** [3] - 27:4, 28:21, 38:24

**daughters** [1] - 38:1

**David** [4] - 6:7, 6:13, 31:5, 31:8

**days** [7] - 24:3, 24:24, 25:3, 37:24, 38:13, 45:2

**dead** [1] - 38:16

**dear** [1] - 29:19

**dearly** [1] - 31:12

**death** [4] - 3:17, 35:1, 36:14, 42:14

**Debono** [1] - 44:5

**decades** [3] - 41:11, 42:17, 42:19

**deceased** [1] - 40:20

**December** [2] - 34:4, 38:18

**decide** [3] - 26:6, 39:14, 39:20

**decided** [3] - 34:11, 36:6, 37:10

**decisions** [1] - 11:9

**defendant** [39] - 2:13, 2:14, 13:3, 14:18, 16:1, 16:7, 17:12, 17:14, 18:3, 18:11, 18:16, 20:25, 21:5, 21:15, 32:17, 39:14, 40:11, 43:2, 43:18, 44:2, 44:3, 44:5, 44:8, 44:11, 44:13, 44:14, 44:19, 45:1, 45:9, 45:16, 45:18, 46:20, 46:25, 47:6, 47:17, 47:19, 47:25

**Defendant** [21] - 1:8, 1:17, 2:16, 2:19, 2:21, 2:23, 2:25, 3:8, 19:5, 19:7, 19:9, 19:11, 19:14, 20:1, 20:4, 21:9, 21:12, 21:14, 21:19, 22:9, 43:3

**defendant's** [4] - 17:4, 18:10, 40:10, 44:18

**defense** [15] - 3:15, 4:7, 4:11, 4:17, 5:6, 6:8, 6:14, 7:20, 8:5, 9:7, 14:6, 15:8, 16:16, 41:15, 42:12

**defiantly** [1] - 45:4

**degree** [1] - 10:24

**Delgado** [1] - 35:22

**Delgado** [10] - 26:24, 27:1, 27:3, 28:22, 32:25, 34:1, 34:5, 37:18, 44:7, 44:8

**Delgado's** [1] - 27:3

**demeanor** [1] - 17:4

**Denied** [3] - 4:9, 16:13, 47:23

**denied** [2] - 15:6, 15:11

**Department** [1] - 39:19

**departure** [1] - 16:17

**depression** [1] - 30:5

**desecrated** [1] - 44:24

**deserve** [3] - 32:17, 35:5, 35:10, 40:20

**deserves** [1] - 32:16

**designation** [1] - 47:21

**destroyed** [3] - 27:20, 37:10, 39:24

**destroying** [2] - 27:14, 27:15

**destroys** [1] - 27:20
**detail** [1] - 37:25
**detailed** [1] - 43:21
**details** [1] - 24:11
**deteriorated** [1] - 30:5
**determination** [1] - 46:24
**determining** [3] - 10:22, 41:1, 46:9
**deterrence** [4] - 21:4, 22:6, 45:13, 46:21
**die** [1] - 36:16
**died** [5] - 24:17, 25:11, 38:18, 39:1, 44:9
**dies** [1] - 24:1
**difference** [2] - 10:17, 36:10
**different** [3] - 13:25, 34:20, 41:22
**difficult** [3] - 23:23, 27:9, 31:17
**difficulty** [1] - 42:1
**directed** [1] - 15:19
**directly** [2] - 34:15, 47:5
**dirt** [1] - 39:23
**disagrees** [1] - 4:17
**discovery** [1] - 43:7
**discretion** [4] - 40:14, 40:17, 41:1, 46:19
**disgrace** [1] - 28:12
**dismiss** [1] - 20:11
**dismissed** [2] - 20:16, 20:21
**disparity** [1] - 21:25
**dispose** [1] - 44:22
**disposer** [1] - 43:23
**disposing** [1] - 10:16
**disrespected** [1] - 44:24
**distance** [1] - 41:16
**District** [3] - 1:1, 1:1, 1:12
**division** [1] - 30:10
**documentation** [1] - 14:21
**done** [3] - 26:13, 41:21, 45:21
**doubt** [2] - 27:10, 45:21
**down** [4] - 15:6, 34:19, 34:23, 35:8
**downward** [1] - 16:17
**dream** [3] - 29:8, 29:25, 32:1
**driver** [1] - 44:7
**driving** [2] - 13:13, 13:22
**drugs** [4] - 19:6, 19:9, 19:11, 19:15
**dubious** [1] - 11:8
**due** [3] - 18:12, 37:23, 38:1
**duration** [1] - 25:8
**During** [2] - 36:5, 45:2
**during** [6] - 14:14, 19:17, 19:18, 29:6, 41:14, 47:5

### E

**ease** [1] - 25:14
**easily** [1] - 25:5
**East** [1] - 1:21
**Eastern** [1] - 1:1
**easy** [1] - 42:9
**education** [2] - 21:10, 37:1

**educational** [2] - 21:5, 21:16
**efforts** [1] - 41:16
**eight** [1] - 24:15
**eighth** [1] - 34:14
**either** [1] - 17:18
**elapsed** [1] - 42:21
**elements** [1] - 20:23
**eliminating** [1] - 8:10
**elimination** [1] - 4:25
**eloquent** [1] - 41:5
**Emily** [4] - 16:1, 22:21, 23:14, 23:16
**emotion** [1] - 42:10
**emotional** [1] - 23:23
**emotionally** [1] - 29:11
**emphysema** [2] - 38:17, 41:25
**emptiness** [1] - 24:25
**enclosed** [1] - 28:23
**end** [1] - 26:12
**endure** [1] - 31:19
**endured** [2] - 30:2, 30:6
**enforcer** [1] - 43:24
**enhancement** [5] - 6:8, 6:12, 6:15, 7:2, 7:4
**enjoy** [1] - 31:11
**enjoyed** [2] - 29:6, 31:12
**enter** [1] - 19:19
**entire** [1] - 31:18
**escape** [1] - 29:17
**escaping** [1] - 29:18
**especially** [1] - 29:8
**Esq** [6] - 1:14, 1:15, 1:15, 1:16, 1:17, 1:18
**established** [1] - 43:22
**etc** [1] - 34:10
**eulogy** [1] - 29:23
**Evan** [2] - 1:15, 2:5
**eve** [1] - 26:17
**Evelyn** [2] - 28:18, 28:21
**evening** [1] - 25:5
**evidence** [13] - 4:9, 4:17, 4:22, 4:24, 6:14, 6:16, 7:10, 7:13, 7:16, 43:22, 45:20, 46:8, 46:10
**evil** [3] - 25:23, 39:7, 40:2
**example** [1] - 29:15
**exceedingly** [1] - 45:15
**except** [3] - 10:1, 19:15, 24:2
**Except** [1] - 5:14
**exclude** [4] - 5:20, 9:15, 10:21, 12:5
**Exclude** [6] - 5:13, 5:16, 6:5, 8:1, 8:11, 8:22
**excluded** [10] - 10:5, 10:6, 10:7, 10:9, 10:13, 11:9, 11:14, 11:24, 11:25, 12:1
**Excluded** [2] - 11:19, 12:10
**exclusion** [1] - 10:2
**exclusions** [1] - 12:15
**excuse** [1] - 23:24
**Excuse** [3] - 6:9, 20:1, 23:14
**executed** [1] - 44:5
**expect** [1] - 40:24

