UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 08-CR-76 |
| v. | : | U.S. Courthouse<br>Brooklyn, New York |
| CHARLES CARNEGLIA, | : | |
| | | January 27, 2009 |
| Defendant. | : | 9:30 o'clock a.m. |

- - - - - - - - - - - - - - - - - X

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Government: BENTON J. CAMPBELL
United States Attorney
By: ROGER BURLINGAME
EVAN NORRIS
MARISA M. SEIFAN
Assistant U.S. Attorneys
271 Cadman Plaza East
Brooklyn, New York 11201

For the Defendant: KELLEY J. SHARKEY, ESQ.
26 Court Street, Suite 2805
Brooklyn, New York 11242
-and-
CURTIS JORDAN FARBER, ESQ.
350 Broadway, 10th Floor
New York, New York 10013

Court Reporter: Anthony M. Mancuso
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2419

Proceedings recorded by mechanical stenography, transcript produced by CAT.

(Trial resumed.)

(In the jury room.)

THE COURT: Everybody is present.

MS. SHARKEY: Your Honor, when we're finished going through the jurors, will we have ten minutes with Mr. Carneglia to talk about the strikes prior to going outside?

THE COURT: Sure.

We're breaking for lunch at 12:00 o'clock. 12:00 to 1:00.

MS. SHARKEY: Your Honor, I have another question.

THE COURT: Yes.

MS. SHARKEY: The weather report for tomorrow morning, depending on what you look at, three to five, four to six or six to eight inches, and a sleet storm.

THE COURT: What time does it start?

MR. FARBER: Tonight.

MS. SHARKEY: And it's supposed to be a sleet storm in the morning.

THE COURT: Check with the chief judge and see what his policy is. Tell him I'll conform to the court policy.

THE CLERK: Yes, your Honor.

THE COURT: Juror one.

MR. BURLINGAME: I believe there were three jurors we skipped through yesterday. We went out of order. We would

ask that those jurors be taken first today: 71, 10 and 110.

THE LAW CLERK: 71, I think, has been excused.

10 and 110.

THE COURT: All right. Let's have one, please.

MS. SHARKEY: Who is coming in first?

THE LAW CLERK: Juror Number 1.

(Prospective juror enters courtroom.)

THE COURT: Good morning. Would you sit down, please.

THE PROSPECTIVE JUROR: Hi.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: Levittown.

THE COURT: You came in how?

THE PROSPECTIVE JUROR: Long Island Rail Road.

THE COURT: Any problems?

THE PROSPECTIVE JUROR: No.

THE COURT: What kind of work do you do?

THE PROSPECTIVE JUROR: I work in a back office for the New York Stock Exchange, communication.

THE COURT: Where, in Manhattan?

THE PROSPECTIVE JUROR: Manhattan and Brooklyn.

THE COURT: Do you supervise?

THE PROSPECTIVE JUROR: No.

THE COURT: You did follow an OJ trial?

THE PROSPECTIVE JUROR: On TV.

THE COURT: Which one, the first or the Miami?

THE PROSPECTIVE JUROR: The second.

THE COURT: The Miami one?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Will that affect your ability in this case?

THE PROSPECTIVE JUROR: Not at all.

THE COURT: Whatever view you have of whether justice was served or not, you won't be affected by that trial at all here, will you?

THE PROSPECTIVE JUROR: No, not at all.

THE COURT: Question 60: "Will you be able to consider evidence about racketeering, murder, murder conspiracy and other crimes fairly and impartially in accordance with the instructions of the Court?" You checked "No." Is that a mistake?

THE PROSPECTIVE JUROR: That's a mistake.

THE COURT: Okay.

"Do you understand that an indictment is not evidence?"

THE PROSPECTIVE JUROR: Yes.

THE COURT: You checked "No" again. Was that a mistake?

THE PROSPECTIVE JUROR: A mistake.

THE COURT: Attachment A: "What relationship did you

have with Paul Castellano?"

THE PROSPECTIVE JUROR: I just heard the name.

THE COURT: And John Gotti, Sr.?

THE PROSPECTIVE JUROR: The same.

THE COURT: And John Gotti, Jr.?

THE PROSPECTIVE JUROR: The same.

THE COURT: Will that affect your decision here?

THE PROSPECTIVE JUROR: Not at all.

THE COURT: Can you be fair and impartial?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Any further questions?

MS. SHARKEY: No, your Honor.

THE COURT: You are approved. Thank you.

THE PROSPECTIVE JUROR: Thank you.

(Prospective juror leaves courtroom.)

MS. SHARKEY: Our next juror is 30?

THE LAW CLERK: Yes.

We have one juror who was absent yesterday -- so we had to skip -- who is now here. That's Juror Number 1.

Juror Number 110 is still absent.

Juror Ten.

(Prospective juror enters courtroom.)

THE COURT: How are you?

THE PROSPECTIVE JUROR: Fine.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: I live in Long Island.

THE COURT: Where?

THE PROSPECTIVE JUROR: West Islip.

THE COURT: And you got here how?

THE PROSPECTIVE JUROR: Train.

THE COURT: Did you have any trouble?

THE PROSPECTIVE JUROR: No.

THE COURT: You understand that an indictment is not evidence, it's just a way of bringing a case into court?

THE PROSPECTIVE JUROR: Yes.

THE COURT: And it is to be given no consideration whatsoever?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Can you decide the case on the evidence and my instruction, do you think?

THE PROSPECTIVE JUROR: I think so.

THE COURT: Any further questions?

MR. FARBER: No.

THE COURT: Thank you. You are approved. Thank you very much.

THE PROSPECTIVE JUROR: Thank you.

(Prospective juror leaves courtroom.)

THE LAW CLERK: Next is Juror Number 106.

(Prospective juror enters courtroom.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: How are you feeling today?

THE PROSPECTIVE JUROR: Before we start, I would like to make a request.

THE COURT: Yes.

THE PROSPECTIVE JUROR: I have a dermatologist appointment tomorrow. I would like to be excused tomorrow to go there. I have an outbreak of a skin disorder, and it's bothering me.

THE COURT: You are excused from the jury.

THE PROSPECTIVE JUROR: Pardon me?

THE COURT: You are excused from the jury. We may need you tomorrow, so if you can't be here, I don't want to start without you. I hope you feel better.

THE PROSPECTIVE JUROR: I have no objection to coming back afterward. Thursday would be fine.

MR. BURLINGAME: Can we wait on the weather report?

THE PROSPECTIVE JUROR: It's okay with me.

THE COURT: You are a very desirable juror.

THE PROSPECTIVE JUROR: I do need to deal with this. It's very bad.

THE COURT: You're a very desirable juror.

THE PROSPECTIVE JUROR: That surprises me.

THE COURT: Take care of your own health.

THE PROSPECTIVE JUROR: Thank you very much. I

appreciate it. Good luck.

THE COURT: Good luck to you.

THE PROSPECTIVE JUROR: What do I have to do now?

THE COURT: You are free.

THE PROSPECTIVE JUROR: Just go home? Thank you. Good luck, everybody.

(Prospective juror leaves courtroom.)

THE LAW CLERK: Next is Juror 113.

(Prospective juror enters courtroom.)

THE PROSPECTIVE JUROR: Good morning.

THE COURT: Good morning. How are you feeling today?

THE PROSPECTIVE JUROR: Good. How about you?

THE COURT: Good. Where do you live?

THE PROSPECTIVE JUROR: Port Washington, Long Island.

THE COURT: You take the Port Washington train?

THE PROSPECTIVE JUROR: Usually, to the city. Here, I drove.

THE COURT: What parking lot? Where did you put your car?

THE PROSPECTIVE JUROR: By the diner next door.

THE COURT: What do they charge?

THE PROSPECTIVE JUROR: I think they are charging 17. But I didn't have the coupon yesterday. I guess I'll

find out today.

THE COURT: Do you know a Frank Russo?

THE PROSPECTIVE JUROR: I know a Frank Russo, but I think it's a common name.

THE COURT: Who is this Frank Russo?

THE PROSPECTIVE JUROR: Frank Russo is a very respected member I know of the Conservative Party. He actually has a cable show in Long Island. So, he's always on TV.

THE COURT: That's not the Frank Russo involved.

THE PROSPECTIVE JUROR: Okay. Very conservative, religiously, also. I just wanted to make sure.

THE COURT: Well, I admire your handwriting.

What do you do in the legal field?

THE PROSPECTIVE JUROR: I was an attorney practicing up to 1989. I was a corporate attorney doing M&A work, and then I joined Lehman Brothers. I was an attorney there for three years, and switched over to the investment-banking side, financial services.

THE COURT: Are you unemployed now?

THE PROSPECTIVE JUROR: I am unemployed now, unfortunately, after Lehman's bankruptcy, after twenty-two years there, and I am looking for a job.

I want to do my duty, and at the same time, I know this is going to be difficult, because I have, for example, a

major interview tentatively scheduled for Thursday. It's very difficult to try to get a job in this market. I am sure you heard, 65,000 more jobs yesterday.

THE COURT: All right. You are excused.

THE PROSPECTIVE JUROR: Thank you, your Honor.

MS. SHARKEY: Good luck.

THE PROSPECTIVE JUROR: Thank you.

MR. FARBER: Good luck.

(Prospective juror leaves courtroom.)

THE LAW CLERK: This is Juror Number 84.

(Prospective juror enters courtroom.)

THE COURT: Sit down, won't you, madam?

THE PROSPECTIVE JUROR: Thank you.

THE COURT: How are you feeling this morning?

THE PROSPECTIVE JUROR: Very good, your Honor.

THE COURT: Did you have trouble getting to court?

THE PROSPECTIVE JUROR: Not at all.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: Brooklyn, New York.

THE COURT: Where?

THE PROSPECTIVE JUROR: Ralph Avenue, Ralph and Tilden.

THE COURT: So, you come how, by bus?

THE PROSPECTIVE JUROR: Bus and train.

THE COURT: Do you work?

THE PROSPECTIVE JUROR: Yes, I do.

THE COURT: What kind of work?

THE PROSPECTIVE JUROR: I'm in day care, day care provider, Friends of Crown Heights Educational Center.

THE COURT: Okay.

Is that a city-funded organization?

THE PROSPECTIVE JUROR: Yes, it is, Judge. Yes.

THE COURT: There are sharp limits on what they pay?

THE PROSPECTIVE JUROR: Excuse me?

THE COURT: They don't pay that much?

THE PROSPECTIVE JUROR: Not that much, Judge.

THE COURT: You testified in a divorce proceeding?

THE PROSPECTIVE JUROR: Yes, I did. I am divorced.

THE COURT: But never in a criminal proceeding?

THE PROSPECTIVE JUROR: No.

THE COURT: You knew somebody who was murdered?

THE PROSPECTIVE JUROR: Yes, unfortunately.

THE COURT: Close to you?

THE PROSPECTIVE JUROR: Well, I taught him in Sunday School, was in my Sunday School class.

THE COURT: How old was he when he was murdered?

THE PROSPECTIVE JUROR: He was about twenty-two.

THE COURT: You don't know what happened to the case thereafter?

THE PROSPECTIVE JUROR: No, Judge.

THE COURT: Will that affect your ability to try this case?

THE PROSPECTIVE JUROR: Excuse me?

THE COURT: Will that affect your ability to be a juror?

THE PROSPECTIVE JUROR: No, not at all.

THE COURT: Can you be fair and impartial?

THE PROSPECTIVE JUROR: Very much, so, your Honor.

THE COURT: Any questions?

MR. BURLINGAME: No, your Honor.

MS. SHARKEY: No, your Honor.

THE COURT: You are approved. Thank you very much.

THE PROSPECTIVE JUROR: Thank you.

(Prospective juror leaves courtroom.)

THE LAW CLERK: Juror 48.

(Prospective juror enters courtroom.)

THE COURT: Good morning. How are you?

THE PROSPECTIVE JUROR: Good, sir. How are you?

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: Forest Hills, Queens.

THE COURT: Do you take the train or the railroad to get here?

THE PROSPECTIVE JUROR: I drive.

THE COURT: You drive?

THE PROSPECTIVE JUROR: Yes.

THE COURT: And then park here?

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: What business are you in?

THE PROSPECTIVE JUROR: I'm in retail.

THE COURT: Which?

THE PROSPECTIVE JUROR: Home Depot.

THE COURT: You are with Home Depot?

THE PROSPECTIVE JUROR: Yes.

THE COURT: They had a big announcement yesterday.

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: Were you in that division?

THE PROSPECTIVE JUROR: No, sir.

THE COURT: Good.

What is your connection to Gotti, Sr. or Gotti, Jr.?

THE PROSPECTIVE JUROR: Just through the news, through the paper.

THE COURT: Can you be fair and impartial in this case?

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: Any questions?

MS. SHARKEY: No, your Honor.

MR. BURLINGAME: No, your Honor.

THE COURT: You are approved. Thank you.

THE PROSPECTIVE JUROR: Thank you.

(Prospective juror leaves courtroom.)

THE COURT: Next.

THE LAW CLERK: We are on Juror No. 83.

(Prospective juror enters courtroom.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: How are you?

THE PROSPECTIVE JUROR: Fine. How are you?

THE COURT: Fine, thank you.

Where are you living now?

THE PROSPECTIVE JUROR: Nassau County.

THE COURT: Where?

THE PROSPECTIVE JUROR: Uniondale.

THE COURT: Do you drive?

THE PROSPECTIVE JUROR: No. I took the railroad.

THE COURT: Any trouble?

THE PROSPECTIVE JUROR: No. No.

THE COURT: Was your jury service as a grand juror or a petit juror?

THE PROSPECTIVE JUROR: Petit juror.

THE COURT: What kind of case was it?

THE PROSPECTIVE JUROR: It was a case involving a town electrician doing jobs that were not --

THE COURT: Was that civil or criminal?

THE PROSPECTIVE JUROR: They said criminal.

THE COURT: Stealing public property and time?

THE PROSPECTIVE JUROR: Hmm.

THE COURT: Will that affect your verdict here?

THE PROSPECTIVE JUROR: No.

THE COURT: Your brother-in-law worked for who?

THE PROSPECTIVE JUROR: Right now. He's working for the Police Department.

THE COURT: In New York City?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Will that affect your decision?

THE PROSPECTIVE JUROR: Oh, no. I rarely see him.

THE COURT: Do you know what division he's in?

THE PROSPECTIVE JUROR: No. I'm not sure.

THE COURT: Any further questions?

MS. SHARKEY: No, your Honor.

MR. BURLINGAME: No, your Honor.

THE COURT: You are approved. Thank you.

THE PROSPECTIVE JUROR: Thank you.

(Prospective juror leaves courtroom.)

THE LAW CLERK: Juror Number 66.

(Prospective juror enters courtroom.)

THE COURT: Good morning. How are you?

THE PROSPECTIVE JUROR: Good morning. Fine, thank you.

THE COURT: Sit down, please.

Did you have any trouble getting in this morning?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Where do you live?

THE PROSPECTIVE JUROR:  Springfield Gardens.

THE COURT:  You took what, the train to get in?

THE PROSPECTIVE JUROR:  I took the bus and the train.

THE COURT:  Who was it that was charged with a crime?  You say a family member or close friend has been charged.

THE PROSPECTIVE JUROR:  That was me.

THE COURT:  It was you.  What kind of crime was it?

THE PROSPECTIVE JUROR:  Violence.  Fighting.

THE COURT:  How long ago?

THE PROSPECTIVE JUROR:  About five or six years ago.

THE COURT:  And it was dismissed?

THE PROSPECTIVE JUROR:  Dismissed and sealed. Stupid thing.

THE COURT:  Your aunt was murdered?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  When was that?

THE PROSPECTIVE JUROR:  Oh, way back.  I was about eight years old or something like that.

THE COURT:  Did they find the defendant?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And what happened to him?

THE PROSPECTIVE JUROR: He was hung.

THE COURT: He was executed?

THE PROSPECTIVE JUROR: Yes.

THE COURT: What state was that?

THE PROSPECTIVE JUROR: That's Trinidad.

THE COURT: In Trinidad?

THE PROSPECTIVE JUROR: Yes.

THE COURT: They still use hanging?

THE PROSPECTIVE JUROR: No. They stopped it for a while. At that time, they used to.

THE COURT: Will that affect your decision in this case?

THE PROSPECTIVE JUROR: No.

THE COURT: Can you be fair and impartial?

THE PROSPECTIVE JUROR: Yes, I can.

THE COURT: Do you have any feeling about that arrest, that you were treated unfairly or anything like that?

THE PROSPECTIVE JUROR: No. Drunk and stupid.

THE COURT: Any further questions?

MS. SHARKEY: No, your Honor.

MR. BURLINGAME: No, your Honor.

THE COURT: Okay. You are approved.

THE PROSPECTIVE JUROR: Thank you.

(Prospective juror leaves courtroom.)

THE LAW CLERK: This is Juror Number 42.

(Prospective juror enters courtroom.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning. How are you?

THE COURT: Fine.

Where do you live?

THE PROSPECTIVE JUROR: In Woodburg, Woodmere area, Five Towns.

THE COURT: You have a problem?

THE PROSPECTIVE JUROR: I'm going away in March.

THE COURT: March what?

THE PROSPECTIVE JUROR: March 23. That, I first wanted to give to you. You said six to eight weeks. If that would be a conflict.

THE COURT: We should be finished by then.

You are going to Trinidad?

THE PROSPECTIVE JUROR: Punta Cana.

THE COURT: Punta Cana?

THE PROSPECTIVE JUROR: Punta Cana, Dominican Republic.

THE COURT: Excuse me.

Your sister is an attorney?

THE PROSPECTIVE JUROR: Yes.

THE COURT: What kind of practice does she have?

THE PROSPECTIVE JUROR: Litigating attorney, and she's in private practice.

THE COURT: Criminal?

THE PROSPECTIVE JUROR: Criminal, yes.

THE COURT: Where?

THE PROSPECTIVE JUROR: She works in Brooklyn. And now she's also out in Nassau.

THE COURT: Will that affect your decision here.

THE PROSPECTIVE JUROR: It could, possibly.

THE COURT: Why?

THE PROSPECTIVE JUROR: Well, I mean, I listen to all her cases. She's my younger sister. It's been quite a ride with her, going through her certain trials and so forth.

THE COURT: Is she defense or prosecution?

THE PROSPECTIVE JUROR: She does prosecution.

THE COURT: What District Attorney does she work for?

THE PROSPECTIVE JUROR: I'm not sure.

THE COURT: Where is she now, in Nassau?

THE PROSPECTIVE JUROR: Now, she's in Nassau.

THE COURT: As a prosecutor?

THE PROSPECTIVE JUROR: Right.

THE COURT: And she discusses her cases?

THE PROSPECTIVE JUROR: Well, not all the time. She has, through the course of years.

THE COURT: Can you put those discussions out of your mind?

THE PROSPECTIVE JUROR: Some of them, there have been some interesting cases.

THE COURT: Do you think it might affect your verdict?

THE PROSPECTIVE JUROR: Possibly.

THE COURT: Why don't you wait outside a moment, please.

THE PROSPECTIVE JUROR: Sure.

(Prospective juror leaves courtroom.)

THE COURT: Any objection to her?

MS. SHARKEY: Yes, your Honor.

THE COURT: You are objecting?

MS. SHARKEY: I'm asking that she be excused for cause.

MR. BURLINGAME: Judge, I ask that you follow up a little bit more formally. It was kind of free form. If you ask specific questions of, Could you follow my instructions?, Would you be able to decide the case based on just what's present in the courtroom?, I think -- she appears very straightforward.

THE COURT: All right. Bring her in.

MS. SHARKEY: Judge, I think this particular juror has said that she's followed her younger sister's cases over the course of the years, she was a prosecutor both in Brooklyn and now in Nassau.

I think her first answer was her most candid answer. You specifically asked her if she could put those aside. She said, I could try. I don't think so. She also said that she didn't think she could be fair.

THE COURT: I'm going to further inquire. Counsel is entitled to an inquiry.

(Prospective juror enters courtroom.)

THE COURT: What was the most interesting case she ever discussed with you?

THE PROSPECTIVE JUROR: I think it was a car accident, that was quite interesting, actually.

THE COURT: Ever discuss a murder case?

THE PROSPECTIVE JUROR: With her? No.

THE COURT: Cases with alleged mob connections?

THE PROSPECTIVE JUROR: No.

THE COURT: "Do you or a relative work for government agencies, police or sheriff's departments?"

You wrote "Yes," and I can't read it.

THE PROSPECTIVE JUROR: Police? I never worked for the police.

THE COURT: Who did you work for?

THE PROSPECTIVE JUROR: I'm on the Board of Education.

THE COURT: That was the only government agency?

THE PROSPECTIVE JUROR: Right.

THE COURT: Okay.

You were held up at gunpoint?

THE PROSPECTIVE JUROR: In my father's pharmacy, yes.

THE COURT: When was that?

THE PROSPECTIVE JUROR: Probably about -- how old am I? Say, thirty years ago. No. Twenty-five years ago.

THE COURT: Will that affect your decision here?

THE PROSPECTIVE JUROR: It was not a pleasant situation. It could. It could. It could. It was quite a scary situation.

THE COURT: How old were you when that happened?

THE PROSPECTIVE JUROR: Twenty-five, I think.

THE COURT: You say you're very sensitive to people involved in drugs?

THE PROSPECTIVE JUROR: Hmm. Well, because I'm on the Board of Ed and I'm involved in a lot of wellness and drug-awareness programs.

THE COURT: You understand that the defendant is accused, he hasn't been proven to be connected with drugs; do you understand that?

THE PROSPECTIVE JUROR: Yes. Yes.

THE COURT: Well, do you think that the indictment that a person is involved with drugs would have any weight with you?

THE PROSPECTIVE JUROR: It could. Quite frankly, you know, after last Wednesday, I Googled the defendant, and it was quite interesting.

THE COURT: You did Google the defendant?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You are excused. Thank you.

(Prospective juror leaves courtroom.)

THE COURT: Jurors like that could save us a lot of time. We won't have any trials. We can do it on Google.

THE LAW CLERK: Juror Number 21.

MR. FARBER: What happened to 42? Oh. That's the one we just did.

(Prospective juror enters courtroom.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: How are you?

THE PROSPECTIVE JUROR: Before I get started, I forgot to tell the judge that I'm on medication and it might make me sleepy during trial.

THE COURT: What's the medication?

THE PROSPECTIVE JUROR: Hyzaar.

(Prospective juror leaves courtroom.)

THE COURT: Juror No. 68 has to be taken out of turn, because he has to pick up his kids from school.

All right. Bring in Juror Number 68.

THE LAW CLERK: 68?

THE COURT: Yes.

THE LAW CLERK: 68 in order, and it's Juror Number 75.

MR. FARBER: Juror Number 75 is 23.

THE LAW CLERK: It's Juror Number 78. They are 68 in the order. It's Juror Questionnaire 75.

MS. SHARKEY: Number 78 in the order.

(Prospective juror enters courtroom.)

THE COURT: Good morning, sir.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: You have to pick up your child today?

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: You have to do that every day?

THE PROSPECTIVE JUROR: Yes. Today, he's on a test from the school to the college. That's why I have to pick him.

THE COURT: What about other days? Sometimes you have to pick up?

THE PROSPECTIVE JUROR: When it's an emergency, anything, he can't go, and then I pick him.

THE COURT: How old is the child?

THE PROSPECTIVE JUROR: He's going to college. He's eighteen.

THE COURT: But you have to pick him up?

THE PROSPECTIVE JUROR: Yes, sir. Otherwise, he missed the class. He has a test today from his school to college. Today and tomorrow, they have it.

THE COURT: Who do you work for?

THE PROSPECTIVE JUROR: I work for construction painting.

THE COURT: You do city jobs?

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: It's not your company?

THE PROSPECTIVE JUROR: Yes.

THE COURT: It's your company itself?

THE PROSPECTIVE JUROR: Yes, sir. I do the housing.

THE COURT: You bid for the jobs?

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: How many people do you have working for you?

THE PROSPECTIVE JUROR: Two people. Now, the city no money, they don't have the bid.

THE COURT: Would you be able to lose six weeks of work?

THE PROSPECTIVE JUROR: Yes. Now, no bid. It was 500,000, 600,000, like that. Now, they give the bid only for cold cases, emergency.

THE COURT: So, you don't have work?

THE PROSPECTIVE JUROR: No.

THE COURT: You wouldn't mind being a juror?

THE PROSPECTIVE JUROR: I try.

THE COURT: Could you be impartial in a case where the charge was murder and conspiracy?

THE PROSPECTIVE JUROR: No.

THE COURT: Could you be fair in such a case?

THE PROSPECTIVE JUROR: That case is, I have to know what's going on.

THE COURT: Could you decide it on the facts in court and my instructions only?

THE PROSPECTIVE JUROR: Of course. Yes, sir.

THE COURT: You know that a charge is not evidence of guilt at all, the defendant is presumed to be innocent?

Do you understand that now?

THE PROSPECTIVE JUROR: No, sir.

THE COURT: He has to be assumed to be innocent, like you.

THE PROSPECTIVE JUROR: No, he's not guilty. How come? He's innocent people. He's a nice man. "Innocent" means he's a good man, not guilty.

THE COURT: But you have to assume he's a good man until he's proven guilty --

THE PROSPECTIVE JUROR: Yes, to prove.

THE COURT: -- beyond a reasonable doubt.

THE PROSPECTIVE JUROR: They should prove he's

innocent.

THE COURT: Who has to prove he's innocent, the defendant or the government?

THE PROSPECTIVE JUROR: The both.

THE COURT: Both?

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: The defendant has a burden, do you think, to prove something?

THE PROSPECTIVE JUROR: No. If he's guilty, he should get punished, if guilty.

THE COURT: I see.

Could you wait outside a moment --

THE PROSPECTIVE JUROR: Sure.

THE COURT: -- while we discuss this further?

THE PROSPECTIVE JUROR: Sure.

(Prospective juror leaves courtroom.)

THE COURT: I don't think he has a clear conception.

MR. FARBER: I agree.

MR. BURLINGAME: I agree.

THE COURT: Excused.

THE LAW CLERK: Next juror is Juror Number 46.

(Prospective juror enters courtroom.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: How are you feeling today?

THE PROSPECTIVE JUROR: I'm all right.

THE COURT: Good.

THE PROSPECTIVE JUROR: Good.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: Jamaica Estates in Jamaica, Queens.

THE COURT: And how do you get here?

THE PROSPECTIVE JUROR: Public transportation.

THE COURT: What does that mean, bus or train?

THE PROSPECTIVE JUROR: I took the train this morning.

THE COURT: How long does it take?

THE PROSPECTIVE JUROR: Excuse me?

THE COURT: How long does that take?

THE PROSPECTIVE JUROR: I left around 7:00 o'clock. I got here about 8:30.

THE COURT: Did you have a cup of coffee down in the cafeteria?

THE PROSPECTIVE JUROR: No. I'm not a coffee drinker. I would rather drink juice, health-wise.

THE COURT: You are right.

What are your two jobs?

THE PROSPECTIVE JUROR: I'm a schoolteacher. I teach science right now to elementary schools. And my evening job, I was working at Macy's as a fur consultant, and I quit

that recently, because it was like too much.

THE COURT: Well, what's going to happen to your students while you're on jury duty?

THE PROSPECTIVE JUROR: Right now, they hire a substitute.

THE COURT: So, that's not a big concern?

THE PROSPECTIVE JUROR: That's not a problem, no.

THE COURT: Now, if I told you not to discuss the case with anybody, could you follow my instructions?

THE PROSPECTIVE JUROR: Yes. I don't know anything about the case, because I have not been reading the newspapers.

THE COURT: You checked "No" on that. Was that a mistake on your part?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Can you be a fair and impartial juror, do you think?

THE PROSPECTIVE JUROR: Yes, I can.

THE COURT: Any questions?

MS. SHARKEY: No, your Honor.

MR. BURLINGAME: Yes, your Honor.

THE COURT: Does anything make you nervous here particularly?

THE PROSPECTIVE JUROR: No. Right now? You sense a body language that I'm nervous? Well, I feel like I'm sitting

before everybody. I'm okay. It's okay. It's a natural thing. Everybody goes through that. But I'm not terribly nervous.

THE COURT: Good. Okay. You are approved as a juror. You can wait outside.

THE PROSPECTIVE JUROR: Thank you.

THE COURT: Ms. Lowe will tell you what to do.

(Prospective juror leaves courtroom.)

THE COURT: Who is our next juror?

THE LAW CLERK: Juror Number 94, your Honor.

(Prospective juror enters courtroom.)

THE COURT: Good morning. How are you feeling?

THE PROSPECTIVE JUROR: Not great.

THE COURT: What's the problem?

THE PROSPECTIVE JUROR: Well, I'm very nervous.

THE COURT: Why are you nervous?

THE PROSPECTIVE JUROR: Well, this is not something that's been very easy for me.

THE COURT: Why?

THE PROSPECTIVE JUROR: It's a very sinister environment for me to be in. It's very frightening for me.

THE COURT: The court is frightening?

THE PROSPECTIVE JUROR: Yes. And this whole story. I don't think my heartbeat is right since Thursday.

THE COURT: Okay. You are excused.

THE PROSPECTIVE JUROR: Thank you.

(Prospective juror leaves courtroom.)

THE COURT: Based on the juror's demeanor, she would not be able to survive the trial.

THE LAW CLERK: Juror Number 89.

(Prospective juror enters courtroom.)

THE COURT: Good morning. How are you?

THE PROSPECTIVE JUROR: Fine.

THE COURT: How are you feeling today?

THE PROSPECTIVE JUROR: Okay.

THE COURT: Good.

Where do you live?

THE PROSPECTIVE JUROR: Whitestone, Queens.

THE COURT: How do you get here?

THE PROSPECTIVE JUROR: Public transportation, the 7 train, 2, 3.

THE COURT: Now, in answer to Question 84B: "Do you have feelings about a witness seeking a reduced sentence by cooperating that would make it difficult for you to fairly and impartially consider that testimony or to render a guilty verdict based on the testimony of such a witness?," you wrote "Yes," and your explanation was: "A witness with such a motive would in my mind be less credible."

THE PROSPECTIVE JUROR: I did say that, yes.

THE COURT: But would you follow my instructions on

how to treat such witnesses?

THE PROSPECTIVE JUROR: I am sure. I am following your instructions. It's just the weight given to that testimony. That's how I feel about it.

THE COURT: But you could believe such a witness?

THE PROSPECTIVE JUROR: I would not outright not believe it, but weighing that testimony versus other testimony, not quite the same in my mind.

THE COURT: Any other questions?

Thank you.

THE COURT: Can you be a fair and impartial juror, do you think?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You are approved. Thank you.

(Prospective juror leaves courtroom.)

(Continued on next page.)

THE CLERK: 118, Your Honor.

(Juror present.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: Face me, please.

Are you nervous?

THE PROSPECTIVE JUROR: No. Just very tired.

THE COURT: Why?

THE PROSPECTIVE JUROR: I worked last night.

THE COURT: What kind of work do you do?

THE PROSPECTIVE JUROR: I work at a television production company. I work as an assistant editor.

THE COURT: Do you plan to do that while you are sitting as a juror?

THE PROSPECTIVE JUROR: I have to.

THE COURT: You have to?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You need the work?

THE PROSPECTIVE JUROR: I'm sorry?

THE COURT: Do you need the work, is that why?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You are excused.

THE PROSPECTIVE JUROR: Thank you.

(Juror leaves jury room.)

THE CLERK: Juror 14 is next. Juror 14.

(Juror present.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: How are you today?

THE PROSPECTIVE JUROR: Fine. And you?

THE COURT: Good.

Did you have any problems getting in today.

THE PROSPECTIVE JUROR: No.

THE COURT: What kind of work do you do?

THE PROSPECTIVE JUROR: I am a store manager.

THE COURT: What kind of store?

THE PROSPECTIVE JUROR: RadioShack.

THE COURT: Is RadioShack having trouble with business?

THE PROSPECTIVE JUROR: No, no, we are not.

THE COURT: You are in good shape?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Unusual, right?

THE PROSPECTIVE JUROR: Yes, it is.

THE COURT: You've got your figures crossed?

THE PROSPECTIVE JUROR: No. We are pretty good right now.

THE COURT: What neighborhood is it in?

THE PROSPECTIVE JUROR: Cobble Hill.

THE COURT: That's an upscale area, isn't it? Now

it is anyway.

Well, we are glad to have you and you are approved as a juror.

THE PROSPECTIVE JUROR: Okay. Thank you.

Go back out?

THE COURT: Yes. Ms. Lowe will tell you where.

(Juror leaves courtroom.)

THE CLERK: Next is juror 82.

(Juror present.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Hi. How are you?

THE COURT: Fine. How are you feeling today?

THE PROSPECTIVE JUROR: How am I feeling? Fine.

THE COURT: You look chipper.

THE PROSPECTIVE JUROR: I am always chipper.

THE COURT: Full of energy.

THE PROSPECTIVE JUROR: Excuse me?

THE COURT: Full of energy?

THE PROSPECTIVE JUROR: I hope so, yes.

THE COURT: Good.

THE PROSPECTIVE JUROR: My job.

THE COURT: You were a juror in a theft case?

THE PROSPECTIVE JUROR: No. No. I wasn't really a juror. I ended up getting off the trial.

THE COURT: So you never served?

THE PROSPECTIVE JUROR: No. They just asked me questions. Then they said, sorry, you are out.

THE COURT: I see. Okay.

You understand that any evidence that you receive in this case will have been found by the Court, or another Court, to be legally obtained and introduced?

THE PROSPECTIVE JUROR: Yes.

THE COURT: So you don't have to worry about that problem. Right?

THE PROSPECTIVE JUROR: Right.

THE COURT: Can you follow that instruction?

THE PROSPECTIVE JUROR: I can follow it.

I just wanted to find out though. This is -- I don't get paid for work. Can I tell you why I really shouldn't be serving? I'm an independent contractor and if, say, a job comes in, because I am a clown, I have to take the job. That's how I make money.

THE COURT: What kind of contract --

THE PROSPECTIVE JUROR: I actually work for an entertainment company. I don't get paid if I don't work.

THE COURT: What kind of company?

THE PROSPECTIVE JUROR: Entertainment.

THE COURT: Entertainment?

THE PROSPECTIVE JUROR: Yes.

So I have to go pretty much job by job. I actually

got asked to do a job next Monday and Tuesday to be a clown. I went to clown college. If I don't take the job, I could lose like $500 a day.

THE COURT: All right. You are excused.

Thank you.

THE PROSPECTIVE JUROR: Excuse me?

THE COURT: I am excusing you.

THE PROSPECTIVE JUROR: Okay. Thanks.

THE COURT: You can take your job.

THE PROSPECTIVE JUROR: If you need a clown, I can help you out.

Good luck. Thanks.

(Juror leaves jury room.)

MR. BURLINGAME: She has the right profession.

THE CLERK: Juror 47.

THE COURT: I caution you to keep a straight face in these proceedings.

(Juror present.)

THE COURT: Nice to see you.

Did you have any trouble getting here today?

THE PROSPECTIVE JUROR: Not at all.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: I -- I recently just moved to Brooklyn, from Franklin Square, Long Island, over the past weekend.

THE COURT: Where, what part?

THE PROSPECTIVE JUROR: Sheepshead Bay.

THE COURT: That's a nice area.

THE PROSPECTIVE JUROR: Yes.

THE COURT: An apartment house?

THE PROSPECTIVE JUROR: We are renting from family. Because I work in Brooklyn, to be closer to work.

THE COURT: I see.

What kind of a house is it?

THE PROSPECTIVE JUROR: It's a one -- a single family home.

THE COURT: You are renting --

THE PROSPECTIVE JUROR: We rent from the basement.

THE COURT: The basement?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Do you have children?

THE PROSPECTIVE JUROR: No.

THE COURT: Your husband's brother-in-law is a Port Authority policeman?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Will that affect your verdict in any way?

THE PROSPECTIVE JUROR: No. He doesn't really discuss work much.

THE COURT: I see.

Can you be a fair and impartial juror?

THE PROSPECTIVE JUROR: I believe so, yes.

THE COURT: Any further questions?

MS. SHARKEY: No.

MR. BURLINGAME: No, Judge.

THE COURT: You are approved. We are happy to have you.

THE PROSPECTIVE JUROR: Thank you.

(Juror leaves jury room.)

THE COURT: Levity will upset some of these jurors. They will think you are laughing at them.

THE CLERK: Juror two is next.

THE LAW CLERK: Two isn't here. So we have 33.

THE CLERK: Two is not here.

This is 33.

MS. SHARKEY: Thank you.

THE CLERK: Juror 33 is coming in.

THE COURT: Thank you.

(Juror present.)

THE COURT: Good morning.

Sit down here, won't you, please, sir?

Did you have any trouble getting in this morning?

THE PROSPECTIVE JUROR: No, I did not.

THE COURT: The book you are reading is called Guilty, by Ann Coulter, C O U L T E R?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Any good?

THE PROSPECTIVE JUROR: Not bad.

THE COURT: Do you understand this defendant is presumed to be innocent?

THE PROSPECTIVE JUROR: Right.

THE COURT: And the government has the burden of proving him guilty beyond a reasonable doubt?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Do you work for a government agency?

THE PROSPECTIVE JUROR: Not now, no.

THE COURT: When did you?

THE PROSPECTIVE JUROR: I didn't. I worked for a labor union, fifteen years ago.

THE COURT: I see.

What are you doing now?

THE PROSPECTIVE JUROR: I work for a -- a wholesaler, supply house.

THE COURT: You have brothers-in-law who were --

THE PROSPECTIVE JUROR: Two brothers-in-law that are New York City cops and a sister-in-law that's a retired New York City cop.

THE COURT: Will that affect your decision here?

THE PROSPECTIVE JUROR: Possibly.

THE COURT: Why?

THE PROSPECTIVE JUROR: I -- I would say I'm biased.

THE COURT: Biased in what way?

THE PROSPECTIVE JUROR: In what way? I've -- I've read a lot of stories. I know, you know, what this guy is charged with, and I -- I don't think I could be fair.

THE COURT: You are excused.

Thank you.

(Juror leaves jury room.)

THE CLERK: Juror 32.

(Juror present.)

THE COURT: Good morning.

How are you? How are you feeling?

THE PROSPECTIVE JUROR: Good. All right.

THE COURT: What business are you in?

THE PROSPECTIVE JUROR: I'm in medical distribution. I work for a medical company.

THE COURT: What kind of medical products?

THE PROSPECTIVE JUROR: DME equipment for patients that are discharged from the hospital.

THE COURT: Is that under Medicare and Medicaid usually?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Chairs and things like that?

THE PROSPECTIVE JUROR: Wheelchairs, hospital beds, things like that.

I don't know if this is relevant because I didn't have a question for it. I don't know if this would be -- make me a bad person for a jury. But I have been arrested, for marijuana distribution, a long time ago. So --

THE COURT: What happened to the case?

THE PROSPECTIVE JUROR: I was like seventeen and it got thrown out.

And I got arrested for it again when I was eighteen. So I don't know if --

THE COURT: What happened to that case?

THE PROSPECTIVE JUROR: It got thrown out again. But --

THE COURT: Will that affect your decision here?

THE PROSPECTIVE JUROR: It -- I can't -- I can't say for sure. I can't say for sure. But, you know, I have been there, you know, so I don't know if I can give the best judgment.

THE COURT: Do you have any resentment to the prosecutor or the police as a result of that?

THE PROSPECTIVE JUROR: They were doing their job, you know. I was definitely doing something I wasn't supposed to be doing clearly. But I don't -- you know, I --

THE COURT: Well, evaluating yourself, do you think you could be a fair and impartial juror in this case?

THE PROSPECTIVE JUROR: I don't know because I've

never done this before so I don't know how it would be. I -- I would do the best that I could considering, but I don't know if, you know, if hearing all the questions and hearing all of the situations, if I can say fairly if I think that, you know, everything that the defendant did was totally wrong because I did it, now. So it's like --

THE COURT: Would you follow my instructions on what is wrong and what is right?

THE PROSPECTIVE JUROR: Yes. I would, yes.

THE COURT: And how you should evaluate the evidence?

THE PROSPECTIVE JUROR: Yes.

THE COURT: And decide solely on the evidence in the case?

THE PROSPECTIVE JUROR: Yes. To the best of my ability.

THE COURT: And the law as I give it to you?

THE PROSPECTIVE JUROR: A hum.

THE COURT: When you say "a hum," what does that mean?

THE PROSPECTIVE JUROR: Yes. That means I would do the best I can. But like I said, I don't know if you'd, you know --

THE COURT: Yes. None of us know how we are going to react in a strange situation for sure.

There may be some evidence about marijuana distribution in this case. Would that prevent you from being fair and impartial?

THE PROSPECTIVE JUROR: Like I -- I don't know. I can't say, you know, because I -- I grew up around that, you know. I grew up around those types of people and I put -- like I grew up in Bayside. Right now I live in Ozone Park which is right next to Howard Beach. I go to the gym in Howard Beach, so that's -- that neighborhood. So I don't know how comfortable I'd feel, but like -- I would do the best I could, but I -- I probably wouldn't feel so comfortable, you know.

THE COURT: You would feel uncomfortable, do you think?

THE PROSPECTIVE JUROR: Yes, a little bit because I'm there. I live -- I don't know if you are familiar with the neighborhood.

THE COURT: I understand.

THE PROSPECTIVE JUROR: That's where I --

THE COURT: Could you wait outside just a second?

THE PROSPECTIVE JUROR: Sure. All right.

(Juror leaves jury room.)

MS. SHARKEY: I think the juror should be seated. He said he'd follow your instructions. Other jurors have expressed discomfort or acting to the best of their ability

and the Court rightly has indicated that we don't have a crystal ball here. I think the Court should seat this juror.

MR. BURLINGAME: We'd move for a strike -- to strike for cause. He's repeatedly expressed reservations about his ability to be fair and impartial in the marijuana distribution charges based on his own involvement, and he stated that he would be uncomfortable being a juror based on a lot of activity in the case takes place in his neighborhood.

MS. SHARKEY: He also said that he was charged with those crimes at seventeen and eighteen and he was wrong and he was definitely doing something wrong and he harbors no resentment towards law enforcement, that they were doing their job.

MR. BURLINGAME: Judge, I --

THE COURT: Based on my observation of his demeanor, I believe that he would be influenced by his brush with the law on marijuana.

He is excused.

MR. FARBER: Over the defense objection, Your Honor.

THE COURT: Yes.

THE CLERK: Next is juror seven.

(Juror present.)

THE COURT: Sit down, won't you, please?

How are you?

THE PROSPECTIVE JUROR: Fine. Okay.

THE COURT: How are you feeling?

THE PROSPECTIVE JUROR: Okay.

THE COURT: Did you have any problems getting in today?

THE PROSPECTIVE JUROR: Yes. I come from Long Island. So it's about two hours.

THE COURT: Where?

THE PROSPECTIVE JUROR: From Manhasset.

THE COURT: Manhasset?

THE PROSPECTIVE JUROR: Yes. I took the 7:10 train.

THE COURT: From Manhasset? So you took the Long Island Rail Road?

THE PROSPECTIVE JUROR: Yes.

THE COURT: That's a good train, isn't it?

THE PROSPECTIVE JUROR: Yes. It is fast.

THE COURT: How long have you been in this country?

THE PROSPECTIVE JUROR: I think around '78, '80.

THE COURT: Since then?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Do you work?

THE PROSPECTIVE JUROR: No. I mean I used to work. After I had my son I am not working now.

THE COURT: What kind of work did you do?

THE PROSPECTIVE JUROR: I worked in a pharmacy, in

internship.

THE COURT: How old is your son?

THE PROSPECTIVE JUROR: Fourteen.

THE COURT: Can you be away from the house?

THE PROSPECTIVE JUROR: No. That's why I am not working, you know.

THE COURT: No. I mean, would jury service interfere with your ability to take care of the child?

THE PROSPECTIVE JUROR: Yes. Because, you know, up until three it will be okay. After that.

THE COURT: You can only work here until 3:00 o'clock?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You are excused.

Thank you.

THE PROSPECTIVE JUROR: Okay.

THE COURT: Thank you.

THE PROSPECTIVE JUROR: Thank you.

(Juror leaves jury room.)

THE CLERK: Next juror 31.

98 was excused yesterday.

(Juror present.)

THE COURT: Sit down, won't you?

Good morning.

THE PROSPECTIVE JUROR: Good morning. Juror number

31.

THE COURT: Did you have any problem getting in this morning?

THE PROSPECTIVE JUROR: No.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: Queens.

THE COURT: What part?

THE PROSPECTIVE JUROR: Flushing.

THE COURT: Not far, is it?

Do you remember any of the cases you followed in the newspapers or on TV?

THE PROSPECTIVE JUROR: Do I remember the whole thing?

THE COURT: Which?

THE PROSPECTIVE JUROR: The whole thing? Just part of it.

THE COURT: You thought they were treated fairly?

THE PROSPECTIVE JUROR: Yes.

THE COURT: The people?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Do you know anything about the present case?

THE PROSPECTIVE JUROR: Just a little bit.

THE COURT: What do you know?

THE PROSPECTIVE JUROR: He's part of the Gambino

Family.

THE COURT: That's just the charge. It hasn't been proven. Do you know that?

THE PROSPECTIVE JUROR: Yes. I mean, it's assumed. It is presumed. But --

THE COURT: Presumed what?

THE PROSPECTIVE JUROR: That -- they'd been accused for certain charges.

THE COURT: I'm sorry. I can't hear you.

THE PROSPECTIVE JUROR: Well, like I mean, I read in the newspapers that he -- the defendant is accused of certain crimes.

THE COURT: Like what?

THE PROSPECTIVE JUROR: Murder, drugs.

THE COURT: What newspaper?

THE PROSPECTIVE JUROR: I think it was Daily News or New York Post. I am not sure.

THE COURT: Any details of the crimes alleged?

THE PROSPECTIVE JUROR: Some of it, yes.

THE COURT: What?

THE PROSPECTIVE JUROR: Well, on the newspaper I read there was that some -- somebody got killed, actually like they used acid to --

THE COURT: Did that upset you when you saw acid?

THE PROSPECTIVE JUROR: It is disturbing. But --

THE COURT: You are excused.

Thank you.

(Juror excused.)

THE CLERK: Juror 75 has been excused.

This is juror 76.

(Juror present.)

THE COURT: Hello. How are you? How are you feeling?

THE PROSPECTIVE JUROR: All right.

THE COURT: I see you didn't answer questions 59 to 89. Why did you stop answering questions?

THE PROSPECTIVE JUROR: I couldn't understand.

THE COURT: You couldn't understand them?

THE PROSPECTIVE JUROR: No.

THE COURT: You are excused.

Thank you.

You are excused. You can go home.

THE PROSPECTIVE JUROR: Okay. Thank you.

(Juror excused.)

THE CLERK: Juror 77.

(Juror present.)

THE COURT: Good morning. Sit down right here, madam, please.

Do you have any medical problem that will affect your ability?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You do?

THE PROSPECTIVE JUROR: I do.

THE COURT: You are excused.

Thank you.

THE PROSPECTIVE JUROR: Thank you.

(Juror excused.)

THE COURT: How many more do we have out there?

THE CLERK: The last one we have is 39.

THE COURT: No. How many more people do we have? Do we have enough?

THE CLERK: Yes.

THE COURT: Okay.

THE CLERK: This is juror 44.

(Juror present.)

THE COURT: Good morning.

Sit down here, won't you, sir, please?

THE PROSPECTIVE JUROR: Yes.

THE COURT: How are you today?

THE PROSPECTIVE JUROR: Fine. I'm here.

THE COURT: That's a good step.

Where do you live?

THE PROSPECTIVE JUROR: Brooklyn, Bensonhurst.

THE COURT: You get here how?

THE PROSPECTIVE JUROR: Subway.

THE COURT: Sea Beach line?

THE PROSPECTIVE JUROR: Yes.

THE COURT: In answer to 84-B, you indicated "yes." The question was: Do you have feelings about a witness seeking a reduced sentence by cooperating that would make it difficult for you fairly and impartially to consider that testimony or to render a guilty verdict based on the testimony of such witness?

You explain: They are serving their own interest more than justice.

THE PROSPECTIVE JUROR: That's my feeling.

THE COURT: Yes. Well --

THE PROSPECTIVE JUROR: Let me put it this way. It's my feeling, but it is also my suspicion that somebody who does something like that is not doing it because they want to be, what's the right word, magnanimous. They are doing it because they are going to get something out of it.

THE COURT: If I instructed you on how such a witness should be treated, would you try to follow my instructions?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Could you believe some of the things that such a witness said despite --

THE PROSPECTIVE JUROR: It probably depends on the context.

THE COURT: In context, is it possible for you to believe such a witness?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Would you be a fair and impartial juror?

THE PROSPECTIVE JUROR: I would try.

THE COURT: Do you think you could?

THE PROSPECTIVE JUROR: I believe so.

THE COURT: You are approved.

Thank you.

Wait, there is another question.

Have you read anything about this case?

THE PROSPECTIVE JUROR: Yes. Amazingly so, over the weekend there were several articles in the paper about this case.

THE COURT: There were?

THE PROSPECTIVE JUROR: Which brought back some memories of some other things that had gone on in the past.

THE COURT: What did you read?

THE PROSPECTIVE JUROR: They were talking about the trial is going to start Wednesday and the -- the people who are involved in the trial have been involved with other things, such as the court officer that was killed in Queens. I think it was about ten years ago.

There was a whole -- there were several articles about the whole trial and the charges that they expect to be

brought up and so on and so forth.

THE COURT: Will that affect your verdict?

THE PROSPECTIVE JUROR: I don't know whether it will affect my verdict, but I think it will, you know, affect my outlook to some degree until I hear what is going to be presided.

THE COURT: What papers did you read?

THE PROSPECTIVE JUROR: It was Daily News. It was, I believe, both Saturday and Sunday. And my wife said there was something in the paper yesterday but I didn't really see it. I just kind of flipped through the paper.

THE COURT: What paper was that?

THE PROSPECTIVE JUROR: That was also the Daily News.

THE COURT: Do you remember any details about the case?

THE PROSPECTIVE JUROR: As I understand it, as I remember what they said in the newspaper, was that the defendant was involved with a court officer that apparently had arrested him for carrying a gun in Queens. And after I read the article I kind of remember that situation and to the best of my memory1 it was like ten or twelve years ago.

They talked about some instructions you would offer, that they can't use certain words during the trial.

THE COURT: What words?

THE PROSPECTIVE JUROR: I believe the word was acid. It's too inflammatory.

THE COURT: All right. You are excused.

Thank you.

(Witness excused.)

THE COURT: We have eight jurors left and nine on the list.

THE CLERK: 81 isn't here. So we have juror five.

MS. SHARKEY: Juror five?

THE CLERK: This is juror five.

MR. FARBER: 81 is in the wind?

THE CLERK: Is not here.

(Juror present.)

THE COURT: Good morning. How are you?

How are you today?

THE PROSPECTIVE JUROR: Your Honor, I want to be excused from this case.

THE COURT: Why?

THE PROSPECTIVE JUROR: I already made my decision on whether this case or not.

THE COURT: You have decided?

THE PROSPECTIVE JUROR: Yes.

THE COURT: How have you decided the case?

THE PROSPECTIVE JUROR: Well, I don't think I want to say it right here.

THE COURT: Well, the --

THE PROSPECTIVE JUROR: I have read about the murder on the Internet.

THE COURT: You looked it up on the Internet?

THE PROSPECTIVE JUROR: Yes.

THE COURT: All right. You are excused. Excused.

THE PROSPECTIVE JUROR: Thank you.

THE COURT: Thank you.

(Juror excused.)

MR. FARBER: Judge, at the conclusion of this process, I would ask that the Court would consider giving a publicity voir dire of the entire panel again.

It's come to pretty evident now that there have been several articles in the newspaper in the last couple of days. Chances are the jurors have all read it, in one form or another.

We have been excusing this last group of jurors based on their reading of the papers. It may very well be that the other jurors have been similarly tainted to such an extent that we might have to start with additional jurors.

THE COURT: Denied.

I think we have had a thorough voir dire.

MR. FARBER: My only concern is there have been more articles since we started this process. The jurors have not yet stopped reading the papers. They have not been ordered

not to.

THE COURT: Yes, they were. I believe I did tell them not to read, didn't I, the first day?

MS. SHARKEY: Judge, could I chime in with Mr. Farber?

THE COURT: Excuse me. May we continue?

49-B.

THE CLERK: This is juror 13.

THE COURT: Yes, juror 13, question 49-B.

(Juror present.)

THE PROSPECTIVE JUROR: Good morning.

THE COURT: Good morning. How are you?

Question 49-B, what opinions or feelings do you have regarding trials and outcomes of those trials that you followed in the newspapers, magazines or the on TV?

You say, I felt humiliated for others whose actions -- actions against the innocent.

What did you mean by that?

THE PROSPECTIVE JUROR: Well, what I meant was we are capable of loving and doing better things and building; but instead then I read that people are hurting other people and destroying and it makes me upset. I feel like we can do better.

THE COURT: You understand in this case the defendant is presumed to be innocent?

THE PROSPECTIVE JUROR: Yes.

THE COURT: And the government has the burden of proving him guilty beyond a reasonable doubt?

THE PROSPECTIVE JUROR: Yes.

THE COURT: And the fact that there is an indictment is not evidence at all of any guilt.

Do you understand that?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Can you decide the case based on the evidence and my instructions?

THE PROSPECTIVE JUROR: Sure.

THE COURT: Putting aside what you saw in these other matters?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Any further questions?

MS. SHARKEY: Yes.

THE COURT: You are accepted.

MR. FARBER: We have questions, Your Honor.

THE COURT: May I have it?

MR. FARBER: We are just writing it out, Judge.

MS. SHARKEY: Thank you.

THE COURT: One of the charges is that the defendant is a member of organized crime.

Can you try such a case fairly?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Any further questions?

MS. SHARKEY: Thank you.

THE COURT: All right. You are approved.

Thank you.

(Juror leaves jury room.)

THE COURT: We have reached forty. Since we have so few left, I think we might as well go through the rest of the panel.

THE CLERK: Next is juror 23.

(Juror present.)

THE COURT: Good morning. How are you?

THE PROSPECTIVE JUROR: Good morning.

THE COURT: Did you have any trouble getting in today?

THE PROSPECTIVE JUROR: No.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: In Brooklyn.

THE COURT: Where?

THE PROSPECTIVE JUROR: Midwood section.

THE COURT: Yes.

Are you retired?

THE PROSPECTIVE JUROR: Yes, I am.

THE COURT: Can you be a fair and impartial juror?

THE PROSPECTIVE JUROR: Yes, I can.

THE COURT: Okay. We are pleased to have you. You

are approved.

THE PROSPECTIVE JUROR: Thank you.

(Juror leaves jury room.)

THE CLERK: Next is juror 80.

THE COURT: How many more do we have now?

Juror 80.

(Juror present.)

THE COURT: Good morning.

Sit down here, won't you, please?

How are you?

THE PROSPECTIVE JUROR: How are you?

THE COURT: Good. I'm feeling good.

How are you feeling?

THE PROSPECTIVE JUROR: Oh, better.

THE COURT: What was the matter before?

THE PROSPECTIVE JUROR: No. Just the weather.

THE COURT: The weather bothers you?

THE PROSPECTIVE JUROR: Yes.

THE COURT: I am going to ask a few questions.

You were the victim of a crime?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You reported it?

THE PROSPECTIVE JUROR: A hum.

THE COURT: Did they find the person who did this?

THE PROSPECTIVE JUROR: Well, they -- they pleaded

guilty theirself so I didn't have to go in the court or not.

THE COURT: Were you generally pleased with the way the case was handled?

THE PROSPECTIVE JUROR: Yes.

THE COURT: There may be some police who will testify. Will you treat those police the same as any other witness?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Okay.

MS. SHARKEY: Judge --

THE COURT: Did you testify about a murder case?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Tell us about that.

THE PROSPECTIVE JUROR: Oh, oh, God, it has been so many years.

Well, the guy that I -- I knew the guy that did it but they are -- I helped the guy that was -- that got killed. So they called me in and they had a fight and the guy that -- and the guy hit him in the head, you know. I thought it was self-defense. But I don't know.

THE COURT: Did it go to trial?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You testified at the trial?

THE PROSPECTIVE JUROR: A hum. I don't know the outcome.

THE COURT: I see.

Will that affect your decision in this case?

THE PROSPECTIVE JUROR: No.

THE COURT: Some family member or friend was charged in a case?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Or you?

THE PROSPECTIVE JUROR: I was. I got arrested before.

THE COURT: For what?

THE PROSPECTIVE JUROR: For controlled substance.

THE COURT: What substance?

THE PROSPECTIVE JUROR: Well, I had crack. I was -- I was getting high at that time. So it was my own stuff that I got caught with.

THE COURT: I see.

Were you convicted?

THE PROSPECTIVE JUROR: No.

I went to a program.

THE COURT: You went to the program?

THE PROSPECTIVE JUROR: Yes.

And that's it. I never looked back.

THE COURT: Are you on drugs now?

THE PROSPECTIVE JUROR: No.

THE COURT: How long ago was this?

THE PROSPECTIVE JUROR: About fifteen years.

THE COURT: I see.

Can you be fair and impartial in a drug case?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Do you think you were fairly treated?

THE PROSPECTIVE JUROR: Yes.

They gave -- I didn't have to go to jail. I am glad of that. I told them the truth. I had a problem. So they gave me a chance. I went to a program and I never looked back. I got a job now. I got a beautiful job. I'm doing good.

THE COURT: Any other questions?

MS. SHARKEY: No.

MR. FARBER: No, Judge.

MR. BURLINGAME: No, Judge.

THE COURT: You are approved.

Thank you.

THE PROSPECTIVE JUROR: That's it?

THE COURT: Yes. You will be sitting on the jury.

Thank you.

(Juror leaves jury room.)

THE CLERK: Next is juror 79.

(Juror present.)

THE COURT: Good morning.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: How are you?

THE PROSPECTIVE JUROR: Okay.

THE COURT: What's the matter?

THE PROSPECTIVE JUROR: What?

THE COURT: Anything wrong?

THE PROSPECTIVE JUROR: Nothing.

THE COURT: Nothing?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Where do you live?

THE PROSPECTIVE JUROR: Brooklyn.

THE COURT: Where?

THE PROSPECTIVE JUROR: Bensonhurst.

THE COURT: Question 36 asks: Have you or a member of your family participated in any group that takes a position on legal issues? For example, firearms.

THE PROSPECTIVE JUROR: My brother is a correction officer.

THE COURT: I see.

What's your view of firearms?

THE PROSPECTIVE JUROR: If -- if -- a firearm don't kill people itself, the people who use it kill.

THE COURT: I see.

You hear about crimes in family discussions?

THE PROSPECTIVE JUROR: Sometime my brother talk about his work at dinnertime. Not much, but it still have

something to say.

THE COURT: Could you put that out of your mind when you are a juror.

THE PROSPECTIVE JUROR: I think so. I think I could.

THE COURT: Your brother was a victim of a crime? Your brother was a victim?

THE PROSPECTIVE JUROR: Yes.

Around fifteen years ago my brother is followed by -- is following by somebody. I think it's a -- a Spanish, that he go -- he go home from school and that guy follow him in my house and lock my brother in the bathroom and quickly he take all the expensive stuff and ran out.

THE COURT: Will that affect your view of the case?

THE PROSPECTIVE JUROR: I am not really the victim. But I don't know.

THE COURT: Could you put that out of your mind when you consider the case?

THE PROSPECTIVE JUROR: I think so.

THE COURT: Speak up.

THE PROSPECTIVE JUROR: I think so.

THE COURT: You have a friend who is in law enforcement as well as family?

THE PROSPECTIVE JUROR: Yes. My cousin, some of my friend, yes.

THE COURT: There will be some people who are in law enforcement who will testify.

Can you treat them the way any other witness is treated, according to my instructions?

THE PROSPECTIVE JUROR: Maybe.

THE COURT: Maybe or yes?

THE PROSPECTIVE JUROR: Maybe. I don't know.

THE COURT: Will you try to follow my instructions?

THE PROSPECTIVE JUROR: Yes, sure.

THE COURT: Do you think you will?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Can you be a fair juror?

THE PROSPECTIVE JUROR: I think I am.

THE COURT: Any further questions?

Yes.

Did you read about this case at all in the papers?

THE PROSPECTIVE JUROR: No.

THE COURT: Will the fact that he is being charged, only accused, but not proven, to be an organized crime figure and involved in murders affect your ability to be fair in this case?

THE PROSPECTIVE JUROR: I don't -- I don't think so.

THE COURT: Can you be fair with such a case?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Yes?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Any further questions?

MS. SHARKEY: No.

THE COURT: Okay. You are approved.

Thank you.

(Juror leaves jury room.)

THE CLERK: 102 is next.

(Juror present.)

THE COURT: Good morning.

How are you today?

THE PROSPECTIVE JUROR: Thank you.

THE COURT: You don't look happy. What's the matter?

THE PROSPECTIVE JUROR: No. Just, you know, late to bed.

THE COURT: Late to bed?

How long have you been a citizen of this country?

THE PROSPECTIVE JUROR: Since '95, '96, something like that.

THE COURT: What kind of work do you do?

THE PROSPECTIVE JUROR: Occupational safety and health. Occupational safety and health, it's involved ergonomics, personal protection equipment, engineering.

THE COURT: Are you a member of a union?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You did work with environmental hazards, like asbestos?

THE PROSPECTIVE JUROR: Yes.

It's all safety and health issues, including, you know, like asbestos, lead, all -- all safety.

THE COURT: Are you licensed for that?

THE PROSPECTIVE JUROR: For asbestos. I licensed for asbestos.

THE COURT: For asbestos.

How many people do you have working for you?

THE PROSPECTIVE JUROR: Directly? Maybe three. I supervise staff of three.

THE COURT: Do you think you can be fair in this case?

THE PROSPECTIVE JUROR: See, I am working in a citywide office. So I am dealing with all city agencies, correction and NYPD, Probation, you know.

THE COURT: But in this criminal case, where the charge is that the defendant is a member of the mob, can you be fair?

THE PROSPECTIVE JUROR: I don't think so.

THE COURT: You don't think so?

THE PROSPECTIVE JUROR: No.

THE COURT: You are excused.

(Juror excused.)

THE COURT: I have how many more?

THE CLERK: I think we have three more. Then we will see if anyone else shows up.

Juror three.

(Juror present.)

THE COURT: Good morning.

How are you?

THE PROSPECTIVE JUROR: Good.

How are you?

THE COURT: Fine.

You watched the Simpson case?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Which one?

THE PROSPECTIVE JUROR: The first one.

THE COURT: The California case?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Would that affect your decision here?

THE PROSPECTIVE JUROR: On this case, no.

THE COURT: You say that you have formed an opinion?

THE PROSPECTIVE JUROR: Yes.

I have read the newspaper articles about such a thing and I think I have an opinion about what -- how I feel about the -- the defendant.

THE COURT: What articles did you read?

THE PROSPECTIVE JUROR: The New York Post, about how

he made a phone call to his mother prior to getting arrested and how he was -- how he was -- how they found -- they couldn't prove that he actually murdered somebody, but it was related to him.

THE COURT: Will that affect your verdict, do you think?

THE PROSPECTIVE JUROR: Definitely.

THE COURT: You are excused.

THE PROSPECTIVE JUROR: Thank you.

(Juror excused.)

(Continued on next page.)

THE CLERK: 108, which is the next number is not here, but number 71 from yesterday came back. We have 71 and 120.

THE COURT: Bring in number 71, please.

(Pause.)

THE COURT: Good morning, sir.

THE PROSPECTIVE JUROR: Good morning.

THE COURT: You were not here yesterday?

THE PROSPECTIVE JUROR: Correct.

THE COURT: Why is that?

THE PROSPECTIVE JUROR: I had an emergency, had to take my daughter to the emergency room yesterday.

THE COURT: How old is your daughter?

THE PROSPECTIVE JUROR: She's 16.

THE COURT: Is she all right now?

THE PROSPECTIVE JUROR: She's fine, yes.

THE COURT: Will you be able to serve here?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Your niece's mother was the victim of a homicide?

THE PROSPECTIVE JUROR: Yes.

THE COURT: When was that?

THE PROSPECTIVE JUROR: That was about 15 -- actually about 20 years ago.

THE COURT: Will that affect your decision here?

THE PROSPECTIVE JUROR: No.

THE COURT: Can you be a fair and impartial juror?

THE PROSPECTIVE JUROR: Yes.

THE COURT: You're approved.

MR. FARBER: Judge (handing.)

THE COURT: This defendant is accused of being a member of organized crime but he's presumed to be innocent; do you understand that?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Can you be fair in such a case?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Did you read about this case?

THE PROSPECTIVE JUROR: No.

THE COURT: You're approved. Thank you very much.

THE PROSPECTIVE JUROR: You're welcome.

(Juror leaves.)

THE COURT: Next, please.

THE CLERK: 120.

THE COURT: Sit down, sir, won't you?

THE PROSPECTIVE JUROR: Right here (indicating)?

THE COURT: Yes.

How are you feeling?

THE PROSPECTIVE JUROR: Fine, thanks.

THE COURT: No problems?

THE PROSPECTIVE JUROR: No problems.

THE COURT: Can you sit on this case?

THE PROSPECTIVE JUROR: Excuse me?

THE COURT: Can you physically sit?

THE PROSPECTIVE JUROR: Sure.

THE COURT: You say you're open-minded.

THE PROSPECTIVE JUROR: Yes, very much so.

THE COURT: Do you have any judgment about this particular case?

THE PROSPECTIVE JUROR: No, not at all. I don't know anything about it.

THE COURT: Did you read about it?

THE PROSPECTIVE JUROR: No.

THE COURT: What's your occupation, sir?

THE PROSPECTIVE JUROR: I'm a full-time night and weekend patrol security officer.

THE COURT: For who?

THE PROSPECTIVE JUROR: For CBS outdoor advertising.

THE COURT: Will you be working while you're on the jury?

THE PROSPECTIVE JUROR: No.

THE COURT: Who in your family, you or a friend have been a witness to a crime?

THE PROSPECTIVE JUROR: A witness to a crime?

THE COURT: If at all.

THE PROSPECTIVE JUROR: I think I was a witness of what happened after a crime the day my father committed suicide. I saw him lying dead.

THE COURT: The crime was suicide?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Anybody you know except your father that has been the victim of a crime?

THE PROSPECTIVE JUROR: In my family, no. Friends, no.

THE COURT: You understand all evidence admitted here will be legally obtained.

THE PROSPECTIVE JUROR: Yes, sir.

THE COURT: You have any feeling about any type of evidence, such as surveillance?

THE PROSPECTIVE JUROR: Not at all. I approve of that type of thing.

THE COURT: You understand the prosecution has the burden of proof, the government has to prove guilt beyond a reasonable doubt; do you understand that?

THE PROSPECTIVE JUROR: Yes, I understand.

THE COURT: The defendant doesn't have to testify or do anything; do you understand that?

THE PROSPECTIVE JUROR: Yes, I understand.

THE COURT: The fact that he's accused of being a member of organized crime, will that affect your ability to be

fair and impartial?

THE PROSPECTIVE JUROR: No, it wouldn't affect my ability to be fair and impartial.

THE COURT: Any further questions?

MR. FARBER: No.

THE COURT: You're approved as a juror. Thank you.

THE PROSPECTIVE JUROR: Thank you for taking me on. I look forward to it.

THE COURT: We'll see.

THE PROSPECTIVE JUROR: I'm happy to help you get the best possible verdict.

THE COURT: We'll see how far this goes. Thank you. There's another stage in the process.

THE PROSPECTIVE JUROR: Thank you.

(Juror leaves.)

THE CLERK: I believe we've exhausted. We're checking.

That's the final.

THE COURT: That's it?

THE CLERK: That's it.

MR. BURLINGAME: We object to 120 for cause, a number of grounds. His answers in the questionnaire were somewhat incoherent. He took approximately twice as long to fill out the questionnaires as opposed to the rest of the jurors. He appeared extremely eager to be on the jury, also

seemed confused about the nature of what's a crime, what's not a crime as far as his father's suicide went.

THE COURT: Suicide is a crime. It's only prosecuted when it's an attempt, if it isn't successful, as far as I know -- in some places.

MR. BURLINGAME: The main objection, he seemed extraordinarily eager to be on the jury.

THE COURT: Yes, he was somewhat manic. Does the defendant object?

MS. SHARKEY: We would object to him being challenged for cause.

THE COURT: We'll keep him.

Any other problems?

MR. BURLINGAME: We realized yesterday we forgot to object for cause to juror number eight who said his godfather was a capo in organized crime. We would like to object to him for cause. The very fact he knows the term "capo" suggests too much familiarity and his godfather was a capo, also appeared to be evading the question directly when you asked him which family. He said he didn't know. My thought is he knew who his godfather was a capo in.

MR. FARBER: He had not spoken to the man in more than three times in his entire life. It's presumptuous for Mr. Burlingame to say he could read into the man's mind, doesn't know the name of the family. We accept him on face

value, appears to follow the court's instructions. Someone designated a godfather when he was a child should be held against him as to his fitness as a juror?

MR. BURLINGAME: He said he had uncles connected with organized crime.

MS. SHARKEY: That was followed up by the court.

THE COURT: It's not unusual, as you know, for blood relatives, relatives such as in marriage to be split in New York City, half of them going into the Mafia, the other half going into police and other forms of lawful endeavor.

MR. BURLINGAME: May not be unusual, but doesn't necessarily make him a great juror. That doesn't make him a fair juror in an organized crime case.

THE COURT: There are thousands of people who are perfectly capable even though they have relatives who are members of the Mafia. Motion denied. It's now 20 after 11:00. I take it you want to assemble your forces, decide what you want to do about your peremptories. I suggested we adjourn now and convene at 1:00 o'clock, exercise peremptories then.

MS. SHARKEY: I have a request. The marshals have been great about putting Mr. Carneglia right in the cell block. That said, downstairs there seems to have been some stoppage with our being able to see him. Just so it's so important, because we confer with him over this break, I don't

know how to make it happen. Certainly the marshals have escorted him, have been wonderful. We can't always get through the front window.

MR. FARBER: Is it possible to remain up here in this room until we finish reviewing?

THE MARSHAL: We could make him available downstairs.

THE COURT: They'll make some place available for you. 1:00 o'clock, please.

We'll have to have the defendant in place in the courtroom. We'll exercise in the courtroom. The defendant doesn't want to be at the side bar. We'll clear the courtroom, lock it, get everybody in place and then we'll bring everybody into position.

I think you can handle that without me.

THE CLERK: Yes, your Honor.

THE COURT: Otherwise we'll have to have the defendant -- well, just make that announcement we're going to convene again at 1:00 o'clock, working on the papers and we want the courtroom cleared. They're to come back and take their position that they're now in and we'll see them at 1:00 o'clock. Have him in the courtroom at 10 to 1:00, please, with everybody else in position.

THE MARSHAL: Yes, your Honor.

MR. FARBER: Another matter. In terms of getting

access to the courthouse, number one, is there something the court can do to speed the defense attorneys through? Apparently I arrived at the same time people being sworn in as citizens, if I could just bypass the security?

THE COURT: You have to go through.

MR. FARBER: I don't mind going through it. The line was out the door literally.

THE COURT: Arrange for that.

THE CLERK: That's not a problem.

THE COURT: Ms. Lowe will arrange for you.

MR. FARBER: Thank you.

THE COURT: Thank you.

(Recess.)

(Continues on next page.)

A F T E R N O O N   S E S S I O N

(In open court; prospective jurors present.)

THE COURT: Good afternoon, everyone.

We approved a good many of you as jurors. You'll be wonderful jurors. But we now have another phase to go through. They are called peremptory challenges, and each side has a certain number of them and they'll exercise them at the sidebar, and those of you who are challenged will be released.

Don't feel slighted if you're not chosen for the jury. We think you're lovely people, but for one reason or another, somebody else might be a better juror in the estimation of the attorneys.

I'll see the attorneys now at the sidebar.

(Sidebar.)

THE COURT: All right. We'll proceed this way. The first wave, we'll have two by the defendants first, and then one by the government.

Second wave, two by the defendants, one by the government.

Third wave, two by defendants and one by the government.

Fourth wave, one and one.

Fifth wave, one and one.

Sixth wave, one and one.

Alternates will be one and one, and one and one, and

so on.

The defendant will exercise first. It means they will exercise the last challenge, and then the government on the alternates will exercise first.

Defendant, you're just challenging in the first twelve, not in the back row. They will be filled in after you challenge in the order that we have already assigned.

MS. SHARKEY: Yes, your Honor.

The defense challenges Seat Four, Juror Number 88.

THE COURT: 88. Yes.

MS. SHARKEY: Seat Six.

THE COURT: Juror 62.

MS. SHARKEY: Yes.

THE COURT: The government.

MR. BURLINGAME: Juror Number Eight.

THE COURT: 45?

MR. BURLINGAME: No.

Sorry, Judge. We had it mixed up.

Box Position 11, Juror Number 57.

(In open court.)

THE COURT: The juror in the fourth seat, that's Juror Number 88, you are excused.

Juror 62, in the last seat in the first row, you are excused.

Juror 57, in the next-to-the-last seat in the second

row, you are excused.

Juror 68 is now -- will take Seat Four. Just come down.

101, you'll take that last seat in the first row.

Juror 20, take the next-to-the-last seat in the second row.

(Sidebar.)

THE COURT: The government goes first.

MR. BURLINGAME: Juror 25, who is in Box Position Two.

MS. SHARKEY: Judge, can we confirm their seats?

Seat Four, what juror number is in Seat Four?

THE COURT: 68. You are challenging 68?

MS. SHARKEY: No. Our chart is backwards.

THE COURT: Take your time.

MS. SHARKEY: Sorry, Judge.

MR. FARBER: Okay.

MS. SHARKEY: It's their challenge.

THE COURT: They challenged Juror 25 in Seat Two.

MS. SHARKEY: Seat Nine.

THE COURT: Number 38?

MS. SHARKEY: That's right.

MS. SHARKEY: And Seat Five in the front row, Juror Number 70.

THE COURT: Juror Number 70.

(In open court.)

THE COURT: Juror 25, you are excused.

Juror 70, you are excused.

Juror 38, you are excused.

Juror 61, take Seat Two, please.

Juror 34, take Seat Five, please.

Juror 107, take Seat Nine, please.

MR. BURLINGAME: Judge, what juror number is in Seat Five?

THE COURT: Juror Number 34.

Defense has two challenges.

MS. SHARKEY: Seat Two, Juror Number 61.

THE COURT: Okay.

You have another challenge.

MR. FARBER: One moment, your Honor.

THE COURT: Take your time.

(Pause.)

MS. SHARKEY: Seat Seven.

THE COURT: Juror 114?

MR. FARBER: Yes, your Honor.

(In open court.)

THE COURT: Juror Number 61, you are excused.

(Sidebar.)

THE COURT: You have one more.

MS. SHARKEY: We just did two.

THE COURT: The government goes. I'm sorry.

MR. BURLINGAME: Juror 34.

(In open court.)

THE COURT: Juror 34, you are excused.

Juror 114, you are excused.

That's the third wave; right?

MS. SHARKEY: Yes, your Honor.

(In open court.)

THE COURT: Juror Eight, take Seat Two, please.

Juror 26, take Seat Five, please.

Juror 29, take Seat Seven, please.

(Sidebar.)

THE COURT: The government goes first.

MR. BURLINGAME: Juror Number Eight, Judge.

THE COURT: All right.

MS. SHARKEY: What seat did they challenge?

THE COURT: Seat Two, Juror Eight.

(Pause.)

MR. FARBER: This is the original number, and this is the Seat Number.

THE COURT: The Seat Number is Seat Six for Juror Number 101.

MR. FARBER: What's the smaller number?

THE COURT: That's the original seat they were in.

MR. FARBER: I should be looking at the big number.

I have the numbers mixed up in my head.

THE COURT: Yes. It is confusing.

(Pause.)

MS. SHARKEY: Judge, Seat Number Eight.

THE COURT: Eight?

MS. SHARKEY: Seat Eight.

THE COURT: Juror Number 45?

MS. SHARKEY: Yes.

THE COURT: One more.

MS. SHARKEY: I thought we're on one now.

THE COURT: Two, two, two, two, one, one.

Two, four, six, eight, nine, ten.

(Pause.)

MS. SHARKEY: We're getting there. Our organization fell apart. I apologize.

THE COURT: That's all right. It's important that you get it right.

MS. SHARKEY: It is. Thank you, your Honor.

(Pause.)

MS. SHARKEY: Judge, we don't have a challenge at this point.

THE COURT: You waive one?

MS. SHARKEY: Yes.

(In open court.)

THE COURT: Juror Eight, you are excused.

Juror 45, you are excused.

Juror 116, would you take Seat Two in the first row.

Juror Sixteen, would you take the second seat in the second row, please.

(Sidebar.)

THE COURT: The defendant goes first. You have one challenge.

MR. FARBER: Do we go first?

THE COURT: You go first.

MS. SHARKEY: We'll challenge Seat Eight.

THE COURT: Seat Eight, Juror 29?

MR. FARBER: The one next to it.

THE COURT: Juror Sixteen?

MR. FARBER: Yes.

THE COURT: Okay.

The government.

MR. BURLINGAME: Juror 29 in Seat Seven.

(In open court.)

THE COURT: Juror 29, you are excused.

Juror 16, you are excused.

Juror 18, would you take that first seat in the second row, please.

Juror 93, take the second seat in the second row, please.

(Sidebar.)

THE COURT: The government goes first. This is your last challenge.

MR. NORRIS: This is our last challenge?

THE COURT: For the jury, yes.

MR. NORRIS: One moment, please.

(Pause.)

MR. BURLINGAME: Judge, we'll strike Juror Number 20, who is in Seat Number 11.

THE COURT: Juror 20, Seat 11. Okay.

The last challenge for the defendant.

MS. SHARKEY: Seat Seven.

MR. FARBER: Juror Number 18, Judge.

THE COURT: Say that again. What number?

MR. FARBER: Number 18, Seat Seven.

THE COURT: All right.

(In open court.)

THE COURT: Juror 18, you are excused.

Juror 20, you are excused.

Juror 40, take Seat Seven, please.

Juror 36, take Seat 11, please.

That's our jury.

Juror One, do you have a problem?

A JUROR: I'm really not happy with the length of the trial.

THE COURT: Nobody is. You start out unanimous in

that respect. Everybody's unhappy.

Do you have any peculiar problem?

A JUROR: Peculiar problems?

THE COURT: That's different from everybody else's?

A JUROR: I have a business that I should be attending to or have to attend to. The length of the trial might interfere with it.

THE COURT: I'm afraid you'll have to persist as a juror.

A JUROR: So be it.

THE COURT: All right.

Give me six cards, please.

Juror 12, take the first seat in the third row.

Juror 105, take the second seat.

Juror One, take the third seat.

Juror Ten, take the fourth seat.

Juror 84, take the fifth seat.

Juror 48, take the sixth seat.

(Sidebar.)

THE COURT: The defendant will go first.

MR. BURLINGAME: Can we make a quick note for the record?

I believe -- our notes on the juror who is in the current first position, who asked to get off, detailed that he seemed afraid during voir dire.

THE COURT: I can't hear you. Come across.

MR. BURLINGAME: The juror who just asked to come off, the juror, our notes from voir dire indicated that we had a concern, that he appeared afraid during jury selection, and I'm concerned. I was wondering if the Court might like to voir dire him personally?

THE COURT: I do not.

Do you join in that application?

MS. SHARKEY: No. Absolutely not.

THE COURT: The defendant will challenge the alternates first.

MS. SHARKEY: Juror Number 105 in the second alternate spot.

THE COURT: Juror 105.

The government.

MR. NORRIS: Can we have one moment, your Honor?

THE COURT: Okay.

(Pause.)

MR. BURLINGAME: Juror 48, Judge.

THE COURT: The last juror?

MR. NORRIS: Yes.

(In open court.)

THE COURT: Juror 12, you are excused.

Juror 48, you are excused.

Juror 83, take the first seat in that last row.

MR. BURLINGAME: One struck 12.

MR. NORRIS: It should be 105.

THE COURT: I'm sorry.

Get him back.

Who was in Seven?

MR. NORRIS: That was 12.

Who was in Seat 12?

MS. SHARKEY: Seat 12 --

MR. NORRIS: 48.

(Sidebar.)

THE COURT: Do you want to excuse the juror in the second seat?

MS. SHARKEY: I struck the juror in the second seat.

THE COURT: 105?

MS. SHARKEY: Yes.

(In open court.)

THE COURT: 105.

THE LAW CLERK: This is Juror 12.

Juror Number 66, Seat 12, the last seat, please.

(Sidebar.)

THE COURT: Now, we have 12, 83, One, Ten, 84 and 66. Okay.

(Sidebar.)

THE COURT: The defendant goes first.

MS. SHARKEY: Judge, I have two more strikes left;

correct?

THE COURT: You have this one, and the next wave.

MS. SHARKEY: The defense challenges the juror sitting in Alternate Seat Five.

THE COURT: That's Number 84?

MS. SHARKEY: Yes, your Honor.

THE COURT: The lady in the red stripes?

MS. SHARKEY: Yes.

MR. BURLINGAME: Judge, we'll challenge Juror Number 83.

THE COURT: The second seat, yes?

MR. BURLINGAME: Yes.

(In open court.)

THE COURT: 83, you are excused.

84, you are excused.

46, Juror 46, take the second seat, please.

Juror 89, take the fifth seat, please.

(Sidebar.)

THE COURT: You have one more each.

The defendant goes first.

MS. SHARKEY: The government goes first or we go first?

THE COURT: The defendant.

MS. SHARKEY: Judge, we will challenge the juror sitting in the last seat.

THE COURT: Juror 66?

MS. SHARKEY: Yes.

THE COURT: The government.

MR. BURLINGAME: We challenge Juror 89, right next to him.

THE COURT: The next-to-the-last seat?

MR. BURLINGAME: Yes, your Honor.

(In open court.)

THE COURT: Juror 89 and Juror 66, you are excused.

Juror 14, take Seat -- the second seat from the end.

Juror 47, take the last seat in the last row, please.

(Sidebar.)

THE COURT: Is the jury satisfactory?

MS. SHARKEY: Absolutely.

THE COURT: Is the jury satisfactory?

MR. BURLINGAME: Except we note the objection we raised earlier at sidebar.

THE COURT: Say that again?

MR. BURLINGAME: We would just note the objection we raised earlier at sidebar, concerning the juror that was afraid.

THE COURT: Juror One?

MR. BURLINGAME: Yes.

THE COURT: I'm not going to let these jurors go

because the first day we may have a problem as people recollect things and find there's serious problems.

So, we have six people that have been cleared but haven't been needed. But we'll keep them. Ms. Lowe will keep them separately and apart until Thursday, because Wednesday, we have a problem.

May I have the weather report, please?

All right. Get back to your seats, please.

Thank you very much.

(In open court.)

THE COURT: I know this has been a somewhat arduous and difficult process to follow, but you have such an important function in the criminal courts that we do spend a great deal of time in selecting.

We haven't needed the last six people that I cleared and approved for jury service, but I want them here nonetheless.

Now, I have this weather report. I'm going to read it to you.

There's a winter-weather advisory in effect from midnight tonight to midnight Wednesday. Snow will overspread the area after midnight tonight and could become heavy at times during the Wednesday morning commute. Snow accumulations of three to five inches are possible during this time. Warmer air aloft will move quickly north across the

region Wednesday morning, changing snow to freezing rain and then plain rain by noon. Up to one-tenth of an inch of ice is possible during this transition, and temperatures will warm above freezing by noon. There will be minor urban flooding.

A winter-weather advisory means that that period of snow, sleet or freezing rain will cause travel difficulties. Be prepared for slippery roads and limited visibility, and use caution while driving. Significant snow and ice are possible from late tonight through Wednesday evening.

Particularly since the marshals are making efforts to gather you together and make it more convenient in the sense of travel, the delays tomorrow during commute may be very great. So, I will suggest to counsel that we excuse the jurors tomorrow and not start tomorrow morning, but start Thursday morning at 9:30.

Do any of you have any difficulty with that decision? It does seem sensible.

Do counsel agree?

MS. SHARKEY: Absolutely. Thank you, your Honor.

MR. BURLINGAME: No objection, your Honor.

THE COURT: So, you won't be coming in tomorrow. You will be coming in 9:30 on Thursday.

Since we are not meeting on Fridays, because we have to prepare witnesses for the next week, that will mean you will be off tomorrow and Friday. But you'll have to be here

at 9:30 Thursday.

Ms. Lowe, where do they come in Thursday?

THE CLERK: Let me take them into the jury room afterwards and speak to them.

THE COURT: What we're going to do now is, have you go into the jury room, where I interviewed each of you individually, and wait there. I don't want you to discuss the case among yourselves or with anybody else until I tell you to deliberate.

Is that clear?

If you have any procedural type questions, Ms. Lowe will help you. You'll have your lunch, and we're going to do everything possible to make it as easy as we can for you. So, if you'll now go into the jury room -- before you go, I want to remind you, I don't want anybody reading any newspapers with respect to this. It's best if you don't read anything at all, but if you do, don't read anything about this case. Don't discuss anything with anybody who has read anything. Don't go on the Internet. Don't do any Googling. Don't do any research of your own.

Is that clear?

And that applies to the six of you out there, too. Do you understand that?

Keep your mind clear.

Ms. Lowe will see you now in the jury room.

(Jury excused.)

THE COURT: Now, on Thursday, I'm going to have the six jurors who have been cleared, I'm going to have the six jurors who have been cleared but not selected come in themselves without the marshals' help, and they will gather in the main jury room and await instructions.

Do all six of you hear me?

So, Thursday, you'll be here at 9:30, but you'll come in the way you came in this morning, in an equivalent way. The marshals won't assist you. You'll go into the main jury room and wait, and Ms. Lowe will get to you in a few minutes after 9:30, and either we'll use you or let you go.

So, you won't come in tomorrow. Come in Thursday at 9:30.

Now, at the moment, I want you to go into one of the other jury rooms, so Ms. Lowe, after she instructs these eighteen jurors, she can go into the jury room in which you are held and talk to you.

(Prospective jurors excused.)

THE COURT: Do you have any applications?

MR. BURLINGAME: No, your Honor.

THE COURT: Now, we have a couple of motions and things to take up?

MR. FARBER: Yes, your Honor.

THE COURT: I'll hear counsel on the government's

motion for reconsideration of the exclusion of acid reference.

MS. SHARKEY: Thank you, your Honor.

THE COURT: No. The government.

MR. BURLINGAME: Thank you, your Honor.

I think the government's position is fairly well laid out in its papers. I'll briefly review a couple of points. Did the Court have an opportunity to review the papers?

THE COURT: I did. I have the government's letter of January 25, Court Exhibit 2, of 1-26.

MR. BURLINGAME: Thank you, your Honor.

I would like to take the issues in the reverse order.

THE COURT: And I have the defendant's letter of January 26, Court Exhibit 1, of 1-27.

Yes.

MR. BURLINGAME: I would like to address the issues in the reverse order that we addressed them in the brief, starting with the incident involving acid during the kidnapping.

The government's position on that is, the kidnapping, as your Honor is aware, is a charged crime. The basic facts of what happened are, the defendant kidnapped a couple of individuals because there had been an incident of violence at a party that took place at his brother's house and

he wanted to get to the bottom of who was responsible.  In order to get the information out of his victims, he, you know, asked them questions.  When they didn't respond, he poured acid from a turkey baster onto their feet.  It caused some irritation to the skin.  Eventually, the people relented and gave him the information he was looking for, and that was essentially the end of the incident.

There's two reasons I think this evidence is appropriately admitted and is not overly prejudicial in a 403 balancing test.  One is, this is -- putting a little bit of acid on someone's foot that cases some burning to the skin is -- it pales in comparison to the conduct which the defendant is charged with.  He's charged with personally committing five murders, running up behind people and shooting them repeatedly in the brain.  This is a minor assault in comparison.  So, I think there's no argument that can be made that this is -- the nature of this assault is particularly inflammatory.

And second, the government is going to have up to six witnesses who can testify about those basic facts that I explained.  Obviously, the defense is going to attack all of our cooperating witnesses for their credibility, and in this particular instance, this is a largely cooperating-witness case.  In this instance, the government has a photograph of the foot of one of the victims, which shows, even fifteen years later, a little bit of scarring.  It's not -- it doesn't

shock the conscience to look at this picture, by any means. If you look at it, you can see there's some scarring on the foot. It's rock-solid corroboration of what the witnesses are going as to testify to, and it's rock-solid corroboration of what they say happened, happened.

That not only goes to this charged racketeering act, but it goes to the cooperators' credibility in general, if what they are saying happened can be shown with photographic documents.

So, given the fact that the facts at issue are far less inflammatory than any of the murders charged and any of the other myriad acts of violence which are appropriately admitted going toward the defendant's role in the Family, indeed, this is part of his role in the Family, he's the sort of person that, when someone disrespects his brother, a Gambino captain, by committing acts of violence in his house, he immediately seeks retribution and he uses whatever means necessary to get the information. It goes directly to the government's case, and it's a charged crime, and I don't believe it is inflammatory.

THE COURT: What was the substance? You say acid? What was the substance?

MR. BURLINGAME: I believe that one of the cooperating witnesses will testify that they think it was battery acid. The defendant had an auto junkyard, and it was

plain automotive battery acid. It's a different kind of acid from the acid for the corpse disposal, which, if your Honor would like, I can be heard on that.

THE COURT: As to that, instead of using the word "acid," if you said -- if they said "substance that burned the foot"?

MR. BURLINGAME: I mean, we could just say "battery acid." I think it will be a little bit awkward. Especially if your Honor's ultimate ruling is going to be that acid is not going to come in as to the corpses, it doesn't seem to me there's any prejudice using the word "acid" in this instance.

(Continued on next page.)

THE COURT: No. Still, the word "acid" hangs to some extent over the case, because of the publications and the revulsion that I saw in the prospective jurors when the word "acid" was mentioned.

MR. BURLINGAME: Judge, I do think that this is -- very squarely is addressed in Pepin, that because the defendant has chosen to do something which offends the jurors, he should not be given the benefit of that conduct.

Again, if he shot the guys in the foot obviously that would come in, if we had photographs of a foot with a bullet hole in it. It just seems completely unfair that the defendant should be the beneficiary by making our witnesses use concocted testimony which is not going to have --

THE COURT: Not concocted.

MR. BURLINGAME: When you ask them what happened, it's -- he poured acid on his foot. That's what --

MS. SHARKEY: May I --

THE COURT: None of them are chemists. They haven't made a chemical analysis. All they can say is they poured something on his foot which was burning, a burning substance.

MS. SHARKEY: Your Honor, before the --

THE COURT: I will hear you.

MS. SHARKEY: Okay.

MR. BURLINGAME: Judge, I think -- I mean, the Supreme Court language in Old Chief that we quoted in our

motion I think goes directly to this, that when the government has to awkwardly sidestep, without mentioning, reminding you not to mention the type of substance that was used, please describe what happened next.

Or you know, the -- if the witness says he then poured some sort of acid -- some sort of liquid on the foot which caused burning to the foot, the jurors will think what are they talking about. What are they talking about? Why don't they just say what it is.

Why is the government the party that has to bear the stigma that's attached to that? We are the ones who are charged with putting on a case. We have to prove him guilty beyond a reasonable doubt.

THE COURT: How do you know it was acid?

MR. BURLINGAME: Because there is cooperating witnesses who were present and say it was acid. It came -- it makes sense that there was acid there because he works in an automotive yard. I mean, it's -- we have six cooperating witnesses who say it's acid. There is no doubt that it's acid.

THE COURT: I am not sure that's so.

MR. BURLINGAME: Or it's a --

THE COURT: There are a lot of burning substances you can put on which aren't acid.

MR. BURLINGAME: But they've all been telling the

story for the last 15 years and the defendant has been telling the story for the last 15 years. He has been watching a videotape of him doing this.

THE COURT: Saying what?

MR. BURLINGAME: Of him -- he requested one of the cooperating witnesses to videotape him pour the acid on the guy's feet and then they watch the videotape afterwards.

THE COURT: He said, take a videotape while I pour acid on?

MR. BURLINGAME: Yes.

THE COURT: He used the word "acid"?

MR. BURLINGAME: I don't know whether he used the word acid in the request. He said, meet me at the junkyard. Bring your camera. He proceeded to pour battery acid on the guys feet.

I understand Your Honor doesn't want to use the word. The 403 balancing test that we are talking about here is the defendant -- there will be direct evidence that the defendant shot people in the head on multiple occasions. He stabbed people in the heart on multiple occasions. It is very difficult to argue taking a turkey baster and dropping a couple of drops of acid on someone's foot is in any way substantially more prejudicial. The probative value of that, which is extremely high here given the photograph, is substantially outweighed by any prejudice when there is much

worse evidence that's coming into the case.

In defense counsel's papers this morning they say the government contends that Mr. Carneglia admitted acts of murders and assaults to these men, far worse conduct than disposing of a corpse. If murder and assaults are far worse conduct than disposing of a corpse, where does dropping a few drops from a battery acid out of a turkey baster lie?

THE COURT: Out of a turkey baster?

MR. BURLINGAME: That they use to base a chicken and turkey in the oven. You get the juices and pour it on top.

It is just very specific. This is the sort of specific details that lend testimony an air of credibility. The whole case is going to be --

THE COURT: You said they lend verity to testimony?

MR. BURLINGAME: That would be more accurate.

THE COURT: Not more accurate. It is just a different way of saying it.

MR. BURLINGAME: Correct.

And this case is, as Your Honor has pointed out on a number of occasions, we are charging 33 years old murders. It will be based largely, if not -- virtually exclusively on cooperating witness testimony. Verity, the veracity of these witnesses is the key to the government's case, and these sorts of details, these particular details, are exactly what show that what they are saying happened happened, especially when

they are backed up by a photograph.

Would you like to hear argument on the -- on the corpses?

THE COURT: No. The corpses I am definitely keeping out as highly prejudicial. This one is a little different. It ties together a good deal of the testimony. It does lend credence by its specificity. But I am hesitant about the acid in view of the publicity we have had.

MR. BURLINGAME: With respect, Your Honor, I think that if the Court is firm that the other incidents of melting down bodies in acid are not coming out, there is very little chance that a juror who hears -- this is in the course of cooperating witness testimony, who will testify about five murders, four murders, three murders, thirty years worth of knowing the defendant, eight hours worth of direct testimony. There is going to be this story that involves the turkey baster. I think it's, you know, on week three of the trial or actually no, next -- when this comes up for the first time to think that this is going to send an alarm bell to someone who is not -- not aware of the acid issue because it is not coming into the trial seems like we are being a little too careful and substantially more careful than Rule 403 demands, which, of course, is that the prejudicial -- the unfair prejudicial value substantially outweighs the probative value.

One, it is not unfair; two, it doesn't substantially

outweigh it in any means. It's actually far less prejudicial than the evidence that is definitely coming in.

THE COURT: Well, certainly the characterization of an acid torturer rather than an acid murderer --

MR. BURLINGAME: It should be noted --

THE COURT: -- has less impact.

MR. BURLINGAME: It should also be noted that the person whose foot we took a picture of is in jail in Florida for a Gambino RICO conspiracy case. He's a Gambino family associate. It's not that he is out there picking up little children and torturing their feet with acid. This is part of family -- this is part of family business.

MS. SHARKEY: May I respond?

THE COURT: Though it is not so harsh to --

MR. BURLINGAME: No.

There will also be testimony that later, after the incident happened, the victim of it got together with the defendant and there was joking about it. The defendant was giving him a hard time. He made him take off his shoe and they showed the scars that were left on the foot and everyone laughed at him. The defendant bragged about it on a few occasions when the guy was present and sort of bragged -- you know, give the guy the business about this happened when he was younger.

It's -- all those little details are what lend this

cooperating witness testimony the character of truthfulness, which is going to be vital to our case.

THE COURT: Okay.

MS. SHARKEY: May I respond?

THE COURT: Yes.

MS. SHARKEY: Judge, I think the Court made the right ruling in focusing in on the revulsion that is associated with an allegation of acid torture and under 403 the Court should preclude it in this particular matter.

Mr. Burlingame tells the Court that it is important to corroborate the evidence and it is corroborative. Not so. I mean, what the Court should know is that as charged in the racketeering act, there is not even a specific date. It's over the course of approximately some date, and I don't have the date in front of me, but it's about a year.

More than that, the individual who purportedly was burned is not testifying. The individual that was present with him alleged by the government to be also assaulted at that time is not testifying.

I have reviewed the photograph. I don't see any acid burns. If the Court reviews the photograph, I think the Court will see that in fact it is not borne out as Mr. Burlingame represents.

It in fact is inflammatory. I would imagine that if the Court allows this sort of testimony in, you are concerned

about the jury using it in an inappropriate way. I'm sure it will be written about.

Under a 403 balancing act, Your Honor, there is no reason why the government needs that particular testimony to come in as corroborative, not at all.

They -- what we said in our most recent letter which was filed I think yesterday is that there are far many things that the government is bringing in through their cooperating witnesses that corroborate it a great deal more. They will have, I imagine, admissions and other things through ten cooperating witnesses that they are bringing in to testify in this matter.

MR. BURLINGAME: Judge, with respect, as Your Honor pointed out in an earlier discussion of the evidentiary motions, it is not up to the defense to judge what we do and don't need to introduce to win our case. The question is, whether the -- the probative value of this evidence, which I submit is high, is substantially outweighed by unfair prejudice. One, it is not unfair. It's what he did. Two, it's not prejudicial. It's dripping acid on someone's foot with a turkey baster when in the same testimony from all these same witnesses you are going to hear about violent murders, stabbings, shooting in the head, horrific stuff that, frankly, if articles are going to be written, they will be written about the murders, not about this incident where a Gambino

Family associate had his foot burned.

MS. SHARKEY: Respectfully, I don't even think that the Court at the end of the day when this testimony comes in, that pertaining to this particular incident, it will be credible, and the Court is right on focusing on the inflammatory and prejudicial nature of an acid torture, is how the government would like the jury to perceive Mr. Carneglia.

THE COURT: All right. Here is my ruling.

MR. BURLINGAME: One more thing, Judge?

THE COURT: Yes.

MR. BURLINGAME: Which Mr. Norris raised a good point, which is that the reason that all the cooperating witnesses to this, and remember, this story is because it was an exceptional thing that happened and the reason it was an exceptional thing that happened is because it was a strange thing that happened. The reason it was strange is because people don't drip acid on people's foot with turkey basters. That's what the testimony is about the kidnapping. Everybody remembers the charged kidnapping because the acid was used, because of the story with the turkey baster.

THE COURT: Who used the word "acid" contemporaneously?

MR. BURLINGAME: Every witness I have talked to about this, that's how they remember it.

THE COURT: No. Did the defendant say "I used

acid"? Why don't you go back and check?

MR. BURLINGAME: Yes, he did actually, judge. He went and put an alkaline substance on the guy's foot afterward to try to clean it off to lessen the burning once the guy provided the information asked for.

THE COURT: What did he say?

MR. BURLINGAME: He said, there is acid on your foot so we need to use this substance to get rid of it because it's an alkaline and that will counter the acid. I obviously was not there with a tape recorder but I would imagine it would be hard to have a conversation about an alkaline substance being the cure for acid without mentioning the word acid, when you are talking about battery acid again --

THE COURT: Why don't you go back and check the record and see what you have? For the opening, you can say only that --

MR. BURLINGAME: We won't mention it in the opening.

THE COURT: You can say only that he used a substance that burned.

MR. BURLINGAME: It won't be -- judge, nothing -- this is not a major focus of the government's case, by any means. It won't be in the opening.

THE COURT: Okay. Go through the record and see what you have, whether he used the word "acid" in connection with this alleged torture.

MR. BURLINGAME: Very well, Judge.

MS. SHARKEY: Just for the record, Judge, I'd note that nothing in the 3500 material concerning these cooperating witnesses references that, referencing Mr. Carneglia's use of the term "acid."

THE COURT: Okay.

All right. The next issue is -- excuse me.

Juror ten, questionnaire 65, has tickets to Florida next week.

MS. SHARKEY: Are they -- juror ten?

THE COURT: Yes.

MR. FARBER: 65?

THE CLERK: Questionnaire number 65.

MS. SHARKEY: Your Honor --

THE COURT: What do you want to do about that? We will have to --

MR. FARBER: Judge, it is a little strange that this juror didn't mention this before. I don't want to attack the credibility of the juror, but I would ask to see the tickets, at the very least, at this stage.

THE COURT: All right. Have her bring them in Thursday. Is she still here?

Oh, wait. Here are the tickets.

MR. FARBER: What's the purchase date?

THE CLERK: November.

THE COURT: It was purchased November. These are non-refundable tickets usually?

THE CLERK: You pay $25 for a refund.

THE COURT: Just one person, a ticket?

THE CLERK: No.

MR. FARBER: Which juror number?

THE COURT: The whole family. It's a whole family tickets.

MR. FARBER: Isn't that a male juror?

THE CLERK: It is.

MR. FARBER: A male juror, okay.

THE COURT: Well, what do you want to do about this?

MR. BURLINGAME: We have no objection to excusing the person and allowing them to take a family vacation.

THE COURT: What we will have to do is excuse that juror. If we excuse him, put in the first alternate, move all the alternates up a seat and take three alternates that we have, the extras, put them on the front bench. Let you each challenge one of them and the one that is left we will put as the sixth alternate.

Is that satisfactory?

MR. FARBER: Yes, Judge.

MR. BURLINGAME: Yes, Judge.

THE COURT: I think we'll have to do it.

Has the juror gone home?

THE CLERK: No. I think they are waiting to hear what you are going to do.

THE COURT: All right. Bring in juror ten, please.

What about the six?

THE CLERK: They are --

THE COURT: Are they all here?

THE CLERK: I will check.

THE COURT: Bring in juror ten.

Then get the six to sit on the front bench.

THE CLERK: Yes, Your Honor.

MS. SHARKEY: The six sworn? They haven't been sworn yet? You have the other six back there still?

THE COURT: They are still here. We will seat them on the bench. We will take the first three of those six and you can each challenge one.

MR. FARBER: Do you guys know which numbers are left?

THE COURT: You will have to get that from Ms. Lowe.

MS. SHARKEY: Judge, before they are brought in, can we get the numbers from Ms. Lowe?

THE COURT: Yes.

She is working with them. She will help you.

(Pause.)

THE CLERK: They are getting juror ten, Judge. The other jurors are still here.

THE COURT: Bring the six of them in. Put them on the front bench. Let's get their questionnaires.

MS. SHARKEY: Do you know their numbers, of the six remaining?

THE CLERK: I have 47, 13, 23, 80, 79, 120.

MS. SHARKEY: Thank you.

MR. BURLINGAME: Can you do that one more time?

THE CLERK: Sure.

47, 13, 23, 80, 79, 120.

MR. BURLINGAME: In that order, right?

THE CLERK: In that order.

Judge, are you ready for number ten?

THE COURT: Yes.

(Juror number ten is present.)

THE COURT: Sit up in the front, please. Sit up in the seat, please.

Why didn't you tell us this before?

A JUROR: I forgot. I found out last night. Sorry.

THE COURT: Why didn't you tell us this morning?

A JUROR: I didn't know when the proper time was. I'm sorry.

THE COURT: Where did you get these papers?

A JUROR: From my sister. She is -- we are all taking a trip for my mom down in Florida for her birthday. It's her 73rd birthday.

THE COURT: Your mother?

A JUROR: My mom.

THE COURT: Give her my best wishes.

You are excused.

A JUROR: Thank you, sir.

THE COURT: That's the birthday present from the Court to her.

A JUROR: Thank you, sir. Appreciate it.

THE COURT: You are excused.

A JUROR: Thank you.

(Juror excused.)

THE COURT: Bring in six.

MR. FARBER: Judge, we are checking the questionnaires.

THE COURT: Okay.

(Pause.)

Have them sit in this first row, all six of them, please.

THE CLERK: The same order, Judge?

THE COURT: Yes.

(Pause.)

THE CLERK: There is one change. 71 is here. 47 is not here.

MR. FARBER: Oh.

THE CLERK: Strike 47. 71 is here.

MR. FARBER: 71 is the first one?

THE CLERK: 71.

MR. FARBER: Okay. Give me a second.

THE COURT: Let's get it from the jurors. Give us your number.

THE PROSPECTIVE JUROR: 13.

THE COURT: One-three?

THE PROSPECTIVE JUROR: Yes.

THE COURT: Next.

THE PROSPECTIVE JUROR: 23.

THE COURT: 23.

THE PROSPECTIVE JUROR: 80.

THE COURT: 80.

THE PROSPECTIVE JUROR: 79.

THE COURT: 79.

THE PROSPECTIVE JUROR: 71.

THE COURT: 71.

THE PROSPECTIVE JUROR: 120.

THE COURT: 120.

Okay. So we are going to proceed by stipulation, take 13, 23 and 80. Each side will exercise one challenge.

Do you want to put that juror -- come to the side bar, please.

(Continued on next page.)

(Side bar.)

THE COURT: It might be easier just to slip in the juror that's left of the three in place of juror ten, if you stipulate to that.

MS. SHARKEY: Who is the first alternate sitting now? Instead of -- instead of the first alternate?

MR. FARBER: I think we'd rather do the first alternate.

THE CLERK: It was 12.

The first alternate --

MS. SHARKEY: Let us look at the first alternate's questionnaire.

THE COURT: Decide which way you want to do it.

THE CLERK: The first alternate is 12, the questionnaire number.

THE COURT: They are trying to decide whether we should just take the remaining juror, slip the juror in place of ten or do alternate one.

MR. BURLINGAME: Alternate one, I think.

THE COURT: They want to do alternate one. That's the way we will do it.

MS. SHARKEY: Sorry?

THE COURT: They want to do alternate one.

So the person left after each side challenges, one of the three, will become alternate six.

MR. FARBER: Okay.

THE COURT: And alternate one will take the place of juror ten's seat.

Okay?

THE CLERK: Understood.

THE COURT: What seat was he? What seat was he?

MR. FARBER: The one we just excused?

THE CLERK: Ten.

THE COURT: Juror ten, he was in the tenth seat?

Okay. That's the way we will handle it.

All right. You have the first three jurors.

Which ones do you want to exercise? The government will go first.

MR. NORRIS: One moment, Judge?

(Pause.)

MR. BURLINGAME: Sorry, Judge. Sorry, Judge, for the delay.

Juror 80.

THE COURT: 80?

MR. BURLINGAME: Yes.

THE COURT: Challenging 80.

MS. SHARKEY: Judge, we are doing the first three?

THE COURT: Challenge 13 or 23.

MS. SHARKEY: Okay. We will challenge juror 13, Your Honor.

THE COURT: 23 is it?

MS. SHARKEY: Yes.

THE COURT: Why don't we hold these five now? We can hold the five and have them report Thursday.

MS. SHARKEY: Okay.

THE COURT: In case we have another incident. Okay?

MS. SHARKEY: Okay.

(In open court.)

THE COURT: Juror 23, you are going to replace juror ten, who forgot he had tickets.

MR. BURLINGAME: Judge, you said the first alternate. He will become 18.

THE COURT: You will become alternate six.

(Side bar.)

THE COURT: So is the rest of the jury still here?

THE CLERK: Yes, Judge.

MR. NORRIS: Juror 12 is in the tenth position.

MS. SHARKEY: Your Honor, we will go either way.

THE COURT: That's what the government wants. That's what I said first, we will do it that way.

(In open court.)

You will become alternate six.

Why don't you go into the jury room then?

Your number again?

THE PROSPECTIVE JUROR: 23.

THE CLERK: He is?

THE COURT: Alternate six. We are moving all the alternates.

THE CLERK: Okay.

THE COURT: Take him into the jury room, please.

THE CLERK: Yes, Your Honor.

(Alternate 23 leaves courtroom.)

THE COURT: Ms. Lowe, have you spoken to these jurors?

THE CLERK: No, not yet.

THE COURT: All right. Put them back in that jury room, please.

Ms. Lowe will want to talk to you. So go back into that jury room, please.

(Remaining jurors leave courtroom.)

THE COURT: All right. Shall we get back to our motions?

MR. FARBER: Yes, Your Honor.

THE COURT: I think that covers as much as we can the acid problem.

MR. BURLINGAME: Right.

So you want a letter from the government explaining whether or not the CW witness -- the cooperating witness will say that the defendant used the word "acid," whether or not that's part of his memory of the events?

THE COURT: Yes.

MR. BURLINGAME: I can get that, Judge.

THE COURT: Now we have the defendant's motion to reconsider the use of the 1976 polygraph test by the defendant.

MR. FARBER: Yes, Your Honor.

That motion is limited based on what the Court had indicated at the last conference when this issue was raised, whereas you indicate there was one person who you had deemed to be an expert in the past as a polygraph expert and that would be the only person you would consider allowing the results to come in.

It turns out, I believe, that Mr. Kaufman, who is the person who took the polygraph of Mr. Carneglia back in 1976, was in fact the person you had deemed an expert.

THE COURT: Interesting coincidence, yes.

But I am not going to change my view. I am not allowing it in.

MR. FARBER: My motion on reconsideration was based simply on the words you had uttered at the last conference.

THE COURT: Yes. I still have a lot of confidence in him, but not for this purpose. So my position remains the same.

Now, the next motion is a motion of the defendant to exclude hearsay evidence in Mr. DeLeonardo's testimony on the

identity of the purported shooter of Louis DiBono.

MS. SHARKEY: Yes.

THE COURT: The government hasn't responded. So they have to have an opportunity.

MR. BURLINGAME: If you would like, I can respond orally.

THE COURT: Okay. I will take it.

MR. BURLINGAME: This is -- it is not hearsay or, rather, it is covered by the coconspirator exception. It's that Mr. DeLeonardo was informed by multiple other members of the Gambino Family after the DiBono murder that the defendant was part of the hit team, that he committed the murder.

THE COURT: They were both members at that time?

MR. BURLINGAME: Yes.

THE COURT: We usually allow that kind solidifying discussion to come in. It's used very often among these members of the mob, to bind themselves together in comradeship.

MS. SHARKEY: I understand the Court's ruling.

Certainly, a review of the 3500 material doesn't reveal a basis for its admission at this point. I understand Mr. Burlingame's representation. Although I think that for the -- for the government to meet the burden and overcome a Crawford issue, he would have to identify for the Court the member of the Gambino Family who told him that. I mean,

Mr. DeLeonardo --

THE COURT: How could it be a Crawford issue? This defendant didn't utter this information during an examination by police. How is it a Crawford issue?

MS. SHARKEY: No, Judge.

What -- I'm saying, I understand Mr. Burlingame's representation, saying that it comes in under 802 -- 801(d)(2), but what I am asking is that the Court require before that information comes in that the government represent with whom Mr. DeLeonardo says that conversation occurred and when he says that conversation occurred.

I'll tell you why, Judge.

Reviewing numerous transcripts of this witness's testimony, on more than one occasion or two occasions he made that comment, that Mr. Carneglia was part of the hit team -- and I am paraphrasing -- of Mr. DiBono. There was never any follow-up concerning where that information came from.

I am asking that before the Court allow that to come in the government makes an offer of proof with some level of specificity. Certainly, DeLeonardo wasn't there.

THE COURT: Do you have a response?

MR. BURLINGAME: I don't know of any reason why we should be required to disclose our -- they can ask whatever questions they want of him under cross-examination.

THE COURT: I think that's enough given the representation I already have.

Okay. Anything else?

MS. SHARKEY: No, Judge.

THE COURT: We will have openings finally Thursday.

MR. BURLINGAME: Thursday morning.

THE COURT: Weather permitting, yes.

MR. BURLINGAME: Judge, are we -- is the new schedule because the marshals can't get the defendant here until 9:30, we are going to -- we will have -- because Your Honor said the typical schedule would be from 9:00 to 9:30, we would have the precourt meeting and then we would start the testimony at 9:30. Will that be pushed back by half an hour?

THE COURT: What's the marshal situation? Can they get the defendant here at 9:30?

THE MARSHAL: I think by 9:30 they will be here. We can't do it by 9:00. I would hope that by 9:30 that we'd have him here.

THE COURT: Most of the discussions will be on law anyway.

MR. FARBER: Judge, Mr. Carneglia has expressed a desire to be present when we do pretrial -- the motions for each day.

THE COURT: All right. We will have to try to deal with it. Get him here as quickly as you can after 9:00.

THE MARSHAL: Yes, Your Honor.

MR. FARBER: What time would you like the parties to be here?

THE COURT: 9:00 o'clock.

Some of them will be strictly legal, technical, housekeeping problems. We don't need the defendant for them.

All right. Anything else? Any further business?

MR. FARBER: No.

THE COURT: See you all Thursday.

MR. BURLINGAME: Thank you.

MS. SHARKEY: Thank you.

MR. FARBER: Thank you, Judge.

(Whereupon, a recess was taken until January 29, 2009, at 9:30 am.)

## $

**$25** - 238:3
**$500** - 163:3

## '

**'78** - 172:18
**'80** - 172:18
**'95** - 193:18
**'96** - 193:18

## 0

**08-cr-76** - 127:3

## 1

**1** - 129:6, 131:19, 223:15
**1-26** - 223:10
**1-27** - 223:15
**10** - 129:1, 129:3, 204:22
**10013** - 127:20
**101** - 208:4, 210:22
**102** - 193:7
**105** - 214:14, 215:12, 215:14, 216:2, 216:14, 216:17
**106** - 132:23
**107** - 209:7
**108** - 197:1
**10th** - 127:19
**11** - 207:19, 213:8, 213:9, 213:20
**110** - 129:1, 129:3, 131:20
**11201** - 127:16, 127:22
**11242** - 127:18
**113** - 134:8
**114** - 209:19, 210:5
**116** - 212:2
**118** - 159:1
**11:00** - 203:17
**12** - 214:13, 215:23, 216:1, 216:6, 216:7, 216:8, 216:18, 216:19, 216:21, 243:9, 243:14, 245:17
**120** - 197:3, 198:18, 201:21, 240:5, 240:9, 242:18, 242:19
**12:00** - 128:9
**13** - 183:8, 183:9, 240:5, 240:9, 242:6, 242:21, 244:23, 244:24
**14** - 159:25, 218:10
**15** - 197:23, 229:1, 229:2
**16** - 197:14, 212:20
**17** - 134:25
**18** - 212:21, 213:12, 213:14, 213:17, 245:12
**1976** - 247:4, 247:15
**1989** - 135:16
**1:00** - 128:10, 203:19, 204:9, 204:19, 204:21, 204:22

## 2

**2** - 157:16, 223:10
**20** - 197:24, 203:16, 208:5, 213:8, 213:9, 213:18
**2009** - 127:6, 251:14
**21** - 149:10
**225** - 127:22
**23** - 144:11, 150:5, 185:9, 240:5, 240:9, 242:10, 242:11, 242:21, 244:23, 245:1, 245:9, 245:25, 246:7
**25** - 208:9, 208:19, 209:2, 223:10
**26** - 127:17, 210:10, 223:15
**27** - 127:6
**271** - 127:15
**2805** - 127:17
**29** - 210:11, 212:11, 212:17, 212:19, 251:13

## 3

**3** - 157:16
**30** - 131:16
**31** - 173:20, 174:1
**32** - 167:9
**33** - 165:13, 165:15, 165:17, 230:20
**34** - 209:6, 209:10, 210:2, 210:4
**350** - 127:19
**3500** - 237:3, 248:20
**36** - 190:13, 213:20
**38** - 208:21, 209:4
**39** - 177:9
**3:00** - 173:11

## 4

**40** - 213:19
**403** - 224:9, 229:17, 231:22, 233:8, 234:3
**42** - 143:25, 149:11
**44** - 177:14
**45** - 207:16, 211:7, 212:1
**46** - 153:21, 217:16
**47** - 163:15, 218:11, 240:5, 240:9, 241:22, 241:25
**48** - 138:15, 214:18, 215:19, 215:24, 216:9
**49-b** - 183:7, 183:9, 183:13

## 5

**500,000** - 151:22
**57** - 207:19, 207:25
**59** - 176:10

## 6

**60** - 130:12
**600,000** - 151:22
**61** - 209:5, 209:12, 209:22
**613-2419** - 127:23
**62** - 207:12, 207:23
**65** - 237:8, 237:12, 237:13
**65,000** - 136:3
**66** - 141:19, 216:19, 216:22, 218:1, 218:9
**68** - 149:23, 149:25, 150:1, 150:3, 150:6, 208:2, 208:13

## 7

**7** - 157:16
**70** - 208:24, 208:25, 209:3
**71** - 129:1, 129:2, 197:2, 197:4, 241:22, 241:25, 242:1, 242:2, 242:16, 242:17
**718** - 127:23
**73rd** - 240:25
**75** - 150:4, 150:5, 150:7, 176:4
**76** - 176:5
**77** - 176:20
**78** - 150:6, 150:8
**79** - 189:22, 240:5, 240:9, 242:14, 242:15
**7:00** - 154:15
**7:10** - 172:11

## 8

**80** - 186:4, 186:6, 240:5, 240:9, 242:12, 242:13, 242:21, 244:18, 244:19, 244:21
**801(d)(2** - 249:8
**802** - 249:7
**81** - 181:8, 181:11
**82** - 161:8
**83** - 140:2, 215:25, 216:21, 217:10, 217:14
**84** - 136:10, 214:17, 216:21, 217:5, 217:15
**84-b** - 178:3
**84b** - 157:17
**88** - 207:9, 207:10, 207:22
**89** - 157:5, 176:11, 217:17, 218:4, 218:9
**8:30** - 154:16

## 9

**93** - 212:23
**94** - 156:10
**98** - 173:21
**9:00** - 250:11, 250:17, 250:25, 251:4
**9:30** - 127:6, 220:15, 220:22, 221:1, 222:8, 222:12, 222:14, 250:10, 250:11, 250:13, 250:15, 250:16, 250:17, 251:14

## A

**A** - 130:24, 130:25, 157:22, 169:18, 186:23, 187:24, 199:24, 206:1, 213:23, 214:3, 214:5, 214:10, 220:5, 238:11, 240:18, 240:20, 240:23, 241:2, 241:5, 241:8, 241:10
**a** - 127:10, 128:15, 128:18, 129:18, 130:16, 130:17, 130:22, 132:9, 133:4, 133:6, 133:8, 133:19, 133:22, 135:2, 135:3, 135:4, 135:6, 135:8, 135:16, 135:23, 135:25, 136:2, 137:6, 137:12, 137:14, 138:4, 139:9, 140:17, 140:18, 140:21, 142:7, 142:8, 143:9, 144:8, 144:13, 145:10, 145:19, 146:6, 146:15, 146:24, 147:10, 147:12, 147:16, 148:9, 148:10, 148:17, 148:24, 149:8, 150:15, 151:2, 152:1, 152:3, 152:6, 152:12, 152:19, 152:20, 152:21, 152:24, 153:7, 153:12, 153:17, 154:17, 154:19, 154:23, 154:25, 155:4, 155:6, 155:7, 155:13, 155:16, 155:24, 156:1, 156:4, 156:20, 157:18, 157:20, 157:21, 157:22, 158:5, 158:11, 159:11, 159:14, 160:10, 161:3, 161:22, 161:23, 162:16, 163:1, 163:3, 163:10, 163:16, 164:3, 164:9, 164:10, 164:18, 165:1, 166:8, 166:10, 166:13, 166:17, 166:21, 167:4, 167:16, 168:2, 168:3, 168:4, 168:19, 168:24, 169:19, 169:25, 170:15, 170:20, 171:1, 171:3, 171:7, 172:15, 172:25, 174:23, 177:21, 178:4, 178:5, 178:7, 178:18, 178:23, 179:2, 179:4, 179:24, 180:19, 180:20, 182:11, 182:22, 184:3, 184:23, 184:24, 185:23, 186:19, 186:20, 187:11, 187:18, 188:5, 188:19, 189:3, 189:8, 189:9, 189:10, 190:13, 190:14, 190:16, 190:20, 191:3, 191:6, 191:7, 191:10, 191:22, 192:12, 192:23, 193:17, 193:24, 194:15, 194:19, 195:21, 196:1, 197:19, 198:2, 198:6, 198:10, 199:14, 199:22, 199:23, 199:24, 200:1, 200:2, 200:7, 200:18, 200:24, 201:6, 201:21, 202:1, 202:2, 202:3, 202:16, 202:18, 202:21, 203:2, 203:3, 203:12, 203:21, 205:9, 206:4, 206:7, 206:11, 211:20, 213:22, 214:5, 214:8, 214:21, 215:4, 219:1, 219:6, 219:11, 219:13, 219:20, 222:11, 222:22, 223:6, 223:22, 223:23, 223:25, 224:4, 224:9, 224:10, 224:15, 224:22, 224:23, 224:25, 225:15, 225:19, 226:1, 226:8, 227:10, 227:19, 227:20, 228:12, 228:13, 228:22, 228:23, 229:2, 229:8, 229:21, 230:5, 230:6, 230:7, 230:8, 230:9, 230:16, 230:19, 231:1, 231:5, 231:6, 231:12, 231:21, 232:8, 232:9, 232:19, 232:21, 233:13, 233:15, 234:3, 234:9, 234:21, 234:25, 235:11, 235:15, 236:10, 236:11, 236:18, 236:21, 237:17, 238:3, 238:4, 238:7, 238:9,

GR OCR CM CRR CSR

238:14, 238:17, 240:24, 242:3, 246:22, 247:10, 247:21, 247:24, 248:20, 248:21, 248:23, 249:2, 249:4, 249:22, 250:21, 251:13
**ability** - 130:5, 138:1, 138:4, 169:16, 170:25, 171:5, 173:8, 176:25, 192:20, 200:25, 201:3
**able** - 130:12, 146:18, 151:19, 157:4, 197:17, 203:24
**About** - 142:14, 189:1
**about** - 128:6, 130:13, 134:13, 137:22, 142:21, 143:16, 148:6, 150:18, 154:16, 155:11, 157:18, 158:4, 162:8, 170:1, 171:4, 172:7, 174:21, 178:4, 179:11, 179:13, 179:19, 179:23, 179:25, 180:15, 180:23, 182:2, 187:11, 187:13, 190:23, 190:25, 192:16, 195:21, 195:22, 195:23, 195:25, 197:23, 197:24, 198:12, 199:7, 199:10, 199:11, 200:13, 202:1, 203:18, 203:22, 221:17, 224:19, 228:8, 229:17, 231:7, 231:13, 232:18, 232:21, 232:23, 233:15, 234:1, 234:2, 234:22, 234:25, 235:18, 235:24, 236:11, 236:13, 237:15, 238:12, 239:4
**above** - 220:4
**absent** - 131:18, 131:20
**Absolutely** - 215:9, 218:15, 220:19
**accept** - 202:25
**accepted** - 184:17
**access** - 205:1
**accident** - 147:11
**accordance** - 130:15
**according** - 192:4
**accumulations** - 219:24
**accurate** - 230:15, 230:16
**accused** - 148:20, 175:7, 175:11, 192:19, 198:6, 200:24
**acid** - 175:23, 175:24, 181:1, 223:1, 223:19, 224:4, 224:11, 225:21, 225:25, 226:1, 226:2, 226:5, 226:8, 226:9, 226:11, 227:1, 227:4, 227:16, 228:6, 228:14, 228:16, 228:17, 228:19, 228:20, 228:24, 229:6, 229:9, 229:11, 229:13, 229:14, 229:22, 230:7, 231:7, 231:11, 231:20, 232:4, 232:11, 233:8, 233:21, 234:20, 235:6, 235:17, 235:19, 235:21, 236:1, 236:7, 236:9, 236:12, 236:13, 236:24, 237:5, 246:20, 246:24
**across** - 215:1, 219:25
**act** - 225:6, 233:13, 234:3
**acting** - 170:25
**actions** - 183:17
**activity** - 171:8
**acts** - 225:12, 225:16, 230:3
**actually** - 135:8, 147:11, 162:19, 162:25, 175:22, 196:3, 197:24, 231:18, 232:1, 236:2
**additional** - 182:20
**address** - 223:17
**addressed** - 223:18, 227:6
**adjourn** - 203:19
**admire** - 135:13
**admission** - 248:21
**admissions** - 234:10
**admitted** - 200:10, 224:9, 225:13, 230:3
**advertising** - 199:18
**advisory** - 219:20, 220:5
**affect** - 130:5, 131:7, 138:1, 138:4, 141:2, 141:9, 143:11, 145:6, 146:3, 148:8, 164:21, 166:23, 168:13, 176:24, 180:2, 180:4, 188:2, 191:14, 192:20, 195:17, 196:5, 197:25, 200:25, 201:2
**affected** - 130:9
**afraid** - 214:8, 214:25, 215:4, 218:22
**After** - 172:23, 173:10
**after** - 135:22, 149:2, 180:20, 200:2, 203:16, 207:6, 219:22, 222:12, 222:16, 232:16, 243:24, 248:11, 250:25
**afternoon** - 206:3
**afterward** - 133:16, 236:3
**afterwards** - 221:4, 229:7
**again** - 130:22, 168:8, 168:11, 182:12, 204:19, 213:13, 218:19, 236:13, 245:24
**Again** - 227:9
**against** - 183:17, 203:3
**agencies** - 147:17, 194:16
**agency** - 147:24, 166:10
**ago** - 142:13, 142:14, 148:7, 166:14, 168:4, 179:23, 180:22, 188:25, 191:9, 197:24
**agree** - 153:18, 153:19, 220:18
**air** - 219:25, 230:12
**alarm** - 231:19
**alkaline** - 236:3, 236:9, 236:11
**All** - 129:4, 136:4, 146:21, 149:25, 163:4, 167:13, 170:21, 176:9, 181:3, 182:6, 185:3, 206:15, 210:15, 213:15, 214:11, 219:8, 227:19, 235:8, 237:7, 237:21, 239:3, 244:11, 246:11, 246:16, 250:24, 251:7
**all** - 130:7, 130:10, 130:11, 131:8, 136:17, 138:6, 145:10, 145:22, 152:13, 154:1, 163:21, 169:3, 182:15, 184:6, 191:13, 192:16, 194:4, 194:5, 194:16, 197:15, 199:9, 199:25, 200:10, 200:15, 211:16, 221:17, 222:7, 224:20, 228:25, 232:25, 234:5, 234:21, 235:12, 238:16, 239:6, 240:23, 241:17, 246:2, 251:9
**allegation** - 233:8
**alleged** - 147:14, 175:18, 233:18, 236:25
**allow** - 248:15, 249:19
**allowing** - 238:14, 247:11, 247:18
**allows** - 233:25
**aloft** - 219:25
**already** - 181:19, 207:7, 250:2
**also** - 135:12, 145:5, 147:3, 171:9, 178:14, 180:13, 201:25, 202:18, 232:7, 232:16, 233:18
**alternate** - 215:13, 238:16, 238:20, 243:5, 243:6, 243:8, 243:10, 243:14, 243:18, 243:20, 243:23, 243:25, 244:2, 245:12, 245:13, 245:22
**Alternate** - 217:4, 243:19, 246:2, 246:7
**alternate's** - 243:11
**Alternates** - 206:25
**alternates** - 207:4, 215:11, 238:17, 246:3
**Although** - 248:22
**always** - 135:8, 161:15, 204:2
**Am** - 127:6
**am** - 135:21, 135:23, 136:2, 137:13, 148:6, 158:2, 160:10, 161:13, 161:15, 162:16, 163:7, 172:23, 173:5, 175:17, 185:22, 186:19, 189:7, 191:15, 192:13, 194:15, 194:16, 228:21, 231:4, 231:7, 247:17, 249:8, 249:16, 249:19, 251:14
**Amazingly** - 179:12
**America** - 127:3
**among** - 221:8, 248:16
**an** - 129:24, 130:19, 132:8, 133:8, 135:15, 135:17, 144:21, 147:6, 150:20, 159:12, 160:25, 162:15, 162:19, 182:19, 184:5, 192:19, 195:19, 195:22, 197:11, 202:4, 203:13, 219:12, 220:2, 222:9, 223:7, 223:24, 225:25, 228:17, 230:12, 231:19, 232:4, 233:8, 234:1, 234:14, 235:6, 235:14, 236:3, 236:9, 236:11, 247:10, 247:15, 248:4, 249:3, 249:20, 250:13
**An** - 164:5
**analysis** - 227:19
**And** - 128:18, 131:3, 131:5, 132:4, 132:11, 139:1, 142:15, 142:25, 145:4, 145:21, 154:7, 154:24, 156:23, 160:5, 166:7, 168:8, 169:10, 169:13, 169:17, 180:9, 180:20, 184:2, 184:5, 188:22, 208:23, 221:22, 223:14, 224:18, 230:19, 244:2
**and** - 127:10, 127:18, 128:15, 128:20, 129:1, 129:3, 129:21, 130:14, 131:9, 132:15, 133:8, 135:16, 135:18, 135:23, 135:24, 136:21, 136:24, 138:7, 139:17, 140:25, 142:5, 142:16, 143:14, 143:18, 144:24, 145:11, 146:25, 147:18, 148:17, 149:2, 149:18, 150:3, 150:21, 151:3, 152:4, 152:10, 154:25, 155:16, 157:19, 157:22, 158:11, 161:2, 162:6, 162:15, 163:1, 165:1, 166:21, 167:5, 167:20, 167:23, 168:6, 168:24, 169:3, 169:8, 170:3, 170:6, 171:1, 171:5, 171:6, 171:10, 171:11, 178:6, 179:4, 179:20, 179:25, 180:1, 180:9, 180:21, 181:6, 183:14, 183:20, 183:22, 184:10, 185:23, 187:18, 187:19, 189:3, 189:9, 191:11, 191:12, 191:13, 192:20, 193:21, 193:22, 194:4, 194:17, 195:22, 196:2, 197:2, 198:2, 199:14, 201:1, 201:3, 202:18, 203:10, 203:19, 204:13, 204:19, 204:20, 204:21, 206:6, 206:7, 206:8, 206:16, 206:20, 206:22, 206:23, 206:24, 206:25, 207:3, 210:19, 215:4, 216:21, 217:2, 218:9, 219:2, 219:5, 219:12, 219:16, 219:22, 220:1, 220:3, 220:7, 220:8, 220:11, 220:14, 220:25, 221:4, 221:7, 221:12, 222:5, 222:6, 222:11, 222:12, 222:18, 222:22, 223:25, 224:5, 224:6, 224:9, 224:14, 224:21, 225:4, 225:11, 225:17, 225:19, 225:25, 227:2, 228:16, 229:1, 229:7, 229:21, 230:4, 230:5, 230:9, 230:10, 230:23, 231:22, 232:11, 232:18, 232:19, 232:20, 232:22, 233:8, 233:11, 233:14, 234:10, 234:15, 235:5, 235:6, 235:13, 235:14, 236:1, 236:3, 236:9, 236:14, 236:15, 236:23, 238:14, 238:17, 238:19, 239:14, 242:21, 245:4, 247:10, 248:23, 249:10, 249:16, 250:12
**Ann** - 165:25
**announcement** - 139:9, 204:18
**Another** - 204:25
**another** - 128:11, 162:5, 179:10, 182:16, 201:13, 206:5, 206:11, 209:14, 245:6
**answer** - 147:1, 157:17, 176:10, 178:3
**answering** - 176:11
**answers** - 201:22
**Anthony** - 127:21
**Any** - 129:15, 131:11, 132:17, 138:9, 139:20, 140:15, 141:13, 143:19, 146:10, 155:19, 158:9, 165:3, 166:2, 175:18, 184:15, 185:1, 189:12, 192:14, 193:2, 201:4, 202:13, 251:7
**any** - 132:6, 141:25, 143:16, 148:24, 149:9, 160:7, 162:4, 163:20, 164:21, 165:22, 168:18, 172:4, 174:2, 174:10, 176:24, 180:15, 184:6, 185:13, 187:6, 190:14, 192:3, 199:7, 200:13, 214:2, 220:16, 221:11, 221:15, 221:19, 221:20, 222:20, 225:1, 225:11, 226:11, 229:22, 229:25, 232:1, 233:20, 236:21, 249:17, 249:23
**Anybody** - 200:6
**anybody** - 155:9, 221:8, 221:15, 221:18
**anyone** - 195:3
**anything** - 143:17, 150:21, 155:10, 155:22, 174:21, 179:11, 199:10, 200:22, 221:16, 221:17, 221:18
**Anything** - 190:5, 250:3, 251:7
**anyway** - 161:1, 250:20
**apart** - 211:15, 219:5
**apartment** - 164:5
**apologize** - 211:15
**apparently** - 180:19

**Apparently** - 205:3
**Appearances** - 127:11
**appeared** - 201:25, 202:19, 215:4
**appears** - 146:19, 203:1
**application** - 215:8
**applications** - 222:20
**applies** - 221:22
**appointment** - 133:7
**Appreciate** - 241:8
**appreciate** - 134:1
**appropriately** - 224:9, 225:12
**approve** - 200:15
**approved** - 131:13, 132:19, 138:12, 139:23, 141:16, 143:22, 156:4, 158:14, 161:2, 165:6, 179:8, 185:3, 186:1, 189:16, 193:4, 198:4, 198:14, 201:6, 206:4, 219:16
**approximately** - 201:23, 233:14
**arduous** - 219:11
**Are** - 135:20, 159:6, 185:21, 188:23, 193:24, 194:6, 237:10, 239:6
**are** - 131:13, 131:23, 132:19, 133:2, 133:10, 133:12, 133:19, 134:4, 134:11, 134:24, 136:4, 136:14, 137:8, 138:12, 138:17, 138:18, 139:3, 139:7, 139:23, 140:2, 140:6, 140:7, 140:9, 141:16, 141:21, 143:22, 144:3, 144:15, 146:12, 149:6, 149:16, 150:6, 153:25, 154:21, 154:22, 156:4, 156:12, 156:16, 156:25, 157:7, 157:9, 158:14, 159:13, 159:22, 160:4, 160:15, 160:16, 160:21, 161:2, 161:11, 161:12, 162:2, 163:4, 164:6, 164:12, 165:6, 165:11, 165:24, 166:16, 166:20, 167:6, 167:12, 167:14, 167:19, 169:24, 170:16, 171:25, 172:2, 173:14, 176:1, 176:7, 176:15, 176:17, 177:4, 177:19, 178:9, 178:16, 178:17, 179:8, 179:21, 181:3, 181:14, 181:15, 182:6, 182:15, 183:12, 183:20, 183:21, 184:17, 184:20, 185:3, 185:11, 185:25, 186:1, 186:10, 186:11, 186:13, 187:17, 189:16, 190:1, 191:3, 192:1, 193:4, 193:10, 194:24, 195:7, 195:9, 196:8, 198:22, 203:14, 203:15, 206:6, 206:8, 207:22, 207:23, 208:1, 208:13, 209:2, 209:3, 209:4, 209:22, 210:4, 210:5, 211:25, 212:1, 212:19, 212:20, 213:17, 213:18, 215:23, 215:24, 217:14, 217:15, 218:9, 219:24, 220:8, 220:10, 220:23, 222:18, 223:23, 225:3, 225:8, 225:10, 225:12, 227:18, 228:8, 228:11, 228:23, 229:17, 230:5, 230:20, 230:24, 230:25, 231:1, 231:11, 231:21, 232:25, 233:25, 234:7, 234:11, 234:22, 234:24, 236:13, 237:23, 238:1, 239:1, 239:2, 239:5, 239:13, 239:16, 239:19, 239:24, 239:25, 240:12, 240:23, 241:4, 241:9, 241:13, 242:20, 243:16, 244:22, 245:9, 246:2, 250:8, 250:10
**area** - 144:6, 160:25, 164:3, 219:22
**aren't** - 228:24
**argue** - 229:21
**argument** - 224:16, 231:2
**around** - 154:15, 170:5, 170:6, 172:18
**Around** - 191:9
**Arrange** - 205:8
**arrange** - 205:10
**arrest** - 143:17
**arrested** - 168:3, 168:8, 180:20, 188:8, 196:1
**arrived** - 205:3
**article** - 180:21
**articles** - 179:13, 179:24, 182:14, 182:24, 195:21, 195:24, 234:24
**As** - 145:19, 180:17, 226:4
**as** - 140:17, 154:25, 156:4, 159:12, 159:14, 161:3, 168:19, 169:17, 179:22, 180:17, 185:7, 187:6, 191:23, 200:14, 201:6, 201:23, 201:24, 202:2, 202:4, 202:5, 203:3, 203:7, 203:8, 205:3, 206:4, 214:8, 219:1, 221:13, 223:22, 225:4, 226:10, 230:19, 231:5, 233:12, 233:22, 234:5, 234:13, 238:19, 246:19, 247:10, 250:25
**asbestos** - 194:2, 194:5, 194:7, 194:8, 194:9
**aside** - 147:2, 184:12
**ask** - 129:1, 146:15, 146:17, 182:11, 186:19, 227:15, 237:19, 249:24
**asked** - 147:2, 162:1, 163:1, 202:19, 214:24, 215:2, 224:3, 236:5
**asking** - 146:13, 249:8, 249:19
**asks** - 190:13
**assault** - 224:15, 224:17
**assaulted** - 233:18
**assaults** - 230:4, 230:5
**assemble** - 203:17
**assigned** - 207:7
**assist** - 222:10
**Assistant** - 127:15
**assistant** - 159:12
**associate** - 232:10, 235:1
**associated** - 233:8
**assume** - 152:21
**assumed** - 152:16, 175:4
**At** - 143:10
**at** - 128:9, 128:14, 130:7, 130:10, 130:11, 131:8, 135:24, 136:17, 138:6, 148:2, 152:13, 154:25, 159:11, 163:21, 165:11, 171:10, 182:10, 184:6, 187:23, 188:14, 190:25, 192:16, 199:9, 199:25, 200:15, 203:19, 204:12, 204:19, 204:21, 204:22, 205:3, 206:7, 206:13, 210:25, 211:20, 218:18, 218:21, 219:22, 220:15, 221:1, 221:16, 222:8, 222:13, 222:15, 223:25, 225:1, 225:2, 225:10, 229:13, 232:21, 233:18, 234:5, 235:3, 237:20, 243:11, 247:8, 247:20, 248:13, 248:21, 250:13, 250:15, 251:14
**attached** - 228:11
**Attachment** - 130:25
**attack** - 224:20, 237:18
**attempt** - 202:4
**attend** - 214:6
**attending** - 214:6
**Attorney** - 127:13, 145:14
**attorney** - 135:15, 135:16, 135:17, 144:21, 144:24
**attorneys** - 205:2, 206:12, 206:13
**Attorneys** - 127:15
**aunt** - 142:18
**Authority** - 164:19
**auto** - 225:25
**automotive** - 226:1, 228:18
**available** - 204:6, 204:8
**Avenue** - 136:21
**await** - 222:6
**aware** - 223:22, 231:20
**awareness** - 148:18
**away** - 144:9, 173:4
**awkward** - 226:8
**awkwardly** - 228:2

## B

**B** - 127:9
**back** - 129:18, 133:16, 142:21, 161:5, 179:16, 188:22, 189:10, 197:2, 204:20, 207:6, 216:4, 219:8, 236:1, 236:14, 239:12, 246:11, 246:13, 246:16, 247:14, 250:13
**backed** - 231:1
**backwards** - 208:14
**bad** - 133:21, 166:3, 168:3
**balancing** - 224:10, 229:17, 234:3
**ball** - 171:2
**banking** - 135:18
**bankruptcy** - 135:22
**bar** - 204:12, 242:23, 243:1, 245:14
**base** - 230:9
**Based** - 157:3, 171:15
**based** - 146:18, 157:21, 171:6, 171:7, 178:7, 182:18, 184:9, 230:21, 247:7, 247:19
**basement** - 164:13, 164:14
**basic** - 223:23, 224:19
**basis** - 248:21
**baster** - 224:4, 229:21, 230:7, 230:8, 231:17, 234:21, 235:20
**basters** - 235:17
**bathroom** - 191:12
**battery** - 225:25, 226:1, 226:7, 229:14, 230:7, 236:13
**Bay** - 164:2
**Bayside** - 170:7
**be** - 128:18, 129:1, 130:9, 130:12, 131:9, 132:11, 133:7, 133:13, 133:16, 135:25, 138:4, 138:7, 139:17, 143:14, 144:13, 144:14, 146:13, 146:18, 147:4, 148:20, 149:23, 151:19, 152:3, 152:6, 152:13, 152:16, 155:16, 156:21, 157:4, 157:23, 158:11, 162:6, 162:15, 163:1, 164:7, 165:1, 166:5, 167:5, 168:2, 168:22, 168:24, 169:1, 170:1, 170:23, 171:5, 171:7, 171:16, 173:4, 173:10, 178:16, 178:19, 179:4, 179:25, 180:5, 181:16, 182:18, 183:25, 185:23, 187:5, 189:3, 189:19, 192:1, 192:12, 192:19, 192:20, 192:23, 194:13, 194:20, 197:17, 198:2, 198:7, 198:10, 199:19, 200:11, 200:25, 201:3, 201:25, 202:7, 202:19, 203:2, 203:8, 203:11, 204:12, 206:4, 206:8, 206:11, 206:25, 207:6, 210:25, 214:5, 214:10, 216:2, 220:4, 220:12, 220:21, 220:22, 220:25, 222:8, 224:16, 225:8, 226:3, 226:8, 226:9, 227:8, 227:12, 229:18, 230:13, 230:15, 230:21, 231:16, 232:5, 232:7, 232:16, 233:2, 233:18, 234:2, 234:24, 235:4, 236:10, 236:20, 236:22, 243:2, 247:10, 247:11, 249:2, 249:24, 250:11, 250:13, 250:16, 250:19, 250:22, 251:3, 251:5
**Be** - 220:7
**Beach** - 170:8, 170:9, 178:1
**bear** - 228:10
**beautiful** - 189:10
**Because** - 164:7, 173:9, 228:15
**because** - 135:25, 148:16, 149:24, 155:1, 155:11, 162:16, 168:1, 168:25, 169:5, 170:5, 170:15, 178:15, 178:17, 203:25, 219:1, 219:5, 220:23, 223:24, 227:2, 227:6, 228:17, 231:20, 235:13, 235:15, 235:16, 235:19, 235:20, 236:8, 250:9, 250:10
**become** - 219:22, 243:25, 245:12, 245:13, 245:22
**bed** - 193:15, 193:16
**beds** - 167:24
**been** - 129:2, 142:8, 145:10, 146:2, 148:20, 155:11, 156:18, 162:5, 168:3, 168:15, 172:17, 175:2, 175:7, 176:4, 179:21, 182:13, 182:17, 182:19, 182:23, 182:25, 187:14, 193:17, 199:23, 200:7, 203:22, 203:23, 204:2, 219:3, 219:4, 219:11, 222:3, 222:4, 223:24, 228:25, 229:1, 229:2, 239:11
**Before** - 127:9, 133:3, 149:17
**before** - 156:1, 169:1, 186:15, 188:9, 221:14, 227:21, 237:18, 239:19, 240:17, 249:9, 249:19
**behind** - 224:14
**being** - 152:1, 170:2, 171:7, 192:18, 198:6, 200:24, 202:10, 203:24, 205:3, 231:21, 236:11
**believe** - 128:24, 158:5, 158:7, 165:2, 171:16, 178:22, 179:2, 179:7, 180:9, 181:1, 183:2, 201:16, 214:23, 225:20, 225:23, 247:13
**bell** - 231:19
**bench** - 238:18, 239:9, 239:14, 240:2

**beneficiary** - 227:12
**benefit** - 227:8
**Bensonhurst** - 177:23, 190:12
**Benton** - 127:12
**best** - 168:16, 169:2, 169:15, 169:22, 170:10, 170:25, 180:22, 201:11, 221:16, 241:3
**better** - 133:14, 183:20, 183:23, 186:14, 206:11
**beyond** - 152:24, 166:8, 184:3, 200:18, 228:13
**biased** - 167:1
**Biased** - 167:2
**bid** - 151:13, 151:18, 151:21, 151:22
**big** - 139:9, 155:6, 210:25
**bind** - 248:17
**birthday** - 240:24, 240:25, 241:6
**bit** - 146:16, 170:15, 174:23, 224:10, 224:25, 226:8
**block** - 203:23
**blood** - 203:8
**Board** - 147:22, 148:17
**bodies** - 231:11
**body** - 155:25
**book** - 165:24
**borne** - 233:22
**both** - 146:24, 153:4, 180:9, 248:13
**Both** - 153:5
**bothering** - 133:9
**bothers** - 186:17
**bottom** - 224:1
**Box** - 207:19, 208:9
**bragged** - 232:21, 232:22
**brain** - 224:15
**break** - 203:25
**breaking** - 128:9
**brief** - 223:18
**briefly** - 223:6
**bring** - 204:14, 237:21
**Bring** - 146:21, 149:25, 197:4, 229:14, 239:3, 239:8, 240:1, 241:12
**bringing** - 132:9, 234:8, 234:11
**Broadway** - 127:19
**Brooklyn** - 127:5, 127:16, 127:18, 127:22, 129:21, 136:19, 145:4, 146:24, 163:24, 164:7, 177:23, 185:17, 190:10
**brother** - 141:4, 164:18, 190:16, 190:24, 191:6, 191:7, 191:9, 191:12, 225:15
**brother's** - 223:25
**brother-in-law** - 141:4, 164:18
**Brothers** - 135:17
**brothers** - 166:19, 166:20
**brothers-in-law** - 166:19, 166:20
**brought** - 179:16, 180:1, 239:19
**brush** - 171:16
**building** - 183:20
**bullet** - 227:11
**burden** - 153:7, 166:7, 184:2, 200:18, 248:23
**Burlingame** - 127:13, 128:24, 133:17, 138:10, 139:22, 141:15, 143:21, 146:15, 153:19, 155:21, 163:14, 165:5, 171:3, 171:14, 189:15, 201:21, 202:6, 202:14, 202:24, 203:4, 203:11, 207:15, 207:17, 208:9, 209:8, 210:2, 210:14, 212:17, 213:7, 214:21, 215:2, 215:19, 216:1, 217:9, 217:12, 218:4, 218:7, 218:17, 218:20, 218:24, 220:20, 222:21, 223:4, 223:11, 223:17, 225:23, 226:7, 227:5, 227:15, 227:24, 228:15, 228:22, 228:25, 229:5, 229:10, 229:12, 230:9, 230:15, 230:18, 231:9, 232:5, 232:7, 232:15, 233:10, 233:23, 234:13, 235:9, 235:11, 235:23, 236:2, 236:7, 236:17, 236:20, 237:1, 238:13, 238:23, 240:7, 240:10, 243:19, 244:16, 244:20, 245:11, 246:21, 247:2, 248:5, 248:8, 248:14, 249:23, 250:6, 250:8, 251:10
**Burlingame's** - 248:22, 249:6
**burned** - 226:6, 233:17, 235:1, 236:19
**burning** - 224:11, 227:20, 228:7, 228:23, 236:4
**burns** - 233:21
**bus** - 136:23, 142:5, 154:9
**Bus** - 136:24
**business** - 139:3, 160:14, 167:14, 214:5, 232:12, 232:23, 251:7
**But** - 134:25, 137:14, 150:25, 152:21, 156:2, 157:25, 158:5, 168:3, 168:12, 168:15, 168:22, 169:22, 175:5, 175:25, 187:20, 191:16, 194:18, 206:5, 219:4, 220:25, 228:25, 231:7, 247:17
**but** - 135:3, 158:7, 169:2, 170:10, 170:11, 178:14, 180:4, 180:10, 183:21, 187:17, 190:25, 192:19, 196:3, 197:2, 198:7, 203:11, 206:10, 219:3, 219:12, 219:16, 220:14, 221:17, 222:4, 222:8, 225:7, 233:15, 236:10, 237:19, 247:22, 249:8
**by** - 127:25, 130:9, 136:23, 144:14, 157:18, 162:5, 162:25, 165:25, 171:16, 178:5, 183:18, 191:10, 203:6, 206:16, 206:17, 206:18, 206:20, 220:2, 220:4, 225:1, 225:16, 227:12, 229:25, 231:1, 231:7, 233:18, 234:18, 236:21, 242:20, 247:4, 248:9, 248:10, 249:4, 250:13, 250:16, 250:17
**By** - 127:13, 134:22
**bypass** - 205:4

## C

**C** - 165:25
**cable** - 135:8
**Cadman** - 127:15, 127:22
**cafeteria** - 154:18
**California** - 195:15
**call** - 196:1
**called** - 165:24, 187:18, 206:6
**came** - 129:13, 197:2, 222:9, 228:16, 249:17
**camera** - 229:14
**Campbell** - 127:12
**can** - 143:15, 149:9, 155:18, 156:5, 162:12, 163:9, 163:10, 168:16, 169:4, 169:22, 173:11, 176:17, 183:22, 185:24, 194:13, 194:19, 204:15, 205:2, 208:11, 221:13, 222:17, 224:16, 224:19, 225:2, 225:8, 226:3, 227:19, 228:24, 236:15, 236:18, 239:15, 239:19, 245:4, 246:19, 247:2, 248:5, 249:24, 250:25
**Can** - 131:9, 132:14, 133:17, 138:7, 139:17, 143:14, 145:24, 155:16, 158:11, 162:11, 162:14, 165:1, 173:4, 184:9, 184:24, 185:23, 189:3, 192:3, 192:12, 192:23, 198:2, 198:10, 199:1, 199:3, 214:21, 215:16, 240:7, 250:14
**can't** - 133:13, 147:18, 150:21, 168:14, 168:15, 170:5, 175:9, 180:24, 204:2, 215:1, 250:9, 250:17
**Cana** - 144:16, 144:17, 144:18
**candid** - 147:1
**capable** - 183:20, 203:15
**capo** - 202:16, 202:17, 202:18, 202:21
**captain** - 225:16
**car** - 134:21, 147:10
**cards** - 214:12
**care** - 133:24, 137:3, 173:8
**careful** - 231:21, 231:22
**Carneglia** - 127:5, 128:6, 203:22, 230:3, 235:7, 247:14, 249:15, 250:21
**Carneglia's** - 237:4
**carrying** - 180:20
**case** - 130:6, 132:9, 132:14, 137:23, 138:2, 139:18, 140:20, 140:21, 143:12, 146:18, 147:8, 147:12, 152:3, 152:6, 152:7, 155:9, 155:11, 161:22, 162:5, 168:5, 168:10, 168:24, 169:14, 170:2, 171:8, 174:22, 179:11, 179:14, 180:16, 181:17, 181:20, 181:23, 183:24, 184:9, 184:24, 187:3, 187:11, 188:2, 188:5, 189:3, 191:14, 191:18, 192:16, 192:21, 192:23, 194:14, 194:18, 195:11, 195:15, 195:18, 198:10, 198:12, 199:1, 199:8, 203:13, 221:8, 221:17, 224:23, 225:19, 227:2, 228:12, 230:1, 230:13, 230:19, 230:23, 232:9, 233:2, 234:16, 236:21, 245:6
**cases** - 145:10, 145:21, 146:2, 146:23, 151:23, 174:10, 224:11
**Cases** - 147:14
**Castellano** - 131:1
**Cat** - 127:25
**caught** - 188:15
**cause** - 146:14, 171:4, 201:21, 202:11, 202:15, 202:17, 220:6
**caused** - 224:4, 228:7
**caution** - 163:16, 220:8
**Cbs** - 199:17
**cell** - 203:22
**Center** - 137:4
**certain** - 145:11, 175:8, 175:11, 180:24, 206:7
**Certainly** - 204:1, 248:20, 249:21
**certainly** - 232:3
**Chairs** - 167:23
**challenge** - 207:3, 207:7, 208:18, 209:14, 210:16, 211:20, 212:7, 212:10, 213:2, 213:3, 213:10, 215:10, 217:9, 217:24, 218:4, 238:19, 239:15, 242:21, 244:24
**Challenge** - 244:23
**challenged** - 202:11, 206:8, 208:19
**challenges** - 206:6, 207:9, 209:11, 217:3, 243:24
**challenging** - 207:5, 208:13
**Challenging** - 244:21
**chance** - 189:9, 231:12
**Chances** - 182:15
**change** - 241:22, 247:17
**changing** - 220:1
**character** - 233:1
**characterization** - 232:3
**charge** - 134:23, 152:4, 152:12, 175:2, 194:19
**charged** - 142:7, 142:9, 167:5, 171:9, 188:4, 192:18, 223:22, 224:13, 225:6, 225:11, 225:19, 228:12, 233:12, 235:19
**charges** - 171:6, 175:8, 179:25, 184:22
**charging** - 134:24, 230:20
**Charles** - 127:5
**chart** - 208:14
**check** - 236:1, 236:14, 239:7
**Check** - 128:20
**checked** - 130:16, 130:22, 155:13
**checking** - 201:17, 241:13
**chemical** - 227:19
**chemists** - 227:18
**chicken** - 230:9
**Chief** - 227:25
**chief** - 128:20
**child** - 150:12, 150:22, 173:8, 203:2
**children** - 164:16, 232:11
**chime** - 183:4
**chipper** - 161:14, 161:15
**chosen** - 206:9, 227:7
**citizen** - 193:17
**citizens** - 205:4
**City** - 141:7, 166:21, 166:22, 203:9
**city** - 134:18, 137:6, 151:7, 151:17, 194:16
**city-funded** - 137:6
**citywide** - 194:16
**civil** - 140:23
**class** - 137:20, 151:2
**clean** - 236:4

**clear** - 153:17, 204:12, 221:10, 221:21, 221:24
**cleared** - 204:20, 219:3, 219:15, 222:3, 222:4
**clearly** - 168:22
**Clerk** - 128:22, 129:2, 129:6, 131:17, 132:23, 134:8, 136:10, 138:15, 140:2, 141:19, 143:25, 149:10, 150:1, 150:3, 150:6, 153:21, 156:10, 157:5, 159:1, 159:25, 161:8, 163:15, 165:12, 165:13, 165:14, 165:17, 167:9, 171:22, 173:20, 176:4, 176:20, 177:9, 177:12, 177:14, 181:8, 181:10, 181:12, 183:8, 185:9, 186:4, 189:22, 193:7, 195:2, 197:1, 198:18, 201:16, 201:20, 204:16, 205:9, 216:18, 221:3, 237:13, 237:25, 238:3, 238:5, 238:10, 239:1, 239:5, 239:7, 239:10, 239:24, 240:5, 240:8, 240:11, 241:19, 241:22, 241:25, 242:2, 243:9, 243:14, 244:5, 244:8, 245:16, 246:1, 246:4, 246:6, 246:10
**close** - 142:8
**Close** - 137:18
**closer** - 164:7
**clown** - 162:16, 163:1, 163:2, 163:10
**Cobble** - 160:24
**coconspirator** - 248:9
**coffee** - 154:17, 154:19
**coincidence** - 247:16
**cold** - 151:23
**college** - 150:16, 150:23, 151:3, 163:2
**come** - 136:23, 152:19, 172:6, 182:13, 204:20, 208:2, 215:2, 221:2, 222:4, 222:9, 222:13, 226:10, 227:10, 234:5, 242:22, 247:12, 248:16, 249:19
**Come** - 215:1, 222:13
**comes** - 162:16, 231:18, 235:3, 249:7, 249:9
**comfortable** - 170:10, 170:11
**coming** - 129:5, 133:16, 165:17, 220:21, 220:22, 230:1, 231:11, 231:20, 232:2
**comment** - 249:15
**committed** - 200:2, 248:12
**committing** - 224:13, 225:16
**common** - 135:4
**communication** - 129:19
**commute** - 219:23, 220:12
**company** - 151:9, 151:11, 159:12, 162:20, 162:21, 167:16
**comparison** - 224:12, 224:15
**completely** - 227:11
**comradeship** - 248:18
**conception** - 153:17
**concern** - 155:6, 182:23, 215:4
**concerned** - 215:5, 233:25
**concerning** - 218:21, 237:3, 249:17
**conclusion** - 182:10
**concocted** - 227:13, 227:14
**conduct** - 224:12, 227:8, 230:4, 230:6
**confer** - 203:25
**conference** - 247:8, 247:20
**confidence** - 247:21
**confirm** - 208:11
**conflict** - 144:13
**conform** - 128:21
**confused** - 202:1
**confusing** - 211:2
**connected** - 148:20, 203:4
**connection** - 139:14, 236:24
**connections** - 147:14
**conscience** - 225:1
**Conservative** - 135:7
**conservative** - 135:11
**consider** - 130:13, 157:20, 178:6, 182:11, 191:18, 247:11
**consideration** - 132:11
**considering** - 169:2
**conspiracy** - 130:14, 152:4, 232:9
**construction** - 151:5
**consultant** - 154:25
**contemporaneously** - 235:22
**contends** - 230:3
**context** - 178:25, 179:1
**continue** - 183:6
**Continued** - 158:16, 196:11, 226:12, 242:24
**Continues** - 205:14
**contract** - 162:18
**contractor** - 162:15
**controlled** - 188:11
**convene** - 203:19, 204:19
**convenient** - 220:11
**conversation** - 236:11, 249:10, 249:11
**convicted** - 188:17
**cooperating** - 157:19, 178:5, 224:21, 224:22, 225:24, 228:15, 228:18, 229:6, 230:22, 231:13, 233:1, 234:8, 234:11, 235:12, 237:3, 246:23
**cooperating-witness** - 224:22
**cooperators'** - 225:7
**cop** - 166:22
**cops** - 166:21
**corporate** - 135:16
**corpse** - 226:2, 230:5, 230:6
**corpses** - 226:10, 231:3, 231:4
**Correct** - 197:9, 230:18
**correct** - 217:1
**correction** - 190:16, 194:17
**corroborate** - 233:11, 234:9
**corroboration** - 225:3, 225:4
**corroborative** - 233:11, 234:5
**could** - 145:7, 147:2, 147:3, 147:4, 148:10, 149:1, 149:8, 155:9, 158:5, 163:2, 167:5, 168:24, 169:2, 170:11, 179:6, 183:4, 191:5, 202:24, 204:6, 205:4, 219:22, 226:7, 249:2
**Could** - 146:17, 152:3, 152:6, 152:9, 153:12, 170:20, 178:22, 191:2, 191:17
**couldn't** - 176:12, 176:13, 196:3
**Coulter** - 165:25
**counsel** - 220:13, 220:18, 222:25
**Counsel** - 147:5
**counsel's** - 230:2
**counter** - 236:9
**country** - 172:17, 193:17
**County** - 140:10
**couple** - 182:14, 222:22, 223:6, 223:24, 229:22
**coupon** - 134:25
**course** - 145:23, 146:24, 152:11, 231:12, 231:23, 233:14
**Court** - 127:1, 127:17, 127:21, 128:3, 128:8, 128:12, 128:16, 128:20, 128:23, 129:4, 129:8, 129:11, 129:13, 129:15, 129:17, 129:20, 129:22, 129:24, 130:1, 130:3, 130:5, 130:8, 130:12, 130:15, 130:18, 130:22, 130:25, 131:3, 131:5, 131:7, 131:9, 131:11, 131:13, 131:23, 131:25, 132:2, 132:4, 132:6, 132:8, 132:11, 132:14, 132:17, 132:19, 132:25, 133:2, 133:5, 133:10, 133:12, 133:19, 133:22, 133:24, 134:2, 134:4, 134:11, 134:14, 134:17, 134:20, 134:23, 135:2, 135:5, 135:10, 135:13, 135:20, 136:4, 136:12, 136:14, 136:16, 136:18, 136:20, 136:23, 136:25, 137:2, 137:5, 137:8, 137:10, 137:12, 137:14, 137:16, 137:18, 137:21, 137:23, 138:1, 138:4, 138:7, 138:9, 138:12, 138:17, 138:19, 138:21, 138:24, 139:1, 139:3, 139:5, 139:7, 139:9, 139:11, 139:13, 139:17, 139:20, 139:23, 140:1, 140:4, 140:6, 140:8, 140:11, 140:13, 140:15, 140:17, 140:20, 140:23, 140:25, 141:2, 141:4, 141:7, 141:9, 141:11, 141:13, 141:16, 141:21, 141:24, 142:2, 142:4, 142:7, 142:11, 142:13, 142:15, 142:18, 142:20, 142:23, 142:25, 143:2, 143:4, 143:6, 143:8, 143:11, 143:14, 143:16, 143:19, 143:22, 144:2, 144:4, 144:8, 144:10, 144:14, 144:17, 144:20, 144:23, 145:1, 145:3, 145:6, 145:8, 145:12, 145:14, 145:17, 145:19, 145:21, 145:24, 146:3, 146:6, 146:10, 146:12, 146:21, 147:5, 147:8, 147:12, 147:14, 147:16, 147:21, 147:24, 148:1, 148:5, 148:8, 148:12, 148:14, 148:19, 148:23, 149:4, 149:6, 149:8, 149:14, 149:16, 149:20, 149:23, 150:2, 150:10, 150:12, 150:14, 150:18, 150:22, 150:25, 151:4, 151:7, 151:9, 151:11, 151:13, 151:15, 151:19, 151:24, 152:1, 152:3, 152:6, 152:9, 152:12, 152:16, 152:21, 152:24, 153:2, 153:5, 153:7, 153:11, 153:14, 153:17, 153:20, 153:23, 153:25, 154:2, 154:4, 154:7, 154:9, 154:12, 154:14, 154:17, 154:21, 155:2, 155:6, 155:8, 155:13, 155:16, 155:19, 155:22, 156:4, 156:7, 156:9, 156:12, 156:14, 156:16, 156:19, 156:22, 156:25, 157:3, 157:7, 157:9, 157:11, 157:14, 157:17, 157:25, 158:5, 158:9, 158:11, 158:14, 159:3, 159:5, 159:8, 159:10, 159:13, 159:16, 159:18, 159:20, 159:22, 160:2, 160:4, 160:6, 160:9, 160:11, 160:13, 160:16, 160:18, 160:20, 160:23, 160:25, 161:6, 161:10, 161:12, 161:14, 161:16, 161:18, 161:20, 161:22, 161:25, 162:3, 162:5, 162:8, 162:11, 162:18, 162:21, 162:23, 163:4, 163:7, 163:9, 163:16, 163:19, 163:22, 164:1, 164:3, 164:5, 164:8, 164:12, 164:14, 164:16, 164:18, 164:21, 164:25, 165:3, 165:6, 165:10, 165:18, 165:20, 165:24, 166:2, 166:4, 166:7, 166:10, 166:12, 166:15, 166:19, 166:23, 166:25, 167:2, 167:6, 167:11, 167:14, 167:17, 167:20, 167:23, 168:5, 168:10, 168:13, 168:18, 168:23, 169:7, 169:10, 169:13, 169:17, 169:19, 169:24, 170:13, 170:18, 170:20, 171:1, 171:2, 171:15, 171:21, 171:24, 172:2, 172:4, 172:8, 172:10, 172:12, 172:15, 172:17, 172:19, 172:21, 172:24, 173:2, 173:4, 173:7, 173:11, 173:14, 173:17, 173:23, 174:2, 174:5, 174:7, 174:9, 174:14, 174:17, 174:19, 174:21, 174:24, 175:2, 175:6, 175:9, 175:13, 175:15, 175:18, 175:20, 175:24, 176:1, 176:7, 176:10, 176:13, 176:15, 176:22, 177:2, 177:4, 177:8, 177:10, 177:13, 177:16, 177:19, 177:21, 177:24, 178:1, 178:3, 178:12, 178:18, 178:22, 179:1, 179:4, 179:6, 179:8, 179:15, 179:18, 180:2, 180:7, 180:12, 180:15, 180:25, 181:3, 181:6, 181:14, 181:18, 181:21, 181:23, 182:1, 182:4, 182:6, 182:8, 182:11, 182:21, 183:2, 183:6, 183:9, 183:12, 183:24, 184:2, 184:5, 184:9, 184:12, 184:15, 184:17, 184:19, 184:22, 185:1, 185:3, 185:6, 185:11, 185:13, 185:16, 185:18, 185:20, 185:23, 185:25, 186:5, 186:8, 186:12, 186:15, 186:17, 186:19, 186:22, 186:24, 187:2, 187:5, 187:9, 187:11, 187:13, 187:21, 187:23, 188:1, 188:4, 188:7, 188:10, 188:12, 188:16, 188:20, 188:23, 188:25, 189:2, 189:5, 189:12, 189:16, 189:19, 189:24, 190:1, 190:3, 190:5, 190:7, 190:9, 190:11, 190:13, 190:18, 190:22, 191:2, 191:6, 191:14, 191:17, 191:20, 191:22, 192:1, 192:6, 192:8, 192:10, 192:12, 192:14, 192:18, 192:23, 192:25, 193:2, 193:4, 193:9, 193:12, 193:16, 193:20, 193:24, 194:1, 194:6, 194:9, 194:13, 194:18, 194:22, 194:24, 195:1, 195:6, 195:10, 195:13,

195:15, 195:17, 195:19, 195:24, 196:5, 196:8, 197:4, 197:6, 197:8, 197:10, 197:13, 197:15, 197:17, 197:19, 197:22, 197:25, 198:2, 198:4, 198:6, 198:10, 198:12, 198:14, 198:17, 198:19, 198:21, 198:24, 199:1, 199:3, 199:5, 199:7, 199:11, 199:13, 199:16, 199:19, 199:22, 199:25, 200:4, 200:6, 200:10, 200:13, 200:17, 200:21, 200:24, 201:4, 201:6, 201:9, 201:12, 201:19, 202:3, 202:8, 202:12, 203:7, 203:14, 204:8, 204:17, 205:5, 205:8, 205:10, 205:12, 206:3, 206:15, 207:10, 207:12, 207:14, 207:16, 207:21, 208:8, 208:13, 208:15, 208:19, 208:21, 208:25, 209:2, 209:10, 209:13, 209:16, 209:19, 209:22, 209:24, 210:1, 210:4, 210:9, 210:13, 210:15, 210:17, 210:21, 210:24, 211:2, 211:5, 211:7, 211:9, 211:11, 211:16, 211:22, 211:25, 212:6, 212:9, 212:11, 212:13, 212:15, 212:19, 213:1, 213:4, 213:9, 213:13, 213:15, 213:17, 213:25, 214:4, 214:8, 214:11, 214:20, 215:1, 215:5, 215:7, 215:10, 215:14, 215:17, 215:20, 215:23, 216:3, 216:11, 216:14, 216:17, 216:21, 216:24, 217:2, 217:5, 217:7, 217:11, 217:14, 217:19, 217:23, 218:1, 218:3, 218:6, 218:9, 218:14, 218:16, 218:19, 218:23, 218:25, 219:11, 220:21, 221:5, 222:2, 222:20, 222:22, 222:25, 223:3, 223:7, 223:9, 223:10, 223:14, 223:15, 225:21, 226:4, 227:1, 227:14, 227:18, 227:22, 227:25, 228:14, 228:21, 228:23, 229:4, 229:8, 229:11, 230:8, 230:14, 230:16, 231:4, 231:10, 232:3, 232:6, 232:14, 233:3, 233:5, 233:6, 233:9, 233:10, 233:12, 233:21, 233:22, 233:25, 235:3, 235:5, 235:8, 235:10, 235:21, 235:25, 236:6, 236:14, 236:18, 236:23, 237:6, 237:11, 237:15, 237:21, 238:1, 238:4, 238:7, 238:12, 238:15, 238:24, 239:3, 239:6, 239:8, 239:13, 239:18, 239:21, 240:1, 240:13, 240:15, 240:19, 240:22, 241:1, 241:3, 241:6, 241:7, 241:9, 241:12, 241:15, 241:20, 242:4, 242:7, 242:9, 242:11, 242:13, 242:15, 242:17, 242:19, 243:2, 243:13, 243:16, 243:20, 243:23, 244:2, 244:6, 244:9, 244:19, 244:21, 244:23, 245:1, 245:3, 245:6, 245:9, 245:13, 245:15, 245:19, 246:2, 246:5, 246:8, 246:11, 246:16, 246:19, 247:1, 247:3, 247:7, 247:16, 247:21, 248:3, 248:7, 248:13, 248:15, 248:24, 249:2, 249:8, 249:19, 249:22, 250:1, 250:5, 250:7, 250:14, 250:19, 250:24, 251:4, 251:9

**court** - 128:21, 132:9, 136:16, 152:10, 156:22, 179:22, 180:19, 187:1, 203:6, 205:2, 206:2, 207:20, 209:1, 209:21, 210:3, 210:8, 211:24, 212:18, 213:16, 215:22, 216:16, 217:13, 218:8, 219:10, 245:8, 245:21

**court's** - 203:1

**Court's** - 248:19

**courthouse** - 205:1

**Courthouse** - 127:4

**courtroom** - 129:7, 131:15, 131:22, 132:22, 132:24, 134:7, 134:9, 136:9, 136:11, 138:14, 138:16, 139:25, 140:3, 141:18, 141:20, 143:24, 144:1, 146:9, 146:19, 147:7, 149:7, 149:13, 149:22, 150:9, 153:16, 153:22, 156:8, 156:11, 157:2, 157:6, 158:15, 161:7, 204:11, 204:13, 204:20, 204:22, 246:7, 246:15

**courts** - 219:13

**cousin** - 191:24

**covered** - 248:9

**covers** - 246:19

**crack** - 188:13

**Crawford** - 248:24, 249:2, 249:4

**credence** - 231:7

**credibility** - 224:21, 225:7, 230:12, 237:19

**credible** - 157:23, 235:5

**crime** - 142:8, 142:11, 184:23, 186:20, 191:6, 192:19, 198:7, 199:23, 199:24, 200:2, 200:4, 200:7, 200:25, 202:1, 202:2, 202:3, 202:16, 203:5, 203:13, 223:22, 225:19

**crimes** - 130:14, 171:10, 175:12, 175:18, 190:23

**Criminal** - 145:1, 145:2

**criminal** - 137:14, 140:23, 140:24, 194:18, 219:13

**cross** - 249:25

**cross-examination** - 249:25

**crossed** - 160:20

**Crown** - 137:4

**crystal** - 171:2

**cup** - 154:17

**cure** - 236:12

**current** - 214:24

**Curtis** - 127:19

**Cw** - 246:23

## D

**Daily** - 175:16, 180:8, 180:13

**date** - 233:13, 233:14, 233:15, 237:24

**daughter** - 197:12, 197:13

**day** - 137:3, 150:14, 163:3, 183:3, 200:2, 219:1, 235:3, 250:23

**days** - 150:18, 182:14

**dead** - 200:3

**deal** - 133:20, 219:14, 231:6, 234:9, 250:24

**dealing** - 194:16

**Decide** - 243:13

**decide** - 132:14, 146:18, 152:9, 169:13, 184:9, 203:17, 243:16

**decided** - 181:21, 181:23

**decision** - 131:7, 141:9, 143:11, 145:6, 148:8, 166:23, 168:13, 181:19, 188:2, 195:17, 197:25, 220:17

**deemed** - 247:9, 247:15

**Defendant** - 127:6, 127:17, 207:5

**defendant** - 142:23, 148:19, 149:2, 149:4, 152:13, 153:3, 153:7, 166:4, 169:5, 175:11, 180:19, 183:25, 184:22, 194:19, 195:23, 198:6, 200:21, 202:9, 204:10, 204:11, 204:18, 207:2, 212:6, 213:10, 214:20, 215:10, 216:24, 217:20, 217:23, 223:23, 224:12, 225:25, 227:7, 227:12, 229:1, 229:18, 229:19, 231:15, 232:18, 232:21, 235:25, 246:24, 247:5, 247:24, 248:11, 249:3, 250:9, 250:15, 251:6

**defendant's** - 223:14, 225:13, 247:3

**defendants** - 206:16, 206:18, 206:20

**defense** - 145:12, 171:19, 187:20, 205:2, 207:9, 217:3, 224:20, 230:2, 234:15

**Defense** - 209:11

**Definitely** - 196:7

**definitely** - 168:21, 171:11, 231:4, 232:2

**degree** - 180:5

**delay** - 244:17

**delays** - 220:12

**Deleonardo** - 248:10, 249:1, 249:10, 249:21

**Deleonardo's** - 247:25

**deliberate** - 221:9

**demands** - 231:22

**demeanor** - 157:3, 171:15

**Denied** - 182:21

**denied** - 203:16

**Department** - 141:6

**departments** - 147:17

**depending** - 128:14

**depends** - 178:24

**Depot** - 139:6, 139:7

**dermatologist** - 133:6

**describe** - 228:4

**designated** - 203:2

**desirable** - 133:19, 133:22

**desire** - 250:22

**despite** - 178:23

**destroying** - 183:22

**detailed** - 214:24

**details** - 175:18, 180:15, 230:12, 230:24, 232:25

**Dibono** - 248:1, 248:11, 249:16

**did** - 129:24, 130:25, 134:20, 137:13, 147:21, 149:4, 149:12, 157:24, 165:23, 166:12, 169:5, 169:6, 172:24, 176:11, 179:18, 180:7, 183:2, 183:18, 186:24, 187:16, 194:1, 195:24, 209:25, 210:16, 223:9, 234:19, 236:2, 236:6, 240:22

**Did** - 132:6, 136:16, 141:25, 142:23, 154:17, 160:7, 163:20, 165:22, 172:4, 174:2, 175:24, 185:13, 186:24, 187:11, 187:21, 192:16, 198:12, 199:11, 223:7, 235:25

**didn't** - 134:25, 147:4, 166:13, 168:1, 176:10, 180:10, 183:3, 187:1, 189:7, 202:20, 224:3, 237:18, 240:17, 240:19, 240:20, 249:3

**different** - 214:4, 226:1, 230:17, 231:5

**difficult** - 135:25, 136:2, 157:19, 178:6, 219:12, 229:21

**difficulties** - 220:6

**difficulty** - 220:16

**diner** - 134:22

**dinnertime** - 190:25

**dire** - 182:12, 182:22, 214:25, 215:3, 215:6

**direct** - 229:18, 231:15

**directly** - 202:19, 225:18, 228:1

**Directly** - 194:11

**discharged** - 167:19

**disclose** - 249:24

**discomfort** - 170:25

**discuss** - 147:12, 153:14, 155:8, 164:24, 221:7, 221:18

**discussed** - 147:9

**discusses** - 145:21

**discussion** - 234:14, 248:16

**discussions** - 145:24, 190:23, 250:19

**dismissed** - 142:15

**Dismissed** - 142:16

**disorder** - 133:8

**disposal** - 226:2

**disposing** - 230:5, 230:6

**disrespects** - 225:15

**distribution** - 167:15, 168:4, 170:2, 171:5

**District** - 127:1, 127:10, 145:14

**disturbing** - 175:25

**division** - 139:11, 141:11

**divorce** - 137:12

**divorced** - 137:13

**Dme** - 167:18

**do** - 129:11, 129:17, 131:25, 132:15, 133:20, 134:3, 134:14, 134:23, 135:14, 135:24, 136:18, 137:1, 138:19, 142:2, 144:5, 148:20, 148:23, 149:9, 150:14, 151:4, 151:7, 151:12, 151:15, 153:7, 154:4, 154:7, 155:17, 156:7, 157:12, 157:14, 158:12, 159:10, 159:13, 160:9, 163:1, 163:22, 168:23, 169:2, 169:21, 170:10, 170:13, 172:24, 174:5, 174:24, 177:2, 177:3, 177:8, 177:10, 177:22, 183:13, 183:22, 185:16, 186:5, 190:9, 193:20, 194:10, 196:5, 198:7, 200:19, 200:22, 203:18, 205:2, 213:22, 215:7, 219:13, 221:2, 221:5, 221:12, 221:17, 221:19, 227:5, 227:7, 228:14, 234:15,

237:15, 238:12, 238:15, 238:24, 239:2, 240:7, 243:7, 243:13, 243:18, 243:20, 243:21, 243:23, 244:12, 245:20, 250:17, 250:22
**Do** - 129:22, 130:19, 135:2, 136:25, 138:21, 140:13, 141:11, 143:16, 146:3, 147:16, 152:14, 157:17, 159:13, 159:20, 164:16, 166:4, 166:10, 168:18, 172:21, 174:10, 174:12, 174:21, 175:3, 176:24, 177:11, 178:4, 179:6, 180:15, 184:7, 189:5, 192:10, 194:13, 199:7, 212:8, 214:2, 215:8, 216:11, 220:16, 220:18, 221:23, 222:7, 222:20, 239:16, 240:3, 242:22, 249:22
**documents** - 225:9
**Does** - 155:22, 202:8
**does** - 128:16, 144:23, 145:13, 145:14, 154:9, 154:12, 154:14, 169:19, 178:15, 220:17, 230:6, 231:6
**doesn't** - 164:23, 200:21, 202:25, 203:11, 203:12, 204:12, 224:25, 226:10, 229:16, 231:25, 248:20
**doing** - 135:16, 140:22, 166:16, 168:20, 168:21, 168:22, 171:11, 171:12, 178:15, 178:16, 183:20, 189:10, 229:3, 244:22
**Dominican** - 144:18
**don't** - 133:13, 137:10, 137:23, 146:6, 147:3, 151:18, 151:24, 153:17, 155:10, 156:24, 162:8, 162:14, 162:20, 163:2, 167:5, 168:1, 168:2, 168:9, 168:16, 168:22, 168:25, 169:1, 169:2, 169:22, 170:4, 170:9, 170:16, 171:1, 180:3, 181:24, 187:20, 187:24, 190:20, 191:16, 192:7, 192:22, 193:12, 194:21, 194:22, 199:9, 203:25, 205:6, 211:20, 221:7, 221:15, 221:16, 221:17, 225:19, 228:9, 229:12, 233:14, 233:20, 234:16, 235:2, 235:17, 236:1, 236:14, 237:18, 245:3, 245:23, 249:23, 251:6
**Don't** - 206:9, 221:18, 221:19
**done** - 169:1
**door** - 134:22, 205:7
**doubt** - 152:24, 166:8, 184:3, 200:19, 228:13, 228:19
**down** - 129:8, 136:12, 141:24, 154:17, 165:21, 171:24, 173:23, 176:22, 177:17, 186:9, 198:19, 208:3, 231:11, 240:24
**downstairs** - 203:23, 204:7
**drink** - 154:20
**drinker** - 154:20
**drip** - 235:17
**dripping** - 234:20
**drive** - 138:23, 138:24, 140:13
**driving** - 220:8
**dropping** - 229:21, 230:6
**drops** - 229:22, 230:7
**drove** - 134:19
**drug** - 148:18, 189:3
**drug-awareness** - 148:18
**drugs** - 148:15, 148:20, 148:24, 175:14, 188:23
**Drunk** - 143:18
**during** - 149:19, 180:24, 214:25, 215:4, 219:23, 219:24, 220:3, 220:12, 223:19, 249:3
**duty** - 135:24, 155:3

## E

**E** - 165:25, 206:1
**Each** - 242:21
**each** - 206:6, 217:19, 221:6, 238:18, 239:15, 243:24, 250:23
**eager** - 201:25, 202:7
**earlier** - 218:18, 218:21, 234:14
**easier** - 243:2
**East** - 127:15, 127:22
**Eastern** - 127:1
**easy** - 156:18, 221:13
**Ed** - 148:17
**editor** - 159:12
**Education** - 147:23
**Educational** - 137:4
**effect** - 219:20
**efforts** - 220:10
**Eight** - 207:15, 210:9, 210:14, 210:17, 211:4, 211:5, 211:6, 211:25, 212:10, 212:11
**eight** - 128:15, 142:22, 144:12, 181:6, 202:15, 211:12, 231:15
**eighteen** - 150:24, 168:8, 171:10, 222:17
**either** - 222:12, 245:18
**electrician** - 140:22
**elementary** - 154:24
**else** - 195:3, 204:23, 206:11, 221:8, 250:3, 251:7
**else's** - 214:4
**emergency** - 150:20, 151:23, 197:11, 197:12
**end** - 218:10, 224:7, 235:3
**endeavor** - 203:10
**ended** - 161:24
**energy** - 161:16, 161:18
**enforcement** - 171:12, 191:23, 192:2
**engineering** - 193:23
**enough** - 177:11, 250:1
**enters** - 129:7, 131:22, 132:24, 134:9, 136:11, 138:16, 140:3, 141:20, 144:1, 147:7, 149:13, 150:9, 153:22, 156:11, 157:6
**entertainment** - 162:20
**Entertainment** - 162:22, 162:23
**entire** - 182:12, 202:23
**entitled** - 147:6
**environment** - 156:21
**environmental** - 194:1
**equipment** - 167:18, 193:23
**equivalent** - 222:9
**ergonomics** - 193:23
**escorted** - 204:2
**Especially** - 226:8
**especially** - 230:25
**Esq** - 127:17, 127:19
**essentially** - 224:7
**Estates** - 154:5
**estimation** - 206:12
**evading** - 202:19
**evaluate** - 169:10
**evaluating** - 168:23
**Evan** - 127:14
**even** - 203:15, 224:24, 233:13, 235:2
**evening** - 154:24, 220:9
**events** - 246:25
**Eventually** - 224:5
**ever** - 147:9
**Ever** - 147:12
**every** - 150:14
**Every** - 235:23
**everybody** - 134:6, 156:1, 204:13, 204:14, 204:23, 214:4
**Everybody** - 128:3, 156:2, 235:18
**Everybody's** - 214:1
**everyone** - 206:3, 232:20
**everything** - 169:5, 221:13
**evidence** - 130:13, 130:20, 132:9, 132:14, 152:12, 162:4, 169:11, 169:13, 170:1, 184:6, 184:10, 200:10, 200:14, 224:8, 229:18, 230:1, 232:2, 233:11, 234:17, 247:25
**evident** - 182:13
**evidentiary** - 234:14
**exactly** - 230:24
**examination** - 249:3, 249:25
**example** - 135:25, 190:15
**Except** - 218:17
**except** - 200:6
**exception** - 248:9
**exceptional** - 235:14, 235:15
**Exchange** - 129:19
**exclude** - 247:25
**exclusion** - 223:1
**exclusively** - 230:21
**Excuse** - 137:9, 138:3, 144:20, 154:13, 161:17, 163:6, 183:6, 199:2
**excuse** - 216:11, 220:13, 237:7, 238:15, 238:16
**Excused** - 153:20, 182:6
**excused** - 129:2, 133:7, 133:10, 133:12, 136:4, 146:13, 149:6, 156:25, 159:22, 163:4, 167:6, 171:18, 173:14, 173:21, 176:1, 176:3, 176:4, 176:15, 176:17, 176:19, 177:4, 177:7, 181:3, 181:5, 181:17, 182:6, 182:9, 194:24, 194:25, 196:8, 196:10, 207:22, 207:24, 208:1, 209:2, 209:3, 209:4, 209:22, 210:4, 210:5, 211:25, 212:1, 212:19, 212:20, 213:17, 213:18, 215:23, 215:24, 217:14, 217:15, 218:9, 222:1, 222:19, 241:4, 241:9, 241:11, 244:7
**excusing** - 163:7, 182:17, 238:13
**executed** - 143:2
**exercise** - 203:19, 204:11, 206:7, 207:2, 207:3, 207:4, 242:21, 244:12
**exhausted** - 201:16
**Exhibit** - 223:10, 223:15
**expect** - 179:25
**expensive** - 191:13
**expert** - 247:10, 247:15
**explain** - 178:9
**explained** - 224:20
**explaining** - 246:22
**explanation** - 157:22
**expressed** - 170:25, 171:4, 250:21
**extent** - 182:20, 227:2
**extraordinarily** - 202:7
**extras** - 238:18
**extremely** - 201:25, 229:24

## F

**F** - 206:1
**Face** - 159:5
**face** - 163:16, 202:25
**fact** - 184:5, 192:18, 200:24, 202:17, 225:10, 233:22, 233:24, 247:15
**facts** - 152:9, 223:23, 224:19, 225:10
**fair** - 131:9, 138:7, 139:17, 143:14, 147:4, 152:6, 155:16, 158:11, 165:1, 167:5, 168:24, 170:3, 171:5, 179:4, 185:23, 189:3, 192:12, 192:20, 192:23, 194:13, 194:20, 198:2, 198:10, 201:1, 201:3, 203:13
**fairly** - 130:14, 157:19, 169:4, 174:17, 178:6, 184:24, 189:5, 223:5
**familiar** - 170:16
**familiarity** - 202:18
**family** - 142:8, 164:6, 164:11, 188:4, 190:14, 190:23, 191:23, 199:22, 200:8, 202:20, 202:25, 232:9, 232:12, 238:7, 238:14
**Family** - 175:1, 225:13, 225:14, 235:1, 248:11, 248:25
**far** - 174:9, 201:12, 202:2, 202:5, 225:10, 230:4, 230:5, 232:1, 234:7
**Farber** - 127:19, 128:17, 132:18, 136:8, 149:11, 150:5, 153:18, 171:19, 181:11, 182:10, 182:23, 183:5, 184:18, 184:20, 189:14, 198:5, 201:5, 202:22, 204:4, 204:25, 205:6, 205:11, 208:17, 209:15, 209:20, 210:19, 210:23, 210:25, 212:8, 212:12, 212:14, 213:12, 213:14, 222:24, 237:12, 237:17, 237:24, 238:6, 238:9, 238:11, 238:22, 239:16, 241:13, 241:24, 242:1, 242:3, 243:7, 244:1, 244:7, 246:18, 247:6, 247:19, 250:21, 251:2, 251:8, 251:12
**fast** - 172:16

**father** - 200:2, 200:6
**father's** - 148:3, 202:2
**feel** - 133:14, 155:25, 158:4, 170:10, 170:11, 170:13, 183:22, 195:22, 206:9
**feeling** - 133:2, 134:11, 136:14, 143:16, 153:25, 156:12, 157:9, 161:12, 161:13, 167:12, 172:2, 176:8, 178:11, 178:14, 186:12, 186:13, 198:22, 200:13
**feelings** - 157:18, 178:4, 183:13
**feet** - 224:4, 229:7, 229:15, 232:11
**fell** - 211:15
**felt** - 183:16
**few** - 185:7, 186:19, 222:11, 230:6, 232:21
**field** - 135:14
**fifteen** - 166:14, 189:1, 191:9, 224:24
**fifth** - 214:17, 217:17
**Fifth** - 206:23
**fight** - 187:18
**Fighting** - 142:12
**figure** - 192:19
**figures** - 160:20
**filed** - 234:7
**fill** - 201:24
**filled** - 207:6
**final** - 201:18
**finally** - 250:5
**financial** - 135:19
**find** - 135:1, 142:23, 162:13, 186:24, 219:2
**Fine** - 131:24, 140:7, 140:8, 141:22, 144:4, 157:8, 160:5, 161:12, 161:13, 172:1, 177:20, 195:10, 198:23
**fine** - 133:16, 197:16
**finish** - 204:5
**finished** - 128:4, 144:14
**firearm** - 190:20
**firearms** - 190:15, 190:19
**firm** - 231:10
**first** - 129:1, 129:5, 130:1, 144:11, 147:1, 183:3, 195:14, 206:16, 207:2, 207:4, 207:5, 207:23, 208:4, 208:8, 210:13, 212:2, 212:6, 212:8, 212:9, 212:21, 213:1, 214:13, 214:20, 214:24, 215:11, 215:25, 216:24, 217:20, 217:21, 217:22, 219:1, 231:18, 238:16, 239:14, 241:17, 242:1, 243:5, 243:6, 243:7, 243:10, 243:11, 243:14, 244:11, 244:13, 244:22, 245:11, 245:20
**fitness** - 203:3
**Five** - 144:7, 208:23, 209:6, 209:9, 210:10, 217:4
**five** - 128:14, 142:14, 148:7, 148:13, 181:8, 181:9, 181:10, 219:24, 224:13, 231:13, 245:3, 245:4
**flipped** - 180:11
**flooding** - 220:4
**Floor** - 127:19
**Florida** - 232:8, 237:8, 240:24
**Flushing** - 174:8
**focus** - 236:21
**focusing** - 233:7, 235:5
**follow** - 129:24, 146:15, 146:17, 155:9, 157:25, 162:11, 162:12, 169:7, 170:24, 178:19, 191:11, 192:8, 203:1, 219:12, 249:17
**follow-up** - 249:17
**followed** - 146:23, 174:10, 183:15, 191:9, 203:6
**following** - 158:2, 191:10
**foot** - 224:11, 224:24, 225:3, 226:6, 227:9, 227:10, 227:16, 227:20, 228:6, 228:7, 229:22, 232:8, 232:20, 234:20, 235:1, 235:17, 236:3, 236:7
**For** - 127:12, 127:17, 188:10, 188:11, 190:15, 194:7, 194:9, 199:16, 199:17, 213:4, 236:15
**for** - 128:9, 128:13, 129:18, 135:17, 135:23, 135:25, 136:1, 141:4, 141:5, 143:9, 145:15, 146:13, 147:16, 147:19, 147:21, 151:4, 151:5, 151:13, 151:15, 151:22, 156:18, 156:21, 157:19, 162:14, 162:19, 166:10, 166:13, 166:17, 167:16, 167:18, 168:2, 168:3, 168:8, 168:15, 169:25, 171:3, 171:4, 175:8, 178:6, 179:1, 180:20, 183:16, 194:6, 194:8, 194:10, 201:7, 201:21, 202:11, 202:15, 202:17, 202:23, 203:7, 204:8, 205:8, 205:10, 206:9, 206:10, 210:21, 213:10, 214:21, 219:16, 220:7, 220:24, 221:13, 223:1, 224:6, 224:21, 226:2, 229:1, 229:2, 231:18, 232:9, 236:5, 236:12, 237:2, 238:3, 240:12, 240:24, 244:16, 247:22, 248:21, 248:22, 248:23, 248:24, 250:22, 251:6
**forces** - 203:17
**Forest** - 138:20
**forgot** - 149:18, 202:14, 240:18, 245:10
**form** - 146:16, 182:15
**formally** - 146:16
**formed** - 195:19
**forms** - 203:10
**forth** - 145:11, 180:1
**forty** - 185:6
**forward** - 201:8
**found** - 162:5, 196:2, 240:18
**Four** - 207:9, 208:2, 208:12
**four** - 128:14, 211:12, 231:14
**Fourteen** - 173:3
**Fourth** - 206:22
**fourth** - 207:21, 214:16
**Frank** - 135:2, 135:3, 135:5, 135:6, 135:10
**Franklin** - 163:24
**frankly** - 149:1, 234:23
**free** - 134:4, 146:16
**freezing** - 220:1, 220:4, 220:6
**Friday** - 220:25
**Fridays** - 220:23
**friend** - 142:8, 188:4, 191:22, 191:25, 199:22
**Friends** - 137:4, 200:8
**frightening** - 156:21, 156:22
**from** - 133:10, 133:12, 149:24, 150:16, 151:2, 163:24, 164:6, 164:13, 167:19, 170:2, 172:6, 173:4, 181:17, 191:11, 197:2, 214:4, 215:3, 218:10, 219:20, 220:9, 224:4, 226:2, 230:7, 234:21, 239:18, 239:20, 241:6, 242:4, 246:22, 249:18, 250:11
**From** - 172:9, 172:12, 240:23
**front** - 204:3, 208:23, 233:15, 238:18, 239:9, 240:2, 240:15
**Full** - 161:16, 161:18
**full** - 199:14
**full-time** - 199:14
**function** - 219:13
**funded** - 137:6
**fur** - 154:25
**further** - 131:11, 132:17, 141:13, 143:19, 147:5, 153:14, 165:3, 184:15, 185:1, 192:14, 193:2, 201:4, 251:7

## G

**Gambino** - 174:25, 225:16, 232:9, 234:25, 248:11, 248:25
**Gardens** - 142:3
**gather** - 220:11, 222:5
**gave** - 189:7, 189:9, 224:6
**general** - 225:7
**generally** - 187:2
**get** - 136:2, 138:22, 142:4, 149:17, 153:10, 154:7, 157:14, 162:14, 162:20, 177:24, 178:17, 201:10, 204:2, 204:13, 211:17, 214:24, 222:11, 224:1, 224:2, 225:18, 230:10, 236:8, 239:9, 239:18, 239:20, 240:2, 240:22, 242:4, 246:16, 247:2, 250:9, 250:15
**Get** - 216:4, 219:8, 250:25
**getting** - 136:16, 141:25, 160:7, 161:24, 163:20, 165:22, 172:4, 174:2, 185:13, 188:14, 196:1, 204:25, 211:14, 239:24
**give** - 144:12, 151:22, 168:16, 169:17, 232:23
**Give** - 214:12, 241:3, 242:3, 242:4
**given** - 132:11, 158:3, 225:10, 227:8, 229:24, 250:1
**giving** - 182:11, 232:19
**glad** - 161:2, 189:7
**go** - 133:8, 134:5, 150:21, 162:25, 170:8, 176:17, 185:7, 187:1, 187:21, 189:7, 191:11, 205:5, 206:5, 212:8, 212:9, 214:20, 217:21, 218:25, 221:6, 221:14, 221:19, 222:10, 222:12, 222:15, 222:17, 236:1, 236:14, 244:13, 245:18, 245:23, 246:13
**Go** - 161:5, 236:23
**God** - 187:14
**godfather** - 202:15, 202:18, 202:21, 203:2
**goes** - 156:2, 201:12, 208:8, 210:1, 210:13, 212:6, 213:1, 216:24, 217:20, 217:21, 225:6, 225:7, 225:18, 228:1
**going** - 128:4, 128:6, 135:25, 144:9, 144:15, 145:11, 147:5, 150:23, 152:8, 155:2, 169:24, 178:17, 179:20, 180:5, 186:19, 203:9, 203:10, 204:18, 205:6, 218:25, 219:18, 221:5, 221:12, 222:2, 222:3, 224:18, 224:20, 225:4, 225:13, 226:9, 226:10, 227:13, 230:13, 231:16, 231:19, 233:2, 234:22, 234:24, 239:2, 242:20, 245:9, 247:17, 250:10
**gone** - 179:17, 238:25
**Good** - 129:8, 132:25, 133:1, 134:1, 134:2, 134:6, 134:10, 134:11, 134:13, 134:14, 136:6, 136:8, 138:17, 138:18, 139:13, 140:4, 140:5, 141:21, 141:22, 144:2, 144:3, 149:14, 149:15, 150:10, 150:11, 153:23, 153:24, 154:2, 154:3, 156:4, 156:12, 157:7, 157:11, 159:3, 159:4, 160:2, 160:3, 160:6, 161:10, 161:20, 163:12, 165:20, 167:11, 167:13, 173:24, 173:25, 176:22, 177:16, 181:14, 183:11, 183:12, 185:11, 185:12, 186:8, 186:12, 189:24, 189:25, 193:9, 195:6, 195:8, 197:6, 197:7, 206:3
**good** - 136:15, 152:20, 152:21, 160:16, 160:21, 166:2, 172:15, 177:21, 186:12, 189:11, 206:4, 231:6, 235:11
**Google** - 149:4, 149:9
**Googled** - 149:2
**Googling** - 221:19
**got** - 132:4, 154:16, 160:20, 163:1, 168:7, 168:8, 168:11, 175:22, 187:17, 188:8, 188:15, 189:10, 232:17
**Gotti** - 131:3, 131:5, 139:14
**government** - 147:17, 147:24, 153:3, 166:7, 166:10, 184:2, 200:18, 206:17, 206:19, 206:21, 207:3, 207:14, 208:8, 210:1, 210:13, 212:16, 213:1, 215:15, 217:21, 218:3, 223:3, 224:18, 224:23, 228:1, 228:10, 230:3, 233:18, 234:4, 234:8, 235:7, 244:12, 245:19, 246:22, 248:3, 248:23, 249:9, 249:20
**Government** - 127:12
**government's** - 222:25, 223:5, 223:9, 223:21, 225:19, 230:23, 236:21
**grand** - 140:17
**great** - 156:13, 203:12, 203:22, 219:14, 220:13, 234:9
**grew** - 170:5, 170:6, 170:7
**grounds** - 201:22
**group** - 182:17, 190:14
**guess** - 134:25
**guilt** - 152:13, 184:6, 200:18
**Guilty** - 165:25

**guilty** - 152:18, 152:20, 152:22, 153:9, 153:10, 157:20, 166:8, 178:7, 184:3, 187:1, 228:12
**gun** - 180:20
**gunpoint** - 148:2
**guy** - 167:4, 187:16, 187:17, 187:18, 187:19, 191:11, 232:22, 232:23, 236:4
**guy's** - 229:7, 236:3
**guys** - 227:9, 229:15, 239:16
**gym** - 170:8

## H

**had** - 131:19, 139:9, 172:23, 179:17, 180:20, 182:22, 187:18, 188:13, 189:8, 197:11, 202:22, 203:4, 207:18, 215:3, 223:24, 225:25, 227:10, 231:8, 235:1, 245:10, 247:7, 247:9, 247:15, 247:20
**half** - 203:9, 203:10, 250:13
**handing** - 198:5
**handle** - 204:15, 244:10
**handled** - 187:3
**handwriting** - 135:13
**hanging** - 143:8
**hangs** - 227:1
**happen** - 155:2, 204:1
**happened** - 137:23, 142:25, 148:12, 149:11, 168:5, 168:10, 200:2, 223:23, 225:5, 225:8, 227:15, 228:4, 230:25, 232:17, 232:23, 235:14, 235:15, 235:16
**happy** - 165:6, 193:12, 201:10, 213:23
**harbors** - 171:11
**hard** - 232:19, 236:11
**harsh** - 232:14
**Has** - 238:25
**has** - 129:2, 135:8, 142:8, 145:23, 146:23, 149:23, 149:24, 151:2, 152:16, 153:2, 153:7, 153:17, 163:14, 166:7, 171:1, 176:4, 184:2, 187:14, 200:7, 200:17, 200:18, 206:7, 209:11, 219:11, 221:18, 224:23, 227:7, 228:2, 228:10, 229:1, 229:2, 230:19, 232:6, 237:8, 250:21
**hasn't** - 148:20, 175:2, 248:3
**have** - 128:5, 128:11, 129:4, 130:8, 131:1, 131:18, 132:6, 133:6, 133:8, 133:15, 134:3, 134:25, 135:25, 136:16, 141:25, 143:16, 144:8, 144:23, 146:1, 148:24, 149:9, 150:12, 150:14, 150:16, 150:19, 150:25, 151:3, 151:15, 151:18, 151:24, 152:7, 152:21, 154:17, 155:11, 157:18, 159:15, 159:16, 160:7, 161:2, 162:5, 162:8, 162:16, 162:25, 163:20, 164:16, 165:6, 165:13, 165:22, 166:19, 168:2, 168:3, 168:15, 168:18, 170:24, 171:1, 172:4, 172:17, 174:2, 176:24, 177:8, 177:9, 177:10, 177:11, 178:4, 179:21, 181:6, 181:8, 181:21, 181:23, 182:2, 182:13, 182:15, 182:17, 182:19, 182:20, 182:22, 182:23, 182:24, 182:25, 183:13, 184:18, 184:19, 185:6, 185:13, 185:25, 186:5, 187:1, 189:7, 190:25, 191:22, 193:17, 194:10, 195:1, 195:2, 195:19, 195:21, 195:22, 197:2, 199:7, 199:23, 200:13, 200:21, 203:15, 203:21, 203:23, 204:1, 204:2, 204:10, 204:17, 205:5, 206:5, 206:16, 207:7, 209:14, 209:24, 211:1, 211:20, 212:6, 213:22, 214:2, 214:5, 214:6, 214:8, 215:16, 216:21, 216:25, 217:2, 217:19, 219:1, 219:3, 219:6, 219:7, 219:12, 219:18, 220:16, 220:23, 220:25, 221:5, 221:11, 221:12, 222:2, 222:3, 222:4, 222:20, 222:22, 223:7, 223:9, 223:14, 224:18, 227:13, 228:12, 228:18, 231:8, 233:14, 233:20, 234:10, 235:23, 236:11, 236:15, 236:24, 237:16, 238:13, 238:15, 238:18, 238:24, 239:12, 239:18, 240:5, 244:11, 245:4, 245:6, 246:8, 247:3, 247:21, 248:4, 248:24, 249:22, 250:2, 250:5, 250:10, 250:12, 250:17, 250:24
**Have** - 179:11, 190:13, 204:22, 237:21, 241:17
**haven't** - 219:4, 219:15, 227:18, 239:11
**having** - 160:13
**hazards** - 194:1
**he** - 137:21, 148:20, 149:24, 150:21, 151:1, 153:9, 153:17, 171:6, 171:9, 171:10, 171:11, 171:16, 175:11, 191:11, 191:12, 192:18, 196:1, 196:2, 196:3, 202:6, 202:8, 202:17, 202:20, 202:24, 203:2, 203:4, 214:24, 215:4, 224:1, 224:2, 224:3, 224:6, 225:17, 227:8, 227:9, 227:16, 228:5, 228:17, 229:5, 229:12, 232:10, 232:23, 234:19, 236:2, 236:6, 236:18, 236:24, 244:6, 244:9, 245:10, 248:12, 248:24, 249:11, 249:14
**He** - 135:7, 137:22, 143:1, 143:2, 151:2, 152:16, 164:23, 170:24, 171:9, 171:18, 201:23, 201:25, 202:20, 202:22, 203:4, 229:2, 229:8, 229:11, 229:13, 229:14, 229:19, 232:19, 236:2, 236:7, 245:12, 246:1
**he'd** - 170:24
**he's** - 135:8, 141:11, 150:15, 152:18, 152:20, 152:21, 152:22, 152:25, 153:2, 153:9, 198:7, 200:24, 225:14
**He's** - 141:5, 150:23, 152:19, 171:4, 174:25, 224:13, 232:9
**head** - 187:19, 211:1, 229:19, 234:23
**health** - 133:24, 154:20, 193:22, 194:4
**health-wise** - 154:20
**hear** - 175:9, 180:5, 190:23, 215:1, 222:7, 222:25, 227:22, 231:2, 234:22, 239:1
**heard** - 131:2, 136:3, 226:3
**hearing** - 169:3
**hears** - 231:12
**hearsay** - 247:25, 248:8
**heart** - 229:20
**heartbeat** - 156:24
**heavy** - 219:22
**Heights** - 137:4
**held** - 148:2, 203:2, 222:18
**Hello** - 176:7
**help** - 163:11, 201:10, 221:12, 222:5, 239:22
**helped** - 187:17
**her** - 145:10, 145:11, 145:21, 146:10, 146:21, 146:23, 147:1, 147:2, 147:13, 237:21, 240:24, 240:25, 241:3, 241:7
**Here** - 134:18, 235:8, 237:23
**here** - 130:10, 131:7, 131:19, 132:4, 133:13, 138:22, 139:1, 141:2, 145:6, 148:8, 154:7, 154:16, 155:22, 157:14, 163:20, 165:13, 165:14, 165:21, 166:23, 168:13, 171:2, 173:11, 176:22, 177:17, 177:20, 177:24, 181:8, 181:12, 181:25, 186:9, 195:17, 197:2, 197:8, 197:17, 197:25, 198:20, 200:11, 204:4, 219:16, 220:25, 222:8, 229:17, 229:24, 237:22, 239:6, 239:13, 239:25, 241:22, 241:23, 241:25, 245:15, 250:9, 250:15, 250:16, 250:18, 250:25, 251:3
**hesitant** - 231:7
**Hi** - 129:10, 161:11
**high** - 188:14, 229:24, 234:18
**highly** - 231:5
**Hill** - 160:24
**Hills** - 138:20
**him** - 128:21, 137:19, 141:10, 142:25, 150:17, 150:21, 150:25, 166:8, 180:20, 184:3, 187:19, 191:11, 196:4, 200:3, 202:10, 202:12, 202:16, 202:20, 202:25, 203:3, 203:12, 203:24, 203:25, 204:2, 204:6, 204:22, 215:6, 216:4, 218:5, 224:6, 228:12, 229:3, 229:5, 229:6, 232:19, 232:21, 233:18, 238:16, 246:5, 247:22, 248:25, 249:25, 250:18, 250:25
**hire** - 155:4
**His** - 201:22
**his** - 128:21, 149:24, 151:2, 171:4, 171:6, 171:8, 171:15, 171:16, 190:25, 196:1, 202:2, 202:15, 202:18, 202:21, 202:23, 203:3, 223:25, 224:2, 225:14, 225:15, 225:16, 227:16, 227:20, 232:19, 235:1, 246:25
**hit** - 187:19, 248:12, 249:15
**Hmm** - 141:1, 148:16
**hold** - 245:3, 245:4
**hole** - 227:11
**Home** - 139:6, 139:7
**home** - 134:5, 164:11, 176:17, 191:11, 238:25
**homicide** - 197:20
**Honor** - 128:4, 128:11, 128:22, 131:12, 136:5, 136:15, 138:8, 138:10, 138:11, 139:21, 139:22, 141:14, 141:15, 143:20, 143:21, 146:11, 155:20, 155:21, 156:10, 159:1, 171:20, 181:16, 184:18, 204:16, 204:24, 207:8, 209:15, 209:20, 210:7, 211:18, 215:16, 217:6, 218:7, 220:19, 220:20, 222:21, 222:24, 223:2, 223:4, 223:11, 223:22, 226:2, 227:21, 229:16, 230:19, 231:9, 234:3, 234:13, 237:14, 239:10, 244:25, 245:18, 246:6, 246:18, 247:6, 250:11, 251:1
**Honor's** - 226:9
**Honorable** - 127:9
**hope** - 133:14, 161:19, 250:17
**horrific** - 234:23
**hospital** - 167:19, 167:24
**hour** - 250:13
**hours** - 172:7, 231:15
**house** - 164:5, 164:9, 166:18, 173:4, 191:12, 223:25, 225:16
**housekeeping** - 251:6
**housing** - 151:12
**how** - 129:13, 132:4, 136:23, 148:6, 154:7, 158:1, 158:4, 162:17, 169:1, 169:10, 169:24, 170:10, 177:24, 178:18, 195:1, 195:22, 195:25, 196:2, 201:12, 204:1, 235:6, 235:24
**How** - 131:23, 133:2, 134:11, 134:13, 136:14, 137:21, 138:17, 138:18, 140:6, 140:7, 141:21, 142:13, 144:3, 148:12, 149:16, 150:22, 151:15, 152:18, 153:25, 154:12, 154:14, 156:12, 157:7, 157:9, 157:14, 160:4, 161:11, 161:12, 161:13, 167:12, 171:25, 172:2, 172:17, 173:2, 176:7, 177:8, 177:10, 177:19, 181:14, 181:15, 181:23, 183:12, 185:11, 186:5, 186:10, 186:11, 186:13, 188:25, 190:1, 193:10, 193:17, 194:10, 195:7, 195:9, 197:13, 198:22, 228:14, 249:2, 249:4
**Howard** - 170:8, 170:9
**hum** - 169:18, 169:19, 186:23, 187:24
**humiliated** - 183:16
**hung** - 143:1
**hurting** - 183:21
**husband's** - 164:18
**Hyzaar** - 149:21

## I

**I** - 128:11, 128:24, 129:2, 129:18, 131:2, 132:1, 132:16, 133:3, 133:6, 133:7, 133:8, 133:13, 133:14, 133:15, 133:20, 133:25, 134:3, 134:19, 134:24, 134:25, 135:3, 135:7, 135:12, 135:13, 135:15, 135:16, 135:17, 135:21, 135:23, 135:24, 135:25, 136:2, 137:1,

137:13, 137:19, 138:23, 140:14, 141:10, 142:5, 142:21, 143:15, 144:11, 145:9, 146:15, 146:19, 146:22, 147:1, 147:3, 147:10, 147:18, 147:19, 148:7, 148:13, 149:2, 149:17, 150:16, 150:21, 151:5, 151:12, 152:2, 152:7, 153:11, 153:17, 153:18, 153:19, 154:10, 154:15, 154:16, 154:20, 154:23, 154:25, 155:8, 155:10, 155:11, 155:18, 155:25, 156:24, 157:24, 158:2, 158:4, 158:6, 159:9, 159:11, 159:12, 159:15, 160:10, 161:13, 161:15, 161:19, 161:23, 161:24, 162:3, 162:12, 162:13, 162:14, 162:16, 162:17, 162:19, 162:20, 162:25, 163:2, 163:7, 163:10, 163:16, 163:23, 164:7, 164:8, 164:25, 165:2, 165:23, 166:13, 166:15, 166:17, 167:1, 167:4, 167:5, 167:16, 168:1, 168:2, 168:3, 168:6, 168:8, 168:9, 168:14, 168:15, 168:16, 168:21, 168:22, 168:25, 169:1, 169:2, 169:4, 169:5, 169:9, 169:17, 169:21, 169:22, 170:4, 170:5, 170:6, 170:7, 170:8, 170:9, 170:10, 170:11, 170:16, 170:18, 170:19, 170:23, 171:2, 171:14, 171:16, 172:6, 172:11, 172:18, 172:22, 172:23, 172:25, 173:5, 173:7, 174:12, 175:4, 175:9, 175:10, 175:16, 175:17, 175:21, 176:10, 176:12, 177:3, 178:18, 179:5, 179:7, 179:23, 180:3, 180:4, 180:5, 180:9, 180:10, 180:11, 180:17, 180:20, 180:21, 181:1, 181:16, 181:19, 181:24, 182:2, 182:11, 182:22, 183:2, 183:3, 183:4, 183:16, 183:19, 183:21, 183:22, 184:19, 185:7, 185:22, 185:24, 186:19, 187:1, 187:16, 187:17, 187:19, 187:20, 187:24, 188:1, 188:8, 188:13, 188:14, 188:15, 188:16, 188:19, 188:22, 189:2, 189:7, 189:8, 189:9, 189:10, 190:18, 190:22, 191:4, 191:10, 191:15, 191:16, 191:19, 191:21, 192:7, 192:13, 192:22, 194:7, 194:11, 194:15, 194:16, 194:21, 195:1, 195:2, 195:21, 195:22, 197:11, 199:9, 200:1, 200:3, 200:15, 200:20, 200:23, 201:8, 201:16, 202:5, 203:17, 203:18, 203:21, 203:25, 204:15, 205:3, 205:4, 205:6, 206:1, 210:25, 211:1, 211:10, 211:15, 214:5, 214:23, 215:1, 215:5, 215:7, 216:13, 216:25, 219:7, 219:11, 219:15, 219:16, 219:18, 220:13, 221:6, 221:7, 221:8, 221:14, 221:15, 222:15, 223:5, 223:9, 223:12, 223:14, 223:17, 224:8, 224:15, 224:19, 225:19, 225:23, 226:3, 226:7, 226:8, 227:3, 227:5, 227:17, 227:22, 227:24, 228:1, 228:18, 228:21, 229:8, 229:12, 229:16, 231:4, 231:7, 231:9, 231:17, 232:13, 233:4, 233:6, 233:12, 233:14, 233:20, 233:21, 233:24, 234:7, 234:10, 234:17, 235:2, 235:23, 235:25, 236:9, 236:10, 237:18, 237:19, 238:24, 239:1, 239:7, 240:5, 240:18, 240:20, 243:7, 243:19, 245:20, 246:19, 247:2, 247:13, 247:17, 247:21, 248:5, 248:7, 248:19, 248:21, 248:22, 248:25, 249:6, 249:8, 249:16, 249:19, 249:23, 250:1, 250:2, 250:16, 250:17

**I'd** - 170:10, 237:2

**I'll** - 128:21, 134:25, 206:13, 222:25, 223:6, 249:12

**I'm** - 137:3, 139:4, 141:12, 144:9, 145:16, 146:13, 147:5, 147:22, 148:16, 148:17, 149:18, 154:1, 154:19, 154:23, 155:25, 156:1, 156:2, 156:15, 159:19, 162:15, 167:1, 167:15, 170:16, 175:9, 177:20, 186:12, 189:10, 199:14, 201:10, 210:1, 213:23, 214:8, 215:5, 216:3, 218:25, 219:18, 222:2, 222:3, 234:1, 240:21, 249:6

**I've** - 167:3, 168:25

**ice** - 220:2, 220:8

**identify** - 248:24

**identity** - 248:1

**If** - 144:12, 146:16, 153:9, 163:2, 163:10, 178:18, 190:20, 199:25, 221:11, 225:2, 230:5, 233:21, 238:16, 248:5

**if** - 133:13, 147:2, 153:10, 155:8, 162:15, 162:20, 168:1, 168:2, 168:9, 168:16, 169:3, 169:4, 169:22, 170:16, 190:20, 195:3, 202:4, 205:4, 206:9, 215:5, 221:14, 221:16, 221:17, 225:7, 226:2, 226:5, 226:9, 227:9, 227:10, 228:5, 230:21, 231:10, 233:24, 234:24, 243:3

**imagine** - 233:24, 234:10, 236:10

**immediately** - 225:17

**impact** - 232:6

**impartial** - 131:9, 138:7, 139:17, 143:14, 152:3, 155:16, 158:11, 165:1, 168:24, 170:3, 171:5, 179:4, 185:23, 189:3, 198:2, 201:1, 201:3

**impartially** - 130:14, 157:20, 178:6

**important** - 203:25, 211:16, 219:13, 233:10

**In** - 128:2, 141:7, 143:6, 144:6, 148:3, 167:3, 178:3, 179:1, 185:17, 200:8, 204:25, 206:2, 207:20, 209:1, 209:21, 210:3, 210:8, 211:24, 212:18, 213:16, 215:22, 216:16, 217:13, 218:8, 219:10, 224:1, 224:23, 230:2, 240:10, 240:11, 245:6, 245:8, 245:21

**in** - 128:19, 129:5, 129:13, 129:18, 129:20, 130:5, 130:14, 132:1, 135:8, 135:14, 136:2, 137:3, 137:12, 137:14, 137:19, 137:20, 139:3, 139:4, 139:11, 139:17, 141:4, 141:11, 141:25, 142:4, 143:11, 144:9, 144:25, 145:4, 145:5, 145:17, 145:18, 146:19, 146:21, 146:24, 146:25, 148:15, 148:17, 149:25, 150:3, 150:7, 150:8, 152:3, 152:6, 152:9, 154:5, 154:17, 156:21, 157:17, 157:23, 158:8, 160:7, 160:16, 160:23, 161:22, 162:4, 162:16, 163:16, 164:7, 164:18, 164:21, 165:17, 165:22, 166:19, 166:20, 166:21, 167:2, 167:14, 167:15, 168:24, 169:13, 169:25, 170:2, 170:7, 170:8, 171:5, 171:8, 172:4, 172:17, 172:25, 174:2, 174:10, 175:10, 179:13, 179:17, 179:21, 179:22, 180:10, 180:18, 180:20, 181:11, 182:14, 182:15, 183:4, 183:15, 183:24, 184:12, 185:13, 187:1, 187:18, 187:19, 188:2, 188:5, 189:3, 190:14, 190:23, 191:12, 191:22, 192:1, 192:16, 192:20, 194:13, 194:15, 194:18, 197:4, 198:10, 199:22, 201:13, 201:22, 202:5, 202:16, 202:21, 202:22, 202:23, 203:8, 203:13, 203:22, 204:4, 204:10, 204:11, 204:13, 204:21, 204:22, 204:23, 205:3, 206:11, 207:5, 207:6, 207:7, 207:21, 207:23, 207:25, 208:4, 208:5, 208:9, 208:12, 208:19, 208:23, 209:8, 210:24, 211:1, 212:2, 212:3, 212:17, 212:21, 212:23, 213:8, 213:25, 214:13, 214:23, 215:8, 215:12, 215:25, 216:5, 216:7, 216:11, 216:13, 217:4, 217:7, 217:25, 218:11, 219:13, 219:14, 219:20, 220:11, 220:21, 220:22, 221:2, 221:25, 222:4, 222:5, 222:9, 222:11, 222:13, 222:17, 223:6, 223:12, 223:18, 224:9, 224:12, 224:15, 224:21, 225:7, 225:13, 225:14, 225:16, 226:10, 226:11, 227:3, 227:6, 227:9, 227:10, 227:11, 227:25, 228:17, 229:13, 229:19, 229:20, 229:22, 230:10, 231:8, 231:11, 231:12, 232:1, 232:2, 232:8, 233:7, 233:9, 233:12, 233:15, 233:22, 233:24, 233:25, 234:1, 234:5, 234:6, 234:8, 234:11, 234:14, 234:21, 234:23, 235:3, 236:17, 236:22, 236:24, 237:3, 237:21, 238:16, 239:3, 239:8, 239:19, 240:1, 240:15, 240:24, 241:12, 241:17, 243:2, 243:3, 243:17, 244:9, 245:17, 246:11, 247:10, 247:12, 247:14, 247:15, 247:18, 247:22, 247:25, 248:16, 248:17, 249:7, 249:9, 249:20

**inappropriate** - 234:1

**inch** - 220:2

**inches** - 128:15, 219:24

**incident** - 223:19, 223:24, 224:7, 232:17, 234:25, 235:4, 245:6

**incidents** - 231:10

**including** - 194:4

**incoherent** - 201:23

**indeed** - 225:14

**independent** - 162:15

**indicate** - 247:9

**indicated** - 171:1, 178:3, 215:3, 247:8

**indicating** - 198:20

**indictment** - 130:19, 132:8, 148:23, 184:5

**individual** - 233:16, 233:17

**individually** - 221:7

**individuals** - 223:24

**inflammatory** - 181:2, 224:17, 225:11, 225:20, 233:24, 235:6

**influenced** - 171:16

**information** - 224:2, 224:6, 225:18, 236:5, 249:3, 249:9, 249:17

**informed** - 248:10

**Innocent** - 152:19

**innocent** - 152:13, 152:16, 152:19, 153:1, 153:2, 166:5, 183:17, 183:25, 198:7

**inquire** - 147:5

**inquiry** - 147:6

**instance** - 224:22, 224:23, 226:11

**Instead** - 243:6

**instead** - 183:21, 226:4, 243:6

**instructed** - 178:18

**instruction** - 132:15, 162:11

**instructions** - 130:15, 146:17, 152:10, 155:9, 157:25, 158:3, 169:7, 170:24, 178:20, 180:23, 184:10, 192:4, 192:8, 203:1, 222:6

**instructs** - 222:16

**interest** - 178:9

**Interesting** - 247:16

**interesting** - 146:2, 147:8, 147:11, 149:3

**interfere** - 173:8, 214:7

**Internet** - 182:3, 182:4, 221:19

**internship** - 173:1

**interview** - 136:1

**interviewed** - 221:6

**into** - 132:9, 202:24, 203:9, 203:10, 204:14, 221:3, 221:6, 221:14, 222:10, 222:15, 222:17, 230:1, 231:21, 245:23, 246:5, 246:13

**introduce** - 234:16

**introduced** - 162:6

**investment** - 135:18

**investment-banking** - 135:18

**involved** - 135:10, 148:15, 148:17, 148:24, 179:21, 180:19, 192:20, 193:22

**involvement** - 171:6

**involves** - 231:16

**involving** - 140:21, 223:19

**irritation** - 224:5

**is** - 128:3, 128:21, 129:5, 130:19, 131:16, 131:19, 131:20, 132:8, 132:11, 132:23, 134:8, 135:5, 135:6, 135:25, 136:10, 137:7, 139:14, 143:25, 144:21, 145:17, 147:6, 148:19, 148:24, 150:5, 150:22, 152:7, 152:12, 152:13, 153:21, 156:9, 156:17, 156:22, 156:24, 159:20, 159:25, 160:19, 160:23, 161:1, 161:8, 162:13, 164:9, 164:18, 165:12, 165:14, 165:15, 165:17, 165:24, 166:4, 167:4,

168:1, 169:8, 170:8, 171:18, 171:22, 172:16, 173:2, 174:9, 175:5, 175:11, 175:25, 176:5, 177:9, 177:14, 178:14, 178:15, 179:1, 179:10, 179:20, 180:5, 181:10, 181:11, 182:23, 183:8, 183:25, 184:5, 184:6, 184:22, 184:23, 185:9, 186:4, 189:22, 190:16, 191:9, 191:10, 191:22, 192:3, 192:18, 193:7, 194:19, 197:1, 197:10, 197:13, 198:6, 202:3, 202:20, 205:1, 208:2, 208:9, 208:12, 208:14, 209:8, 210:19, 210:20, 210:21, 211:2, 211:18, 213:1, 213:3, 213:8, 213:25, 214:23, 216:18, 220:2, 221:5, 223:5, 223:21, 223:22, 224:8, 224:9, 224:10, 224:11, 224:13, 224:15, 224:16, 224:17, 224:18, 224:20, 224:22, 225:14, 225:20, 226:9, 227:6, 227:13, 227:19, 228:9, 228:10, 228:15, 228:19, 229:18, 229:20, 229:22, 229:24, 229:25, 230:11, 230:13, 230:16, 230:19, 230:23, 231:5, 231:10, 231:11, 231:12, 231:16, 231:19, 231:20, 231:23, 231:25, 232:2, 232:8, 232:10, 232:11, 232:12, 232:14, 233:2, 233:7, 233:10, 233:11, 233:12, 233:13, 233:17, 233:19, 233:22, 233:24, 234:3, 234:7, 234:8, 234:15, 234:16, 234:18, 234:19, 235:5, 235:6, 235:8, 235:12, 235:13, 235:15, 235:16, 235:18, 236:7, 236:21, 237:7, 237:17, 238:10, 238:15, 238:19, 239:22, 240:14, 240:23, 241:22, 241:25, 242:1, 243:5, 243:14, 245:1, 245:15, 245:17, 246:1, 247:7, 247:13, 247:24, 248:8, 248:9, 249:4, 249:8, 250:8

**Is** - 130:16, 137:6, 145:12, 160:13, 167:20, 181:12, 197:15, 204:4, 218:14, 218:16, 221:10, 221:21, 237:22, 238:21

**Island** - 129:14, 132:1, 134:16, 135:8, 163:24, 172:7, 172:13

**Islip** - 132:3

**isn't** - 160:25, 165:13, 172:15, 181:8, 202:4

**Isn't** - 238:9

**issue** - 225:10, 231:20, 237:7, 247:8, 248:24, 249:2, 249:4

**issues** - 190:15, 194:4, 223:12, 223:17

**It** - 140:21, 142:11, 145:7, 146:16, 148:9, 148:10, 149:1, 151:21, 168:11, 168:14, 172:16, 175:2, 175:5, 175:25, 178:24, 180:8, 182:18, 207:2, 211:2, 211:18, 216:2, 220:17, 224:4, 225:18, 227:11, 228:16, 229:20, 230:11, 230:16, 230:20, 231:6, 232:5, 232:7, 233:24, 236:20, 236:22, 238:1, 238:10, 243:2, 243:9, 247:13

**it** - 128:16, 132:11, 134:1, 137:7, 140:20, 142:7, 142:11, 142:15, 143:9, 146:3, 147:10, 147:18, 149:3, 149:9, 149:18, 151:3, 152:9, 154:12, 155:1, 157:19, 158:4, 158:7, 160:19, 160:23, 160:25, 161:1, 162:12, 164:9, 168:2, 168:6, 168:8, 169:1, 169:6, 169:17, 172:15, 173:10, 174:9, 174:16, 175:16, 175:19, 178:5, 178:13, 178:14, 178:15, 178:16, 178:17, 179:1, 179:23, 180:3, 180:4, 180:11, 180:17, 180:22, 181:25, 182:4, 182:15, 183:22, 184:19, 184:20, 186:22, 187:14, 187:16, 187:19, 187:21, 188:14, 188:22, 189:18, 190:21, 190:25, 196:3, 199:10, 199:11, 201:2, 201:8, 201:19, 201:20, 202:4, 203:17, 204:1, 204:4, 204:13, 205:6, 207:18, 211:17, 212:12, 214:7, 214:10, 219:19, 220:11, 221:13, 224:12, 224:25, 225:2, 225:7, 225:20, 225:24, 225:25, 226:8, 226:10, 227:11, 228:9, 228:14, 228:16, 230:10, 230:17, 231:20, 231:25, 232:1, 232:14, 232:17, 232:18, 232:21, 233:9, 233:10, 233:11, 233:22, 234:1, 234:9, 234:15, 234:19, 235:4, 235:13, 235:14, 235:15, 235:16, 235:24, 236:4, 236:8, 236:10, 236:17, 237:17, 238:24, 241:8, 242:4, 243:13, 243:21, 244:10, 245:1, 245:20, 247:18, 248:7, 248:8, 248:9, 249:2, 249:4, 249:7, 250:17, 250:25

**It's** - 133:18, 133:21, 136:1, 145:10, 150:6, 150:7, 151:9, 151:11, 156:1, 156:20, 156:21, 158:3, 164:10, 178:14, 181:2, 182:13, 194:4, 202:3, 202:23, 203:7, 203:16, 208:18, 211:16, 221:16, 224:25, 225:3, 226:1, 232:1, 232:10, 232:25, 233:13, 234:19, 234:20, 238:7, 240:25, 248:9, 248:16

**it's** - 128:18, 132:9, 133:8, 135:4, 150:3, 150:20, 169:6, 172:7, 175:4, 191:10, 193:22, 202:4, 203:24, 225:4, 225:19, 227:16, 228:18, 228:19, 228:22, 231:17, 233:15, 234:20, 236:8

**its** - 223:6, 231:7, 248:21

**itself** - 151:11, 190:21

## J

**J** - 127:12, 127:17

**Jack** - 127:9

**jail** - 189:7, 232:8

**Jamaica** - 154:5

**January** - 127:6, 223:10, 223:15, 251:13

**job** - 135:23, 136:2, 154:25, 161:21, 162:16, 162:17, 162:25, 163:1, 163:2, 163:9, 168:20, 171:13, 189:10

**jobs** - 136:3, 140:22, 151:7, 151:13, 154:22

**John** - 131:3, 131:5

**join** - 215:8

**joined** - 135:17

**joking** - 232:18

**Jordan** - 127:19

**Jr** - 131:5, 139:14

**judge** - 128:20, 149:18, 234:15, 236:2, 236:20

**Judge** - 127:10, 137:7, 137:11, 137:25, 146:15, 146:22, 165:5, 171:14, 182:10, 183:4, 184:20, 187:10, 189:14, 189:15, 198:5, 207:18, 208:11, 208:16, 209:8, 210:14, 211:4, 211:20, 213:7, 213:12, 215:19, 216:25, 217:9, 217:24, 227:5, 227:24, 233:6, 234:13, 235:9, 237:1, 237:2, 237:17, 238:22, 238:23, 239:19, 239:24, 240:12, 241:13, 241:19, 244:14, 244:16, 244:22, 245:11, 245:16, 247:2, 249:5, 249:12, 250:4, 250:8, 250:21, 251:12

**judgment** - 168:17, 199:7

**juice** - 154:20

**juices** - 230:10

**junkyard** - 225:25, 229:13

**Juror** - 128:23, 129:6, 129:10, 129:12, 129:14, 129:16, 129:18, 129:21, 129:23, 129:25, 130:2, 130:4, 130:7, 130:11, 130:17, 130:21, 130:24, 131:2, 131:4, 131:6, 131:8, 131:10, 131:14, 131:19, 131:20, 131:21, 131:24, 132:1, 132:3, 132:5, 132:7, 132:10, 132:13, 132:16, 132:21, 132:23, 133:1, 133:3, 133:6, 133:11, 133:15, 133:18, 133:20, 133:23, 133:25, 134:3, 134:5, 134:8, 134:10, 134:13, 134:15, 134:18, 134:22, 134:24, 135:3, 135:6, 135:11, 135:15, 135:21, 136:5, 136:7, 136:10, 136:13, 136:15, 136:17, 136:19, 136:21, 136:24, 137:1, 137:3, 137:7, 137:9, 137:11, 137:13, 137:15, 137:17, 137:19, 137:22, 137:25, 138:3, 138:6, 138:8, 138:13, 138:15, 138:18, 138:20, 138:23, 138:25, 139:2, 139:4, 139:6, 139:8, 139:10, 139:12, 139:15, 139:19, 139:24, 140:2, 140:5, 140:7, 140:10, 140:12, 140:14, 140:16, 140:19, 140:21, 140:24, 141:1, 141:3, 141:5, 141:8, 141:10, 141:12, 141:17, 141:19, 141:22, 142:1, 142:3, 142:5, 142:10, 142:12, 142:14, 142:16, 142:19, 142:21, 142:24, 143:1, 143:3, 143:5, 143:7, 143:9, 143:13, 143:15, 143:18, 143:23, 143:25, 144:3, 144:6, 144:9, 144:11, 144:16, 144:18, 144:22, 144:24, 145:2, 145:4, 145:7, 145:9, 145:13, 145:16, 145:18, 145:20, 145:22, 146:1, 146:5, 146:8, 147:10, 147:13, 147:15, 147:19, 147:22, 147:25, 148:3, 148:6, 148:9, 148:13, 148:16, 148:22, 149:1, 149:5, 149:10, 149:15, 149:17, 149:21, 149:23, 149:25, 150:3, 150:5, 150:6, 150:7, 150:11, 150:13, 150:15, 150:20, 150:23, 151:1, 151:5, 151:8, 151:10, 151:12, 151:14, 151:17, 151:21, 151:25, 152:2, 152:5, 152:7, 152:11, 152:15, 152:18, 152:23, 152:25, 153:4, 153:6, 153:9, 153:13, 153:15, 153:21, 153:24, 154:1, 154:3, 154:5, 154:8, 154:10, 154:13, 154:15, 154:19, 154:23, 155:4, 155:7, 155:10, 155:15, 155:18, 155:24, 156:6, 156:10, 156:13, 156:15, 156:17, 156:20, 156:23, 157:1, 157:5, 157:8, 157:10, 157:13, 157:15, 157:24, 158:2, 158:6, 158:13, 159:2, 159:4, 159:7, 159:9, 159:11, 159:15, 159:17, 159:19, 159:21, 159:23, 159:24, 159:25, 160:1, 160:3, 160:5, 160:8, 160:10, 160:12, 160:15, 160:17, 160:19, 160:21, 160:24, 161:4, 161:7, 161:9, 161:11, 161:13, 161:15, 161:17, 161:19, 161:21, 161:23, 162:1, 162:7, 162:10, 162:12, 162:19, 162:22, 162:24, 163:6, 163:8, 163:10, 163:13, 163:15, 163:18, 163:21, 163:23, 164:2, 164:4, 164:6, 164:10, 164:13, 164:15, 164:17, 164:20, 164:23, 165:2, 165:8, 165:9, 165:12, 165:17, 165:19, 165:23, 166:1, 166:3, 166:6, 166:9, 166:11, 166:13, 166:17, 166:20, 166:24, 167:1, 167:3, 167:8, 167:9, 167:10, 167:13, 167:15, 167:18, 167:22, 167:24, 168:6, 168:11, 168:14, 168:20, 168:25, 169:9, 169:12, 169:15, 169:18, 169:21, 170:4, 170:15, 170:19, 170:21, 170:22, 171:23, 172:1, 172:3, 172:6, 172:9, 172:11, 172:14, 172:16, 172:18, 172:20, 172:22, 172:25, 173:3, 173:5, 173:9, 173:13, 173:16, 173:18, 173:19, 173:22, 173:25, 174:4, 174:6, 174:8, 174:12, 174:15, 174:18, 174:20, 174:23, 174:25, 175:4, 175:7, 175:10, 175:14, 175:16, 175:19, 175:21, 175:25, 176:3, 176:4, 176:6, 176:9, 176:12, 176:14, 176:18, 176:19, 176:20, 176:21, 177:1, 177:3, 177:6, 177:7, 177:15, 177:18, 177:20, 177:23, 177:25, 178:2, 178:11, 178:13, 178:21, 178:24, 179:3, 179:5, 179:7, 179:12, 179:16, 179:19, 180:3, 180:8, 180:13, 180:17, 181:1, 181:9, 181:13, 181:16, 181:19, 181:22, 181:24, 182:2, 182:5, 182:7, 182:9, 183:10, 183:11, 183:19, 184:1, 184:4, 184:8, 184:11, 184:14, 184:25, 185:5, 185:10, 185:12, 185:15, 185:17, 185:19, 185:22, 185:24, 186:2, 186:3, 186:6, 186:7, 186:11, 186:14, 186:16, 186:18, 186:21, 186:23, 186:25, 187:4, 187:8, 187:12, 187:14, 187:22, 187:24, 188:3, 188:6, 188:8, 188:11, 188:13, 188:18, 188:21, 188:24, 189:1, 189:4, 189:6, 189:18, 189:21, 189:23, 189:25, 190:2, 190:4,

190:6, 190:8, 190:10, 190:12, 190:16, 190:20, 190:24, 191:4, 191:8, 191:15, 191:19, 191:21, 191:24, 192:5, 192:7, 192:9, 192:11, 192:13, 192:17, 192:22, 192:24, 193:1, 193:6, 193:8, 193:11, 193:14, 193:18, 193:21, 193:25, 194:3, 194:7, 194:11, 194:15, 194:21, 194:23, 194:25, 195:4, 195:5, 195:8, 195:12, 195:14, 195:16, 195:18, 195:20, 195:25, 196:7, 196:9, 196:10, 197:7, 197:9, 197:11, 197:14, 197:16, 197:18, 197:21, 197:23, 198:1, 198:3, 198:9, 198:11, 198:13, 198:15, 198:16, 198:20, 198:23, 198:25, 199:2, 199:4, 199:6, 199:9, 199:12, 199:14, 199:17, 199:21, 199:24, 200:1, 200:5, 200:8, 200:12, 200:15, 200:20, 200:23, 201:2, 201:7, 201:10, 201:14, 201:15, 207:9, 207:12, 207:15, 207:19, 207:22, 207:23, 207:25, 208:2, 208:5, 208:9, 208:19, 208:23, 208:25, 209:2, 209:3, 209:4, 209:5, 209:6, 209:7, 209:10, 209:12, 209:19, 209:22, 210:2, 210:4, 210:5, 210:9, 210:10, 210:11, 210:14, 210:17, 210:21, 211:7, 211:25, 212:1, 212:2, 212:3, 212:11, 212:13, 212:17, 212:19, 212:20, 212:21, 212:23, 213:7, 213:9, 213:12, 213:17, 213:18, 213:19, 213:20, 213:22, 213:23, 214:3, 214:5, 214:10, 214:13, 214:14, 214:15, 214:16, 214:17, 214:18, 215:12, 215:14, 215:19, 215:23, 215:24, 215:25, 216:18, 216:19, 217:9, 217:16, 217:17, 218:1, 218:4, 218:9, 218:10, 218:11, 218:23, 237:8, 240:14, 240:18, 240:20, 240:23, 241:2, 241:5, 241:8, 241:10, 241:11, 242:6, 242:8, 242:10, 242:12, 242:14, 242:16, 242:18, 244:9, 244:18, 245:9, 245:17, 245:25

**juror** - 129:7, 131:15, 131:16, 131:18, 131:22, 132:22, 132:24, 133:19, 133:22, 134:7, 134:9, 136:9, 136:11, 138:5, 138:14, 138:16, 139:25, 140:3, 140:17, 140:18, 140:19, 141:18, 141:20, 143:24, 144:1, 146:9, 146:22, 147:7, 149:7, 149:13, 149:22, 150:9, 152:1, 153:16, 153:21, 153:22, 155:16, 156:5, 156:8, 156:9, 156:11, 157:2, 157:6, 158:11, 158:15, 159:14, 161:3, 161:8, 161:22, 161:24, 165:1, 168:24, 170:23, 171:2, 171:7, 171:22, 173:20, 176:5, 177:14, 179:4, 181:8, 181:10, 183:8, 183:9, 185:9, 185:23, 186:4, 189:22, 191:3, 192:12, 198:2, 201:6, 202:15, 203:3, 203:12, 203:13, 206:11, 207:21, 208:12, 209:8, 214:9, 214:23, 215:2, 215:3, 215:20, 216:11, 216:13, 217:3, 217:24, 218:21, 231:12, 237:10, 237:18, 237:19, 238:6, 238:9, 238:11, 238:16, 238:25, 239:3, 239:8, 239:24, 242:22, 243:3, 243:17, 244:3, 244:24, 245:9

**juror's** - 157:3

**Jurors** - 149:8

**jurors** - 128:5, 128:24, 129:1, 165:10, 170:24, 181:6, 182:15, 182:17, 182:19, 182:20, 182:24, 201:25, 206:2, 206:4, 206:5, 218:25, 220:14, 222:3, 222:4, 222:17, 222:19, 227:3, 227:7, 228:7, 239:25, 242:4, 244:11, 246:9, 246:15

**jury** - 127:10, 128:2, 133:10, 133:12, 140:17, 155:3, 159:24, 163:13, 165:9, 167:8, 168:3, 170:22, 173:7, 173:19, 185:5, 186:3, 189:19, 189:21, 193:6, 199:20, 201:25, 202:7, 206:10, 213:4, 213:21, 215:4, 218:14, 218:16, 219:16, 221:3, 221:6, 221:14, 221:25, 222:6, 222:11, 222:16, 222:17, 234:1, 235:7, 245:15, 245:23, 246:5, 246:11, 246:14

**Jury** - 222:1

**just** - 131:2, 132:9, 135:12, 146:18, 149:12, 158:3, 162:1, 162:13, 163:23, 170:20, 175:2, 180:11, 184:20, 204:18, 205:4, 207:5, 209:25, 215:2, 218:20, 226:7, 227:11, 228:9, 230:11, 230:16, 243:2, 243:17, 244:7

**Just** - 134:5, 139:15, 159:7, 174:15, 174:23, 186:16, 193:14, 203:24, 208:2, 237:2, 238:4

**justice** - 130:9, 178:10

## K

**Kaufman** - 247:13

**Keep** - 221:24

**keep** - 163:16, 202:12, 219:4

**keeping** - 231:4

**Kelley** - 127:17

**key** - 230:23

**kidnapped** - 223:23

**kidnapping** - 223:20, 223:22, 235:18, 235:19

**kids** - 149:24

**kill** - 190:21

**killed** - 175:22, 179:22, 187:17

**kind** - 129:17, 137:2, 140:20, 142:11, 144:23, 146:16, 159:10, 160:9, 160:11, 162:18, 162:21, 164:9, 167:17, 172:24, 180:11, 180:21, 193:20, 226:1, 248:15

**knew** - 137:16, 187:16, 202:21

**know** - 135:2, 135:3, 135:7, 135:24, 137:23, 141:11, 149:2, 152:7, 152:12, 155:10, 167:4, 168:1, 168:2, 168:9, 168:15, 168:16, 168:21, 168:22, 168:25, 169:1, 169:2, 169:3, 169:4, 169:22, 169:23, 169:24, 170:4, 170:5, 170:6, 170:9, 170:12, 170:16, 173:6, 173:9, 174:21, 174:24, 175:3, 180:3, 180:4, 187:19, 187:20, 187:24, 191:16, 192:7, 193:14, 194:5, 194:17, 199:10, 200:6, 202:5, 202:20, 202:25, 203:7, 204:1, 219:11, 224:2, 228:5, 228:14, 229:12, 231:17, 232:23, 233:12, 239:16, 240:3, 240:20, 249:23

**knowing** - 231:15

**knows** - 202:17

## L

**L** - 165:25

**labor** - 166:14

**lady** - 217:7

**laid** - 223:6

**language** - 155:25, 227:25

**largely** - 224:22, 230:21

**last** - 149:2, 159:9, 177:9, 182:14, 182:17, 207:3, 207:23, 207:25, 208:4, 208:5, 213:2, 213:3, 213:10, 215:20, 215:25, 216:19, 217:25, 218:6, 218:11, 219:15, 229:1, 229:2, 240:18, 247:8, 247:20

**late** - 193:14, 220:9

**Late** - 193:16

**later** - 224:25, 232:16

**laughed** - 232:21

**laughing** - 165:11

**law** - 141:4, 164:18, 166:19, 166:20, 166:21, 169:17, 171:12, 171:17, 191:22, 192:1, 250:19

**Law** - 129:2, 129:6, 131:17, 132:23, 134:8, 136:10, 138:15, 140:2, 141:19, 143:25, 149:10, 150:1, 150:3, 150:6, 153:21, 156:10, 157:5, 165:13, 216:18

**lawful** - 203:10

**lead** - 194:5

**least** - 237:20

**leave** - 246:15

**leaves** - 131:15, 132:22, 134:7, 136:9, 138:14, 139:25, 141:18, 143:24, 146:9, 149:7, 149:22, 153:16, 156:8, 157:2, 158:15, 159:24, 161:7, 163:13, 165:9, 167:8, 170:22, 173:19, 185:5, 186:3, 189:21, 193:6, 198:16, 201:15, 246:7

**left** - 154:15, 181:6, 185:7, 216:25, 232:20, 238:19, 239:17, 243:3, 243:24

**legal** - 135:14, 190:15, 251:5

**legally** - 162:6, 200:11

**Lehman** - 135:17

**Lehman's** - 135:22

**lend** - 230:12, 230:14, 231:6, 232:25

**length** - 213:23, 214:6

**less** - 157:23, 225:11, 232:1, 232:6

**lessen** - 236:4

**let** - 218:25, 222:12

**Let** - 178:13, 221:3, 238:18, 243:11

**Let's** - 129:4, 240:2, 242:4

**letter** - 223:9, 223:14, 234:6, 246:22

**level** - 249:20

**Levittown** - 129:12

**Levity** - 165:10

**licensed** - 194:6, 194:7

**lie** - 230:7

**life** - 202:23

**Like** - 170:4, 175:13

**like** - 133:4, 133:7, 142:22, 143:17, 149:8, 151:22, 152:17, 155:1, 155:25, 163:3, 167:23, 167:25, 168:6, 169:6, 169:22, 170:7, 170:10, 175:10, 175:22, 178:15, 180:22, 183:22, 193:19, 194:2, 194:5, 202:16, 215:5, 223:12, 223:17, 226:3, 231:2, 231:21, 235:7, 248:5, 251:2

**limited** - 220:7, 247:7

**limits** - 137:8

**line** - 178:1, 205:7

**liquid** - 228:6

**list** - 181:7

**listen** - 145:9

**literally** - 205:7

**Litigating** - 144:24

**little** - 146:16, 170:15, 174:23, 224:10, 224:25, 226:8, 231:5, 231:11, 231:21, 232:10, 232:25, 237:17

**live** - 129:11, 131:25, 132:1, 134:14, 136:18, 138:19, 142:2, 144:5, 154:4, 157:12, 163:22, 170:7, 170:16, 174:5, 177:22, 185:16, 190:9

**living** - 140:9

**lock** - 191:12, 204:13

**long** - 142:13, 154:12, 154:14, 168:4, 172:17, 188:25, 193:17, 201:23

**Long** - 129:14, 132:1, 134:15, 135:8, 163:24, 172:6, 172:12

**look** - 128:14, 161:14, 193:12, 201:8, 225:1, 225:2, 243:11

**looked** - 182:4, 188:22, 189:9

**looking** - 135:23, 210:25, 224:6

**lose** - 151:19, 163:3

**lot** - 134:20, 148:17, 149:8, 167:4, 171:7, 228:23, 247:21

**Louis** - 248:1

**lovely** - 206:10

**loving** - 183:20

**Lowe** - 156:7, 161:6, 205:10, 219:4, 221:2, 221:11, 221:25, 222:11, 222:16, 239:18, 239:20, 246:8, 246:13

**luck** - 134:1, 134:2, 134:6, 136:6, 136:8, 163:12

**lunch** - 128:9, 221:12

**lying** - 200:3

## M

**M** - 127:14, 127:21

**M&a** - 135:16

**Macy's** - 154:25

**madam** - 136:12, 176:23

**made** - 181:19, 196:1, 224:16, 227:19, 232:19, 233:6, 249:14

**Mafia** - 203:9, 203:16

**magazines** - 183:15
**magnanimous** - 178:16
**main** - 202:6, 222:6, 222:10
**major** - 136:1, 236:21
**make** - 133:4, 135:12, 149:19, 155:22, 157:19, 162:17, 168:2, 178:5, 203:12, 204:1, 204:6, 204:8, 204:18, 214:21, 220:11, 221:13
**makes** - 183:22, 228:17, 249:20
**making** - 220:10, 227:12
**male** - 238:9, 238:11
**man** - 152:19, 152:20, 152:21, 202:22
**man's** - 202:24
**manager** - 160:10
**Mancuso** - 127:21
**Manhasset** - 172:9, 172:10, 172:12
**Manhattan** - 129:20, 129:21
**manic** - 202:8
**many** - 151:15, 177:8, 177:10, 186:5, 187:15, 194:10, 195:1, 206:4, 234:7
**March** - 144:9, 144:10, 144:11
**marijuana** - 168:4, 170:1, 171:5, 171:17
**Marisa** - 127:14
**market** - 136:2
**marriage** - 203:8
**marshal** - 250:14
**Marshal** - 204:6, 204:24, 250:16, 251:1
**marshals** - 203:21, 204:1, 220:10, 222:10, 250:9
**marshals'** - 222:5
**material** - 237:3, 248:20
**matter** - 186:15, 190:3, 193:13, 204:25, 233:9, 234:12
**matters** - 184:13
**may** - 133:12, 170:1, 182:18, 187:5, 219:1, 220:12
**May** - 183:6, 184:19, 203:11, 219:7, 227:17, 232:13, 233:4
**Maybe** - 192:5, 192:6, 192:7, 194:11
**me** - 133:9, 133:11, 133:18, 133:23, 137:9, 138:3, 142:10, 144:20, 149:19, 154:13, 156:18, 156:21, 159:5, 161:17, 162:1, 163:6, 168:3, 178:13, 183:6, 183:22, 187:18, 189:9, 199:2, 201:7, 204:15, 214:12, 221:3, 222:7, 226:10, 229:13, 233:15, 237:7, 242:3
**mean** - 145:9, 154:9, 169:20, 172:22, 173:7, 175:4, 175:10, 183:18, 220:24, 226:7, 227:24, 228:18, 233:12, 248:25
**means** - 152:20, 169:21, 207:2, 220:5, 225:1, 225:17, 232:1, 236:22
**meant** - 183:19
**mechanical** - 127:25
**Medicaid** - 167:20
**medical** - 167:15, 167:16, 167:17, 176:24
**Medicare** - 167:20
**medication** - 149:18, 149:20
**meet** - 229:13, 248:23
**meeting** - 220:23, 250:12
**melting** - 231:10
**member** - 135:7, 142:8, 184:23, 188:4, 190:13, 193:24, 194:19, 198:7, 200:25, 248:25
**members** - 203:16, 248:10, 248:13, 248:17
**memories** - 179:17
**memory** - 246:25
**memory1** - 180:22
**men** - 230:4
**mention** - 228:3, 236:17, 237:18
**mentioned** - 227:4
**mentioning** - 228:2, 236:12
**Miami** - 130:1, 130:3
**midnight** - 219:21, 219:22
**Midwood** - 185:19
**might** - 146:3, 149:18, 182:20, 185:7, 206:11, 214:7, 215:5, 243:2
**mind** - 145:25, 152:1, 157:23, 158:8, 191:2, 191:17, 202:24, 205:6, 221:24
**minded** - 199:5
**minor** - 220:4, 224:15
**minutes** - 128:5, 222:12
**missed** - 151:2
**mistake** - 130:16, 130:17, 130:23, 130:24, 155:14
**mixed** - 207:18, 211:1
**mob** - 147:14, 194:19, 248:17
**mom** - 240:24, 241:2
**moment** - 146:6, 153:12, 209:15, 213:5, 215:16, 222:15, 244:14
**Monday** - 163:1
**money** - 151:18, 162:17
**More** - 233:16
**more** - 136:3, 146:16, 177:8, 177:10, 178:10, 182:23, 186:5, 195:1, 195:2, 202:22, 209:24, 211:9, 216:25, 217:19, 220:11, 229:23, 230:15, 230:16, 231:22, 234:9, 235:9, 240:7, 249:14
**morning** - 128:14, 128:19, 129:8, 132:25, 133:1, 134:10, 134:11, 136:14, 138:17, 140:4, 140:5, 141:21, 141:22, 141:25, 144:2, 144:3, 149:14, 149:15, 150:10, 150:11, 153:23, 153:24, 154:11, 156:12, 157:7, 159:3, 159:4, 160:2, 160:3, 161:10, 165:20, 165:22, 167:11, 173:24, 173:25, 174:3, 176:22, 177:16, 181:14, 183:11, 183:12, 185:11, 185:12, 186:8, 189:24, 189:25, 193:9, 195:6, 197:6, 197:7, 219:23, 220:1, 220:14, 220:15, 222:9, 230:2, 240:19, 250:6
**most** - 147:1, 147:8, 234:6
**Most** - 250:19
**mother** - 196:1, 197:19, 241:1
**Motion** - 203:16
**motion** - 223:1, 228:1, 247:3, 247:7, 247:19, 247:24
**motions** - 222:22, 234:15, 246:17, 250:22
**motive** - 157:23
**move** - 171:3, 219:25, 238:16
**moved** - 163:23
**moving** - 246:2
**Mr** - 128:6, 128:17, 128:24, 132:18, 133:17, 136:8, 138:10, 139:22, 141:15, 143:21, 146:15, 149:11, 150:5, 153:18, 153:19, 155:21, 163:14, 165:5, 171:3, 171:14, 171:19, 181:11, 182:10, 182:23, 183:5, 184:18, 184:20, 189:14, 189:15, 198:5, 201:5, 201:21, 202:6, 202:14, 202:22, 202:24, 203:4, 203:11, 203:22, 204:4, 204:25, 205:6, 205:11, 207:15, 207:17, 208:9, 208:17, 209:8, 209:15, 209:20, 210:2, 210:14, 210:19, 210:23, 210:25, 212:8, 212:12, 212:14, 212:17, 213:3, 213:5, 213:7, 213:12, 213:14, 214:21, 215:2, 215:16, 215:19, 215:21, 216:1, 216:2, 216:6, 216:9, 217:9, 217:12, 218:4, 218:7, 218:17, 218:20, 218:24, 220:20, 222:21, 222:24, 223:4, 223:11, 223:17, 225:23, 226:7, 227:5, 227:15, 227:24, 228:15, 228:22, 228:25, 229:5, 229:10, 229:12, 230:3, 230:9, 230:15, 230:18, 231:9, 232:5, 232:7, 232:15, 233:10, 233:23, 234:13, 235:7, 235:9, 235:11, 235:23, 236:2, 236:7, 236:17, 236:20, 237:1, 237:4, 237:12, 237:17, 237:24, 238:6, 238:9, 238:11, 238:13, 238:22, 238:23, 239:16, 240:7, 240:10, 241:13, 241:24, 242:1, 242:3, 243:7, 243:19, 244:1, 244:7, 244:14, 244:16, 244:20, 245:11, 245:17, 246:18, 246:21, 247:2, 247:6, 247:13, 247:14, 247:19, 247:25, 248:5, 248:8, 248:10, 248:14, 248:22, 249:1, 249:6, 249:10, 249:15, 249:16, 249:23, 250:6, 250:8, 250:21, 251:2, 251:8, 251:10, 251:12
**Ms** - 128:4, 128:11, 128:13, 128:18, 129:5, 131:12, 131:16, 136:6, 138:11, 139:21, 141:14, 143:20, 146:11, 146:13, 146:22, 150:8, 155:20, 156:7, 161:6, 165:4, 165:16, 170:23, 171:9, 181:9, 183:4, 184:16, 184:21, 185:2, 187:10, 189:13, 193:3, 202:10, 203:6, 203:21, 205:10, 207:8, 207:11, 207:13, 208:11, 208:14, 208:16, 208:18, 208:20, 208:22, 208:23, 209:12, 209:18, 209:25, 210:7, 210:16, 211:4, 211:6, 211:8, 211:10, 211:14, 211:18, 211:20, 211:23, 212:10, 213:11, 215:9, 215:12, 216:8, 216:13, 216:15, 216:25, 217:3, 217:6, 217:8, 217:21, 217:24, 218:2, 218:15, 219:4, 220:19, 221:2, 221:11, 221:25, 222:11, 222:16, 223:2, 227:17, 227:21, 227:23, 232:13, 233:4, 233:6, 235:2, 237:2, 237:10, 237:14, 239:11, 239:18, 239:19, 239:20, 240:3, 240:6, 243:5, 243:11, 243:22, 244:22, 244:24, 245:2, 245:5, 245:7, 245:18, 246:8, 246:13, 248:2, 248:19, 249:5, 250:4, 251:11
**much** - 132:20, 133:25, 137:10, 137:11, 138:8, 138:12, 155:1, 162:25, 164:24, 190:25, 198:14, 199:6, 202:18, 219:9, 229:25, 246:19
**multiple** - 229:19, 229:20, 248:10
**murder** - 130:13, 147:12, 152:4, 182:2, 187:11, 230:5, 248:11, 248:12
**Murder** - 175:14
**murdered** - 137:16, 137:21, 142:18, 196:3
**murderer** - 232:4
**murders** - 192:20, 224:14, 225:11, 230:4, 230:20, 231:14, 234:22, 234:25
**My** - 161:21, 182:23, 190:16, 191:24, 202:20, 241:2, 247:19
**my** - 132:15, 135:24, 137:20, 145:10, 146:17, 148:3, 152:10, 154:24, 155:9, 156:24, 157:23, 157:25, 158:8, 169:7, 169:15, 171:15, 172:23, 178:11, 178:14, 178:19, 180:4, 180:9, 180:22, 181:19, 184:10, 188:14, 190:24, 191:9, 191:12, 191:24, 192:4, 192:8, 197:12, 200:2, 200:8, 201:2, 211:1, 235:8, 240:23, 240:24, 241:3, 247:17, 247:22
**myriad** - 225:12

## N

**N** - 206:1
**name** - 131:2, 135:4, 202:25
**Nassau** - 140:10, 145:5, 145:17, 145:18, 146:25
**natural** - 156:1
**nature** - 202:1, 224:17, 235:6
**necessarily** - 203:12
**necessary** - 225:18
**need** - 133:13, 133:20, 159:18, 159:20, 163:10, 234:16, 236:8, 251:6
**needed** - 219:4, 219:15
**needs** - 234:4
**neighborhood** - 160:23, 170:9, 170:17, 171:8
**nervous** - 155:22, 155:25, 156:3, 156:15, 156:16, 159:6
**never** - 137:14, 147:19, 161:25, 169:1, 188:22, 189:9, 249:17
**new** - 250:8
**New** - 127:1, 127:5, 127:16, 127:18, 127:20, 127:22, 129:19, 136:19, 141:7, 166:21, 175:17, 195:25, 203:9
**news** - 139:15
**News** - 175:16, 180:8, 180:14
**newspaper** - 175:15, 175:21, 180:18, 182:14, 195:21
**newspapers** - 155:12, 174:11,

175:11, 183:15, 221:15
**Next** - 132:23, 134:8, 140:1, 153:21, 161:8, 171:22, 173:20, 185:9, 186:4, 189:22, 198:17, 242:9
**next** - 131:16, 134:22, 156:9, 158:16, 159:25, 163:1, 165:12, 170:8, 193:7, 196:11, 197:1, 205:14, 207:25, 208:5, 212:12, 217:2, 218:4, 218:6, 220:24, 226:12, 228:4, 231:18, 237:7, 237:9, 242:24, 247:24
**next-to-the-last** - 207:25, 208:5, 218:6
**Nice** - 163:19
**nice** - 152:19, 164:3
**niece's** - 197:19
**night** - 159:9, 199:14, 240:18
**nine** - 181:6, 211:12
**Nine** - 208:20, 209:7
**No** - 129:16, 129:23, 130:11, 130:16, 130:22, 131:12, 132:7, 132:18, 137:15, 137:25, 138:6, 138:10, 138:11, 139:12, 139:21, 139:22, 140:2, 140:14, 140:16, 141:3, 141:12, 141:14, 141:15, 142:1, 143:9, 143:13, 143:18, 143:20, 143:21, 147:13, 147:15, 148:7, 149:23, 151:25, 152:5, 152:15, 152:18, 153:9, 154:19, 155:13, 155:20, 155:24, 159:7, 160:8, 160:15, 160:21, 161:23, 162:1, 164:17, 164:23, 165:4, 165:5, 165:23, 172:22, 173:5, 173:7, 174:4, 176:14, 177:10, 185:15, 186:16, 188:3, 188:18, 188:24, 189:13, 189:14, 189:15, 192:17, 193:3, 193:14, 194:23, 198:1, 198:13, 198:24, 198:25, 199:9, 199:12, 199:21, 201:2, 201:5, 207:17, 208:14, 215:9, 220:20, 222:21, 223:3, 227:1, 231:4, 232:15, 235:25, 238:5, 239:1, 246:10, 249:5, 250:4, 251:8
**no** - 132:11, 133:15, 141:10, 151:18, 151:21, 155:7, 160:15, 166:11, 171:11, 195:18, 200:8, 200:9, 224:16, 228:19, 231:18, 234:3, 238:13
**Nobody** - 213:25
**non** - 238:2
**non-refundable** - 238:2
**None** - 169:24, 227:18
**nonetheless** - 219:17
**noon** - 220:2, 220:4
**Norris** - 127:14, 213:3, 213:5, 215:16, 215:21, 216:2, 216:6, 216:9, 235:11, 244:14, 245:17
**north** - 219:25
**not** - 130:9, 130:11, 130:19, 132:8, 135:10, 138:6, 140:22, 141:12, 145:16, 145:22, 148:9, 151:9, 152:12, 152:18, 152:20, 154:19, 155:6, 155:7, 155:8, 155:11, 156:2, 156:17, 157:4, 158:6, 158:8, 160:15, 165:14, 165:23, 172:23, 173:5, 175:17, 178:15, 181:12, 181:20, 182:24, 182:25, 183:1, 183:3, 184:6, 187:1, 191:15, 192:19, 197:1, 197:8, 199:9, 202:1, 202:22, 203:7, 203:11, 205:9, 206:9, 207:6, 213:23, 215:7, 215:9, 218:25, 220:14, 220:23, 222:4, 224:9, 224:25, 225:6, 226:10, 227:8, 227:13, 228:3, 228:21, 230:21, 231:11, 231:20, 231:25, 232:10, 232:14, 233:13, 233:17, 233:19, 233:22, 234:5, 234:15, 234:19, 234:20, 234:25, 236:10, 236:21, 241:23, 246:10, 246:23, 246:24, 247:17, 247:22, 248:8
**Not** - 130:7, 131:8, 136:17, 137:11, 156:13, 163:21, 166:3, 166:11, 174:9, 190:25, 200:15, 227:14, 230:16, 233:11
**note** - 214:21, 218:17, 218:20, 237:2
**noted** - 232:5, 232:7
**notes** - 214:23, 215:3
**Nothing** - 190:6, 190:7
**nothing** - 236:20, 237:3
**November** - 237:25, 238:1
**now** - 131:19, 134:3, 135:20, 135:21, 140:9, 141:5, 145:5, 145:17, 146:25, 152:14, 154:24, 155:4, 155:24, 160:22, 166:11, 166:16, 169:6, 170:7, 172:23, 182:13, 186:5, 188:23, 189:10, 197:15, 203:16, 203:19, 204:21, 206:5, 206:13, 208:2, 211:10, 221:5, 221:14, 221:25, 243:6, 245:3
**Now** - 145:18, 151:17, 151:21, 151:22, 155:8, 157:17, 160:25, 216:21, 219:18, 222:2, 222:15, 222:22, 247:3, 247:24
**Number** - 129:6, 131:19, 131:20, 132:23, 136:10, 141:19, 143:25, 149:10, 149:25, 150:4, 150:5, 150:6, 150:8, 153:21, 156:10, 157:5, 207:9, 207:15, 207:19, 207:22, 208:21, 208:24, 208:25, 209:10, 209:12, 209:22, 210:14, 210:20, 210:21, 210:22, 211:4, 211:7, 213:7, 213:8, 213:12, 213:14, 215:12, 216:19, 217:5, 217:10
**number** - 173:25, 197:1, 197:2, 197:4, 201:22, 202:15, 205:1, 206:7, 208:12, 209:8, 210:19, 210:23, 210:25, 213:13, 230:20, 237:13, 238:6, 240:12, 240:14, 242:5, 243:15, 245:24
**numbers** - 211:1, 239:16, 239:20, 240:3
**numerous** - 249:13
**Nypd** - 194:17

## O

**O** - 165:25, 206:1
**o'clock** - 127:6, 128:9, 154:15, 173:12, 203:19, 204:9, 204:19, 204:22, 251:4
**object** - 201:21, 202:9, 202:10, 202:15, 202:16
**objecting** - 146:12
**objection** - 133:15, 146:10, 171:19, 202:6, 218:17, 218:20, 220:20, 238:13
**observation** - 171:15
**obtained** - 162:6, 200:11
**Obviously** - 224:20
**obviously** - 227:9, 236:9
**occasion** - 249:14
**occasions** - 229:19, 229:20, 230:20, 232:22, 249:14
**occupation** - 199:13
**Occupational** - 193:21, 193:22
**occurred** - 249:10, 249:11
**Of** - 127:1, 127:3, 127:9, 152:11, 229:5
**of** - 128:25, 129:17, 130:8, 130:15, 132:9, 133:8, 133:24, 135:7, 137:2, 137:4, 140:20, 142:11, 144:23, 145:23, 145:24, 146:1, 146:16, 146:17, 146:24, 147:22, 148:17, 149:8, 149:23, 151:19, 152:13, 154:17, 157:21, 159:10, 160:9, 160:11, 161:16, 161:18, 162:18, 162:21, 164:9, 165:10, 166:7, 167:4, 167:17, 168:19, 169:3, 169:15, 169:24, 170:6, 170:25, 171:7, 171:15, 172:24, 173:8, 174:10, 174:16, 174:25, 175:11, 175:18, 175:19, 178:8, 178:17, 178:22, 179:17, 180:11, 180:21, 180:22, 182:10, 182:12, 182:14, 182:17, 182:18, 183:14, 183:20, 184:2, 184:6, 184:22, 184:23, 185:7, 186:20, 189:8, 190:14, 190:19, 191:2, 191:6, 191:14, 191:17, 191:24, 193:17, 193:20, 193:24, 194:12, 194:19, 197:19, 198:6, 198:7, 200:1, 200:7, 200:13, 200:15, 200:16, 200:18, 200:24, 200:25, 201:22, 201:24, 202:1, 202:25, 203:9, 203:10, 203:14, 203:16, 204:25, 206:4, 206:7, 206:8, 206:12, 213:23, 214:6, 219:14, 219:24, 220:2, 220:5, 220:12, 220:16, 221:6, 221:20, 221:22, 222:7, 222:15, 222:22, 223:1, 223:6, 223:10, 223:14, 223:15, 223:23, 223:24, 224:1, 224:2, 224:7, 224:10, 224:17, 224:20, 224:23, 224:24, 224:25, 225:3, 225:4, 225:11, 225:12, 225:14, 225:15, 225:16, 225:23, 226:1, 226:4, 227:2, 227:8, 227:10, 227:18, 228:3, 228:6, 228:23, 229:3, 229:5, 229:22, 229:23, 230:3, 230:5, 230:6, 230:7, 230:8, 230:11, 230:12, 230:17, 230:20, 230:22, 230:24, 231:6, 231:8, 231:10, 231:12, 231:14, 231:15, 231:17, 231:20, 231:23, 232:3, 232:8, 232:11, 232:12, 232:17, 232:22, 233:1, 233:8, 233:14, 233:15, 233:25, 234:14, 234:17, 235:3, 235:6, 235:20, 236:8, 236:21, 237:4, 237:19, 238:19, 239:14, 240:1, 240:3, 241:17, 243:3, 243:6, 243:18, 243:25, 244:2, 245:15, 246:25, 247:4, 247:14, 247:21, 247:24, 248:1, 248:10, 248:12, 248:17, 248:20, 248:25, 249:13, 249:15, 249:16, 249:20, 249:23, 249:25, 250:19, 251:5
**off** - 161:24, 214:24, 215:3, 220:25, 232:19, 236:4
**offends** - 227:7
**offer** - 180:23, 249:20
**office** - 129:18, 194:16
**officer** - 179:22, 180:19, 190:17, 199:15
**often** - 248:16
**Oh** - 141:10, 142:21, 149:11, 186:14, 187:14, 237:23, 241:24
**oh** - 187:14
**Oj** - 129:24
**okay** - 133:18, 156:1, 173:10, 238:11
**Okay** - 130:18, 135:11, 137:5, 143:22, 148:1, 156:4, 156:25, 157:10, 161:4, 162:3, 163:8, 172:1, 172:3, 173:16, 176:18, 177:13, 185:25, 187:9, 190:2, 193:4, 208:17, 209:13, 212:15, 213:9, 215:17, 216:22, 227:23, 233:3, 236:23, 237:6, 241:15, 242:3, 242:20, 244:1, 244:4, 244:10, 244:24, 245:5, 245:6, 245:7, 246:4, 248:7, 250:3
**Old** - 227:25
**old** - 137:21, 142:22, 148:6, 148:12, 150:22, 173:2, 197:13, 230:20
**on** - 128:14, 132:14, 133:17, 135:8, 137:8, 140:2, 146:18, 147:22, 148:16, 149:9, 149:18, 150:15, 152:8, 152:9, 155:3, 155:13, 155:14, 157:3, 157:21, 157:25, 158:16, 169:7, 169:13, 171:6, 171:7, 171:15, 171:17, 174:11, 175:21, 178:7, 178:18, 178:24, 179:17, 180:1, 181:6, 181:20, 182:3, 182:4, 182:18, 183:15, 184:9, 188:23, 189:19, 190:15, 196:11, 199:1, 199:19, 201:7, 201:25, 202:7, 202:25, 204:19, 205:14, 207:1, 207:3, 211:10, 214:23, 220:22, 220:23, 221:19, 222:2, 222:25, 223:21, 224:11, 225:2, 226:3, 226:12, 227:16, 227:20, 228:6, 228:12, 228:24, 229:6, 229:9, 229:14, 229:19, 229:20, 229:22, 230:10, 230:19, 230:21, 231:2, 231:17, 232:20, 232:21, 233:7, 234:20, 235:5, 235:17, 236:3, 236:7, 238:18, 239:9, 239:14, 240:1, 242:24, 247:7, 247:19, 247:20, 247:25, 249:14, 250:19
**On** - 129:25, 195:18
**once** - 236:4
**one** - 128:23, 129:4, 130:1, 130:3, 131:18, 149:12, 164:10, 177:9, 182:15, 195:13, 195:14, 205:1, 206:10, 206:17, 206:18, 206:20, 206:22, 206:23, 206:24, 206:25, 209:24, 211:10, 211:11, 211:22, 212:6, 212:12, 215:16, 217:2, 217:19, 220:2, 222:15, 224:24, 225:23, 229:5, 231:5, 238:4, 238:19,

239:15, 240:7, 241:22, 242:1, 242:21, 243:18, 243:19, 243:20, 243:23, 243:24, 244:2, 244:7, 247:9, 249:14
**One** - 184:22, 209:15, 211:9, 213:5, 213:22, 214:15, 216:1, 216:21, 218:23, 224:10, 231:25, 234:19, 235:9, 242:7, 244:14
**one-tenth** - 220:2
**One-three** - 242:7
**ones** - 228:11, 244:12
**only** - 147:24, 151:22, 152:10, 173:11, 182:23, 192:19, 202:3, 225:6, 236:16, 236:18, 247:11
**onto** - 224:4
**open** - 199:5, 206:2, 207:20, 209:1, 209:21, 210:3, 210:8, 211:24, 212:18, 213:16, 215:22, 216:16, 217:13, 218:8, 219:10, 245:8, 245:21
**open-minded** - 199:5
**opening** - 236:15, 236:17, 236:22
**openings** - 250:5
**opinion** - 195:19, 195:22
**opinions** - 183:13
**opportunity** - 223:7, 248:4
**opposed** - 201:24
**Or** - 188:7, 228:5, 228:22
**or** - 128:15, 130:1, 130:9, 138:21, 139:14, 140:18, 140:23, 142:8, 142:14, 142:22, 143:17, 145:12, 147:16, 147:17, 153:3, 154:9, 157:20, 162:5, 168:19, 170:25, 174:11, 175:16, 178:7, 180:22, 181:20, 182:15, 183:13, 183:15, 187:1, 188:4, 190:13, 192:6, 199:22, 200:22, 206:10, 214:6, 217:21, 220:6, 221:8, 222:12, 231:17, 243:18, 244:23, 246:23, 246:24, 248:8, 249:14
**orally** - 248:6
**order** - 128:25, 150:3, 150:7, 150:8, 207:7, 223:13, 223:18, 224:2, 240:10, 240:11, 241:19
**ordered** - 182:25
**organization** - 137:6, 211:14
**organized** - 184:23, 192:19, 198:7, 200:25, 202:16, 203:5, 203:13
**original** - 210:19, 210:24
**other** - 130:14, 150:18, 158:7, 158:9, 179:17, 179:21, 182:19, 183:21, 184:13, 187:6, 189:12, 192:3, 202:13, 203:9, 203:10, 222:16, 225:12, 231:10, 234:10, 239:12, 239:25, 248:10
**Other** - 170:24
**others** - 183:16
**Otherwise** - 151:1, 204:17
**Our** - 131:16, 208:14, 211:14
**our** - 156:9, 203:24, 213:3, 213:21, 214:23, 215:3, 224:21, 227:12, 227:25, 233:2, 234:6, 234:16, 246:16, 249:24
**Out** - 230:8
**out** - 128:25, 135:1, 145:5, 145:24, 149:23, 161:5, 162:2, 162:13, 163:11, 168:7, 168:11, 177:8, 178:17, 184:20, 191:2, 191:13, 191:17, 201:24, 205:7, 213:25, 221:22, 223:6, 224:2, 230:7, 230:19, 231:5, 231:11, 232:10, 233:22, 234:14, 240:18, 247:13
**outbreak** - 133:8
**outcome** - 187:25
**outcomes** - 183:14
**outdoor** - 199:17
**outlook** - 180:5
**outright** - 158:6
**outside** - 128:7, 146:6, 153:12, 156:5, 170:20
**outweigh** - 232:1
**outweighed** - 229:25, 234:18
**outweighs** - 231:24
**oven** - 230:10
**over** - 135:18, 146:23, 163:24, 179:12, 203:25, 227:2, 233:14
**Over** - 171:19
**overcome** - 248:23
**overly** - 224:9
**overspread** - 219:21
**own** - 133:24, 171:6, 178:9, 188:14, 221:20
**Ozone** - 170:7

## P

**page** - 158:16, 196:11, 205:14, 226:12, 242:24
**paid** - 162:14, 162:20
**painting** - 151:6
**pales** - 224:12
**panel** - 182:12, 185:8
**paper** - 139:16, 179:13, 180:10, 180:11, 180:12
**papers** - 180:7, 182:18, 182:25, 192:16, 204:19, 223:6, 223:8, 230:2, 240:22
**paraphrasing** - 249:16
**Pardon** - 133:11
**park** - 139:1
**Park** - 170:7
**parking** - 134:20
**part** - 155:14, 164:1, 174:7, 174:15, 174:25, 225:14, 232:11, 232:12, 246:25, 248:12, 249:15
**participated** - 190:14
**particular** - 146:22, 199:8, 224:22, 230:24, 233:9, 234:4, 235:4
**Particularly** - 220:10
**particularly** - 155:23, 224:17
**parties** - 251:2
**Party** - 135:7
**party** - 223:25, 228:10
**past** - 163:24, 179:17, 247:10
**patients** - 167:18
**patrol** - 199:15
**Paul** - 131:1
**Pause** - 197:5, 209:17, 210:18, 211:3, 211:13, 211:19, 213:6, 215:18, 239:23, 241:16, 241:21, 244:15
**pay** - 137:8, 137:10, 238:3
**peculiar** - 214:2
**Peculiar** - 214:3
**people** - 148:14, 151:15, 151:17, 152:19, 170:6, 174:19, 177:10, 179:20, 183:21, 190:21, 192:1, 194:10, 203:14, 205:3, 206:10, 219:1, 219:3, 219:15, 224:5, 224:14, 229:19, 229:20, 235:17
**people's** - 235:17
**Pepin** - 227:6
**perceive** - 235:7
**peremptories** - 203:18, 203:19
**peremptory** - 206:6
**perfectly** - 203:15
**period** - 220:5
**permitting** - 250:7
**persist** - 214:8
**person** - 148:24, 168:3, 186:24, 225:15, 232:8, 238:4, 238:14, 243:24, 247:9, 247:11, 247:14, 247:15
**personal** - 193:23
**personally** - 215:6, 224:13
**pertaining** - 235:4
**petit** - 140:18
**Petit** - 140:19
**pharmacy** - 148:3, 172:25
**phase** - 206:5
**phone** - 196:1
**photograph** - 224:23, 229:24, 231:1, 233:20, 233:21
**photographic** - 225:8
**photographs** - 227:10
**physically** - 199:3
**pick** - 149:24, 150:12, 150:16, 150:19, 150:21, 150:25
**picking** - 232:10
**picture** - 225:1, 232:8
**place** - 171:8, 204:8, 204:10, 204:13, 223:25, 243:3, 243:17, 244:2
**places** - 202:5
**plain** - 220:2, 226:1
**plan** - 159:13
**Plaza** - 127:15, 127:22
**pleaded** - 186:25
**pleasant** - 148:9
**please** - 129:4, 129:9, 141:24, 146:7, 159:5, 165:21, 171:24, 176:23, 177:17, 186:9, 197:4, 198:17, 204:9, 204:22, 209:5, 209:6, 209:7, 210:9, 210:10, 210:11, 212:4, 212:22, 212:24, 213:5, 213:19, 213:20, 214:12, 216:19, 217:16, 217:17, 218:12, 219:7, 219:8, 228:3, 239:3, 240:15, 240:16, 241:18, 242:23, 246:5, 246:12, 246:14
**pleased** - 185:25, 187:2
**point** - 211:21, 235:12, 248:21
**pointed** - 230:19, 234:14
**points** - 223:7
**police** - 147:17, 147:20, 168:19, 187:5, 187:6, 203:10, 249:4
**Police** - 141:6, 147:19
**policeman** - 164:19
**policy** - 128:21
**polygraph** - 247:4, 247:10, 247:14
**Port** - 134:15, 134:17, 164:18
**position** - 190:14, 204:14, 204:21, 204:23, 214:24, 223:5, 223:21, 245:17, 247:22
**Position** - 207:19, 208:9
**possible** - 179:1, 201:11, 204:4, 219:24, 220:3, 220:8, 221:13
**possibly** - 145:7
**Possibly** - 146:5, 166:24
**Post** - 175:17, 195:25
**pour** - 229:6, 229:8, 229:14, 230:10
**poured** - 224:3, 227:16, 227:19, 228:6
**practice** - 144:23, 144:25
**practicing** - 135:15
**preclude** - 233:9
**precourt** - 250:12
**prejudice** - 226:11, 229:25, 234:19
**prejudicial** - 224:9, 229:23, 231:5, 231:23, 232:1, 234:20, 235:6
**prepare** - 220:24
**prepared** - 220:7
**present** - 128:3, 146:19, 159:2, 160:1, 161:9, 163:18, 165:19, 167:10, 171:23, 173:22, 174:21, 176:6, 176:21, 177:15, 181:13, 183:10, 185:10, 186:7, 189:23, 193:8, 195:5, 206:2, 228:16, 232:22, 233:17, 240:14, 241:6, 250:22
**presided** - 180:6
**Presumed** - 175:6
**presumed** - 152:13, 166:5, 175:5, 183:25, 198:7
**presumptuous** - 202:23
**pretrial** - 250:22
**pretty** - 160:21, 162:25, 182:13
**prevent** - 170:2
**prior** - 128:6, 196:1
**private** - 144:25
**probably** - 170:11, 178:24
**Probably** - 148:6
**Probation** - 194:17
**probative** - 229:23, 231:24, 234:17
**problem** - 144:8, 155:7, 156:14, 162:9, 174:2, 176:24, 189:8, 205:9, 213:22, 214:2, 219:1, 219:6, 246:20
**problems** - 129:15, 160:7, 172:4, 198:24, 198:25, 202:13, 214:3, 219:2, 251:6
**procedural** - 221:11
**proceed** - 206:15, 242:20
**proceeded** - 229:14
**proceeding** - 137:12, 137:14
**Proceedings** - 127:25
**proceedings** - 163:17

**process** - 182:11, 182:24, 201:13, 219:12
**produced** - 127:25
**production** - 159:12
**products** - 167:17
**profession** - 163:14
**program** - 188:19, 188:20, 189:9
**programs** - 148:18
**proof** - 200:18, 249:20
**proper** - 240:20
**property** - 140:25
**prosecuted** - 202:4
**prosecution** - 145:12, 145:13, 200:17
**prosecutor** - 145:19, 146:24, 168:19
**Prospective** - 129:7, 129:10, 129:12, 129:14, 129:16, 129:18, 129:21, 129:23, 129:25, 130:2, 130:4, 130:7, 130:11, 130:17, 130:21, 130:24, 131:2, 131:4, 131:6, 131:8, 131:10, 131:14, 131:15, 131:22, 131:24, 132:1, 132:3, 132:5, 132:7, 132:10, 132:13, 132:16, 132:21, 132:22, 132:24, 133:1, 133:3, 133:6, 133:11, 133:15, 133:18, 133:20, 133:23, 133:25, 134:3, 134:5, 134:7, 134:9, 134:10, 134:13, 134:15, 134:18, 134:22, 134:24, 135:3, 135:6, 135:11, 135:15, 135:21, 136:5, 136:7, 136:9, 136:11, 136:13, 136:15, 136:17, 136:19, 136:21, 136:24, 137:1, 137:3, 137:7, 137:9, 137:11, 137:13, 137:15, 137:17, 137:19, 137:22, 137:25, 138:3, 138:6, 138:8, 138:13, 138:14, 138:16, 138:18, 138:20, 138:23, 138:25, 139:2, 139:4, 139:6, 139:8, 139:10, 139:12, 139:15, 139:19, 139:24, 139:25, 140:3, 140:5, 140:7, 140:10, 140:12, 140:14, 140:16, 140:19, 140:21, 140:24, 141:1, 141:3, 141:5, 141:8, 141:10, 141:12, 141:17, 141:18, 141:20, 141:22, 142:1, 142:3, 142:5, 142:10, 142:12, 142:14, 142:16, 142:19, 142:21, 142:24, 143:1, 143:3, 143:5, 143:7, 143:9, 143:13, 143:15, 143:18, 143:23, 143:24, 144:1, 144:3, 144:6, 144:9, 144:11, 144:16, 144:18, 144:22, 144:24, 145:2, 145:4, 145:7, 145:9, 145:13, 145:16, 145:18, 145:20, 145:22, 146:1, 146:5, 146:8, 146:9, 147:7, 147:10, 147:13, 147:15, 147:19, 147:22, 147:25, 148:3, 148:6, 148:9, 148:13, 148:16, 148:22, 149:1, 149:5, 149:7, 149:13, 149:15, 149:17, 149:21, 149:22, 150:9, 150:11, 150:13, 150:15, 150:20, 150:23, 151:1, 151:5, 151:8, 151:10, 151:12, 151:14, 151:17, 151:21, 151:25, 152:2, 152:5, 152:7, 152:11, 152:15, 152:18, 152:23, 152:25, 153:4, 153:6, 153:9, 153:13, 153:15, 153:16, 153:22, 153:24, 154:1, 154:3, 154:5, 154:8, 154:10, 154:13, 154:15, 154:19, 154:23, 155:4, 155:7, 155:10, 155:15, 155:18, 155:24, 156:6, 156:8, 156:11, 156:13, 156:15, 156:17, 156:20, 156:23, 157:1, 157:2, 157:6, 157:8, 157:10, 157:13, 157:15, 157:24, 158:2, 158:6, 158:13, 158:15, 159:4, 159:7, 159:9, 159:11, 159:15, 159:17, 159:19, 159:21, 159:23, 160:3, 160:5, 160:8, 160:10, 160:12, 160:15, 160:17, 160:19, 160:21, 160:24, 161:4, 161:11, 161:13, 161:15, 161:17, 161:19, 161:21, 161:23, 162:1, 162:7, 162:10, 162:12, 162:19, 162:22, 162:24, 163:6, 163:8, 163:10, 163:21, 163:23, 164:2, 164:4, 164:6, 164:10, 164:13, 164:15, 164:17, 164:20, 164:23, 165:2, 165:8, 165:23, 166:1, 166:3, 166:6, 166:9, 166:11, 166:13, 166:17, 166:20, 166:24, 167:1, 167:3, 167:13, 167:15, 167:18, 167:22, 167:24, 168:6, 168:11, 168:14, 168:20, 168:25, 169:9, 169:12, 169:15, 169:18, 169:21, 170:4, 170:15, 170:19, 170:21, 172:1, 172:3, 172:6, 172:9, 172:11, 172:14, 172:16, 172:18, 172:20, 172:22, 172:25, 173:3, 173:5, 173:9, 173:13, 173:16, 173:18, 173:25, 174:4, 174:6, 174:8, 174:12, 174:15, 174:18, 174:20, 174:23, 174:25, 175:4, 175:7, 175:10, 175:14, 175:16, 175:19, 175:21, 175:25, 176:9, 176:12, 176:14, 176:18, 177:1, 177:3, 177:6, 177:18, 177:20, 177:23, 177:25, 178:2, 178:11, 178:13, 178:21, 178:24, 179:3, 179:5, 179:7, 179:12, 179:16, 179:19, 180:3, 180:8, 180:13, 180:17, 181:1, 181:16, 181:19, 181:22, 181:24, 182:2, 182:5, 182:7, 183:11, 183:19, 184:1, 184:4, 184:8, 184:11, 184:14, 184:25, 185:12, 185:15, 185:17, 185:19, 185:22, 185:24, 186:2, 186:11, 186:14, 186:16, 186:18, 186:21, 186:23, 186:25, 187:4, 187:8, 187:12, 187:14, 187:22, 187:24, 188:3, 188:6, 188:8, 188:11, 188:13, 188:18, 188:21, 188:24, 189:1, 189:4, 189:6, 189:18, 189:25, 190:2, 190:4, 190:6, 190:8, 190:10, 190:12, 190:16, 190:20, 190:24, 191:4, 191:8, 191:15, 191:19, 191:21, 191:24, 192:5, 192:7, 192:9, 192:11, 192:13, 192:17, 192:22, 192:24, 193:1, 193:11, 193:14, 193:18, 193:21, 193:25, 194:3, 194:7, 194:11, 194:15, 194:21, 194:23, 195:8, 195:12, 195:14, 195:16, 195:18, 195:20, 195:25, 196:7, 196:9, 197:7, 197:9, 197:11, 197:14, 197:16, 197:18, 197:21, 197:23, 198:1, 198:3, 198:9, 198:11, 198:13, 198:15, 198:20, 198:23, 198:25, 199:2, 199:4, 199:6, 199:9, 199:12, 199:14, 199:17, 199:21, 199:24, 200:1, 200:5, 200:8, 200:12, 200:15, 200:20, 200:23, 201:2, 201:7, 201:10, 201:14, 222:19, 242:6, 242:8, 242:10, 242:12, 242:14, 242:16, 242:18, 245:25
**prospective** - 206:2, 227:3
**protection** - 193:23
**prove** - 152:23, 152:25, 153:2, 153:8, 196:3, 200:18, 228:12
**proven** - 148:20, 152:22, 175:3, 192:19
**provided** - 236:5
**provider** - 137:4
**proving** - 166:8, 184:3
**Public** - 154:8, 157:15
**public** - 140:25
**publications** - 227:2
**publicity** - 182:12, 231:8
**punished** - 153:10
**Punta** - 144:16, 144:17, 144:18
**purchase** - 237:24
**purchased** - 238:1
**purported** - 248:1
**purportedly** - 233:16
**purpose** - 247:22
**pushed** - 250:13
**put** - 134:20, 145:24, 147:2, 170:6, 178:13, 191:2, 191:17, 228:24, 236:3, 238:16, 238:18, 238:19, 242:22
**Put** - 240:1, 246:11
**Putting** - 184:12
**putting** - 203:22, 224:10, 228:12

## Q

**Queens** - 138:20, 154:6, 157:13, 174:6, 179:22, 180:20
**Question** - 130:12, 157:17, 183:13, 190:13
**question** - 128:11, 168:2, 178:4, 179:10, 183:9, 202:19, 234:16
**questionnaire** - 201:22, 237:8, 243:12, 243:15
**Questionnaire** - 150:7, 237:13
**questionnaires** - 201:24, 240:2, 241:14
**questions** - 131:11, 132:17, 138:9, 139:20, 141:13, 143:19, 146:17, 155:19, 158:9, 162:2, 165:3, 169:3, 176:10, 176:11, 184:15, 184:18, 185:1, 186:19, 189:12, 192:14, 193:2, 201:4, 221:11, 224:3, 249:25
**quick** - 214:21
**quickly** - 191:12, 219:25, 250:25
**quit** - 154:25
**Quite** - 149:1
**quite** - 145:10, 147:11, 148:10, 149:3, 158:8
**quoted** - 227:25

## R

**R** - 165:25, 206:1
**racketeering** - 130:13, 225:6, 233:13
**Radioshack** - 160:12, 160:13
**Rail** - 129:14, 172:13
**railroad** - 138:21, 140:14
**rain** - 220:1, 220:2, 220:6
**raised** - 218:18, 218:21, 235:11, 247:8
**Ralph** - 136:21
**ran** - 191:13
**rarely** - 141:10
**rather** - 154:20, 232:4, 243:7, 248:9
**reached** - 185:6
**react** - 169:25
**read** - 147:18, 167:4, 175:10, 175:22, 179:11, 179:18, 180:7, 180:21, 182:2, 182:15, 183:3, 183:21, 192:16, 195:21, 195:24, 198:12, 199:11, 202:24, 219:18, 221:16, 221:17, 221:18
**reading** - 155:11, 165:24, 182:18, 182:25, 221:15
**ready** - 240:12
**realized** - 202:14
**really** - 161:23, 162:14, 164:23, 180:10, 191:15, 213:23
**reason** - 206:10, 234:4, 235:12, 235:14, 235:16, 249:23
**reasonable** - 152:24, 166:8, 184:3, 200:19, 228:13
**reasons** - 224:8
**receive** - 162:4
**recent** - 234:6
**recently** - 155:1, 163:23
**Recess** - 205:13
**recess** - 251:13
**recollect** - 219:2
**reconsider** - 247:4
**reconsideration** - 223:1, 247:19
**record** - 214:22, 236:15, 236:23, 237:2
**recorded** - 127:25
**recorder** - 236:10
**red** - 217:7
**reduced** - 157:18, 178:5
**reference** - 223:1
**references** - 237:4
**referencing** - 237:4
**refund** - 238:3
**refundable** - 238:2
**regarding** - 183:14
**region** - 220:1
**related** - 196:4
**relationship** - 130:25
**relative** - 147:16
**relatives** - 203:8, 203:15
**released** - 206:8
**relented** - 224:5
**relevant** - 168:1
**religiously** - 135:12
**remain** - 204:4

**Remaining** - 246:15
**remaining** - 240:4, 243:17
**remains** - 247:22
**remember** - 174:10, 174:12, 180:15, 180:18, 180:21, 235:13, 235:24
**remembers** - 235:19
**remind** - 221:15
**reminding** - 228:2
**render** - 157:20, 178:7
**rent** - 164:13
**renting** - 164:6, 164:12
**repeatedly** - 171:4, 224:14
**replace** - 245:9
**report** - 128:13, 133:17, 219:7, 219:18, 245:4
**reported** - 186:22
**Reporter** - 127:21
**represent** - 249:9
**representation** - 248:22, 249:7, 250:2
**represents** - 233:23
**Republic** - 144:19
**request** - 133:4, 203:21, 229:13
**requested** - 229:5
**require** - 249:8
**required** - 249:24
**research** - 221:20
**resentment** - 168:18, 171:12
**reservations** - 171:4
**respect** - 214:1, 221:16, 231:9, 234:13
**respected** - 135:7
**Respectfully** - 235:2
**respond** - 224:3, 232:13, 233:4, 248:5
**responded** - 248:3
**response** - 249:22
**responsible** - 224:1
**rest** - 185:7, 201:24, 245:15
**result** - 168:19
**results** - 247:12
**resumed** - 128:1
**retail** - 139:4
**retired** - 166:21, 185:21
**retribution** - 225:17
**reveal** - 248:21
**reverse** - 223:12, 223:18
**review** - 223:6, 223:7, 248:20
**reviewed** - 233:20
**reviewing** - 204:5
**Reviewing** - 249:13
**reviews** - 233:21
**revulsion** - 227:3, 233:7
**Rico** - 232:9
**rid** - 236:8
**ride** - 145:11
**right** - 129:4, 136:4, 146:21, 149:25, 154:1, 154:21, 154:24, 156:24, 160:18, 160:22, 163:4, 163:14, 167:13, 169:8, 170:8, 170:21, 176:9, 176:22, 178:16, 181:3, 181:25, 182:6, 185:3, 197:15, 203:22, 206:15, 208:22, 210:6, 210:15, 211:16, 211:17, 213:15, 214:11, 218:4, 219:8, 233:7, 235:5, 235:8, 237:7, 237:21, 239:3, 240:10, 244:11, 246:11, 246:16, 250:24, 251:7
**Right** - 141:5, 145:20, 147:25, 155:4, 155:24, 162:9, 162:10, 166:6, 170:7, 198:20, 246:21
**rightly** - 171:1
**Road** - 129:14, 172:13
**roads** - 220:7
**rock** - 225:3, 225:4
**rock-solid** - 225:3, 225:4
**Roger** - 127:13
**role** - 225:13, 225:14
**room** - 128:2, 159:24, 163:13, 165:9, 167:8, 170:22, 173:19, 185:5, 186:3, 189:21, 193:6, 197:12, 204:5, 221:3, 221:6, 221:14, 221:25, 222:6, 222:11, 222:17, 245:23, 246:5, 246:12, 246:14
**rooms** - 222:16
**row** - 207:6, 207:23, 208:1, 208:4, 208:6, 208:23, 212:2, 212:4, 212:22, 212:23, 214:13, 215:25, 218:11, 241:17
**Rule** - 231:22
**ruling** - 226:9, 233:7, 235:8, 248:19
**running** - 224:14
**Russo** - 135:2, 135:3, 135:5, 135:6, 135:10

## S

**S** - 206:1
**safety** - 193:21, 193:22, 194:4, 194:5
**said** - 140:24, 144:12, 146:23, 147:3, 162:2, 169:22, 170:24, 171:9, 178:23, 180:9, 180:18, 202:15, 202:20, 203:4, 203:23, 226:5, 229:8, 229:13, 230:14, 234:6, 236:7, 245:11, 245:20, 250:11
**same** - 131:4, 131:6, 135:24, 158:8, 187:6, 205:3, 234:21, 234:22, 241:19, 247:23
**satisfactory** - 218:14, 218:16, 238:21
**Saturday** - 180:9
**save** - 149:8
**saw** - 175:24, 184:12, 200:3, 227:3
**say** - 142:8, 148:14, 157:24, 162:16, 167:1, 168:14, 168:15, 169:4, 169:19, 170:5, 181:25, 183:16, 191:1, 195:19, 199:5, 202:24, 225:5, 225:21, 226:7, 227:19, 228:9, 228:16, 228:19, 230:2, 235:25, 236:6, 236:15, 236:18, 246:24
**Say** - 148:7, 213:13, 218:19
**Saying** - 229:4
**saying** - 225:8, 230:17, 230:25, 249:6, 249:7
**says** - 228:5, 249:10, 249:11
**scarring** - 224:25, 225:2
**scars** - 232:20
**scary** - 148:11
**schedule** - 250:9, 250:11
**scheduled** - 136:1
**school** - 149:24, 150:16, 151:2, 191:11
**School** - 137:20
**schools** - 154:24
**schoolteacher** - 154:23
**science** - 154:24
**Sea** - 178:1
**sealed** - 142:16
**seat** - 171:2, 207:21, 207:23, 207:25, 208:4, 208:5, 210:16, 210:24, 212:3, 212:21, 212:23, 214:13, 214:14, 214:15, 214:16, 214:17, 214:18, 215:25, 216:12, 216:13, 216:19, 217:11, 217:16, 217:17, 217:25, 218:6, 218:10, 218:11, 238:17, 239:13, 240:16, 244:3, 244:6, 244:9
**Seat** - 207:9, 207:11, 208:2, 208:12, 208:19, 208:20, 208:23, 209:5, 209:6, 209:7, 209:8, 209:12, 209:18, 210:9, 210:10, 210:11, 210:17, 210:20, 210:21, 211:4, 211:6, 212:2, 212:10, 212:11, 212:17, 213:8, 213:9, 213:11, 213:14, 213:19, 213:20, 216:7, 216:8, 216:19, 217:4, 218:10
**seated** - 170:23
**seats** - 208:11, 219:8
**second** - 130:2, 170:20, 207:25, 208:6, 212:3, 212:4, 212:22, 212:23, 214:14, 215:12, 216:12, 216:13, 217:11, 217:16, 218:10, 224:18, 242:3
**Second** - 206:18
**section** - 185:19
**security** - 199:15, 205:4
**See** - 194:15, 251:9
**see** - 128:20, 141:10, 153:11, 162:3, 163:19, 164:8, 164:25, 166:15, 176:10, 180:10, 188:1, 188:16, 189:2, 190:18, 190:22, 195:3, 201:9, 201:12, 203:24, 204:21, 206:13, 221:25, 225:2, 233:20, 233:22, 236:15, 236:23, 237:19
**seeking** - 157:18, 178:5
**seeks** - 225:17
**seem** - 220:17, 226:10
**seemed** - 202:1, 202:6, 214:25
**seems** - 203:23, 227:11, 231:21
**Seifan** - 127:14
**selected** - 222:4
**selecting** - 219:14
**selection** - 215:4
**self** - 187:20
**self-defense** - 187:20
**send** - 231:19
**sense** - 155:24, 220:12, 228:17
**sensible** - 220:17
**sensitive** - 148:14
**sentence** - 157:18, 178:5
**separately** - 219:5
**serious** - 219:2
**serve** - 197:17
**served** - 130:9, 161:25
**service** - 140:17, 173:7, 219:16
**services** - 135:19
**serving** - 162:15, 178:9
**seven** - 171:22
**Seven** - 209:18, 210:11, 212:17, 213:11, 213:14, 213:19, 216:5
**seventeen** - 168:6, 171:10
**several** - 179:13, 179:24, 182:14
**Shall** - 246:16
**shape** - 160:16
**Sharkey** - 127:17, 128:4, 128:11, 128:13, 128:18, 129:5, 131:12, 131:16, 136:6, 138:11, 139:21, 141:14, 143:20, 146:11, 146:13, 146:22, 150:8, 155:20, 165:4, 165:16, 170:23, 171:9, 181:9, 183:4, 184:16, 184:21, 185:2, 187:10, 189:13, 193:3, 202:10, 203:6, 203:21, 207:8, 207:11, 207:13, 208:11, 208:14, 208:16, 208:18, 208:20, 208:22, 208:23, 209:12, 209:18, 209:25, 210:7, 210:16, 211:4, 211:6, 211:8, 211:10, 211:14, 211:18, 211:20, 211:23, 212:10, 213:11, 215:9, 215:12, 216:8, 216:13, 216:15, 216:25, 217:3, 217:6, 217:8, 217:21, 217:24, 218:2, 218:15, 220:19, 223:2, 227:17, 227:21, 227:23, 232:13, 233:4, 233:6, 235:2, 237:2, 237:10, 237:14, 239:11, 239:19, 240:3, 240:6, 243:5, 243:11, 243:22, 244:22, 244:24, 245:2, 245:5, 245:7, 245:18, 248:2, 248:19, 249:5, 250:4, 251:11
**sharp** - 137:8
**she** - 144:23, 145:12, 145:14, 145:17, 145:21, 146:13, 146:19, 146:24, 147:2, 147:3, 147:4, 147:8, 157:3, 197:15, 222:16, 222:17, 237:22
**She** - 145:4, 145:13, 145:22, 147:2, 147:3, 163:14, 239:22, 240:23
**she's** - 144:25, 145:5, 145:18, 146:23
**She's** - 145:10, 197:14, 197:16
**Sheepshead** - 164:2
**sheriff's** - 147:17
**shock** - 225:1
**shoe** - 232:19
**shooter** - 248:1
**shooting** - 224:14, 234:23
**shot** - 227:9, 229:19
**should** - 144:14, 152:25, 153:10, 169:10, 170:23, 171:2, 178:19, 203:2, 210:25, 214:5, 216:2, 227:8, 227:12, 232:5, 232:7, 233:9, 233:12, 243:17, 249:24
**shouldn't** - 162:15
**show** - 135:8, 230:24
**showed** - 232:20
**shown** - 225:8
**shows** - 195:3, 224:24
**side** - 135:18, 204:12, 206:6, 242:21, 242:23, 243:24

**Side** - 243:1, 245:14
**Sidebar** - 206:14, 208:7, 209:23, 210:12, 212:5, 212:25, 214:19, 216:10, 216:20, 216:23, 217:18, 218:13
**sidebar** - 206:8, 206:13, 218:18, 218:21
**sidestep** - 228:2
**Significant** - 220:8
**similarly** - 182:19
**simply** - 247:20
**Simpson** - 195:11
**since** - 156:24, 182:24, 220:10
**Since** - 172:19, 185:6, 193:18, 220:23
**single** - 164:10
**sinister** - 156:20
**sir** - 138:18, 139:2, 139:10, 139:12, 139:19, 150:10, 150:13, 151:1, 151:8, 151:12, 151:14, 152:11, 152:15, 153:6, 165:21, 177:17, 197:6, 198:19, 199:13, 200:12, 241:5, 241:8
**sister** - 144:21, 145:10, 166:21, 240:23
**sister's** - 146:23
**sister-in-law** - 166:21
**sit** - 129:8, 199:1, 199:3, 239:9, 241:17
**Sit** - 136:12, 141:24, 165:21, 171:24, 173:23, 176:22, 177:17, 186:9, 198:19, 240:15
**sitting** - 155:25, 159:14, 189:19, 217:4, 217:25, 243:5
**situation** - 148:10, 148:11, 169:25, 180:21, 250:14
**situations** - 169:4
**six** - 128:15, 142:14, 144:12, 151:19, 211:12, 214:12, 219:3, 219:15, 221:22, 222:3, 222:7, 224:19, 228:18, 239:4, 239:9, 239:11, 239:12, 239:14, 240:1, 240:3, 241:12, 241:17, 243:25, 245:13, 245:22, 246:2
**Six** - 207:11, 210:21
**Sixteen** - 212:3, 212:13
**Sixth** - 206:24
**sixth** - 214:18, 238:20
**skin** - 133:8, 224:5, 224:11
**skip** - 131:19
**skipped** - 128:25
**sleepy** - 149:19
**sleet** - 128:15, 128:18, 220:6
**slighted** - 206:9
**slip** - 243:2, 243:17
**slippery** - 220:7
**smaller** - 210:23
**Snow** - 219:21, 219:23
**snow** - 220:1, 220:6, 220:8
**so** - 131:18, 132:16, 133:13, 138:8, 145:11, 147:3, 161:19, 165:2, 168:16, 169:1, 170:9, 170:11, 179:7, 179:12, 180:1, 185:6, 187:1, 187:14, 191:4, 191:19, 191:21, 192:22, 194:21, 194:22, 199:6, 203:24, 207:1, 222:16, 228:21, 232:14, 233:11, 236:8
**So** - 135:8, 136:23, 151:24, 155:6, 161:25, 162:8, 162:25, 165:13, 168:4, 168:9, 169:6, 170:9, 172:7, 172:12, 181:8, 187:18, 188:14, 189:8, 194:16, 214:10, 219:3, 220:13, 220:21, 221:13, 222:8, 222:13, 224:15, 225:10, 242:20, 243:24, 245:15, 246:13, 246:22, 247:22, 248:3
**solely** - 169:13
**solid** - 225:3, 225:4
**solidifying** - 248:15
**Some** - 146:1, 175:19, 188:4, 251:5
**some** - 146:2, 165:10, 170:1, 175:22, 178:22, 179:16, 179:17, 180:5, 180:23, 187:5, 191:24, 192:1, 202:5, 203:23, 204:8, 224:4, 224:11, 225:2, 227:2, 228:6, 233:14, 249:20
**somebody** - 137:16, 175:22, 178:14, 191:10, 196:3, 206:11
**Someone** - 203:1
**someone** - 225:15, 231:19
**someone's** - 224:11, 229:22, 234:20
**something** - 142:22, 153:8, 156:17, 168:21, 171:11, 178:15, 178:17, 180:10, 191:1, 193:18, 205:1, 227:7, 227:20
**Sometime** - 190:24
**Sometimes** - 150:18
**somewhat** - 201:23, 202:8, 219:11
**son** - 172:23, 173:2
**Sorry** - 207:18, 208:16, 240:18, 243:22, 244:16
**sorry** - 159:19, 162:2, 175:9, 210:1, 216:3, 240:21
**sort** - 225:14, 228:6, 230:11, 232:22, 233:25
**sorts** - 230:23
**Spanish** - 191:10
**speak** - 221:4
**Speak** - 191:20
**specific** - 146:17, 230:11, 230:12, 233:13
**specifically** - 147:2
**specificity** - 231:7, 249:21
**speed** - 205:2
**spend** - 219:13
**split** - 203:8
**spoken** - 202:22, 246:8
**spot** - 215:13
**Springfield** - 142:3
**Square** - 163:24
**squarely** - 227:6
**Sr** - 131:3, 139:14
**stabbed** - 229:20
**stabbings** - 234:23
**staff** - 194:12
**stage** - 201:13, 237:20
**start** - 128:16, 133:3, 133:14, 179:20, 182:20, 213:25, 220:14, 250:12
**started** - 149:17, 182:24
**starting** - 223:19
**state** - 143:4
**stated** - 171:6
**States** - 127:1, 127:3, 127:10, 127:13
**Stealing** - 140:25
**stenography** - 127:25
**step** - 177:21
**stigma** - 228:11
**still** - 131:20, 143:8, 190:25, 237:22, 239:12, 239:13, 239:25, 245:15, 247:21
**Still** - 227:1
**stipulate** - 243:4
**stipulation** - 242:20
**Stock** - 129:19
**stop** - 176:11
**stoppage** - 203:24
**stopped** - 143:9, 182:25
**store** - 160:10, 160:11
**stories** - 167:4
**storm** - 128:15, 128:18
**story** - 156:23, 229:1, 229:2, 231:16, 235:13, 235:20
**straight** - 163:16
**straightforward** - 146:20
**strange** - 169:25, 235:15, 235:16, 237:17
**Street** - 127:17
**strictly** - 251:5
**Strike** - 241:25
**strike** - 171:3, 213:7
**strikes** - 128:6, 216:25
**stripes** - 217:7
**struck** - 216:1, 216:13
**students** - 155:3
**stuff** - 188:14, 191:13, 234:23
**Stupid** - 142:17
**stupid** - 143:18
**submit** - 234:18
**substance** - 188:11, 188:12, 225:21, 225:22, 226:5, 227:20, 228:3, 236:3, 236:8, 236:11, 236:19
**substances** - 228:23
**substantially** - 229:23, 229:25, 231:22, 231:24, 231:25, 234:18
**substitute** - 155:5
**Subway** - 177:25
**successful** - 202:4
**such** - 152:6, 157:21, 157:22, 158:1, 158:5, 178:8, 178:18, 178:23, 179:2, 179:22, 182:19, 184:24, 192:23, 195:21, 198:10, 200:14, 203:8, 219:12
**suggest** - 220:13
**suggested** - 203:18
**suggests** - 202:17
**suicide** - 200:3, 200:4, 202:2
**Suicide** - 202:3
**Suite** - 127:17
**Sunday** - 137:19, 137:20, 180:9
**supervise** - 129:22, 194:12
**supply** - 166:18
**supposed** - 128:18, 168:21
**Supreme** - 227:25
**sure** - 135:12, 136:2, 141:12, 145:16, 158:2, 168:15, 169:25, 175:17, 192:9, 228:21, 234:1
**Sure** - 128:8, 146:8, 153:13, 153:15, 170:21, 184:11, 199:4, 240:8
**surprises** - 133:23
**surveillance** - 200:14
**survive** - 157:4
**suspicion** - 178:14
**switched** - 135:18
**sworn** - 205:3, 239:11, 239:12

## T

**T** - 165:25, 206:1
**tainted** - 182:19
**Take** - 133:24, 208:15, 209:16, 246:5
**take** - 134:17, 138:21, 154:12, 154:14, 162:16, 163:2, 163:9, 173:8, 191:13, 197:12, 203:17, 204:20, 208:2, 208:4, 208:5, 209:5, 209:6, 209:7, 210:9, 210:10, 210:11, 212:2, 212:3, 212:21, 212:23, 213:19, 213:20, 214:13, 214:14, 214:15, 214:16, 214:17, 214:18, 215:25, 217:16, 217:17, 218:10, 218:11, 221:3, 222:23, 223:12, 229:8, 232:19, 238:14, 238:17, 239:14, 242:21, 243:17, 244:2, 248:7
**taken** - 129:1, 149:23, 251:13
**takes** - 171:8, 190:14
**taking** - 201:7, 229:21, 240:24
**talk** - 128:6, 190:24, 222:18, 246:13
**talked** - 180:23, 235:23
**talking** - 179:19, 228:8, 229:17, 236:13
**tape** - 236:10
**taught** - 137:19
**teach** - 154:24
**team** - 248:12, 249:16
**technical** - 251:5
**television** - 159:11
**Tell** - 128:21, 187:13
**tell** - 149:18, 156:7, 161:6, 162:14, 183:2, 221:8, 240:17, 240:19, 249:12
**telling** - 228:25, 229:1
**tells** - 233:10
**temperatures** - 220:3
**ten** - 128:5, 179:23, 180:22, 211:12, 234:10, 237:8, 237:10, 239:3, 239:8, 239:24, 240:12, 240:14, 243:3, 243:18, 244:9, 245:10
**Ten** - 131:21, 214:16, 216:21, 244:8
**ten's** - 244:3
**tentatively** - 136:1
**tenth** - 220:2, 244:9, 245:17
**term** - 202:17, 237:5

**terms** - 204:25
**terribly** - 156:2
**test** - 150:15, 151:2, 224:10, 229:17, 247:4
**testified** - 137:12, 187:23
**testify** - 187:6, 187:11, 192:2, 200:21, 224:19, 225:4, 225:24, 231:13, 234:11
**testifying** - 233:17, 233:19
**testimony** - 157:20, 157:21, 158:4, 158:7, 158:8, 178:7, 227:13, 230:12, 230:14, 230:22, 231:6, 231:13, 231:15, 232:16, 233:1, 233:25, 234:4, 234:21, 235:3, 235:18, 247:25, 249:14, 250:13
**than** - 178:10, 202:23, 225:11, 230:4, 230:6, 231:22, 232:2, 232:4, 233:16, 249:14
**Thank** - 131:13, 131:14, 132:19, 132:21, 133:25, 134:5, 136:5, 136:7, 136:13, 138:12, 138:13, 139:23, 139:24, 141:16, 141:17, 143:23, 149:6, 156:6, 157:1, 158:10, 158:14, 159:23, 161:4, 163:5, 165:8, 165:16, 165:18, 167:7, 173:15, 173:17, 173:18, 176:2, 176:16, 176:18, 177:5, 177:6, 179:9, 181:4, 182:7, 182:8, 184:21, 185:2, 185:4, 186:2, 189:17, 189:20, 193:5, 193:11, 196:9, 198:14, 201:6, 201:7, 201:12, 201:14, 205:11, 205:12, 211:18, 219:9, 220:19, 223:2, 223:4, 223:11, 240:6, 241:5, 241:8, 241:10, 251:10, 251:11, 251:12
**thank** - 140:8, 141:22
**thanks** - 198:23
**Thanks** - 163:8, 163:12
**That** - 133:23, 142:10, 144:11, 147:24, 152:7, 169:21, 175:7, 180:13, 197:23, 203:6, 203:12, 203:23, 216:6, 225:6, 230:9, 230:15, 247:7
**that** - 129:1, 130:5, 130:9, 130:16, 130:19, 130:22, 131:7, 132:8, 137:6, 137:10, 137:11, 138:1, 138:4, 139:11, 140:22, 140:23, 141:2, 141:9, 142:7, 142:20, 142:22, 143:4, 143:10, 143:11, 143:16, 143:17, 144:12, 145:6, 146:13, 146:15, 146:23, 147:3, 147:11, 148:5, 148:8, 148:12, 148:19, 148:21, 148:23, 148:24, 149:8, 149:18, 150:14, 151:22, 152:12, 152:14, 154:9, 154:14, 155:1, 155:13, 155:25, 156:2, 157:19, 157:20, 157:24, 158:3, 158:7, 159:13, 159:20, 162:4, 162:8, 162:11, 164:21, 166:20, 166:23, 167:19, 167:20, 167:23, 167:25, 168:10, 168:13, 168:19, 169:2, 169:4, 169:5, 169:19, 170:2, 170:5, 170:9, 171:1, 171:6, 171:9, 171:12, 171:16, 173:10, 175:3, 175:11, 175:22, 175:24, 176:24, 178:5, 178:6, 178:14, 178:15, 178:23, 179:17, 179:22, 179:25, 180:2, 180:12, 180:18, 180:19, 180:21, 180:24, 182:11, 182:13, 182:19, 182:20, 183:14, 183:18, 183:21, 184:5, 184:7, 184:22, 187:13, 187:16, 187:17, 187:18, 188:2, 188:14, 189:8, 190:14, 191:2, 191:11, 191:14, 191:17, 192:18, 193:19, 194:6, 194:19, 195:17, 195:19, 196:3, 196:5, 197:10, 197:22, 197:25, 198:8, 200:7, 200:16, 200:19, 200:22, 200:24, 200:25, 204:15, 204:18, 204:21, 205:8, 207:7, 208:4, 211:16, 212:21, 213:13, 214:1, 214:5, 214:24, 215:3, 215:4, 215:8, 215:25, 218:19, 218:21, 219:3, 219:13, 219:15, 220:5, 220:13, 220:16, 220:24, 221:10, 221:21, 221:22, 221:23, 223:18, 223:21, 223:25, 224:6, 224:11, 224:16, 224:19, 225:10, 225:15, 225:23, 225:24, 226:3, 226:4, 226:5, 226:9, 227:3, 227:5, 227:6, 227:8, 227:10, 227:11, 227:25, 228:1, 228:3, 228:10, 228:11, 228:17, 228:19, 229:17, 229:18, 229:23, 230:3, 230:12, 230:25, 231:10, 231:12, 231:16, 231:19, 231:23, 232:2, 232:7, 232:10, 232:16, 232:20, 233:7, 233:10, 233:12, 233:16, 233:17, 233:19, 233:22, 233:24, 234:4, 234:7, 234:8, 234:9, 234:11, 234:23, 235:2, 235:4, 235:12, 235:14, 235:15, 235:16, 236:9, 236:16, 236:18, 236:19, 237:3, 237:4, 237:15, 237:17, 238:9, 238:15, 238:17, 238:19, 238:21, 239:18, 240:7, 240:10, 240:11, 242:22, 243:4, 245:20, 246:11, 246:14, 246:19, 246:24, 247:2, 247:10, 247:13, 248:10, 248:11, 248:12, 248:13, 248:15, 248:22, 248:25, 249:7, 249:8, 249:9, 249:10, 249:11, 249:15, 249:17, 249:19, 250:13, 250:17
**That's** - 130:17, 131:19, 135:10, 143:5, 149:11, 150:16, 155:7, 158:4, 160:25, 162:17, 164:3, 170:19, 172:15, 173:5, 175:2, 177:21, 178:11, 189:18, 201:18, 201:19, 201:20, 205:9, 208:22, 210:6, 210:24, 211:16, 213:21, 214:4, 217:5, 227:16, 235:18, 241:6, 243:20, 244:10, 245:19, 245:20
**that's** - 155:6, 156:18, 166:21, 170:9, 188:22, 207:21, 228:11, 228:21, 230:1, 235:24, 243:3, 246:25, 250:1
**The** - 127:9, 128:3, 128:8, 128:12, 128:13, 128:16, 128:20, 128:22, 128:23, 129:2, 129:4, 129:6, 129:8, 129:10, 129:11, 129:12, 129:13, 129:14, 129:15, 129:16, 129:17, 129:18, 129:20, 129:21, 129:22, 129:23, 129:24, 129:25, 130:1, 130:2, 130:3, 130:4, 130:5, 130:7, 130:8, 130:11, 130:12, 130:17, 130:18, 130:21, 130:22, 130:24, 130:25, 131:2, 131:3, 131:4, 131:5, 131:6, 131:7, 131:8, 131:9, 131:10, 131:11, 131:13, 131:14, 131:17, 131:23, 131:24, 131:25, 132:1, 132:2, 132:3, 132:4, 132:5, 132:6, 132:7, 132:8, 132:10, 132:11, 132:13, 132:14, 132:16, 132:17, 132:19, 132:21, 132:23, 132:25, 133:1, 133:2, 133:3, 133:5, 133:6, 133:10, 133:11, 133:12, 133:15, 133:18, 133:19, 133:20, 133:22, 133:23, 133:24, 133:25, 134:2, 134:3, 134:4, 134:5, 134:8, 134:10, 134:11, 134:13, 134:14, 134:15, 134:17, 134:18, 134:20, 134:22, 134:23, 134:24, 135:2, 135:3, 135:5, 135:6, 135:10, 135:11, 135:13, 135:15, 135:20, 135:21, 136:4, 136:5, 136:7, 136:10, 136:12, 136:13, 136:14, 136:15, 136:16, 136:17, 136:18, 136:19, 136:20, 136:21, 136:23, 136:24, 136:25, 137:1, 137:2, 137:3, 137:5, 137:7, 137:8, 137:9, 137:10, 137:11, 137:12, 137:13, 137:14, 137:15, 137:16, 137:17, 137:18, 137:19, 137:21, 137:22, 137:23, 137:25, 138:1, 138:3, 138:4, 138:6, 138:7, 138:8, 138:9, 138:12, 138:13, 138:15, 138:17, 138:18, 138:19, 138:20, 138:21, 138:23, 138:24, 138:25, 139:1, 139:2, 139:3, 139:4, 139:5, 139:6, 139:7, 139:8, 139:9, 139:10, 139:11, 139:12, 139:13, 139:15, 139:17, 139:19, 139:20, 139:23, 139:24, 140:1, 140:2, 140:4, 140:5, 140:6, 140:7, 140:8, 140:10, 140:11, 140:12, 140:13, 140:14, 140:15, 140:16, 140:17, 140:19, 140:20, 140:21, 140:23, 140:24, 140:25, 141:1, 141:2, 141:3, 141:4, 141:5, 141:7, 141:8, 141:9, 141:10, 141:11, 141:12, 141:13, 141:16, 141:17, 141:19, 141:21, 141:22, 141:24, 142:1, 142:2, 142:3, 142:4, 142:5, 142:7, 142:10, 142:11, 142:12, 142:13, 142:14, 142:15, 142:16, 142:18, 142:19, 142:20, 142:21, 142:23, 142:24, 142:25, 143:1, 143:2, 143:3, 143:4, 143:5, 143:6, 143:7, 143:8, 143:9, 143:11, 143:13, 143:14, 143:15, 143:16, 143:18, 143:19, 143:22, 143:23, 143:25, 144:2, 144:3, 144:4, 144:6, 144:8, 144:9, 144:10, 144:11, 144:14, 144:16, 144:17, 144:18, 144:20, 144:22, 144:23, 144:24, 145:1, 145:2, 145:3, 145:4, 145:6, 145:7, 145:8, 145:9, 145:12, 145:13, 145:14, 145:16, 145:17, 145:18, 145:19, 145:20, 145:21, 145:22, 145:24, 146:1, 146:3, 146:5, 146:6, 146:8, 146:10, 146:12, 146:21, 147:5, 147:8, 147:10, 147:12, 147:13, 147:14, 147:15, 147:16, 147:19, 147:21, 147:22, 147:24, 147:25, 148:1, 148:3, 148:5, 148:6, 148:8, 148:9, 148:12, 148:13, 148:14, 148:16, 148:19, 148:22, 148:23, 149:1, 149:4, 149:5, 149:6, 149:8, 149:10, 149:14, 149:15, 149:16, 149:17, 149:20, 149:21, 149:23, 150:1, 150:2, 150:3, 150:6, 150:10, 150:11, 150:12, 150:13, 150:14, 150:15, 150:18, 150:20, 150:22, 150:23, 150:25, 151:1, 151:4, 151:5, 151:7, 151:8, 151:9, 151:10, 151:11, 151:12, 151:13, 151:14, 151:15, 151:17, 151:19, 151:21, 151:24, 151:25, 152:1, 152:2, 152:3, 152:5, 152:6, 152:7, 152:9, 152:11, 152:12, 152:15, 152:16, 152:18, 152:21, 152:23, 152:24, 152:25, 153:2, 153:4, 153:5, 153:6, 153:7, 153:9, 153:11, 153:13, 153:14, 153:15, 153:17, 153:20, 153:21, 153:23, 153:24, 153:25, 154:1, 154:2, 154:3, 154:4, 154:5, 154:7, 154:8, 154:9, 154:10, 154:12, 154:13, 154:14, 154:15, 154:17, 154:19, 154:21, 154:23, 155:2, 155:4, 155:6, 155:7, 155:8, 155:10, 155:13, 155:15, 155:16, 155:18, 155:19, 155:22, 155:24, 156:4, 156:6, 156:7, 156:9, 156:10, 156:12, 156:13, 156:14, 156:15, 156:16, 156:17, 156:19, 156:20, 156:22, 156:23, 156:25, 157:1, 157:3, 157:5, 157:7, 157:8, 157:9, 157:10, 157:11, 157:13, 157:14, 157:15, 157:17, 157:24, 157:25, 158:2, 158:5, 158:6, 158:9, 158:11, 158:13, 158:14, 159:1, 159:3, 159:4, 159:5, 159:7, 159:8, 159:9, 159:10, 159:11, 159:13, 159:15, 159:16, 159:17, 159:18, 159:19, 159:20, 159:21, 159:22, 159:23, 159:25, 160:2, 160:3, 160:4, 160:5, 160:6, 160:8, 160:9, 160:10, 160:11, 160:12, 160:13, 160:15, 160:16, 160:17, 160:18, 160:19, 160:20, 160:21, 160:23, 160:24, 160:25, 161:4, 161:6, 161:8, 161:10, 161:11, 161:12, 161:13, 161:14, 161:15, 161:16, 161:17, 161:18, 161:19, 161:20, 161:21, 161:22, 161:23, 161:25, 162:1, 162:3, 162:7, 162:8, 162:10, 162:11, 162:12, 162:18, 162:19, 162:21, 162:22, 162:23, 162:24, 163:4, 163:6, 163:7, 163:8, 163:9, 163:10, 163:15, 163:16, 163:19, 163:21, 163:22, 163:23, 164:1, 164:2, 164:3, 164:4, 164:5, 164:6, 164:8, 164:10, 164:12, 164:13, 164:14, 164:15, 164:16, 164:17, 164:18, 164:20, 164:21, 164:23, 164:25, 165:2, 165:3, 165:6, 165:8, 165:10, 165:12, 165:13, 165:14, 165:17, 165:18, 165:20, 165:23,

165:24, 166:1, 166:2, 166:3, 166:4, 166:6, 166:7, 166:9, 166:10, 166:11, 166:12, 166:13, 166:15, 166:17, 166:19, 166:20, 166:23, 166:24, 166:25, 167:1, 167:2, 167:3, 167:6, 167:9, 167:11, 167:13, 167:14, 167:15, 167:17, 167:18, 167:20, 167:22, 167:23, 167:24, 168:5, 168:6, 168:10, 168:11, 168:13, 168:14, 168:18, 168:20, 168:23, 168:25, 169:7, 169:9, 169:10, 169:12, 169:13, 169:15, 169:17, 169:18, 169:19, 169:21, 169:24, 170:4, 170:13, 170:15, 170:18, 170:19, 170:20, 170:21, 171:15, 171:21, 171:22, 171:24, 172:1, 172:2, 172:3, 172:4, 172:6, 172:8, 172:9, 172:10, 172:11, 172:12, 172:14, 172:15, 172:16, 172:17, 172:18, 172:19, 172:20, 172:21, 172:22, 172:24, 172:25, 173:2, 173:3, 173:4, 173:5, 173:7, 173:9, 173:11, 173:13, 173:14, 173:16, 173:17, 173:18, 173:20, 173:23, 173:25, 174:2, 174:4, 174:5, 174:6, 174:7, 174:8, 174:9, 174:12, 174:14, 174:15, 174:17, 174:18, 174:19, 174:20, 174:21, 174:23, 174:24, 174:25, 175:2, 175:4, 175:6, 175:7, 175:9, 175:10, 175:13, 175:14, 175:15, 175:16, 175:18, 175:19, 175:20, 175:21, 175:24, 175:25, 176:1, 176:4, 176:7, 176:9, 176:10, 176:12, 176:13, 176:14, 176:15, 176:18, 176:20, 176:22, 177:1, 177:2, 177:3, 177:4, 177:6, 177:8, 177:9, 177:10, 177:12, 177:13, 177:14, 177:16, 177:18, 177:19, 177:20, 177:21, 177:23, 177:24, 177:25, 178:1, 178:2, 178:3, 178:4, 178:11, 178:12, 178:13, 178:18, 178:21, 178:22, 178:24, 179:1, 179:3, 179:4, 179:5, 179:6, 179:7, 179:8, 179:12, 179:15, 179:16, 179:18, 179:19, 180:2, 180:3, 180:7, 180:8, 180:12, 180:13, 180:15, 180:17, 180:25, 181:1, 181:3, 181:6, 181:8, 181:10, 181:12, 181:14, 181:16, 181:18, 181:19, 181:21, 181:22, 181:23, 181:24, 182:1, 182:2, 182:4, 182:5, 182:6, 182:7, 182:8, 182:21, 182:24, 183:2, 183:6, 183:8, 183:9, 183:11, 183:12, 183:19, 183:24, 184:1, 184:2, 184:4, 184:5, 184:8, 184:9, 184:11, 184:12, 184:14, 184:15, 184:17, 184:19, 184:22, 184:25, 185:1, 185:3, 185:6, 185:9, 185:11, 185:12, 185:13, 185:15, 185:16, 185:17, 185:18, 185:19, 185:20, 185:22, 185:23, 185:24, 185:25, 186:2, 186:4, 186:5, 186:8, 186:11, 186:12, 186:14, 186:15, 186:16, 186:17, 186:18, 186:19, 186:21, 186:22, 186:23, 186:24, 186:25, 187:2, 187:4, 187:5, 187:8, 187:9, 187:11, 187:12, 187:13, 187:14, 187:21, 187:22, 187:23, 187:24, 188:1, 188:3, 188:4, 188:6, 188:7, 188:8, 188:10, 188:11, 188:12, 188:13, 188:16, 188:18, 188:20, 188:21, 188:23, 188:24, 188:25, 189:1, 189:2, 189:4, 189:5, 189:6, 189:12, 189:16, 189:18, 189:19, 189:22, 189:24, 189:25, 190:1, 190:2, 190:3, 190:4, 190:5, 190:6, 190:7, 190:8, 190:9, 190:10, 190:11, 190:12, 190:13, 190:16, 190:18, 190:20, 190:22, 190:24, 191:2, 191:4, 191:6, 191:8, 191:14, 191:15, 191:17, 191:19, 191:20, 191:21, 191:22, 191:24, 192:1, 192:5, 192:6, 192:7, 192:8, 192:9, 192:10, 192:11, 192:12, 192:13, 192:14, 192:17, 192:18, 192:22, 192:23, 192:24, 192:25, 193:1, 193:2, 193:4, 193:7, 193:9, 193:11, 193:12, 193:14, 193:16, 193:18, 193:20, 193:21, 193:24, 193:25, 194:1, 194:3, 194:6, 194:7, 194:9, 194:11, 194:13, 194:15, 194:18, 194:21, 194:22, 194:23, 194:24, 195:1, 195:2, 195:6, 195:8, 195:10, 195:12, 195:13, 195:14, 195:15, 195:16, 195:17, 195:18, 195:19, 195:20, 195:24, 195:25, 196:5, 196:7, 196:8, 196:9, 197:1, 197:4, 197:6, 197:7, 197:8, 197:9, 197:10, 197:11, 197:13, 197:14, 197:15, 197:16, 197:17, 197:18, 197:19, 197:21, 197:22, 197:23, 197:25, 198:1, 198:2, 198:3, 198:4, 198:6, 198:9, 198:10, 198:11, 198:12, 198:13, 198:14, 198:15, 198:17, 198:18, 198:19, 198:20, 198:21, 198:23, 198:24, 198:25, 199:1, 199:2, 199:3, 199:4, 199:5, 199:6, 199:7, 199:9, 199:11, 199:12, 199:13, 199:14, 199:16, 199:17, 199:19, 199:21, 199:22, 199:24, 199:25, 200:1, 200:4, 200:5, 200:6, 200:8, 200:10, 200:12, 200:13, 200:15, 200:17, 200:20, 200:21, 200:23, 200:24, 201:2, 201:4, 201:6, 201:7, 201:9, 201:10, 201:12, 201:14, 201:16, 201:19, 201:20, 202:3, 202:6, 202:8, 202:12, 202:17, 203:7, 203:14, 203:21, 204:6, 204:8, 204:11, 204:16, 204:17, 204:24, 205:5, 205:6, 205:8, 205:9, 205:10, 205:12, 206:3, 206:15, 207:2, 207:9, 207:10, 207:12, 207:14, 207:16, 207:21, 208:8, 208:13, 208:15, 208:19, 208:21, 208:25, 209:2, 209:10, 209:13, 209:16, 209:19, 209:22, 209:24, 210:1, 210:4, 210:9, 210:13, 210:15, 210:17, 210:21, 210:24, 211:2, 211:5, 211:7, 211:9, 211:11, 211:16, 211:22, 211:25, 212:6, 212:9, 212:11, 212:12, 212:13, 212:15, 212:16, 212:19, 213:1, 213:4, 213:9, 213:10, 213:13, 213:15, 213:17, 213:25, 214:4, 214:6, 214:8, 214:11, 214:20, 215:1, 215:2, 215:7, 215:10, 215:14, 215:15, 215:17, 215:20, 215:23, 216:3, 216:11, 216:14, 216:17, 216:18, 216:21, 216:24, 217:2, 217:3, 217:5, 217:7, 217:11, 217:14, 217:19, 217:20, 217:21, 217:23, 218:1, 218:3, 218:6, 218:9, 218:14, 218:16, 218:19, 218:23, 218:25, 219:11, 220:21, 221:3, 221:5, 222:2, 222:10, 222:20, 222:22, 222:25, 223:3, 223:9, 223:14, 223:21, 223:22, 225:21, 225:25, 226:4, 227:1, 227:14, 227:18, 227:22, 228:14, 228:21, 228:23, 229:4, 229:8, 229:11, 229:17, 229:23, 230:8, 230:13, 230:14, 230:16, 231:4, 232:3, 232:6, 232:14, 232:18, 232:21, 233:3, 233:5, 233:17, 234:16, 235:8, 235:10, 235:16, 235:21, 235:25, 236:6, 236:14, 236:18, 236:23, 237:6, 237:7, 237:11, 237:13, 237:15, 237:21, 237:25, 238:1, 238:3, 238:4, 238:5, 238:7, 238:10, 238:12, 238:15, 238:24, 239:1, 239:3, 239:5, 239:6, 239:7, 239:8, 239:10, 239:11, 239:13, 239:18, 239:21, 239:24, 240:1, 240:5, 240:8, 240:11, 240:13, 240:15, 240:19, 240:22, 241:1, 241:3, 241:6, 241:9, 241:12, 241:15, 241:19, 241:20, 241:22, 241:25, 242:2, 242:4, 242:6, 242:7, 242:8, 242:9, 242:10, 242:11, 242:12, 242:13, 242:14, 242:15, 242:16, 242:17, 242:18, 242:19, 243:2, 243:9, 243:10, 243:13, 243:14, 243:16, 243:20, 243:23, 244:2, 244:5, 244:6, 244:7, 244:8, 244:9, 244:12, 244:19, 244:21, 244:23, 245:1, 245:3, 245:6, 245:9, 245:13, 245:15, 245:16, 245:19, 245:25, 246:1, 246:2, 246:4, 246:5, 246:6, 246:8, 246:10, 246:11, 246:16, 246:19, 247:1, 247:3, 247:16, 247:21, 248:3, 248:7, 248:13, 248:15, 249:2, 249:22, 250:1, 250:5, 250:7, 250:14, 250:16, 250:19, 250:24, 251:1, 251:4, 251:9

**the** - 127:12, 127:17, 128:2, 128:5, 128:6, 128:19, 128:20, 128:21, 129:19, 130:1, 130:15, 131:2, 132:14, 133:10, 133:12, 133:17, 134:17, 134:18, 134:22, 134:25, 135:7, 135:10, 135:14, 135:18, 135:24, 137:23, 138:21, 139:15, 139:16, 140:14, 141:6, 142:4, 142:5, 142:23, 145:22, 145:23, 146:18, 146:19, 146:24, 147:8, 147:20, 147:22, 147:24, 148:17, 148:19, 148:23, 149:2, 149:4, 149:11, 149:18, 149:20, 150:7, 150:8, 150:16, 150:22, 151:2, 151:12, 151:13, 151:17, 151:18, 151:22, 152:4, 152:9, 152:13, 153:2, 153:3, 154:10, 154:17, 155:8, 155:11, 156:14, 157:3, 157:4, 157:15, 157:21, 158:3, 158:8, 159:18, 159:20, 161:24, 162:5, 162:16, 163:2, 163:14, 163:24, 164:13, 166:7, 167:19, 168:5, 168:16, 168:18, 168:19, 169:2, 169:3, 169:4, 169:5, 169:10, 169:13, 169:15, 169:17, 169:22, 170:8, 170:10, 170:17, 170:23, 170:25, 171:1, 171:2, 171:5, 171:8, 171:16, 171:19, 172:11, 172:12, 173:4, 173:8, 174:10, 174:12, 174:21, 174:25, 175:2, 175:11, 175:18, 175:21, 178:7, 178:16, 178:22, 178:24, 179:12, 179:13, 179:17, 179:19, 179:20, 179:21, 179:22, 179:25, 180:10, 180:11, 180:13, 180:15, 180:18, 180:21, 180:24, 181:1, 181:7, 181:11, 181:23, 182:1, 182:2, 182:3, 182:4, 182:10, 182:11, 182:12, 182:14, 182:15, 182:18, 182:19, 182:25, 183:3, 183:15, 183:17, 183:24, 184:2, 184:5, 184:9, 184:22, 185:7, 186:15, 186:16, 186:20, 186:24, 187:1, 187:2, 187:3, 187:6, 187:16, 187:17, 187:18, 187:19, 187:23, 187:24, 188:20, 189:8, 189:19, 190:3, 190:21, 191:12, 191:13, 191:14, 191:15, 191:18, 192:3, 192:16, 192:18, 193:12, 194:18, 194:19, 195:11, 195:21, 195:23, 197:1, 197:12, 197:19, 199:19, 200:2, 200:7, 200:17, 200:18, 201:11, 201:13, 201:18, 201:22, 201:24, 201:25, 202:1, 202:7, 202:8, 202:17, 202:19, 202:22, 202:24, 202:25, 203:1, 203:6, 203:9, 203:16, 203:22, 204:1, 204:3, 204:10, 204:11, 204:12, 204:17, 204:19, 204:20, 204:22, 205:1, 205:2, 205:3, 205:4, 205:7, 206:7, 206:9, 206:11, 206:12, 206:13, 206:16, 206:17, 206:18, 206:20, 207:3, 207:4, 207:5, 207:6, 207:7, 207:21, 207:23, 207:25, 208:4, 208:5, 208:23, 210:6, 210:19, 210:20, 210:23, 210:24, 210:25, 211:1, 212:2, 212:3, 212:21, 212:23, 213:4, 213:10, 213:23, 213:24, 214:6, 214:13, 214:14, 214:15, 214:16, 214:17, 214:18, 214:21, 214:23, 215:3, 215:5, 215:10, 215:12, 215:25, 216:11, 216:13, 216:19, 217:2, 217:3, 217:7, 217:16, 217:17, 217:24, 217:25, 218:6, 218:10, 218:11, 218:14, 218:16, 218:17, 218:20, 218:21, 219:1, 219:7, 219:13, 219:15, 219:22, 219:23, 219:25, 220:10, 220:11, 220:12, 220:13, 220:24, 221:3, 221:6, 221:7, 221:14, 221:19, 221:22, 221:25, 222:2, 222:3, 222:5, 222:6, 222:9, 222:10, 222:15, 222:17, 222:25, 223:1, 223:5, 223:7, 223:9, 223:12, 223:14, 223:17, 223:18, 223:19, 223:21, 223:23, 224:1,

224:2, 224:5, 224:6, 224:7, 224:11, 224:12, 224:15, 224:16, 224:18, 224:20, 224:23, 224:24, 225:1, 225:2, 225:3, 225:7, 225:10, 225:11, 225:12, 225:13, 225:14, 225:18, 225:21, 225:22, 225:23, 226:2, 226:4, 226:6, 226:10, 226:11, 227:1, 227:2, 227:3, 227:6, 227:7, 227:8, 227:9, 227:11, 227:12, 227:21, 227:24, 228:1, 228:3, 228:5, 228:6, 228:7, 228:10, 228:11, 228:25, 229:1, 229:2, 229:5, 229:6, 229:7, 229:11, 229:12, 229:13, 229:14, 229:16, 229:18, 229:19, 229:20, 229:24, 230:1, 230:3, 230:10, 230:11, 230:22, 230:23, 231:2, 231:6, 231:7, 231:8, 231:10, 231:12, 231:15, 231:16, 231:17, 231:18, 231:20, 231:21, 231:23, 231:24, 232:2, 232:3, 232:7, 232:16, 232:17, 232:20, 232:22, 232:23, 233:1, 233:6, 233:7, 233:9, 233:10, 233:11, 233:12, 233:14, 233:15, 233:16, 233:18, 233:20, 233:21, 233:25, 234:1, 234:4, 234:8, 234:14, 234:15, 234:17, 234:21, 234:23, 234:25, 235:3, 235:5, 235:7, 235:12, 235:14, 235:18, 235:19, 235:20, 235:21, 235:25, 236:3, 236:4, 236:5, 236:9, 236:12, 236:14, 236:15, 236:17, 236:21, 236:22, 236:23, 236:24, 237:2, 237:3, 237:5, 237:18, 237:19, 237:20, 237:23, 237:24, 238:14, 238:16, 238:17, 238:18, 238:19, 238:20, 238:25, 239:4, 239:9, 239:12, 239:14, 239:20, 240:1, 240:2, 240:3, 240:15, 240:16, 240:20, 241:6, 241:13, 242:1, 242:4, 242:22, 243:2, 243:3, 243:5, 243:6, 243:7, 243:11, 243:14, 243:17, 243:21, 243:24, 243:25, 244:2, 244:9, 244:10, 244:11, 244:17, 244:22, 245:4, 245:11, 245:15, 245:17, 245:19, 245:23, 246:2, 246:5, 246:20, 246:22, 246:23, 246:24, 246:25, 247:3, 247:4, 247:7, 247:8, 247:10, 247:11, 247:14, 247:15, 247:20, 247:22, 247:24, 247:25, 248:1, 248:9, 248:11, 248:12, 248:17, 248:19, 248:20, 248:23, 248:24, 248:25, 249:8, 249:9, 249:15, 249:19, 249:20, 250:1, 250:8, 250:9, 250:11, 250:12, 250:14, 250:15, 250:19, 250:22, 251:2, 251:6

**theft** - 161:22

**their** - 168:20, 170:25, 171:12, 178:9, 182:18, 204:21, 208:11, 208:18, 224:4, 224:21, 232:11, 234:8, 240:2, 240:3

**theirself** - 187:1

**them** - 146:1, 165:11, 176:13, 183:3, 189:8, 192:3, 203:9, 204:21, 206:7, 219:4, 219:5, 219:16, 221:3, 221:4, 223:18, 224:3, 224:14, 227:15, 227:18, 237:21, 238:14, 238:18, 238:19, 239:13, 239:22, 240:1, 241:17, 245:4, 246:11, 251:5, 251:6

**themselves** - 222:5, 248:17

**then** - 135:17, 139:1, 144:14, 150:21, 172:19, 183:21, 203:20, 204:13, 206:16, 207:3, 220:2, 228:5, 229:7, 245:23, 250:12

**Then** - 162:2, 195:2, 239:9

**There** - 137:8, 170:1, 179:15, 179:24, 187:5, 192:1, 203:14, 220:4, 228:19, 228:23, 231:16, 232:16, 241:22, 249:16

**there** - 128:24, 133:8, 135:17, 135:23, 146:1, 168:16, 170:16, 175:22, 177:8, 179:10, 179:13, 179:24, 180:9, 182:13, 182:23, 184:5, 203:23, 205:1, 211:14, 221:7, 221:22, 223:24, 228:15, 228:17, 229:18, 229:25, 231:11, 232:10, 232:18, 233:13, 234:3, 234:7, 236:7, 236:10, 239:12, 247:9, 249:21

**there's** - 219:2, 224:16, 225:2, 226:11

**There's** - 201:13, 219:20, 224:8

**thereafter** - 137:24

**these** - 163:17, 165:10, 184:12, 218:25, 222:16, 230:4, 230:22, 230:23, 230:24, 234:21, 237:3, 240:22, 245:3, 246:8, 248:16

**These** - 238:1

**They** - 137:10, 139:9, 140:24, 143:8, 143:9, 150:6, 152:25, 162:1, 165:11, 168:20, 178:9, 178:16, 179:19, 180:23, 182:25, 189:7, 206:6, 207:6, 208:19, 227:18, 234:6, 234:9, 239:5, 239:11, 239:13, 239:24, 243:16, 243:20, 243:23, 248:13

**they** - 134:23, 134:24, 137:8, 142:23, 143:10, 151:3, 151:18, 151:22, 155:4, 162:2, 171:12, 174:17, 175:23, 178:15, 178:17, 179:25, 180:18, 180:24, 183:2, 186:24, 186:25, 187:17, 187:18, 189:8, 196:2, 203:15, 207:2, 210:16, 210:24, 221:2, 222:5, 224:3, 225:5, 225:8, 225:24, 226:5, 227:19, 228:8, 228:9, 229:7, 230:2, 230:9, 230:14, 230:25, 231:1, 232:20, 234:11, 234:24, 235:24, 237:10, 239:1, 239:6, 239:19, 248:4, 249:24, 249:25, 250:14, 250:16

**they'd** - 175:7

**They'll** - 204:8

**they'll** - 206:7

**They're** - 204:20

**they're** - 204:21

**they've** - 228:25

**thing** - 142:17, 156:2, 174:13, 174:15, 195:22, 200:16, 235:9, 235:14, 235:15, 235:16

**things** - 167:23, 167:25, 178:22, 179:17, 179:22, 183:20, 219:2, 222:23, 234:7, 234:10

**think** - 129:2, 132:15, 132:16, 134:24, 135:4, 146:3, 146:19, 146:22, 147:1, 147:3, 147:4, 147:10, 148:13, 148:23, 153:8, 153:17, 155:17, 156:24, 158:12, 165:11, 167:5, 168:23, 169:4, 170:14, 170:23, 171:2, 172:18, 175:16, 179:6, 179:23, 180:4, 181:24, 182:22, 185:7, 189:5, 191:4, 191:10, 191:19, 191:21, 192:10, 192:13, 192:22, 194:13, 194:21, 194:22, 195:2, 195:22, 196:6, 200:1, 204:15, 206:10, 223:5, 224:8, 224:16, 225:24, 226:8, 227:5, 227:24, 228:1, 228:7, 231:9, 231:17, 231:19, 233:6, 233:21, 234:7, 235:2, 238:24, 239:1, 243:7, 243:19, 246:19, 248:22, 250:1, 250:16

**Third** - 206:20

**third** - 210:6, 214:13, 214:15

**thirty** - 148:7, 231:14

**This** - 136:10, 143:25, 162:13, 165:15, 176:5, 177:14, 181:10, 183:8, 198:6, 210:19, 213:1, 213:3, 216:18, 224:15, 230:11, 231:5, 232:11, 248:8, 249:2

**this** - 130:5, 133:20, 135:5, 135:25, 136:2, 136:14, 138:2, 139:17, 141:25, 143:11, 146:22, 153:14, 154:10, 156:17, 156:23, 162:5, 165:22, 166:4, 167:4, 168:1, 168:2, 168:24, 169:1, 170:2, 171:2, 172:17, 174:2, 178:13, 179:11, 179:13, 181:17, 181:20, 182:10, 182:17, 182:24, 183:24, 186:24, 188:2, 188:25, 192:16, 192:20, 193:17, 194:13, 194:18, 195:18, 198:12, 199:1, 199:7, 201:12, 203:25, 204:5, 206:15, 210:19, 211:21, 217:2, 219:11, 219:18, 219:24, 220:3, 221:16, 221:17, 222:9, 224:8, 224:10, 224:16, 224:17, 224:21, 224:22, 224:23, 225:1, 225:6, 225:14, 226:11, 227:5, 228:1, 229:3, 230:2, 230:19, 231:12, 231:16, 231:18, 231:19, 232:12, 232:23, 232:25, 233:9, 233:25, 234:12, 234:17, 234:25, 235:3, 235:4, 235:13, 235:24, 236:8, 236:21, 236:25, 237:17, 237:18, 237:20, 238:12, 240:17, 240:19, 241:17, 247:8, 247:22, 248:21, 249:3, 249:13

**thorough** - 182:22

**those** - 129:1, 145:24, 147:2, 170:6, 171:10, 183:14, 187:6, 206:8, 224:19, 232:25, 239:14

**though** - 162:13, 203:15

**Though** - 232:14

**thought** - 174:17, 187:19, 202:20, 211:10

**thousands** - 203:14

**three** - 128:14, 128:24, 135:18, 173:10, 194:11, 194:12, 195:2, 195:4, 202:23, 219:24, 231:14, 231:17, 238:17, 239:14, 242:7, 243:3, 243:25, 244:11, 244:22

**through** - 128:5, 128:25, 139:15, 139:16, 145:11, 145:23, 156:2, 180:11, 185:7, 204:3, 205:2, 205:5, 205:6, 206:6, 220:9, 234:8, 234:10, 236:23

**thrown** - 168:7, 168:11

**Thursday** - 133:16, 136:1, 156:24, 219:5, 220:15, 220:22, 221:1, 221:2, 222:2, 222:8, 222:13, 237:22, 245:4, 250:5, 250:6, 251:9

**ticket** - 238:4

**tickets** - 237:8, 237:19, 237:23, 238:2, 238:8, 245:10

**ties** - 231:6

**Tilden** - 136:22

**time** - 128:16, 135:24, 140:25, 143:10, 145:22, 149:9, 168:4, 188:14, 199:14, 205:3, 208:15, 209:16, 219:14, 219:25, 231:18, 232:19, 233:19, 240:7, 240:20, 248:13, 251:2

**times** - 202:23, 219:23

**tired** - 159:7

**To** - 169:15

**to** - 128:6, 128:9, 128:14, 128:15, 128:18, 128:21, 130:12, 131:19, 132:11, 133:4, 133:7, 133:13, 133:15, 133:20, 134:2, 134:3, 134:18, 135:12, 135:16, 135:18, 135:24, 135:25, 136:2, 136:16, 137:18, 137:23, 138:1, 138:4, 138:21, 139:14, 142:4, 142:25, 143:10, 144:12, 144:15, 145:9, 146:10, 146:18, 147:5, 147:6, 148:14, 148:20, 149:11, 149:18, 149:23, 149:24, 150:12, 150:14, 150:16, 150:19, 150:23, 150:25, 151:2, 151:19, 152:7, 152:13, 152:16, 152:21, 152:23, 153:2, 153:8, 154:24, 155:2, 155:8, 156:7, 156:21, 157:4, 157:17, 157:19, 157:20, 158:1, 158:3, 159:13, 159:15, 159:16, 161:2, 162:6, 162:8, 162:13, 162:16, 162:25, 163:1, 163:2, 163:16, 163:19, 163:24, 164:7, 165:6, 166:5, 168:5, 168:10, 168:18, 168:22, 169:17, 169:25, 170:8, 170:25, 171:3, 171:5, 172:22, 173:8, 175:23, 176:10, 178:3, 178:6, 178:7, 178:15, 178:17, 178:19, 179:1, 179:20, 179:25, 180:5, 180:21, 181:16, 181:25, 182:13, 182:19, 182:20, 183:1, 183:3, 183:25, 185:25, 186:19, 187:1, 187:21, 188:19, 188:20, 189:7, 189:9, 191:1, 192:4, 192:8, 192:19, 192:20, 193:14, 193:16, 196:1, 196:4, 197:11, 197:12, 197:17, 198:7, 199:23, 199:24, 200:18, 200:21, 200:25, 201:3, 201:8, 201:10, 201:21, 201:23, 201:24, 201:25, 202:7, 202:10, 202:14, 202:15, 202:16, 202:19, 202:22, 202:24, 203:1, 203:3, 203:8, 203:17, 203:18, 203:23, 203:24, 204:1, 204:4, 204:10, 204:12, 204:17, 204:18, 204:20, 204:22, 205:1, 205:2, 205:5, 206:5, 207:25, 208:5, 212:12, 214:6, 214:8, 214:24, 215:2, 215:5,

216:11, 218:5, 218:6, 218:25, 219:8, 219:12, 219:18, 219:19, 219:21, 219:24, 220:1, 220:2, 220:11, 220:13, 220:24, 220:25, 221:4, 221:5, 221:7, 221:8, 221:12, 221:13, 221:15, 221:16, 221:22, 222:2, 222:3, 222:11, 222:15, 222:18, 222:23, 223:7, 223:12, 223:17, 224:1, 224:2, 224:5, 224:11, 224:12, 224:18, 224:20, 225:1, 225:4, 225:6, 225:7, 225:18, 226:4, 226:9, 226:10, 227:1, 227:7, 227:13, 228:1, 228:2, 228:3, 228:7, 228:10, 228:11, 228:12, 229:6, 229:14, 229:16, 229:21, 230:4, 230:9, 230:13, 230:14, 230:23, 231:2, 231:16, 231:18, 231:19, 232:14, 233:2, 233:11, 233:18, 234:4, 234:11, 234:15, 234:16, 234:22, 234:24, 235:4, 235:7, 235:13, 235:23, 236:4, 236:8, 236:11, 237:8, 237:15, 237:16, 237:18, 237:19, 238:12, 238:13, 238:14, 238:15, 238:24, 239:1, 239:2, 239:9, 239:18, 241:7, 242:20, 242:22, 243:2, 243:4, 243:13, 243:16, 243:20, 243:23, 244:12, 245:9, 246:8, 246:13, 246:16, 247:3, 247:10, 247:12, 247:17, 247:24, 248:4, 248:16, 248:17, 248:23, 248:24, 249:19, 249:24, 250:10, 250:11, 250:22, 250:24, 251:2
**Today** - 150:15, 151:3
**today** - 129:1, 133:2, 134:12, 135:1, 150:12, 151:2, 153:25, 157:9, 160:4, 160:7, 161:12, 163:20, 172:5, 177:19, 181:15, 185:14, 193:10
**together** - 220:11, 231:6, 232:17, 248:17
**told** - 155:8, 189:8, 248:25
**tomorrow** - 128:13, 133:7, 133:13, 151:3, 220:12, 220:14, 220:21, 220:25, 222:13
**tonight** - 219:21, 219:22, 220:9
**Tonight** - 128:17
**too** - 155:1, 181:2, 202:18, 221:22, 231:21
**took** - 140:14, 142:4, 142:5, 154:10, 172:11, 172:12, 201:23, 223:25, 232:8, 247:14
**top** - 230:10
**torture** - 233:8, 235:6, 236:25
**torturer** - 232:4
**torturing** - 232:11
**totally** - 169:5
**toward** - 225:13
**towards** - 171:12
**town** - 140:22
**Towns** - 144:7
**Train** - 132:5
**train** - 134:17, 136:24, 138:21, 142:4, 142:6, 154:9, 154:10, 157:16, 172:11, 172:15
**Transcript** - 127:9
**transcript** - 127:25
**transcripts** - 249:13
**transition** - 220:3
**transportation** - 154:8, 157:15
**travel** - 220:6, 220:12
**treat** - 158:1, 187:6, 192:3
**treated** - 143:17, 174:17, 178:19, 189:5, 192:4
**trial** - 129:24, 130:9, 149:19, 157:4, 161:24, 179:20, 179:21, 179:25, 180:24, 187:21, 187:23, 213:24, 214:6, 231:17, 231:21
**Trial** - 127:9, 128:1
**trials** - 145:11, 149:9, 183:14
**Trinidad** - 143:5, 143:6, 144:15
**trip** - 240:24
**trouble** - 132:6, 136:16, 140:15, 141:25, 160:13, 163:20, 165:22, 185:13
**truth** - 189:8
**truthfulness** - 233:1
**try** - 136:2, 138:1, 147:3, 152:2, 178:19, 179:5, 184:24, 192:8, 236:4, 250:24
**trying** - 243:16
**Tuesday** - 163:1
**turkey** - 224:4, 229:21, 230:7, 230:8, 230:10, 231:16, 234:21, 235:17, 235:20
**turn** - 149:24
**turns** - 247:13
**Tv** - 129:25, 135:9, 174:11, 183:15
**twelve** - 180:22, 207:6
**Twenty** - 148:7, 148:13
**twenty** - 135:22, 137:22
**Twenty-five** - 148:7, 148:13
**twenty-two** - 135:22, 137:22
**twice** - 201:23
**Two** - 151:17, 165:13, 165:14, 166:20, 208:10, 208:19, 209:5, 209:12, 210:9, 210:17, 211:11, 211:12, 212:2, 234:19
**two** - 135:22, 137:22, 154:22, 165:12, 172:7, 206:16, 206:18, 206:20, 209:11, 209:25, 211:11, 216:25, 224:8, 231:25, 249:14
**type** - 200:13, 200:16, 221:11, 228:3
**types** - 170:6
**typical** - 250:11

## U

**U** - 165:25
**ultimate** - 226:9
**unanimous** - 213:25
**uncles** - 203:4
**uncomfortable** - 170:13, 171:7
**Under** - 234:3
**under** - 167:20, 233:8, 249:7, 249:25
**understand** - 130:19, 132:8, 148:19, 148:21, 152:14, 162:4, 166:4, 170:18, 176:12, 176:13, 180:17, 183:24, 184:7, 198:8, 200:10, 200:17, 200:19, 200:20, 200:22, 200:23, 221:23, 229:16, 248:19, 248:21, 249:6
**Understood** - 244:5
**unemployed** - 135:20, 135:21
**unfair** - 227:11, 231:23, 231:25, 234:18, 234:19
**unfairly** - 143:17
**unfortunately** - 135:22, 137:17
**unhappy** - 214:1
**union** - 166:14, 193:24
**Uniondale** - 140:12
**United** - 127:1, 127:3, 127:10, 127:13
**until** - 152:22, 173:10, 173:11, 180:5, 204:5, 219:5, 221:8, 250:10, 251:13
**Unusual** - 160:18
**unusual** - 203:7, 203:11
**up** - 135:16, 146:15, 148:2, 149:24, 150:12, 150:19, 150:25, 161:24, 170:5, 170:6, 170:7, 173:9, 180:1, 182:4, 191:20, 195:3, 203:6, 204:4, 207:18, 211:1, 222:23, 224:14, 224:18, 231:1, 231:18, 232:10, 234:15, 238:17, 240:15, 249:17
**Up** - 220:2
**upscale** - 160:25
**upset** - 165:10, 175:24, 183:22
**urban** - 220:4
**Us** - 127:4, 127:15
**us** - 149:8, 169:24, 187:13, 240:17, 240:19, 242:4, 243:11
**use** - 143:8, 180:24, 190:21, 220:7, 222:12, 227:13, 229:16, 230:9, 236:8, 237:4, 247:4
**used** - 143:10, 172:22, 175:23, 228:3, 229:11, 229:12, 235:19, 235:21, 235:25, 236:18, 236:24, 246:24, 248:16
**uses** - 225:17
**using** - 226:4, 226:11, 234:1
**usually** - 167:21, 238:2, 248:15
**Usually** - 134:18
**utter** - 249:3
**uttered** - 247:20

## V

**v** - 127:4
**vacation** - 238:14
**value** - 203:1, 229:23, 231:24, 234:17
**veracity** - 230:22
**verdict** - 141:2, 146:4, 157:21, 164:21, 178:7, 180:2, 180:4, 196:5, 201:11
**verity** - 230:14
**Verity** - 230:22
**versus** - 158:7
**very** - 132:20, 133:19, 133:21, 133:22, 133:25, 135:6, 136:1, 138:12, 146:19, 148:14, 156:15, 156:18, 156:20, 156:21, 159:7, 182:18, 198:14, 199:6, 202:17, 219:9, 220:13, 227:6, 229:20, 230:11, 231:11, 237:20, 248:16
**Very** - 135:11, 136:15, 138:8, 237:1
**victim** - 186:20, 191:6, 191:7, 191:15, 197:19, 200:7, 232:17
**victims** - 224:2, 224:24
**videotape** - 229:3, 229:6, 229:7, 229:8
**view** - 130:8, 190:19, 191:14, 231:8, 247:17
**Violence** - 142:12
**violence** - 223:25, 225:12, 225:16
**violent** - 234:22
**virtually** - 230:21
**visibility** - 220:7
**vital** - 233:2
**voir** - 182:12, 182:22, 214:25, 215:3, 215:6

## W

**wait** - 133:17, 146:6, 153:12, 156:5, 170:20, 221:7, 222:11, 237:23
**Wait** - 179:10
**waiting** - 239:1
**waive** - 211:22
**want** - 133:13, 135:24, 178:15, 181:16, 181:24, 203:17, 203:18, 204:12, 204:20, 216:11, 219:16, 221:7, 221:14, 221:15, 222:15, 229:16, 237:15, 237:18, 238:12, 242:22, 243:13, 243:20, 243:23, 244:12, 246:13, 246:22, 249:25
**wanted** - 135:12, 144:12, 162:13, 224:1
**wants** - 245:19
**warm** - 220:3
**Warmer** - 219:25
**was** - 130:9, 131:18, 135:15, 135:16, 135:17, 137:16, 137:20, 137:21, 137:22, 140:20, 140:21, 142:7, 142:10, 142:11, 142:15, 142:18, 142:20, 142:21, 143:1, 143:2, 143:4, 146:16, 146:24, 147:1, 147:8, 147:10, 147:11, 147:24, 148:5, 148:9, 148:10, 149:3, 151:21, 152:4, 154:25, 155:1, 157:22, 168:6, 168:8, 168:21, 169:5, 171:9, 171:10, 171:11, 173:21, 175:16, 175:22, 178:4, 179:22, 179:23, 179:24, 180:8, 180:10, 180:12, 180:13, 180:18, 180:19, 180:22, 181:1, 183:19, 186:15, 187:3, 187:17, 187:19, 188:4, 188:8, 188:13, 188:14, 188:25, 191:6, 191:7, 196:2, 196:3, 197:19, 197:22, 197:23, 200:1, 200:4, 202:8, 202:16, 202:18, 202:21, 203:2, 203:6, 205:7, 215:5, 216:5, 216:6, 216:7, 218:21, 224:1, 224:6, 225:21, 225:22, 225:24, 225:25, 227:4, 227:20, 228:3, 228:14, 228:16, 228:17, 232:18, 232:22, 232:24, 233:16, 233:17, 234:7, 235:13, 235:14,

235:15, 235:16, 235:19, 236:9, 238:1, 240:20, 243:9, 244:6, 244:9, 247:8, 247:9, 247:15, 247:19, 248:10, 248:12, 249:15, 249:16, 251:13
**Was** - 130:22, 140:17, 140:23, 155:13
**Washington** - 134:15, 134:17
**wasn't** - 161:23, 168:21, 249:21
**watch** - 229:7
**watched** - 195:11
**watching** - 229:2
**wave** - 206:16, 206:18, 206:20, 206:22, 206:23, 206:24, 210:6, 217:2
**way** - 132:9, 142:21, 164:22, 167:2, 167:3, 178:13, 187:2, 192:3, 206:15, 222:9, 222:10, 229:22, 230:17, 234:1, 243:13, 243:21, 244:10, 245:18, 245:20
**We** - 128:25, 131:18, 133:12, 140:2, 144:14, 149:9, 160:21, 164:6, 164:13, 165:6, 181:6, 182:17, 184:18, 184:20, 185:6, 185:25, 197:2, 201:21, 202:10, 202:14, 202:16, 202:25, 204:2, 204:6, 206:4, 206:10, 207:18, 209:25, 218:4, 218:20, 219:15, 228:11, 228:12, 236:17, 237:15, 238:13, 239:13, 239:14, 244:24, 245:3, 246:2, 248:15, 250:5, 250:16, 250:24, 251:6
**we** - 128:5, 128:25, 131:18, 133:3, 133:17, 149:12, 153:14, 160:15, 161:2, 165:13, 169:24, 171:1, 177:8, 177:9, 177:10, 177:11, 181:8, 182:20, 182:22, 182:24, 183:6, 183:19, 183:22, 185:6, 185:7, 186:5, 195:2, 202:14, 203:18, 203:25, 204:5, 204:19, 206:5, 207:7, 208:11, 211:20, 212:8, 214:21, 215:3, 215:16, 216:21, 217:21, 217:24, 218:17, 218:20, 219:1, 219:3, 219:6, 219:13, 220:13, 220:23, 221:13, 222:22, 223:18, 226:7, 227:10, 227:25, 228:18, 229:17, 230:20, 231:8, 231:21, 232:8, 234:6, 234:15, 236:8, 238:15, 238:16, 238:17, 238:19, 239:20, 240:23, 241:13, 242:20, 243:16, 243:21, 244:7, 244:10, 244:22, 245:3, 245:6, 245:18, 245:20, 246:16, 246:19, 247:3, 249:23, 250:8, 250:10, 250:11, 250:12, 250:22
**We'd** - 171:3
**we'd** - 243:7, 250:17
**we'll** - 204:13, 204:17, 204:21, 206:16, 213:7, 217:9, 219:4, 222:12, 238:24
**We'll** - 201:9, 201:12, 202:12, 204:10, 204:11, 204:12, 206:15, 212:10
**we're** - 128:4, 204:18, 211:10, 221:5, 221:12
**We're** - 128:9, 201:16, 211:14
**we've** - 201:16
**Weather** - 250:7
**weather** - 128:13, 133:17, 186:16, 186:17, 219:7, 219:18, 219:20, 220:5
**Wednesday** - 149:2, 179:20, 219:5, 219:21, 219:23, 220:1, 220:9
**week** - 220:24, 231:17, 237:9
**weekend** - 163:25, 179:13, 199:15
**weeks** - 144:12, 151:19
**weighing** - 158:7
**weight** - 148:24, 158:3
**Weinstein** - 127:9
**welcome** - 198:15
**well** - 182:18, 185:7, 191:23, 204:18, 223:5, 237:1
**Well** - 135:13, 137:19, 145:9, 145:22, 148:16, 148:23, 155:2, 155:25, 156:15, 156:17, 161:2, 168:23, 175:10, 175:21, 178:12, 181:24, 182:1, 183:19, 186:25, 187:16, 188:13, 232:3, 238:12
**wellness** - 148:17
**went** - 128:25, 163:2, 188:19, 188:20, 189:9, 202:2, 236:3
**Were** - 139:11, 187:2, 188:17
**were** - 128:24, 140:22, 143:17, 148:2, 148:12, 161:22, 166:19, 168:20, 171:12, 174:17, 179:13, 179:15, 179:19, 179:24, 183:2, 186:20, 189:5, 197:8, 201:22, 210:24, 228:16, 232:20, 248:13
**West** - 132:3
**what** - 128:14, 128:20, 137:8, 137:23, 141:11, 142:4, 142:25, 144:10, 156:7, 164:1, 167:2, 167:3, 167:4, 169:7, 169:8, 169:19, 175:6, 175:13, 180:5, 180:18, 183:13, 183:19, 184:12, 188:10, 195:22, 200:2, 203:18, 208:12, 209:8, 223:23, 225:3, 225:5, 225:8, 227:15, 227:16, 228:4, 228:7, 228:9, 229:4, 230:24, 230:25, 232:25, 233:12, 234:6, 234:15, 234:19, 235:18, 236:15, 236:24, 238:12, 239:2, 245:19, 245:20, 247:7, 249:8
**What** - 128:16, 129:17, 130:25, 134:3, 134:20, 134:23, 135:14, 137:2, 139:3, 139:14, 140:20, 142:11, 143:4, 144:23, 145:14, 147:8, 149:11, 150:18, 154:9, 154:22, 159:10, 160:9, 160:11, 160:23, 162:18, 162:21, 164:9, 166:16, 167:14, 167:17, 168:5, 168:10, 172:24, 174:7, 174:24, 175:15, 175:20, 179:18, 180:7, 180:12, 180:25, 183:18, 186:15, 188:12, 190:4, 193:20, 195:24, 210:16, 213:13, 221:5, 225:21, 225:22, 228:8, 236:6, 237:15, 238:15, 239:4, 244:6, 249:6, 251:2
**what's** - 146:18, 152:8, 155:2, 178:16, 202:1
**What's** - 149:20, 156:14, 190:3, 190:19, 193:12, 199:13, 210:23, 237:24, 250:14
**whatever** - 225:17, 249:24
**Whatever** - 130:8
**whatsoever** - 132:12
**Wheelchairs** - 167:24
**when** - 128:4, 137:21, 148:12, 168:8, 175:24, 191:2, 191:17, 202:4, 202:19, 203:2, 225:15, 227:3, 228:1, 229:25, 230:25, 231:18, 232:22, 232:23, 234:21, 235:3, 236:12, 240:20, 247:8, 249:11, 250:22
**When** - 142:20, 148:5, 150:20, 166:12, 169:19, 197:22, 224:3, 227:15
**Where** - 129:11, 129:20, 131:25, 132:2, 134:14, 134:20, 136:18, 136:20, 138:19, 140:9, 140:11, 142:2, 144:5, 145:3, 145:17, 154:4, 157:12, 163:22, 164:1, 172:8, 174:5, 177:22, 185:16, 185:18, 190:9, 190:11, 240:22
**where** - 152:3, 161:6, 170:19, 194:18, 221:2, 221:6, 230:6, 234:25, 249:17
**whereas** - 247:9
**Whereupon** - 251:13
**whether** - 130:8, 180:3, 181:20, 229:12, 234:17, 236:24, 243:16, 246:23, 246:24
**Which** - 130:1, 139:5, 174:14, 179:16, 195:13, 235:11, 238:6, 244:12
**which** - 170:8, 197:1, 202:20, 222:17, 224:12, 224:24, 225:12, 226:2, 227:7, 227:13, 227:20, 228:7, 228:24, 229:24, 231:22, 233:2, 234:6, 234:17, 235:12, 239:16, 243:13
**while** - 143:10, 153:14, 155:3, 159:13, 199:19, 220:8, 229:8
**Whitestone** - 157:13
**who** - 131:18, 131:19, 137:16, 141:4, 166:19, 178:14, 179:20, 186:24, 187:5, 190:21, 191:22, 192:1, 192:2, 199:16, 202:15, 202:21, 203:14, 203:15, 206:8, 208:9, 213:8, 214:23, 214:24, 215:2, 221:18, 222:3, 222:4, 224:1, 224:19, 228:11, 228:16, 228:19, 231:12, 231:13, 231:19, 233:16, 245:10, 247:9, 247:13, 247:14, 248:25
**Who** - 129:5, 135:5, 142:7, 147:21, 151:4, 153:2, 156:9, 199:22, 216:5, 216:7, 235:21, 243:5
**whole** - 156:23, 174:12, 174:15, 179:24, 179:25, 230:13, 238:7
**wholesaler** - 166:18
**whom** - 249:10
**whose** - 183:16, 232:8
**Why** - 145:8, 146:6, 156:16, 156:19, 159:8, 166:25, 176:11, 181:18, 197:10, 228:8, 228:10, 236:1, 236:14, 240:17, 240:19, 245:3, 245:23
**why** - 150:16, 159:20, 162:14, 173:5, 234:4, 249:12, 249:23
**wife** - 180:9
**Will** - 130:5, 130:12, 131:7, 138:1, 138:4, 141:2, 141:9, 143:11, 145:6, 148:8, 164:21, 166:23, 168:13, 180:2, 187:6, 188:2, 191:14, 192:8, 192:18, 196:5, 197:17, 197:25, 199:19, 250:13
**will** - 128:5, 130:10, 156:7, 161:6, 162:5, 165:10, 165:11, 173:10, 176:24, 180:3, 180:4, 187:5, 189:19, 192:1, 192:2, 192:10, 195:3, 200:11, 200:25, 205:10, 206:8, 206:25, 207:2, 207:3, 207:4, 207:6, 208:2, 214:20, 215:10, 217:24, 219:4, 219:21, 219:25, 220:3, 220:4, 220:6, 220:13, 220:22, 220:24, 220:25, 221:12, 221:25, 222:5, 222:11, 225:24, 226:8, 227:22, 228:7, 229:18, 230:21, 231:13, 232:16, 233:22, 234:2, 234:9, 234:24, 235:4, 236:9, 237:16, 238:15, 238:19, 239:7, 239:13, 239:14, 239:18, 239:22, 242:21, 243:21, 243:25, 244:2, 244:10, 244:13, 244:24, 245:12, 245:13, 245:18, 245:20, 245:22, 246:13, 246:23, 248:7, 250:5, 250:10, 250:16, 250:19, 250:24, 251:5
**win** - 234:16
**wind** - 181:11
**window** - 204:3
**winter** - 219:20, 220:5
**winter-weather** - 219:20, 220:5
**wise** - 154:20
**wishes** - 241:3
**with** - 128:5, 128:20, 130:15, 131:1, 133:18, 133:20, 139:7, 142:7, 145:11, 147:9, 147:14, 148:20, 148:24, 148:25, 155:9, 157:22, 160:13, 167:5, 170:16, 171:9, 171:16, 173:8, 179:21, 180:19, 182:20, 183:4, 187:2, 188:15, 192:23, 194:1, 194:16, 203:5, 203:24, 203:25, 204:23, 213:23, 214:7, 220:16, 221:8, 221:16, 221:18, 223:19, 224:13, 225:8, 227:10, 228:12, 232:11, 232:17, 233:8, 233:18, 234:13, 234:21, 235:17, 235:20, 236:10, 236:25, 239:22, 249:10, 249:20, 250:25
**With** - 147:13, 231:9
**without** - 133:14, 204:15, 222:5, 228:2, 236:12
**Witness** - 181:5
**witness** - 157:18, 157:21, 157:22, 158:5, 178:4, 178:8, 178:19, 178:23, 179:2, 187:7, 192:3, 199:23, 199:24, 200:1, 224:22, 228:5, 230:22, 231:13, 233:1, 235:23, 246:23
**witness's** - 249:13
**witnesses** - 158:1, 220:24, 224:19, 224:21, 225:3, 225:24, 227:12, 228:16, 228:19, 229:6, 230:23, 234:9, 234:11, 234:22, 235:13, 237:4
**won't** - 130:9, 136:12, 149:9, 165:21, 171:24, 173:23, 177:17, 186:9, 198:19, 220:21, 222:10, 222:13, 236:17, 236:20, 236:22
**wonderful** - 204:2, 206:5
**wondering** - 215:5
**Woodburg** - 144:6

**Woodmere** - 144:6
**word** - 178:16, 181:1, 226:5, 226:11, 227:1, 227:3, 229:11, 229:13, 229:17, 235:21, 236:12, 236:24, 246:24
**words** - 180:24, 180:25, 247:20
**work** - 129:17, 129:18, 135:16, 136:25, 137:2, 145:14, 147:16, 147:21, 151:4, 151:5, 151:20, 151:24, 159:10, 159:11, 159:12, 159:18, 159:20, 160:9, 162:14, 162:19, 162:20, 164:7, 164:24, 166:10, 166:17, 167:16, 172:21, 172:22, 172:24, 173:11, 190:25, 193:20, 194:1
**worked** - 141:4, 147:19, 159:9, 166:13, 172:25
**working** - 141:5, 151:15, 154:25, 172:23, 173:6, 194:10, 194:15, 199:19, 204:19, 239:22
**works** - 145:4, 228:17
**worry** - 162:8
**worse** - 230:1, 230:4, 230:5
**worth** - 231:14, 231:15
**would** - 128:25, 133:3, 133:7, 133:16, 144:13, 148:24, 154:20, 157:3, 157:19, 157:23, 157:25, 158:6, 167:1, 168:2, 169:1, 169:2, 169:9, 169:21, 170:10, 170:13, 171:7, 171:16, 173:7, 178:5, 178:19, 179:5, 180:23, 182:11, 202:10, 202:16, 212:2, 212:3, 212:21, 218:20, 223:12, 223:17, 226:3, 227:10, 230:15, 233:24, 235:7, 236:10, 237:19, 247:11, 248:5, 248:24, 250:11, 250:12, 250:17, 251:2
**Would** - 129:8, 146:18, 151:19, 169:7, 170:2, 179:4, 195:17, 231:2
**wouldn't** - 152:1, 170:11, 201:2
**writing** - 184:20
**written** - 234:2, 234:24
**wrong** - 169:5, 169:8, 171:10, 171:11, 190:5
**wrote** - 147:18, 157:22

## X

**X** - 127:2, 127:7

## Y

**yard** - 228:18
**year** - 233:15
**years** - 135:18, 135:23, 142:14, 142:22, 145:23, 146:24, 148:7, 166:14, 179:23, 180:22, 187:15, 189:1, 191:9, 197:24, 224:25, 229:1, 229:2, 230:20, 231:14
**Yes** - 128:12, 128:22, 130:4, 130:21, 131:10, 131:17, 132:10, 132:13, 133:5, 137:1, 137:7, 137:13, 137:17, 138:25, 139:2, 139:8, 139:10, 139:19, 141:8, 142:19, 142:24, 143:3, 143:7, 143:15, 144:22, 146:11, 147:18, 148:22, 149:5, 150:2, 150:13, 150:15, 151:1, 151:8, 151:10, 151:12, 151:14, 151:21, 152:11, 152:23, 153:6, 155:10, 155:15, 155:18, 155:21, 156:23, 157:22, 158:13, 159:17, 159:21, 160:17, 160:19, 161:6, 162:7, 162:24, 164:4, 164:15, 164:20, 166:1, 166:9, 167:22, 169:9, 169:12, 169:15, 169:21, 169:24, 170:15, 171:21, 172:6, 172:11, 172:14, 172:16, 172:20, 173:9, 173:13, 174:18, 174:20, 175:4, 177:1, 177:12, 177:18, 178:2, 178:12, 178:21, 179:3, 179:12, 181:22, 182:5, 183:2, 183:9, 184:1, 184:4, 184:8, 184:14, 184:16, 184:25, 185:20, 185:22, 185:24, 186:18, 186:21, 187:4, 187:8, 187:12, 187:22, 188:6, 188:21, 189:4, 189:6, 189:19, 190:8, 191:8, 191:24, 192:9, 192:11, 192:15, 192:24, 192:25, 193:1, 193:25, 194:3, 195:12, 195:16, 195:20, 197:18, 197:21, 198:3, 198:9, 198:11, 198:21, 199:6, 200:5, 200:12, 200:20, 200:23, 202:8, 204:16, 204:24, 207:8, 207:10, 207:13, 209:20, 210:7, 211:2, 211:8, 211:23, 212:14, 215:21, 216:15, 217:6, 217:8, 217:12, 218:2, 218:7, 218:24, 222:24, 223:16, 229:10, 233:5, 235:10, 236:2, 237:11, 238:22, 238:23, 239:10, 239:21, 240:13, 241:20, 242:8, 244:20, 245:2, 245:16, 246:6, 246:18, 247:1, 247:6, 247:21, 248:2, 248:14, 251:1
**yes** - 145:2, 148:4, 157:24, 161:19, 165:2, 169:9, 175:19, 178:3, 191:25, 192:6, 197:16, 213:4, 217:11, 247:16, 250:7
**yesterday** - 128:25, 131:18, 134:25, 136:3, 139:9, 173:21, 180:10, 197:2, 197:8, 197:12, 202:14, 234:7
**yet** - 182:25, 239:12, 246:10
**York** - 127:1, 127:5, 127:16, 127:18, 127:20, 127:22, 129:19, 136:19, 141:7, 166:21, 166:22, 175:17, 195:25, 203:9
**You** - 129:13, 129:24, 130:15, 130:22, 131:13, 132:8, 132:19, 133:10, 133:12, 133:19, 134:4, 134:17, 136:4, 137:12, 137:16, 137:23, 138:12, 138:24, 139:7, 139:23, 141:16, 142:4, 142:8, 143:22, 144:8, 144:12, 144:15, 146:12, 147:2, 147:18, 148:2, 148:14, 148:19, 149:4, 149:6, 150:12, 150:14, 151:7, 151:13, 152:1, 152:12, 154:21, 155:13, 155:24, 156:4, 156:5, 156:25, 158:14, 159:16, 159:18, 159:22, 160:16, 161:14, 161:22, 162:4, 163:4, 163:9, 164:12, 165:6, 166:19, 167:6, 170:13, 173:11, 173:14, 174:17, 176:1, 176:13, 176:15, 176:17, 177:2, 177:4, 177:24, 178:9, 179:8, 181:3, 181:21, 182:4, 182:6, 183:16, 183:24, 184:17, 185:3, 185:25, 186:20, 186:22, 187:23, 188:20, 189:16, 189:19, 190:23, 191:22, 193:4, 193:12, 194:1, 194:22, 194:24, 195:11, 195:19, 196:8, 197:8, 199:5, 200:10, 200:13, 200:17, 205:5, 208:13, 209:14, 209:24, 211:22, 212:6, 212:9, 213:25, 217:2, 217:19, 220:22, 225:21, 230:10, 230:14, 236:18, 238:3, 239:12, 239:18, 241:4, 241:9, 244:11, 245:13, 245:22
**you** - 128:14, 129:8, 129:11, 129:17, 129:22, 130:8, 130:9, 130:10, 130:12, 130:19, 130:25, 131:9, 131:13, 131:14, 131:23, 131:25, 132:4, 132:6, 132:14, 132:15, 132:19, 132:21, 133:2, 133:13, 133:14, 133:25, 134:2, 134:5, 134:11, 134:13, 134:14, 134:20, 135:2, 135:14, 135:20, 136:2, 136:5, 136:7, 136:12, 136:13, 136:14, 136:16, 136:18, 136:23, 136:25, 137:18, 138:7, 138:12, 138:13, 138:17, 138:18, 138:19, 138:21, 139:3, 139:11, 139:17, 139:23, 139:24, 140:6, 140:7, 140:8, 140:9, 140:13, 141:11, 141:16, 141:17, 141:21, 141:23, 141:25, 142:2, 142:11, 143:14, 143:16, 143:17, 143:23, 144:3, 144:5, 144:12, 145:24, 146:3, 146:6, 146:15, 146:16, 146:17, 146:18, 147:9, 147:16, 147:21, 148:12, 148:21, 148:23, 148:25, 149:2, 149:6, 149:16, 150:18, 150:25, 151:4, 151:15, 151:16, 151:19, 151:24, 152:3, 152:6, 152:9, 152:14, 152:17, 152:21, 153:7, 153:12, 153:25, 154:4, 154:7, 154:17, 155:8, 155:9, 155:16, 155:17, 155:22, 156:6, 156:7, 156:12, 156:16, 157:1, 157:7, 157:9, 157:12, 157:14, 157:17, 157:19, 157:21, 157:25, 158:5, 158:10, 158:11, 158:12, 158:14, 159:6, 159:10, 159:13, 159:20, 159:23, 160:4, 160:5, 160:7, 160:9, 161:2, 161:4, 161:6, 161:11, 161:12, 161:25, 162:2, 162:4, 162:8, 162:11, 162:14, 163:5, 163:7, 163:10, 163:11, 163:16, 163:19, 163:20, 163:22, 164:16, 165:1, 165:7, 165:8, 165:11, 165:16, 165:18, 165:21, 165:22, 165:24, 166:4, 166:10, 166:12, 166:16, 167:4, 167:7, 167:12, 167:14, 168:15, 168:16, 168:18, 168:21, 168:22, 168:23, 168:24, 169:3, 169:4, 169:7, 169:10, 169:17, 169:19, 169:22, 170:2, 170:5, 170:11, 170:13, 170:16, 170:20, 171:24, 171:25, 172:2, 172:4, 172:12, 172:17, 172:21, 172:24, 173:4, 173:6, 173:9, 173:15, 173:17, 173:18, 173:23, 174:2, 174:5, 174:10, 174:21, 174:24, 175:3, 175:9, 175:24, 176:2, 176:7, 176:10, 176:11, 176:16, 176:18, 176:24, 177:5, 177:6, 177:17, 177:19, 177:22, 178:3, 178:4, 178:6, 178:18, 178:19, 178:22, 179:1, 179:4, 179:6, 179:9, 179:11, 179:18, 180:4, 180:7, 180:15, 180:23, 181:4, 181:14, 181:15, 181:23, 182:7, 182:8, 183:12, 183:13, 183:14, 183:18, 184:7, 184:9, 184:12, 184:21, 184:24, 185:2, 185:4, 185:11, 185:13, 185:16, 185:21, 185:23, 185:25, 186:2, 186:9, 186:10, 186:11, 186:13, 186:17, 187:2, 187:6, 187:11, 187:19, 188:7, 188:17, 188:23, 189:3, 189:5, 189:17, 189:20, 190:1, 190:9, 190:13, 191:2, 191:3, 191:17, 191:18, 192:3, 192:8, 192:10, 192:12, 192:16, 192:23, 193:5, 193:10, 193:11, 193:14, 193:17, 193:20, 193:24, 194:4, 194:6, 194:10, 194:13, 194:17, 194:19, 195:7, 195:9, 195:19, 195:24, 196:5, 196:9, 197:17, 198:2, 198:8, 198:10, 198:12, 198:14, 198:19, 198:22, 199:1, 199:3, 199:7, 199:11, 199:19, 199:22, 200:6, 200:19, 200:22, 201:6, 201:7, 201:10, 201:13, 201:14, 202:19, 203:7, 203:17, 203:18, 204:9, 204:15, 205:10, 205:11, 205:12, 206:4, 206:8, 207:6, 207:22, 207:23, 208:1, 209:2, 209:3, 209:4, 209:22, 210:4, 210:5, 211:17, 211:18, 211:25, 212:1, 212:2, 212:3, 212:19, 212:20, 212:21, 213:17, 213:18, 213:22, 214:2, 215:1, 215:8, 215:23, 215:24, 216:11, 217:14, 217:15, 218:9, 219:9, 219:12, 219:19, 220:11, 220:16, 220:19, 220:21, 220:24, 221:5, 221:6, 221:7, 221:8, 221:11, 221:12, 221:13, 221:14, 221:15, 221:16, 221:17, 221:22, 221:23, 221:25, 222:7, 222:9, 222:10, 222:11, 222:12, 222:13, 222:15, 222:17, 222:18, 222:20, 223:2, 223:4, 223:11, 224:2, 225:2, 226:5, 227:15, 227:22, 228:2, 228:5, 228:14, 228:24, 231:2, 231:17, 232:22, 233:25, 234:22, 236:1, 236:12, 236:14, 236:15, 236:24, 237:15, 238:12, 238:18, 239:2, 239:15, 239:16, 239:22, 240:3, 240:6, 240:7, 240:12, 240:17, 240:19, 240:22, 241:5, 241:8, 241:10, 242:22, 243:3, 243:13, 244:12, 245:9, 245:11, 245:23, 246:8, 246:13, 246:22, 247:9, 247:11, 247:15, 247:20, 248:5, 249:12, 249:22, 250:25, 251:2, 251:9, 251:10, 251:11, 251:12
**you'd** - 169:22
**you'll** - 208:4, 214:8, 220:25, 221:14, 222:8
**You'll** - 206:4, 221:12, 222:10
**you're** - 148:14, 155:3, 199:5, 199:19, 206:9, 206:10, 207:5
**You're** - 133:22, 198:4, 198:14, 198:15, 201:6
**You've** - 160:20
**younger** - 145:10, 146:23, 232:24
**your** - 128:22, 130:5, 131:7, 131:12,

133:24, 134:21, 135:13, 136:5, 136:15, 138:1, 138:4, 138:8, 138:10, 138:11, 139:14, 139:21, 139:22, 140:17, 141:2, 141:9, 141:14, 141:15, 143:11, 143:20, 143:21, 145:6, 145:25, 146:3, 146:11, 148:8, 150:12, 151:9, 151:11, 154:22, 155:2, 155:14, 155:20, 155:21, 156:10, 157:22, 158:3, 160:20, 163:9, 164:21, 166:23, 168:13, 170:24, 173:2, 173:8, 176:25, 180:2, 188:2, 190:14, 190:19, 191:2, 191:14, 191:17, 192:20, 195:17, 196:5, 197:13, 197:25, 199:13, 199:22, 200:6, 200:25, 203:17, 203:18, 204:16, 204:24, 207:8, 208:15, 209:15, 209:16, 209:20, 210:7, 211:18, 213:1, 215:16, 217:6, 218:7, 219:8, 220:19, 220:20, 221:12, 221:20, 221:24, 222:21, 222:24, 223:2, 223:4, 223:11, 223:22, 226:2, 226:9, 229:14, 236:7, 242:5

**Your** - 128:4, 128:11, 141:4, 142:18, 144:21, 159:1, 164:18, 171:19, 181:16, 184:18, 191:6, 191:7, 197:19, 227:21, 229:16, 230:19, 231:9, 234:3, 234:13, 237:14, 239:10, 241:1, 244:25, 245:18, 245:24, 246:6, 246:18, 247:6, 250:10, 251:1

**yourself** - 168:23

**yourselves** - 221:8