**expectancy** [1] - 42:3
**experience** [1] - 34:8
**explain** [2] - 14:22, 29:10
**explained** [1] - 2:18
**explanation** [1] - 14:9
**express** [1] - 32:20
**extent** [1] - 38:4
**extortion** [3] - 8:4, 9:5, 9:6
**extortions** [1] - 5:6
**eye** [1] - 24:16
**eyes** [1] - 34:15

### F

**fact** [3] - 17:16, 17:22, 38:1
**factors** [3] - 40:22, 41:1, 43:17
**Failed** [1] - 20:13
**fair** [1] - 43:4
**fairytale** [1] - 34:5
**faith** [1] - 31:19
**falls** [1] - 13:15
**families** [4] - 27:14, 27:20, 39:24, 40:19
**family** [23] - 23:23, 24:4, 25:4, 26:7, 28:7, 28:23, 29:2, 29:11, 30:4, 30:19, 35:8, 35:13, 36:8, 36:9, 36:18, 41:6, 41:10, 43:20, 43:23, 44:17, 44:21, 44:25
**Family** [3] - 9:5, 9:6, 14:24
**Farber** [55] - 1:17, 2:9, 2:10, 3:4, 3:9, 3:14, 4:6, 4:10, 4:15, 5:4, 5:17, 6:6, 6:10, 6:12, 6:19, 7:4, 7:19, 8:3, 8:12, 8:17, 8:23, 9:13, 9:16, 9:18, 9:20, 9:22, 11:16, 11:20, 11:22, 11:25, 12:4, 12:12, 12:23, 13:4, 13:9, 13:11, 13:18, 13:24, 14:6, 15:3, 16:8, 16:16, 16:18, 16:22, 17:2, 17:8, 17:11, 17:19, 17:23, 18:2, 18:5, 18:7, 18:18, 18:21, 47:20
**fast** [1] - 24:18
**fastforward** [1] - 25:1
**fate** [1] - 25:6
**father** [31] - 27:11, 28:8, 28:24, 29:6, 29:9, 29:19, 30:16, 30:20, 31:2, 31:4, 31:6, 31:11, 31:24, 31:25, 32:6, 32:11, 32:13, 34:4, 34:9, 34:17, 34:19, 35:11, 36:4, 36:7, 36:8, 36:19, 36:22, 38:15, 39:3, 44:7
**father's** [4] - 29:21, 30:8, 32:9, 34:15
**father-in-law** [1] - 38:15
**Fatico** [1] - 17:10
**Favara** [4] - 9:2, 10:1, 10:3, 10:12
**fear** [3] - 36:6, 36:11, 36:19
**feared** [2] - 36:12, 36:16
**fed** [1] - 23:6
**federal** [2] - 14:2
**feelings** [3] - 23:20, 27:5, 32:20
**feint** [1] - 6:20
**felt** [4] - 25:23, 30:1, 37:6, 45:25
**few** [1] - 26:11
**file** [2] - 14:22, 15:4

**filed** [1] - 3:10
**filthy** [1] - 26:5
**final** [1] - 5:11
**finally** [2] - 26:21, 36:22
**financial** [1] - 19:21
**findings** [2] - 17:16, 17:18
**fine** [6] - 11:3, 18:22, 22:24, 47:3, 47:4, 47:9
**fines** [1] - 18:13
**Fines** [1] - 18:15
**fingers** [2] - 24:21, 24:22
**firing** [1] - 44:6
**first** [3] - 27:25, 30:12, 35:25
**First** [1] - 3:15
**fishing** [1] - 34:10
**fit** [2] - 23:7, 26:2
**fitting** [1] - 22:11
**Five** [1] - 47:1
**five** [7] - 12:18, 12:20, 15:14, 15:15, 31:11, 38:17, 46:12
**flesh** [1] - 36:8
**flung** [1] - 25:3
**follows** [1] - 46:25
**foot** [4] - 6:17, 6:24, 7:11, 7:15
**force** [1] - 45:24
**foretells** [1] - 42:5
**forever** [2] - 32:2, 32:18
**form** [3] - 2:7, 44:9, 45:4
**forth** [1] - 16:1
**fortunate** [1] - 26:7
**forum** [1] - 45:5
**forward** [1] - 40:12
**four** [8] - 6:8, 6:12, 7:2, 7:17, 12:18, 12:20, 44:1, 44:6
**four-level** [3] - 6:8, 6:12, 7:2
**Frederick** [1] - 1:21
**Fredrich** [1] - 45:12
**friend** [1] - 25:16
**friends** [4] - 24:4, 26:7, 36:9, 41:6
**front** [1] - 30:14
**full** [2] - 19:20, 29:2
**fully** [2] - 14:8, 14:18
**fun** [1] - 31:10
**funeral** [2] - 16:2, 24:5
**funny** [1] - 25:13

## G

**gall** [1] - 44:13
**Gambino** [9] - 9:5, 9:6, 14:24, 43:19, 43:23, 44:17, 44:21, 44:25
**gamble** [2] - 19:8, 19:13
**Gammarano** [2] - 8:24, 10:5
**gangster** [1] - 41:17
**Ged** [1] - 21:8
**Gelb** [22] - 3:17, 3:23, 5:15, 5:24, 7:23, 11:18, 16:1, 16:2, 22:21, 22:24, 23:4, 23:11, 23:13, 23:14, 23:16, 23:17, 25:11, 26:6, 26:15, 44:12, 44:14, 44:16

**Gelbs** [1] - 23:22
**General** [2] - 39:19, 48:1
**general** [4] - 21:3, 45:12, 46:19, 46:20
**Giganti** [1] - 45:12
**given** [4] - 7:5, 13:7, 16:3, 21:20
**Given** [1] - 42:2
**God** [10] - 28:13, 31:18, 35:4, 35:9, 35:18, 36:21, 37:4, 37:11, 39:9
**god** [2] - 35:25, 45:14
**godparents** [1] - 31:4
**Gotti** [1] - 31:25
**Government** [5] - 5:19, 7:8, 13:6
**government** [9] - 3:6, 3:22, 4:16, 8:10, 18:9, 22:17, 43:9, 43:12, 47:12
**government's** [7] - 5:8, 7:22, 8:7, 8:19, 9:23, 15:9, 18:8
**Government's** [1] - 12:6
**governs** [2] - 13:21, 14:2
**grade** [1] - 34:14
**graduate** [1] - 34:23
**graduated** [2] - 34:14, 34:18
**graduation** [1] - 31:1
**grandchildren** [5] - 29:9, 31:11, 31:12, 31:14, 34:24
**grandfather** [2] - 31:9, 39:4
**grandparent** [1] - 31:10
**grandson** [2] - 25:16, 31:14
**great** [7] - 27:11, 27:12, 30:9, 31:14, 42:1, 42:3, 46:1
**greater** [1] - 42:24
**greatest** [1] - 29:10
**Greentree** [2] - 8:4, 8:8
**grief** [2] - 24:8, 41:9
**grind** [2] - 45:14, 45:15
**ground** [1] - 8:16
**grouping** [1] - 12:18
**grunted** [1] - 32:4
**Guerino** [1] - 1:21
**guidance** [1] - 30:3
**guideline** [7] - 5:1, 10:23, 22:3, 42:12, 46:3, 46:11, 46:14
**guidelines** [12] - 5:11, 7:25, 10:4, 10:17, 10:25, 11:6, 15:16, 16:24, 21:23, 22:1, 22:3, 46:12
**guilty** [1] - 42:22
**guitar** [1] - 24:20
**guns** [1] - 19:15

## H

**Haasnoot** [2] - 1:19, 2:7
**half** [1] - 38:25
**hand** [1] - 14:7
**hands** [1] - 37:11
**handsome** [1] - 24:14
**hang** [1] - 24:9
**hard** [1] - 40:1
**hardest** [2] - 26:9, 30:13
**harshest** [1] - 26:13

**Hashana** [1] - 26:17
**hate** [2] - 37:6, 37:8
**head** [2] - 32:7, 36:25
**healed** [1] - 25:6
**health** [2] - 30:5, 42:1
**hear** [3] - 3:21, 22:7, 40:10
**heard** [13] - 22:13, 32:9, 32:10, 36:5, 39:12, 41:5, 41:14, 41:19, 41:20, 43:2, 45:8, 45:22, 45:24
**hearing** [2] - 17:10, 36:21
**heart** [4] - 27:19, 32:13, 44:2, 44:4
**heartless** [2] - 27:15, 28:11
**hearts** [1] - 36:18
**heavy** [1] - 25:23
**held** [1] - 24:18
**hell** [2] - 26:11, 39:9
**help** [4] - 30:3, 30:4, 31:1, 32:11
**helped** [1] - 24:24
**hero** [4] - 25:10, 25:11, 34:21
**heroic** [1] - 36:18
**hesitant** [1] - 6:19
**high** [2] - 34:23, 38:20
**highest** [1] - 38:4
**himself** [1] - 41:16
**history** [8] - 13:12, 15:5, 15:14, 18:12, 20:25, 44:18, 46:12, 47:6
**hit** [2] - 31:25, 38:25
**home** [1] - 29:16
**homes** [2] - 27:15, 27:20
**Honor** [48] - 2:9, 3:11, 3:14, 3:20, 8:18, 9:20, 11:23, 12:17, 12:21, 13:8, 13:9, 13:16, 13:18, 15:4, 15:17, 15:20, 16:8, 16:16, 16:18, 16:22, 17:1, 17:8, 17:9, 17:11, 17:19, 17:23, 18:2, 18:7, 18:18, 18:21, 19:23, 27:2, 28:23, 29:10, 32:19, 40:14, 40:21, 40:24, 41:11, 41:19, 42:2, 42:7, 42:9, 43:3, 43:10, 43:21, 45:11
**honor** [1] - 36:15
**Honorable** [1] - 1:11
**honored** [1] - 36:19
**honoring** [1] - 25:9
**honors** [1] - 34:18
**hope** [3] - 35:9, 39:8, 39:10
**hoping** [4] - 24:22, 32:1
**horrendous** [1] - 29:24
**horrific** [1] - 45:7
**horror** [1] - 25:3
**hospital** [1] - 38:17
**house** [1] - 19:20
**hug** [1] - 24:6
**human** [3] - 23:21, 26:4, 40:2
**hung** [1] - 20:12
**hunting** [1] - 34:10
**hurt** [5] - 27:18, 27:23, 27:24, 31:15, 35:12
**husband** [6] - 29:16, 30:1, 38:2, 38:13, 38:18, 39:25
**husband's** [2] - 31:1, 38:13

## I

**idea** [2] - 23:20, 35:8
**identification** [1] - 20:4
**ill** [1] - 37:23
**illegal** [1] - 14:14
**imagine** [1] - 23:19
**immediate** [1] - 24:2
**impaired** [2] - 13:13, 13:25
**impairment** [1] - 6:24
**important** [2] - 30:20, 35:7
**impose** [3] - 22:2, 41:12, 42:23
**imposed** [8] - 18:25, 21:1, 22:4, 22:8, 39:18, 40:23, 46:18, 47:4
**imposes** [1] - 42:19
**imposing** [1] - 32:15
**imprisonment** [4] - 32:16, 46:2, 47:1, 47:7
**inaccurate** [2] - 7:9, 46:15
**incapacitation** [2] - 22:6, 46:20
**incarcerated** [1] - 21:7
**incarceration** [1] - 48:2
**include** [2] - 10:22, 11:5
**included** [5] - 7:25, 9:25, 10:4, 10:18, 12:8
**inclusion** [8] - 3:16, 4:7, 4:11, 5:6, 7:20, 8:5, 8:10, 8:14
**incorrect** [1] - 22:4
**indicate** [3] - 6:23, 46:7, 46:21
**indicated** [1] - 16:2
**indicating** [1] - 4:2
**indication** [1] - 6:20
**indirectly** [1] - 47:5
**individual** [1] - 41:12
**information** [7] - 3:17, 4:7, 4:11, 7:6, 8:14, 15:25, 19:20
**informed** [1] - 18:16
**initiate** [1] - 14:23
**initiated** [2] - 14:10, 14:20
**injuries** [2] - 7:11, 44:9
**injury** [4] - 6:13, 6:22, 7:1, 7:17
**innocent** [1] - 36:18
**instead** [2] - 12:20, 15:12
**institutions** [1] - 39:20
**intends** [1] - 4:16
**interest** [1] - 18:15
**interfere** [1] - 44:13
**interpreter** [1] - 2:15
**intimidated** [1] - 45:11
**intoxicated** [2] - 13:22, 13:24
**introduced** [2] - 4:22, 6:14
**involved** [3] - 36:1, 37:24
**Irene** [1] - 38:8
**irrelevant** [4] - 8:9, 8:20, 9:25, 23:21
**issue** [2] - 17:21, 47:20

## J

**Jack** [1] - 1:11
**jail** [4] - 35:3, 35:6, 39:8, 42:14

**James** [1] - 31:8
**Jehovah** [1] - 31:18
**Jiminez** [2] - 35:22, 35:24
**job** [1] - 26:6
**John** [4] - 8:24, 9:2, 10:12, 31:25
**Johnnie** [1] - 41:20
**joined** [1] - 2:6
**Jose** [6] - 27:3, 28:22, 34:4, 37:18, 44:7, 44:8
**Jr** [1] - 9:5
**judge** [5] - 3:4, 17:2, 36:1, 37:5, 38:3
**Judge** [38] - 1:12, 2:11, 3:3, 3:7, 4:4, 4:21, 5:9, 5:20, 6:16, 6:19, 9:8, 9:9, 9:24, 13:7, 13:20, 15:21, 16:9, 16:15, 16:23, 17:20, 18:1, 18:5, 20:7, 20:9, 20:21, 22:10, 22:15, 23:18, 28:20, 32:15, 35:24, 37:18, 38:10, 40:13, 42:23, 43:13, 47:13, 47:20
**judged** [1] - 35:18
**jurors** [1] - 41:17
**jury** [5] - 17:21, 20:12, 35:25, 37:24, 43:25
**jury's** [3] - 11:8, 14:13, 46:24
**Justice** [1] - 39:19
**justice** [8] - 26:13, 28:1, 32:14, 36:23, 42:15, 45:17, 45:23, 46:1

## K

**keep** [1] - 30:23
**Keith** [1] - 9:6
**Kelley** [1] - 1:18
**Kelly** [2] - 2:12, 41:20
**kept** [3] - 31:20, 31:22, 32:1
**kidnapping** [1] - 7:6
**kids** [3] - 29:16, 38:24, 39:5
**kill** [1] - 44:22
**killed** [5] - 38:2, 41:10, 44:2, 44:4, 45:10
**killer** [2] - 31:24, 32:4
**killing** [1] - 32:5
**kind** [4] - 7:1, 21:17, 25:13, 35:17
**kinds** [1] - 21:22
**knowing** [4] - 30:10, 31:22, 31:24, 35:12
**knows** [1] - 24:11

## L

**lack** [1] - 45:6
**laid** [1] - 34:19
**language** [1] - 14:6
**last** [3] - 9:1, 26:11, 45:17
**late** [2] - 24:19, 32:11
**laugh** [1] - 35:16
**laughed** [1] - 24:16
**law** [15] - 13:19, 13:24, 14:1, 14:2, 14:3, 16:10, 17:17, 18:14, 21:2, 38:4, 38:15, 38:19, 39:16, 45:14, 46:22
**lawyers** [1] - 42:6

**leave** [1] - 29:16
**led** [1] - 44:19
**left** [4] - 24:5, 29:1, 30:19, 36:9
**leniency** [1] - 32:17
**less** [1] - 25:19
**lessons** [1] - 36:4
**level** [15] - 6:8, 6:12, 6:21, 7:2, 8:9, 8:21, 10:1, 10:24, 12:15, 12:17, 12:24, 13:2, 15:12, 15:13, 46:11
**levels** [1] - 12:18
**liar** [4] - 43:5, 43:7, 43:8
**license** [1] - 20:4
**lie** [1] - 38:23
**life** [33] - 15:16, 15:20, 26:5, 26:18, 27:13, 27:14, 28:9, 28:24, 29:3, 29:7, 29:9, 29:20, 31:3, 31:23, 32:16, 35:6, 35:7, 36:13, 37:7, 41:16, 41:22, 42:3, 42:5, 42:7, 44:19, 44:20, 46:2, 46:13, 47:1
**life-span** [1] - 42:5
**list** [1] - 4:16
**listening** [1] - 27:2
**live** [6] - 26:4, 27:13, 29:8, 32:2, 34:3, 34:5
**lived** [1] - 25:12, 27:19, 30:4
**lives** [7] - 27:14, 32:18, 34:25, 36:18, 37:10, 37:12, 44:23
**living** [1] - 27:19
**lock** [1] - 26:2
**Logan** [1] - 45:12
**look** [4] - 37:13, 40:21, 40:25, 45:3
**looked** [2] - 25:14, 34:15
**looking** [1] - 36:22
**Lord** [1] - 28:14
**lose** [2] - 30:15, 37:2
**losing** [1] - 29:18
**loss** [4] - 16:2, 29:10, 34:21, 45:25
**losses** [1] - 45:7
**lost** [3] - 23:19, 28:25, 30:16
**Louis** [2] - 9:4, 44:5
**love** [2] - 24:1, 34:7
**loved** [5] - 23:20, 25:19, 29:4, 29:5, 29:8, 36:9, 36:19
**loving** [2] - 25:15, 31:24
**Luis** [1] - 27:3
**luncheons** [1] - 25:9
**lungs** [2] - 19:9, 19:11

## M

**maker** [1] - 39:9
**man** [13] - 25:14, 26:10, 27:11, 27:13, 29:2, 31:25, 36:18, 41:22, 41:23, 41:25, 42:4, 45:1, 45:21
**man's** [1] - 7:15
**manual** [1] - 16:24
**marched** [1] - 41:8
**Marino** [2] - 8:25, 10:6
**Marisa** [2] - 1:16, 2:6
**mark** [1] - 6:20

**marriage** [3] - 29:13, 30:2, 30:4
**marry** [1] - 24:15
**marshal** [1] - 23:1
**Marshal** [1] - 47:19
**marshals** [1] - 47:25
**material** [2] - 43:5, 43:7
**matter** [6] - 4:3, 8:13, 28:10, 40:15, 40:18, 42:13
**matters** [2] - 19:21, 46:8
**Maurice** [1] - 41:20
**maximum** [11] - 18:13, 32:15, 39:11, 47:1, 47:2, 47:3, 47:7, 47:8, 47:10, 47:14
**Mcmann** [1] - 32:4
**meals** [1] - 36:25
**mean** [1] - 6:3
**meaning** [1] - 45:13
**means** [1] - 15:15
**meantime** [1] - 35:5
**measure** [1] - 45:25
**mechanical** [1] - 1:24
**medical** [2] - 21:6, 21:21
**meet** [1] - 39:9
**melting** [1] - 44:25
**member** [1] - 14:13
**members** [1] - 41:10
**memorandum** [1] - 46:7
**memories** [1] - 27:12
**mental** [1] - 19:3
**mercy** [4] - 25:25, 28:2, 28:10, 42:15
**meted** [1] - 26:14
**metropolitan** [1] - 47:22
**Michael** [3] - 9:6, 38:12, 44:1
**microphone** [4] - 22:25, 27:8, 40:16, 43:15
**might** [2] - 3:20, 22:10
**Mildred** [4] - 32:25, 34:1, 35:22, 36:11
**miles** [3] - 45:14, 45:16
**mind** [2] - 29:23, 41:17
**minute** [1] - 25:19
**miserable** [2] - 26:4, 26:11
**missed** [1] - 31:1
**misspoke** [1] - 47:13
**mobster** [1] - 31:24
**modified** [1] - 3:25
**moment** [4] - 9:8, 13:4, 23:25, 24:2
**Money** [1] - 39:7
**money** [6] - 27:15, 28:4, 39:7, 40:2, 40:3
**monster** [2] - 32:4, 38:1
**Moore** [1] - 2:7
**morning** [17] - 2:9, 2:11, 23:12, 23:13, 26:25, 27:1, 28:19, 28:20, 34:2, 34:3, 34:12, 35:23, 35:24, 38:9, 38:10, 45:8, 45:22
**Most** [1] - 34:6
**most** [5] - 31:16, 35:7, 36:6, 40:19, 41:5, 46:23
**mother** [4] - 24:9, 24:10, 26:19, 38:19

**mother-in-law** [1] - 38:19
**Motion** [1] - 15:11
**motion** [1] - 4:1
**motions** [1] - 3:5
**mountains** [1] - 45:20
**mourned** [1] - 26:16
**mourning** [1] - 34:21
**mourns** [1] - 26:1
**move** [3] - 12:4, 20:11, 27:8
**Multiple** [1] - 10:15
**murder** [23] - 3:23, 5:15, 5:24, 6:2, 7:23, 8:24, 8:25, 9:1, 9:2, 10:1, 10:3, 10:5, 10:6, 10:9, 10:12, 11:17, 30:8, 36:6, 44:12, 44:16, 44:17
**murdered** [5] - 29:19, 34:4, 36:17, 38:13, 44:14
**murderer** [4] - 29:1, 31:6, 31:24, 43:23
**murders** [3] - 5:6, 43:10, 44:1
**must** [1] - 40:21

**N**

**name** [2] - 9:1, 28:21
**natural** [1] - 25:18
**nature** [3] - 20:24, 40:19, 42:11
**necessary** [1] - 42:24
**need** [6] - 20:25, 21:24, 21:25, 23:21, 23:24, 46:20
**needed** [1] - 21:5
**needs** [1] - 23:24
**nephews** [2] - 30:18, 31:2
**never** [24] - 24:15, 24:16, 25:18, 25:24, 26:2, 26:3, 27:21, 28:9, 31:8, 31:9, 31:13, 35:11, 35:12, 37:2, 37:6, 38:2, 38:23, 39:3, 39:4, 39:24, 45:17
**New** [7] - 1:1, 1:6, 1:22, 13:19, 13:24, 14:1, 47:21
**news** [1] - 25:4
**newspaper** [1] - 25:5
**Next** [10] - 4:9, 4:14, 5:3, 5:13, 5:16, 14:5, 28:17, 32:24, 35:21, 37:17
**next** [4] - 12:3, 24:2, 26:23, 33:1
**Nicky** [1] - 9:3
**nieces** [2] - 30:18, 31:2
**night** [2] - 24:19, 38:22
**nightmare** [2] - 29:24, 32:2
**non** [1] - 42:12
**non-guideline** [1] - 42:12
**nonetheless** [1] - 41:11
**Nonetheless** [1] - 41:19
**Norris** [2] - 1:15, 2:5
**note** [2] - 2:3, 15:3
**nothing** [4] - 19:16, 27:17, 27:23, 27:24
**Nothing** [1] - 16:16
**notice** [1] - 19:20
**November** [1] - 38:12
**number** [4] - 20:10, 36:14, 40:25, 43:21
**Number** [1] - 36:13

**O**

**object** [5] - 6:15, 7:20, 8:5, 8:14, 9:7
**objected** [1] - 14:6
**objection** [8] - 4:25, 5:17, 8:10, 10:2, 11:11, 11:12, 16:21, 47:16
**objections** [4] - 3:9, 15:3, 15:8, 47:11
**objects** [6] - 3:15, 4:7, 4:11, 4:18, 5:6, 6:8
**obligation** [1] - 11:8
**observed** [1] - 17:3
**observes** [1] - 17:3
**obviously** [1] - 14:19
**Obviously** [1] - 41:8
**occurred** [2] - 41:6, 41:23
**offense** [13] - 8:9, 8:21, 10:1, 12:15, 12:17, 12:24, 13:2, 15:12, 15:13, 20:24, 21:2, 43:18, 46:22
**offer** [1] - 46:2
**Office** [1] - 2:6
**officer** [7] - 12:14, 14:17, 14:22, 23:16, 25:17, 32:10, 44:13
**Officer** [7] - 12:16, 12:21, 13:1, 13:15, 14:16, 15:13, 15:17, 15:20, 19:23
**officers** [1] - 32:21
**Often** [1] - 24:19
**old** [8] - 24:15, 26:10, 36:20, 38:23, 41:25, 42:12, 42:19, 44:12
**oldest** [3] - 28:21, 30:22, 31:4
**omitted** [1] - 5:3
**once** [1] - 39:18
**One** [2] - 10:5, 47:1
**one** [23] - 9:8, 10:14, 11:16, 12:3, 13:11, 13:17, 14:3, 14:7, 15:6, 15:21, 23:20, 24:11, 25:18, 26:1, 31:14, 34:5, 36:4, 36:13, 37:4, 43:4, 46:15, 46:16, 47:20
**ones** [1] - 31:13
**open** [2] - 20:8, 25:7
**opportunities** [1] - 21:16
**opportunity** [5] - 20:20, 32:20, 34:22, 37:1, 45:3
**option** [1] - 35:2
**order** [1] - 46:21
**organizing** [1] - 44:19
**original** [1] - 15:5
**otherwise** [1] - 4:14
**overcome** [1] - 42:10
**overflow** [2] - 23:2, 23:7
**overwhelming** [1] - 45:19
**overwhelmingly** [1] - 43:22
**owed** [1] - 15:25
**own** [5] - 24:3, 26:11, 34:12, 37:11, 45:6

**P**

**Pagan** [1] - 38:7
**page** [1] - 33:1
**pages** [1] - 43:7

pain [3] - 24:13, 25:6, 38:3
**Paragraph** [9] - 5:3, 5:17, 7:4, 7:17, 11:16, 12:23, 13:11, 15:5, 15:24
paragraph [21] - 3:15, 3:18, 3:25, 4:6, 4:10, 4:13, 4:15, 5:4, 5:14, 5:16, 5:18, 5:21, 6:6, 6:9, 11:13, 12:12, 12:17, 12:19, 14:7, 15:1, 16:1
**Paragraphs** [1] - 9:17
paragraphs [9] - 3:10, 3:13, 7:19, 8:3, 8:12, 8:23, 15:6, 15:10, 15:23
paralegal [1] - 2:7
parent [1] - 34:7
part [3] - 4:23, 10:25, 28:3
participate [1] - 43:19
participating [1] - 17:5
participation [1] - 44:20
particular [2] - 3:13, 5:5
particularized [1] - 17:16
parties [4] - 16:25, 20:23, 22:7, 43:16
partners [1] - 32:6
party [1] - 29:4
partying [1] - 29:17
Pasquale [1] - 9:4
passed [1] - 41:11
past [1] - 38:20
pathetic [1] - 26:10
**Pause** [3] - 9:11, 13:5, 20:18
pay [3] - 28:4, 28:7, 37:12
payable [1] - 18:15
paying [1] - 36:13
payment [1] - 18:22
peace [2] - 26:15, 35:12
Pellegrino [1] - 9:7
penalty [1] - 35:2
people [2] - 37:10, 41:8
peoples' [1] - 37:12
perfect [1] - 37:8
period [4] - 13:16, 14:14, 19:17, 19:18
permanent [4] - 6:13, 6:22, 7:1, 7:16
permission [1] - 37:19
person [4] - 35:17, 37:6, 40:1, 40:2
personal [1] - 20:2
Peter [1] - 8:25
phone [1] - 44:15
photos [1] - 28:23
physical [2] - 42:2, 42:4
physically [1] - 29:12
picture [4] - 6:17, 7:14, 24:9, 28:24
pictures [2] - 29:1, 29:2
piece [1] - 36:23
pistol [2] - 32:8, 44:10
place [1] - 24:21
Plaintiff [2] - 1:4, 1:14
planning [1] - 22:11
playing [1] - 34:10
Plaza [1] - 1:21
point [8] - 11:22, 13:12, 13:17, 13:23, 14:3, 15:6, 29:20, 34:11
policies [1] - 21:24

Poppie [1] - 36:21
position [5] - 5:9, 6:3, 8:20, 10:14, 11:12
possession [1] - 18:10
possessions [1] - 24:18
possible [1] - 47:22
possibly [1] - 34:6
power [1] - 39:13
pray [2] - 37:7, 37:9
prayers [1] - 31:19
praying [1] - 26:8
prays [1] - 36:21
premeditated [1] - 32:5
preponderance [3] - 4:17, 5:11, 11:4
**Prescription** [3] - 19:9, 19:11, 19:12
prescription [1] - 19:16
presence [1] - 25:24
present [2] - 38:7, 48:1
presented [1] - 41:15
presentence [3] - 2:17, 3:10, 4:8
press [1] - 40:19
pressure [1] - 38:20
prevailed [1] - 36:23
previously [2] - 12:7, 43:21
principle [1] - 44:20
principles [1] - 25:18
prison [2] - 21:11, 39:11
private [1] - 24:3
privilege [2] - 31:6, 36:15
privileges [2] - 28:3, 28:6
probation [6] - 12:14, 13:14, 14:3, 15:24, 19:19, 19:22
**Probation** [11] - 1:19, 2:8, 12:16, 12:21, 13:1, 13:15, 14:16, 15:13, 15:17, 15:20, 19:23
problem [1] - 19:3
problems [1] - 38:19
procedure [1] - 23:8
proceedings [5] - 14:10, 14:20, 14:23, 17:5, 17:17
**Proceedings** [1] - 1:24
produced [1] - 1:25, 7:6
profane [1] - 44:19
professional [1] - 43:9
progeny [1] - 41:3
promise [1] - 30:24
promised [1] - 43:4
promote [2] - 21:2, 46:22
proof [1] - 11:4
proper [2] - 16:10, 16:24
properly [1] - 13:23
property [3] - 19:24, 20:2, 20:3
prosecutors [2] - 35:25, 37:23
protect [2] - 21:4, 24:13
proud [4] - 25:16, 25:17, 34:16, 34:18
prove [1] - 4:17
proven [1] - 5:10
provide [3] - 10:25, 21:2, 21:5
provided [3] - 14:4, 18:14, 42:6

provides [2] - 11:16, 13:11
Psr [1] - 5:1
psychiatric [1] - 19:4
public [1] - 21:4
punishment [8] - 21:3, 26:14, 35:1, 35:3, 35:5, 35:9, 35:18, 36:24
punitive [1] - 42:10
purpose [3] - 8:6, 8:15, 10:3
purposes [7] - 3:16, 4:8, 4:12, 5:7, 7:21, 42:25, 48:1
Pursuant [1] - 20:22
put [3] - 24:12, 28:4, 29:15

## Q

quality [1] - 29:5

## R

raced [1] - 29:23
**Racketeering** [1] - 6:7
racketeering [2] - 4:23, 46:16
raised [1] - 29:4
rap [1] - 24:21
rather [1] - 16:9
read [3] - 2:17, 3:25, 37:20
**Read** [1] - 37:21
reading [1] - 25:4
ready [1] - 2:20
real [2] - 25:6, 29:25
realities [1] - 29:17
reality [1] - 29:24
really [4] - 27:16, 27:17, 27:22, 30:11
reason [1] - 7:11
reasons [1] - 34:13
receive [1] - 7:11
received [1] - 44:9
recent [1] - 46:23
reckless [1] - 29:15
reckoning [1] - 25:21
recommend [2] - 26:9, 47:21
recommendations [1] - 39:16
record [1] - 4:3
recorded [1] - 1:24
recording [2] - 16:19, 16:21
**Red** [1] - 42:6
red [1] - 6:20
reduce [1] - 15:5
reduced [1] - 7:17
reference [1] - 3:12
reflect [1] - 21:1
regain [1] - 23:25
regard [9] - 3:15, 4:15, 5:4, 5:18, 6:6, 6:7, 7:5, 11:17, 12:12
regarding [1] - 7:6
**Reiter** [1] - 9:6
related [4] - 3:17, 15:25, 16:3, 20:22
relates [1] - 8:13
relating [1] - 17:22
relationship [3] - 27:20, 30:7, 30:9

**release** [8] - 14:8, 14:11, 14:20, 19:1, 19:17, 19:19, 47:2, 47:8
**released** [1] - 19:18
**relevant** [13] - 3:23, 3:24, 4:2, 4:24, 5:10, 7:24, 9:25, 10:3, 10:15, 11:4, 16:4, 16:10
**relished** [1] - 44:22
**reliving** [1] - 25:2
**rely** [1] - 42:10
**remain** [2] - 4:14, 12:16
**remained** [2] - 14:13, 45:3
**remaining** [1] - 35:6
**remains** [2] - 15:14, 37:8
**Remains** [1] - 15:15
**remember** [3] - 29:22, 32:12, 34:14
**remembering** [1] - 29:21
**remind** [1] - 22:10
**remorse** [6] - 25:25, 27:19, 28:11, 32:3, 35:14, 37:13
**report** [4] - 2:17, 3:10, 4:8, 14:17
**reported** [1] - 14:18
**Reporter** [1] - 1:21
**request** [1] - 42:15
**require** [1] - 2:15
**required** [3] - 19:21, 21:21, 39:18
**requires** [2] - 21:22, 39:16
**requiring** [1] - 19:3, 22:6, 46:12
**respect** [15] - 4:1, 4:6, 4:10, 5:14, 6:13, 7:19, 8:3, 8:12, 8:23, 21:2, 22:7, 36:11, 39:17, 46:22, 46:23
**respected** [4] - 36:9, 36:12, 36:15, 36:19
**respectful** [1] - 25:15
**Respectfully** [1] - 42:23
**response** [1] - 36:17
**responsibilities** [1] - 29:18
**responsibility** [2] - 30:23, 45:7
**responsible** [1] - 44:12
**rest** [3] - 26:15, 34:20, 35:6
**resting** [1] - 36:22
**restitution** [6] - 15:25, 16:4, 16:6, 16:10, 16:13, 18:14
**returned** [1] - 20:5
**revenge** [2] - 28:13, 28:14
**reversal** [1] - 20:16
**review** [1] - 42:3
**richly** [1] - 24:17
**ripped** [1] - 25:7
**rises** [1] - 6:21
**River** [1] - 34:5, 44:7
**Rivera** [3] - 28:22, 37:19, 44:8
**robbed** [1] - 34:22
**Robert** [1] - 8:13
**Roger** [2] - 1:15, 2:5
**role** [4] - 10:16, 43:22, 44:21, 44:22
**roof** [1] - 36:25
**room** [4] - 23:3, 23:5, 23:7, 29:3
**Rosh** [1] - 26:17
**rot** [1] - 35:2

**Ruggiero** [1] - 9:5
**ruined** [1] - 35:6
**ruled** [3] - 4:1, 5:15, 12:8
**ruling** [2] - 5:24, 17:24
**rulings** [1] - 13:8
**rush** [1] - 38:16

## S

**safety** [1] - 39:1
**Salvator** [1] - 44:3
**sang** [1] - 34:19
**sat** [1] - 35:13
**satisfaction** [1] - 36:3
**satisfied** [1] - 2:24
**saw** [4] - 30:2, 30:11, 32:3, 32:9
**scar** [1] - 6:20
**scarred** [1] - 32:17
**scarring** [1] - 6:17
**scene** [1] - 32:10
**school** [3] - 28:7, 34:18, 34:23
**scope** [1] - 15:8
**scores** [1] - 45:11
**second** [1] - 27:3
**Section** [2] - 20:24, 46:18
**security** [1] - 39:11
**see** [8] - 10:25, 20:5, 23:10, 26:3, 31:13, 32:13, 32:14, 39:24
**seeing** [2] - 34:22, 34:23
**seek** [2] - 3:22, 42:13
**seeking** [1] - 9:15
**seeks** [1] - 42:12
**Seifan** [3] - 1:16, 2:6, 37:22
**selfish** [2] - 27:13, 34:12
**send** [1] - 23:10
**Senior** [1] - 1:12
**sense** [1] - 24:6
**sent** [3] - 23:2, 39:11, 39:23
**sentence** [28] - 10:24, 15:16, 17:22, 21:1, 21:25, 22:2, 22:4, 22:8, 26:9, 32:15, 39:15, 39:18, 40:22, 40:24, 41:13, 42:8, 42:13, 42:20, 42:24, 42:25, 46:2, 46:3, 46:4, 46:9, 46:13, 46:18
**sentenced** [2] - 2:20, 46:25
**sentences** [2] - 21:23, 38:4
**sentencing** [5] - 2:1, 3:16, 40:14, 40:18, 46:7
**Sentencing** [2] - 1:11, 21:23
**September** [1] - 1:9
**serious** [1] - 40:19
**seriousness** [2] - 21:1, 46:21
**serve** [1] - 39:15
**service** [1] - 19:19
**services** [1] - 16:3
**set** [3] - 18:22, 46:16, 46:17
**sets** [1] - 16:1
**seven** [5] - 22:12, 28:22, 30:23, 38:23, 44:8
**several** [1] - 24:2

**severely** [1] - 40:25
**sewer** [1] - 26:5
**Shaivo** [1] - 8:13
**shall** [1] - 21:15
**Shanida** [1] - 2:7
**share** [2] - 26:3, 36:4
**shared** [1] - 27:12
**Sharkay** [3] - 40:13, 40:17, 47:18
**Sharkey** [7] - 1:18, 2:11, 2:12, 3:3, 17:9, 22:15, 45:1
**short** [1] - 29:7
**shortened** [1] - 42:5
**shot** [2] - 32:8, 44:8
**show** [2] - 25:25, 46:23
**shown** [2] - 24:20, 25:24
**shows** [1] - 45:6
**sick** [4] - 26:10, 38:14, 38:19, 39:25
**side** [1] - 17:18
**signal** [1] - 24:23
**similar** [1] - 7:4
**Sindee** [2] - 1:19, 2:7
**singles** [1] - 13:21
**sister** [6] - 16:2, 23:16, 27:21, 34:7, 34:22, 37:3
**sisters** [5] - 30:8, 30:14, 30:16, 30:18, 30:25
**sit** [1] - 35:16
**sits** [1] - 41:24
**sitting** [1] - 22:22
**situation** [1] - 25:14
**situations** [1] - 29:15
**slain** [1] - 23:16
**sleeping** [1] - 42:1
**slightly** [1] - 7:9
**slow** [1] - 45:15
**slowly** [1] - 45:15
**small** [1] - 45:25
**smile** [1] - 24:16
**smiled** [1] - 24:16
**sneaking** [1] - 44:5
**sneering** [1] - 45:4
**society** [1] - 28:12
**soldier** [1] - 24:3
**sole** [2] - 44:19, 44:21
**solely** [1] - 42:11
**solicitation** [2] - 9:1, 10:9
**someone** [3] - 24:1, 25:13, 37:2
**sometimes** [1] - 29:14
**son** [5] - 25:15, 31:5, 34:9, 38:16, 38:23
**song** [1] - 34:19
**sons** [1] - 31:8
**sorry** [4] - 5:20, 9:8, 19:10, 23:4
**sought** [2] - 15:5, 30:3
**soul** [1] - 25:22
**sounds** [1] - 13:9
**span** [3] - 29:7, 42:5, 42:7
**Spanish** [1] - 24:20
**speaks** [1] - 45:1

**Special** [1] - 18:24

**special** [4] - 22:5, 37:2, 47:2, 47:9

**specific** [2] - 21:3, 45:13

**specifically** [2] - 13:20, 13:21

**spending** [1] - 35:6

**spirit** [1] - 36:8

**spiritual** [2] - 25:14, 30:3

**spoken** [2] - 25:8, 41:9

**stabbed** [2] - 44:2, 44:3

**stand** [4] - 15:1, 37:4, 37:13, 37:21

**standing** [1] - 35:4

**stands** [2] - 7:2, 7:11

**start** [1] - 43:17

**State** [2] - 3:12, 13:19

**state** [1] - 14:9

**statement** [1] - 37:19

**statements** [4] - 21:24, 22:12, 22:14, 45:2

**States** [11] - 1:1, 1:3, 1:5, 1:12, 1:14, 1:16, 2:2, 2:4, 2:6, 2:23, 45:12

**statute** [5] - 17:15, 21:22, 41:2, 42:25, 46:22

**steepest** [1] - 26:9

**stenography** [1] - 1:24

**stepped** [1] - 30:22

**steps** [1] - 18:19

**still** [4] - 24:24, 29:5, 36:18, 37:8

**stood** [1] - 25:18

**Stop** [1] - 47:24

**stops** [2] - 24:1, 25:2

**story** [2] - 26:20, 29:2

**strap** [1] - 24:21

**street** [1] - 39:2

**stress** [1] - 30:6

**stricken** [1] - 46:8

**strings** [2] - 24:22, 24:23

**strong** [4] - 16:9, 24:14, 41:9, 46:10

**strongly** [1] - 35:3

**struggle** [1] - 28:7

**subject** [2] - 19:1, 24:13

**substantial** [1] - 21:25

**suffer** [3] - 26:11, 39:8, 39:10

**suffered** [2] - 6:23, 38:2

**suffering** [1] - 38:4

**sufficient** [1] - 4:24

**suggest** [1] - 23:8

**Suma** [1] - 44:3

**sun** [1] - 39:24

**sunlight** [1] - 26:3

**superman** [1] - 24:14

**Supervised** [1] - 19:1

**supervised** [7] - 14:8, 14:11, 14:19, 19:17, 19:19, 47:2, 47:8

**supervising** [2] - 14:17, 14:22

**supervision** [1] - 14:22

**support** [1] - 32:22

**supported** [1] - 24:4

**Supreme** [1] - 46:23

**surrounds** [1] - 25:23

**survive** [1] - 36:10

**Swear** [1] - 2:13

**sworn** [1] - 2:14

**system** [1] - 45:14

## T

**table** [1] - 42:5

**tables** [1] - 42:3

**taught** [2] - 36:4, 36:11

**taunted** [2] - 44:16, 44:23

**taunting** [1] - 45:4

**taxes** [2] - 28:4, 36:14

**temper** [1] - 42:15

**ten** [2] - 42:7, 42:20

**tenderly** [1] - 26:19

**testified** [4] - 10:15, 32:5, 43:5, 43:8

**testify** [1] - 22:22, 44:14

**testimony** [4] - 6:22, 23:10, 32:10, 41:15

**thankful** [1] - 34:17

**thanking** [1] - 35:25

**themselves** [1] - 20:23

**therefore** [4] - 7:24, 14:25, 18:13, 23:9

**Therefore** [1] - 36:17

**thinking** [1] - 29:23

**thousand** [1] - 28:25

**thousands** [1] - 43:7

**threatening** [1] - 44:15

**Three** [1] - 47:8

**three** [1] - 36:25

**Throughout** [1] - 34:8

**throughout** [1] - 31:20

**tissue** [1] - 23:15

**Today** [3] - 27:10, 32:12, 45:17

**today** [9] - 23:19, 23:23, 26:10, 26:16, 27:25, 32:13, 41:6, 41:9, 41:13

**together** [3] - 30:23, 31:11, 34:9

**toll** [1] - 30:11

**tomorrow** [1] - 26:17

**took** [11] - 24:9, 30:11, 30:23, 34:11, 35:7, 35:15, 36:3, 36:7, 37:25, 44:23, 45:2

**torturing** [1] - 44:15

**total** [7] - 8:9, 8:21, 10:1, 12:14, 13:2, 31:13, 46:20

**totally** [2] - 8:9, 8:20

**touch** [1] - 45:17

**towards** [1] - 37:6

**training** [5] - 21:6, 21:17, 21:19, 21:20, 39:17

**Transcript** [1] - 1:11

**transcript** [1] - 1:24

**treated** [1] - 39:21

**treatment** [4] - 19:4, 21:7, 21:11, 21:21

**trial** [10] - 6:14, 17:21, 24:11, 25:8, 26:20, 30:12, 31:16, 32:3, 36:5, 43:4

**tried** [1] - 32:11

**trivialized** [1] - 23:22

**true** [2] - 6:18, 45:3

**truth** [1] - 39:2

**try** [3] - 24:6, 27:8, 27:9

**trying** [2] - 29:7, 29:17

**Tv** [1] - 25:4

**twin** [1] - 34:7

**twinkle** [1] - 24:15

**two** [9] - 13:25, 23:25, 30:7, 30:13, 30:16, 36:12, 36:14, 38:13, 38:25

**Two** [2] - 34:18, 47:7

**type** [1] - 6:25

## U

**unaware** [1] - 18:9

**unbearable** [1] - 24:25

**unbelievable** [1] - 32:1

**uncharged** [5] - 4:16, 4:22, 5:18, 9:16, 16:11

**uncle** [2] - 38:25, 39:4

**under** [18] - 10:24, 13:19, 14:2, 15:16, 17:15, 18:14, 22:2, 22:4, 39:14, 39:23, 41:2, 42:25, 46:12, 46:18, 46:22, 46:23

**Under** [2] - 13:24, 16:12

**underground** [2] - 39:12, 39:22

**unit** [1] - 11:17

**United** [11] - 1:1, 1:3, 1:5, 1:12, 1:14, 1:16, 2:2, 2:4, 2:6, 2:23, 45:11

**unknown** [1] - 9:1

**unremorseful** [1] - 45:18

**unrepentant** [1] - 45:18

**unresolved** [1] - 3:5

**unwarranted** [1] - 21:24

**up** [8] - 23:9, 24:6, 27:9, 29:24, 34:12, 35:15, 38:15, 44:5

**Up** [1] - 26:16

## V

**variation** [1] - 15:18

**vehicle** [1] - 13:13

**vermin** [1] - 26:5

**versus** [1] - 45:12

**victim** [6] - 4:2, 7:5, 7:7, 22:12, 40:8, 45:2

**victims** [6] - 17:14, 22:20, 44:24, 44:25, 45:4, 45:23

**victims'** [1] - 22:14

**video** [6] - 16:19, 16:21, 23:7, 23:8

**view** [19] - 5:8, 6:1, 6:3, 7:22, 8:7, 8:19, 9:23, 11:2, 11:8, 12:6, 13:3, 13:14, 14:13, 15:9, 16:7, 18:8, 18:11, 18:12, 22:5

**violated** [1] - 14:15

**violation** [5] - 13:18, 14:10, 14:11, 14:20, 14:23

**violent** [1] - 41:5

**Vivian** [2] - 26:24, 27:3

**vocational** [3] - 21:6, 21:11, 21:17

**Voice** [1] - 26:9

**Von** [1] - 45:12

## W

**wait** [1] - 45:24
**waited** [2] - 26:18, 45:23
**waiting** [1] - 26:8
**wake** [3] - 29:24, 38:15, 38:24
**walk** [1] - 24:3
**walked** [1] - 29:3
**walking** [1] - 34:23
**wall** [1] - 24:10
**warmth** [1] - 24:23
**watch** [1] - 39:1
**watched** [1] - 32:4
**watching** [2] - 25:3, 26:8
**water** [1] - 23:15
**ways** [1] - 29:13
**weeks** [2] - 35:14, 38:17
**weight** [1] - 21:25
**Weinstein** [4] - 1:11, 20:9, 23:18, 38:11
**Wheeler** [2] - 32:25, 34:1
**whipped** [1] - 32:8
**White** [1] - 41:20
**whole** [1] - 26:20
**wide** [1] - 24:16
**wife** [2] - 30:22, 37:18
**willing** [1] - 25:19
**wings** [2] - 34:16
**wise** [1] - 20:15
**wish** [8] - 17:10, 17:21, 18:20, 22:13, 27:23, 38:3, 38:20, 43:2
**wished** [1] - 23:6
**wishes** [4] - 17:18, 19:22, 40:8, 40:11
**withdraw** [1] - 41:16
**withdrawal** [2] - 41:18
**witness** [7] - 26:23, 28:17, 32:24, 35:21, 37:17, 38:6, 45:10
**witnesses** [3] - 10:15, 17:13, 40:11
**witnesses'** [1] - 45:19
**wondering** [1] - 29:19
**words** [3] - 28:25, 29:22, 45:25
**worse** [1] - 39:10
**wounds** [2] - 25:6, 32:9
**written** [1] - 15:1
**wrote** [4] - 27:5, 27:16, 37:19, 45:11
**Wyler** [1] - 34:3

## Y

**year** [3] - 41:25, 44:12, 44:15
**years** [25] - 24:9, 24:15, 25:1, 26:11, 26:13, 30:1, 30:5, 30:12, 30:17, 31:21, 31:22, 34:18, 38:23, 41:6, 41:23, 42:7, 42:12, 42:20, 43:20, 45:23, 47:2, 47:7, 47:8
**York** [7] - 1:1, 1:6, 1:22, 13:19, 13:24, 14:1, 47:21
**yourself** [2] - 24:6, 28:12

## Z

**zero** [1] - 7:17
**Zuccaro** [2] - 8:25, 10:6