UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,            :      08-CR-76

            v.                       :      U.S. Courthouse
                                            Brooklyn, New York
CHARLES CARNEGLIA,                   :
                                            January 29, 2009
                        Defendant.   :      9:30 o'clock a.m.

- - - - - - - - - - - - - - - - - - - X

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Government:              BENTON J. CAMPBELL
                                United States Attorney
                                By:   ROGER BURLINGAME
                                      EVAN NORRIS
                                      MARISA M. SEIFAN
                                Assistant U.S. Attorneys
                                271 Cadman Plaza East
                                Brooklyn, New York 11201

For the Defendant:              KELLEY J. SHARKEY, ESQ.
                                26 Court Street, Suite 2805
                                Brooklyn, New York 11242
                                        -and-
                                CURTIS JORDAN FARBER, ESQ.
                                350 Broadway, 10th Floor
                                New York, New York 10013


Court Reporter:                 Anthony M. Mancuso
                                225 Cadman Plaza East
                                Brooklyn, New York 11201
                                (718) 613-2419


Proceedings recorded by mechanical stenography, transcript
produced by CAT.

1          (Trial resumed.)

2          (In open court; jury not present.)

3          THE COURT:  Good morning.  Sit down, please.

4          We have a note from Juror Four: "A new teacher in my

5     building, that I just met, heard I was on jury duty in

6     Brooklyn and told me his father is probably going to be

7     testifying on this case.  He's a detective.  And I do not know

8     his father and I just met this new teacher."

9          What do you want to do, counsel for defendant?

10          MR. FARBER:  May we confer a moment, your Honor?

11          THE COURT:  Yes.

12          The government, confer, please.

13          (Pause.)

14          MR. FARBER:  Judge, while we're getting our jury

15     list, could I ask for a small administrative matter?

16          THE COURT:  Yes.  Go ahead.

17          MR. FARBER:  I would just like to request the

18     transcript on a daily basis received at night.

19          THE COURT:  Yes, transcript on a daily basis.

20          MR. BURLINGAME:  Judge, we have a couple of issues,

21     as well.

22          THE COURT:  Sit down.  Talk into the microphone.

23          MR. BURLINGAME:  Judge, I just wanted to move to

24     designate a few of the agents and paralegals who worked on the

25     case as party representatives, so it's okay for them to attend

1  trial.

2          THE COURT:  Give me the names.

3          MR. BURLINGAME:  Paul Tambrino, John Janus and

4  Samantha Ward.

5          There's one other detective would worked on the

6  case, Steven Kaplan, who was the detective who testified at

7  the suppression hearing as to the notes, he did take

8  Mr. Carneglia's post-arrest statements, so we do anticipate

9  he'll testify at the end of the trial as to his post-Miranda

10 statements.  We would ask that he be designated as a party

11 representative, as well.

12         THE COURT:  So ordered.

13         MR. BURLINGAME:  And we would also -- one of the

14 witnesses we anticipate will take the stand today can testify

15 regarding the defendant's arrest in 2000 for an extortion

16 case.  We anticipate that one of the -- the key to the

17 defendant's withdrawal defense is going to be around that time

18 he withdrew from the family while he was in jail.  He

19 renounced his family membership.  And this cooperating witness

20 didn't become a cooperating witness until years later.  He can

21 testify he would have known had the defendant been shelved or

22 had he tried to withdraw from the family in any way.

23         So, I would like to inquire as to whether the

24 defense is planning on pressing that defense, so I can know

25 whether or not it's okay to go into the defendant's arrest

1   with this witness.

2       MS. SHARKEY:  You know, I missed part of that.

3   Forgive me.  I was checking the juror list.

4       THE COURT:  Are you going to press the defense that

5   the defendant withdrew from the conspiracy, if he was in it,

6   or from the mob, early enough so that the statute of

7   limitations applies?

8       MS. SHARKEY:  Well, as the Court knows, there is a

9   statute of limitations defense in this case.  At this point,

10  prior to opening statements, I think it's inappropriate that

11  the government be afforded the opportunity to cross-examine a

12  witness that's readily available to them on any --

13      THE COURT:  Cross-examine?

14      MS. SHARKEY:  -- examine a witness that's readily

15  available to them at any time concerning Mr. Carneglia's

16  incarceration.

17      At this point, Judge, certainly it's our intention

18  to argue statute of limitations.  However, I don't think they

19  should be allowed to do it.

20      THE COURT:  Enough.  Enough.

21      MS. SHARKEY:  Very good.

22      THE COURT:  Why can't you put the witness on later?

23      MR. BURLINGAME:  He is the main witness we're

24  calling today.  He's prepared and ready to go.  There's four

25  questions on it.  If your Honor doesn't want us to inquire, we

1  can bring him back.

2         Defense has made -- it's come up repeatedly that the

3  key to this withdrawal defense is going to be that following

4  this arrest, he withdrew from the Gambino Family.  So, I think

5  it's disingenuous to suggest that --

6         THE COURT:  Whether disingenuous or not, keep this

7  issue out, and we'll just recall him on that point.

8         MR. BURLINGAME:  Okay.  It's four questions.  It

9  seems like quite an effort, but that's what we'll do.

10         THE COURT:  Now, what do you want to do about Juror

11  Four?

12         MS. SHARKEY:  I think we should leave her.

13         THE COURT:  That's my impression.  I see no reason

14  to excuse Juror Four.

15         MR. BURLINGAME:  We have no objection, your Honor.

16         THE COURT:  Bring in the jury, please.

17         Mark the note as Court Exhibit 1, please.

18         Mark the government's list of witnesses, please, and

19  list of exhibits as Court Exhibits 2 and 3.

20         Will I get your exhibits and witnesses for the

21  defendant?

22         MS. SHARKEY:  Yes, you will.  We don't have them at

23  this point.

24         THE COURT:  Try to get them.

25         (Pause.)

1     THE COURT:  I needn't, I think, caution this

2 audience to make no indication, by expression orally or

3 facially, of any reaction to the witnesses.

4     (Jury present.)

5     THE COURT:  Everybody sit down, please.

6     Good morning, ladies and gentlemen.

7     THE JURY:  Good morning.

8     THE COURT:  I'm delighted that you were all able to

9 get in today.  I know some of the roads were very difficult.

10     Since I know some of you have to get up very, very

11 early to get here, we're going to try, in addition to giving

12 you coffee or tea when you come in, have something more solid

13 for you as well as your lunch.

14     So, we'll be able to proceed.

15     Swear the jury, please.

16     (A jury of twelve and six alternates were duly

17 impaneled and sworn.)

18     THE COURT:  I want to instruct you again, do not

19 read anything about this case.  I would not read any papers if

20 I were on the case, or listen to any news programs if I were

21 on the case, and don't discuss it with anybody.

22     Somebody comes up to you and says, I know somebody

23 who is involved in the case, or, I hear you're on this case or

24 that case, just say, I can't discuss it.  Brush them off.  You

25 may think it's impolite, but it's absolutely essential that

1  you decide only on the basis of what you hear and what the

2  Court tells you.

3          Do you all understand that?  That's very important.

4          Now, we're going to have the openings.

5          The government will open first, because it has the

6  burden of persuasion, and it will sum up last for the same

7  reason.

8          What the lawyers say is not evidence, but it's a

9  statement as they presently see it of the way they think the

10  evidence will proceed to be introduced.

11          Proceed, please.

12          MS. SEIFAN:  Albert Gelb was a court officer.  He

13  worked in Brooklyn night court, just down the street from

14  here.  On March 11, 1976, Gelb left work and drove home.  He

15  never made it.  The evidence will show that man, the

16  defendant, Charles Carneglia, gunned Gelb down in his car.

17  Gelb was shot seven times in the chest, in his face, and in

18  his arm.

19          The defendant murdered Gelb just four days before

20  Gelb was scheduled to take the stand and testify against the

21  defendant.  The defendant chose murder as the way to silence

22  Gelb and to punish Gelb for daring to stand up against the

23  defendant, a mobster.

24          You will learn that the defendant bragged about

25  murdering Court Officer Gelb to his Mafia friends.  To the

1    defendant, killing a court officer was a badge of honor.

2         Ladies and gentlemen, the tragic murder of Court

3    Officer Gelb is just one of the many crimes you will learn

4    this defendant committed as part of the Gambino Organized

5    Crime Family, the Mafia, the mob, and it is only one Mafia

6    murder among many this defendant perpetrated.

7         The defendant didn't just kill one person or two

8    people or three people or four people.  Ladies and gentlemen,

9    the defendant Charles Carneglia killed five people.

10        The defendant's next victim was Michael Cotillo.

11   The defendant stabbed Cotillo in the heart outside a diner in

12   Queens.

13        After that was Salvatore Puma.  He was just eighteen

14   years old when the defendant plunged a knife straight through

15   his heart on a Queens street corner.

16        Louis DiBono, he's also dead.  The defendant snuck

17   up behind DiBono in the parking garage of the World Trade

18   Center and shot him seven times, four times in the head.  Why?

19   The defendant murdered DiBono on order from John Gotti.  John

20   Gotti, the boss of the Gambino Family, ordered the defendant

21   to kill DiBono, because DiBono refused to meet with Gotti.

22        That mistake, disrespecting John Gotti, got DiBono a

23   death sentence.  The defendant was his executioner.

24        Two months later, the defendant struck again.  He

25   killed another man because he got in the way of another one of

1    the defendant's mob crimes.   Jose Delgado-Rivera was an

2    armored-car driver.   The defendant shot him at point-blank

3    range.   Why?  Because the defendant and other mobsters were

4    trying to rob his armored car.   Delgado-Rivera had the

5    audacity to fight back, and he died for it.   The defendant

6    shot him with a pistol while another mobster pumped a shotgun

7    blast into Delgado-Rivera's back.

8            Good morning, ladies and gentlemen, my name is

9    Marisa Seifan, and I'm an Assistant United States Attorney

10   here in the Eastern District of New York.

11           I just want to take a moment to introduce the other

12   people who will be sitting me plea at counsel table.   Roger

13   Burlingame and Evan Norris, Assistant United States Attorneys.

14   Seated next to them is Special Agent John Janus of the FBI,

15   and Shernita Moore, a paralegal in our office.   Together, we

16   represent the United States of America in this case.

17           You will learn during this trial that the defendant

18   was a member of an extremely violent gang called the Gambino

19   Organized Crime Family.   The Gambino Organized Crime Family is

20   a violent criminal enterprise that exists to make money

21   through crime, using violence and murder to get what it wants

22   and keep what it has.   It is a crime family.

23           Now, this crime family has a structure.   At the top

24   sits the boss, and he's assisted by an underboss and a

25   consigliere.   These three positions, the boss, the underboss

1    and the consigliere, make up what's called the administration.

2           And under the administration are the captains.  Now,

3    the captains have crews of soldiers and associates.  Soldiers

4    are formal members.  In mob lingo, they are made men,

5    goodfellas, wise guys.  Below the soldiers are associates.

6    Associates are criminals who, as the name suggests, are

7    associated with the family but are not made members.

8           The evidence will show that the defendant Charles

9    Carneglia was first an associate and later became a soldier or

10   made member of the Gambino Organized Crime Family.  When he

11   became a soldier, the defendant pledged his never-ending

12   allegiance to the Gambino Crime Family.  In a secret ceremony,

13   he took an oath of absolute loyalty, a blood oath, and as part

14   of that oath, he made many promises:

15          He promised to put the Gambino Family ahead of his

16   real family, he promised never to tell Gambino Family secrets

17   to outsiders, and he promised to kill when killing was called

18   for.

19          Through the Gambino Crime Family, the defendant

20   committed many, many crimes.  He's charged here with six

21   counts.

22          Count One charges the defendant with racketeering

23   conspiracy.  The evidence will show that from the mid-'70s

24   through the day he was arrested, the defendant agreed to

25   participate in the Gambino Organized Crime Family by

1   committing many different crimes:   Armed robbery, kidnapping,

2   drug dealing, extortion, fraud, and, of course, murder.   And

3   not just one murder, five.

4            The remaining five counts charge the defendant with

5   various types of extortion.   During this trial, you're going

6   to hear a lot about extortion.   You will hear how the

7   defendant used his position in the Gambino Crime Family to get

8   money from other people, money that wasn't his, money that he

9   didn't earn, money that he didn't deserve, but money which he

10  got simply because people were afraid of what would happen if

11  they didn't pay.

12           The government will establish the defendant's guilt

13  of these crimes beyond a reasonable doubt through many

14  different kinds of evidence.   First, we're going to pull back

15  the curtain of Mafia secrecy and take you inside the world of

16  the mob.   You will hear from men who were part of the Gambino

17  Crime Family.   A former captain and several long-time

18  associates will testify.   These men are life-long criminals.

19  You will hear from them because they know the defendant, and

20  they lived the Mafia life with him, day in and day out.   Some

21  have known him for over three decades.

22           They will take the witness stand right over there

23  and they will tell you all about the murders and other crimes

24  they have committed, many right alongside the defendant.

25           These cooperating witnesses have pled guilty to

committing crimes, and have agreed to share the secrets of the
family.

Ladies and gentlemen, make no mistake, these
witnesses are not going to be testifying out of some sense of
civic duty.  They have chosen to testify because they hope to
do less time in jail.

Defense counsel will no doubt attack these men for
their criminal acts.  But remember, the government did not
choose these men to be the defendant's partners in crime.  He
did.

In addition to hearing from mobsters, you will hear
from many other kinds of witnesses.  You'll hear from civilian
witnesses like Albert Gelb's good friend, who discovered his
dead body after the defendant killed him.  You'll hear from
law enforcement witnesses such as the police officers who
responded to the scenes of the defendant's brutal attacks.
One police officer will tell you how they tried to breathe
life back into one of the defendant's many victims,
armored-car driver Jose Delgado-Rivera, as blood poured from
his bullet-ridden body.

You'll hear from a medical examiner, who will
describe the autopsies of the murder victims and will tell you
how they died.  We will also show you a wide variety of
physical evidence.  You'll see many photographs of the
defendant meeting with Gambino members and associates through

1   the years, and we'll play for you secretly-recorded

2   conversations of the defendant and other mobsters.

3            And ladies and gentlemen, that is just some of the

4   evidence we will present to you during this trial, evidence

5   that will trace the defendant's involvement in the Gambino

6   Organized Crime Family for over thirty years, from the night

7   the defendant brutally murdered Court Officer Gelb in 1976 up

8   to the present day, evidence that will establish the defendant

9   is guilty of each of the charged crimes.

10           THE COURT:   Thank you.

11           MS. SHARKEY:   May I?

12           THE COURT:   Yes, you may.

13           MS. SHARKEY:   Good morning.

14           Let me start off by thanking each and every one of

15  you for consenting to sit as jurors in this case.   My name is

16  Kelley Sharkey, this is Curtis Farber, and we have been

17  assigned by the Court to represent Charles Carneglia against

18  these charges.

19           The prosecution has just finished telling you that

20  they intend to prove that over the course of thirty-two years,

21  1976 to February of 2008, that Charles Carneglia planned,

22  participated and personally committed five killings in aid of

23  racketeering.

24           They contend now -- and the indictment was voted in

25  2008 -- now that over the course of that thirty-two years,

1   Charles Carneglia committed extortion of organized-crime

2   figures and others, murders, kidnappings, securities fraud,

3   and all of these crimes were committed in aid of racketeering.

4          Now, these charged crimes represent an extraordinary

5   arc of criminal activity spanning the decades, and they are

6   sensational enough in their own right to cause you to question

7   yourselves, Well, why is Charles Carneglia being prosecuted

8   now, some thirty-odd years later, for some of these crimes?

9   And I'll tell you.

10         There is a line outside of that door, of men who

11  don't want to die in jail.  A number of these men are coming

12  into this courtroom -- and you'll see some of them today --

13  who don't want to spend the rest of their lives in prison for

14  the criminal acts for which they have been caught or pled

15  guilty, and they will do anything to get out from under and

16  shift the blame to an easy target, Charles Carneglia.

17         Now, let me be the first to say that in his younger

18  days, Charles Carneglia was no choir boy, and it is safe to

19  say that neither were his friends.

20         But in a court of law, in our country, under the

21  rules of our land, an individual is not judged by the company

22  he keeps, but when he is charged with an indictment and has

23  entered a plea of not guilty, he is judged by the evidence

24  presented.  Charles Carneglia categorically, categorically,

25  denies the charges levied against him.  Of the sixty-two

1   individuals who were indicted in this case, Charles Carneglia

2   stands alone on trial.  The witnesses that the prosecution

3   will bring into this court are thieves, they are murderers and

4   they are liars.  They have every incentive to testify against

5   Mr. Carneglia, and they possess no gatekeeper to make sure

6   that their testimony is credible and truthful.

7          Now, you will hear from each of these individuals as

8   the weeks go by, but for now, let me tell you about one, one

9   that is scheduled to testify this afternoon.  His name is

10  Michael DiLeonardo, otherwise known as Mikey Scars.

11         Now, I can tell you that Mikey Scars can best be

12  described as the dean of the college of cooperating witnesses.

13  You will learn that he is responsible for three murder,

14  countless beatdowns, decades of extortions and decades of

15  shylocking.

16         You know what?  He has spent very little time in

17  jail, and he has spent very little time in jail for these acts

18  because he thrives because he testifies.  When the government

19  crooks their finger, Mr. DiLeonardo comes running and

20  testifies, and that is what keeps Mr. DiLeonardo alive and

21  well and a member of our community.

22         Other cooperators that are slated to testify in this

23  case are what you can say newly-minted.  They look to achieve

24  the level of Mr. DiLeonardo's career as a cooperating witness.

25  They are cold, calculating liars, and they are counting on the

1   government to overlook their lives of crime in exchange for

2   their testimony.

3           Each of these cooperating witnesses possesses what's

4   called a cooperation agreement, and you'll hear about this

5   during the course of the testimony.  I suggest a better term

6   for it is a get-out-of-jail-free card, because in exchange for

7   their testimony, each of these witnesses, if they aren't on

8   bail now, expect to be so in short order.

9           Now, to be candid, you were selected as jurors in

10  this case not only because you're fair, but because you're

11  smart.  Numerous citizens came into this courtroom, and out of

12  200 individuals, you were selected as jurors because the

13  defense believes that you will not be overwhelmed by the

14  number of charges, but will in fact base your verdict on the

15  evidence presented, and understand the legal principles as his

16  Honor will explain them to you.

17          As the Court will explain to you, your job as a

18  juror is clearly defined.  You determine whether or not the

19  prosecution has proven to you the charges beyond a reasonable

20  doubt by good and credible evidence.

21          Moreover, it will be for you to determine, as the

22  Judge so instructs, whether or not in fact the charged crimes

23  were related to the goal of an enterprise.

24          Now, you already know that this case was brought as

25  a RICO prosecution.  His Honor mentioned that earlier.  It was

1  in the questionnaire.  I tell you, the evidence in this case

2  is weak, it is dated, and it is not reliable.

3          And there is an issue that you will hear about

4  during the course of this trial, and that is the statute of

5  limitations.

6          Now, while there is no statute of limitations on

7  murder, the timeliness of a crime, the timeliness of a

8  prosecution, becomes an issue when the charges are brought as

9  a racketeering conspiracy, and it is a racketeering conspiracy

10 with which Mr. Carneglia is charged.

11          Those of us who are safely north of our youth, who

12 have safely passed beyond youth, know that time changes

13 people.  What was once important, what was once all to us in

14 our younger days, can change.  Change does and can occur.  It

15 did for Mr. Carneglia, and because of that change, many of

16 these false charges, decades old and unsupported by credible

17 witnesses, would be barred by the statute of limitations.  But

18 included in this indictment, and I suggest cynically so, are a

19 few charges that are included and designed to convince you

20 that Charles Carneglia participated in this enterprise through

21 February 2008.  And I tell you now and I tell you clearly,

22 those charges as applied to Mr. Carneglia are nonsense, and

23 you will learn that through the cross-examination of the

24 witnesses.

25          I ask only one thing.  I ask this on behalf of

1   myself, on behalf of Mr. Farber, and on behalf of Charles

2   Carneglia:  Fulfill your role as a juror in this case.

3   Divorce yours from the sensationalism that is designed to

4   distract you from your role as jurors.

5          I submit that when the smoke clears and you look at

6   the witnesses and the evidence that the government presents in

7   support of the sensational indictment, you will agree with me,

8   and you will return a verdict of not guilty.

9          Thank you.  Again, thank you for sitting as jurors

10  in this matter.

11          THE COURT:  Thank you.

12          Ladies and gentlemen, defense counsel indicated that

13  of sixty-two defendants charged only one is on trial, this

14  defendant.  Do not speculate on why the others are not on

15  trial with this defendant.  Concentrate only on this

16  defendant, who is on trial.

17          Is that clear to you?

18          All right.  Call your first witness.

19          MR. BURLINGAME:  The government calls John Carillo.

20  J O H N    C A R I L L O,

21          having been duly sworn, was examined and

22               testified as follows:

23          THE LAW CLERK:  State your name and spell it.

24          THE WITNESS:  John Carillo, C A R I L L O.

25          MR. BURLINGAME:  I may inquire?

1          THE COURT:   You may.

2     DIRECT EXAMINATION

3     BY MR. BURLINGAME:

4     Q     Good morning.

5     A     Good morning.

6     Q     Investigator Carillo, how long have you been in law

7     enforcement?

8     A     Approximately twenty-five years.

9     Q     What is your current position in law enforcement?

10    A     I'm an investigator for the U.S. Attorney's Office in the

11    Southern District of New York.

12    Q     Where is the Southern District of New York?

13    A     Lower Manhattan.

14    Q     Is the Southern District of New York the district we're

15    in now?

16    A     No.

17    Q     Where are we now?

18    A     Eastern District.

19    Q     What are your basic responsibilities as an investigator

20    in the Southern District?

21    A     My assignment is to conduct criminal investigations on

22    organized-crime members and associates, more particularly in

23    the New York area, and part of my responsibility is also to

24    gather and maintain information on those organized-crime

25    members and associates.

1    Q    When you say "organized crime," is that the Mafia?

2    A    Yes.

3    Q    What is Cosa Nostra?

4    A    Cosa Nostra is another term for Mafia.  It's a criminal

5    organization.

6    Q    How long have you been investigating the Mafia?

7    A    Approximately seventeen years.

8    Q    Can you describe to the jury the different positions

9    you've had investigating Cosa Nostra?

10   A    Yes.

11        I went -- came into the New York City Police

12   Department in 1984.  I was a police officer on patrol.

13        In approximately 1992, I got my first investigative

14   assignment.  I was assigned to the Queens Public Morals

15   Division.  At that assignment, it was my responsibility to

16   conduct criminal investigations into organized-crime members

17   and associates, more particularly Queens County, as it

18   pertains to the crimes of loansharking and gambling.

19   Q    What is a loan-shark?

20   A    It's a street loan put out on the street by an

21   organized-crime member at high interest rates that have to be

22   repaid on a weekly basis.

23   Q    How long were you at the Queens Public Morals Division?

24   A    From 1992 to 1995.  In 1995, I was transferred to the

25   Queens County District Attorney's Office, Detective Squad.  It

1   is a group of detectives assigned to the District Attorney.

2   Again, my responsibilities there were to conduct criminal

3   investigations on organized-crime members and associates.

4   Q    How long did you do that job?

5   A    Until 1998.

6   Q    What did you do then?

7   A    From 1998 until my retirement from the New York Police

8   Department in 2004, I was assigned to the Organized Crime

9   Investigation Division, more particularly the Investigative

10  and Analysis Section.

11  Q    So, from 1992 to 2004, you had three different

12  assignments to investigate organized-crime members and

13  associates --

14  A    That's correct.

15  Q    -- while you were a member of the NYPD?

16  A    Yes.

17  Q    What was your rank during that time at the NYPD?

18  A    Detective investigator.

19  Q    After you held these positions with NYPD, did you hold

20  other positions where you investigated the Mafia?

21  A    Yes.   Upon retirement, I was hired by the Nassau County

22  District Attorney's Office again to conduct criminal

23  investigations into the same organizations.

24  Q    How long did you do that job?

25  A    Just prior, when I was hired at the U.S. Attorney's

1  Office, 2006.  Until 2006.

2  Q    In your career investigating the Mafia, have you

3  participated in the investigation of members and associates?

4  A    Yes.

5  Q    Approximately how many?

6  A    Several hundred investigations.

7  Q    Have you participated in the arrests of the Mafia members

8  and associates?

9  A    Yes.

10  Q    How many arrests?

11  A    Several hundred.

12  Q    Have you participated in searches of locations associated

13  with the Mafia?

14  A    Yes.

15  Q    Approximately how many locations?

16  A    Again, several hundred.

17  Q    Before conducting a search, do you need permission from a

18  judge?

19  A    Yes.

20  Q    Have you participated in eavesdropping on Mafia locations

21  by placing wiretaps on telephones or using hidden recording

22  devices, also known as bugs?

23  A    Yes.

24  Q    How many times have you done that?

25  A    Several hundred investigations that I have been involved

1  with used eavesdropping devices.

2  Q    Can you briefly describe for the jury what's involved in

3  eavesdropping on a Mafia phone or Mafia location?

4  A    Yes, we have to put an application in to the Court.  If

5  they grant us permission to listen to a particular instrument,

6  whether it be a cellular phone, a hard phone or a bug that we

7  place inside a location, there's certain criteria for what we

8  can do and what we can listen to.  It's designated by the

9  Court.  If our application is to listen to particular people,

10 those are the only people we are allowed to listen to.  If the

11 Court mandates that we listen to certain crimes, we have to

12 limit what we listen to to those designated crimes.

13 Q    Are steps taken to monitor and record what's being

14 tapped?

15 A    Yes.

16 Q    Can you describe those steps?

17 A    Yes.  If you're monitoring an instrument, if it's a

18 pertinent conversation, you would make notes on a line sheet

19 for later review.

20         If that conversation goes on to something that's not

21 pertinent, if they start discussing personal business or

22 something like that, we're mandates by the Court to what they

23 call minimize.  You have to shut the machine off for a period

24 of time.  You are allowed to monitor it, go back up to see if

25 they started discussing criminal activity again.

1   Q    In addition to the line sheets, are the conversations

2   that are being eavesdropped recorded?

3   A    Yes.

4   Q    Are the investigations that you have been involved in --

5   in the investigation you've been involved in, what are some of

6   the locations where bugs have been placed?

7   A    Inside social clubs, inside any public place where

8   organized-crime members meet.  They have been in vehicles.  At

9   times, they have been in people's apartments or homes.

10  Q    Are there any problems with using bugs?

11  A    Sometimes, yes, sir.

12  Q    What sorts of problems do you encounter?

13  A    Well, in a public location, if a number of people are

14  speaking at the same time, it's very hard to understand what

15  they are saying.  It's very hard to record a coherent

16  conversation.

17         In a vehicle or at home with the TV's on, things of

18  that nature, it can stand in the way of a complete

19  conversation being recorded.

20  Q    What about when you're tapping a telephone?  Is there any

21  limitation or difficulty with understanding that information?

22  A    It's been my experience, monitoring numerous

23  organized-crime members and associates, that they speak very

24  cryptically and they won't discuss particular crimes outright

25  on the telephone.  It's less frequent that you'll hear those

 1   conversations on the phone than you would a bug.

 2   Q    When you say "cryptically," what do you mean?

 3   A    They'll use words -- instead of discussing a particular

 4   crime, they'll have codes or cryptic language amongst

 5   themselves to represent what they mean.

 6   Q    Have you conducted physical surveillance of people in the

 7   Mafia?

 8   A    Yes.

 9   Q    What does that typically entail?

10   A    Physical surveillance is when I go out to a particular

11   location, usually, I'll have camera equipment or video

12   equipment, sometimes binoculars.  I'm there to look at a

13   particular location to see if particular people meet, and I

14   document what I see, and if I'm able to, I take either still

15   photos or videos of the observations.

16   Q    Where are you typically when you are making these

17   observations?

18   A    Wherever organized-crime members or associates would

19   congregate.  Generally speaking, social clubs, sometimes bars,

20   restaurants where they meet.  I've done many surveillances at

21   wakes and social affairs, where organized-crime members are

22   known to gather.

23   Q    Do you stand on the street or where are you when you're

24   making the observations?

25   A    Usually, in a vehicle or another observation point with

1    the equipment I just mentioned.

2    Q    What's the purpose of conducting surveillances?

3    A    Well, it's done for various reasons.  One is to document

4    associations between organized-crime members.  It's very

5    important, when investigating organized crime, to document

6    their associations.

7             Another thing, another reason to conduct the

8    surveillance is to identify new associates or members of

9    organized crime, and sometimes you do it pursuant to an

10   eavesdropping conversation.  You'll be on a wiretap, and

11   you'll hear that two people are meeting at a particular place.

12   It's to corroborate what you hear on the wiretap to do the

13   surveillance.

14   Q    You said it's important to document associations.  Why is

15   that?

16   A    In organized crime, there's hierarchy and associations

17   and criteria for being associated with certain members.  So,

18   it's very important for us to document it, to see who is

19   associated with who in criminal activity.

20   Q    Now, you testified you use cameras and video cameras when

21   you are conducting surveillances.  Are you able to also use a

22   camera or video camera?

23   A    No.

24   Q    Why not?

25   A    It's all according to the type of surveillance and where

1  it is.  There's always physical conditions, lighting, weather.

2  Some surveillances, such as wakes and christenings and

3  weddings, family gatherings where a lot of organized-crime

4  members frequent, we don't care so much if we are seen.  There

5  are more covert surveillances, we prefer that the organized

6  crime member or associate doesn't identify us as being there.

7  Sometimes the camera equipment is big and you can't conceal

8  that.

9  Q    To conduct the type of surveillances you're talking about

10 on the street, do you need a court order?

11 A    Yes.

12 Q    Over the course of your career, how many physical

13 surveillances have you conducted in organized-crime cases?

14 A    Well over a thousand.

15 Q    When you conduct surveillances, do you typically go

16 alone?

17 A    Sometimes alone, sometimes with a team.

18 Q    Have you used human sources in your investigation?

19 A    Yes.

20 Q    And what are the different kinds of human sources?

21 A    I've been involved with the debriefing and the

22 interviewing of numerous cooperating witnesses and

23 confidential informants.

24 Q    What's a confidential informant?

25 A    A confidential informant is somebody that comes to an

1    agreement with law enforcement to supply information on

2    criminal activity, and in the case of the investigations, I've

3    been involved with organized-crime members.  They stay

4    anonymous.  They are out in the street.  They supply the

5    information.  Sometimes it's for monetary compensation,

6    sometimes it's done because they have a court case that's

7    pending, and sometimes it's a regular citizen that just wants

8    to cooperate with the police or law enforcement.

9    Q    Are confidential informants involved in criminal

10   activity?

11   A    Sometimes.  Sometimes not.

12   Q    And for those ones that are, are there procedures taken

13   for dealing with them?

14   A    Yes.

15   Q    Have you debriefed confidential informants in

16   organized-crime cases?

17   A    Yes.

18   Q    What does that mean, to debrief somebody?

19   A    To interview them.

20   Q    How many debriefings have you been involved in?

21   A    In several hundred.

22   Q    When you receive information from confidential

23   informants, do you rely on that information exclusively in

24   your investigation?

25   A    No.

1   Q    What steps do you take?

2   A    You attempt to corroborate, either through other

3   confidential informants, other cooperating witnesses.  You

4   review reports, eavesdropping reports.  You confer with other

5   law enforcement agencies.  Anything you can do to firm up or

6   corroborate what the informant has told you.

7   Q    Now, you also mentioned cooperating witnesses.  What's a

8   cooperating witness?

9   A    A cooperating witness is somebody that comes, again, into

10  an agreement with law enforcement to supply information on

11  organized-crime members or associates.  But usually, they are

12  already incarcerated or arrested, and they have come into an

13  agreement to testify in open court against the organized crime

14  member or associate.

15  Q    What's their motivation, typically?

16  A    Sometimes there will be -- they want a consideration for

17  a case that they have pending, to get a reduced sentence.

18  Q    So, what's the difference between confidential informants

19  and cooperating witnesses?

20  A    A confidential informant is somebody out on the street

21  that continues to give information.  They are anonymous.

22  Nobody knows their identity but a few law enforcement people.

23            And cooperating witnesses is somebody that will

24  testify in open court that have come into an agreement with

25  the government.

1  Q     You said they have come into an agreement.  Can you

2  explain that?

3  A     Well, usually, it's a process, when you have a

4  cooperating witness, there's usually a series of proffers

5  where they meet, where they are represented by an attorney,

6  and they are told at the beginning of these proffers that they

7  have to tell the truth 100 percent.  If they are found in any

8  kind of lie or something that is a half-truth, then the

9  agreement that they come into is negated and they can be

10 prosecuted.

11 Q     Have you debriefed cooperating witnesses?

12 A     Yes.

13 Q     How many?

14 A     Well over fifty.

15 Q     Do you rely exclusively on information obtained from

16 cooperating witnesses when you conduct your investigations?

17 A     No.  Again, we try to corroborate everything that they

18 tell us.

19 Q     During the debriefings, do you debrief cooperating

20 witnesses?  You just explained that you did.  Sorry.

21 A     Yes.

22 Q     During those interviews, is information provided to the

23 cooperating witnesses?

24 A     No.

25 Q     Are you familiar with the existence of different

1    organized-crime families with Cosa Nostra?

2    A    Yes.

3    Q    Do organized-crime families have a particular structure?

4    A    Yes.

5    Q    Are you familiar with the structure, based on your

6    investigations?

7    A    Yes.

8    Q    Have you learned that organized-crime families have

9    rules?

10   A    Yes.

11   Q    Are you familiar with those rules, based on your

12   investigations?

13   A    Yes.

14   Q    Have you learned that members and associates of organized

15   crime use certain terms amongst themselves?

16   A    Yes.

17   Q    Are you familiar with those terms?

18   A    Yes.

19   Q    Have you become familiar with the different crimes that

20   organized-crime families commit and how they go about

21   committing those crimes?

22   A    Yes.

23   Q    In your twenty-five years in law enforcement, what are

24   some of the Cosa Nostra crimes you have investigated?

25   A    I have been involved in investigations that include

1   murder, loansharking, gambling, auto crimes, narcotics

2   trafficking, money laundering, stolen property and many

3   others.  But that's some of them.

4   Q    Have you previously testified in court in this capacity

5   about Cosa Nostra?

6   A    Yes.

7   Q    Approximately how many times?

8   A    Over thirty times.

9   Q    How many times have you testified in federal court about

10  Cosa Nostra?

11  A    This is the eighteenth time.

12  Q    Without saying the case, what was the last time you

13  testified in this capacity?

14  A    December of 2008.

15  Q    Where did you testify?

16  A    In the Eastern District.

17  Q    Have you formed an opinion about the history of the Mafia

18  in the United States, including where it came from?

19  A    Yes.

20  Q    Have you formed an opinion about how the Mafia organize

21  themselves?

22  A    Yes.

23  Q    Have you formed an opinion about how the Mafia operates?

24  A    Yes.

25  Q    What does Cosa Nostra mean in Italian?

1  A    The translation into English means "This thing of ours"

2  or "Our thing."

3  Q    In the United States, is Cosa Nostra sometimes referred

4  to by other names?

5  A    Yes.

6  Q    What are they?

7  A    You'll hear words like the Mafia, the syndicate, the mob.

8  In Chicago, they call it the outfit.

9  Q    Where did the Mafia come from?

10  A    From Sicily in Italy.

11  Q    At some point, did law enforcement begin identifying

12  different Mafia families by names?

13  A    Yes.

14  Q    When did that take place?

15  A    Sometime in the early 1960's, sources were developed

16  within the FBI, and those sources were able to identify the

17  leaders of the five families in New York and the names of

18  those five leaders and the names that we still use today in

19  law enforcement to identify those families.

20  Q    What are the five New York-based organized-crime

21  families?

22  A    You have the Gambino Crime Family, Genovese Crime Family,

23  Luchese Crime Family, the Bonanno Crime Family and the Colombo

24  Crime Family.

25  Q    You mentioned the Gambino Organized Crime Family.  Is it

1    known by any other name?

2    A    Yes.

3    Q    What's that?

4    A    "John's Family."

5    Q    And who is "John"?

6    A    "John" refers to John Gotti.

7    Q    You mentioned the Genovese Family.  Is its known by any

8    other name?

9    A    Yes.

10   Q    What name?

11   A    The West Side.

12   Q    With respect to the five New York families of organized

13   crime, do they have the same or a similar structure?

14   A    Yes.

15          MR. BURLINGAME:  Judge, if I could just have a

16   minute.  I'm not sure that we have Government's Exhibit 1.

17          Judge, permission to approach?

18          THE COURT:  Has that been marked?

19          MR. BURLINGAME:  Yes, your Honor.  It's Government's

20   Exhibit 1.

21   Q    Investigator Carillo, I'm showing you what has been

22   marked as Government Exhibit 1.  Do you recognize it?

23   A    Yes.

24   Q    What is it?

25   A    It's a diagram of the hierarchy of an organized-crime

1  family.

2              MR. BURLINGAME:  I offer it, your Honor.

3              THE COURT:  Yes.  You may publish it.

4              (So marked.)

5  Q    Investigator Carillo, with the Court's permission, I

6  would ask you to step off the stand and explain the structure

7  of organized crime to the jury.

8              MR. FARBER:  Can it be positioned so defense counsel

9  can see it?

10             THE COURT:  No.  You can move.

11 Q    Investigator Carillo, if you'd start at the top of the

12 board, and just explain to us the contents.

13 A    Sure.

14             Each family has a boss.  His power within his

15 organized crime family is absolute.  He can't be questioned by

16 anybody in the family.  He metes out punishment when he deems

17 necessary, and sets policy for his family.

18             Under the boss, you have the underboss and

19 consigliere.  They are both appointed by the boss of the

20 family.  The underboss is his second-in-command.  The

21 consigliere is his advisor.  The three positions, the top

22 three positions, are referred to as the administration of the

23 family.

24 Q    Does the consigliere have any other responsibilities

25 besides advising the boss?

1  A     He's an advisor to the boss, and sometimes he's a

2  mediator within other families.  He's usually somebody who is

3  well respected with the other four families in New York.

4          Below that, you have the rank of captains.  They are

5  also known on the street as capos, skippers, capodecinas and

6  caporegimes.  They are assigned by the boss of the family as

7  their frontline supervisors.

8          Underneath the captain, you see soldiers, also

9  members of the family, and associates.  Associates that are on

10  record, higher-level associates, and soldiers in each family

11  is what makes up each captain's regime or crew.

12  Q     What is the administration?

13  A     As I said, the boss, underboss and consigliere of each

14  family.

15  Q     What are some of the terms that are used to refer to

16  soldiers?

17  A     On the street, you'll hear soldiers referred to as

18  goodfellas, wise guys, button men, men of honor.  Members

19  themselves will refer to somebody that's a soldier as somebody

20  that's in the life or somebody that's been straightened out.

21  Q     What does it mean to be a made man?

22  A     A made man is also referred to as a soldier, an inducted

23  member of the organized crime family.

24  Q     What are a soldier's responsibilities?

25  A     A soldier's responsibility, once inducted into the

1   family, is to go on record with his captain with all

2   legitimate and illegitimate enterprises that he's involved in,

3   and his responsibility is to turn over a certain percentage of

4   illegal and sometimes legal business to his captain.  A

5   certain percentage has to go up.

6   Q    Can you explain further about who is an associate?

7   A    An associate is anybody that's outside the family that's

8   involved in illegal activity with somebody in the family.

9   There are associates that sort of freelance.  They operate

10  with different organized-crime members.  And then there's

11  closer associates, which are called "on record," and they

12  usually are claimed by a member of organized crime, and it's

13  sort of like they are almost owned, to a degree, as far as

14  their illegal enterprises are involved.

15  Q    You mentioned that captains have crews of soldiers and

16  associates.  Can people under captains have crews?

17  A    You'll hear that on the street, but an actual crew in

18  Cosa Nostra is definitely a captain.  You'll hear "crews,"

19  because sometimes there are many associates, some soldiers are

20  more powerful than others, and they'll refer to a soldier's

21  crew of associates.  As far as typical Cosa Nostra language, a

22  captain has a crew.

23  Q    You testified about the various positions in

24  organized-crime families?

25           Are there situations that arise to make it difficult

1   for a person holding a particular position to carry out their

2   responsibilities.

3   A    Yes.

4   Q    What's sorts of situations?

5   A    If somebody is incapacitated due to illness or

6   incarceration, sometimes in Cosa Nostra a boss will assign

7   temporary positions.  You'll have what you call acting

8   captains or capos, acting consiglieres, and acting underbosses

9   and even acting bosses.

10  Q    What's the responsibility of an acting title?

11  A    While that person, the official person, is incapacitated,

12  they carry on the day-to-day responsibilities of that rank,

13  whatever that entails.

14  Q    So, when someone is sent to prison, do they lose their

15  membership status?

16  A    No, you never lose your membership in Cosa Nostra.

17  Q    Do they lose their rank?

18  A    Sometimes.  It's up to the boss of the family, the

19  circumstances.

20  Q    Do members and associates visit other members and

21  associates of organized crime when they are in prison?

22  A    Yes.

23  Q    Can there be acting soldiers?

24  A    No.

25  Q    Why is that?

1    A    A soldier is an official position with an organized crime
2    family.  It's the lowest inducted position.  You cannot be
3    acting from outside the family.
4    Q    You testified about the various positions in the family,
5    starting with the boss.  How is the boss chosen?
6    A    A boss is chosen -- there's five families in New York,
7    and they are in many other cities throughout the United
8    States.  Each family selects differently.  Sometimes the
9    outgoing boss, if he's ill or going to be incarcerated for
10   many years, he'll choose his successor, or sometimes the
11   captains and above votes in the new boss.
12   Q    How is the underboss chosen?
13   A    That's always an appointment from the boss.
14   Q    Does it vary?
15   A    Same thing.
16   Q    Captains?
17   A    Captains, also.
18   Q    In the world of organized crime, is it considered an
19   honor to become a made member of an organized crime family?
20   A    Well, the people that are usually inducted into organized
21   crime, some of them wait many years, twenty, thirty years, to
22   be inducted.  It's considered an extreme honor in this world
23   of Cosa Nostra.
24   Q    Investigator Carillo, you can retake the stand.
25        Investigator, you mentioned --

1          THE COURT:  Remove the placard, please.

2          MR. BURLINGAME:   Sorry.

3     Q    Investigator Carillo, there are five organized crime

4     families in the New York area.   Are there any other families

5     that operate in the area?

6     A    Yes.  With the permission of the five families, for a

7     period of time, the DeCalvacante Family, which is based in

8     Elizabeth, New Jersey, had some members that were operating in

9     New York.

10    Q    Is there another name for the DeCalvacante Family?

11    A    Not that I know.

12    Q    A little while ago, you explained what the administration

13    is in a typical organize crime family.  Is that how the

14    Gambino Family operated?

15    A    Yes.

16    Q    What are the primary purposes of an organized crime

17    family?

18    A    To make money for its members through illegal activities,

19    and to protect its hierarchy.

20    Q    When members and associates of organized crime make money

21    through crime, do they have obligations with respect to the

22    money they earn?

23    A    Yes.

24    Q    What happens to the profits?

25    A    A certain percentage of the monies they receive from

1    illegal activities has to be pushed up through the ranks of

2    the family.

3    Q    Are there terms for that?

4    A    Yes.   Kicking up or tribute.

5    Q    What do members and associates get in exchange for

6    kicking up money?

7    A    Well, if you're an associate involved in an illegal

8    enterprise, you're kicking up a certain percentage of your

9    profits from that enterprise.   In return, you are receiving

10   protection from that family.

11        What I mean by "protection," if you are involved in

12   some illegal loansharking or bookmaking operation, if you are

13   under the protection of a particular member of organized

14   crime, you cannot be extorted from other members of organized

15   crime.   If, in the operation of your illegal enterprise, you

16   are attempting to retrieve monies through that enterprise, you

17   have that representation of being with that made member or

18   that member of that organized crime family.

19   Q    At the associate level, is there interaction between

20   different families?

21   A    Yes.

22   Q    How does that take place?

23   A    It all about making money.   It's a constant intertwining

24   of associates that are on record with different families.

25   Q    How does a person typically become an associate of an

1  organized crime family?

2  A    Usually, it starts at a young age.  Associates are

3  usually around made members from an early age in particular

4  neighborhoods.  So, they have to know you, they have to know

5  your family.

6           Sometimes it happens later in life, where you open

7  up a particular business or enterprise and you can become an

8  associate that way, also.

9  Q    At what age do individuals typically become involved in

10  organized crime?

11  A    Usually, at a young age.

12  Q    Is there any age when individuals stop being involved in

13  organized crime?

14  A    No.

15  Q    Can an associate on record choose not to kick up money?

16  A    No.

17  Q    What typically happens if an associate tries to stop

18  kicking up money?

19  A    There could be various consequences.  The organized crime

20  member could chase that person.  That's a term for telling

21  them they don't want to be seen around particular areas.

22           They could also -- the organized crime member could

23  take over the whole operation if they are involved in illegal

24  activities.  They can be disciplined or killed if the member

25  feels the infraction warrants that type of discipline.

1   Q    Are there any qualities organized-crime families look for

2   in an associate?

3   A    Yes.

4   Q    What are those?

5   A    It's all about money, so it's earning power.  And they

6   want to see a degree of loyalty, they want to feel that they

7   could trust that person.

8   Q    Any other qualities besides loyalty and earning power?

9   A    Well, for an associate, there are people that are capable

10  of violence that are associates.  So, it would either be

11  earnings power or the capability of commit violence for that

12  family.

13  Q    You said "capable of violence."  Is "capable" a term of

14  argument in organized crime?

15  A    Yes.

16  Q    What does it mean if someone is capable?

17  A    If they refer to be somebody as capable, that means they

18  are known to be able to commit violence.

19  Q    You said loyalty is an important quality.  Why is loyalty

20  important?

21  A    Well, Cosa Nostra thrives on illegal activities and

22  loyalty.  Cooperation with law enforcement is the thing that

23  hurts the families the most.

24  Q    What does it mean if someone is a stand-up?

25  A    Stand-up means the same thing, somebody that Cosa Nostra

1    member feels can stand up under the scrutiny of law

2    enforcement.

3    Q    You also testified that someone who is capable of

4    violence is a person who makes a good associate.   Why is that?

5    A    Cosa Nostra thrives on fear.  If a particular member of

6    organized crime has other members and associates that are

7    capable of violence, that enhances their ability to make

8    money.

9    Q    Is it common in organized crime for an associate to be

10   asked to commit violence?

11   A    Yes.

12   Q    Murder?

13   A    Yes.

14   Q    Why would an associate agree to do that?

15   A    Sometimes the associate has aspirations of becoming a

16   member, and sometimes they just want to continue in the

17   illegal enterprise that they are making money with the family.

18   Q    Does that help your chances of becoming a member, if you

19   are willing to commit murder?

20   A    Among other criteria, yes.

21   Q    Is there a process by which an associate becomes inducted

22   or initiated as a member of an organized Crime Family?

23   A    Yes.

24   Q    Are there requirements for becoming a member?

25   A    Yes.

1   Q    What are those?

2   A    You have to be male.  You have to be of an Italian

3   descent, at least on your father's side.  In some families,

4   you have to be of 100 percent Italian descent and you have to

5   be sponsored by a member of that particular organized crime

6   family.

7   Q    Is there currently a requirement that you have to

8   participate in a murder to become a member of an organized

9   crime family?

10  A    No.

11  Q    Has there ever been such a rule?

12  A    I think until the 1950's, that was a requirement.

13  Q    And has it been common since then?

14  A    No.  The only thing committing homicides do is, it

15  gives -- puts you in better consideration for becoming made.

16  But the three criteria they are looking for is loyalty, your

17  ability to commit violence, and earning power.

18            (Continued on next page.)

19

20

21

22

23

24

25

BY MR. BURLINGAME:

Q    Have you ever heard soldiers referred to as either earners or shooters?

A    Yes.

Q    What is an earner?

A    An earner is somebody that earns money for the family and shooter is somebody that commits violence for the family.

Q    Historically, what is the most assured way of becoming a made member of organized crime?

A    Well, if you are capable of committing violence, and it is for the right members, that could put you to the front of the line as far as becoming inducted.   Over the last several years earning power has become important also.

Q    Do associates every gain prominence in organized crime without becoming made?

A    Yes.

Q    When does that typically happen?

A    When they're outside the family, they may not be able to get inducted because of ethnic background, and they still have reputations for either being violent or tremendous money earners for the family.

Q    Do you know if it's common in organized crime for individuals to have their relatives invested as members?

A    Yes.

Q    Prior to induction you mentioned that had a made member

1  has to propose an associate for membership?

2  A    That's correct.

3  Q    Can you explain the process.

4  A    Yes.  If a member wants to propose an associate for

5  induction into the family, he has to get permission from his

6  boss.

7          If his boss decides that this is an appropriate

8  person to put up for membership, a list is made from that

9  family, it's sent to the other four families for their

10 approve.

11         Upon the approval of the other four families, at the

12 time the boss wants to open the books -- that's a reference to

13 opening the books to make new people -- then that person will

14 become inducted.

15 Q    Are there actually any books?

16 A    No.

17 Q    Can you go look up and -- can you go look at a book and a

18 figure out who is a member of organized crime and who is not?

19 A    No.

20 Q    Are there certain number of individuals who are inducted

21 into organized crime families every year?

22 A    Yes.

23 Q    And what is the rules regarding who can be inducted?

24 A    You can replace the dead members.  So in a particular

25 year, if five members die, you can replace those members and

1  they have over the last a several years a plus two rule.  You

2  can replace the dead members plus two additional members each

3  year.

4  Q    Is there a ceremony held when someone is inducted into an

5  organized crime family?

6  A    Yes.

7  Q    Is it a public ceremony?

8  A    No.

9  Q    Why is it private?

10  A    It's supposed to be a secret society.

11  Q    Where are these ceremonies typically held?

12  A    Sometimes in people's basements -- we have had

13  information -- restaurants, hotel rooms; wherever they feel

14  secure.

15  Q    Can you walk us through what happens at one of these

16  ceremonies?

17  A    Yes.  I'll give you the historic version because it has

18  changed over the years, but historically, when a member is

19  told to come to a certain location, there's going to be an

20  induction ceremony, he's usually met by the person that

21  sponsors him, the boss or other high ranking members of the

22  family are there, they commit a ceremony.

23        They hold hands.  They open the ceremony.  They ask

24  the member historically, Do you know why you're here?  They

25  have to answer no.  Obviously they know why they're there.

1    Then they proceed to go through a ceremony, which on
2    a table historically there was a gun and a knife.  They would
3    ask a person being inducted if they're willing to live their
4    life by the knife or the gun for Cosa Nostra, which means are
5    you willing to kill for Cosa Nostra.  They say yes.

6    Then they take a picture of a saint, they light it
7    on fire, they put it in the palms of the person being inducted
8    and they have to recite the oath that they should burn in hell
9    if they betray anybody in Cosa Nostra or anybody in the room.

10    At the end of that part of the ceremony, that new
11    inducted person is introduced to his captain and whoever else
12    on the administration is present, including the boss.  Then
13    usually his captain will explain several rules how to live in
14    this new life of Cosa Nostra.

15    The ceremony is supposed to represent a rebirth of
16    this person.  It's supposed to put down all parts of their old
17    life.  This is their new family, this is their new way of
18    life.

19    Q    Does anything happen to the person who is being
20    inducted's finger?

21    A    Yes.  Prior to the saint being put on fire, the boss or
22    whoever is conducting the ceremony, will prick the person's
23    finger and a drop of his blood will fall on the saint.  Then a
24    photo of the saint or piece of paper, whichever they use, is
25    burnt in the person's palm of their hands.

1   Q    You said they start the ceremony by asking a question, Do

2   you know why you're here?

3   A    Yes.

4   Q    And is that a real question?

5   A    Well, it's been modified lately.  I gave you the version

6   of the way the ceremonies were conducted.  They've changed

7   over the years, recent years, where they don't ask that

8   question.  Obviously they are looking for a false answer right

9   from the beginning.

10  Q    You said that the ceremony involved answering the

11  question, Are you willing to life by the gun and the knife?

12  What does that mean?

13  A    That means, Are you willing to kill for Cosa Nostra?  And

14  if you betray Cosa Nostra you're acknowledging the fact that

15  you should die.

16  Q    And is that taken literally?

17  A    Yes.

18  Q    On command?

19  A    Yes.

20  Q    You said there has been changes to the induction ceremony

21  over the years.  What sorts of changes?

22  A    I don't believe they use the gun or the knife anymore for

23  fear of law enforcement detection.  They've taken other steps

24  to make the ceremony secure.

25  Q    Once a member is inducted, are there any protocols for

1  meeting with other made members?

2  A    Yes.

3  Q    What are those?

4  A    In Cosa Nostra you can only be introduced to another

5  member of Cosa Nostra by a third party that is also a member.

6  And usually the way that meeting would take place, if there's

7  a newly inducted person, his captain would take him around to

8  other members and say an amico nostro, which means he's a

9  friend of ours.  So in Cosa Nostra you'll hear them refer to

10  each other as friends.

11  Q    Are there any protocols for learning a member's rank?

12  A    Yes.  You also would have to learn the rank through

13  another member.

14  Q    What is the purpose of these protocols, why do they have

15  them?

16  A    It's for security purposes, and it's supposed to be a

17  secret society and it's for verification.  There is no book

18  stating the 200 or so members in the Gambino crime family.

19  The only reference they have is if somebody else with vouch

20  for them that they are a made member.

21  Q    During the course of your investigations into organized

22  crime have you learned that organized crime families have

23  certain rules?

24  A    Yes.

25  Q    And are you familiar with those rules?

1   A    Yes.

2   Q    Are these the rules that you said were explained during

3   the ceremony?

4   A    Yes.

5   Q    Can you tell me some of the rules.

6   A    Well, usually after an induction they will sit the new

7   member down and go over several rules.  The rule I had

8   mentioned before was omerta, silence.  Once a member you're

9   vowing to never disclose the business of Cosa Nostra to any

10  outsider.

11          You are also vowing to not cooperate with law

12  enforcement in any way.  That goes as far as if you have a

13  burglary at your house, you're not supposed to make a report.

14  That would be cooperating with law enforcement.

15          When you become a made member, an inducted member,

16  you're also vowing to go on record with all your illegal

17  activities and whatever legal activities you are involved with

18  that may have been funneled through the laundering of money

19  from the illegal activities.

20          You also take a vow to come when summoned by any

21  superior in your Cosa Nostra family with no excuses accepted.

22  They use the example.  If you're at the bedside of your sick

23  mother and your captain calls, you have to come.  There is no

24  excuses, they won't be accepted.

25          You are also told not to deal in narcotics or

1  government securities.  You are also told, once a member of

2  Cosa Nostra, to treat all other members of Cosa Nostra with

3  respect.  You're not allowed to raise your hand and you're

4  also supposed to respect them even in a dispute.

5          The other rule that is usually explained is if you

6  have any dealings with another Cosa Nostra member's female

7  family, it has to be with good intentions.

8  Q    Is there any rule concerning loyalty?

9  A    Yes.

10 Q    Can you explain that rule.

11 A    Well, loyalty, generally speaking, is part of those

12 rules.

13 Q    Would that include placing Cosa Nostra before your blood

14 family?

15 A    Yes.

16 Q    Let's talk a little bit about some of these rules.  You

17 testified that a made member of Cosa Nostra can't raise his

18 hands to another member.  What is the purpose of that rule?

19 A    Well, once you are a part of Cosa Nostra you're supposed

20 to be a man of respect and you're supposed to treat other

21 members with respect.  That would lead somebody to losing face

22 or possibly disgraced if you physically hit them or even

23 verbally abused them.

24 Q    You mentioned earlier that you conducted surveillances at

25 wakes, weddings, funerals.  Are there customs about attending

1  those sorts of events?

2  A    Yes.

3  Q    And what are those?

4  A    They vary from family to family, but some bosses mandate

5  when a member of an organized crime member's family dies, a

6  certain amount of people, made members from that family, have

7  to attend.  Some families are more lax about it.

8  Q    Is organized crime business conducted at those kinds of

9  events?

10  A    Yes.

11  Q    Why is that?

12  A    Well, it's a spontaneous event.  Somebody dies, you hear

13  usually the day before that you have to go to that wake at

14  that particular funeral parlor, which makes it very hard for

15  law enforcement to detect any kind of meetings therein, and

16  it's very common for sometimes 50, 60, even a hundred made

17  members of various families to attend the ceremony.

18  Q    When you say it's hard for law enforcement to detect

19  meetings going on there, what are you talking about?

20  A    It's spontaneous, so it's very hard for us to detect

21  meetings going on inside the locations through eavesdropping

22  devices or other ways of surveillance.

23  Q    I see.  You testified that a rule is that your organized

24  crime family comes before your blood family.  Can you explain

25  that a little further.

1    A    Yes.   Like I explained before, it's the giving up of your

2    old life into a new life.   There is still a certain amount of

3    respect for your blood family, and other members will do

4    anything to protect your blood family, but they're telling you

5    upon induction of Cosa Nostra you're supposed to put your new

6    criminal family first.

7    Q    You mentioned another rule about coming in when you're

8    called.   Can you talk about that a little bit.

9    A    Yes.   There is just no excuses.   If they call you in,

10   whether it's ridiculous to you or something that you think is

11   important, you have no choice, your superiors call, you have

12   to come.

13   Q    You said there's a rule about going on record and getting

14   permission for your legal and criminal activities.   Can you

15   explain that a little further.

16   A    Well, your responsible to your captain when you're

17   inducted, so they have to know everything about you, they have

18   to know every illegal enterprise that you're involved in

19   because they want a certain percentage of it, they want to

20   know everything before you, including maybe you have part of a

21   legitimate business.   They want to know all aspects of your

22   life.

23   Q    What is the purpose about not sleeping with members wives

24   and girlfriends?

25   A    It's supposed to be a family and you're supposed to treat

1    family members with respect.

2    Q    You also talked about an oath of omerta and that part of

3    that means you can't discuss family business with outsiders.

4    Are associates considered outsiders?

5    A    Yes.

6    Q    So a made member is not supposed to discuss family

7    business with associates?

8    A    No.  You can discuss as a made member criminal activity

9    that you are involved with that associate, but you're not

10    supposed to discuss the business of Cosa Nostra, the inside

11    business of it.

12    Q    Would the inside business mean discussing who is and who

13    is not a member?

14    A    Yes.

15    Q    So according to the rules associates should not know who

16    is made?

17    A    They are not supposed to, but in reality out there they

18    do.

19    Q    So what is the reality?

20    A    The reality is that although it's against the rules for

21    that to occur, it does happen because there are associates

22    that need to know that information.

23    Q    In your experience, do members and associates of

24    organized crime often know about crimes they didn't

25    participate in?

1    A    Yes.

2    Q    How do they no about them.

3         MR. FARBER:  Objection.

4         THE COURT:  I will allow it.  You can answer.

5    A    Yes, they do.

6    Q    How do they know about those crimes?

7    A    By people in Cosa Nostra discussing things they are not

8    supposed to outside the family.  There is a certain bravado

9    that goes on in Cosa Nostra.  If they discuss violent acts

10   that they are involved in, sometimes it makes them have a

11   better reputation on the street and in their eyes a better

12   earning power through the act of fear; people know that you

13   have committed violence, people are more apt to pay things on

14   time and to cooperate with you.

15   Q    Would that include discussions about murders?

16   A    Yes.

17   Q    Does discussing organized crime murders violate a rule of

18   Cosa Nostra?

19   A    Yes.

20   Q    But it's done anyway?

21   A    Yes.

22   Q    And again why is that?

23        MR. FARBER:  Objection.

24        THE COURT:  I will allow it.  You may answer.

25   A    Again, sometimes it's done to enhance their reputation on

1    the street.

2    Q    Are other rules broken?

3    A    Yes.

4    Q    Can you give the jury a couple of examples of rules that

5    are commonly broken.

6    A    You're not supposed to deal in narcotics.  A large

7    percentage of organized crime members do deal in narcotics.

8    You're supposed to go on record with all your illegal

9    activities and legal activities.

10        There comes a point where a lot of members try to

11   hide certain illegal activities or legal activities to keep

12   most of the money for themselves.

13        The rules are manipulated within Cosa Nostra.  The

14   higher the rank you are sometimes you're more able to

15   manipulate the rules.

16   Q    Are there penalties for violating the rules?

17   A    Yes.

18   Q    What is the range of possible penalties?

19   A    Well, the worst penalty is that you can be killed, which

20   happens often in Cosa Nostra for a violation.  If you're a

21   member of Cosa Nostra and you have broken a rule, you can be

22   what they call shelved.  That's when they temporarily or

23   sometimes permanently take your powers away in Cosa Nostra

24   either from earning, you're not supposed to be met by other

25   members of Cosa Nostra, people aren't supposed to respect you

1    as a member anymore.  And sometimes you're just verbally

2    chastised for whatever you've done as a member or as an

3    associate.

4    Q    Are penalties always imposed for violations?

5    A    No.

6    Q    Would it be fair to say that the rules are enforced

7    somewhat selectively?

8    A    Yes.

9    Q    How is it determined how strictly to enforce the rules?

10   A    Well, it's up to the boss of the family or captain with

11   the soldiers.  If somebody's a tremendous earner or they have

12   done what they call a lot of work or violence for the family,

13   that may be taken into consideration.  Some people will get

14   killed for something that somebody else won't even be

15   reprimanded for.

16   Q    Do more valuable members get away with breaking more

17   rules?

18   A    Yes.

19            MR. FARBER:  Objection.

20            THE COURT:  I will allow it.

21   A    Yes.

22   Q    Are organized crime associates expected to conduct

23   themselves in a certain way?

24   A    Associates?

25   Q    Yes.

1    A    Yes.

2    Q    What way would that be?

3    A    They have to give a certain percentage of their profits

4    from illegal activities.  A lot of the rules that I just

5    explained to you, that pertains to inducted members.

6    Q    Are organized crime associates expected to keep quiet

7    about their organized crime knowledge?

8    A    Sure, they are not supposed to cooperate either.  That's

9    why, to become associated with an organized crime member, one

10   of the of the criteria is loyalty.  They don't want you to

11   cooperate.  That could destroy them.

12   Q    Are they expected to follow the directives of the

13   organized crime member who they are under or they report to?

14   A    Yes.

15   Q    Can they be punished for not conducting themselves in the

16   way they are supposed to?

17   A    Yes.

18   Q    What sort of penalties can they be subject to?

19   A    Well, they could also be killed for an infraction.  They

20   could -- they sometimes are verbally chastised for what they

21   have done.

22          They could also be chased, which means they could be

23   sent out of an area, told never to return and if they do there

24   will be retribution.  You can't chase an organized crime

25   member, you can chase an associate.  Once a member always a

1  member.

2  Q    You said that associates can be killed for not behaving

3  themselves appropriately.  Is that rare?

4  A    Well, I wouldn't say it's rare.  It happens, sure.

5  Q    What would be the most important factor in determining

6  how harshly to punish an associate for a violation?

7            MR. FARBER:  Objection.

8            THE COURT:  I will allow it.

9  A    Again, the associate would be disciplined according to

10 how valuable he is to the member.  If he's bringing in tons of

11 money, chances are that they're -- the infraction is going to

12 be less.

13 Q    You testified about the oath of omerta.  If you cooperate

14 with law enforcement is that a violation of omerta?

15 A    Yes.

16 Q    Is cooperation with law enforcement a violation that is

17 enforced selectively?

18 A    No.

19 Q    Can you explain.

20 A    Yes.  Cosa Nostra thrives on secrecy, it's supposed to be

21 a secret society.  Anytime anybody cooperates with law

22 enforcement it's a damaging below to Cosa Nostra.  So they're

23 not able to always kill everybody that cooperates, but if they

24 have the chance, if they have the ability to, they would do

25 it.

1  Q    Is the same true for associates who cooperate?

2  A    Yes.

3  Q    Despite the severity of the punishment, do members and

4  associates cooperate with law enforcement from time to time?

5  A    Yes.

6  Q    Once you are inducted into an organized crime family is

7  there some procedure by which you can resign?

8  A    No.

9  Q    Can you explain.

10  A    At your induction you're told at times, there's only one

11  way in and one way out of Cosa Nostra.  The only way you can

12  leave is if you die.

13      Even when somebody cooperates within Cosa Nostra,

14  that replacement that I told you only when people die, if

15  somebody cooperates they can't replace that person, that

16  number in that family.

17      So although they are cooperating with law

18  enforcement, and obviously they are not involved in the

19  illegal activities anymore with that family, they still have

20  to be carried as a member.

21  Q    Can you retire from organized crime?

22  A    If you're elderly and you're incapacitated because of

23  age, you can, I guess what they would call retire.  But it's

24  with the condition that if that organized crime member is

25  called in by a superior and he's physically able to come in,

1    he still has to come in.

2         There is no retiring at a young age.  There are some

3    elderly members that basically they're not involved anymore..

4    Q    Because they are incapacitated?

5    A    Yes.

6    Q    Are they still members though?

7    A    Yes.

8    Q    What is the traditional manner in which you can leave

9    organized crime?

10               MR. FARBER:  Objection.

11               THE COURT:  I will allow it.

12   A    For a member?

13   Q    Yes.

14   A    There's only one way out, that's by passing away, by

15   dying.

16   Q    No other way out?

17   A    No.

18   Q    If you are given an order by a superior in organized

19   crime do you have the ability to disobey it?

20   A    No.

21   Q    What is the scope of the authority of a boss of an

22   organized crime family?

23   A    It's absolute.  He can do whatever he wishes with his own

24   family.

25   Q    What is the penalty for disobeying an order from a boss?

1  A    You could be killed.

2  Q    One of the oaths that you take when you join the family

3  is to commit murder on a boss's order?

4  A    Yes.

5  Q    Must you obey an order to kill?

6  A    Yes.

7  Q    What's the penalty if you don't?

8  A    You can be killed yourself.

9  Q    Does the boss have the power to order soldiers and

10 associates not to commit murders?

11 A    Yes.

12 Q    What would be the penalty for committing a murder in

13 violation of the boss's orders?

14 A    You could be killed.

15 Q    Are murders committed without permission, frequently?

16 A    Yes.

17 Q    Are members typically killed for doing so?

18 A    Typically, sometimes they are, sometimes they're not.

19 Q    I'd like to go through some organized crime terms and

20 concepts with you.   Do members of organized crime typically

21 have nicknames?

22 A    Yes.

23 Q    Why is that?

24 A    It's very common within that world to know somebody

25 either by the nickname or their first name and not even know

1  their last name and you could be associated with them for

2  20 years.

3  Q    Are you familiar with the term beef?

4  A    Yes.

5  Q    What is a beef in organized crime?

6  A    That's a dispute.

7  Q    Are you familiar with the term sit-down?

8  A    Yes.

9  Q    What is a sit-down?

10 A    A sit-down is the term used to settle that dispute or

11 beef.

12 Q    And are those disputes within families or between

13 different organized crime families?

14 A    It could be either.

15 Q    Are there rules concerning conducting sit-downs?

16 A    Yes.

17 Q    Can you explain those?

18 A    Yes.  If there's a dispute between two associates in two

19 different organized crime families, at the sit-down they have

20 to have representing them people of the same rank.

21        So if one person is represented by a captain and the

22 other one is a soldier, the other associate has to get that

23 soldier's captain.  If a boss or somebody in the

24 administration meets to settle a dispute, it can only be with

25 somebody from the administration.  So the ranks have to be the

1    same at a sit-down.

2    Q    Are you familiar with the term walk-talk?

3    A    Yes.

4    Q    What is a walk-talk?

5    A    It's just members or associates of organized crime

6    walking outside to discuss illegal activity to avoid

7    eavesdropping detection from law enforcement.

8    Q    Are there terms in organized crime that are used to

9    describe killing somebody?

10   A    Yes.

11   Q    What kinds of terms?

12   A    You hear whack, clip, hit.  Those are the three most

13   generally used.

14   Q    And you've talked -- mentioned a couple of times being on

15   record.  Could you explain again what that means.

16   A    On record for an associate?

17   Q    Yes.

18   A    When an associate is on record, he's claimed by that

19   member.  He owns that member's illegal activities.  In return,

20   that member that's on record has representation by that family

21   member; whether a dispute comes up, or they're looking to

22   obtain money through illegal activities that aren't being paid

23   them, so they're given money in return for representation in

24   that world.

25   Q    What does it mean to be with someone or around someone?

Carillo - direct - Burlingame

A    The same thing.  It means that you're around somebody,
with somebody, you're associated with them.

Q    You mentioned being on record.  What does it mean to put
something on record?

A    Putting something on record is to go into your superior
in Cosa Nostra and telling them either you were approached by
law enforcement, you're opening up another illegal enterprise,
you're stating to them, you're going on record with them with
something in particular.

Q    Are you supposed to put murders on record?

A    Yes.

Q    Does that always happen?

A    No.

Q    Is a member permitted to kill associates under them
without prior approval?

A    If you're a member of Cosa Nostra, you cannot commit a
murder of anybody without the permission of your superior who
in turn, if you get permission from your captain, is supposed
to get it from the boss of your family.

Q    Does it happy anyway?

A    Yes.  Does it happen without permission?

Q    Yes.

A    Yes.

Q    Do organized crime members on occasion use legitimate
businesses?

1   A    Yes.

2   Q    What for?

3   A    Sometimes the illegal monies from an illegal enterprise

4   will be funneled, money laundered through a legal operation,

5   and sometimes they money they get, that business becomes

6   lucrative also, so it could be twofold.  It could be to

7   launder money, it could be to make money.

8   Q    What does it mean to shake someone down?

9   A    Shake somebody down is an extortion.  Basically, there's

10  a fear factor involved.  You can approach somebody, whether

11  they're involved in legal or illegal activities, and expect a

12  monetary payment again for protection, not to be harmed.

13  Q    Is that a common activity among members and associates of

14  organized crime?

15           MR. FARBER:  Objection.

16           THE COURT:  I will allow it.

17  A    Extremely common.

18  Q    You testified earlier that one of the five families is

19  the Gambino organized crime family.  Who is the Gambino family

20  named after?

21  A    Carlo Gambino.

22  Q    Is he dead or alive?

23  A    He died.

24  Q    You testified earlier about something called a social

25  club.  Can you explain what that is.

1  A     Yes.   A social club is usually a storefront, it could be

2  opened up by a member or an associate of organized crime.

3  It's a meeting place.

4          Although over the years less conversations have been

5  detected inside the social clubs regarding illegal activity,

6  it is a place where the exchange of monies from illegal

7  activities is quite common.

8          There is also social activities that happen in

9  social clubs.   Sometimes certain members or associates will go

10  there to play cards, sometimes it will be to dine inside the

11  location.   It's used for various things within that world of

12  Cosa Nostra.   It could be illegal activities, sometimes legal.

13  Q     Are social clubs open to the public?

14  A     No.

15  Q     You testified you have conducted surveillance on social

16  clubs; correct?

17  A     Yes.

18  Q     When you conduct surveillance on social clubs are you

19  able to go inside the social clubs?

20  A     No.

21  Q     You testified earlier about conducting physical

22  surveillance.   Can you explain to the jury exactly what

23  physical surveillance is, how you would conduct physical

24  surveillance on a social club or other organized crime meeting

25  place.

1   A    Yes.   As I had stated before, I need an observation

2   point.   That could be inside a vehicle, it can be in other

3   locations.   Basically I need an observation point to see the

4   location, to see who is coming and going; again, to document

5   associations, sometimes to identify new people.

6   Q    You mentioned that you conduct surveillance at funeral

7   homes and wakes.   Why do you do that?

8   A    Well, again, certain bosses of families mandate that a

9   certain amount of members come.   You do those surveillances,

10   again, to document associations and many times to identify new

11   associates or members.

12   Q    In addition to funeral homes and wakes, are there other

13   types of family events you attend?

14   A    Sometimes, yes.

15   Q    What sorts?

16   A    They could be christenings, weddings, if we have

17   information that a large number of organized crime members are

18   going to show up, which sometimes that occurs.

19   Q    Again, why is it important to conduct surveillance at

20   these types of events?

21   A    Associations.

22         THE COURT:   Please.   You're getting quite

23   repetitive.   How much longer do you have?

24         MR. BURLINGAME:   Not much longer.   We're going to

25   then get into the exhibits very shortly.

1    THE COURT:  Take a break, would you, ladies and

2    gentlemen.  Take ten minutes.

3         (Jury leaves.)

4         THE COURT:  All right.  Ten minutes.

5         (Recess.)

6         (Jury present.)

7         THE COURT:  Be seated, please.

8         MR. BURLINGAME:  May I continue?

9         THE COURT:  Yes.

10        THE COURT:  Before we go forward, ladies and

11   gentlemen, with the direct testimony, this witness has thus

12   far provided general background on criminal activity to help

13   you understand the evidence.  The evidence itself, including

14   this evidence, must prove this particular defendant

15   specifically guilty beyond a reasonable doubt of these

16   specific charges.

17        Proceed.

18        MR. BURLINGAME:  Thank you, Judge.

19   BY MR. BURLINGAME:

20   Q    Investigator Carillo, when you conduct surveillance at

21   these sorts of events, are you always able to take photos of

22   everyone who you can identify at the event who is a member or

23   associate of organized crime?

24   A    No.

25   Q    Why not?

1   A    Sometimes environmental factors, it could be lighting, it

2   could be vehicular traffic, it could be any one of a number of

3   reasons.

4   Q    Do you take notes when you conduct surveillance?

5   A    Yes.

6   Q    What happens to those notes?

7   A    At a later time I formalize them on a report.

8   Q    Do you review those reports for their accuracy?

9   A    Yes.

10  Q    Do you share them with other law enforcement Asians?

11  A    Yes.

12  Q    Do you coordinate your surveillances with other law

13  enforcement agencies?

14  A    Yes.

15  Q    Do you record the license plates when you are conducting

16  surveillance at Mafia events?

17  A    Yes.

18  Q    What is the purpose of that?

19  A    To identify registered owners and occupants of vehicles.

20  Q    Do you still conduct surveillance yourself?

21  A    Yes.

22  Q    Have you conducted physical surveillance of members and

23  associates of the Gambino crime family?

24  A    Yes.

25  Q    When did you start performing surveillance at Gambino

1   family events?

2   A    Early 1990s.

3   Q    And when was the last time you conducted surveillance of

4   a Gambino crime family event?

5   A    Last week, up in the Bronx.

6   Q    Approximately how many surveillances, in total, have you

7   performed?

8   A    Well over a thousand.  Could be a couple of thousand.

9   Q    Approximately how many of those would you say involved

10  the Gambino crime family?

11  A    Over 500.

12  Q    How many pictures have you taken?

13  A    Thousands.

14  Q    How many have you reviewed?

15  A    Thousands.

16  Q    Investigator Carillo, I placed behind you Government's

17  Exhibits 250 to 261.  If you could just take a minute and flip

18  through them.

19           (Pause.)

20  A    Okay.

21  Q    Have you reviewed those before you testified?

22  A    Yes.

23  Q    What are they?

24  A    Boards of surveillance photos of different locations.

25  Q    And were you conducting surveillance when those

1  photographs were taken?

2  A    Yes.

3  Q    Did you take any of the photos on those boards?

4  A    Some of them, yes.

5  Q    When you were conducting surveillance, were you are

6  typically alone or with others?

7  A    With others.

8  Q    Did you do anything to the boards when you reviewed them

9  prior to trial?

10 A    Yes.

11 Q    What did you do?

12 A    I identified people in the photos and placed stickers

13 with their names above who I identified, above or below them.

14 Q    Are the identifications you made accurate?

15 A    Yes.

16 Q    Are the pictures on the boards fair and accurate

17 depictions of some of the people you observed while conducting

18 surveillances?

19 A    Yes.

20 Q    Have you reviewed the content of the boards?

21 A    Yes.

22 Q    Is it accurate?

23 A    Yes.

24 Q    Mr. Carillo, you testified that you did surveillance of

25 wakes, weddings and other events.   The during the course of

1   that time, have you ever observed Charles Carneglia?

2   A    Yes.

3   Q    Do you see him here in the courtroom?

4   A    Yes.

5   Q    Can you please identify him?

6   A    Yes, the gentleman with the white shirt and the beard.

7              MR. BURLINGAME: Identifying the defendant.

8              THE COURT:  Yes.

9   Q    Was the defendant photographed at a number of the

10  surveillances that are in that group of boards?

11  A    Yes, some of them, yes.

12  Q    And in some of the boards is the defendant not pictured?

13  A    Yes.

14  Q    In those boards did you identify people you saw with the

15  defendant at other events?

16  A    Yes.

17             MR. BURLINGAME: I'd move to admit Government's

18  Exhibits 250 to 261?

19             THE COURT:  Admitted.

20             (So marked.)

21  Q    If we could just -- if I could ask the investigator to

22  come off the stand and explain the boards.

23             If you could go through the boards one by one,

24  explain who is who, where the surveillance was, when it was.

25  A    All right.  You want me to explain the board?

1    Q    Yes.

2    A    This is a surveillance that was conducted down in Miami,

3    Florida that I was part of from February 27th through

4    March 2nd, 1995, at the Doral Hotel.

5              Depicted in the first photo is Nicholas Corozzo and

6    Angelo Ruggiano.   The second photo is Anthony Ruggiano, Robert

7    Engel, and Freddy Pierno.   On the bottom left is Eileen

8    Cassata, Nicholas Corozzo, Michael Yaotti, Anthony Rugiano.

9              On the bottom right is Anthony Ruggiano, Steven

10   Iaria, Ralph Davino, and Nicholas Corozzo.

11   Q    That is Government Exhibit 250.

12             If you could move onto the next board?

13   A    This surveillance was conducted January 11th and 12th,

14   1996.   It was the wake of Rocco Corozzo.   The first photo is

15   of Charles Carneglia.   Second photo is of Joseph Mauro and

16   Thomas Cacciopoli.   Bottom left is Joseph Panzarella Junior

17   and Charles Carneglia, and the last photo is of Charles

18   Carneglia.

19   Q    Slow down a little for the court reporter.   Let me adjust

20   this here.   Go ahead.

21   A    This surveillance was April 16th and 17, 1996 at the wake

22   of James Burke at Romanelli's Funeral Home.   The first

23   photograph is of Joseph Panzarella, Junior, Kevin MacMahon and

24   Charles Carneglia.

25             Second photograph is James Perrone, Joseph

1  Panzarella Junior, Charles Carneglia, and Daniel Rizzo.

2         Third photograph is Anthony Ruggiano.  Bottom left

3  is Charles Carneglia and Joseph Panzarella, Junior.  Next

4  photograph is James Perrone and Peter Zuccaro.  The last

5  photograph is of Peter Gotti.

6  Q    Again, Investigator, if I could ask you to slow down a

7  little bit for the court reporter.

8  A    Sure.  This surveillance was conducted February 14, 1999,

9  the wedding of Alphonse Trucchio at Russo's on the Bay

10  Catering Hall, Cross Bay Boulevard and Howard Beach.

11        The first photograph is of Charles Carneglia and

12  Kevin MacMahon.  Second photograph is of Peter Gotti and

13  Salvatore Scala.

14        The third photograph is of August Sclafani.  Fourth

15  photograph is Joseph Panzarella, Junior, and the bottom right

16  is a photograph of Alred DeCongilio and Dominick Pizzonia.

17        This is a surveillance conducted March 20th and

18  21st, 1999 at the wake of Alphonse Trucchio and Anthony

19  Rugiano Senior.

20        The first photograph is of Charles Carneglia, second

21  one is of Thomas Cacciopoli, Charles Carneglia, and John

22  Cavallo.

23        The third photograph on the top is of John Cavallo

24  and Thomas Cacciopoli.  The bottom, first photograph is of

25  Bartolomeo Vernace, John Colucciello, Thomas Cacciopoli, John

1   Cavallo and Charles Carneglia.

2        The bottom middle photograph is of August Sclafani,

3   and the bottom right is of Joseph Panzarella Junior.

4   Q    I'll note for the record that that is Government

5   Exhibit --

6        THE COURT:  Leave that, please.  Thank you.

7        MR. BURLINGAME:  I'll note for the record that is

8   Government Exhibit 25.  I neglected to read the last two

9   exhibits.  We have been going in order, 251, 252, 253 and 254.

10  This is 255.

11  A    This surveillance was conducted August 12 and 13, 1999 at

12  the wake of James Faella, at Azara Funeral Home in Staten

13  Island.

14       First photograph is of John Cavallo and Charles

15  Carneglia.  The seconds photograph is of Joseph Costa, Vincent

16  Parisi, Vincent Corrao, August Sclafani and Pasquale Marsala.

17  The bottom photograph is of Peter Gotti.

18  Q    This is the summer of 1999?

19  A    August 12th and 13th.

20  Q    If you could give the jurors a second to look at it

21  before you take it down.  Thank you.

22  A    Sure.

23       THE COURT:  All of this evidence will be available

24  to you when you deliberate so you can ask for any or all of

25  it.  When you begin deliberations, I'll give you a list of all

1   of the exhibits and all the witnesses to help you and you'll

2   be able to call for any of the testimony to be read back in

3   court to assist you.

4          Since the case going to take a number of weeks, you

5   can also take notes yourself now as we go along.  We have

6   provided pads and pencils and pens for you, and you can take

7   notes or not as you wish.

8          You needn't take notes if it will distract you, and

9   the fact that you take notes doesn't mean that your notes are

10  better than other people's memories.

11         All right.  So you can pick them up when we next

12  break and bring them in if you wish.

13  BY MR. BURLINGAME:

14  Q    Continue, please.

15  A    This a surveillance conducted January 3, 2000 at the wake

16  of Harriet Arcuri in Flushing, Queens.

17         The first photograph is of Thomas Carbonara, Michael

18  DiLeonardo, Louis Vallario, and Edward Garafola.  The second

19  photograph is of August Sclafani.

20  Q    That would be the Arcuri wake.  That is Government

21  Exhibit 256.

22  A    This is a surveillance conducted June 13, 14, and 15 of

23  2002.  This is the wake of John Gotti, Senior at Papavero

24  Funeral Home en Maspeth, Queens.

25         The first photograph is John Cavallo, Joseph Manero

Carillo - direct - Burlingame

1  and Thomas Cacciopoli.  The middle photograph is of Joseph

2  Panzarella Junior.  Photograph on the right is of Vincent

3  Parisi and August Sclafani.  The first photograph on the

4  bottom is Michael DiLeonardo, and the last photograph on the

5  bottom is of Peter Zuccaro.

6  Q    Thank you.  That was Government Exhibit 257.

7  A    This is a surveillance conducted November 2nd, 2003 at

8  the wake of John Gurino Junior, at Romanelli's Funeral Home on

9  89th Street and Rockaway Boulevard.

10         First photograph is of Peter Zuccaro, Anthony

11  Gurino.  Second photograph on the right is of Thomas

12  Cacciopoli and Joseph Manero.  The bottom photograph is of

13  Peter Zuccaro and Angelo Sepe.

14  Q    That was Government Exhibit 258.  This is Government

15  Exhibit 259.

16  A    Is a surveillance was conducted May 23rd and 24th of 2006

17  at the wake of Michael Agnello.  The first photograph is of

18  Michael Roccaforte Junior and Alphonse Trucchio.  The second

19  photograph is of John Ruggiero.  The bottom photograph is of

20  Peter Gotti and Eric Trantel.

21         This surveillance was conducted January 27 at 28 of

22  2007 at the wake of Marianne Corozzo, Romanelli's Funeral

23  Home.

24         The first photograph is Thomas Cacciopoli and

25  Michael Roccaforte Junior.  The second photograph is of

1   Alphonse Trucchio, Nicholas Corozzo, Michael Roccaforte

2   Senior, Anthony Corozzo and Vincent Dragonetti.

3           The last photograph on the top is of August

4   Sclafani, Vincent Parisi and John Giordano.  The bottom row,

5   the first photograph is of John D'Amico and Frank Cali.  The

6   photograph on the bottom right is of Joseph Corozzo and Neil

7   Alstatt.

8           These are photographs of a surveillance conducted

9   May 17, 2008 at the wake of Michael Roccaforte Senior.  The

10  first photograph is of Joseph Giordano and John Cavallo.

11          The second photograph is Alphonse Trucchio, Michael

12  Roccaforte Junior, and Anthony Moscatiello.

13          On the bottom, the first photograph is of Frank

14  Camuso, Louis Petrocelli, Louie Epifania.  The bottom right

15  photograph is of Lorenzo Mannino and Joseph Lanni.

16  Q    I want to clarify one thing.  The boards that you just

17  talked about which didn't include the defendant's photograph,

18  those boards included an individual or individuals who were

19  pictured with the defendant in other boards?

20  A    Not with --

21  Q    Who were in the --

22  A    Some of the people I identified were at different events

23  with the defendant, yes.

24  Q    So, for example, in this board, who is somebody who you

25  surveilled with the defendant at another event?

1  A    John Cavallo, Alphonse Trucchio, Michael Roccaforte.

2  Generally most of the people.

3  Q    I just want to be clear on that point.  Thank you.

4        For the record, the last two boards were

5  Government's Exhibits 260 and 261.

6        Investigator Carillo, we just placed another stack

7  of poster boards next to you that is labeled Government's

8  Exhibits 262 to 278.  Can you take a second and flip through

9  those.

10 A    Yes.

11 Q    Have you seen those boards before?

12 A    Yes.

13 Q    And what are they?

14 A    They are photographs of different surveillances conducted

15 at various locations.

16 Q    And have you reviewed those boards?

17 A    Yes.

18 Q    Were you present when these photos were taken?

19 A    No.

20 Q    Did you do anything to the boards when you reviewed them

21 prior to trial?

22 A    Yes.

23 Q    What did you do?

24 A    I identified the people that I knew in the photos and I

25 placed labels to identify them for the jury.

1  Q    Are the identifications you made accurate?

2  A    Yes..

3  Q    Was the defendant photographed in a number of the

4  pictures in this group of boards?

5  A    Yes.

6  Q    In certain of the boards is the defendant not pictured?

7  A    Yes.

8  Q    In those boards were you able to identify people who were

9  with the defendant at other events?

10  A    Yes.

11         MR. BURLINGAME:   Your Honor, at this time we move

12  for the admission of Government's Exhibits 262 to 278.

13         MR. FARBER:   No objection.

14         THE COURT:   Admitted.

15         (So marked.)

16         MR. BURLINGAME:   Subject to connection.  We'll have

17  the surveillance people come in.

18  Q    I will ask you to identify who is who on the boards.   If

19  you could run through the boards like you did last time.

20  A    Now for these to identify the location or just the people

21  in them?

22  Q    The locations will be subject to connection.  If the

23  defense has an objection you can identify the people.

24         THE COURT:   If he recognizes the location he can say

25  that.

1  A     This is surveillance conducted at the wake of Salvatore

2  Ruggiero.   The first photograph is of Tommy Cacciopoli,

3  Charles Carneglia and Joseph Manero.

4          The top center photograph is of Anthony Rampino,

5  Edward Laforte, Joseph Laforte, Iggie Alogna, and John Gotti

6  Senior, this photograph.

7          The third photograph, on the top is of Iggie Alogna,

8  George Remini, August Sclafani, and Joseph Testa.

9          On the bottom the first photograph is of George

10 Remini, August Sclafani, Salvatore Gravano, Joseph Corrao and

11 Vittorio Vic Amuso.

12         The center photograph is of James Dellaratta and

13 Charles Carneglia.   And the bottom right photograph is of

14 Anthony Ruggiano, Dominick Pizzonia, and Anthony Rampino.

15         MR. FARBER:  Is there a date on this?

16         MR. BURLINGAME:  We don't have a date.  It will come

17 in through the witnesses.

18         THE COURT:  All right.

19         MR. BURLINGAME:  That was Government Exhibit 262.

20 This is 263.

21 A     This is surveillance of April 15th and 16,1991 at the

22 wake of Bobby Borrielo, the Raccuglia Funeral Home.

23         The first photograph is of Charles Carneglia and

24 Anthony Moscatiello.   The second photograph is of Thomas

25 Cacciopoli, John Cavallo and Charles Carneglia.

Carillo - direct - Burlingame

1    This board depicts photographs of the surveillance

2 in April 1991 at the funeral of Bobby Boriello.  The first

3 photograph is Michael DiLeonardo, John D'Amico, John Gotti

4 Junior, Charles Carneglia behind him and, Dominic Borghese.

5 Q    Is that the defendant with the sunglasses?

6 A    Sunglasses, right there.  You can see him better in the

7 second photograph.

8    Second photograph is of Thomas Cacciopoli, Charles

9 Carneglia, Mikey DiLeonardo, John D'Amico, John Gotti Junior,

10 Dominick Borghese, Onofrio Modica, known as Mo Modica and

11 Steven Borriello is here.

12    This board depicts photographs taken May 9, 1991, at

13 the Bergin Hunt and Fish Club, social club in Ozone Park,

14 Queens.  First photograph is of John Gotti Junior and Charles

15 Carneglia.  The second photograph is of John Gotti Junior and

16 Robert Pellegrino.  The bottom photograph is of Michael

17 Guerrieri and Joseph Corozzo.

18    This board depicts a surveillance on May 9, 1991 at

19 the Bergin Hunt and Fish Club.  The first photograph is of

20 Joseph Corozzo, John Gotti Junior, Thomas Cacciopoli.  The

21 second photograph is of Frank Radice, Thomas Cacciopoli and

22 John Gotti Junior.

23    This board depicts photographs taken June 25 and 26

24 and 27, 1991 at the wake of Philip Rastelli.  First photograph

25 is of John Gotti Junior and Charles Carneglia.

1   Q    So that is the defendant in the white jacket?

2   A    Yes.

3        Bottom photograph is of John Gotti Junior and

4   Charles Carneglia.   The center photograph is of Nicholas

5   Martino, Robert Pelligrino, John Cavallo and John D'Amico.

6   The bottom right photograph is of Joseph Corozzo, Iggie Alogna

7   and Peter Gotti.

8   Q    This is Peter Gotti here on the end?

9   A    Yes.

10  Q    All right?

11  A    This is a surveillance conducted June 27th and 28, 1992

12  of John Gotti.

13       Can I distinguish between the other John Gotti wake,

14  your Honor?

15       THE COURT:   Sorry?

16       THE WITNESS:   There are two John Gotti wakes, to

17  distinguish between the two.

18       THE COURT:   Yes.

19  A    The one done in 2002, I say John Gotti Senior, he was --

20  that was John Gotti Senior.   This was his father, an elderly

21  gentleman.   He was waked June 27th and 28, 1992.   Then I'm

22  also identifying a John Gotti Junior, so there's three of

23  them.

24       The first photograph is of Robert Pellegrino.   John

25  D'Amico and Michael DiLeonardo.   The center photograph is of

1  Peter Zuccaro.  The right photograph is of Louis Scida, Frank

2  Citriniti, and Nicholas Corozzo.

3          The middle row, the first photo is of Peter Gotti.

4  Photograph on the right is of Joseph Panzarella, Junior.

5  Bottom photographs are of Vincent Corrao and August Sclafani.

6          The center photograph is of Michael McLaughlin and

7  Thomas Cacciopoli.  The last photograph is of John Gotti

8  Junior.

9  Q    Again on these boards where the defendant doesn't appear,

10 this is where other people who are observed in surveillances

11 with the defendant are on these boards?

12 A    Some of them were at the same events as the defendant.

13 Q    Who would be some examples of people from this board?

14 A    Peter Zuccaro, Nicholas Corozzo, Louis Scida, Tommy

15 Cacciopoli, August Sclafani.

16 Q    Thank you.  Does that go for John Gotti Junior, too?

17 A    Yes.

18          MR. BURLINGAME:  That was Government Exhibit 267,

19 and for the record we have been going sequentially.

20 A    This is a surveillance conducted March 11, 1993 at the

21 wake of Ralph Scopo.  The first photograph is of Charles

22 Carneglia.  The second photograph is of John Cavallo.

23 Q    That is the defendant in the black jacket smoking?

24 A    Yes.

25 A    This is a surveillance July 20, 1993 at the Bergin Hunt

1   and Fish Club.  The first photograph seated leaning over is

2   Charles Carneglia.  The second photograph is of William Victor

3   and Joseph Corozzo.  The bottom left photo is of Peter Gotti.

4   The photograph on the right is of Thomas Cacciopoli.

5   Q   Investigator Carillo, in some of these photographs the

6   individuals appear quite small in the photographs.  Are you

7   positive about your identifications?

8   A   Yes, 100 percent positive.

9   Q   This is based on your experience of viewing thousands of

10  these type of photographs?

11  A   And I've also sat in that exact location where these

12  photographs were taken.  They come out the same way.

13  Q   That was Government Exhibit 269.

14  A   This board depicts photographs taken August 19, 1993, at

15  the Bergin Hunt and Fish Club.

16  Q   That is the same club as the prior board?

17  A   Yes.

18          First photograph is of Charles Carneglia and Richard

19  Ingardia.  The second photograph is of Charles Carneglia.

20          Third photograph, the gentleman on the right Charles

21  Carneglia.  That's also Richard Ingardia on the left, I

22  identified him in this photograph.

23          The bottom left is Joseph Corozzo.  The center

24  photograph is of Joseph Corozzo, and the photograph on the

25  right on the bottom is of Charles Carneglia and Joseph

1  Corozzo.

2  Q    Investigator, in these pictures, the photographs of the

3  defendant that you've identified except for this center one,

4  he had his back to the camera in the other ones.  Are you

5  positive about those identifications?

6  A    Yes.

7  Q    How can you be sure?

8  A    I reviewed numerous photographs of the defendant.  I've

9  surveilled him on numerous occasions.  I feel that the IDs are

10 correct.

11 Q    And you have been conducting these surveillances since

12 1992?

13 A    For the last 17 years, yes.

14 Q    That was Government Exhibit 270.

15 A    This is board depicts photographs taken October 23rd and

16 fourth, 1993 at the wake of Joseph Scopo.

17         First photograph, the gentleman on crutches is Peter

18 Zuccaro.  The second photograph is of Charles Carneglia.  The

19 bottom photograph is of John Cavallo and Ralph Scopo Junior.

20 Q    This is the same John Cavallo who appeared in numb of

21 these photos?

22 A    Yes.

23 Q    That was Government Exhibit 271.

24 A    This board depicts photographs taken July 6, 1995 at the

25 wake of Paul Lombardozzi and Frank Lino's niece in Brooklyn.

1    The first photograph is of Michael DiLeonardo and

2  Frank Fappiano.  The second photograph is of John D'Amico and

3  the bottom photograph is of Anthony Ciccone, Louis Vallerio

4  and Jerome Broncato.

5  Q    That was Government Exhibit 272.

6  A    This board depicts photos taken September 5, 1995 at the

7  wake of Joseph Gallo.  First photograph is of Michael

8  Guerrieri, Anthony Ruggiano, Frank Barranca and Dominick

9  Pizzonia.

10    Second photograph is the same four individuals,

11  Anthony Ruggiano, Michael Guerrieri, Frank Barranca, Dominick

12  Pizzonia.

13    The bottom left is a photo of Joseph Franco,

14  Guiseppe Arcuri and Joseph Marino.  And the bottom right

15  photograph is of Joseph Juliano, John Riccobono and George

16  DeCicco.

17  Q    For example, the defendant is not in this picture but I

18  believe you testified earlier that Anthony Ruggiano, who

19  appears in this picture was with him at the Sal Ruggiero wake,

20  that black and white board that we started this second group

21  with?

22  A    Yes.

23    This is surveillance taken July 2nd, 1996 at the

24  wake of Francis Ciccone in Brooklyn.  First photograph is of

25  John Ambrosio, Charlie Carneglia, that is James O'Keefe even

1  though he's not la bled, Michael Guerrieri behind him, which

2  you can see better in the second photograph.

3      The second photograph is of Michael Guerrieri,

4  Charles Carneglia, John Ambrosio.  The third photograph is

5  John Ambrosio, Mike Guerrieri and Charles Carneglia.

6      The bottom is a photograph of John Cavallo and

7  Thomas Cacciopoli.  The bottom center photograph is of Louis

8  Scida, Nicholas Corozzo, and the bottom right photograph is of

9  August Sclafani.

10 Q    So this is the defendant, same man right there, with the

11 silver suit in the top three photographs?

12 A    Yes.

13 Q    That was Government Exhibit 274 and the preceding one was

14 Government Exhibit 273.

15 A    This is a photograph taken July 10, 1996, Long Beach,

16 Long Island, of Charles Carneglia and Leonard DiMaria.

17     This board depicts photos taken December 19, 1996 at

18 the various locations in Howard Beach and Ozone Park Queens.

19     The first photograph is of Louis Scida and John

20 Cavallo.  The center photograph on the top is of William

21 Victor, that's behind Louis Scida and John Cavallo.

22     The top right photo is of Peter Gotti and Louis

23 Scida.  On the bottom left is a photograph of Peter Gotti.

24 The center is another photograph of Peter Gotti, and the right

25 is a third photo of Peter Gotti.

1  Q    This is the same John Cavallo and Peter Gotti previously

2  on boards with the defendant?

3  A    Yes.

4          This board depicts photographs taken December 23rd,

5  1996 at the Lindenwood Diner in Queens.  The top left

6  photograph is of Louis Scida and Charles Carneglia.

7          Top right photograph is of Charles Carneglia.  The

8  bottom left photograph is of Louis Scida and Thomas

9  Cacciopoli.  The bottom right photograph is of Louis Scida and

10  Thomas Cacciopoli.

11  Q    Again, this is the same Thomas Cacciopoli that has been

12  in a number of the prior boards at surveillances where the

13  defendant was present?

14  A    Yes.

15  Q    That was Government Exhibit 277.  The prior was 276.

16  A    This surveillance was conducted February 11th and 12,

17  1998 at the wake of Louis Epifania Senior, at Staten Island.

18  Top left photograph is of Charles Carneglia.  Top right

19  photograph is of Thomas Cacciopoli.  And the bottom photograph

20  is of August Sclafani and Vincent Sclafani.

21          (Continued next page)

22

23

24

25

1    CONTINUED DIRECT EXAMINATION

2    BY MR. BURLINGAME:

3    Q     Thank you.  You can retake the stand.  That was

4    Government Exhibit 278.

5              Investigator Carillo, I place next to you boxes

6    containing photographs depicting individuals labeled

7    Government Exhibits 2-A through 2-UUU.  Have you viewed those

8    photographs prior to your testimony?

9    A     Yes.

10   Q     What are they?

11   A     The photographs of different subjects, identified them

12   prior to coming here.

13   Q     Have you reviewed those pictures?

14   A     Yes.

15   Q     Based on your years of investigative experience, can you

16   identify the people who are in those photographs?

17   A     Yes.

18   Q     Do those pictures fairly and accurately show the people

19   pictured?

20   A     Yes.

21             MR. BURLINGAME:   I would move to admit Government

22   Exhibit 2-A through 2-UUU.

23             THE COURT:   Yes; admitted.

24             (So marked.)

25   Q     Investigator Carillo, if you could grab the boxes, come

1    up to the board here?

2              (Pause.)

3              MR. BURLINGAME:    I'm reading for the record to

4    submit Government Exhibit 2 where the shots would be placed.

5              THE COURT:    You have two head shot boards?

6              MR. BURLINGAME:    There are two head shot boards.

7    One is larger than the other.    Thank you.

8    Q    Investigator Carillo, I'll show you the photographs and

9    if you could identify the people, I'll put them on the board.

10   You recognize that individual?

11   A    Yes, John D'Amico, also known as Jackie Nose.

12   Q    You recognize that individual?

13   A    Yes, Ignazio Alogna, also known as Iggy Alonga.

14   Q    This?

15   A    Thomas Cacciopoli, also known as Tommy Sneakers.

16   Q    This?

17   A    Joseph Corrao, also known as Joe Butch.

18        Nicholas Corozzo, also known as Little Nicky.

19        Joseph Corozzo, also known as JoJo.

20   Q    I'm showing you Government Exhibit 2-E?

21   A    John Cavallo, also known as Jackie.

22   Q    Government Exhibit 2-D?

23   A    Thomas Carbonarro, also known as Huck.

24   Q    Government Exhibit 2-C-2?

25   A    Charles Carneglia.

1  Q    The defendant?

2  A    Yes, an older photograph.

3           MR. BURLINGAME:   For the record, the first ones I

4  put on board were Iggy Alonga, Government Exhibit 2-A.  Thomas

5  Cacciopoli, 2-B.  Thomas Carbonarro, Government Exhibit 2-D.

6  John Cavallo, Government Exhibit 2-E.  Joseph Corozzo,

7  Government Exhibit 2-F.  Nicholas Corozzo, government

8  Exhibit 2-G.  Joseph Corrao, 2-H.  John D'Amico, government

9  Exhibit 2-I.

10 Q    This?

11 A    Charles Carneglia.

12 Q    The defendant?

13 A    Yes.

14           MR. BURLINGAME:   Government Exhibit 2-C-1.

15 Q    I'm showing you Government Exhibit 2-BB-1?

16 A    Peter Zuccaro, also known as Bud.

17 Q    Government Exhibit 2-BB-2?

18 A    Another photograph of Peter Zuccaro.

19 Q    Government Exhibit 2-AA?

20 A    August Sclafani, also known as Auggie, Little Gus.

21 Q    Government Exhibit 2-Z?

22 A    Louis Scida, also known as Brother.

23 Q    Government Exhibit 2-Y?

24 A    Salvatore Scala, also known as Fat Sal.

25 Q    Government Exhibit 2-X?

1   A    John Ruggiero, also known as Johnny Boy.

2   Q    2-W?

3   A    Anthony Ruggiano, Junior.

4   Q    2-B?

5   A    Dominick Pizzonia, also known as Skinny Dom.

6   Q    Government Exhibit 2-I?

7   A    Joseph Panzarella, Junior.

8   Q    Government Exhibit 2-T?

9   A    Kevin McMahon.

10   Q    2-S?

11   A    Steven Iaria, also known as Stevie I.

12   Q    Government Exhibit 2-R?

13   A    Salvatore Gravano, also known as Sammy the Bull.

14   Q    2-Q?

15   A    Peter Gotti.

16   Q    Does he have a nickname?

17   A    One Eye Pete.

18   Q    This?

19   A    John Gotti, Senior.

20   Q    2-O?

21   A    John Gotti, Junior.

22   Q    2-N?

23   A    Edward Garafola.

24   Q    2-M?

25   A    Frank Fappiano, Frankie Fap.

1  Q   2-L?

2  A   Robert Engel.

3  Q   This?

4  A   Leonard DiMaria.

5          MR. BURLINGAME:   That's Government Exhibit 2-K.

6  Q   2-J?

7  A   Michael DiLeonardo, also known as Scars.

8  Q   2-WW?

9  A   Johnny Gammarano, also known as Johnny G.

10  Q   2-XX?

11  A   Eugene Gotti, also known as Genie.

12  Q   2-YY?

13  A   Richard Gotti, Junior.

14  Q   2-ZZ?

15  A   Vincent Gotti.

16  Q   2-AAA?

17  A   Anthony Guerrieri, also known as Tony Lee.

18  Q   2-BBB?

19  A   Frank Guidici.

20  Q   2-TTT?

21  A   Edward Lino.

22  Q   2-RRR?

23  A   Anthony Vinciulo.

24  Q   2-DDD?

25  A   Franky Locascio, also known as Franky Lock.

1    Q    2-EEE?

2    A    Salvatore Locascio, also known as Tori.

3    Q    2-FFF?

4    A    Joseph Lombardi.

5    Q    2-UUU?

6    A    Steven Zuccaro.

7    Q    2-SSS?

8    A    Joe Watts.

9    Q    2-TTT?

10   A    Paul Zaccaria.

11   Q    2-QQQ?

12   A    Ronald Trucchio, also known as Ronnie One Arm.

13   Q    2-OOO?

14   A    Frank Russo.

15   Q    Government Exhibit NNN?

16   A    Angelo Ruggiero, Senior.

17   Q    2-LLL?

18   A    Anthony Ruggiano, Senior, also known as Fat Andy.

19   Q    2-KKK?

20   A    Alert Ruggiano.

21   Q    2-MMM?

22   A    Angelo Ruggiero, Junior.

23   Q    2-GGG?

24   A    Daniel Marino.

25   Q    Government Exhibit 2-BBB?

1    A    Carlo Gambino.

2    Q    You testified earlier he's the one who the family is

3    named after?

4    A    Yes.

5    Q    2-SS?

6    A    Louis DiBono.

7    Q    I'm also going to show you Government Exhibit 30 same

8    picture in color?

9    A    Yes.

10            MR. BURLINGAME:    Move to admit Government

11   Exhibit 30.

12            THE COURT:    Admitted.

13            (So marked.)

14   Q    2-RR?

15   A    Aniello Dellacroce, also known as Mr. N E I L.

16   Q    2-PP?

17   A    Vincent DeCongilio, also known as Vinny Hot.

18   Q    2-QQQ?

19   A    Ronald DeConza.

20   Q    2-OO?

21   A    Vincent Corrao.

22   Q    2-NN?

23   A    Dominico Cefalu, also known as Italian Dom.

24   Q    2-MM?

25   A    Paul Castellano, also known as Big Paul.

1    Q    2-LL?

2    A    John Carneglia.

3    Q    Any relationship, familial?

4    A    Yes, his brother.

5    Q    2-KK?

6    A    Mark Caputo.

7    Q     2-II?

8    A    John Burke.

9    Q    2-HH?

10   A    Jerome Brancato, also known as Jerry.

11   Q    2-GG?

12   A    Bobbie Borriello.

13   Q    2-FF?

14   A    Carmelo Amato, also known as Carl.

15   Q    2-EE?

16   A    John  Alite.

17   Q    2-CC?

18   A    Hunter Adams.

19   Q    2-DD?

20   A    Carmine Agnello, Carmine the Bull.

21   Q    2-JJ?

22   A    Joseph Cavalcante.

23   Q    2-UU?

24   A    Frank Frigenti.

25   Q    2-TT?

1  A    John Franzese, also known as Sonny.

2  Q    2-III?

3  A    Sal Pecchio, also known as Sally Botz.

4  Q    2-JJJ?

5  A    Michael Reiter.

6  Q    Government Exhibit 2-TTT?

7  A    Joseph Scopo, Junior.

8         MR. BURLINGAME:   I have nothing further for the

9  defendant.

10        THE COURT:   You wanted to move 2-1, 2-2, 2-A to

11  2-UUU and 30, don't you?  You want to move these plus number

12  30v into evidence, correct?

13        MR. BURLINGAME:   Correct.

14        THE COURT:   Admitted.

15        (So marked.)

16        MR. BURLINGAME:   I have nothing further for this

17  witness.

18        THE COURT:   Cross?

19        MR. FARBER:   Thank you, your Honor.

20  CROSS-EXAMINATION

21  BY MR. FARBER:

22  Q    Good afternoon, sir.

23  A    Good afternoon.

24  Q    Fair to state you and I have never met?

25  A    That's correct.

1  Q    Prior to testifying here today, how many times have you

2  met with the prosecutor in this case?

3  A    Half a dozen times --  five or six times.

4  Q    You went over your testimony that you would be giving

5  here today?

6  A    Yes.

7  Q    It's fair to state you've met with many prosecutors over

8  the years that you've been testifying?

9  A    Yes.

10 Q    You said you testified in over 30 some odd cases?

11 A    Between state and federal, yes.

12 Q    Eighteen federal cases alone?

13 A    Yes.

14 Q    How many prosecutors have you met with over the years?

15 A    Over 50 as far as particular trials, probably more as a

16 young cop on patrol.

17 Q    Is it fair to state your testimony as relates to the

18 organized crime cases have been sort of similar?

19 A    Somewhat similar, varies in different aspects.

20 Q    Varies depending on what family is involved?

21 A    What family is involved, what type of crimes, yes.

22 Q    Otherwise your testimony as to the hierarchy, the norms,

23 the rules, so forth, that's all pretty rote?

24 A    All pretty much the same.

25 Q    You helped Mr. Burlingame along, explained to him what

1  happened?

2  A    If needed.  He had a pretty good hold on how it worked

3  himself.

4  Q    The testimony that you gave regarding protocol, rules,

5  swearing in to become a member, all that, that's not from

6  personal knowledge on your part?

7  A    Personal knowledge?

8  Q    You were not present when someone was made?

9  A    No.

10 Q    You were not present in any of the social clubs when

11 things were discussed?

12 A    No.  Sometimes I would listen to eavesdropping.

13 Q    You yourself otherwise were not present?

14 A    No.

15 Q    A lot of the information you gathered was from

16 cooperating witnesses?

17 A    That's one of the ways, yes.

18 Q    Fair to say that's a significant way that you gained your

19 information over time?

20 A    One of the significant ways, yes.

21 Q    The people who have become cooperators in the cases that

22 you have dealt with, these are the same people who originally

23 took an oath of loyalty for the mob?

24 A    If they're made members, yes.  Some of them are

25 associates, yes.

1  Q    Even the associates when they were entering the life, so

2  to speak, they were taught that they were to be quiet, not to

3  discuss their criminal activities?

4  A    That's correct.

5  Q    In fact, they were indoctrinated into the concept that

6  law enforcement was the enemy?

7  A    Those are your words, but they're told not to cooperate

8  with law enforcement.

9  Q    They would try to avoid law enforcement, of no contact as

10  best as possible?

11  A    Yes.

12  Q    From your time in speaking with cooperating witnesses,

13  from the time of listening on eavesdropping, is it fair to

14  state these individuals would disparage law enforcement

15  verbally?

16  A    Yes.

17  Q    They would attack verbally both the prosecutor's office

18  as well as the FBI agents or agencies involved?

19  A    It has happened.  It varies.  Some do, some don't.

20  Q    At some point when these individuals decide to switch

21  sides, they reach out to the FBI, the U.S. Attorney's Office,

22  those who want to become cooperating witnesses?

23  A    It happens all different ways, but sometimes, yes.

24  Q    They would do that directly or through their attorneys?

25  A    Usually through their attorneys, if they're under arrest

1  already.

2  Q    As you indicated on direct examination, when they contact

3  you, they are not doing it for any altruistic reasons?

4  A    No.

5  Q    Didn't have a change of heart, didn't find religion,

6  doing it because they want to get out of trouble?

7  A    Generally speaking, yes.

8  Q    They realize they're facing a lot of time?

9  A    Sometimes, yes.

10  Q    Have you had situations where they're not facing any

11  time, they want to clear their heart, so to speak?

12  A    No, I have had situations where people come in without

13  any charges over them.

14  Q    We're talking about the cooperating witnesses now in jail

15  who have been arrested.

16  A    Right.  If you're asking me are they always under

17  indictment, no, that's not true.  Sometimes they come in

18  before.

19  Q    They're under investigation?

20  A    They're always under investigation, as far as I'm

21  concerned, if they're part of a family.

22  Q    You're familiar with the way criminal prosecutions move

23  in the court system?

24  A    Somewhat, yes.

25  Q    Are you familiar with the term "Rule 16 material"?

1    A    If you explain it to me, probably.

2    Q    The initial discovery that the government is required to

3    turn over to the defense?

4    A    Yes.

5    Q    Are you aware that that initial discovery includes

6    eavesdropping warrant applications, search warrant

7    applications, tape recorded conversations?

8              MR. BURLINGAME:    Objection.

9              THE COURT:    I don't understand what this witness'

10   view of these matters are.

11             MR. FARBER:    There's a follow-up question.

12             THE COURT:    Why don't you follow up?

13   Q    This information is given to a defendant.    He gets to

14   hear first hand the evidence against him.    He gets to hear

15   whether he's been recorded committing a crime or he gets to

16   read a document that reveals the fact someone is cooperating

17   against him?

18             THE COURT:    Don't answer that.    In general, the

19   government is obligated by statutes and rules to turn over to

20   the defendant anything that might help the defendant prepare

21   the case or that might help the defendants attack the

22   credibility of the witness.    Some of that will be referred to

23   during the course of the trial as 3500 material and some will

24   have other specific numbers.    All the evidence that you hear

25   was legally obtained and you can assume the rules and statutes

1    were complied with before the trial commenced.

2            Proceed.

3            MR. FARBER:    Thank you, your Honor.

4    Q    When these individuals reach out to you through their

5    lawyer or in their own way, say they want to cooperate, they

6    have a fair idea of the evidence that's against them?

7    A    Yes.

8    Q    A proffer session is initially set up?

9    A    Yes.

10   Q    Explain to the jury what a proffer session is.

11   A    A meeting with the defendant, he has a lawyer

12   representing him and the prosecutor, sometimes law enforcement

13   officers are there.   The defendant starts to disclose

14   information he knows about crimes he committed or other

15   members of organized crime.

16   Q    It's fair to state this is a lengthy process, more than

17   one proffer session?

18   A    It can be, yes.

19   Q    After each proffer session an attempt is made to try to

20   verify the information that was given by this particular

21   potential cooperating witness?

22   A    Yes.

23   Q    It's not always verifiable; is that correct?

24   A    That's correct.

25   Q    Is it also correct cooperators tend to change their

1   stories between proffer sessions?

2   A    It happens sometimes.

3   Q    They can be known to embellish stories?

4   A    Well, usually what occurs is the more information comes

5   out each proffer session, a relationship develops.

6   Q    In fact, they sometimes try to minimize their own role

7   initially?

8   A    It varies from cooperator to cooperator.

9   Q    Cooperators you have known have left out information to

10  try to protect someone else they know, failure to mention one

11  person's name who was present for a particular crime?

12  A    That I've dealt with directly?  No.  I'm sure it's

13  happened, but not in my experience.

14  Q    You're aware of it happening in other cases?

15  A    On a couple of occasions, yes.

16  Q    Just a couple?

17  A    That I'm aware of, yes.

18  Q    These proffer sessions, are they videotaped?

19  A    No.

20  Q    In fact, they're not tape recorded at all, correct?

21  A    That's correct.

22  Q    There's no stenographer as there is in the courtroom here

23  taking down what was said?

24  A    That's correct.

25  Q    No one is taking down verbatim notes?

1  A     No, notes are taken, but not verbatim.

2  Q     In fact, you're instructed to take down as little as

3  possible by the prosecutor; am I correct, because the notes

4  would be discoverable?

5            MR. BURLINGAME:    Objection.

6            THE COURT:    Only with respect to this case.   I

7  don't want the general question asked.

8  Q     With respect to this case, are you familiar with the

9  notes that were taken by the various agents who interviewed

10 the cooperating witnesses?

11 A     The cooperators on this case, I wasn't present for the

12 initial proffers no, sir.

13 Q     In your experience, when you have taken interviews,

14 proffer sessions, did you write down verbatim notes?

15 A     No.

16            MR. BURLINGAME:    Objection.

17            THE COURT:    You may continue.

18 Q     In fact, it's up to the individual agent in the room to

19 decide what, if anything, to write down?

20 A     Sometimes the agent takes notes, sometimes the prosecutor

21 does.

22 Q     But there's no rule that says how much has to be written

23 down?

24            THE COURT:    Don't answer that.

25 Q     Is it true or isn't it a fact that you tried not to write

1    down things which you think the witness is not telling the

2    truth about so as to not have it recorded that he holds a

3    different story than when he opened with what he had to say?

4          THE COURT:    Do not answer that.  Do not answer.

5    You can only question him about this case.

6          MR. FARBER:    He testified on direct examination

7    regarding an overall process.  I think it's fair

8    cross-examination.  The government has opened the door.

9          THE COURT:    He's testified about the conduct and

10   operations of a criminal gang he's described.  He has not

11   testified on direct about the methods used by the prosecutors.

12   Q    In the proffer sessions you have sat in --

13         THE COURT:    Only with respect to this case, is that

14   your question?

15   Q    You did not sit through anything in this particular case

16   or have you?

17   A    I met with some of the cooperators, but not during the

18   initial stages of their proffer sessions.

19   Q    At any point in time have you observed a situation where

20   the prosecutor has accused the cooperator of lying?

21         THE COURT:    In this case.

22   A    In this case, no.  I haven't witnessed it.  I wasn't

23   there.

24   Q    Is it fair to state that in your opinion as a seasoned

25   investigator, that you have to take what a cooperator says

1    with a grain of salt?

2            THE COURT:    No, don't answer that.

3    Q    Have you ever experienced situations where you've learned

4    after the fact a cooperator has testified he had indeed

5    lied --

6            THE COURT:    Don't answer that.

7    Q    Do you know an individual by the name of Bruce Mao?

8    A    Yes, I do.

9    Q    Who is he?

10   A    He was the former supervisor of the Gambino Squad of the

11   FBI.

12   Q    He was well revered within the FBI?

13   A    I wasn't part of the FBI.  I don't know how they felt

14   about him.

15   Q    Have you ever attended any meetings in which he gave

16   lectures?

17   A    No.

18           THE COURT:    Don't answer that.

19   Q    Are you familiar with the expression using cooperators is

20   like taming a wolf, keep them out of your hand, they're still

21   wolves, you can't trust them?

22           MR. BURLINGAME:    Objection.

23           THE COURT:    Do not answer that.  I instruct you,

24   ladies and gentlemen of the jury, it's not the question but

25   the question and the answer that I allow; is that clear?  A

1   suggestion made by a question is not evidence.

2   Q    One cooperator in this case is Peter Zuccaro, are you

3   familiar with him?

4   A    Yes, I've conducted surveillances on him.

5   Q    Sorry?

6   A    Yes, I'm familiar with him.

7   Q    Are you aware of the fact Peter Zuccaro prior to becoming

8   a cooperating witness in this case had once been a defense

9   witness in a prior proceeding?

10  A    I know he's been arrested prior, yes.

11  Q    Are you aware of the fact he had been a defense witness

12  in prior proceedings?

13            MR. BURLINGAME:   Objection, relevance.

14            THE COURT:  Is he going to testify?

15            MR. BURLINGAME:   Most likely, Judge.

16            THE COURT:   We'll hear it from him, not from this

17  hearsay.

18  Q    Out of the following witnesses that are scheduled to

19  testify here, please tell me which one of these you've

20  actually interviewed.   Johnny Alite?

21  A    Yes, I have.

22  Q    Kevin McMahon?

23  A    No.

24  Q    Peter Zuccaro?

25  A    No.

1   Q    Robert Engel?

2   A    Yes.

3   Q    Kevin Bonner?

4   A    No.

5   Q    Michael Malone?

6   A    No.

7   Q    Pascual Andriano?

8   A    No.

9   Q    Anthony Ruggiano?

10  A    Yes.

11  Q    Joseph DeAngelo?

12  A    Yes.

13  Q    Michael DiLeonardo?

14  A    Yes.

15  Q    Vincent Rossetti?

16  A    Who?

17  Q    Rossetti.

18  A    No.

19  Q    Guitano Fatato?

20  A    No.

21  Q    Frank Frapiano?

22  A    Frank Frapiano, via telephone I may have.

23  Q    Did you take notes from any of these?

24  A    No.

25  Q     Fair to state based on your knowledge of these

1  individuals through your investigation and association with

2  this case, that these individuals have done some very bad acts

3  of their own?

4          MR. BURLINGAME:   Objection, no foundation he's had

5  any --

6          THE COURT:   I'll permit that to come in when the

7  witnesses testify.  The credibility of witnesses is an

8  important aspect of your work.  I will describe when I charge

9  you how I suggest you determine credibility.  The opinion of

10 this witness as to the credibility of another witness is of no

11 significance.  Continue.

12 Q    These individuals, however, you are aware are all facing

13 significant amounts of time?

14         THE COURT:   Do not answer.  We'll get that when the

15 witness testifies.

16 Q    When the cooperators come into this courtroom to testify,

17 is it correct they will be working pursuant to their

18 cooperation agreement with the government?

19         THE COURT:   Do not answer.

20 Q    Do you know if the cooperators have been sentenced yet

21 that are going to be testifying?

22         THE COURT:   Do not answer.

23 Q    With respect to the mob life that you described, you

24 indicated, I believe on direct examination, that lying was a

25 part of the life?

1  A    No, I didn't say that.

2  Q    Is it correct to say that lying is part of the life?

3  A    There are some members that become dishonest in time,

4  yes.  They don't follow the rules, yes.

5  Q    From your experience in surveillance and all these years

6  on organized crime task forces, so to speak, you've

7  encountered countless situations of members or associates

8  cheating, stealing, intimidating other individuals?

9  A    That are part of Cosa Nostra?

10 Q    Yes, among each other.

11 A    To each other?  Each person is different.  Sure I've

12 encountered that, yes.

13 Q    It's fair to say you've encountered it on many occasions,

14 not just a few?

15 A    I didn't say a few.  It varies from case to case, but I

16 have observed it and listened to it.

17 Q    Your understanding of mob protocol, the mob life, again,

18 is that individuals in the life, whether it's an associate or

19 a member are taught to lie to law enforcement as necessary?

20 A    They're not taught to lie.  That's personal.  They're

21 told they can't cooperate with them.

22 Q    If an officer is coming up to them, saying "Tell me what

23 you saw," the routine would be "I didn't see it"?

24 A    Is this why they're still on the street conducting

25 criminal activity.

1   Q    We passed the cooperating part.

2   A    Sure.

3   Q    These same individuals from your experience will also

4   cheat on their taxes?

5   A    That varies from case to case.  I'm not a tax

6   investigator.  I'm sure that happens.

7   Q    Have you seen too many mobsters who have been filing

8   their tax returns on a regular basis, declaring the money they

9   got from crimes?

10  A    No.

11  Q    In fact, am I correct that if they're called to testify

12  before a grand jury, again, it is standard mob of protocol

13  that they should dodge as best as possible or otherwise lie if

14  they're called to testify before the grand jury?

15  A    Yes.

16  Q    If they are made or indoctrinated into the family, they

17  start by saying they don't know why they're there.  That's the

18  beginning of the lie they're required to give?

19  A    Yes, but I've also said they don't do that in certain

20  families anymore.

21  Q    The Gambino family they do that?

22  A    Over the last several years I'm not sure.  Some of the

23  other families I verified.

24  Q    In your experience with the individuals, again connected

25  to the mob, when they will routinely, when they're going to

1   whack it or the other terms used, another person, they will

2   lie to that person, lull them into a setting where this could

3   kill them?

4   A    Sometimes that happens, yes.

5   Q    They'll lie to people to steal their money?

6   A    Sometimes, yes.

7   Q    Of course, the biggest fallacy that's out there is the

8   selling of drugs.  You indicated there is a rule that says no

9   person involved in the mob can sell drugs.

10  A    That's correct.

11  Q    In fact, the selling of drugs is rampant throughout the

12  organized crime worlds?

13  A    It's prevalent, yes.

14  Q    They all just lie to each other, say "Not me, I don't

15  sell drugs"?

16  A    They don't all.  Some of them do, yes.

17  Q    You talked about something called a kick up, a tribute?

18  A    Yes.

19  Q    You talked about an associate being on record.  An

20  associate is someone who is below a soldier?

21  A    Not below.  They're not part of the family.

22  Q    But they choose to voluntarily become part or involved

23  with the family for their financial or other benefit?

24  A    Not always voluntarily, no, but they are involved with

25  them.

1  Q    There's a difference between someone who runs a private

2  business that's being shaken down and an individual doing

3  something illegal, ends up about this part of the organized

4  crime family?

5  A    Well, sometimes you're running an illegal enterprise by

6  yourself and you're extorted.  It's not voluntary always.

7  Sometimes it is, sometimes it's not.

8  Q    It turns out to be beneficial to those people running the

9  illegal enterprise that they have on their own to be

10  associated with a crime family for protection?

11  A    That's what they're led to believe if they're approached.

12  Sometimes, that always doesn't happen.  Sometimes they end up

13  paying more in tribute or kick-up they're making.  It goes

14  both ways.

15  Q    When they are on record with a crime family, they go on

16  record, then they become part of that family?

17  A    It's not part of the family.  They're still outside, just

18  on record.

19  Q    You're not a member.

20  A    Right.

21  Q    They're on record with that particular family.

22  A    Right.

23  Q    When they're doing their kick-up, that's for their

24  protection?

25  A    Yes.

1    Q    You talked about the fact there are severe penalties for

2    not obeying rules.  In fact, you said there could be rules

3    regarding personal association, who dates with who, who can

4    associate with who, how you can introduce each other, correct?

5    A    Yes.

6    Q    There's also rules about personal appearance?

7    A    Personal appearance?  You have to explain.

8    Q    For example, am I correct there's a general rule that one

9    should not have facial hair if you're part of the mob?

10   A    It's a custom.  It's not a rule.

11   Q    It's a custom that has gone back how many years?

12   A    It started in the early 1900s.  They want to distinguish

13   themselves from the Moustache Petes, the original people who

14   came over, the Black Hand.  It became a custom.  I could name

15   several people in the mob that have facial hair.

16   Q    There may be several, but is it a fact most don't?

17   A    Most don't, but some do.

18   Q    In fact, isn't it correct those who have chosen to grow

19   facial hair get disparaged by the other members of the family?

20   A    No, there are some high ranking members of other families

21   with facial hair.  They're certainly not disparaged.

22   Q    High ranking members of the Gambino family with facial

23   hair?

24   A    At this time, no.

25   Q    Did John Gotti look kindly upon people wearing facial

1  hair?

2  A    I don't know how he felt personally.

3  Q    In all your years of investigating the Gambino crime

4  family, both with the New York City Police Department, the

5  Nassau County DA's office, the Southern District office,

6  anybody? Came up with an answer for that?

7  A    With an answer, generally speaking, organized crime

8  frowns upon facial hair, but it's not a rule.  If you have

9  enough clout, you have a certain type of personality, you're

10 not going to get thrown out of an organized crime family for

11 having facial hair.  Any boss at any particular time could

12 tell the guy you better shave or else.

13 Q    Is it also fair to say they don't tolerate certain

14 personal flaws such as someone who is an alcoholic or drug

15 abuser?

16 A    They don't tolerate it?  There are many that have that

17 distinction.

18 Q    But the reason why they would not tolerate it is because

19 there's a fear those who are under the influence will either

20 have loose lips, the old expression, loose lips sink ships

21 comes into play, or they commit some acts which were not

22 authorized by the family?

23 A    That would be --  you're speaking generally that anybody

24 who drinks would have a tendency to talk too much.  I'm sure

25 that's the reason in Cosa Nostra, too.  Many drink.  There are

1 many alcoholics and drug addicts.

2 Q    Isn't it a fact there have been many authorized hits

3 against other family associates or members because they were

4 abusing drugs and the higher-ups feared they were a danger to

5 the family?

6 A    I'm sure that's happened, yes.

7 Q    The penalties could be being beaten up to being killed,

8 something of that nature?

9 A    As far as doing drugs or alcohol?

10 Q    Or for violating the rules, any rule?

11 A    A made member is not supposed to be touched, even by the

12 boss.  They can kill you, but not lay their hands on you.

13 That would be a rule.

14 Q    Is that a rule that's never broken?

15 A    No, I'm sure it is, but that's the rule.

16 Q    All these rules are fluid.  There are exceptions to every

17 rule?

18 A    I said that before.  They manipulate the rules, the more

19 power you have, the more you use the rules for your benefit.

20 Q    There's a general rule before you can kill somebody you

21 need permission from the bosses of the family?

22 A    Yes.

23 Q    That rule also has some flexibility, something called

24 sneak murders?

25 A    Right.  They keep the rule out there, but there are sneak

1  murders, yes.

2  Q    Can you explain to the jury the term "sneak murder"?

3  A    A sneak murder would be somebody not asking permission

4  from a superior or the boss of the family to kill somebody.

5  They'll do it on their own without permission.

6  Q    Is it fair to state that someone who is an up and coming

7  member of the mob who really wants to become in with the

8  family, that if they do a sneak murder or otherwise violate

9  one of the major rules, they're ruining they're chances to get

10  in?

11  A    If it's somebody that is an associate, there really isn't

12  a sneak murder.  We could call it something else.  A sneak

13  murder would be for a member, not going on record with the

14  murder, not getting permission.  An associate on record would

15  probably have to do the same thing.  An associate could never

16  harm a made member.  That's out, but associates have killed

17  people without permission that nobody has frowned upon as long

18  as it doesn't affect that family.

19  Q    Doesn't affect that family?

20  A    Yes.

21  Q    There's a general rule, am I correct, within the

22  organized crime worlds that we don't kill a cop or other law

23  enforcement agents?

24  A    Yes, that's something they usually don't get themselves

25  involved in.

1  Q    The reason they don't to that, because they would bring

2  immediate scrutiny by law enforcement on to the criminal

3  activities of the family?

4  A    That's correct.

5  Q    An up and coming member of the family, if they were to

6  kill someone in law enforcement, would be creating a major

7  problem for the family?

8  A    It's all according.  If he's an associate, he's just up

9  and coming, he might not even be that prominent that law

10  enforcement would come down on that family's activities.  That

11  would occur if a made member killed somebody in law

12  enforcement more so which has happened and law enforcement has

13  gone out full-strong to put down the illegal activity of that

14  family.

15  Q    You're saying to me the law enforcement is not interested

16  on the victim, only interested on the rank of the person who

17  killed the law enforcement agent?

18  A    Not at all.

19  Q    That's what you said, isn't it?

20  A    Can I clarify?

21  Q    Please.

22  A    Basically what I'm saying is somebody may not even be

23  known by law enforcement as an associate of a particular

24  family, especially when they're first starting out.  I know

25  who thousands of people are involved in that life, there's

1  always new people to identify.  I'm stating in certain

2  situations, up and comer, if law enforcement doesn't even know

3  that person is hooked up with a particular family, what

4  scrutiny would law enforcement do?  If we identified him as an

5  associate of that family, then that would happen; if that

6  clarifies it.

7  Q    If that person was suspected or known to be part of the

8  family, then the scrutiny would have followed?

9  A    Yes.

10       THE COURT:    Are you turning to a new point?  I'm

11 ready to break for lunch?

12       MR. FARBER:    I could break at any point.

13       THE COURT:    We'll break now.  Be back, please, at

14 2:00 o'clock.  Don't discuss the case.

15       (Jury leaves courtroom.)

16       THE COURT:    Sit down, everybody.

17       Ladies and gentlemen in the audience, when the jury

18 is leaving the room, you're to remain in your seats.  You're

19 only to get up and begin your conversations after the jury has

20 left the room; is that clear?  I want silence in the courtroom

21 until the jury is out.

22       Now you can begin your conversations if you like.

23       MR. SHARKEY:    2:00 o'clock?

24       THE COURT:    Yes, unless you have an objection or

25 motion you would like to make.  (Luncheon recess.)

1       A F T E R N O O N   S E S S I O N

2           (In open court; jury not present.)

3           MR. FARBER:  Judge, before we bring in the jury, can

4   I show my client one of the exhibits?  I just want to ask him

5   a question.

6           THE COURT:  Yes.

7           (Pause.)

8           THE COURT:  All right.  Bring in the jury, please.

9           MR. BURLINGAME:  Judge, two quick issues.

10          First, the next witness is a cooperating witness,

11  who is here with the assistance of the marshals' Witness

12  Security Program.  I was wondering if the Court wanted to take

13  any steps.  There are sketch artists in the audience.  It

14  poses some security risk for them to be drawing pictures of

15  the witness.

16          THE COURT:  There's nothing I can do about it.  It's

17  a public hearing.

18          Bring in the jury.

19          MR. BURLINGAME:  One final question.  We got a

20  little mixed up in our recordkeeping.  I wanted to clarify,

21  all the surveillance boards are now in evidence?

22          THE COURT:  Correct.

23          MR. BURLINGAME:  Thank you, your Honor.

24          (Jury present.)

25          THE COURT:  All right.  Sit down, please.

1      Proceed.

2    CROSS-EXAMINATION (Continued)

3    BY MR. FARBER:

4    Q    Good afternoon.

5    A    Good afternoon.

6    Q    Prior to the luncheon break, you had introduced several

7    photographs or a lot of photographs into evidence.  Some were

8    surveillance photographs, some were face shots?

9         With regard to the surveillance photographs, those

10   were surveillance photographs that had been taken over the

11   course of approximately seventeen years, you indicated.

12   A    No.  The ones -- I've been investigating organized crime

13   for the last seventeen.  So, that's when I started doing

14   surveillance on organized-crime members.

15   Q    When you started doing the surveillance seventeen years,

16   at the very beginning and throughout, how often would you go

17   out there and do surveillance?

18   A    According to my assignment, sometimes every day,

19   sometimes a couple of times a week.  It would vary.

20   Q    How long would the average shift last to do surveillance?

21   A    Anywhere from eight hours to twelve, fourteen, sixteen

22   hours.

23   Q    And you had standard equipment when you went out there?

24   A    It varied from assignment to assignment.  As time went

25   on, we got better equipment.

1   Q   At the very least, you had cameras?

2   A   Sometimes.  Sometimes not.

3   Q   Video cameras?

4   A   Not always, no.

5   Q   Binoculars?

6   A   Sometimes, yes.

7   Q   And, of course, you had a notepad and pen?

8   A   Always.

9   Q   And you said you targeted, among other places, social

10  clubs?

11  A   Yes.

12  Q   Restaurants?

13  A   Yes.

14  Q   Bars?

15  A   Sure.

16  Q   And, of course, the wakes, funerals, weddings and so on?

17  A   Sure.

18  Q   So, these surveillances went on on a weekly basis?

19  A   It would vary.  Sometimes I was involved in cases where I

20  was the lead investigator.  I would be out on surveillance

21  every day.  It would vary from what I was doing at the time.

22  Q   Do you know how many other officers were also doing

23  surveillance work at the same time you were?

24  A   It was substantial, but I don't know how many, no.

25  Q   And they were from various law enforcement agencies?

1  A    Yes.

2  Q    So, the FBI was conducting its own surveillance?

3  A    Yes.  There were times we did things together, but when I

4  was a New York City detective, there were times I didn't know

5  everything the FBI was doing, or the DA's offices or state

6  police.

7  Q    There would be surveillances done by federal agencies,

8  state agencies, county agencies, city agencies?

9  A    Sure.

10  Q    And is it fair to say there were thousands upon thousands

11  of photos that were taken during these years?

12  A    Yes.

13  Q    And we had introduced into this trial approximately

14  thirty some-odd surveillance photos?

15  A    That's correct.

16  Q    And that's been cherrypicked over the number of years

17  that the surveillances you observed?

18            MR. BURLINGAME:  Objection.

19            THE COURT:  Reframe it.

20  Q    The photographs that were first introduced, the

21  surveillance, those are ones you said you personally took?

22  A    Either I was at the surveillance, or I took the

23  photographs, yes, the first batch.

24  Q    Out of that thirty that went in, approximately twenty of

25  them or so had pictures of Mr. Carneglia in it?

1    A    Yes.

2    Q    Again, there were thousands of photos that had been taken

3    over the years?

4    A    By myself and others, yes.

5    Q    Of just surveillance in general?

6    A    Sure.

7    Q    And the photographs that were moved into evidence of

8    Mr. Carneglia spanned the years 1991 to 1998?

9    A    I think so.  There's photographs prior to that, yes.

10   Q    No photographs after that?

11   A    '91 to '98?

12   Q    '91 to '98, in terms of the photographs that were moved

13   into evidence today.

14   A    Photographs of Mr. Carneglia himself, or others?

15   Q    The surveillance photographs.

16   A    I mean, it would be about then, but I'm not 100 percent

17   sure.  I would have to look at all the boards again, see the

18   last ones he's in.

19   Q    There were no photographs that were moved into evidence

20   here of Mr. Carneglia committing any crimes; correct?

21   A    No.

22   Q    No surveillance cameras picking Mr. Carneglia up

23   committing a robbery or any other type of crime?

24   A    Here today?

25   Q    Here today.

1    A    No, sir.

2    Q    Now, the photo board that was moved into evidence today

3    of the little headshots --

4    A    Yes.

5    Q    -- in the end, I think there were approximately seventy

6    photographs, seventy-four, but some of those were duplicates

7    of people?

8    A    Sounds about right.

9    Q    How many members are there in organized crime that you

10   are aware of?

11   A    In the five families in New York, 800 to 850 members.

12   Q    Made members.

13         And how many associates.

14   A    Thousands.

15   Q    Thousands?

16         And just seventy photos were moved into evidence.

17   A    Yes.

18   Q    You indicated that there's only one way out once you

19   become a member of the mob?

20   A    As far as the mob is concerned, yes.

21   Q    As far as the mob is concerned?

22   A    Yes.

23   Q    Although someone may never be able officially cease to be

24   a member as far as the mob is concerned, isn't it a fact that

25   people can simply walk away from the mob?

1   A    Well, your responsibility in the mob -- what do you mean,

2   relocate?  Go to another area where they don't know you?

3   Q    Relocate.  Say, That's it, I'm not going to have anything

4   else to do with you guys?

5   A    Most times that that has occurred -- and it has, people

6   have left town -- they choose not to be located and they are

7   basically hiding from the mob.

8   Q    They are not always hiding; correct?

9   A    You would have to give me -- sir, it's not coming right

10  to me when somebody has done that.

11  Q    What about little Charley Travella, moved Upstate

12  New York?

13  A    That's right.

14  Q    Or Mickey Cardillo, moved to Texas?

15  A    That's exactly what I said, they relocated to avoid the

16  mob.  They didn't necessarily know where they were.

17  Q    They knew where they were, no one stopped them from

18  moving?  I mean, I just told you one is in Texas and one is in

19  Upstate New York.

20  A    We know Michael Cardillo is in Texas now, from prior

21  trials and investigations.  We know where Charlie Travella is.

22  There were times that the mob themselves didn't know where

23  they were.

24  Q    These people simply decided to leave?

25  A    They relocated, yes, without the permission of the mob or

1   Cosa Nostra.

2   Q    In order to have nothing to do with the mob, do you have

3   to leave the jurisdiction, or can you simply stay put?

4   A    You can --

5   Q    Or say, I don't want to be bothered with you guys

6   anymore, I'm out of here?

7   A    You can stay put, but what would happen to you would be

8   questionable.  I haven't seen a circumstance when that's

9   happened, when somebody says, I'm walking away from this life

10   and some sort of discipline hasn't been bestowed upon them.

11   Q    You talk about people being shelved --

12   A    Yes.

13   Q    -- where the mob has basically decided they don't want

14   someone to have the status of a made member?

15   A    Right.

16   Q    And that can be for punishment; correct?

17   A    Yes.

18   Q    Or it can be that the mob just really wants to disown

19   themselves of this individual?

20   A    It would be for punishment.  That's what shelving is for.

21   Q    Well, does the hierarchy over time change in the mob?

22   A    Yes.

23   Q    And do people fall in favor and out of favor?

24   A    They can be put on the shelf, as I said prior.  It's

25   temporary.  It could be temporary.

1  Q    It could be permanent, as well?

2  A    Yes.  But that's what the organized-crime family, Cosa

3  Nostra family, is doing to them.

4  Q    Correct?

5        But then there are people, as they get older and

6  have either health issues or other responsibilities or for

7  whatever reason in their personal life, who decide they are

8  going to cease doing anything further.

9  A    That's not true.

10 Q    Not true?

11 A    No.  You have to be incapacitated.  You would have to

12 show proof to the mob that you are ill, you can't come in when

13 they call you, you can't be involved earning money anymore.

14 You can't just say, I quit, and people are going to leave you

15 alone.  Something has to happen, whether they shelve you or

16 something worse.

17 Q    Is there a requirement someone stay active?

18 A    The requirement is, when you join a family in Cosa

19 Nostra, that when you're called in by your superior, you have

20 to come.  That means that you are in the life.

21 Q    Correct.  But if you are not called in, you don't have to

22 do anything?

23 A    You would have to give me an example of who wouldn't call

24 in somebody that's in their crew.

25 Q    What I am asking you is:  If the family doesn't want to

1  call you in --

2  A    If there's something that you did that they didn't want

3  you to have the powers of a made member, come to meetings,

4  operate, other than money, they would shelve you.

5  Q    They would shelve you?

6  A    Yes.

7  Q    Or they would disown you, so to speak.  You are still a

8  member --

9  A    This is in black and white:  It's either they shelve you

10  or they don't.  That's it.  That's the way their rules go.

11  Q    That's the way they view it?

12  A    Yes.

13  Q    They could view it one way, the person who has distanced

14  himself can view it a different way?

15  A    The examples you gave, people moving up and going to

16  Texas, that was without the permission of the mob.  If they

17  don't have to the powers to get you in Texas, you have

18  accomplished what you have wanted.

19  Q    No one can stay put, sort of give the "I don't care about

20  you" signal to the mob, but be defiant in different ways and

21  just say, You know what?  I'm going to live my life, stay put,

22  leave me alone.  Possible?

23  A    Not without them shelving you.

24  Q    Okay.  Not without them shelving you?

25  A    That's what would happen, sure.

1  MR. FARBER:  Thank you.  I have no further

2  questions.

3  MR. BURLINGAME:  Very briefly, your Honor.

4  REDIRECT EXAMINATION

5  BY MR. BURLINGAME:

6  Q  Investigator Carillo, if you were shelved, would you

7  typically be able to continue associating with high-ranking

8  members of organized crime?

9  A  No.  The point of being shelved, you are stripped of your

10 power to earn and meet with each other.

11 Q  How are you stripped your life in organized crime?

12 A  As an outcast.

13 Q  You testified that killers are valuable to the family.

14 Do valuable members get away with more?

15 A  Yes.

16 Q  Would that apply to their rule against drug dealing?

17 A  Yes.

18 Q  What about drug use?

19 A  Yes.

20 Q  Alcohol abuse?

21 A  Yes.

22 Q  What about the custom against facial hair?

23 A  Yes.

24 Q  You testified the only way out of the mob is to die; is

25 that rule taken seriously?

1   A     By Cosa Nostra themselves, very seriously.

2   Q     You can't just grow a beard and get out of the mob?

3   A     No.  You can't quit.

4         MR. BURLINGAME:  Nothing further, your Honor.

5         THE COURT:  Thank you.  That will be all, sir.

6         (Witness excused.)

7         THE COURT:  Next witness.

8         MR. BURLINGAME:  The government calls Michael

9   DiLeonardo.

10  M I C H A E L   D I   L E O N A R D O,

11        having been duly sworn, was examined and

12              testified as follows:

13        THE LAW CLERK:  State your name and spell it.

14        THE WITNESS:  Michael DiLeonardo,

15  D I, L E O N A R D O

16        MR. BURLINGAME:  May I inquire, your Honor?

17        THE COURT:  Yes.

18  DIRECT EXAMINATION

19  BY MR. BURLINGAME:

20  Q     At any point in your life, have you had an affiliation

21  with organized crime?

22  A     Yes.

23  Q     What family?

24  A     Gambino Family.

25  Q     What position did you attain in the Gambino Family?

1   A   Captain.

2   Q   You were a made member of the Mafia?

3   A   Yes.

4   Q   Looking around the courtroom, do you see any made members

5   of the Gambino Family?

6   A   Yes.

7   Q   Who do you see?

8   A   Charles Carneglia.

9   Q   Can you identify him?

10  A   Yes.   The gentleman with the beige sweater.

11          MR. BURLINGAME:   Identification of the defendant?

12          THE COURT:   Yes.

13  Q   What was his -- what is his position in the Gambino

14  Family?

15  A   He was a soldier.

16  Q   Was he a valuable member of the Gambino Family?

17  A   Yes.

18          MR. FARBER:   Objection.

19          THE COURT:   I'll allow it.

20  Q   Why?

21  A   He was part of the inner circle.   He was a guy who did

22  work, did murders.

23  Q   What does it mean to be part of the inner circle?

24  A   A group closest to the boss, who the boss picks out, who

25  is most loyal to him and can be called at any time to do work

1  or murder.

2  Q    Are you aware of any murders he committed?

3  A    Yes, sir.

4       MS. SHARKEY:  Objection.

5       THE COURT:  Yes.  Don't use the word "murder."  That

6  is to be decided by the jury.

7  Q    Are you aware of any people he killed?

8  A    Yes.

9       MS. SHARKEY:  Objection.

10      THE COURT:  Overruled.

11 Q    How many?

12 A    One.

13 Q    Which one?

14 A    Louis DiBono.

15 Q    Did you take an oath of silence in connection with

16 becoming a member of the Gambino Family?

17 A    Yes.

18 Q    What's that oath called?

19 A    Omerta.

20 Q    What did that oath of omerta prevent you from doing?

21      MS. SHARKEY:  Objection to form.

22      THE COURT:  I'll allow it.

23 A    Talking about our rules and our secret society that we

24 had, talking to law enforcement and such.  Anybody outside of

25 the Cosa Nostra, we didn't talk business with.

1    Q    Have you violated that oath?

2    A    Yes.

3    Q    How?

4    A    By sitting in this chair today.

5    Q    When did you first begin cooperating with the government?

6    A    November '02.

7    Q    When did you become a made member of the Gambino Family?

8    A    December 24, '88.

9    Q    How old are you now?

10   A    Fifty-three.

11   Q    Are you married?

12   A    Yes.

13   Q    Is it your first marriage?

14   A    No.

15   Q    Why did your first marriage end?

16   A    I had a child outside of wedlock.

17   Q    What was the effect of that on your first wife?

18   A    Devastating.

19   Q    How many children do you have?

20   A    Two.

21   Q    Did you have one with your first wife?

22   A    Yes, I did, Michael.  He's twenty-two years old.

23   Q    Do you and your current wife use the names you were given

24   at birth?

25   A    No.

1  Q   Why not?

2  A   So we can't be tracked down by organized crime.

3  Q   Who gave you the names you live by now?

4  A   The Marshals Service.

5  Q   When did the U.S. Marshals Service give you those names?

6  A   I believe it was July '05.

7  Q   And was that part of your participation in the Witness

8  Security Program?

9  A   Yes.

10 Q   Are you still in the Witness Security Program?

11 A   No.

12 Q   Whose decision was it that you leave the program?

13 A   The marshals and myself.

14 Q   In a sentence or two, what happened?

15 A   We were being moved around the country from state to

16 state, and my wife had enough of it and decided to sign out.

17 Q   Where did you grow up?

18 A   Bensonhurst, Brooklyn.

19 Q   Who did you live with growing up?

20 A   My parents, two brothers, and grandmother and grandfather

21 next door.

22 Q   Are your brothers still alive?

23 A   One is dead and one is alive.

24 Q   How did your brother die?

25 A   He was shot and killed.

1    Q    Did you learn who killed him?

2    A    Colombo family.

3    Q    Did you retaliate?

4    A    No.

5    Q    Why not?

6    A    I was ordered to by the boss and other members of the

7    Gambino Family not to.

8    Q    How old were you when that took place?

9    A    Twenty-six.

10   Q    What was your position in the Gambino Family at the time?

11   A    I was an associate.

12   Q    Are you the first member of your family to be involved in

13   organized crime?

14   A    No.

15   Q    Who else?

16   A    Grandfather, great grandfather.

17   Q    Who was your grandfather's closest Mafia associate?

18   A    Salvatore DeQuilla, who was the boss of the DeQuilla

19   Family at the time.

20   Q    What was his title?

21   A    They called him boss of bosses before the five families

22   were formed.

23   Q    What was his relationship to your father?

24   A    That was my father's godfather.

25   Q    What did that mean the first boss of bosses?

1   A    At that time before they broke up into different

2   families, there was one guy or one group who tried to run the

3   whole city at that time that was in the Mafia.

4   Q    So, the ultimate boss of organized crime in New York at

5   that time was your father's godfather and your grandfather's

6   closest friend?

7   A    Correct.

8   Q    When your grandfather first became a made member of the

9   Mafia, what was organized crime called in the United States?

10  A    The Americans called it the Black Hand.

11  Q    Why was it called the Black Hand?

12  A    When they used to extort people in those days, we would

13  literally put a black hand on the extortion victim's door or

14  window, something like that, signifying like a pay-or-die

15  situation.

16  Q    Was your grandfather affiliated with any particular

17  organized crime family at the time of his death?

18  A    Gambino Family.

19  Q    Was there a wake for him following his death?

20  A    Yes.

21  Q    Were any order given within the Gambino Family concerning

22  his wake?

23  A    Yes.   Carlo Gambino was the boss at the time, and he had

24  sent out word that, All the members are supposed to attend my

25  grandfather's wake.

Q    Did organized-crime figures attend his wake?

A    Yes.

Q    What is the administration of an organized crime family?

A    That would be the boss, underboss and consigliere.

Q    Did the Gambino Family administration attend your grandfather's wake?

A    Yes.

Q    And you testified that the boss of the Gambino Family at that time was Carlo Gambino?

A    Correct.

Q    I'm showing you what's in evidence as Government's Exhibit 2-VV.  Do you recognize that picture?

A    Carlo Gambino.

        MR. BURLINGAME:  Judge, would it be all right if I set up the chart to put up the headshot?

        THE COURT:  Yes.

        MS. SHARKEY:  Your Honor, may I move over?

        THE COURT:  You may.

Q    How old were you at the time of your grandfather's death?

A    Sixteen.

Q    Did you know many of the organized-crime figures at his wake?

A    Yes.

Q    How did you know them?

A    I would see them at social clubs, come to my house,

grandfather's house, in the neighborhood.

Q    Did your father have any relationship to organized crime?

A    He was an associate.

Q    Why didn't your father become a made man, given his lineage?

A    He had a very bad temper.  My grandfather thought he would get himself killed.

Q    Did anybody seek to admit your father into the Gambino Organized Crime Family?

A    Carlo Gambino had asked my grandfather.

Q    How old were you when you became aware of organized crime?

A    As soon as I could start walking, I was aware of what's going on.

Q    How did you become aware?

A    I lived it on a daily basis.  It was all around me.

Q    What did you think of it?

A    I was enamored with it.

Q    When did you first begin interacting with gangsters?

A    Like I said, from when I just started to walk, throughout my whole life.  I was a little kid.

Q    What were some of the things you did with gangsters when you were a little kid?

A    My grandfather had fig trees in the yard and other fruits and stuff.  As I got older and could cross the street, I would

1  be told, Go to the club and give Pauline Zac and Jimmy Brown

2  some figs.  It was a thrill to me, because I would go to the

3  club, I would get five dollars, a dollar here, two dollars

4  here, and hang out, watch the videos and whatever they were

5  doing.

6  Q    You mentioned Paulie Zac and Jimmy Brown.  Are those

7  members of organized crime?

8  A    Yes.

9  Q    Did gangsters come over to your house?

10  A    Yes.

11  Q    Why?

12  A    My grandfather was an oldtimer, had a lot of friends, and

13  a lot of people came to seek advice with him.  Also, at one

14  time when the police were bothering the social clubs, they had

15  asked my father to use the apartment upstairs from where I

16  lived, six rooms we had, and they had the card games at the

17  house, and there was many, many guys that came and played

18  cards upstairs.

19  Q    Could you name some of the members who frequently stopped

20  by your house, and identify their positions in organized

21  crime?

22  A    Yes.

23       Paulie Zac; he had the game.

24       Jimmy Brown was a captain.

25       Tony Aurillio.  Mario Traina.

1    Joe Colombo, he was the boss of the Colombo Family.

2    Many, many people.

3  Q    Carlo Gambino come by your house?

4  A    Yes.  Not to my house.  He would stop by early on to see

5  my grandfather.

6  Q    How many organized-crime families are there in New York?

7  A    Five.

8  Q    And your testimony is that the bosses of two of the five

9  families would stop by your house when you were a kid?

10 A    Yes.

11 Q    What are the five families?

12 A    Genovese, Luchese, Bonanno, Colombo and the Gambino

13 Family.

14 Q    Are the five families all part of one larger

15 organization?

16 A    Yes.  It is called Cosa Nostra.

17 Q    What does that mean?

18 A     "This thing of ours" or "Our thing."

19 Q    What is Cosa Nostra?

20 A    It's the Mafia.

21 Q    As a kid, what did you want to be when you grew up?

22 A    Captain.

23 Q    Captain in the Army?

24 A    No.  Captain in the Mafia.

25 Q    Why?

1  A    I loved it.  It's something I aspired to be from a kid,

2  whatever I seen around me growing up.  I idolized all those

3  people.  I respected them and I wanted to emulate them.

4  Q    You mentioned Paulie Zaccaria earlier.  Who is he?

5  A    Paulie Zac was my mentor.  His father and my grandfather

6  went back to the turn of the century as friends.  Later on, I

7  got very, very close with Paul.

8  Q    What was his position in the Gambino Family?

9  A    He was a soldier.

10  Q    I'm showing you what's in evidence as Government's

11  Exhibit 2-TTT.  Can you identify that person?

12  A    Paulie Zac.

13  Q    You said he was a soldier?

14  A    Correct.

15  Q    When did you meet Paulie Zac?

16  A    When I was first able to understand who somebody was.  He

17  was in my house as a kid.

18            (Continued on next page.)

19

20

21

22

23

24

25

BY MR. BURLINGAME:

Q    How would you best describe your relationship to him?

A    Father, son.

Q    Were you closer to him than your own father?

A    Yes, I spent more time with Paul.

Q    Why is that?

A    My father was into sports, he bet horses and was very rarely home.  Paulie I seen all the time.  We had a lot of common ground together.  Again, like I said, I looked up to Paul.

Q    When you were a kid, did you commit knit crimes for Paulie Zaccaria?

A    Assaults, vandalism, things like that, gambling.

Q    Can you give me an instance of the kind of crimes that you would commit at his direction?

A    Yeah, if he was mad at somebody.  Let's say they owned a beauty salon or something, he would tell me, Michael, go break that guy's windows.  Then and I would go break the guy's windows.

     Or if he had a beef with a guy, he would say, Come on Michael, take a ride, and if I give you a signal knock him out.

Q    How old were you when you started committing crimes for Paulie Zac.

A    Probably around 16, 17.

1  Q    Had you committed any crime prior to that age?

2  A    Yes.

3  Q    What sorts?

4  A    Vandalism, gang fights, small robberies.  I was in a gang

5  so we did all gang type stuff.

6  Q    When you were a kid did you have a nickname?

7  A    Yes.

8  Q    What was it?

9  A    Mikey Scars.

10 Q    How did you get it?

11 A    I was mauled by a dog on my face.

12 Q    Did the nickname stick?

13 A    Yes.

14 Q    Do you like it?

15 A    Never.

16 Q    Do people call you that name as an adult?

17 A    They referred to me by it, but they never used it to my

18 face 'cause I didn't like it.  They respected what I liked, to

19 be called Michael.

20 Q    Are nicknames common in organized crime?

21 A    Yes.

22 Q    Why is that?

23 A    Sometimes it fits the character.  Sometimes it's a goofy

24 name to fit on a character, or sometimes we use it to

25 identify -- maybe there's multiple Tony's or something like

1    that.

2        Or we don't refer by last names, so sometimes you

3    attach a name to a guy just in case there is any listening

4    devices or things like that.

5    Q    Do organized crime members speak a certain way out of

6    fear of being recorded?

7    A    Yes.

8    Q    How?

9    A    Sometimes if you're inside, in incomplete sentences, hand

10   signals.  Like you got that, money, without saying it in a

11   club or wherever you are.

12   Q    For the record, making a gesture --

13   A    Of money.

14   Q    Of money.

15       Did you graduate from high school?

16   A    Yes.

17   Q    Which one?

18   A    New Utrecht in Brooklyn.

19   Q    Did you go to college?

20   A    Kingsborough Community in Brooklyn.

21   Q    In your late teens and early 20s did you work?

22   A    Yes.

23   Q    What did you do?

24   A    I had a legitimate job with Local 23 which I got from

25   Frank DeCicco.  Also I worked in Las Vegas night card games.

1    I worked down the pier for a little while in Jersey.  I got

2    that through Tommy Bilotti.

3    Q    What was your job with Local 23?

4    A    I was a laborer.

5    Q    How did you get that job?

6    A    Frank DeCicco.

7    Q    Who was he?

8    A    He wound up being the underboss of the Gambino family.

9    Q    Could you have gotten the job without your Gambino family

10   ties?

11   A    No.

12   Q    Did you have to work at the job?

13   A    Yeah, I worked.

14   Q    You said you also worked on the piers.  What did you do?

15   A    I was a warehouseman.

16   Q    How did you get the job?

17   A    Tommy Bilotti.

18   Q    Who is he?

19   A    He was an underboss also at one time in the family.

20   Q    Did you have to actually work at that job?

21   A    Yes, I did.

22   Q    Would you have gotten that job without Gambino family

23   ties?

24   A    No.

25   Q    You also said you worked at a Vegas night casinos at this

1    time in your life.   What are those?

2    A    These would be crap games, blackjack games, card games

3    that were they would in different places such as churches,

4    shuls, buildings, storefronts, stuff like that.

5    Q    What is a shul?

6    A    A Jewish church.

7    Q    What did you do at these Vegas nights?

8    A    I was in charge of security because I knew just about

9    most of the people that would come there, and I tried to

10   identify law enforcement and not let them in if it was law

11   enforcement.

12   Q    Were you ever arrested for your work with casino nights?

13   A    Yes.

14   Q    How old were you when you were arrested for that?

15   A    Probably my early twenties.

16   Q    That was your first arrest?

17   A    Yes.

18   Q    Did there come a time when you became an official Gambino

19   family associate?

20   A    Yes.

21   Q    Around when was that?

22   A    Mid to late seventies.

23   Q    What does it mean to be an official Gambino family

24   associate?

25   A    I was officially put on record by Paulie Zac with the

1   Gambino family.  My name was submitted to the captain of the

2   crew at that time, which was Leo Garafola and then passed up

3   to the boss, who was Paul Castellano at the time.

4   Q    What does that mean to be on record?

5   A    I am property of the Gambino family and obligated that

6   anything I do in the street money wise, or go into business or

7   anything, to report it to my soldier at the time, which was

8   Paulie.

9   Q    Did you get anything back in return when you're on

10  record?

11  A    Well, yeah, protection of the family from other members

12  of Cosa Nostra, that they can't bother you now because now

13  they know that you're part of the Gambino family.  So it's

14  like an umbrella you have.

15  Q    What were your responsibilities as an associate?

16  A    Any monies or any activity that I would do I would have

17  to report it to Paulie Zac, pick up some monies, if I earned

18  monies in the street and, again, get permission to do things.

19  Q    What it that mean to kick up money?

20  A    Give money, part of my earnings.

21  Q    What terms do people in organized crime use to describe

22  the relationship between an associate and a member?

23  A    He's with, he's with him, he's around him, he's under

24  him.  Things like that.

25  Q    When you became an associate on record, were you placed

1    on record with any particular made man?

2    A    Paulie Zac.

3    Q    And you said this was your early twenties?

4    A    Late teens, early 20s.

5    Q    At that time were you well-known within the Gambino

6    family?

7    A    In Brooklyn, yeah, I was, yeah.

8    Q    How was that?

9    A    Like I said, just growing up around everybody.  My

10   neighborhood was organized crime.  Bensonhurst, Brooklyn, you

11   couldn't get more organized crime than Bensonhurst.

12   Q    Did you want to become a Gambino family associate?

13   A    Like I said earlier, I aspired to do that.

14   Q    And why would you -- I think you said you aspired to

15   become a captain.  Why would you aspire to be an associate if

16   you wanted to be a captain?

17   A    You have to go through the first step, you're an

18   associate and then make it into -- get inducted as a soldier

19   and then higher up.

20   Q    You have to prove yourself as an associate before you can

21   move on?

22   A    Absolutely.

23        MS. SHARKEY:  Objection.  Leading.

24        THE COURT:  I will allow it.

25   A    Absolutely.

1  Q    Prior to the time you became an official on record

2  associate, had you been committing crimes?

3  A    Yes.

4  Q    What kinds?

5  A    I was shylocking on my own a little bit, bookmaking, some

6  robberies and things like that.

7  Q    What is shylocking?

8  A    Loan-sharking, lending money out and getting interest

9  payments every week.

10 Q    You were lending money out at the same rate as banks?

11 A    No, slightly higher.

12 Q    What is bookmaking?

13 A    Taking action on sports.  Some man wanted to make a bet,

14 they would come to me, I would take the bet and if they won I

15 pay them out, and if they lose they would have to pay me.

16 Q    You testified you became a made member of the Gambino

17 family.  When did that take place?

18 A    December 24th, '88.

19 Q    Were you on record with Paulie Zac the entire time you

20 were an associate?

21 A    Yes.

22 Q    In the organized crime world what does the term

23 "Christmas money" mean?

24 A    That's a gift to the administration.  It depends who you

25 are at the time, where you give a gift.  If you're an

1  associate you usually give it to a soldier; if you're a

2  soldier you give it to maybe your captain or maybe your boss.

3  If you're a captain you give it to your boss.  It's a gift.

4  Q    While you were an associate, did you pay anyone Christmas

5  money?

6  A    Sure.

7  Q    Who?

8  A    I gave Paulie Zac gifts, Jackie D'Amico when he became a

9  captain gifts, and John Gotti when he was the boss, as an

10  associate.

11  Q    Was it important to pay this money?

12  A    Yes.

13  Q    In the organization crime world what does it mean to kick

14  up money?

15  A    Give money up the ladder.  Like I said, if you're an

16  associate, to a soldier, a soldier if it was a big enough

17  score or something to do with the street entirely, they would

18  give it to the captain and it would go to the boss.

19  Q    When you say something having to do with the street, what

20  do you mean by street?

21  A    Street action, illegitimate stuff -- even legitimate

22  stuff.  You own a business, you cut the administration of the

23  family in on it.  Sometimes you get a piece in.

24  Q    During the period you were under Paulie Zac did you kick

25  up money to him?

1   A    Sure, yes.

2   Q    What were the different crimes you did to make money

3   during the ten years you were an associate under Paulie Zac?

4   A    Loan-sharking, bookmaking, some extortions, conspiracy to

5   murder, murder.

6   Q    Did you also make money in any legitimate or quasi

7   legitimate ways?

8   A    Yes.  I worked in Local 23, like I said, and later on for

9   Local 282, the Teamsters, Teamsters local.

10  Q    Did you make much money loan-sharking?

11  A    Yeah.

12  Q    During that ten-year span what would be a good week in

13  loan-sharking for you?

14  A    A couple of thousand, maybe more.

15  Q    Did you ever have to use violation to collect a debt?

16  A    Violence was alleges implied.  They knew -- customers

17  knew if they took the money what the consequences could be

18  besides being yelled at initially, that they could get hurt.

19  Q    Did you make threats?

20  A    At times I had to yell at people.

21  Q    Were those threats taken seriously?

22  A    Yes.

23  Q    Why?

24  A    We were in a very serious business and if you're not

25  taken serious by a shylock customer how is anybody else going

1    to take you serious?

2    Q    Is it valuable to have a reputation for violence in

3    organized crime?

4    A    That's what organized crime is, it's a business about

5    money and violence.

6    Q    Where did the money come from that you lent out?

7    A    My job initially when I started working, I would put some

8    money together, loan it out.  Then later on, Paulie Zac given

9    me $10,000, he gave to it me for one percentage point a week,

10   a hundred dollars a week.  I would give to him.  And I would

11   shylock the rest of the money out.

12   Q    How much money would you have lent out to people at any

13   given time?

14   A    As an associate?

15   Q    Yes.

16   A    Could be between 30, 40, 50,000.  The money was in and

17   out.  It wasn't constant at one level.  People would pay you

18   back.

19   Q    You said you also ran a social club.  What is a social

20   club?

21   A    Social club is a place that people would gather, home

22   base, let's say, for a soldier, an associate or a captain, or

23   even a boss; where people who know you would hang out, come to

24   find you and they could do business with you, and just hang

25   out.

Q     Are social clubs private?

A     They are not open to the public.  They are just open to

people that you know in Cosa Nostra, or associates.

Q     Do many members of organized crime have social clubs?

A     Yes.

Q     How many social clubs did you have?

A     Two.

Q     Where were they?

A     In Brooklyn.  One was on Bay 7th and 86th Street.  The

other one was on 75th Street and Utrecht Avenue.

Q     Did you need permission to open up your social club?

A     Yes.

Q     Who did you get it from?

A     Paulie Zac.

Q     Did he have to get permission from anyone?

A     Mr. Lillo who was the captain of the crew at the time,

and then Lillo would go to the boss and say that I was going

to open up a club and if it was okay.

Q     And who was the boss at the time that Lillo would have

had to get permission from?

A     Paul Castellano.

Q     I'm showing you what is in evidence as Government

Exhibit 2 MM.  Who is that?

A     Paul Castellano.

Q     How did you make money from your social clubs?

1  A    I ran my bookmaking operation out of there, shylock

2  business, I had a bar, I had very big card game.

3  Q    How much money would be gambled in your club on a given

4  night?

5  A    When the game was strong, I bet you it was a hundred

6  thousand or better could be in people's pockets that night.

7  Q    How would that make money for you?

8  A    Well, when they were playing cards, every pot, every hand

9  that's played there's a percentage of the pot taken out that

10  goes to the house, which I was the house.

11        So we would have dealers in the game and they would

12  work the game, they would get tips and stuff and we would take

13  a cut out of each pot and we would play for sometimes two

14  days.

15  Q    Were your social clubs popular?

16  A    Yes.

17  Q    Did many members of the Gambino family frequent your

18  clubs?

19  A    Yes.

20  Q    Did others in the Gambino family conduct Gambino family

21  business in your social club?

22  A    Yes.  Like I said, the social clubs are gathering places

23  and at the time there was other guys with high profile clubs

24  and they would come by me at times, meet there and then go for

25  walk-talks, hang around, drink, because it was maybe under the

1    radar at the time.

2    Q     You said walk-talk.  What is a walk-talk?

3    A     Go outside and talk.  Usually nobody talks inside a club,

4    it happens, but most of the time they talk about something

5    serious they go outside and walk and talk.

6    Q     When you say serious, what do you mean?

7    A     Whatever serious business, it could be about a murder, it

8    could be about anything, anything that involves a crime.

9    Q     Gambino family business?

10   A     Or other business that they were doing.

11   Q     Where are some of the other places that organized crime

12   members avoid talking?

13   A     In cars, in -- sometimes in restaurants if they frequent

14   them a lot.  You try to avoid anything indoors and try to keep

15   it outside, mostly.

16   Q     While you were running the social clubs as an associate,

17   how much money were they generating for you every week?

18   A     On a good week I could win, I don't know, between my

19   shylock and bookmaking and the game, I could make 10, 15,

20   $20,000 a week.

21   Q     How much of that would come from the social clubs?

22   A     That would be all, part and parcel.  I ran everything out

23   of there at that time.

24   Q     You said you participated in bookmaking as an associate.

25   How much did you make from bookmaking in a good week?

1  A    Like I said, it varies.  If people lost I made more money

2  but I couldn't -- maybe 10,000, 15,000.  It depends.  You

3  could lose too.

4  Q    You also testified you had a job with the Teamsters.

5  What are the Teamsters?

6  A    The local I belonged to was Local 282.  It was a trucking

7  outfit.

8  Q    And what was your position with Local 282?

9  A    I was a Teamster foreman.  My job was to stay on

10 high-rise construction jobs in Manhattan and count the trucks

11 that came in for the Gambino family, give a count -- and give

12 a count to Sammy Gravano of what was going on on the job.

13 Q    Who was Sammy Gravano?

14 A    He became the underboss of the Gambino family.

15 Q    How did you get the foreman job?

16 A    Gravano.

17 Q    Did you know how to drive a truck?

18 A    No.

19 Q    Do you know anything about trucking?

20 A    I don't have a truck license.

21 Q    When you were working as a foreman for the Teamsters, who

22 were you really working for?

23 A    The Gambino family.

24 Q    Who were you making money for?

25 A    Myself and the Gambino family.

1  Q    Was the Teamsters job valuable to you?

2  A    Oh, yes.

3  Q    Why?

4  A    I had benefits, annuities.  I got a big salary, a

5  thousand a week and up, and it was a cover for any law

6  enforcement that I could show I earned a living.  It was a

7  great job.  I didn't have to work.  I used to go in shorts.

8  Q    In addition to these money making crimes, during the ten

9  years you were a Gambino family associate, were you ever asked

10  to participates in a murder?

11  A    Yes.

12  Q    Tell us about the first time you were asked to

13  participate a murder.

14  A    Paulie Zac came to me and he says go see Louie Melito,

15  who was a soldier in the family.  He was part of the inner

16  circle, a guy that did work.

17  Q    You say guy who did work.  What do you mean?

18  A    Murders.

19  Q    Sorry, continue.

20  A    I went to go see Louie and he says, We're going out to

21  Staten Island.  We're going to put you on a piece of work.

22          So we went out to Staten Island and it was Melito,

23  myself, Gravano, Joe watts, and Tommy Bilotti.  After some

24  small talk at the bar, Bilotti taps me on the shoulder, we

25  walk into a vestibule and he says, Do you know why you're

1    here?  So he looks at my eyes and I says yeah.  He says why?

2    I say do a piece of work.  He looked at me.  He says, let's go

3    back in.  We went back in.  Some small talk, we all left.  And

4    that was the end of that.

5    Q    You never had to commit the murder?

6    A    No.

7    Q    Do you know why they asked you in?

8    A    I think it was a test.  They wanted to look in any eyes

9    to see if I was ready to do it.

10   Q    When you say piece of work, that means a murder?

11   A    Yes.

12   Q    I'm showing you Government Exhibit 2 SSS.  Can you

13   identify that person?

14   A    Joe Watts.

15   Q    What was the highest position he attained in the Gambino

16   family?

17   A    Joe WAtts was an associate.  He couldn't get straightened

18   out.  His father was German, I believe.

19   Q    Who is that?  This is Government Exhibit 2 R.

20   A    Gravano.

21   Q    Sammy Gravano who you were just talking about?

22   A    Right.

23   Q    What was the highest position he attained in the Gambino

24   family?

25   A    Underboss.

1    Q    Did Sammy Gravano have a nickname?

2    A    Sammy Bull.

3    Q    You testified Joe Watts was an associate in the family.

4    Was he a powerful figure within the Gambino family?

5    A    Oh, yeah.

6    Q    How is that if he wasn't a made man?

7    A    Joe watts was always close to the administration of

8    families.  Joe watts was a very bigger earner and a killer.

9         MS. SHARKEY:  Could you ask the witness to keep his

10   voice up.

11   Q    Can you tell us about the next murder you were asked to

12   commit.

13   A    Yes.  Same situation.  Paulie Zac came to see me, says go

14   see Melito.  I went to see Melito and he said that Gravano had

15   a beef with a guy, an argument, and Gravano went to the boss,

16   who was Paul Castellano at the time, and asked for permission

17   to have this guy killed.

18         They said they were going to put me on this piece of

19   work.  After that, I was told to meet him at a designated spot

20   where my role was going to be drive a diversionary car.

21         They were going to kill this guy in a bar in

22   Brooklyn, called Doc's Bar, put him in the trunk, drive him to

23   a designated spot, park the car, get out.  And my role was to

24   follow the car with the body in it and create a diversion if

25   any cops or civilians tried to get in the way, if they seen

1  something, like to crash into them or cut them off so the guys

2  wouldn't get caught with a body in the trunk of the car.

3  Q    Did this murder take place?

4  A    Yes, it did.

5  Q    Do you know Jack's last name?

6  A    No.

7  Q    The victim's name was Jack, correct?

8  A    That's correct.

9  Q    Had you ever met Jack before?

10 A    No.

11 Q    Why did you take part in his murder?

12 A    I was ordered to.

13 Q    During the time you were an associate under Paulie Zac,

14 how often would you see him?

15 A    Almost daily.

16 Q    How often would you give him money?

17 A    Weekly.

18 Q    If you know, how frequently did Paulie Zac meets with his

19 captain, Lillo Garafola?

20 A    At least once a week.

21 Q    Aside from Paulie Zac who else was in Lillo's crew?

22 A    Jackie D'Amico, Joe Cusamano, Jerry D'Quilla, Nick

23 Martino, Lou Salica, Mickie Boy Paradiso, Angelo Philimily,

24 and a couple of old-timers that passed away.

25 Q    I'm showing you Government Exhibit 2 I.  Who is that?

1    A    Jack D'Amico.

2    Q    What was the highest position he obtained in the Gambino

3    family?

4    A    A captain on the committee.

5    Q    When you say on the committee, what does that mean?

6    A    There was a committee put in place at one time when the

7    administration was arrested, and he was part of the committee.

8    Q    That ruled the family?

9    A    Yeah, that ran the street business.

10   Q    During the time you were an associate did you ever see

11   the boss of the family?

12   A    Yes, sure.  Paul, yes.  And John.

13   Q    What happened to Paul Castellano?

14   A    He was shot and killed.

15   Q    Do you know why he was killed?

16   A    Yeah, power play.

17   Q    Who was responsible for the power play?

18   A    John Gotti, Frank DeCicco and others.

19   Q    Was he with anyone when he was killed?

20   A    Tommy Bilotti, who was a new underboss.

21   Q    What happened to Tommy Bilotti?

22   A    He was shot dead also.

23   Q    Who was responsible for arranging the murder of Paul

24   Castellano and Tommy Bilotti?

25              MS. SHARKEY:  Objection.  No foundation as to this

1  witness' knowledge.

2          THE COURT:  I can't hear you.

3          MS. SHARKEY:  Objection.  No foundation.

4          THE COURT:  I will allow it.

5  A  DeCicco, Gotti and others.

6  Q  I'm showing you Government Exhibit 2 T.  Who is that?

7  A  John, John Gotti.

8  Q  John Gotti Senior?

9  A  Senior.

10  Q  What was the highest position he attained in the Gambino

11  family?

12  A  He was the boss.

13  Q  How do you know that John Gotti and DeCicco had Paul

14  Castellano and Bilotti killed?

15  A  Through talk in the family with other members.

16  Q  Where were Gotti -- sorry, where were Castellano and

17  Bilotti murdered?

18  A  A restaurant, Sparks Steakhouse, midtown Manhattan.

19  Q  Did you learn who the shooters were?

20  A  Yes.

21  Q  Who were they?

22  A  John Carneglia, Sally Scala, Eddie Lino, and Vinnie

23  Artuso.

24  Q  Did John Carneglia have any relationship to the

25  defendant?

1    A    Brothers.

2    Q    I'm showing you what is in evidence as Government

3    Exhibit 2 LL.  Who is that?

4    A    John Carneglia.

5    Q    What was the highest position he attained in the Gambino

6    family?

7    A    Soldier.

8    Q    I'm showing you Government Exhibit 2 CCC.  Who is that?

9    A    Eddie Lino.  He was a captain.

10   Q    I'm showing you Government Exhibit 2 Y.  Who is that?

11   A    Sal Scala, captain.

12   Q    Does he have a nickname?

13   A    Sally.  Fat Sally.

14   Q    You testified that John Gotti -- what was John Gotti

15   Senior's rank at the time that Castellano and Bilotti were

16   murdered?

17   A    Captain.

18   Q    Was that murder approved by anyone of a higher rank?

19   A    No.

20   Q    Is it organized crime protocol to get approval for

21   killing a boss?

22   A    Yes.  There's something called a commission, which is the

23   bosses of the five families.  You would have to seek approval

24   to -- from them to kill a boss.

25   Q    But the commission did not sanction the murder of

1    Castellano?

2    A    No.

3    Q    Who became the boss of the Gambino family after

4    Castellano was murdered?

5    A    Gotti Senior.

6    Q    When did the Castellano murder take place?

7    A    Mid-December '85.

8    Q    At that time were you still an associate under Paulie

9    Zac?

10   A    Yes.

11   Q    Up to this point had anyone tried to put your name up for

12   membership?

13   A    Yes.

14   Q    Who?

15   A    Paulie Zac.

16   Q    What is the process by which he submitted your name for

17   membership?

18   A    What is the process that he does?

19   Q    What is the process that you have to go through to become

20   a member, for submitting the name for membership?

21   A    Yes.   He goes to the captain and the captain goes to the

22   boss and he tells him, Michael DiLeonardo, I'm putting him up,

23   I'm proposing him.

24   Q    What happens if the boss approves?

25   A    A list is created of other captains to come in, and

1   soldiers who come no with proposals, and they go through the

2   list, take whatever names they want, put them on the list,

3   pass them around to all the captains in the family.

4          The captains then pass them to the soldiers.  This

5   is done because they want to see if there's any history with

6   this guy, bad history with law enforcement or if he ever told

7   on somebody or did that -- was a drug addict, anything of that

8   nature to get approved or not approved.

9          Then that list would be then taken over to other

10  families for approval, once it met approval with our family.

11  Q    What happens if the person meets approval after the lists

12  have been finished being passed around all five families?

13  A    Then a date is scheduled to get straightened out,

14  inducted.

15  Q    Are there limits as to how many made members a family can

16  have?

17  A    Yes.  Each family has a roster they can go up to.  Let's

18  say the Gambino family is about 260, Genovese around the same,

19  the other families less.  They can't straighten out or induct

20  more guys than their number.

21  Q    How does spots open up?

22  A    Usually through attrition, through guys dying.

23  Q    I'm sorry, what's attrition?

24  A    Attrition, guys dying, deaths.

25  Q    Were you made the first time you got put up for

1    membership?

2    A    No.

3    Q    Why not?

4    A    Many reasons at different times.  There was politics that

5    was involved.

6    Q    After the defendant's brother and other gangsters killed

7    Castellano and Bilotti, did the leadership of your crew

8    change?

9    A    Yes, Mr. Lillo had died, he was the captain of the crew.

10   He was an old man.

11   Q    Who took over?

12   A    Jack D'Amico.

13   Q    What did that mean for your chances to become a made

14   member?

15   A    Jackie was a new captain and I got very friendly with

16   Jack.  And he was going to push me through.  He was going to

17   push me through, Jack, I got friendly with him.

18   Q    Was there a rule that you had to commit a murder to

19   become a made man?

20   A    No.  There is no rule.  Years ago it was almost like a

21   rule that you had to do a piece of work to get straightened

22   out.  They wanted you to have a murder over your head.  Later

23   on it wasn't quite as stringent.

24              (Continued next page)

25

1  EXAMINATION CONTINUES

2  BY MR. BURLINGAME:

3  Q    Did it help -- would it help your chances?

4  A    The killers always got more respect in the family.

5  Q    Did your role in the murder of Jack whose last name you

6  don't know help your chances of getting made?

7  A    Yes.

8  Q    Why is that?

9  A    As I said, you are a capable guy.  You could kill.  You

10 are -- you already are committing that you kill for the

11 family, you've already done it.

12 Q    In general, does it help or hurt and associate's chance

13 to become a made man to commit a murder on the Gambino

14 Family's order?

15 A    Yes.  Usually that's the thing.  The first step to

16 getting their fast is to commit a murder.  Yes, it does

17 enhance your position.

18 Q    Are guys ever rewarded for committing a murder, with

19 regard to getting made for committing a murder?

20 A    Made in different positions.  You could go right up the

21 ladder too that way.

22        THE COURT:  When you reach a break, we have to take

23 a break.  I have a matter to take care of.

24        MR. BURLINGAME:  Now would actually be a great time,

25 Judge.

1          THE COURT:  All right.  Take ten.

2          (The following occurred in the absence of the jury.)

3          THE COURT:  All right.  Take ten, please.

4          (Recess taken.)

5          (The following occurred in the absence of the jury.)

6          THE COURT:  All right.  Sit down, please.

7          We are waiting for the jury.  I guess you can stand,

8  if you like.

9          (Witness present.)

10         (Jury present.)

11         THE COURT:  All right.  Sit down, everyone, please.

12  EXAMINATION CONTINUES

13  BY MR. BURLINGAME:

14         THE COURT:  Proceed, please.

15  Q    Before we went on break, you testified that soon after

16  the defendant's brother and other gangsters killed Paul

17  Castellano and Tommy Bilotti, Jackie D'Amico took over the

18  leadership of Paulie Zac's crew and that was going to help

19  your chances to become a made man.

20         Did he in fact succeed in making you a member of the

21  Gambino Family?

22  A    Yes.

23         That would be Mr. Lillo's crew, not Paulie Zac.

24  Q    I'm sorry.

25  A    Yes.

1   Q    When did you become a made member of the Gambino Family?

2   A    December 24th, '88.

3   Q    When did you first learn that you were going to become a

4   made member of the Gambino Family?

5   A    Officially I was told probably a week or so before.

6   Q    Do you remember how you first learned that you would be

7   made?

8   A    Yes.

9        D'Amico told me that when he knew the date for sure

10  he would tell me, put on a suit.  That would be the code and

11  that would be it.

12  Q    What would putting on a coat be the code for?

13  A    Getting straightened out.

14       I had a suit on normally when I went down there.

15  Most of the time I had a suit when I went down to the

16  Ravenite.

17  Q    What does wearing a suit have to do with getting made?

18  A    That's the code that I was going to get straightened out

19  that day for sure.

20  Q    What are some of the terms for becoming a made member of

21  organized crime?

22  A    The terms of becoming?  Getting straightened out, getting

23  made, getting your button.

24  Q    What are some of the terms used to refer to soldiers?

25  A    Wiseguy, goodfella, made man, button man, things like

1  that.

2  Q    Did you get that phone call from Jackie D'Amico telling

3  you to put your suit on?

4  A    Yes.

5  Q    What did he tell you to do?

6  A    Put a suit on.  I'll see on Mulberry Street.

7  Q    Where on Mulberry Street?

8  A    I believe I met him by the Ravenite.

9  Q    What's the Ravenite?

10 A    That was one of John Gotti's headquarters where we all

11 used to meet during the week.

12 Q    Is that a social club?

13 A    Yes, a social club.

14 Q    So what did you do after you received the call from

15 Jackie D'Amico?

16 A    Got dressed, went down to Mulberry Street.

17 Q    What happened when you got there?

18 A    We walked up the block to a place that Joe Butch had.  He

19 was a captain in the family.  He had an apartment on Mulberry

20 Street.

21 Q    Who were you with?

22 A    We walked up the block.

23 Q    Who were you with?

24 A    D'Amico and I.

25 Q    Okay.

1    A    We walked up to Joe Butch Corrao's apartment on Mulberry

2    Street.

3    Q    What happened then?

4    A    Walked in the apartment.  As we walked in, we were

5    greeted by Bobby Boriello.  There were two doors.  Jackie went

6    into the right door.  Bobby Boriello took me into the door on

7    the left.  I went to another room.

8          Upon entering the room, it was John Gotti, Junior in

9    there, Dom Pizzonia, Mickey LaSorsa, Thomas Carbonnaro,

10   another fellow.  I don't remember his name.

11   Q    I'm sorry.  If you could keep your voice up a little bit,

12   sometimes there is some noise behind me and I can't hear you.

13          Could you just go through who was in the room again?

14   A    Yes.

15          Thomas Carbonnaro, known as Huck, John Junior Gotti,

16   Dom Pizzonia, Mickey LaSorsa and another fellow.

17   Q    Okay.  This was Bobby Boriello who greeted you, is that

18   correct?

19   A    Yes.  He walked us in the room.

20   Q    I am showing you Government Exhibit 2 GG.  Who is that?

21   A    Boriello.

22   Q    Bobby Boriello?

23   A    Correct.

24   Q    What's the highest rank he attained in the Gambino

25   Family?

1   A   Acting captain.

2   Q   I am showing you Government Exhibit 2 H.

3       Who is that?

4   A   Joe Butch Corrao.  He was a captain.

5   Q   Showing you Government Exhibit 2 V as in Victor.

6       Who is that?

7   A   That's Skinny Dom Pizzonia.

8   Q   I'm sorry.  What was the highest rank he attained in the

9   Gambino Family?

10  A   He was a captain.

11  Q   You testified Joe Butch Corrao was a captain as well?

12  A   Correct.

13  Q   I am showing you Government Exhibit 2 O.

14      Who is that?

15  A   John Junior Gotti.

16  Q   What's the highest position he attained in the family?

17  A   Captain and on the Committee.

18  Q   This is the ruling committee you talked about earlier?

19  A   Correct.

20  Q   Those men were in the room with you when you walked in?

21  A   Correct.

22  Q   What happened after you entered the room with these men?

23  A   There was a knock at the door.  Gene Gotti came and got

24  John Gotti, Junior and took him into the other room.

25          There was a second knock.  Gene Gotti again took him

1   into -- the same room.  It was Skinny Dom they took in.

2        The third knock was my knock, was D'Amico came to

3   the door and I went in the room.

4   Q    What happened after D'Amico came to get you?

5   A    I walked in the room and there was a -- like a

6   rectangular table, a horseshoe table and there were some seats

7   in the front.  Where Gravano and Locascio were sitting there.

8   About ten or 12 captains sitting around the table.

9        I was instructed to go to the head of the table,

10  where I sat down.

11       At that point I seen a picture of a saint on the

12  table and Gravano started to speak to me and he asked me, do

13  you know why you're here?  Which I said no.

14       He said, do you know these men?  I says, yes.

15       He says, you respect these men?  I says, yes.

16       He says, we have been watching you for a long time.

17  You didn't pick us.  We picked you.  This is not a club.  It's

18  a secret society.

19       He says, do you want to be a part of us?  I said,

20  yes.

21       He said, which finger do you shoot with?  I raised

22  my right index finger.

23       D'Amico took a pin, pricked some blood out of my

24  finger, took the saint, crumpled it up, put it in my hand like

25  this, spilled blood on the /SAEUFPBLT it was then lit on fire

1   and Gravano says, repeat these words after me.

2           If I betray the oath of omerta, may my soul burn in

3   hell like this saint, dropped the ashes, congratulated me and

4   he says, Jackie is your new father. This is your new family.

5   We come first before your blood family. You come in when

6   you're called, and even if we have to kill your own brother,

7   that's what you have to do. And some other words also.

8   Q    What does that mean, that this family comes before your

9   blood family?

10  A    Well, once you take that blood oath, you're entering Cosa

11  Nostra, which is who you are loyal to now. That's your first

12  loyalty. Even before anybody in your own blood family,

13  children, wife, mother, father, don't matter, your loyalty is

14  to them, Cosa Nostra.

15  Q    During the ceremony, did they explain anything about how

16  you come into the family and how you go out of the family?

17  A    Yes.

18          Sammy also said, there is one way in this society.

19  The way you come in today. And one way out, on a slab.

20  Q    Is that rule taken seriously?

21  A    Oh, yeah.

22  Q    You said there was a rule about coming in when you are

23  called.

24          Do you know if John Gotti, Senior expected that rule

25  to be followed?

1   A     Oh, yeah.

2   Q     Can you give us an example?

3   A     Example of somebody not following the rules?

4   Q     I'm sorry.  Of the rule about coming in when you are

5   called.

6              MS. SHARKEY:   Objection as to form.

7              THE COURT:   You may continue.

8              Answer, please.

9   A     Yes.

10             If John Gotti, the boss, or any boss, calls you

11  directly, he sends a messenger to you and he tells you, avoid

12  your skipper, don't check in with him, come directly to me,

13  you go to the boss.  Or if he sends an emissary to you or your

14  skipper, then you either come in with your skipper and you go

15  see the boss.

16             He directs how you come in and with who, is the

17  boss.

18  Q     What happened after you took the oath?

19  A     We all -- I went around, kissed all the skippers, came

20  back.  We all held hands, stood up and held hands and some

21  words were spoken in Italian to the effect as whatever we talk

22  about in this room today stays in this room.

23             After that, I went to the end of the table, I joined

24  Junior and Dom and the other two fellows were called in to do

25  the same ceremony.

1  Q    When you say "Junior and Dom," who are you talking about?

2  A    John Gotti, Junior and Pizzonia.

3  Q    How many other people were inducted into the Gambino

4  Family that night?

5  A    Five.

6  Q    What happened after the fifth person was inducted?

7  A    They read us some rules.  The don'ts, all these dont's

8  could you get killed for.

9  Q    What were the rules that they read you?

10 A    You don't sleep with another member's wife.

11       If you're married, you don't sleep with another

12 member's daughter, nieces or any family members, if you're

13 married.

14       If you deal drugs, you die.

15       If you kill without permission, you die.

16       If you don't come in when you are called, you die.

17       You deal in stocks, bonds, counterfeit money, you

18 could die.

19       Raise your hands to another member, you could die.

20       And I think I said, kill without permission you

21 could die.

22       And there were some others.

23 Q    Was there anything -- did they explain to you anything

24 about breaking your oath?

25 A    Oh, that's a given.  You break your oath, you're dead.

1  Q    What about robbing from the family?

2  A    Yes.  You can get killed.

3  Q    I would like to talk to you about some of the rules.

4         Why are the rules against drug dealing and dealing

5  in stocks and bonds?

6  A    Well, those were put in place -- years ago the feds

7  weren't too much into organized crime.  There was -- it was

8  like the so-called, what do you want, to make a federal case

9  out of this?  So those things, those crimes, brought federal

10 heat.  They wanted to keep all their crimes basically on the

11 state level.  That was the principle.

12        So with a wink and a smile it was done, but one of

13 the rules were don't bring the feds into this.  So you

14 could -- you could get killed for dealing drugs.

15 Q    Are those rules followed today?

16 A    They weren't followed then.  Like I said, there was

17 always those exceptions.  They are rules.  They are in place.

18 A check and balance, so to say.  That if they pick and chose

19 to kill you for it, to set an example, they will.  But again,

20 all the rules are broken, every day.

21 Q    You said there is a rule about getting permission for

22 your legal and criminal activity.

23        What does that mean?

24 A    Once you become straightened out or, again, even as an

25 associate when you are property of the family, whatever you

1  do, if it's a legitimate business, you have to come in and put

2  it on record, that you have something going.  Maybe there is a

3  guy with the same type business you have.  That may cause a

4  conflict with another family or win you're own family and why

5  have that problem.

6          So you go and you get permission.  They kick it up

7  the ladder and if you get permission on the way down then you

8  could do whatever you want, whether it be criminal, robberies,

9  murders, whatever it is, legitimate business.

10  Q    Was that rule always followed?

11  A    No.

12  Q    Frequently broken?

13  A    Yes.

14  Q    You mentioned there is a rule against committing murders

15  without permission.

16          Is that rule always followed?

17  A    Mostly it is followed.  There are sneak jobs.

18  Q    Are there penalties for violating these rules?

19  A    All death.

20  Q    Are people always killed for violating the rules?

21  A    No; sometimes you get a promotion.

22  Q    How is it determined how strictly to enforce the rules?

23  A    Depends how close you are to the boss.

24  Q    What about whether you are valuable to the boss?

25  A    Yes.  That's what I said, valuable, loyal.

1    Q    Then you get more slack in breaking the rules?

2    A    Absolutely.

3              MR. FARBER:  Objection.

4              THE COURT:  I will allow it.

5    Q    If you are given an order by a superior in organized

6    crime, do you have the ability to disobey that order?

7    A    No.

8    Q    What is the scope of the authority of a boss of an

9    organized crime family?

10   A    Absolute.

11   Q    What is the penalty for disobeying a direct order from a

12   boss?

13   A    Death.

14   Q    One of the oaths you take when you join the family is to

15   commit murder on the boss's order?

16   A    As soon as they pinch your finger, that's the first

17   conspiracy.

18   Q    Must you obey an order to kill?

19   A    Yes; or you will be killed.

20   Q    Did the boss also have the power to order soldiers and

21   associates not to commit murder?

22   A    Yes.  The same rule.  You can't defy the boss's order.  A

23   direct order from the boss, you can't defy.  It would be

24   embarrassing.

25   Q    What would be the penalty for defying an order not to

1  kill someone?

2  A    You could get killed.

3  Q    At your ceremony did they tell you a rule concerning

4  facial hair?

5  A    No.

6  Q    Do you know of any such rule or policy?

7  A    Yes.  There are policies, not rules.  It's not a

8  Cosa Nostra rule.  It's a policy.  Each family has policies.

9  Cosa Nostra has rules.

10         One of the edicts could be, don't deal drugs or

11  facial hair.  But people do grow beards and ponytails and

12  moustaches and things like that.

13  Q    Can you give me a -- an example of a member of organized

14  crime with facial hair?

15  A    The Chin, Vinny the Chin Gigante was the boss of the

16  Genovese Family and he wore a beard for a -- for law

17  enforcement, for cases that he -- he was playing he was crazy

18  so he had these records going -- medical records that he was

19  crazy so he grew like a wild beard at times and walked around.

20  Q    Was Vinny the Chin a stickler for the rules?

21  A    Oh, yeah, he was a stickler for the rules.

22         MS. SHARKEY:  Objection as to relevance.

23         THE COURT:  Overruled.

24  Q    Was there a policy against facial hair in the Genovese

25  Family?

GR      OCR      CM      CRR      CSR

1    A    Yes, there was a policy.

2         But there was a captain also, a guy named Joey Aida

3    who add mustache.  There was other people there.  Guys in that

4    crew had ponytails.

5    Q    So this policy was in effect in the Genovese Family but

6    the boss of the family had a beard?

7    A    Correct.

8    Q    Again, what was the purpose for him growing that beard?

9    A    For law enforcement.  He had a crazy act he was playing.

10   So he was brought into court, like I said, with these records

11   he had, that he was crazy he couldn't stand trial.  So -- that

12   was his way of getting around it.

13   Q    Trying to get away from being prosecuted?

14   A    That's correct.

15   Q    Are there any rules or policies about how disputes with

16   handled within organized crime?

17   A    Yes; they are called sit-downs.

18   Q    What is a sit-down?

19   A    Usually starts with two made members.  If a beef is with

20   an associate, arguing, dispute with an associate, a made

21   member or two made members, two guys get together or more,

22   sit-down and have a discussion.  That's a sit-down.

23   Q    Are there any rules that govern who can participate in

24   sit-downs?

25   A    It depends how -- how lax they could be on the wiseguy

1    sitting down.   Affiliates, just two wiseguys, two goodfellas,

2    the associate could sit with them.

3              But protocol could say we don't want them at the

4    table.   Those two guys could talk.   It depends on the guys.

5    Q    But, for example, could an associate have a sit-down with

6    a captain?

7    A    Absolutely.

8              You can have a sit-down with a boss.

9    Q    Is that the way it is supposed to work?

10   A    It could work.

11             Again, you -- if you are the other person on the

12   side of the beef you say listen, he's an associate.   I'd

13   rather not have many at the table.   They have to respect it.

14   Unless it is coming from the boss.   Then whatever the boss

15   says in your own family, that's what has to be done.

16   Q    Okay.   If they say they don't want an associate on the

17   other side of the table, what can they request?

18   A    Dismiss him.

19   Q    Who comes in their place?

20   A    The soldier that he told him to dismiss his guy.   In

21   other words, the associate comes with a soldier, another

22   soldier sitting there.   He says, I'd rather us discuss it.

23   Dismiss your guy.   He has to respect that.   Unless it comes

24   from the boss.

25   Q    Just to be clear, fair to say the everyone has a right to

1  have it be soldier to soldier at a sit-down or captain to

2  captain?

3  A    Again, when you go up to the next level, that's different

4  protocol.  Captains could even dismiss the soldiers if they

5  want.  The two captains could talk.  Soldier doesn't have a

6  right to talk to the captain unless he wants to.

7  Q    What was going on in your mind during the ceremony while

8  they were reading the rules?

9  A    Hypocrisy and double standards.

10  Q    Can you explain?

11  A    Well, some of the guys that were given the rules about

12  not dealing drugs and could you get killed for it were drug

13  dealers.  Gene Gotti was a major heroin dealer.  He's sitting

14  at the table.

15        You got Pat Conte, an international heroin dealer.

16  He's sitting at the table.

17        You got guys who just killed the boss without

18  permission, they are running the ceremony.

19        So I -- and there are many other things.  Just

20  hypocrisy.

21  Q    So after they finished reading you the rules, what

22  happened next?

23  A    We got up and left twos and threes, went back up to the

24  Ravenite where John Senior was.

25  Q    What happened when you got to the Ravenite?

1  A    We were all first introduced to John Senior as our

2  representant or the boss of the family.  You couldn't be

3  introduced to anybody else but him first and then everybody

4  else.

5  Q    Did you know John Gotti, Senior already?

6  A    Sure.

7  Q    Why did you have to be introduced to him again?

8  A    I am a child in his family right now.  He's the father.

9  Q    Are there any rules about organized crime introductions?

10 A    Yes.

11 Q    Why is that?

12 A    It's secrecy.  It's part of the society.  You can't have

13 an outsider learn about Cosa Nostra, even though the world

14 does know about it.  But the introductions are such as, one

15 made member that knows each of the other two that are going to

16 be introduced, three people, two know each other but don't

17 know each other as members, need a third-party that knows both

18 of them already that was already met Cosa Nostra-wise to

19 introduce them.

20        I'll give you an example.  John, this is Michael.

21        MS. SHARKEY:  Objection.

22        This is a narrative.  Not in response to a question.

23        THE COURT:  You may answer.

24 A    John, this is Michael.  Amica Nostra, friend of ours.

25 Michael this is John.  Amica Nostra.  His boss is John Gotti.

1  Let's say he's from the Chin's family.  His boss is Vinny the

2  Chin.  The one person has already been introduced to both

3  people already prior.

4  Q    The purpose of that rule is to prevent outsiders from

5  infiltrating the family?

6  A    Right.

7         In other words, if I can?  If I am a wiseguy and

8  there is another wiseguy, I know he is straightened out.  I

9  was never introduced to him.  I can't go up to him and say I

10  heard you got straightened out.  Forget about it.  You'd be on

11  the carpet for that, in trouble.

12         (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1   BY MR. BURLINGAME:

2   Q    So, are made members of organized crime allowed to tell

3   nonmembers who is and who is not in Cosa Nostra?

4   A    You're not supposed to, but it's done forever.  That's

5   how I learned.  That's how I learned who was a wiseguy, who

6   was the tough guys, who were the paper lions in the family.  I

7   learned that as an associate, and everybody generally talks

8   about who is who.

9   Q    So, it's typical for an associate to know who is who

10  within the Family?

11  A    Right.

12  Q    Do members and associates of organized crime know about

13  crimes they didn't personally participate in?

14  A    Yes.

15  Q    How?

16           MS. SHARKEY:   Objection.

17           THE COURT:   Overruled.

18  A    Yes.   Through chit-chat.  Gossip.  Like I said, if you

19  are in the inner circle, or somebody wants to put you in the

20  know because they are close.  Like, That guy works for that

21  guy.  That guy, he is a tough guy.  That guy, you can push up

22  on him, maybe.

23           Different things.

24  Q    Does this include talking about murder?

25  A    Oh, yes.

1  Q    Does discussing organized-crime murder violate any rules

2  of Cosa Nostra?

3  A    Yes.  That's probably one of the main rules, besides

4  breaking many, the oath.  That's how I learned about them, was

5  from different members of the life.  That's how we learned

6  about them.  They would tell me who got killed and who killed

7  them.

8  Q    Even though it's against the rules, it happens all the

9  time?

10 A    Yes.  Don't forget, as an associate, at that point,

11 you're asked to do a piece of work.  You're going on a murder,

12 so they have to tell you, you know.  After you get that bond

13 with those guys you just did that with, then most of the time

14 they are free to talk about other things that they did.

15 Q    Why would one member of organized crime tell people about

16 murders they're involved in?

17         MS. SHARKEY:  Objection as to form.

18         THE COURT:  I'll allow it.

19 A    Again, sometimes they want to put you on point about

20 certain guys, what happened policy-wise.  Or just to brag.  A

21 lot of guys got in trouble bragging about murders they

22 shouldn't talk about it.

23 Q    What would be the purpose of bragging about a murder you

24 committed?

25 A    Some people want to show how big they are or how

1  important they are.

2  Q    You testified that one of the rules was that the only way

3  out of the Gambino Family is on a slab.  What does that mean?

4  A    Dead.

5  Q    You can't quit?

6  A    No such thing as quitting.

7  Q    Can't retire?

8  A    No retirement plan in the Mafia.

9  Q    Why is that?

10 A    The way you come in, when you get your fingers pinched is

11 death.  Even myself, like I give you an example.  I'm sitting

12 in this chair cooperating.  I'm still on the books as a member

13 of the Gambino Family.  I am not in the Gambino Family, but

14 they are obligated to keep my name on their books until I'm

15 dead.  That's the only way out.  The only way they can

16 straighten out a guy, if there's 259 guys and 260 is when I

17 die, even though I'm a cooperator.

18 Q    Can a person withdraw from the Gambino Family?

19 A    Same answer.  No.

20 Q    What happens if they try to withdraw?

21 A    Again, depends who you are, see if they could call you

22 in, and you could be killed.

23 Q    Have you ever heard of anyone being able to withdraw?

24 A    No.

25 Q    What would the penalty be for your cooperation?

1  A    Death.

2  Q    Is that a rule that's strictly enforced?

3  A    Yes.

4  Q    If you had not cooperated, any doubt in your mind you

5  would still be active in the Gambino Family?

6  A    Definitely.

7  Q    Why is that?

8  A    I was a member.  I was a captain in the Gambino Family

9  until they broke me.  But I was property of and I will still

10  be active.

11  Q    You couldn't just grow a beard and get out of the family?

12       MR. FARBER:  Objection.

13       THE COURT:  Sustained.

14  Q    How did you feel when you became a made member of the

15  Gambino Family?

16  A    I was proud of it then.

17  Q    How did your life change after you became a soldier in

18  the Gambino Family?

19  A    Now, you can sit down with the people I talk about as an

20  associate that you couldn't.  You couldn't get excused off of

21  that table on beefs.  I was able to interact with other

22  members initially and discuss certain things with them.  They

23  couldn't turn away from me.  Also, I am now an official member

24  of the Gambino Family.  It makes your position stronger with

25  all the other families, and now you are a member, and you are

1    a captain.  They could say, instead of an associate, this is a

2    soldier who is going to go out and do a piece of business.

3    Q    Did you still have to check in with Paulie Zac?

4    A    No.  I went to him for advice.  Now, I had to go to the

5    captain of the crew, which is D'Amico.

6    Q    Did you have to check in with the boss of the family,

7    John Gotti, Sr.

8    A    Yes.

9    Q    Where would you visit them?

10   A    Ravenite Social Club on Mulberry Street, Manhattan.  The

11   Bergen Hunt and Fish out in Queens.  When he came to Brooklyn,

12   I would meet him by Jimmy Brown's club in my neighborhood.

13   Q    Do you know the cross-street for the Ravenite?

14   A    Prince and Mulberry.

15   Q    And that's the place where you testified you went after

16   you were made?

17   A    Correct.

18   Q    Where was the Bergen Hunt and Fish Club?

19   A    101th Avenue in Queens.

20   Q    Do you know the cross-street there?

21   A    99th, 98th.

22   Q    Were there any particular days you had to be at the

23   Bergen Hunt and Fish Club?

24   A    Yes.  At one time, you had to be there Monday to Friday.

25   Q    I'm sorry.  That's Bergen Hunt and Fish Club.

1  A     I'm sorry.  I thought you said the Ravenite.  Bergen

2  Hunt, I will be there every Saturday.

3  Q     And why did you go to the Bergen Hunt and Fish Club every

4  Saturday?

5  A     John wanted some of his closest guys and anybody wanted

6  to come and see him on a Saturday, less casual, and he would

7  have dinner laid out for everybody or lunch, and that was his

8  day.  Like I said, he liked certain people to be there on

9  Saturday.

10  Q     And you testified those certain people were the people

11  who were closest to him?

12  A     Yes.

13  Q     Were there ever special events held at the Ravenite?

14  A     Yes.  John liked the holidays.  We always had a little

15  party for the holidays, whatever holidays it was.

16  Q     Which holidays?

17  A     Christmas, Easter, New Year's, Thanksgiving.  Just about

18  all the big holidays.  His birthday.

19  Q     Who went to those parties?

20  A     Just about everybody left in the street from the Gambino

21  Family, and other families came.

22  Q     You testified you reported to Jackie D'Amico.  Why was

23  that?

24  A     He's my captain now.

25  Q     Can you explain briefly the role that captains have in

1    the Gambino Family?

2    A    Yes.   The captain is -- the official term for captain is

3    capodecina, boss of ten.   He takes care of soldiers in his

4    crew, who then take care of the associates.   If they have an

5    industry to take care of, he does that, garbage or

6    construction, things like that.   And he's obligated to

7    maintain his guys' control and monies and then bring it to the

8    boss.

9    Q    Does the captain have any responsibilities with respect

10   to disagreements or beefs that the soldiers in his crew get

11   involved in?

12   A    Yes.   They would have to go to him to resolve it.   If two

13   soldiers in the same crew had a beef, they would have to go to

14   the captain to resolve it.

15   Q    How often did you report to Jackie D'Amico?

16   A    I seen Jackie almost every day.

17   Q    Did there come a time when you became aware that law

18   enforcement had placed a recording device at the Ravenite?

19   A    Well, we always suspected that the Ravenite was bugged,

20   the whole first floor, the sidewalks, the street.   We had

21   agents there almost every night.

22   Q    Did there come a time when you discovered a different

23   place had been bugged that was not expected?

24   A    Yes.

25   Q    What was that?

1    A     John had an apartment upstairs from the Ravenite, an old

2    woman's apartment.  They used to go up there and talk

3    occasionally.  Not too many people knew about the apartment.

4    When he got arrested, it hit the news the apartment was

5    bugged.

6    Q     Would he speak freely about that apartment?

7    A     Yes, he did.

8    Q     What was the reaction in the news that the apartment

9    upstairs from the Ravenite was bugged?

10   A     A lot of people going to prison.

11   Q     You mentioned John Gotti, Jr. was made in the same

12   ceremony with you.  Is he the son of John Gotti, Sr.?

13   A     Yes, correct.

14   Q     When did you first meet John Gotti, Sr.?

15   A     Late '70s, I believe.

16   Q     What was his position at that time?

17   A     Either an acting captain or a captain.

18   Q     When did you first meet John Gotti, Jr., his son?

19   A     Probably after '86.

20   Q     What was his position at the time?

21   A     He was an associate.

22   Q     Did you continue to see him after you met him?

23   A     Yes.  We hit it off pretty good.

24   Q     Did you become close with him?

25   A     Yes, very close.

1   Q    By the time you were made with him, what was the status

2   of your relationship?

3   A    We were very close.  We interacted a lot, of going out to

4   clubs, dinners, vacations and things like that.

5   Q    I remind you to keep your voice up.

6   A    Okay.

7   Q    Does John Gotti, Jr. have any children?

8   A    Yes.

9   Q    What's your relationship with his son?

10  A    I baptized his son John.  I'm his godfather.

11  Q    Did John Gotti, Jr. know your older son when he was

12  growing up?

13  A    Yes.

14  Q    How did your son refer to him?

15  A    Uncle John.

16  Q    At the time you were made, was there anyone around John

17  Gotti, Jr. who was closer to him than you were?

18  A    I was the closest to John than anybody else.

19  Q    Who were some of the other people who were particularly

20  close with him in the Gambino Family?

21  A    Bobby Boriello.  Michael McLaughlin.  Johnny Alite.

22  Johnny Ruggiero.  Maybe a few others.  I was the closest when

23  he got straightened out.

24  Q    I'm showing you Government's Exhibit 2-EE.

25       Can you tell me who that is.

1  A    John Alite.

2  Q    What was the highest position he attained in the Gambino

3  Family?

4  A    He wasn't Italian, so he was an associate.

5  Q    How would you describe the relationship between John

6  Alite and John Gotti, Jr.?

7  A    John Alite was a childhood friend of John, Jr.'s, and

8  very, very close growing up, and John loved him.

9  Q    Did you spend time together with the two of them?

10 A    Oh, yes.  Restaurants, vacations, other things, yes.

11 Q    Did you attend any Gambino Family events together?

12 A    Weddings, wakes.

13 Q    Are there any rules about attending wakes and weddings,

14 funerals for other members and associates of organized crime?

15 A    When John, Sr. was in the street, if you were free, you

16 were obligated to be there.

17 Q    Is business conducted related to organized crime at these

18 events?

19 A    Yes.  It was an opportune time for guys you normally

20 don't see, maybe from another borough or something like that,

21 to talk with.  Also, there's so many people in a catering hall

22 or restaurant, wherever you are, there's so many voices, you

23 probably don't have to take those walk-talks.

24 Q    Did you attend many Gambino Family wakes and weddings?

25 A    Many.

1  Q    Do you know if the defendant went to many?

2  A    Not as many as me, but he went.

3  Q    Was it common for people who were not Gambino Family

4  members or associates to repeatedly attend Gambino Family

5  wakes and weddings?

6           MS. SHARKEY:   Objection as to form.

7           THE COURT:   You may answer.

8  A    Give it to me again.

9  Q    Sure.   Was it common for people who were not Gambino

10 Family members and associates to go to Gambino Family wakes or

11 weddings over and over and over again?

12 A    No.   Those people are probably just at the event we

13 attended, would be for their event, and we would go to

14 different wakes or weddings after that.

15 Q    So, a civilian wouldn't go to fifteen, twenty Gambino

16 Family wakes and weddings?

17 A    No, unless you are an associate or soldier and up.

18 Q    Did it help your standing in the family to follow the

19 rules concerning wakes and weddings?

20 A    Yes.   John liked that.

21 Q    Did you ever talk with John Gotti, Jr. about John Alite?

22 A    Yes.

23 Q    What would he say about Alite?

24 A    Very capable kid, tough kid.   Very loyal to John.

25 Q    What does that mean to be capable and tough?

1  A    Capable of committing murder.

2  Q    Do you know if Alite was involved in criminal activity

3  with John Gotti, Jr.?

4  A    Yes.

5  Q    What kinds?

6  A    They ran the valet service in Florida and in New York, I

7  believe.  Did some obstruction of justice with a jury.

8  Q    When you say "obstruction of justice with a jury," can

9  you clarify that a bit?

10 A    Yes.

11      Going back to the Gene Gotti trial, there was a hung

12 jury in one of the cases, and Alite, myself, Junior Gotti and

13 Carmine Agnello had a meeting one night out in Queens, and we

14 were discussing how it was going to be handled, because

15 Carmine Agnello, John's brother-in-law, got called into the

16 grand jury.  And a decision was made that he would go in the

17 grand jury, and because he got immunity, which they couldn't

18 prosecute him for anything, he said, he would go in there and

19 say he was the blame for everything.  He took the all blame,

20 because he couldn't be prosecuted.  That was one of the things

21 I had done with Alite and John and Carmine.

22 Q    Did you have an understanding as to who was involved in

23 that jury tampering?

24 A    Yes, John, Jr., Carmine and John Alite.

25 Q    I'm showing you Government's Exhibit 2-DD.  Who is that?

1    A    Carmine Agnello.

2    Q    And I'm showing you Government's Exhibit 2-X.  Can you

3    tell me who that is?

4    A    Johnny Ruggiero.

5    Q    What's the highest rank that Carmine Agnello reached in

6    the Gambino Family?

7    A    Soldier.

8    Q    Does he have a nickname?

9    A    Carmine Agnello?

10   Q    Yes.

11   A    No.  Not that I remember.

12   Q    What about John Ruggiero?

13   A    Johnny Boy.  I approached him at one time.  He was with

14   John Jr., close.  But I proposed him.  John didn't want to

15   propose him.  He had a drinking problem, so he said, You

16   propose him.  So, I did.

17   Q    Did he become a made member?

18   A    Not when I was in the street.

19   Q    Was he a valued Gambino Family associate?

20   A    Yes.  That was Andrew Ruggiero's son.

21         Junior and Johnny Boy grew up together and very

22   close to John.

23   Q    He was not shunned by the Gambino Family because of his

24   family?

25   A    John got mad at him at times.  Still had him around.

1  Tried to help him along.  I suggested to John he's so close to

2  him, I would propose him.  He said, You propose him.  You take

3  him.

4  Q    Did there come a time when John Alite and John Gotti, Jr.

5  stopped being so close?

6  A    Yes.

7  Q    When was that?

8  A    Early '90s sometime.

9  Q    Do you know why?

10 A    Yes.  John said he may have had a case coming out of

11 somewhere to do with drugs.  He might have been arrested or

12 getting arrested, something with drugs somewhere, and John

13 told him to stay away.

14 Q    When you told "him," which John?

15 A    John, Jr. told John Alite to stay away, chased him.

16 Q    In addition to John Gotti, Jr., who else did you become

17 close with at the time that you were made?

18 A    Boriello.

19 Q    And how did you become close with Bobby Boriello?

20 A    John, Bobby and I used to go out a lot together.  Every

21 time we were together.  When his father used to go to Ravenite

22 and play cards, we would stay around, and like I said, we

23 interacted a lot together.

24 Q    What crew was Bobby Boriello in when he was first made?

25 A    Gene Gotti.

1    Q    What about John Gotti, Jr.?

2    A    Gene Gotti.

3    Q    I'm showing you Government's Exhibit 2-XX.  Can you

4    identify that person?

5    A    Gene Gotti.

6    Q    What's the highest position he attained in the Gambino

7    Family?

8    A    He was a captain.

9    Q    Did there come a time when John Gotti, Jr. was made a

10   captain?

11   A    Yes.

12   Q    When did that happen?

13   A    Mid-'90s.

14   Q    When he became a captain, who was in his crew?

15   A    Boriello was put in his crew.  Later on, Fat Dom

16   Borghese.  Charles Carneglia.  Jackie Cavallo.  Tommy

17   Cacciopoli.  His brother-in-law Carmine.

18   Q    I'm showing you Government's Exhibit 2-B.  Who is that?

19   A    Cacciopoli.

20   Q    Does he have a nickname?

21   A    Tommy Sneakers.

22   Q    What's the highest rank he attained in the Gambino

23   Family?

24   A    Captain.

25   Q    I'm showing you Government's Exhibit 2-E.  Can you tell

1  me who that is?

2  A    Jackie Cavallo.

3  Q    What's the highest rank he attained in the Gambino

4  Family?

5  A    Captain.

6  Q    Showing you Government's Exhibit 2-C-2.  Can you tell me

7  who that is?

8  A    Charles Carneglia.

9  Q    What's the highest rank he attained in the Gambino

10 Family?

11 A    Soldier.

12 Q    Showing you Government's Exhibit 2-C-1.  Can you tell me

13 who that is?

14 A    Charles, Charles Carneglia.

15 Q    How was it that John Gotti, Jr. ended up with those guys

16 in his crew that you just mentioned?

17       MS. SHARKEY:   Objection, foundation.

18       THE COURT:   Overruled.

19 A    John's father wanted to put -- insulate John, Jr. and put

20 tough guys around him, so they can protect him and guys very

21 loyal.

22 Q    How do you know this?

23 A    D'Amico, Jr.  Jackie D'Amico.  John, Jr.

24 Q    They told you?

25 A    Yes.

1  Q    What was Jackie D'Amico's relationship with John Gotti,

2  Sr.?

3  A    He was his driver, a captain, of course.  And very good

4  friends with John, Sr.

5  Q    Did you ever talk with John Gotti, Sr. about the

6  defendant?

7  A    No.

8  Q    Did you ever talk with John Gotti, Jr. about the

9  defendant?

10  A    Yes.

11  Q    What did he say about him?

12        MS. SHARKEY:   Objection.

13        THE COURT:   No.   You have to give me context.

14  Q    During the course of Gambino Family discussions about

15  Gambino Family members, associates, Gambino Family activities,

16  with John Gotti, Jr., did you ever discuss the defendant?

17  A    Yes.

18  Q    What did he tell you about him?

19        MS. SHARKEY:   Objection.

20        THE COURT:   Sustained.   Context shows that it comes

21  within an exception.

22  Q    Is it important in the Gambino Family to be aware of the

23  rank of other members?

24  A    Yes.

25  Q    Is it important to be aware of what their criminal

1  capabilities are?

2  A    Yes.

3  Q    Did you ever discuss the criminal capabilities of the

4  defendant with John Gotti, Jr.?

5  A    Yes.

6  Q    What did he tell you?

7            MS. SHARKEY:   Objection.

8            THE COURT:   When?  Where?  Who was present?

9  Q    When did these discussions take place?

10 A    I would say after '88, I guess, late '90, that time

11 frame.

12 Q    This is when you were close with John Gotti, Jr.?

13 A    Yes.

14 Q    And did you have one or multiple discussions about the

15 defendant?

16 A    Probably multiple over the years going to '98.

17 Q    And what would John Gotti, Jr. tell you about the

18 defendant?

19            MS. SHARKEY:   Objection.

20            THE COURT:   You have to be more specific.

21 Q    Was it important to you, as a member of the Gambino

22 Family, to understand the defendant's role in the Gambino

23 Family?

24 A    Yes.  His and others, sure.

25 Q    And in that context, did you have conversations with John

1  Gotti, Jr. about the defendant?

2  A    Yes.

3  Q    And John Gotti, Jr. was also a member of the Gambino

4  Family?

5  A    Correct.

6  Q    Was it important to him to know what information you

7  possessed about other members?

8  A    Yes.

9  Q    Was it important to know who the killers in the family

10 were?

11 A    Yes.

12 Q    Did he tell you about the defendant?

13 A    Yes.

14 Q    What did he tell you?

15       MS. SHARKEY:   Objection.

16       THE COURT:   Overruled.

17 A    He said that Charles is very loyal and a killer, along

18 with the rest of the guys.

19 Q    Did he tell you any nicknames for Charles?

20 A    They used to call him Crazy Charles.

21 Q    Up until the time his father put him under John Gotti,

22 Jr., who else -- do you know who else the defendant had been

23 under?

24 A    John Gotti, Sr., I believe, going way back.  His brother

25 John Carneglia.  Gene Gotti.  I believe Pete for a very little

1    time, and then Junior.

2    Q    Showing you Government's Exhibit 2-Q.  Who is that?

3    A    Pete Gotti.

4    Q    Do you know of a nickname for him?

5    A    No.

6    Q    What was the highest rank he attained in the Gambino

7    Family?

8    A    He was the boss.

9    Q    You testified that the defendant's brother John Carneglia

10   was also a made member of the Gambino Family.  Whose crew was

11   he in?

12   A    John Gotti, Sr.

13   Q    Who was Louis DiBono?

14   A    He was a soldier in the Gambino Family with Patsy Conte.

15   He was a captain.

16   Q    I'm showing you Government's Exhibit 2-SS.  Can you tell

17   me who that is?

18   A    Louis DiBono.

19   Q    I'm showing you Government's Exhibit 30.  Can you tell me

20   who that is?

21   A    Louis.

22   Q    What was the highest rank in the Gambino family Louis

23   DiBono attained?

24   A    He was a soldier.

25   Q    Is Louis DiBono alive or dead?

1    A    Dead.

2    Q    Do you know when he died?

3    A    I think in late '90.

4    Q    Do you know how he died?

5    A    Shot dead.

6    Q    Do you know where he was killed?

7    A    World Trade Center.

8    Q    Did you know, before Louis DiBono was murdered, that he

9    would be murdered?

10   A    No.

11   Q    How did you first learn that he was murdered?

12   A    I heard it on the news or read it or both.

13   Q    After the murder, did you learn who did it?

14        MS. SHARKEY:   Objection, lack of foundation.

15        THE COURT:   You may answer it.   Just answer that

16   question yes or no.

17   A    Yes.

18   Q    How did you first learn who was responsible for the

19   murder?

20   A    I don't know if Gravano told me first or Boriello told me

21   first.   I'm not sure who told me first.

22   Q    You testified previously those are both high-ranking

23   members of the Gambino Family?

24   A    Yes.

25   Q    What did Bobby Boriello tell you about the murder of

1    Louis DiBono?

2                 MS. SHARKEY:   Objection.

3                 THE COURT:   When?  Where?  Who was present, and the

4    circumstances.

5    A     With Boriello --

6                 THE COURT:   No.  I'm directing my request not to

7    you, but to counsel.

8                 THE WITNESS:   Okay.

9    Q     When you discussed the murder of Louis DiBono with Bobby

10   Boriello, approximately when did that take place?

11   A     Probably about '91, I would guess, '90, '91.

12   Q     You testified the murder took place in late 1990?

13   A     Yes.

14   Q     Who was present for the conversation?

15   A     Just Bobby and I.

16   Q     You testified Bobby was a fellow member of the Gambino

17   Family?

18   A     Yes.

19   Q     Did you share information with him about Gambino Family

20   crimes?

21   A     Oh, yes.

22   Q     Was that important to your ability to operate in the

23   Gambino Family?

24   A     No.  It was just something that Bobby and I -- he wanted

25   to share with me.  It was not the first time he told me about

1   things.

2   Q    You testified previously that knowing about other members

3   and the sorts of activities they committed is important to you

4   being able to perform your duties as a made member of the

5   Gambino Family; is that correct?

6             MS. SHARKEY:   Objection as to leading.

7             THE COURT:   Overruled.

8             You may answer.

9   A    Yes.   Not that whatever he told me was going to help me

10  in the Gambino Family.   It was just that he was just sharing a

11  bit of information about himself and Charles.

12            (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1   BY MR. BURLINGAME:

2   Q    And that information is something that Gambino family

3   members shared with each other frequently, correct?

4   A    If you were close enough, yes.

5   Q    And that's the sort of information that was important for

6   you to know about other members in order to be able to keep

7   your finger on the pulse of the family?

8   A    Like I said, not really.  It's not important for me to

9   know.  It's just like Bobby, like I said, my relationship was

10  such that he just shared it with me, that him and Charles did

11  the work.

12          MS. SHARKEY:  Objection.  Move to strike.

13          THE COURT:  You don't want that stricken.  You want

14  that in.

15          Proceed.

16  Q    What did Bobby Boriello tell you about the murder of

17  Louie DiBono?

18  A    That Charles and him did it.

19          MS. SHARKEY:  Objection.

20          THE COURT:  Sustained.  Strike it.

21  Q    You said that you had the conversation with Bobby

22  Boriello in 1991 concerning the Louie DiBono murder?

23  A    '90, '91.  Bobby was killed April 13th of '91, so it's

24  between the murder and that, whenever the murder was.

25  Q    So fair to say it was fairly soon after the murder?

1    A    Somewhat, yeah.

2    Q    Do you remember where this conversation took place?

3    A    No, I don't.

4    Q    Do you remember you were alone with him?

5    A    Yes.

6    Q    And do you remember the specifics of the conversation?

7    A    No.

8    Q    Do you remember what he told you about who committed the

9    murder?

10   A    Yes.

11        MS. SHARKEY:   Objection.

12   A    He specifically said --

13        THE COURT:   No.   That's enough.

14   Q    Without saying who, do you remember what he told you

15   about who committed the murder?

16        MS. SHARKEY:   Objection.

17        THE COURT:   Sustained.

18   Q    As a member of the Gambino family, would you frequently

19   talk about Gambino family crimes with other members?

20   A    Yes.

21   Q    Is there any Gambino family purpose to having such

22   conversations?

23   A    Yes.

24   Q    Can you explain that purpose.

25   A    Like I said earlier, it enlightens you on certain

1  people's roles and definition in the family.  A lot of times

2  it's a relationship that you have with a soldier and an

3  associate that he shares information, and like I said, I was

4  very close with Boriello.

5  Q    Is information a valuable commodity in the Gambino

6  family, to know who is doing what?

7  A    Yes.

8  Q    Is that part of you being an effective member of that

9  criminal enterprise, to acquire information about what others

10  in the enterprise are doing, how the enterprise is

11  functioning?

12  A    Yes.

13  Q    What did Bobby Boriello tell you about the murder of

14  Louie DiBono?

15                MS. SHARKEY:  Objection.

16                THE COURT:  Sustained.

17                What was your position in the family at that point?

18                THE WITNESS:  I was a soldier, Judge.

19                THE COURT:  For how long?

20                THE WITNESS:  I got straightened out in December

21  '88.

22                THE COURT:  So you were a soldier for about three

23  years?

24                THE WITNESS:  About a year and change, two years and

25  change.

1          THE COURT:   What was Boriello's position?

2          THE WITNESS:   He was a soldier.

3          THE COURT:   For how long?

4          THE WITNESS:   Bobby got straightened out I believe

5     in 86, early '86.

6          THE COURT:   Were you and he under the same captain

7     as the defendant?

8          THE WITNESS:   No.

9          THE COURT:   Sustained.

10    BY MR. BURLINGAME:

11    Q    You said you also talked to Sammy Gravano about the

12    murder of Louie DiBono?

13    A    That's correct.

14    Q    Do you remember when that conversation took place?

15    A    Probably around the same time frame, a little -- maybe a

16    little shorter.

17    Q    Do you remember who was present?

18    A    Just me and Gravano.

19    Q    What was Gravano's position in the family at the time?

20    A    He was the underboss.

21    Q    So was the defendant a member or associate of the family

22    at that time?

23    A    Yes.

24    Q    Would he have to answer orders from Sammy Gravano?

25    A    Yes.

1   Q    That same relationship that you explained about, about

2   the exchange of information between members of the Gambino

3   family, would that apply to your relationship with Sammy

4   Gravano?

5   A    I knew Sammy since I was 12-years-old so --

6   Q    I'm talking about the importance of information in

7   organized crime, that it would be important for you to know

8   what Sammy Gravano -- to obtain information from Sammy

9   Gravano?

10  A    Yes, if he was going to tell me I was going to listen.

11  Q    And having information about Gambino family crimes was

12  something that was important to you being able to operate as a

13  member of the Gambino family?

14  A    Yes.

15  Q    Can you tell me what Sammy Gravano said about the murder

16  of Louie DiBono?

17           MS. SHARKEY:  Objection.

18           THE COURT:  I want much more specificity with

19  respect to when, where and circumstances.

20  Q    Do you remember precisely when you talked to Sammy

21  Gravano about the murder of Louie DiBono?

22  A    Yes, Sammy was arrested somewhere middle of December of

23  '90, and the murder took place in the middle to late '90, so

24  it was a short period of time.

25  Q    And do you remember where the conversation took place?

1  A    I think it was in Brooklyn, on Stillwell Avenue.

2  Q    Do you remember who was present?

3  A    Him and I.

4        THE COURT:  Excuse me.  In Brooklyn, Stillwell

5  Avenue doesn't satisfy me.

6        THE WITNESS:  Sammy had an office --

7        THE COURT:  I'm not talking to you, sir.  When I am

8  I will direct my question to you.

9        I want you to be very specific about this.  As I

10 understand it, this defendant is charged with committing this

11 murder, correct?

12       MR. BURLINGAME:  Correct, Judge.

13       THE COURT:  I want specificity with respect to the

14 rule I take it you're relying upon.  I don't want hearsay on

15 hearsay and idle gossip.

16       This constitutes critical evidence on a major

17 charge.  I take it that this witness and the defendant were

18 both under the same underboss; is that correct?

19       MR. BURLINGAME:  Yes, Judge.

20       THE COURT:  Ask that question and then be very

21 specific about the circumstances or it's not coming in.

22       Excuse me, ladies and gentlemen.  You know I have no

23 interest in the outcome of the case, I don't.  I just want to

24 make sure that the trial proceeds according to law and due

25 process and that's why I direct my requests and rule and

1   overrule, and it doesn't affect your decision at all.

2          Is that clear?

3          Again, I tell you, the fact that a question is asked

4   and is not answered or I strike it, that doesn't have any

5   relevance at all to the case.

6   Q    Were you and Sammy Gravano -- were you and the defendant

7   both under the same underboss?

8   A    Yes.

9   Q    Who was that underboss?

10  A    Sammy Gravano.

11  Q    Can you tell me with as much specificity as possible

12  where this conversation took place with Sammy Gravano?

13  A    Yes.  I believe it was by his office on Stillwell Avenue

14  in Brooklyn.  We took a walk.

15  Q    So you did -- this is a walk-talk that you talked about

16  earlier?

17  A    Yes.

18  Q    So rather than talking in his office on Stillwell Avenue

19  you did a walk-talk?

20  A    Right.

21  Q    Okay.  And as specifically as you can remember, when did

22  this conversation take place?

23  A    Like I said, it had to be before mid-December of '90 and

24  when DiBono got killed, which is mid-to-late '90.  So a short

25  period of time.

1   Q    And again, it was just you and Sammy Gravano?

2   A    Yes.

3   Q    You had a walk-talk outside of his office?

4   A    Right.

5   Q    You were both under Gravano?

6   A    Gravano was there, me and Gravano.

7   Q    You and the defendant were both under Gravano?

8   A    Right.

9         THE COURT:  Why were they meeting?

10        THE WITNESS:  I was --

11        THE COURT:  Excuse me.  I'm not talking to you.

12        THE WITNESS:  Sorry, Judge.

13  Q    Why were you meeting?

14  A    I frequently would go see Sammy there at his office.  It

15  was called Maritime Construction.

16  Q    Were those part of your obligations as a made member of

17  the Gambino family?

18  A    No, Sammy was at that office in the daytime and I would

19  go see him, that was his base.

20  Q    Was is valuable for you to have a relationship with the

21  underboss of the Gambino family, as a member of the Gambino

22  family?

23  A    Like I said, it was an ongoing relationship.

24  Q    Did it increase your status in the family that you had a

25  close relationship with the underboss in the family?

A    Absolutely.

MR. BURLINGAME:  Sufficient foundation, Judge?

THE COURT:  Not for me.  Unless you're going to be able to be specific about the reason the conversation took place, under the rules, or the particular rule that I think we are both thinking of, I'm not allowing it in.

It is hearsay and it's too thin at this stage, particularly for a conversation that took place 19 years ago, apparently.

Q    Do you have a clear recollection of the conversation?

A    Of the conversation?  Yeah, the contents, yes.

Q    Is it fair to say that when someone tells you about a murder that's information you remember clearly?

MS. SHARKEY:  Objection.

THE COURT:  I will allow it.

A    Yes.

Q    Do you have a specific recollection of the conversation you had with him?

A    Yes.

Q    In your mind's eye, do you remember him telling you about the DiBono murder?

A    Yes.

THE COURT:  I want the whole conversation, when he got there, why he was there, why they were taking a walk-talk, what they said, everything about it without mentioning the

1  name of any alleged murderer.

2       MR. BURLINGAME: We'll come back to it on Monday,

3  Judge.

4       THE COURT:  Yes.

5  Q   When did you first hear about the defendant and his

6  brother?

7       MS. SHARKEY:  Objection.

8       THE COURT:  Overruled.

9  A   I believe the early eighties.

10  Q   Who told you about them?

11  A   Paulie Zac.

12  Q   This is the individual you were under for ten years?

13  A   Yes.

14  Q   You were very close to him?

15  A   Yes.

16  Q   What did he tell you about the Carneglia brothers?

17  A   They were tough guys.

18  Q   What does it mean to be a tough guy in organized crime?

19  A   He referred to them as killers.  They were the guys that

20  did the work with John.

21  Q   Did there come a point when you began to learn more about

22  the Carneglias?

23  A   Yes, after '86, I believe.

24  Q   Why did you learn more about them at that time?

25  A   I had --

1    MS. SHARKEY:  Objection to form.  Vague.

2    THE COURT:  Not why, but the circumstances.

3    Q    You testified you began to learn more about the

4    Carneglias in 1986.  Can you explain?

5    A    Yes.  Now --

6    MS. SHARKEY:  Same objection.

7    THE COURT:  Overruled.

8    A    John Gotti Senior had just taken over, and he was the

9    boss, and I never really met any guys from Queens.  So now my

10   interacting with different people in the family through

11   weddings, wakes and such, and going by social clubs, I started

12   to hear the name Carneglia more, among many other names I

13   never heard before.

14   Q    When did you first meet the defendant?

15   A    '86 -- 86, '87.

16   Q    At the time of the DiBono murder in 1990, how frequently

17   did you see the defendant?

18   A    Probably around once a week.

19   Q    Where would you see him?

20   A    Either at the Ravenite or Bergin Hunt and Fish on

21   Saturdays by John's.

22   Q    Those were the John Gotti Senior's two social clubs?

23   A    Right.

24   Q    Which club did you see him at more frequently?

25   A    Probably the Bergin Hunt and Fish.

1   Q   Did you know him to be a guy would hung around social

2   clubs a lot?

3   A   No.  Charles didn't hang around too much.

4   Q   Who did you see the defendant with when you saw him?

5   A   Usually when he got there he was with either Tommy

6   Sneakers or Jackie Cavallo, both.

7   Q   Tommy Sneakers is who, what's his last name?

8   A   Cacciopoli.

9   Q   What was the defendant like when you saw him?

10  A   Calm, jovial.

11  Q   Did he usually arrive with others?

12  A   I believe Charles used to come and leave by himself most

13  of the time.

14  Q   Do you know if the defendant had any businesses?

15  A   I believe he's partners with his brother in the junk yard

16  business.

17  Q   Do you know someone named Kevin McMahon?

18  A   Yes.

19  Q   Who is he?

20  A   He was an associate of the Carneglias.

21  Q   Where would you see him?

22  A   I would see him by the Bergen or by Richie's club, which

23  was around the corner from the Bergin.

24  Q   How would you describe him?

25  A   A goofy kid.

1    Q    Can you give me an example of what you mean by goofy?

2    A    Yeah, he would do stupid things, like when the FBI was

3    sitting up the block, he would run out, yell at them, curse

4    them, grab his crotch.  He tried to tape them at one point, I

5    understand, Junior told me that.  Just a goofy kid.

6    Q    I'm showing you what is in evidence as Government

7    Exhibit 2 T.  Who is that?

8    A    That's him, McMahon.

9    Q    What was the highest position he attained in the Gambino

10   family?

11   A    Associate.

12   Q    Did you see McMahon with the defendant often?

13   A    More times than not.  He used to come by himself by

14   Richie's club or by the Bergin, but most of the times Charles

15   was around.

16   Q    What about the defendant's brother John Carneglia, did

17   you see him with McMahon?

18   A    Very rare.

19   Q    Do you know how long McMahon had been around the

20   defendant and his brother?

21   A    I don't know that answer.  I don't know how long.  It's

22   got to be as long as probably '86, '87.  I don't remember even

23   seeing McMahon in '86, so maybe '87 or '88.

24   Q    So around the time you met them is when you first knew

25   him to be with them?

1    A    Yeah.

2         MS. SHARKEY:  Objection.  That's not the witness'

3    answer.

4         THE COURT:  I will allow it.

5    Q    You testified he was a goofy kid.  Do you know what the

6    Carneglias kept him around?

7    A    No idea.

8    Q    Was the defendant frequently with his brother John?

9    A    With John Carneglia?

10   Q    Yes.

11   A    Like I said earlier, very rarely because I didn't really

12   see John Carneglia that much.

13   Q    What was John Carneglia's reputation within the Gambino

14   family?

15   A    He was a tough guy.

16   Q    What does that mean?

17   A    He was capable of doing work, murders.

18   Q    What happened to him?

19   A    He went to jail for heroin dealing.

20   Q    Do you know how many trials John Carneglia had before he

21   was incarcerated?

22   A    Two.

23   Q    Do you know why?

24        MS. SHARKEY:  Objection.

25        THE COURT:  I don't understand the question, do you

1   know why?

2   Q    Do you know why he had a second trial?

3             MS. SHARKEY:   Objection.

4             THE COURT:   He was convicted once, is that what

5   you're trying --

6             MR. BURLINGAME:   I'll ask the question differently.

7   Q    Do you know if there was jury tampering in either of his

8   cases?

9             MS. SHARKEY:   Objection.

10            THE COURT:   Sustained.

11  Q    You testified earlier that you had a discussion with

12  Carmine Agnello, John Gotti Junior and John Alite about jury

13  tampering in connection with Carmine Agnello's grand jury

14  testimony that arose out of some jury tampering.

15            Did the case that was involved in that jury

16  tampering, did that involve the defendant's brother?

17  A    Yes.

18            MS. SHARKEY:   Objection.

19            THE COURT:   Sustained.   Strike it.

20  Q    You testified you saw the defendant about once a week.

21  Did there come a point in time when you stopped seeing him so

22  frequently?

23  A    Yes, after Gotti Junior was arrested in '98.

24  Q    Why did Gotti Junior's arrest in '98 cause you to stop

25  seeing the defendant so frequently?

1      MS. SHARKEY:  Objection as to form.

2      THE COURT:  I will allow it.

3   A    Junior was arrested and initially he didn't get bail,

4   meaning Junior, and I didn't go out to Queens anymore.  I

5   would meet Pete later on at other places.  I never went out to

6   Queens.  Very, very rarely I went out to Queens.

7   Q    Who was Pete?

8   A    Peter Gotti.

9   Q    What was his position after John Gotti Junior was

10  arrested?

11  A    He was a captain on the committee.  Then by about mid-98

12  he became the acting boss.

13  Q    Did you ever hear about the defendant renouncing his

14  membership in the Gambino family?

15  A    No.

16      MS. SHARKEY:  Objection.

17      THE COURT:  I will allow that.

18  A    No.

19  Q    Would it be possible for him to get out of the family?

20      MS. SHARKEY:  Objection.

21      THE COURT:  Sustained, in that form.

22  Q    Based on your understanding of the Gambino family rules,

23  would it be possible for any member of the Gambino family to

24  get out of the family?

25      MS. SHARKEY:  Objection.

1    THE COURT:  Develop with more specificity where he

2  might have learned about the problem of exiting the gang.

3  Q    When you were inducted into the Gambino family, you

4  testified that you were told that there was only one way out,

5  on a slab.  What did you understand that to mean?

6  A    Can't be more clear than that.  That.

7  Q    What does it mean to be shelved?

8  A    If you're a soldier, a captain or maybe somebody in

9  administration, and the administration tells you that you did

10  something wrong and they say that you're broken, you're on a

11  shelf.  They take all your power from you.  You're not that

12  wiseguy no are more.  You're sort of a nonentity, or

13  disenfranchised from the family.  Your property of the family

14  but you have no power, zero.

15  Q    As a captain in the Gambino family, is it important for

16  you to understand who are members in the Gambino family who

17  are shelved?

18  A    Yes.

19  Q    Did you ever hear about the defendant getting shelved?

20       MS. SHARKEY:  Objection.

21       THE COURT:  I will allow it.

22  A    No.

23       THE COURT:  This is up to what period?

24  Q    When did you begin cooperating with the government?

25  A    November of '02.

1  Q    Up until that time had you ever heard about the defendant

2  being shelved?

3  A    No.

4  Q    Did the defendant have respect within the Gambino family?

5  A    Yes.

6  Q    Where did that respect come from?

7  A    His loyalty to the Gottis and his capabilities.

8         THE COURT:   That again is prior to 2002?

9         MR. BURLINGAME:   I'm sorry?

10         THE COURT:   Is that again prior to 2002?

11  Q    Is it fair to say that all your knowledge of the Gambino

12  family comes from the period before you began cooperating?

13  A    Absolutely.

14  Q    So in the period before you began cooperating -- when in

15  2002 did you begin cooperating?

16  A    I believe it was November.

17  Q    So prior to November 2002 did the defendant have respect

18  within the Gambino family?

19  A    Yes.

20  Q    Where did that respect come from?

21         MS. SHARKEY:   Objection to form.

22         THE COURT:   I don't understand the question.

23  Q    What was your understanding as to why he was a respected

24  member of the Gambino family?

25         MS. SHARKEY:   Objection.

1    THE COURT:  I don't understand.  If he was a member

2  of the crime family that entailed respect.  I don't understand

3  your line of questioning --

4  Q    What was the --

5    THE COURT:  -- as I understand it.

6    You understand, ladies and gentlemen, I don't know

7  anymore about this case than you do.  I'm trying to direct the

8  questioning in a way that will be useful.

9    MR. BURLINGAME:  Sorry, Judge.  I can ask a better

10 question.

11 Q    Did you have an understanding as to the defendant's value

12 within the Gambino family?

13 A    Yes.  He was very loyal to the Gottis, and a worker.

14 Q    When you say he was a worker, what does that mean?

15    MS. SHARKEY:  Objection.

16    THE COURT:  I will allow it.

17 A    He did the murders.

18 Q    To your knowledge, did other members of the Gambino

19 family fear him?

20    MS. SHARKEY:  Objection.

21    THE COURT:  I will permit it.

22    MR. BURLINGAME: Sorry, Judge?

23    THE COURT:  You may ask it.

24 Q    To your knowledge, did other members of the Gambino

25 family fear the defendant?

A    Yes.   Anybody that does work you have a certain respect

that comes above regular wiseguy respect.

Q    Are you aware of a particular instance in which the

defendant thought that he would be killed?

A    Yes.

          THE COURT:  I think we'll break now.  The roads are

still quite slippery in some places so be very careful.  There

is going to be some black ice.  Good night.  Be here 9:30

Monday.

          (Jury excused.)

          THE COURT:  Remove the witness, please, at your

earliest convenience.

          (Witness leaves the courtroom.)

          THE COURT:  Sit down everybody.

          What evidence are you going to have that is solid

about the killing of Louie DiBono?

          This is a murder conviction that you're seeking that

goes back almost 20 years.  I cannot allow a murder conviction

to rest on idle talk among -- I say idle not to denigrate the

talk but to characterize what I heard up to now among people

in this alleged gang.

          (Continued next page)

1      THE COURT:   (Continuing)

2      What do you have that's hard, besides this kind of

3 palaver?

4      MR. BURLINGAME:   Judge, we have the testimony of

5 one -- a later cooperating witness who will put -- who was on

6 the murder of Louis DiBono with the defendant and saw the

7 defendant shoot Louis DiBono four times in the head.

8      THE COURT:   Okay.   That seems to me to be

9 straightforward evidence.

10      MR. BURLINGAME:   Exactly.

11      So this witness can provide testimony that he heard

12 from other members of the Gambino Family about the people who

13 were on that hit, who did the shooting, why the shooting took

14 place, which is all information that is important for him to

15 know as a member of the family.

16      THE COURT:   I didn't see that up until now, why it

17 is important for him to know that.

18      MR. BURLINGAME:   He testified --

19      THE COURT:   He already has told us that he was

20 meeting with these people and talking about this, not because

21 it was particularly important but because they were having

22 general discussions.

23      MR. BURLINGAME:   Judge, we would like to brief it.

24 But the basic --

25      THE COURT:   Yes.   I think you'd better brief it.   I

1  want to know exactly what you are going to rely on.

2  I think I know some of the Second Circuit decisions

3  and I think I know some of the Rules of Evidence that you are

4  relying on and some of the cases.  I have allowed a good deal

5  of this kind of evidence to come in and written on it.

6  But we are now dealing with a murder and I want

7  something harder than material that is bruited among these

8  alleged gangsters.

9  MR. BURLINGAME:  Correct, Judge.

10  I mean, I -- and we will -- thank you for the

11  opportunity to brief it.

12  But the short answer is, that I think once

13  the -- the foundation was laid, that the defendant testified

14  that information was a valuable commodity towards him carrying

15  other his duties in the Gambino Family --

16  THE COURT:  Certainly, it is.  It is generally.  I

17  have allowed you to go pretty far, that he was a tough guy and

18  that he was a worker, meaning that he carried out, perhaps,

19  murders but certainly aggressive acts towards others.

20  But beyond that, why was it necessary for him to

21  know about this particular murder?

22  MR. BURLINGAME:  But the -- with respect, Judge, I

23  don't believe that's the standard.  I think the standard is

24  whether or not it is in furtherance of the conspiracy.  If

25  they are all -- all of the people involved in these

discussions and the defendant are part of the same conspiracy,

and information is valuable to the goals of the conspiracy,

then the hearsay comes in.  I think the law is quite clear on

that.

THE COURT:  I understand that.  I understand the

cases on it.

But we are dealing with a homicide that is 20 years

old and we know, and I suppose it will be elicited at some

point in the trial, that these mobsters are gossips.

MR. BURLINGAME:  It will, Judge.  In fact, I think

it's already been elicited.

With respect, I believe the fact that the murder is

20 years old goes to the weight that the jury should give the

evidence, not to whether or not it is admissible in the first

place.

THE COURT:  No.

MR. BURLINGAME:  If it qualifies under the rule, it

qualifies under the rule.

THE COURT:  That isn't so.  The Rule 403 is always

available to me, whether it technically comes within the rule

or not.  I don't see that this kind of evidence hanging in the

air, hearsay evidence, has enough probative force to overcome

my Rule 403 qualms.

I suggest you brief, very thoroughly --

MR. BURLINGAME:  We will.

1          THE COURT:  -- how you expect to prove that this

2   defendant killed Louis DiBono.

3          MR. BURLINGAME:  Of course, Judge.

4          THE COURT:  Then I will take it all into account.

5   But up to now, I have not been satisfied by what you have

6   done.  I don't say this critically.  It is a difficult case,

7   for everybody.

8          But I am going to insist upon briefing.  When are

9   you going to get your brief in on this?

10         MR. BURLINGAME:  We can -- when would Your Honor

11  like it?

12         THE COURT:  In about five minutes.

13         MS. SHARKEY:  We'd like to respond.

14         THE COURT:  I will take what you can give me.

15         MR. BURLINGAME:  At the end of the day tomorrow, be

16  sufficient?

17         THE COURT:  I don't want to push you; but that seems

18  sensible.  The end of the day tomorrow, and we will meet on it

19  at 9:00 o'clock Monday.

20         MR. BURLINGAME:  Judge, just to -- I think the thing

21  that might be causing Your Honor some trouble, or at least my

22  understanding of it, might be since this is coming in through

23  the first witness --

24         THE COURT:  No.  Well, that's always a problem.  But

25  I assume a lot more is coming in.

1    But he's told us, in effect, that these were just

2  conversations and not of any importance.  If we had a

3  conversation where the underboss said, I am sending you out

4  with this defendant on this homicide and he's an experienced

5  man, you could depend on him because he did that homicide,

6  that's a different feature.  But you haven't told me that.

7    I don't want to argue with you because it's all

8  hypothetical.  But I have not been up to this moment satisfied

9  with this witness' testimony on this point.

10    MR. BURLINGAME:  Very well, Judge.

11    We will brief it.

12    Thank you.

13    MS. SHARKEY:  Judge, we will respond.

14    THE COURT:  Yes, I know you will.

15    Is there anything else?

16    Any applications or motions?

17    MS. SHARKEY:  No, Judge.

18    I just would note that the government provided us

19  with some additional 3500 material today and numerous

20  witnesses on that list when they provided the Court with a

21  witness list and the exhibit list.

22    I believe the 3500 material is complete at this

23  juncture.  I hope so.

24    But the Court had previously directed the government

25  to provide us with the witness' names on the Friday preceding

1   the next week, which I understand the government is willing to

2   do.

3            We would just like to know which witnesses are

4   hitting the stand on Monday and Tuesday.

5            THE COURT:  All right.  You can do that outside of

6   court.  You don't need me.  I'm sure that the government will

7   cooperate.

8            MR. BURLINGAME:  We will follow the Court's order

9   and tell them on Friday.

10           THE COURT:  We have highly skilled professionals on

11  both sides.

12           MR. BURLINGAME:  Thank you.

13           THE COURT:  I'm sure you will work together.

14           Anything further?

15           MR. BURLINGAME:  No.

16           MS. SHARKEY:  No.

17           THE COURT:  All right.  Good night.

18           (Recess taken until February 2, 2009, at 9:00

19  o'clock am.)

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

1                              **INDEX**

2     **WITNESS:**                                         **PAGE:**

3
                    J O H N    C A R I L L O              269
4                   DIRECT EXAMINATION                    270
                    CROSS-EXAMINATION                     352
5                   CROSS-EXAMINATION (Continued)         377
                    REDIRECT EXAMINATION                  386
6                   M I C H A E L    D I    L E O N A R D O    387
                    DIRECT EXAMINATION                    387
7
                         *****
8

9     1                                                   285
       250 to 261                                         326
10    262 to 278                                          334
      2-A through 2-UUU                                   344
11    30                                                  350
      2-1, 2-2, 2-A to 2-UUU and 30                       352
12    30                                                  352

13                        *****

14

15

16

17

18

19

20

21

22

23

24

25

# $

**$10,000** - 409:9
**$20,000** - 412:20

# '

**'02** - 390:6, 482:25
**'05** - 391:6
**'70s** - 450:15
**'85** - 421:7
**'86** - 450:19, 469:5, 475:23, 476:15, 478:22, 478:23
**'87** - 476:15, 478:22, 478:23
**'88** - 390:8, 406:18, 426:2, 460:10, 468:21, 478:23
**'90** - 460:10, 463:3, 464:11, 466:23, 470:23, 472:23, 472:24
**'90s** - 456:8
**'91** - 380:11, 380:12, 464:11, 466:23
**'98** - 380:11, 380:12, 460:16, 480:23, 480:24
**'cause** - 400:18

# /

**/saeufpblt** - 430:25

# 0

**08-cr-76** - 252:3

# 1

**1** - 256:17, 285:16, 285:20, 285:22, 492:9
**10** - 342:15, 412:19
**10,000** - 413:2
**100** - 281:7, 296:4, 339:8, 380:16
**10013** - 252:20
**101th** - 447:19
**10th** - 252:19
**11** - 258:14, 338:20
**11201** - 252:16, 252:22
**11242** - 252:18
**11th** - 327:13, 343:16
**12** - 329:11, 343:16, 430:8
**12-years-old** - 470:5
**12th** - 327:13, 329:19
**13** - 329:11, 330:22
**13th** - 329:19, 466:23
**14** - 328:8, 330:22
**15** - 330:22, 412:19
**15,000** - 413:2
**15th** - 335:21
**16** - 356:25, 399:25
**16,1991** - 335:21
**16th** - 327:21
**17** - 327:21, 332:9, 340:13, 399:25
**19** - 339:14, 342:17, 474:8
**1900s** - 370:12
**1950's** - 296:12
**1960's** - 284:15
**1976** - 258:14, 264:7, 264:21
**1984** - 271:12
**1986** - 476:4
**1990** - 464:12, 476:16
**1990s** - 324:2
**1991** - 336:2, 336:12, 336:18, 336:24, 380:8, 466:22
**1992** - 271:13, 271:24, 272:11, 337:11, 337:21, 340:12
**1993** - 338:20, 338:25, 339:14, 340:16
**1995** - 271:24, 327:4, 340:24, 341:6
**1996** - 327:14, 327:21, 341:23, 342:15, 342:17, 343:5
**1998** - 272:5, 272:7, 343:17, 380:8
**1999** - 328:3, 328:18, 329:11, 329:18

# 2

**2** - 256:19, 345:4, 410:23, 415:12, 415:19, 417:25, 419:6, 420:3, 420:8, 420:10, 428:20, 429:2, 429:5, 429:13, 478:7, 491:18
**2-1** - 352:10, 492:11
**2-2** - 352:10, 492:11
**2-a** - 344:7, 344:22, 346:4, 352:10, 492:10, 492:11
**2-aa** - 346:19
**2-aaa** - 348:16
**2-b** - 346:5, 347:4, 457:18
**2-bb-1** - 346:15
**2-bb-2** - 346:17
**2-bbb** - 348:18, 349:25
**2-c-1** - 346:14, 458:12
**2-c-2** - 345:24, 458:6
**2-cc** - 351:17
**2-d** - 345:22, 346:5
**2-dd** - 351:19, 454:25
**2-ddd** - 348:24
**2-e** - 345:20, 346:6, 457:25
**2-ee** - 351:15, 451:24
**2-eee** - 349:1
**2-f** - 346:7
**2-ff** - 351:13
**2-fff** - 349:3
**2-g** - 346:8
**2-gg** - 351:11
**2-ggg** - 349:23
**2-h** - 346:8
**2-hh** - 351:9
**2-i** - 346:9, 347:6
**2-ii** - 351:7
**2-iii** - 352:2
**2-j** - 348:6
**2-jj** - 351:21
**2-jjj** - 352:4
**2-k** - 348:5
**2-kk** - 351:5
**2-kkk** - 349:19
**2-l** - 348:1
**2-ll** - 351:3
**2-lll** - 349:17
**2-m** - 347:24
**2-mm** - 350:24
**2-mmm** - 349:21
**2-n** - 347:22
**2-nn** - 350:22
**2-o** - 347:20
**2-oo** - 350:20
**2-ooo** - 349:13
**2-pp** - 350:16
**2-q** - 347:14, 462:2
**2-qqq** - 349:11, 350:18
**2-r** - 347:12
**2-rr** - 350:14
**2-rrr** - 348:22
**2-s** - 347:10
**2-ss** - 350:5, 462:16
**2-sss** - 349:7
**2-t** - 347:8
**2-tt** - 351:25
**2-ttt** - 348:20, 349:9, 352:6, 398:11
**2-uu** - 351:23
**2-uuu** - 344:7, 344:22, 349:5, 352:11, 492:10, 492:11
**2-vv** - 394:12
**2-w** - 347:2
**2-ww** - 348:8
**2-x** - 346:25, 455:2
**2-xx** - 348:10, 457:3
**2-y** - 346:23
**2-yy** - 348:12
**2-z** - 346:21
**2-zz** - 348:14
**20** - 316:2, 338:25, 485:18, 488:7, 488:13

# 3

**200** - 267:12, 302:18
**2000** - 254:15, 330:15
**2002** - 330:23, 337:19, 483:8, 483:10, 483:15, 483:17
**2003** - 331:7
**2004** - 272:8, 272:11
**2006** - 273:1, 331:16
**2007** - 331:22
**2008** - 264:21, 264:25, 268:21, 283:14, 332:9
**2009** - 252:6, 491:18
**20s** - 401:21, 405:4
**20th** - 328:17
**21st** - 328:18
**225** - 252:22
**23** - 401:24, 402:3, 408:8
**23rd** - 331:16, 340:15, 343:4
**24** - 390:8
**24th** - 331:16, 406:18, 426:2
**25** - 329:8, 336:23
**250** - 324:17, 326:18, 327:11, 492:9
**251** - 329:9
**252** - 329:9
**253** - 329:9
**254** - 329:9
**255** - 329:10
**256** - 330:21
**257** - 331:6
**258** - 331:14
**259** - 331:15, 445:16
**26** - 252:17, 336:23
**260** - 333:5, 422:18, 445:16
**261** - 324:17, 326:18, 333:5, 492:9
**262** - 333:8, 334:12, 335:19, 492:10
**263** - 326:20
**267** - 338:18
**269** - 339:13, 492:3
**27** - 331:21, 336:24
**270** - 340:14, 492:4
**271** - 252:15, 340:23
**272** - 341:5
**273** - 342:14
**274** - 342:13
**276** - 343:15
**277** - 343:15
**278** - 333:8, 334:12, 344:4, 492:10
**27th** - 327:3, 337:11, 337:21
**28** - 331:21, 337:11, 337:21
**2805** - 252:17
**282** - 408:9, 413:6, 413:8
**285** - 492:9
**29** - 252:6
**2:00** - 375:14, 375:23
**2nd** - 327:4, 331:7, 341:23

# 3

**3** - 256:19, 330:15
**30** - 350:7, 350:11, 352:11, 353:10, 409:16, 462:19, 492:11, 492:12
**30v** - 352:12
**326** - 492:9
**334** - 492:10
**344** - 492:10
**350** - 252:9, 492:11
**3500** - 357:23, 490:19, 490:22
**352** - 492:4, 492:11, 492:12
**377** - 492:5
**386** - 492:5
**387** - 492:6

# 4

**40** - 409:16
**403** - 488:19, 488:23

# 5

**5** - 341:6
**50** - 305:16, 353:15

**50,000** - 409:16
**500** - 324:11

# 6

**6** - 340:24
**60** - 305:16
**613-2419** - 252:23

# 7

**718** - 252:23
**75th** - 410:10
**7th** - 410:9

# 8

**800** - 381:11
**850** - 381:11
**86** - 469:5, 476:15
**86th** - 410:9
**89th** - 331:9

# 9

**9** - 336:12, 336:18
**98th** - 447:21
**99th** - 447:21
**9:00** - 489:19, 491:18
**9:30** - 252:6, 485:8

# A

**A** - 253:4, 257:16, 262:17, 265:11,
269:20, 269:24, 278:25, 280:9, 280:20,
287:22, 287:25, 288:4, 290:1, 290:6,
291:12, 291:25, 309:6, 311:4, 316:10,
320:1, 354:15, 358:8, 358:11, 362:25,
372:11, 373:3, 373:12, 376:1, 387:10,
387:15, 388:24, 403:6, 408:14, 418:4,
419:18, 421:25, 434:18, 436:22,
444:20, 450:10, 468:1, 477:25, 492:3,
492:6
  **a** - 252:10, 253:4, 253:7, 253:10,
253:15, 253:18, 253:19, 253:20,
253:24, 254:10, 254:20, 255:8, 255:11,
255:14, 258:8, 258:12, 258:23, 259:1,
259:11, 259:14, 259:15, 259:22, 260:6,
260:11, 260:15, 260:18, 260:20,
260:22, 260:23, 260:24, 261:9, 261:11,
261:12, 261:13, 262:6, 262:13, 263:21,
263:23, 265:10, 265:20, 265:23,
266:21, 266:24, 267:4, 267:5, 267:6,
267:17, 267:19, 267:25, 268:7, 268:9,
268:18, 269:2, 269:8, 271:4, 271:12,
271:19, 271:20, 271:22, 272:1, 272:15,
273:17, 274:3, 274:5, 274:6, 274:7,
274:17, 274:18, 274:23, 275:13,
275:15, 275:17, 275:18, 275:20, 276:1,
276:3, 276:10, 276:12, 276:25, 277:10,
277:11, 277:21, 278:3, 278:10, 278:14,
278:17, 278:24, 279:6, 279:7, 280:7,
280:16, 280:17, 280:22, 281:3, 281:4,
281:8, 282:3, 285:13, 285:15, 285:25,
286:14, 287:1, 287:19, 287:21, 287:22,
287:24, 288:3, 288:12, 288:13, 288:18,
288:20, 288:21, 288:22, 289:1, 289:6,
290:19, 291:6, 291:13, 292:8, 292:13,
292:23, 292:25, 293:2, 293:7, 293:11,
293:20, 294:6, 294:13, 294:24, 295:4,
295:5, 295:15, 295:18, 295:21, 295:22,
295:24, 296:5, 296:7, 296:8, 296:11,
296:12, 297:8, 297:25, 298:4, 298:8,
298:12, 298:17, 298:18, 298:24, 299:1,
299:4, 299:7, 299:10, 299:18, 299:19,
299:22, 300:1, 300:2, 300:3, 300:6,
300:15, 300:23, 301:11, 301:4, 301:8,
301:25, 302:5, 302:7, 302:8, 302:11,
302:16, 302:20, 303:8, 303:12, 303:13,
303:15, 303:20, 304:1, 304:4, 304:16,

304:17, 304:19, 304:20, 305:5, 305:12,
305:16, 305:23, 305:25, 306:2, 306:8,
306:13, 306:15, 306:19, 306:20,
306:25, 307:6, 307:8, 307:13, 308:8,
308:10, 308:11, 308:17, 309:4, 309:10,
309:20, 309:21, 310:1, 310:2, 310:11,
310:12, 310:23, 311:3, 311:25, 312:6,
312:14, 312:16, 312:21, 312:22,
313:20, 313:25, 314:2, 314:12, 314:18,
314:21, 314:25, 315:3, 315:12, 316:5,
316:6, 316:9, 316:18, 316:21, 316:22,
316:23, 316:24, 317:1, 317:4, 317:14,
317:21, 318:14, 318:16, 319:4, 319:10,
319:11, 319:13, 319:24, 320:1, 320:2,
320:3, 320:6, 320:24, 321:2, 321:8,
321:17, 322:1, 322:15, 322:22, 323:2,
323:7, 324:4, 324:8, 324:17, 326:9,
327:2, 327:19, 328:6, 328:16, 328:17,
329:20, 329:25, 330:4, 330:15, 330:22,
331:7, 331:16, 332:8, 333:8, 334:3,
335:15, 335:16, 336:18, 337:11,
337:22, 338:20, 338:25, 341:13, 342:6,
342:15, 342:23, 342:25, 343:12,
347:16, 353:3, 353:15, 354:2, 354:5,
354:18, 356:5, 356:8, 356:21, 357:11,
357:13, 357:15, 357:16, 358:6, 358:10,
358:11, 358:16, 359:5, 359:11, 359:15,
359:16, 360:25, 361:2, 361:10, 361:19,
361:24, 361:25, 362:1, 362:4, 362:20,
363:1, 363:8, 363:9, 363:11, 365:24,
366:14, 366:15, 366:19, 367:5, 367:8,
367:12, 368:2, 368:8, 368:17, 368:20,
369:1, 369:10, 369:15, 369:19, 370:8,
370:10, 370:11, 370:14, 370:16, 371:8,
371:9, 371:19, 371:24, 372:2, 372:4,
372:13, 372:14, 372:20, 373:4, 373:8,
373:12, 373:13, 373:16, 373:21,
373:22, 374:6, 374:11, 374:23, 375:3,
375:10, 376:5, 376:10, 376:17, 376:19,
377:7, 377:19, 378:7, 378:18, 379:4,
380:23, 381:19, 381:24, 383:8, 383:14,
384:17, 384:18, 385:3, 385:7, 385:14,
387:2, 388:2, 388:15, 388:16, 388:21,
389:16, 390:7, 390:16, 391:14, 393:8,
393:13, 393:14, 393:19, 395:4, 395:6,
395:16, 395:21, 395:23, 396:2, 396:3,
396:12, 396:13, 396:24, 397:9, 397:21,
398:1, 398:9, 398:13, 398:17, 399:8,
399:11, 399:16, 399:20, 399:21, 400:4,
400:6, 400:11, 400:23, 400:24, 401:3,
401:5, 401:10, 401:12, 401:24, 402:1,
402:4, 402:15, 402:25, 403:5, 403:18,
404:22, 405:12, 405:15, 405:16,
405:18, 406:5, 406:13, 406:16, 406:24,
406:25, 407:1, 407:3, 407:8, 407:16,
407:22, 407:23, 408:12, 408:15,
408:24, 408:25, 409:2, 409:4, 409:9,
409:10, 409:19, 409:21, 409:22,
409:23, 410:18, 411:2, 411:3, 411:5,
411:9, 411:13, 412:2, 412:3, 412:7,
412:8, 412:14, 412:18, 412:20, 412:25,
413:4, 413:6, 413:9, 413:11, 413:12,
413:17, 413:20, 413:21, 414:4, 414:5,
414:6, 414:9, 414:10, 414:13, 414:15,
414:16, 414:21, 414:25, 415:2, 415:8,
415:10, 416:1, 416:4, 416:6, 416:8,
416:15, 416:19, 416:20, 416:21,
416:23, 416:24, 417:2, 417:20, 417:24,
418:6, 418:20, 420:9, 420:12, 420:18,
420:21, 420:22, 420:24, 421:20, 422:7,
422:13, 422:15, 422:17, 423:13,
423:15, 423:18, 423:19, 423:20,
423:21, 423:22, 424:9, 424:13, 424:16,
424:18, 424:19, 424:22, 424:23,
424:24, 425:19, 425:20, 426:1, 426:3,
426:5, 426:10, 426:12, 426:14, 426:15,
426:17, 426:20, 427:6, 427:12, 427:13,
427:18, 427:19, 428:11, 429:4, 429:10,
429:11, 429:23, 429:25, 430:5, 430:6,
430:11, 430:16, 430:17, 430:18,

430:19, 430:23, 431:19, 431:22,
432:11, 433:25, 434:8, 434:12, 434:21,
435:1, 435:2, 435:3, 435:14, 435:21,
436:5, 436:8, 436:11, 437:3, 437:7,
437:8, 437:13, 437:16, 437:19, 437:20,
437:21, 437:24, 438:1, 438:2, 438:6,
438:9, 438:18, 438:19, 438:20, 438:22,
439:5, 439:6, 439:8, 439:21, 439:25,
440:1, 440:5, 440:13, 441:8, 441:17,
441:22, 442:7, 442:5, 443:21, 444:11,
444:23, 445:3, 445:12, 445:16, 445:17,
445:18, 446:2, 446:8, 446:11, 446:14,
446:17, 446:25, 447:1, 447:2, 448:6,
448:14, 449:13, 449:17, 449:18,
449:22, 450:17, 451:3, 451:22, 452:7,
452:21, 453:15, 454:7, 454:8, 454:9,
454:11, 454:13, 454:16, 455:8, 455:15,
455:17, 455:19, 456:4, 456:10, 456:20,
456:23, 457:8, 457:9, 457:14, 457:20,
459:3, 460:21, 461:3, 461:17, 461:25,
462:4, 462:10, 462:14, 462:15, 462:24,
464:16, 465:4, 465:10, 467:18, 468:2,
468:9, 468:18, 468:22, 468:24, 469:2,
469:15, 469:21, 470:12, 470:24,
471:16, 472:3, 472:14, 472:15, 472:19,
472:24, 473:3, 473:16, 473:20, 473:21,
473:24, 474:8, 474:10, 474:12, 474:17,
474:24, 475:18, 475:21, 476:18, 477:1,
477:2, 478:5, 479:5, 479:15, 480:2,
480:11, 480:20, 480:21, 481:11, 482:5,
482:8, 482:10, 482:12, 482:15, 483:23,
484:1, 484:8, 484:9, 484:13, 484:14,
485:1, 485:3, 485:17, 485:18, 486:5,
486:15, 487:4, 487:6, 487:14, 487:17,
487:18, 488:7, 489:6, 489:24, 489:25,
490:2, 490:6, 490:20
  **ability** - 295:7, 296:17, 312:24,
314:19, 436:6, 464:22
  **able** - 257:8, 257:14, 276:14, 277:21,
284:16, 294:18, 297:18, 309:14,
312:23, 313:25, 320:19, 322:21, 330:2,
334:8, 381:23, 386:7, 398:16, 445:23,
446:21, 465:4, 466:6, 470:12, 474:4
  **about** - 256:10, 257:19, 258:24,
262:6, 262:23, 266:8, 267:4, 268:3,
275:20, 278:9, 282:20, 283:5, 283:9,
283:17, 283:20, 283:23, 288:6, 288:23,
290:4, 292:23, 294:5, 304:16, 304:25,
305:7, 305:19, 306:7, 306:8, 306:13,
306:17, 306:23, 307:2, 307:24, 308:2,
308:6, 308:15, 311:7, 312:13, 319:24,
320:21, 332:17, 339:7, 340:5, 356:14,
358:14, 361:2, 361:5, 361:9, 361:11,
362:14, 368:17, 368:19, 369:3, 370:1,
370:6, 376:16, 380:16, 381:8, 382:11,
383:11, 385:19, 386:18, 386:22,
389:23, 403:8, 409:4, 412:4, 412:7,
412:8, 413:19, 414:12, 415:21, 416:11,
422:18, 429:18, 431:15, 431:22, 432:4,
432:22, 433:1, 433:24, 434:1, 434:3,
434:21, 435:24, 438:15, 440:11, 441:9,
441:13, 441:14, 442:10, 443:8, 443:12,
443:24, 444:4, 444:6, 444:14, 444:15,
444:19, 444:21, 444:22, 444:23,
446:19, 448:17, 448:20, 450:3, 450:6,
452:13, 453:21, 453:23, 455:12, 457:1,
459:5, 459:8, 459:11, 459:14, 459:18,
460:14, 460:17, 461:1, 461:7, 461:12,
463:25, 464:11, 464:19, 464:25, 465:2,
465:11, 466:6, 466:16, 467:8, 467:15,
467:19, 468:9, 468:13, 468:22, 469:11,
470:1, 470:6, 470:11, 470:15, 470:21,
471:9, 471:21, 472:15, 474:4, 474:12,
474:20, 474:25, 475:5, 475:10, 475:16,
475:21, 475:24, 476:3, 478:16, 480:12,
480:20, 481:11, 481:13, 482:2, 482:19,
483:1, 484:7, 485:16, 486:12, 486:20,
487:21, 489:12
  **About** - 430:8, 468:24
  **above** - 290:11, 325:13, 485:2

3

absence - 425:2, 425:5
absolute - 261:13, 286:15, 314:23
Absolute - 436:10
absolutely - 257:25
Absolutely - 405:22, 405:25, 436:2, 439:7, 474:1, 483:13
abuse - 386:20
abused - 304:23
abuser - 371:15
abusing - 372:4
accepted - 303:21, 303:24
accomplished - 385:18
According - 377:18
according - 277:25, 307:15, 312:9, 374:8, 471:24
account - 489:4
accuracy - 323:8
accurate - 325:14, 325:16, 325:22, 334:1
accurately - 344:18
accused - 361:20
achieve - 266:23
acknowledging - 301:14
acquire - 468:9
act - 308:12, 438:9
Acting - 429:1
acting - 289:7, 289:8, 289:9, 289:10, 289:23, 290:3, 450:17, 481:12
action - 406:13, 407:21
active - 384:17, 446:5, 446:10
activities - 291:18, 292:1, 293:24, 294:21, 303:17, 303:19, 306:14, 309:9, 309:11, 311:4, 313:19, 317:19, 317:22, 319:11, 320:7, 320:8, 320:12, 355:3, 374:3, 374:10, 459:15, 465:3
activity - 265:5, 274:25, 277:19, 279:2, 279:10, 288:8, 307:8, 317:6, 319:13, 320:5, 322:12, 366:25, 374:13, 404:16, 434:22, 454:2
acts - 263:8, 265:14, 266:17, 308:9, 365:2, 371:21, 487:19
actual - 288:17
actually - 298:15, 363:20, 402:20, 424:24
Adams - 351:18
add - 438:3
addict - 422:7
addicts - 372:1
addition - 257:11, 263:11, 275:1, 321:12, 414:8, 456:10
additional - 299:2, 490:19
adjust - 327:19
administration - 261:1, 261:2, 286:22, 287:12, 291:12, 300:12, 316:24, 316:25, 394:3, 394:5, 406:24, 407:22, 416:7, 418:7, 482:9
administrative - 253:15
admissible - 488:14
admission - 334:12
admit - 326:17, 344:21, 350:10, 395:8
admitted - 344:23
Admitted - 326:19, 334:14, 350:12, 352:14
adult - 400:16
advice - 396:13, 447:4
advising - 286:25
advisor - 286:21, 287:1
affairs - 276:21
affect - 373:18, 373:19, 472:1
affiliated - 393:16
Affiliates - 439:1
affiliation - 387:20
afforded - 255:11
afraid - 262:10
after - 263:14, 303:6, 319:20, 350:3, 362:4, 375:19, 380:10, 421:3, 422:11, 425:15, 427:14, 429:22, 430:4, 431:1, 432:18, 433:6, 440:21, 446:17, 447:15, 450:19, 450:22, 453:14, 460:10, 466:25, 475:23, 480:23, 481:9

After - 259:13, 272:19, 358:19, 414:23, 416:19, 423:6, 432:23, 444:12, 463:13
afternoon - 266:9, 352:22, 352:23, 377:4, 377:5
Again - 269:9, 272:2, 273:16, 281:17, 308:25, 312:9, 321:19, 328:6, 338:9, 343:11, 380:2, 399:9, 438:8, 439:11, 440:3, 444:19, 445:21, 472:3
again - 257:18, 259:24, 272:22, 274:25, 280:9, 308:22, 317:15, 319:12, 321:4, 321:8, 321:10, 366:17, 367:12, 367:24, 380:17, 404:18, 428:13, 429:25, 434:19, 434:24, 441:7, 453:8, 453:11, 473:1, 483:8, 483:10
against - 258:20, 258:22, 264:17, 265:25, 266:4, 280:13, 307:20, 357:14, 357:17, 358:6, 372:3, 386:16, 386:22, 434:4, 435:14, 437:24, 444:8
age - 293:2, 293:3, 293:9, 293:11, 293:12, 313:23, 314:2, 400:1
agencies - 280:5, 323:13, 355:18, 378:25, 379:7, 379:8
Agent - 260:14
agent - 360:18, 360:20, 374:17
agents - 253:24, 355:18, 360:9, 373:23, 449:21
aggressive - 487:19
Agnello - 331:17, 351:20, 454:13, 454:15, 455:1, 455:5, 455:9, 480:12
Agnello's - 480:13
ago - 291:12, 423:20, 434:6, 474:8
agree - 269:7, 295:14
agreed - 261:24, 263:1
agreement - 267:4, 279:1, 280:10, 280:13, 280:24, 281:1, 281:9, 365:18
ahead - 253:16, 261:15, 327:20
aid - 264:22, 265:3
Aida - 438:2
air - 488:22
Albert - 258:12, 263:13
Alcohol - 386:20
alcohol - 372:9
alcoholic - 371:14
alcoholics - 372:1
Alert - 349:20
Alite - 351:16, 363:20, 451:21, 452:1, 452:6, 452:7, 453:21, 453:23, 454:2, 454:12, 454:21, 454:24, 456:4, 456:15, 480:12
alive - 266:20, 319:22, 391:22, 391:23, 462:25
all - 257:8, 258:3, 262:23, 265:3, 268:13, 277:25, 288:1, 292:23, 294:5, 300:16, 303:16, 304:2, 306:21, 309:8, 329:24, 329:25, 330:1, 353:23, 354:5, 355:23, 359:20, 365:12, 366:5, 368:14, 368:16, 371:3, 374:8, 374:18, 376:21, 380:17, 387:5, 394:14, 395:16, 397:14, 398:2, 399:8, 400:5, 412:22, 415:3, 422:3, 422:12, 427:10, 432:19, 432:20, 433:7, 434:10, 434:20, 441:1, 444:8, 446:25, 448:18, 454:19, 472:1, 472:5, 482:11, 483:11, 486:14, 487:25, 489:4, 490:7
All - 269:18, 322:4, 326:25, 329:23, 330:11, 335:18, 337:10, 353:24, 357:24, 372:16, 376:8, 376:25, 393:24, 425:1, 425:3, 425:6, 425:11, 435:19, 491:5, 491:17
alleged - 475:1, 485:21, 487:8
alleges - 408:16
allegiance - 261:12
allow - 308:4, 308:24, 310:20, 312:8, 314:11, 319:16, 362:25, 388:19, 389:22, 405:24, 419:4, 436:4, 444:18, 474:15, 479:4, 481:2, 481:17, 482:21, 484:16, 485:18
allowed - 255:19, 274:10, 274:24, 304:3, 443:2, 487:4, 487:17

allowing - 474:6
almost - 288:13, 423:20, 449:16, 449:21, 485:18
Almost - 417:15
Alogna - 335:5, 335:7, 337:6, 345:13
alone - 266:2, 278:16, 278:17, 325:6, 353:12, 384:15, 385:22, 467:4
along - 330:5, 353:25, 456:1, 461:17
Alonga - 345:13, 346:4
alongside - 262:24
Alphonse - 328:9, 328:18, 331:18, 332:1, 332:11, 333:1
already - 267:24, 280:12, 356:1, 424:10, 424:11, 441:5, 441:18, 442:2, 442:3, 486:19, 488:11
Alred - 328:16
also - 254:13, 259:16, 263:23, 270:23, 273:22, 277:21, 280:7, 287:5, 287:8, 287:22, 290:17, 293:8, 293:22, 295:3, 297:13, 302:5, 302:12, 303:11, 303:16, 303:20, 303:25, 304:1, 304:4, 307:2, 311:19, 311:22, 319:6, 320:8, 330:5, 337:22, 339:11, 339:21, 345:11, 345:13, 345:15, 345:17, 345:18, 345:19, 345:21, 345:23, 346:16, 346:20, 346:22, 346:24, 347:1, 347:5, 347:11, 347:13, 348:7, 348:9, 348:11, 348:17, 348:25, 349:2, 349:12, 349:18, 350:7, 350:15, 350:17, 350:23, 350:25, 351:10, 351:14, 352:1, 352:3, 358:25, 367:3, 367:19, 370:6, 371:13, 372:23, 378:22, 402:14, 402:19, 402:25, 408:6, 409:19, 413:4, 418:22, 431:7, 431:18, 436:20, 438:2, 461:3, 462:10, 469:11
Also - 396:13, 401:25, 446:23, 452:21
Alstatt - 332:7
alternates - 257:16
Although - 320:4, 381:23
although - 307:20, 313:17
altruistic - 356:3
Always - 378:8
always - 278:1, 290:13, 310:4, 311:25, 312:23, 318:12, 322:21, 356:16, 356:20, 358:23, 368:24, 369:6, 369:12, 375:1, 378:4, 382:8, 416:7, 424:4, 434:17, 435:10, 435:16, 435:20, 448:14, 449:19, 488:19, 489:24
Am - 252:6
am - 360:3, 367:11, 370:8, 373:21, 384:25, 404:5, 428:20, 429:2, 429:13, 441:8, 442:7, 445:13, 446:23, 471:7, 489:8, 490:3, 491:19
Amato - 351:14
Ambrosio - 341:25, 342:4, 342:5
America - 252:3, 260:16
Americans - 393:10
Amica - 441:24, 441:25
amico - 302:8
among - 259:6, 319:13, 366:10, 378:9, 476:12, 485:19, 485:20, 487:7
Among - 295:20
amongst - 276:4, 282:15
amount - 305:6, 306:2, 321:9
amounts - 365:13
Amuso - 335:11
An - 288:7, 297:6, 368:19, 373:14, 373:15, 374:5
an - 254:15, 256:9, 260:1, 260:9, 260:18, 260:24, 261:9, 261:13, 265:4, 265:16, 265:21, 265:22, 267:23, 268:3, 268:8, 270:10, 270:19, 271:20, 274:4, 274:17, 277:9, 278:25, 280:10, 280:12, 280:24, 281:1, 281:5, 283:17, 283:20, 283:23, 285:25, 287:1, 287:22, 288:6, 288:17, 289:10, 290:1, 290:13, 290:18, 290:19, 290:22, 291:16, 292:7, 292:25, 293:3, 293:7, 293:15, 293:17, 294:2, 294:9, 294:19, 295:9, 295:14, 295:21, 295:22, 296:2, 296:8, 297:5, 298:1, 298:4, 298:7, 299:4, 299:19, 302:8,

303:6, 303:15, 305:5, 307:2, 310:2, 311:9, 311:19, 311:23, 311:24, 311:25, 312:6, 313:6, 314:18, 314:21, 314:25, 315:5, 317:16, 317:18, 319:3, 319:9, 320:2, 321:1, 321:3, 332:18, 334:23, 337:20, 346:2, 354:23, 358:19, 361:7, 362:7, 365:7, 366:18, 366:22, 368:19, 369:2, 369:5, 371:6, 371:7, 371:10, 371:14, 373:6, 373:11, 374:8, 374:23, 375:4, 375:24, 384:23, 386:12, 387:20, 389:15, 392:11, 394:3, 395:3, 396:12, 399:14, 400:16, 402:19, 403:18, 403:23, 404:14, 404:15, 404:22, 404:25, 405:15, 405:17, 405:20, 406:1, 406:20, 406:25, 407:4, 407:9, 407:15, 408:3, 409:14, 409:22, 412:16, 412:24, 415:17, 416:3, 416:15, 417:13, 418:10, 421:8, 423:10, 427:19, 432:2, 432:13, 434:19, 434:24, 436:5, 436:8, 436:18, 436:25, 437:13, 438:20, 439:5, 439:12, 439:16, 440:15, 441:13, 441:20, 443:7, 443:9, 444:10, 445:11, 446:19, 446:23, 447:1, 449:4, 450:1, 450:17, 450:21, 452:4, 452:19, 453:17, 454:22, 459:21, 468:2, 468:8, 471:6, 473:23, 477:20, 478:1, 484:11, 490:4
   **Analysis** - 272:10
   **And** - 253:7, 254:13, 254:19, 261:2, 262:2, 264:3, 265:9, 268:3, 268:21, 278:20, 279:12, 280:23, 285:5, 288:10, 294:5, 296:13, 298:23, 301:4, 301:13, 301:16, 302:6, 302:25, 305:3, 308:22, 310:1, 316:12, 317:14, 324:3, 324:25, 326:12, 333:13, 333:16, 335:13, 339:11, 340:11, 341:14, 343:19, 377:23, 378:7, 378:9, 378:16, 378:25, 379:10, 379:13, 379:16, 380:7, 381:13, 381:16, 383:16, 383:23, 391:7, 394:8, 397:8, 405:3, 405:14, 409:10, 410:19, 413:8, 415:3, 416:23, 418:12, 423:16, 431:7, 431:19, 433:20, 433:22, 447:15, 448:3, 448:10, 449:6, 454:16, 455:2, 456:19, 459:3, 460:14, 460:17, 460:25, 461:3, 466:2, 466:5, 467:6, 470:11, 470:25, 472:21, 473:1
   **and** - 252:10, 252:18, 253:6, 253:8, 253:24, 254:3, 255:24, 256:7, 256:18, 256:19, 256:20, 257:6, 257:16, 257:17, 257:21, 257:22, 258:1, 258:6, 258:14, 258:17, 258:20, 258:22, 259:2, 259:5, 259:8, 259:18, 260:3, 260:5, 260:8, 260:9, 260:13, 260:15, 260:21, 260:22, 260:24, 261:1, 261:3, 261:9, 261:13, 261:17, 262:2, 262:15, 262:17, 262:19, 262:20, 262:23, 263:1, 263:3, 263:22, 263:25, 264:1, 264:2, 264:3, 264:14, 264:16, 264:22, 264:24, 265:2, 265:3, 265:5, 265:12, 265:15, 265:18, 265:22, 266:3, 266:5, 266:6, 266:14, 266:17, 266:19, 266:20, 266:21, 266:25, 267:4, 267:11, 267:15, 267:20, 268:2, 268:4, 268:9, 268:14, 268:15, 268:16, 268:18, 268:19, 268:21, 268:22, 269:1, 269:5, 269:6, 269:8, 269:12, 269:21, 269:23, 270:22, 270:23, 270:24, 270:25, 271:17, 271:18, 272:3, 272:10, 272:12, 273:3, 273:8, 274:8, 274:13, 275:23, 275:24, 276:13, 276:14, 276:21, 277:9, 277:10, 277:16, 277:17, 277:20, 277:25, 278:2, 278:7, 278:21, 278:22, 279:2, 279:7, 280:12, 280:19, 281:6, 281:9, 282:14, 282:20, 283:2, 284:16, 284:17, 284:18, 284:23, 286:6, 286:12, 286:17, 286:18, 287:1, 287:5, 287:9, 287:10, 287:13, 288:2, 288:3, 288:4, 288:11, 288:12, 288:15, 288:20, 289:8, 289:9, 289:20, 290:7, 290:11, 291:19, 291:20, 292:5, 293:7, 294:8, 294:21, 295:6, 295:16, 296:4, 296:17, 297:6, 297:10, 297:19, 298:17, 298:18,

298:25, 300:2, 300:8, 300:11, 300:23, 301:11, 302:8, 302:16, 302:17, 303:7, 303:17, 303:23, 304:3, 304:20, 305:15, 306:3, 306:13, 306:14, 306:24, 306:25, 307:2, 307:12, 307:23, 308:11, 308:14, 309:3, 309:21, 311:23, 313:3, 313:11, 313:18, 313:22, 313:25, 315:9, 315:19, 315:25, 316:1, 316:21, 318:6, 319:5, 319:11, 319:13, 321:4, 321:7, 321:10, 321:12, 322:1, 322:10, 323:19, 323:22, 324:17, 325:12, 325:16, 325:25, 326:6, 326:22, 327:5, 327:7, 327:10, 327:13, 327:15, 327:17, 327:21, 327:23, 328:1, 328:3, 328:4, 328:10, 328:11, 328:12, 328:15, 328:16, 328:17, 328:18, 328:21, 328:24, 329:1, 329:3, 329:9, 329:11, 329:14, 329:16, 329:19, 330:1, 330:6, 330:8, 330:12, 330:18, 330:22, 331:1, 331:3, 331:4, 331:9, 331:12, 331:13, 331:16, 331:18, 331:20, 331:24, 332:2, 332:4, 332:5, 332:6, 332:10, 332:12, 332:15, 333:5, 333:8, 333:24, 335:3, 335:5, 335:8, 335:10, 335:12, 335:14, 335:21, 335:23, 335:25, 336:4, 336:10, 336:13, 336:14, 336:15, 336:17, 336:19, 336:21, 336:23, 336:24, 336:25, 337:3, 337:5, 337:7, 337:11, 337:21, 337:25, 338:2, 338:5, 338:6, 338:19, 339:1, 339:3, 339:15, 339:18, 339:24, 339:25, 340:15, 340:19, 340:25, 341:1, 341:2, 341:4, 341:8, 341:14, 341:15, 341:20, 342:5, 342:6, 342:8, 342:13, 342:16, 342:18, 342:19, 342:21, 342:22, 342:24, 343:1, 343:8, 343:8, 343:9, 343:16, 343:20, 344:18, 345:8, 352:11, 352:24, 353:11, 357:19, 357:23, 357:25, 358:12, 361:9, 362:24, 362:25, 365:1, 366:5, 366:16, 369:2, 369:6, 372:1, 372:4, 373:6, 374:5, 374:9, 374:12, 375:2, 375:17, 375:19, 377:16, 377:17, 378:7, 378:16, 380:4, 382:5, 382:6, 382:18, 382:21, 383:10, 383:23, 384:5, 384:14, 385:9, 385:15, 385:20, 386:10, 387:2, 387:11, 387:13, 388:25, 389:23, 389:24, 390:23, 391:13, 391:16, 391:20, 391:23, 391:25, 392:6, 393:5, 393:23, 394:4, 395:24, 395:25, 396:1, 396:4, 396:6, 396:12, 396:16, 396:17, 396:20, 397:12, 398:3, 398:5, 399:7, 399:18, 399:21, 401:21, 403:9, 403:10, 404:2, 404:5, 404:18, 404:22, 405:18, 405:19, 406:6, 406:8, 406:14, 406:15, 407:9, 407:18, 408:8, 408:24, 409:5, 409:16, 409:24, 410:9, 410:10, 410:17, 410:18, 411:11, 411:12, 411:13, 411:23, 411:24, 412:3, 412:5, 412:14, 412:19, 412:22, 413:10, 413:11, 413:25, 414:5, 414:14, 414:20, 414:22, 414:23, 414:25, 415:1, 416:8, 416:14, 416:15, 416:16, 416:24, 417:24, 418:7, 418:14, 418:18, 418:24, 419:5, 419:13, 419:14, 419:16, 419:22, 420:15, 421:21, 421:22, 421:25, 422:1, 423:6, 423:7, 423:15, 424:12, 425:16, 425:17, 425:18, 426:10, 427:24, 428:12, 428:16, 429:17, 429:23, 429:24, 430:3, 430:5, 430:6, 430:7, 430:12, 431:1, 431:3, 431:6, 431:16, 432:11, 432:14, 432:16, 432:20, 432:24, 433:1, 433:2, 434:4, 434:5, 434:12, 434:18, 434:22, 435:1, 435:4, 435:6, 435:7, 436:20, 437:11, 437:12, 437:16, 437:19, 438:22, 440:9, 440:12, 440:19, 440:23, 441:3, 442:7, 442:9, 443:3, 443:7, 443:12, 444:6, 445:16, 445:22, 446:9, 446:11, 446:22, 446:25, 447:2, 447:11, 447:14, 447:18, 447:23, 447:25, 448:3, 448:5, 448:6, 448:7, 448:21, 449:7, 450:2, 451:4, 452:6,

452:7, 452:8, 452:13, 452:14, 452:24, 453:5, 453:10, 453:11, 453:13, 453:16, 453:17, 453:19, 453:25, 454:6, 454:12, 454:13, 454:17, 454:18, 454:21, 454:24, 455:21, 456:4, 456:12, 456:20, 456:22, 458:19, 458:20, 460:24, 461:17, 462:1, 464:3, 464:15, 464:24, 465:3, 465:11, 466:10, 466:18, 466:24, 468:1, 468:2, 468:3, 468:24, 469:6, 469:18, 470:19, 470:23, 471:3, 471:15, 471:17, 471:20, 471:22, 471:24, 471:25, 472:1, 472:4, 472:6, 472:23, 473:1, 473:6, 473:7, 473:18, 474:7, 475:5, 476:8, 476:9, 476:11, 476:20, 476:25, 477:12, 478:20, 480:12, 481:3, 481:4, 482:9, 482:10, 483:7, 484:6, 484:13, 486:6, 486:20, 487:3, 487:4, 487:5, 487:6, 487:10, 487:17, 488:1, 488:2, 488:8, 489:18, 490:2, 490:4, 490:19, 490:21, 491:4, 491:9, 492:11
   **Andrew** - 455:20
   **Andriano** - 364:7
   **Andy** - 349:18
   **Angelo** - 327:6, 331:13, 349:16, 349:22, 417:23
   **Aniello** - 350:15
   **annuities** - 414:4
   **anonymous** - 279:4, 280:21
   **another** - 259:25, 260:6, 271:4, 276:25, 277:7, 291:10, 302:4, 302:13, 304:6, 304:18, 306:7, 318:7, 332:25, 333:6, 342:24, 365:10, 368:1, 382:2, 428:7, 428:10, 428:16, 433:10, 433:11, 433:19, 435:4, 439:21, 442:8, 452:20
   **Another** - 277:7, 346:18
   **answer** - 299:25, 301:8, 308:4, 308:24, 357:18, 360:24, 361:4, 362:2, 362:6, 362:18, 362:23, 362:25, 365:14, 365:19, 365:22, 371:6, 371:7, 441:23, 445:19, 453:7, 463:15, 465:8, 469:24, 478:21, 479:3, 487:12
   **Answer** - 432:8
   **answered** - 472:4
   **answering** - 301:10
   **Anthony** - 252:21, 327:6, 327:8, 327:9, 328:2, 328:18, 331:10, 332:2, 332:12, 335:4, 335:14, 335:24, 341:3, 341:8, 341:11, 341:18, 347:3, 348:17, 348:23, 349:18, 364:9
   **anticipate** - 254:8, 254:14, 254:16
   **Any** - 294:8, 351:3, 371:11, 404:16, 490:16
   **any** - 254:22, 255:12, 255:15, 257:3, 257:19, 257:20, 275:7, 275:10, 275:20, 281:7, 285:1, 285:7, 286:24, 291:4, 293:12, 294:1, 298:15, 301:25, 302:11, 303:9, 303:12, 303:20, 304:6, 304:8, 305:15, 323:2, 325:3, 329:24, 330:2, 354:10, 356:3, 356:10, 356:13, 361:19, 362:15, 364:23, 365:5, 371:11, 372:10, 375:12, 376:13, 380:20, 380:23, 387:20, 388:4, 388:25, 389:2, 389:7, 393:16, 393:21, 395:2, 400:1, 401:3, 404:16, 405:1, 408:6, 409:12, 414:5, 415:8, 416:25, 419:24, 422:5, 432:10, 433:12, 437:6, 438:15, 438:23, 441:9, 444:1, 446:4, 447:22, 449:9, 451:7, 452:11, 452:13, 461:19, 467:21, 472:4, 475:1, 476:9, 477:14, 481:23, 490:2
   **anybody** - 257:21, 286:16, 288:7, 300:9, 312:21, 318:17, 371:6, 371:23, 395:8, 408:25, 431:12, 441:3, 448:5, 451:18
   **Anybody** - 389:24, 485:1
   **anymore** - 301:22, 310:1, 313:19, 314:3, 367:20, 383:6, 384:13, 481:4, 484:7
   **anyone** - 407:4, 410:15, 418:19, 420:18, 421:11, 445:23, 451:16
   **Anything** - 280:5, 491:14

**anything** - 257:19, 265:15, 300:19, 306:4, 325:8, 333:20, 357:20, 360:19, 361:15, 382:3, 384:8, 384:22, 404:6, 404:7, 404:9, 412:8, 412:14, 413:19, 422:7, 431:15, 433:23, 454:18, 490:15
**Anytime** - 312:21
**anyway** - 308:20, 318:20
**Anywhere** - 377:21
**apartment** - 396:15, 427:19, 428:1, 428:4, 450:1, 450:2, 450:3, 450:4, 450:6, 450:8
**apartments** - 275:9
**apparently** - 474:9
**appear** - 338:9, 339:6
**appearance** - 370:6, 370:7
**Appearances** - 252:11
**appeared** - 340:20
**appears** - 341:19
**application** - 274:4, 274:9
**applications** - 357:6, 357:7, 490:16
**applied** - 268:22
**applies** - 255:7
**apply** - 386:16, 470:3
**appointed** - 286:19
**appointment** - 290:13
**approach** - 285:17, 319:10
**approached** - 318:6, 369:11, 455:13
**appropriate** - 298:7
**appropriately** - 312:3
**approval** - 298:17, 318:15, 420:20, 420:23, 422:10, 422:11
**approve** - 298:10
**approved** - 420:18, 422:8
**approves** - 421:24
**approximately** - 271:13, 377:11, 379:13, 379:24, 381:5, 464:10
**Approximately** - 270:8, 271:7, 273:5, 273:15, 283:7, 324:6, 324:9
**April** - 327:21, 335:21, 336:2, 466:23
**apt** - 308:13
**arc** - 265:5
**Arcuri** - 330:16, 330:20, 341:14
**are** - 261:2, 261:4, 261:5, 261:6, 261:7, 262:18, 263:4, 265:5, 265:11, 266:3, 266:4, 266:22, 266:23, 266:25, 268:8, 268:11, 268:18, 268:19, 268:22, 269:14, 270:17, 270:19, 274:10, 274:24, 275:1, 275:2, 275:5, 275:13, 275:15, 276:16, 276:21, 276:23, 277:11, 277:21, 278:4, 278:5, 278:20, 279:4, 279:12, 280:11, 280:21, 281:5, 281:6, 281:7, 282:23, 284:6, 284:20, 286:19, 286:22, 287:4, 287:6, 287:9, 287:15, 287:24, 288:9, 288:11, 288:12, 288:13, 288:14, 288:19, 289:21, 290:7, 290:20, 291:3, 291:16, 292:9, 292:11, 292:12, 292:16, 292:24, 293:2, 293:23, 294:4, 294:9, 294:10, 294:18, 295:6, 295:17, 295:19, 296:1, 296:16, 297:10, 298:20, 299:11, 299:22, 300:4, 301:8, 301:25, 302:3, 302:20, 302:25, 303:11, 303:17, 303:25, 304:1, 304:19, 305:3, 305:7, 305:19, 307:9, 307:17, 307:21, 308:7, 308:10, 308:13, 309:5, 309:13, 309:14, 310:6, 311:8, 311:13, 311:16, 311:20, 312:11, 313:6, 313:17, 313:18, 314:2, 314:4, 314:18, 315:18, 316:12, 317:8, 317:12, 320:18, 321:12, 321:17, 322:21, 323:15, 324:23, 325:5, 326:10, 330:9, 332:8, 333:13, 333:14, 337:16, 338:5, 338:10, 338:11, 340:9, 344:10, 344:16, 345:6, 354:22, 354:24, 355:7, 356:3, 356:16, 357:10, 358:13, 359:18, 360:1, 360:8, 363:2, 363:18, 365:12, 365:21, 366:3, 366:9, 366:19, 367:16, 368:24, 369:15, 370:1, 370:20, 371:16, 371:19, 371:25, 372:16, 372:25, 374:25, 376:13, 376:21, 379:21, 381:9, 381:10, 382:6, 382:8, 384:5, 384:7, 384:12, 384:14, 384:20, 384:21, 385:7,

386:9, 386:11, 386:13, 390:9, 393:24, 397:6, 397:11, 401:11, 403:1, 406:25, 410:2, 411:22, 412:11, 413:5, 424:9, 424:10, 425:7, 426:20, 426:24, 431:11, 431:22, 432:4, 433:1, 433:16, 434:4, 434:17, 434:20, 434:25, 435:17, 435:23, 435:24, 436:5, 437:7, 438:17, 439:11, 440:18, 440:19, 441:14, 441:15, 443:2, 443:19, 443:20, 444:14, 444:25, 445:1, 445:14, 445:21, 446:25, 452:22, 453:12, 453:17, 460:1, 463:22, 468:10, 474:6, 482:12, 482:16, 482:17, 485:6, 485:15, 487:1, 487:3, 487:6, 487:25, 488:1, 488:7, 488:9, 489:8, 491:3
**Are** - 255:4, 274:13, 275:4, 275:10, 277:21, 279:9, 281:25, 282:5, 282:11, 282:17, 288:25, 291:4, 292:3, 294:1, 295:24, 298:15, 298:20, 301:11, 301:13, 302:11, 303:2, 304:25, 307:4, 309:2, 309:16, 310:4, 310:22, 311:6, 311:12, 314:6, 315:15, 315:17, 316:3, 316:7, 316:15, 317:2, 317:8, 318:10, 320:13, 325:14, 325:16, 334:1, 339:6, 340:4, 356:25, 357:5, 362:19, 363:17, 363:1, 375:10, 389:2, 389:7, 390:11, 391:10, 391:22, 392:12, 396:6, 397:14, 400:20, 410:1, 422:15, 424:18, 434:15, 435:18, 435:20, 438:15, 438:23, 441:9, 452:13, 485:3
**area** - 270:23, 291:4, 291:5, 311:23, 382:2
**areas** - 293:21
**aren't** - 267:7, 309:25, 317:22
**argue** - 255:18, 490:7
**arguing** - 438:20
**argument** - 294:14, 416:15
**arise** - 288:25
**arm** - 258:18
**Arm** - 349:12
**Armed** - 262:21
**armored** - 260:2, 260:4, 263:19
**armored-car** - 260:2, 263:19
**Army** - 397:23
**arose** - 480:14
**around** - 254:17, 293:3, 293:21, 302:7, 317:25, 318:1, 388:4, 391:15, 395:16, 398:2, 399:25, 404:23, 405:9, 411:25, 422:3, 422:12, 422:18, 430:8, 432:19, 437:19, 438:12, 451:16, 455:25, 456:22, 458:20, 469:15, 476:18, 477:1, 477:3, 477:23, 478:15, 478:19, 478:24, 479:6
**Around** - 403:21
**arranging** - 418:23
**arrest** - 254:8, 254:15, 254:25, 256:4, 355:25, 403:16, 480:24
**arrested** - 261:24, 280:12, 356:15, 363:10, 403:12, 403:14, 418:7, 450:4, 456:11, 456:12, 470:22, 480:23, 481:3, 481:10
**arrests** - 273:7, 273:10
**arrive** - 477:11
**artists** - 376:13
**Artuso** - 419:23
**As** - 267:17, 287:13, 288:21, 321:1, 356:2, 372:9, 377:24, 381:20, 381:21, 386:12, 395:13, 395:25, 397:21, 409:14, 424:9, 428:4, 436:16, 467:18, 471:9, 482:15
**as** - 253:21, 253:25, 254:7, 254:9, 254:10, 254:11, 254:23, 255:8, 256:17, 256:19, 257:13, 258:9, 258:21, 259:4, 261:6, 261:13, 263:15, 263:19, 264:15, 266:7, 266:10, 266:12, 266:24, 267:9, 267:12, 267:15, 267:17, 267:21, 267:24, 268:8, 268:22, 269:2, 269:4, 269:9, 269:22, 270:19, 271:17, 273:22, 278:2, 278:6, 285:22, 286:22, 287:5, 287:6, 287:17, 287:19, 287:22, 288:13,

288:21, 294:17, 295:22, 297:2, 297:12, 297:23, 302:10, 303:12, 307:8, 310:1, 310:2, 313:20, 330:5, 330:7, 336:10, 338:12, 339:16, 345:11, 345:13, 345:15, 345:17, 345:18, 345:19, 345:21, 345:23, 346:16, 346:20, 346:22, 346:24, 347:1, 347:5, 347:11, 347:13, 348:7, 348:9, 348:11, 348:17, 348:25, 349:2, 349:12, 349:18, 350:15, 350:17, 350:23, 350:25, 351:10, 351:14, 352:1, 352:3, 353:15, 353:17, 353:22, 355:9, 355:10, 355:18, 356:20, 357:23, 359:22, 360:2, 361:2, 361:24, 365:10, 366:19, 367:13, 371:14, 372:9, 373:17, 373:18, 374:23, 375:4, 381:20, 381:21, 381:24, 383:24, 384:1, 384:5, 387:12, 394:11, 395:13, 398:6, 398:10, 398:17, 400:16, 403:3, 404:15, 405:18, 405:20, 406:10, 407:9, 410:22, 412:16, 412:24, 413:21, 418:25, 420:2, 422:15, 423:23, 428:15, 429:5, 429:11, 432:6, 432:21, 434:24, 436:16, 437:22, 441:1, 441:14, 441:17, 443:7, 444:10, 444:17, 445:6, 445:12, 446:19, 453:2, 453:6, 454:22, 460:21, 465:4, 465:6, 469:7, 470:12, 472:11, 472:21, 473:16, 473:21, 475:19, 478:6, 478:22, 481:1, 483:23, 484:5, 484:11, 486:15
**ashes** - 431:3
**Asians** - 323:10
**Aside** - 417:21
**ask** - 253:15, 254:10, 268:25, 286:6, 299:23, 300:3, 301:7, 326:21, 328:6, 329:24, 334:18, 376:4, 416:9, 480:6, 484:9, 484:23
**Ask** - 471:20
**asked** - 295:10, 360:7, 395:10, 396:15, 414:9, 414:12, 415:7, 416:11, 416:16, 430:12, 444:11, 472:3
**asking** - 301:1, 356:16, 373:3, 384:25
**aspect** - 365:8
**aspects** - 306:21, 353:19
**aspirations** - 295:15
**aspire** - 405:15
**aspired** - 398:1, 405:13, 405:14
**Assaults** - 399:13
**assign** - 289:6
**assigned** - 264:17, 271:14, 272:1, 272:8, 287:6
**assignment** - 270:21, 271:14, 271:15, 377:18, 377:24
**assignments** - 271:2
**assist** - 330:3
**assistance** - 376:11
**Assistant** - 252:15, 260:9, 260:13
**assisted** - 260:24
**associate** - 261:9, 278:6, 280:14, 288:6, 288:7, 292:7, 292:19, 292:25, 293:8, 293:15, 293:17, 294:2, 294:9, 295:4, 295:9, 295:14, 295:15, 295:21, 298:1, 298:4, 307:9, 310:3, 311:25, 312:6, 312:9, 316:22, 317:16, 317:18, 320:2, 322:23, 366:18, 368:19, 368:20, 370:4, 373:11, 373:14, 373:15, 374:8, 374:23, 375:5, 392:11, 392:17, 395:3, 403:19, 403:24, 404:15, 404:22, 404:25, 405:12, 405:15, 405:18, 405:20, 406:2, 406:20, 407:1, 407:4, 407:10, 407:16, 408:3, 409:14, 409:22, 412:16, 412:24, 414:9, 415:17, 416:3, 417:13, 418:10, 421:8, 434:25, 438:20, 439:2, 439:5, 439:12, 439:16, 439:21, 443:7, 443:9, 444:10, 446:20, 447:1, 450:21, 452:4, 453:17, 455:19, 468:3, 469:21, 477:20
**Associate** - 478:11
**associate's** - 424:12
**associated** - 261:7, 273:12, 277:17, 277:19, 311:9, 316:1, 318:2, 369:10
**associates** - 261:3, 261:5, 262:18,

263:25, 270:22, 270:25, 271:17, 272:3, 272:13, 273:3, 273:8, 275:23, 276:18, 277:8, 280:11, 282:14, 287:9, 287:10, 288:9, 288:11, 288:16, 288:19, 288:21, 289:20, 289:21, 291:20, 292:5, 292:24, 294:10, 295:6, 297:14, 307:4, 307:7, 307:15, 307:21, 307:23, 310:22, 311:6, 312:2, 313:1, 313:4, 315:10, 316:18, 317:5, 318:14, 319:13, 320:9, 321:11, 323:23, 354:25, 355:1, 366:7, 372:3, 373:16, 381:13, 410:3, 436:21, 443:12, 449:4, 452:14, 453:4, 453:10, 459:15
**Associates** - 261:6, 287:9, 293:2, 310:24
  **associating** - 386:7
  **association** - 365:1, 370:3
  **associations** - 277:4, 277:6, 277:14, 277:16, 321:5, 321:10
  **Associations** - 321:21
  **assume** - 357:25, 489:25
  **assured** - 297:8
  **At** - 255:9, 255:17, 260:23, 271:15, 275:8, 284:11, 292:19, 293:9, 300:10, 313:10, 323:7, 355:20, 361:19, 370:24, 378:1, 387:20, 393:1, 405:5, 408:20, 417:20, 421:8, 430:11, 437:3, 447:24, 451:16, 476:16, 489:15
  **at** - 253:18, 254:6, 254:9, 255:15, 256:22, 260:2, 260:12, 269:5, 271:21, 271:23, 272:17, 272:25, 275:14, 275:17, 276:12, 276:20, 277:11, 281:6, 286:11, 293:2, 293:11, 296:3, 298:11, 298:17, 299:15, 303:13, 303:22, 304:24, 305:8, 305:13, 313:10, 314:2, 316:19, 317:1, 321:6, 321:19, 322:20, 322:22, 323:16, 323:25, 326:9, 326:15, 327:4, 327:21, 327:22, 328:9, 328:18, 329:11, 329:12, 329:20, 330:15, 330:23, 331:7, 331:8, 331:17, 331:21, 331:22, 332:9, 332:22, 332:25, 333:15, 334:9, 334:11, 335:1, 335:21, 336:2, 336:12, 336:18, 336:24, 338:12, 338:20, 338:25, 339:14, 340:16, 340:24, 341:6, 341:19, 341:23, 342:17, 343:5, 343:12, 343:17, 359:20, 371:11, 374:18, 375:12, 375:13, 377:16, 378:21, 378:23, 379:22, 380:17, 388:25, 390:24, 392:10, 392:19, 393:3, 393:4, 393:17, 393:23, 394:8, 394:19, 394:21, 394:25, 396:13, 396:16, 399:15, 399:16, 402:12, 402:19, 402:20, 402:25, 403:7, 404:2, 404:3, 404:7, 406:10, 406:25, 408:18, 408:20, 409:12, 409:17, 410:16, 410:19, 411:23, 411:24, 412:1, 412:23, 414:24, 415:1, 415:2, 416:16, 416:19, 418:6, 420:15, 423:4, 429:23, 437:19, 439:3, 439:13, 440:1, 440:14, 440:16, 444:10, 447:22, 448:13, 449:18, 450:16, 450:20, 452:17, 453:12, 455:13, 455:25, 456:17, 468:17, 469:19, 469:22, 472:1, 472:5, 473:14, 473:18, 474:7, 475:24, 476:20, 476:24, 478:3, 478:4, 481:5, 485:11, 488:8, 489:19, 489:21, 490:22, 491:18
  **attach** - 401:3
  **attack** - 263:7, 355:17, 357:21
  **attacks** - 263:16
  **attain** - 387:25
  **attained** - 415:15, 415:23, 419:10, 420:5, 428:24, 429:8, 429:16, 452:2, 457:6, 457:22, 458:3, 458:9, 462:6, 462:23, 478:9
  **attempt** - 280:2, 358:19
  **attempting** - 292:16
  **attend** - 253:25, 305:7, 305:17, 321:13, 393:24, 394:1, 394:5, 452:11, 452:24, 453:4
  **attended** - 362:15, 453:13
  **attending** - 304:25, 452:13

**Attorney** - 252:13, 260:9, 272:1
  **attorney** - 281:5
  **Attorney's** - 270:10, 271:25, 272:22, 272:25, 355:21
  **attorneys** - 355:24, 355:25
  **Attorneys** - 252:15, 260:13
  **attrition** - 422:22, 422:23
  **Attrition** - 422:24
  **audacity** - 260:5
  **audience** - 257:2, 375:17, 376:13
  **Auggie** - 346:20
  **August** - 324:18, 329:2, 329:11, 329:16, 329:19, 330:19, 331:3, 332:3, 335:8, 335:10, 338:5, 338:15, 339:14, 342:9, 343:20, 346:20
  **Aurillio** - 396:25
  **authority** - 314:21, 436:8
  **authorized** - 371:22, 372:2
  **auto** - 283:1
  **autopsies** - 263:22
  **available** - 255:12, 255:15, 329:23, 488:20
  **Avenue** - 410:10, 447:19, 471:1, 471:5, 472:13, 472:18
  **average** - 377:20
  **avoid** - 317:6, 355:9, 382:15, 412:12, 412:14, 432:11
  **aware** - 357:5, 359:14, 359:17, 363:7, 363:11, 365:12, 381:10, 389:2, 389:7, 395:11, 395:13, 395:15, 449:17, 459:22, 459:25, 485:3
  **away** - 309:23, 310:16, 314:14, 381:25, 383:9, 386:14, 417:24, 438:13, 446:23, 456:13, 456:15
  **Azara** - 329:12

# B

**B** - 252:9
  **back** - 256:1, 260:5, 260:7, 262:14, 263:18, 274:24, 330:2, 340:4, 370:11, 375:13, 398:6, 404:9, 409:18, 415:3, 432:20, 440:23, 454:11, 461:24, 475:2, 485:18
  **background** - 297:19, 322:12
  **bad** - 365:2, 395:6, 422:6
  **badge** - 259:1
  **bail** - 267:8, 481:3
  **balance** - 434:18
  **banks** - 406:10
  **baptized** - 451:10
  **bar** - 411:2, 414:24, 416:21
  **Bar** - 416:22
  **Barranca** - 341:8, 341:11
  **barred** - 268:17
  **bars** - 276:19
  **Bars** - 378:14
  **Bartolomeo** - 328:25
  **base** - 267:14, 409:22, 473:19
  **based** - 282:5, 282:11, 284:20, 291:7, 339:9, 364:25
  **Based** - 344:15, 481:22
  **basements** - 299:12
  **basic** - 270:19, 486:24
  **basically** - 314:3, 382:7, 383:13, 434:10
  **Basically** - 319:9, 321:3, 374:22
  **basis** - 253:18, 253:19, 258:1, 271:22, 367:8, 378:18, 395:16
  **batch** - 379:23
  **Bay** - 328:9, 328:10, 410:9
  **Be** - 322:7, 375:13, 485:8
  **be** - 253:6, 254:10, 254:17, 255:11, 255:19, 256:3, 257:14, 258:10, 260:12, 263:4, 263:9, 265:17, 266:11, 267:8, 267:9, 267:13, 267:21, 268:17, 271:21, 274:6, 277:10, 280:16, 281:9, 286:8, 286:15, 287:21, 289:23, 290:2, 290:9, 290:22, 292:1, 292:14, 293:19, 293:21, 293:24, 294:10, 294:17, 294:18, 295:9,

296:2, 296:4, 296:5, 297:18, 298:23, 299:10, 299:19, 302:4, 302:16, 303:14, 303:24, 304:7, 304:20, 306:25, 309:19, 309:21, 309:24, 310:6, 310:13, 310:14, 311:2, 311:15, 311:18, 311:19, 311:22, 311:24, 312:2, 312:5, 312:9, 312:12, 312:20, 313:20, 315:1, 315:8, 315:12, 315:14, 316:1, 316:14, 316:24, 316:25, 317:25, 319:4, 319:6, 319:7, 319:12, 320:1, 320:10, 320:12, 321:2, 321:16, 323:1, 323:2, 324:8, 329:23, 330:2, 330:20, 333:3, 334:22, 338:13, 340:7, 345:4, 353:4, 355:2, 357:22, 358:18, 359:3, 360:4, 360:22, 365:17, 365:21, 366:23, 369:8, 369:9, 370:2, 370:16, 371:23, 372:7, 372:11, 372:13, 373:3, 373:13, 374:6, 374:9, 374:22, 375:7, 376:14, 378:20, 379:7, 380:16, 381:23, 382:6, 383:5, 383:7, 383:16, 383:18, 383:20, 383:24, 383:25, 384:1, 384:11, 384:13, 385:20, 386:7, 387:5, 388:23, 388:25, 389:6, 391:2, 392:12, 394:4, 394:14, 396:1, 397:21, 398:1, 400:19, 403:2, 403:23, 404:4, 405:15, 405:16, 408:12, 408:17, 409:16, 411:3, 411:6, 412:7, 412:8, 412:22, 416:20, 422:9, 424:24, 425:23, 426:6, 426:10, 426:11, 426:12, 430:19, 431:25, 435:8, 436:19, 436:23, 436:25, 437:10, 438:25, 439:15, 439:25, 440:1, 441:2, 441:7, 441:16, 442:10, 444:23, 445:22, 445:25, 446:5, 446:10, 447:22, 447:24, 448:2, 448:8, 452:16, 453:13, 453:25, 454:14, 454:20, 459:22, 459:25, 460:20, 463:9, 466:6, 470:7, 471:9, 471:20, 472:23, 474:3, 474:4, 475:18, 477:1, 478:22, 478:25, 481:19, 481:23, 482:6, 482:7, 484:8, 485:4, 485:7, 485:8, 486:8, 488:8, 489:15, 489:21, 489:22
  **Beach** - 328:10, 342:15, 342:18
  **beard** - 326:6, 387:2, 437:16, 437:19, 438:6, 438:8, 446:11
  **beards** - 437:11
  **beatdowns** - 266:14
  **beaten** - 372:7
  **beauty** - 399:17
  **became** - 261:9, 261:11, 370:14, 393:8, 395:11, 403:18, 404:25, 406:1, 406:16, 407:8, 413:14, 421:3, 446:14, 446:17, 449:17, 457:14, 481:12
  **because** - 258:5, 259:21, 259:25, 262:10, 262:19, 263:5, 266:18, 267:6, 267:10, 267:12, 268:15, 279:6, 288:19, 297:19, 299:17, 306:19, 307:21, 313:22, 356:6, 360:3, 371:18, 372:3, 374:1, 396:2, 403:8, 404:12, 411:25, 422:5, 443:20, 454:14, 454:17, 454:20, 455:23, 479:11, 486:20, 486:21, 490:5, 490:7
  **Because** - 260:3, 314:4
  **become** - 254:20, 282:19, 290:19, 292:25, 293:7, 293:9, 296:8, 297:13, 298:14, 303:15, 311:9, 354:5, 354:21, 355:22, 366:3, 368:22, 369:16, 373:7, 381:19, 390:7, 395:4, 395:15, 405:12, 405:15, 421:19, 423:13, 423:19, 424:13, 425:19, 426:1, 426:3, 434:24, 450:24, 455:17, 456:16, 456:19
  **becomes** - 268:8, 295:21, 319:5
  **becoming** - 295:15, 295:18, 295:24, 296:15, 297:8, 297:12, 297:15, 363:7, 389:16, 426:20, 426:22
  **bedside** - 303:22
  **beef** - 316:3, 316:5, 316:11, 399:20, 416:15, 438:19, 439:12, 449:13
  **beefs** - 446:21, 449:10
  **been** - 254:21, 264:16, 265:14, 269:21, 270:6, 271:6, 273:25, 275:4, 275:5, 275:6, 275:8, 275:9, 275:22,

278:21, 279:3, 279:20, 282:25, 285:18, 285:21, 287:20, 296:11, 296:13, 301:5, 301:20, 303:18, 320:4, 329:9, 338:19, 340:11, 343:11, 353:8, 353:18, 356:15, 357:15, 363:8, 363:10, 363:11, 365:20, 367:7, 372:2, 377:10, 377:12, 379:16, 380:2, 383:10, 387:11, 406:2, 422:12, 430:16, 442:2, 449:23, 456:11, 461:22, 478:19, 488:11, 489:5, 490:8

**Before** - 252:9, 273:17, 322:10, 425:15

**before** - 258:19, 303:8, 304:13, 305:13, 305:24, 306:1, 306:20, 321:1, 324:21, 329:21, 333:11, 356:18, 358:1, 367:12, 367:14, 372:18, 372:20, 376:3, 392:21, 393:1, 405:20, 417:9, 426:5, 431:5, 431:8, 431:12, 463:8, 472:23, 476:13, 479:20, 483:12, 483:14

**began** - 475:21, 476:3, 483:12, 483:14

**begin** - 284:11, 329:25, 375:19, 375:22, 390:5, 395:19, 482:24, 483:15

**beginning** - 281:6, 301:9, 367:18, 377:16

**behalf** - 268:25, 269:1

**behaving** - 312:2

**behind** - 259:17, 324:16, 336:4, 342:1, 342:21, 428:12

**beige** - 388:10

**being** - 265:7, 274:13, 275:2, 275:19, 277:17, 278:6, 292:17, 293:12, 297:20, 300:3, 300:7, 300:19, 300:21, 317:14, 317:22, 318:3, 368:19, 369:2, 372:7, 383:11, 386:9, 391:15, 401:6, 402:8, 408:18, 422:12, 438:13, 445:23, 456:5, 465:4, 468:8, 470:12, 483:2

**believe** - 301:22, 341:18, 365:24, 369:11, 391:6, 415:18, 427:8, 450:15, 454:7, 461:24, 461:25, 469:4, 472:13, 475:9, 475:23, 477:12, 477:15, 483:16, 487:23, 488:12, 490:22

**believes** - 267:13

**belonged** - 413:6

**below** - 312:22, 325:13, 368:20, 368:21

**Below** - 261:5, 287:4

**beneficial** - 369:8

**benefit** - 368:23, 372:19

**benefits** - 414:4

**Bensonhurst** - 391:18, 405:10, 405:11

**Benton** - 252:12

**Bergen** - 447:11, 447:18, 447:23, 447:25, 448:1, 448:3, 477:22

**Bergin** - 336:13, 336:19, 338:25, 339:15, 476:20, 476:25, 477:23, 478:14

**besides** - 286:25, 294:8, 408:18, 444:3, 486:2

**best** - 266:11, 355:10, 367:13, 399:2

**bestowed** - 383:10

**bet** - 399:7, 406:13, 406:14, 411:5

**betray** - 300:9, 301:14, 431:2

**better** - 267:5, 296:15, 308:11, 330:10, 336:6, 342:2, 371:12, 377:25, 411:6, 484:9, 486:25

**Between** - 353:11

**between** - 277:4, 280:18, 292:19, 316:12, 316:18, 337:13, 337:17, 359:1, 369:1, 404:22, 409:16, 412:18, 452:5, 466:24, 470:2

**beyond** - 262:13, 267:19, 268:12, 322:15, 487:20

**Big** - 350:25

**big** - 278:7, 407:16, 411:2, 414:4, 444:25, 448:18

**bigger** - 416:8

**biggest** - 368:7

**Bilotti** - 402:2, 402:17, 414:23, 414:24, 418:20, 418:21, 418:24, 419:14, 419:17, 420:15, 423:7, 425:17

**Binoculars** - 378:5

**binoculars** - 276:12

**birth** - 390:24

**birthday** - 448:18

**bit** - 304:16, 306:8, 328:7, 406:5, 428:11, 454:9, 465:11

**Black** - 370:14, 393:10, 393:11

**black** - 338:23, 341:20, 385:9, 393:13, 485:8

**blackjack** - 403:2

**blame** - 265:16, 454:19

**blank** - 260:2

**blast** - 260:7

**bled** - 342:1

**block** - 427:18, 427:22, 478:3

**blood** - 261:13, 263:19, 300:23, 304:13, 305:24, 306:3, 306:4, 430:23, 430:25, 431:5, 431:9, 431:10, 431:12

**board** - 286:12, 326:25, 327:12, 332:24, 336:1, 336:12, 336:18, 336:23, 338:13, 339:14, 339:16, 340:15, 340:24, 341:6, 341:20, 342:17, 343:4, 345:1, 345:9, 346:4, 381:2

**Boards** - 324:24

**boards** - 325:3, 325:8, 325:16, 325:20, 326:10, 326:12, 326:14, 326:22, 326:23, 332:16, 332:18, 332:19, 333:4, 333:7, 333:11, 333:16, 333:20, 334:4, 334:6, 334:8, 334:18, 334:19, 338:9, 338:11, 343:2, 343:12, 345:5, 345:6, 376:21, 380:17

**Bobbie** - 351:12

**Bobby** - 335:22, 336:2, 428:5, 428:6, 428:17, 428:22, 451:21, 456:19, 456:20, 456:24, 463:25, 464:9, 464:15, 464:16, 464:24, 466:9, 466:16, 466:21, 466:23, 468:13, 469:4

**body** - 263:14, 263:20, 416:24, 417:2

**Bonanno** - 284:23, 397:12

**bond** - 444:12

**bonds** - 433:17, 434:5

**Bonner** - 364:3

**book** - 298:17, 302:17

**bookmaking** - 292:12, 406:5, 406:12, 408:4, 411:1, 412:19, 412:24, 412:25

**books** - 298:12, 298:13, 298:15, 445:12, 445:14

**Borghese** - 336:4, 336:10, 457:16

**Boriello** - 336:2, 428:5, 428:6, 428:17, 428:21, 428:22, 451:21, 456:18, 456:19, 456:24, 457:15, 463:20, 463:25, 464:5, 464:10, 466:16, 466:21, 466:22, 468:4, 468:13

**Boriello's** - 469:1

**borough** - 452:20

**Borriello** - 336:11, 351:12

**Borrielo** - 335:22

**boss** - 259:20, 260:24, 260:25, 286:14, 286:18, 286:19, 286:25, 287:1, 287:6, 287:13, 289:6, 289:18, 290:5, 290:6, 290:9, 290:11, 290:13, 298:6, 298:7, 298:12, 299:21, 300:12, 300:21, 310:10, 314:21, 314:25, 315:9, 316:23, 318:19, 371:11, 372:12, 373:4, 388:24, 392:6, 392:18, 392:21, 392:25, 393:4, 393:23, 394:4, 394:8, 397:1, 404:3, 407:2, 407:3, 407:9, 407:18, 409:23, 410:17, 410:19, 416:15, 418:11, 419:12, 420:21, 420:24, 421:3, 421:22, 421:24, 432:10, 432:13, 432:15, 432:17, 435:23, 435:24, 436:8, 436:12, 436:20, 436:23, 437:15, 438:6, 439:8, 439:14, 439:24, 440:17, 441:2, 441:25, 442:1, 447:6, 449:3, 449:8, 462:8, 476:9, 481:12

**boss's** - 315:3, 315:13, 436:15, 436:22

**bosses** - 289:9, 305:4, 321:8, 372:21, 392:21, 392:25, 397:8, 420:23

**both** - 286:19, 355:17, 369:14, 371:4,

**441:17, 442:2, 463:12, 463:22, 471:18, 472:7, 473:5, 473:7, 474:6, 477:6, 491:11**

**bother** - 404:12

**bothered** - 383:5

**bothering** - 396:14

**bottom** - 327:7, 327:9, 328:15, 328:24, 329:2, 329:3, 329:17, 331:4, 331:5, 331:12, 331:19, 332:4, 332:6, 332:13, 332:14, 335:9, 335:13, 336:16, 337:6, 339:3, 339:23, 339:25, 340:19, 341:3, 341:13, 341:14, 342:6, 342:7, 342:8, 342:23, 343:8, 343:9, 343:19

**Bottom** - 327:16, 328:2, 337:3, 338:5

**Botz** - 352:3

**Boulevard** - 328:10, 331:9

**boxes** - 344:5, 344:25

**boy** - 265:18

**Boy** - 347:1, 417:23, 455:13, 455:21

**brag** - 444:20

**bragged** - 258:24

**bragging** - 444:21, 444:23

**Brancato** - 351:10

**bravado** - 308:8

**break** - 322:1, 330:12, 375:11, 375:12, 375:13, 377:6, 399:17, 399:18, 424:22, 424:23, 425:15, 433:25, 485:6

**breaking** - 310:16, 433:24, 436:1, 444:4

**breathe** - 263:17

**brief** - 486:23, 486:25, 487:11, 488:24, 489:9, 490:11

**briefing** - 489:8

**briefly** - 274:2, 386:3, 448:25

**bring** - 256:1, 266:3, 330:12, 374:1, 376:3, 434:13, 449:7

**Bring** - 256:16, 376:8, 376:18

**bringing** - 312:10

**Broadway** - 252:19

**broke** - 393:1, 446:9

**broken** - 309:2, 309:5, 309:21, 372:14, 434:20, 435:12, 482:10

**Broncato** - 341:4

**Bronx** - 324:5

**Brooklyn** - 252:5, 252:16, 252:18, 252:22, 253:6, 258:13, 340:25, 341:24, 391:18, 401:18, 401:20, 405:7, 405:10, 410:9, 416:22, 447:11, 471:1, 471:4, 472:14

**brother** - 351:4, 391:24, 423:6, 425:16, 431:6, 454:15, 457:17, 461:24, 462:9, 475:6, 477:15, 478:16, 478:20, 479:8, 480:16

**Brother** - 346:22

**brother-in-law** - 454:15, 457:17

**brothers** - 391:20, 391:22, 475:16

**Brothers** - 420:1

**brought** - 267:24, 268:8, 434:9, 438:10

**Brown** - 396:1, 396:6, 396:24

**Brown's** - 447:12

**Bruce** - 362:7

**bruited** - 487:7

**Brush** - 257:24

**brutal** - 263:16

**brutally** - 264:7

**Bud** - 346:16

**bug** - 274:6, 276:1

**bugged** - 449:19, 449:23, 450:5, 450:9

**bugs** - 273:22, 275:6, 275:10

**building** - 253:5

**buildings** - 403:4

**Bull** - 347:13, 351:20, 416:2

**bullet** - 263:20

**bullet-ridden** - 263:20

**burden** - 258:6

**burglary** - 303:13

**Burke** - 327:22, 351:8

**Burlingame** - 252:13, 253:20, 253:23,

254:3, 254:13, 255:23, 256:8, 256:15, 260:13, 269:19, 269:25, 270:3, 285:15, 285:19, 286:2, 291:2, 297:1, 321:24, 322:8, 322:18, 322:19, 326:7, 326:17, 329:7, 330:13, 334:11, 334:16, 335:16, 335:19, 338:18, 344:2, 344:21, 345:3, 345:6, 346:3, 346:14, 348:5, 350:10, 352:8, 352:13, 352:16, 353:25, 357:8, 360:5, 360:16, 362:22, 363:13, 363:15, 365:4, 376:9, 376:19, 376:23, 379:18, 386:3, 386:5, 387:4, 387:8, 387:16, 387:19, 388:11, 394:14, 399:1, 424:2, 424:24, 425:13, 443:1, 466:1, 469:10, 471:12, 471:19, 474:2, 475:2, 480:6, 483:9, 484:9, 484:22, 486:4, 486:10, 486:18, 486:23, 487:9, 487:22, 488:10, 488:17, 488:25, 489:3, 489:10, 489:15, 489:20, 490:10, 491:8, 491:12, 491:15
**burn** - 300:8, 431:2
**burnt** - 300:25
**business** - 274:21, 288:4, 293:7, 303:9, 305:8, 306:21, 307:3, 307:7, 307:10, 307:11, 307:12, 319:5, 369:2, 389:25, 404:6, 407:22, 408:24, 409:4, 409:24, 411:2, 411:21, 412:7, 412:9, 412:10, 418:9, 435:1, 435:3, 435:9, 447:2, 452:17, 477:16
**businesses** - 318:25, 477:14
**But** - 263:8, 265:20, 268:17, 280:11, 283:3, 296:16, 308:20, 313:23, 360:22, 368:22, 371:18, 384:2, 384:5, 384:21, 420:25, 434:19, 437:11, 438:2, 439:3, 439:5, 441:14, 446:9, 455:14, 486:24, 487:6, 487:12, 487:20, 487:22, 488:7, 489:5, 489:8, 489:24, 490:1, 490:6, 490:8, 490:24
**but** - 256:9, 257:25, 258:8, 261:7, 262:9, 265:22, 266:8, 267:10, 267:14, 280:22, 288:17, 299:18, 305:4, 306:4, 307:9, 307:17, 312:23, 341:17, 355:7, 355:23, 359:13, 360:1, 361:17, 362:24, 366:15, 367:19, 368:24, 370:16, 370:17, 371:8, 372:12, 372:15, 372:25, 373:16, 378:24, 379:3, 380:16, 381:6, 383:7, 385:20, 400:17, 412:4, 413:2, 434:12, 438:5, 441:3, 441:16, 443:4, 445:13, 453:2, 464:7, 476:2, 478:14, 482:14, 485:20, 486:21, 487:19, 489:17
**Butch** - 345:17, 427:18, 428:1, 429:4, 429:11
**button** - 287:18, 426:23, 426:25
**by** - 252:25, 257:2, 260:24, 261:25, 264:14, 264:17, 265:21, 265:23, 266:8, 267:13, 267:20, 268:16, 268:17, 271:20, 272:21, 273:21, 274:8, 274:22, 281:5, 284:4, 284:12, 285:1, 285:7, 286:15, 286:19, 287:6, 288:12, 292:11, 295:21, 296:5, 299:20, 300:4, 301:1, 301:11, 302:5, 303:20, 309:24, 313:7, 313:25, 314:14, 314:18, 315:25, 316:21, 317:18, 317:20, 318:6, 320:2, 326:23, 357:19, 358:20, 360:3, 360:9, 361:11, 362:7, 363:1, 367:17, 369:5, 370:19, 371:22, 372:11, 374:2, 374:23, 379:7, 384:19, 389:6, 391:2, 391:3, 392:6, 396:20, 397:3, 397:4, 397:9, 400:11, 400:17, 401:2, 403:25, 407:20, 408:25, 411:24, 420:18, 421:16, 427:8, 428:5, 436:5, 447:12, 455:23, 472:13, 476:11, 476:21, 477:12, 477:22, 478:1, 478:13, 478:14, 481:11, 489:5
**By** - 252:13, 270:3, 297:1, 308:7, 322:19, 330:13, 344:2, 352:21, 377:3, 380:4, 386:5, 387:1, 387:19, 390:4, 399:1, 424:2, 425:13, 443:1, 451:1, 466:1, 469:10

---

## C

**C**- 269:20, 269:24, 387:10, 492:3,

492:6
**Cacciopoli**- 327:16, 328:21, 328:24, 328:25, 331:1, 331:12, 331:24, 335:2, 335:25, 336:8, 336:20, 336:21, 338:7, 338:15, 339:4, 342:7, 343:9, 343:10, 343:11, 343:19, 345:15, 346:5, 457:17, 457:19, 477:8
**Cadman**- 252:15, 252:22
**calculating** - 266:25
**Cali**- 332:5
**Call**- 269:18
**call** - 274:23, 284:8, 289:7, 306:9, 306:11, 309:22, 310:12, 313:23, 330:2, 373:12, 384:13, 384:23, 385:1, 400:16, 427:2, 427:14, 445:21, 461:20
**called** - 260:18, 261:1, 261:17, 267:4, 288:11, 306:8, 313:25, 319:24, 367:11, 367:14, 368:17, 372:23, 384:19, 384:21, 388:25, 389:18, 392:21, 393:9, 393:10, 393:11, 397:16, 400:19, 416:22, 420:22, 431:6, 431:23, 432:5, 432:24, 433:16, 434:8, 438:17, 454:15, 473:15
**calling** - 255:24
**calls** - 269:19, 303:23, 387:8, 432:10
**Calm**- 477:10
**Came**- 371:6
**came** - 267:11, 271:11, 283:18, 370:14, 396:13, 396:17, 413:11, 414:14, 416:13, 429:23, 430:2, 430:4, 432:19, 447:11, 448:21
**camera** - 276:11, 277:22, 278:7, 340:4
**cameras** - 277:20, 378:1, 378:3, 380:22
**Campbell**- 252:12
**Camuso**- 332:14
**can** - 254:14, 254:20, 254:24, 256:1, 266:11, 266:23, 268:14, 274:8, 275:18, 280:5, 281:9, 286:9, 286:10, 290:24, 293:7, 293:24, 295:1, 298:17, 298:23, 298:24, 298:25, 299:2, 302:4, 307:8, 308:4, 309:19, 309:21, 311:18, 311:25, 312:2, 313:7, 313:11, 313:23, 314:8, 315:13, 316:24, 319:10, 321:2, 322:22, 329:24, 330:5, 330:6, 330:11, 334:23, 334:24, 336:6, 340:7, 342:2, 344:3, 344:15, 357:25, 358:18, 359:3, 361:5, 368:9, 370:3, 370:4, 372:12, 372:20, 375:22, 376:3, 376:16, 381:25, 383:3, 383:4, 383:7, 383:16, 383:18, 383:24, 385:14, 385:19, 388:25, 405:20, 422:15, 422:17, 425:7, 434:2, 438:23, 439:8, 439:17, 442:7, 443:21, 445:15, 446:19, 454:8, 458:20, 472:21, 484:9, 486:11, 489:10, 489:14, 491:5
**Can**- 271:8, 274:2, 274:16, 281:1, 286:8, 288:6, 288:16, 289:23, 293:15, 298:3, 298:17, 299:15, 303:5, 304:10, 305:24, 306:8, 306:14, 309:4, 311:15, 312:19, 313:9, 313:21, 316:17, 319:25, 320:22, 326:5, 333:8, 337:13, 373:2, 374:20, 388:9, 398:11, 399:14, 415:12, 416:11, 432:2, 437:13, 440:10, 445:18, 448:25, 451:25, 455:2, 457:3, 457:25, 458:6, 458:12, 462:16, 462:19, 467:24, 470:15, 472:11, 476:4, 478:1
**can't** - 255:22, 257:24, 278:7, 286:15, 304:17, 307:3, 311:24, 313:15, 362:21, 366:21, 384:12, 384:13, 384:14, 387:2, 387:3, 391:2, 404:12, 419:2, 422:19, 428:12, 436:22, 436:23, 441:12, 442:9, 445:5
**Can't**- 445:7, 482:6
**candid** - 267:9
**cannot** - 290:2, 292:14, 318:16, 485:18
**capabilities** - 460:1, 460:3, 483:7
**capability** - 294:11
**Capable** - 454:1

**capable** - 294:9, 294:13, 294:16, 294:17, 295:3, 295:7, 297:10, 424:9, 453:24, 453:25, 479:17
**capacity** - 283:4, 283:13
**capodecina** - 449:3
**capodecinas** - 287:5
**caporegimes** - 287:6
**capos** - 287:5, 289:8
**Captain** - 388:1, 397:22, 397:23, 397:24, 420:17, 429:17, 457:24, 458:5
**captain** - 262:17, 287:8, 288:1, 288:4, 288:18, 288:22, 300:11, 300:13, 302:7, 303:23, 306:16, 310:10, 316:21, 316:23, 318:18, 396:24, 404:1, 405:15, 405:16, 407:2, 407:3, 407:9, 407:18, 409:22, 410:16, 417:19, 418:4, 420:9, 420:11, 421:21, 423:9, 423:15, 427:19, 429:1, 429:4, 429:10, 429:11, 438:2, 439:6, 440:1, 440:2, 440:6, 446:8, 447:1, 447:5, 448:24, 449:2, 449:9, 449:14, 450:17, 457:8, 457:10, 457:14, 459:3, 462:15, 469:6, 481:11, 482:8, 482:15
**captain's** - 287:11
**Captains** - 290:16, 290:17, 440:4
**captains** - 261:2, 261:3, 287:4, 288:15, 288:16, 289:8, 290:11, 421:25, 422:3, 422:4, 430:8, 440:5, 448:25
**Caputo** - 351:6
**car** - 258:16, 260:2, 260:4, 263:19, 416:20, 416:23, 416:24, 417:2
**Carbonara**- 330:17
**Carbonarro**- 345:23, 346:5
**Carbonnaro**- 428:9, 428:15
**card** - 267:6, 396:16, 401:25, 403:2, 411:2
**Cardillo**- 382:14, 382:20
**cards** - 320:10, 396:18, 411:8, 456:22
**care** - 278:4, 385:19, 424:23, 449:3, 449:4, 449:5
**career** - 266:24, 273:2, 278:12
**careful** - 485:7
**Carillo** - 269:19, 269:24, 270:6, 285:21, 286:5, 286:11, 290:24, 291:3, 322:20, 324:16, 325:24, 333:6, 339:5, 344:5, 344:25, 345:8, 386:6
**Carl**- 351:14
**Carlo** - 319:21, 350:1, 393:23, 394:9, 394:13, 395:10, 397:3
**Carmelo**- 351:14
**Carmine** - 351:20, 454:13, 454:15, 454:21, 454:24, 455:1, 455:5, 455:9, 457:17, 480:12, 480:13
**Carneglia**- 252:5, 258:16, 259:9, 261:9, 264:17, 264:21, 265:1, 265:7, 265:16, 265:18, 265:24, 266:1, 266:5, 268:10, 268:15, 268:20, 268:22, 269:2, 326:1, 327:15, 327:17, 327:18, 327:24, 328:1, 328:3, 328:11, 328:20, 328:21, 329:1, 329:15, 335:3, 335:13, 335:23, 335:25, 336:4, 336:9, 336:15, 336:25, 337:4, 338:22, 339:2, 339:18, 339:19, 339:21, 339:25, 340:18, 341:25, 342:4, 342:5, 342:16, 343:6, 343:7, 343:18, 345:25, 346:11, 351:2, 379:25, 380:8, 380:14, 380:20, 380:22, 388:8, 419:22, 419:24, 420:4, 457:16, 458:8, 458:14, 461:25, 462:9, 475:16, 476:12, 478:16, 479:9, 479:12, 479:20
**Carneglia's**- 254:8, 255:15, 479:13
**Carneglias**- 475:22, 476:4, 477:20, 479:6
**carpet** - 442:11
**carried** - 313:20, 487:18
**carry** - 289:1, 289:12
**carrying** - 487:14
**cars** - 412:13
**case** - 253:7, 253:25, 254:6, 254:16, 255:9, 257:19, 257:20, 257:21, 257:23, 257:24, 260:16, 264:15, 266:1, 266:23,

267:10, 267:24, 268:1, 269:2, 279:2, 279:6, 280:17, 283:12, 330:4, 353:2, 357:21, 360:6, 360:8, 360:11, 361:5, 361:13, 361:15, 361:21, 361:22, 363:2, 363:8, 365:2, 366:15, 367:5, 375:14, 401:3, 434:8, 456:10, 471:23, 472:5, 480:15, 484:7, 489:6
**cases** - 278:13, 279:16, 353:10, 353:12, 353:18, 354:21, 359:14, 378:19, 437:17, 454:12, 480:8, 487:4, 488:6
   **casino** - 403:12
   **casinos** - 402:25
   **Cassata** - 327:8
   **Castellano** - 350:25, 404:3, 410:21, 410:24, 416:16, 418:13, 418:24, 419:14, 419:16, 420:15, 421:1, 421:4, 421:6, 423:7, 425:17
   **casual** - 448:6
   **Cat** - 252:25
   **categorically** - 265:24
   **Catering** - 328:10
   **catering** - 452:21
   **caught** - 265:14, 417:2
   **cause** - 265:6, 435:3, 480:24
   **causing** - 489:21
   **caution** - 257:1
   **Cavalcante** - 351:22
   **Cavallo** - 328:22, 328:23, 329:1, 329:14, 330:25, 332:10, 333:1, 335:25, 337:5, 338:22, 340:19, 340:20, 342:6, 342:20, 342:21, 343:1, 345:21, 346:6, 457:16, 458:2, 477:6
   **Ccc** - 420:8
   **cease** - 381:23, 384:8
   **Cefalu** - 350:23
   **cellular** - 274:6
   **center** - 335:4, 335:12, 337:4, 337:25, 338:6, 339:23, 340:3, 342:7, 342:20, 342:24
   **Center** - 259:18, 463:7
   **century** - 398:6
   **ceremonies** - 299:11, 299:16, 301:6
   **ceremony** - 261:12, 299:4, 299:7, 299:20, 299:22, 299:23, 300:1, 300:10, 300:15, 300:22, 301:1, 301:10, 301:20, 301:24, 303:3, 305:17, 431:15, 432:25, 437:3, 440:7, 440:18, 450:12
   **certain** - 274:7, 274:11, 277:17, 282:15, 288:3, 288:5, 291:25, 292:8, 298:20, 299:19, 302:23, 305:6, 306:2, 306:19, 308:8, 309:11, 310:23, 311:3, 320:9, 321:8, 321:9, 334:6, 367:19, 371:9, 371:13, 375:1, 401:5, 444:20, 446:22, 448:8, 448:10, 467:25, 485:1
   **Certainly** - 487:16
   **certainly** - 255:17, 370:21, 487:19
   **chair** - 390:4, 445:12
   **chance** - 312:24, 424:12
   **chances** - 295:18, 312:11, 373:9, 423:13, 424:3, 424:6, 425:19
   **change** - 268:14, 268:15, 356:5, 358:25, 383:21, 423:8, 446:17, 468:24, 468:25
   **Change** - 268:14
   **changed** - 299:18, 301:6
   **changes** - 268:12, 301:20, 301:21
   **character** - 400:23, 400:24
   **characterize** - 485:20
   **charge** - 262:4, 365:8, 403:8, 471:17
   **charged** - 261:20, 264:9, 265:4, 265:22, 267:22, 268:10, 269:13, 471:10
   **charges** - 261:22, 264:18, 265:25, 267:14, 267:19, 268:8, 268:16, 268:19, 268:22, 322:16, 356:13
   **Charles** - 252:5, 258:16, 259:9, 261:8, 264:17, 264:21, 265:1, 265:7, 265:16, 265:18, 265:24, 266:1, 268:20, 269:1, 326:1, 327:15, 327:17, 327:24, 328:1, 328:3, 328:11, 328:20, 328:21, 329:1,

329:14, 335:3, 335:13, 335:23, 335:25, 336:4, 336:8, 336:14, 336:25, 337:4, 338:21, 339:2, 339:18, 339:19, 339:20, 339:25, 340:18, 342:4, 342:5, 342:16, 343:6, 343:7, 343:18, 345:25, 346:11, 388:8, 457:16, 458:8, 458:14, 461:17, 461:19, 461:20, 465:11, 466:10, 466:18, 477:3, 477:12, 478:14
   **Charley** - 382:11
   **Charlie** - 341:25, 382:21
   **chart** - 394:15
   **chase** - 293:20, 311:24, 311:25
   **chased** - 311:22, 456:15
   **chastised** - 310:2, 311:20
   **chat** - 443:18
   **cheat** - 367:4
   **cheating** - 366:8
   **check** - 432:12, 434:18, 447:3, 447:6
   **checking** - 255:3
   **cherrypicked** - 379:16
   **chest** - 258:17
   **Chicago** - 284:8
   **child** - 390:16, 441:8
   **childhood** - 452:7
   **children** - 390:19, 431:13, 451:7
   **Chin** - 437:15, 437:20, 442:2
   **Chin's** - 442:1
   **chit** - 443:18
   **chit-chat** - 443:18
   **choice** - 306:11
   **choir** - 265:18
   **choose** - 263:9, 290:10, 293:15, 368:22, 382:6
   **chose** - 258:21, 434:18
   **chosen** - 263:5, 290:5, 290:6, 290:12, 370:18
   **christenings** - 278:2, 321:16
   **Christmas** - 406:23, 407:4, 448:17
   **church** - 403:6
   **churches** - 403:3
   **Ciccone** - 341:3, 341:24
   **circle** - 388:21, 388:23, 414:16, 443:19
   **Circuit** - 487:2
   **circumstance** - 383:8
   **circumstances** - 289:19, 464:4, 470:19, 471:21, 476:2
   **cities** - 290:7
   **citizen** - 279:7
   **citizens** - 267:11
   **Citriniti** - 338:2
   **City** - 271:11, 371:4, 379:4
   **city** - 379:8, 393:3
   **civic** - 263:5
   **civilian** - 263:12, 453:15
   **civilians** - 416:25
   **claimed** - 288:12, 317:18
   **clarifies** - 375:6
   **clarify** - 332:16, 374:20, 376:20, 454:9
   **clear** - 269:17, 333:3, 356:11, 362:25, 375:20, 439:25, 472:2, 474:10, 482:6, 488:3
   **clearly** - 267:18, 268:21, 474:13
   **clears** - 269:5
   **Clerk** - 263:23, 387:13
   **client** - 376:4
   **clip** - 317:12
   **close** - 398:7, 416:7, 435:23, 443:20, 450:24, 450:25, 451:3, 451:20, 452:8, 455:14, 455:22, 456:1, 456:5, 456:17, 456:19, 460:12, 466:4, 468:4, 473:25, 475:14
   **closer** - 288:11, 399:4, 451:17
   **closest** - 388:24, 392:17, 393:6, 448:5, 448:11, 451:18, 451:22
   **clout** - 371:9
   **club** - 319:25, 320:1, 320:24, 336:13, 339:16, 396:1, 396:3, 401:11, 409:19, 409:20, 409:21, 410:11, 410:18, 411:3,

411:21, 412:3, 427:12, 427:13, 430:17, 447:12, 476:24, 477:22, 478:14
   **Club** - 336:13, 336:19, 339:1, 339:15, 447:10, 447:18, 447:23, 447:25, 448:3
   **clubs** - 275:7, 276:19, 320:5, 320:9, 320:13, 320:16, 320:18, 320:19, 354:10, 378:10, 394:25, 396:14, 410:1, 410:4, 410:6, 410:25, 411:15, 411:18, 411:22, 411:23, 412:16, 412:21, 451:4, 476:11, 476:22, 477:2
   **coat** - 426:12
   **code** - 426:10, 426:12, 426:18
   **codes** - 276:4
   **coffee** - 257:12
   **coherent** - 275:15
   **cold** - 266:25
   **collect** - 408:15
   **college** - 266:12, 401:19
   **Colombo** - 284:23, 392:2, 397:1, 397:12
   **color** - 350:8
   **Colucciello** - 328:25
   **come** - 256:2, 257:12, 280:12, 280:24, 281:1, 281:9, 284:9, 299:19, 303:20, 303:23, 306:12, 313:25, 314:1, 321:9, 326:22, 334:17, 335:16, 339:12, 344:25, 356:12, 356:17, 365:6, 365:16, 374:10, 384:12, 384:20, 385:3, 394:25, 396:9, 397:3, 403:9, 403:18, 406:14, 409:6, 409:23, 411:24, 412:21, 421:25, 422:1, 431:5, 431:16, 431:19, 432:12, 432:14, 432:16, 433:16, 435:1, 445:10, 448:6, 449:17, 449:22, 456:4, 457:9, 475:2, 475:21, 477:12, 478:13, 480:21, 483:6, 483:20, 487:5
   **Come** - 399:20
   **comer** - 375:2
   **comes** - 257:22, 266:19, 278:25, 280:9, 305:24, 309:10, 317:21, 359:4, 371:21, 431:8, 439:19, 439:21, 439:23, 459:20, 483:12, 485:2, 488:3, 488:20
   **coming** - 265:11, 306:7, 321:4, 344:12, 366:22, 373:6, 374:5, 374:9, 382:9, 431:22, 432:4, 439:14, 456:10, 471:21, 489:22, 489:25
   **command** - 286:20, 301:18
   **commenced** - 358:1
   **commission** - 420:22, 420:25
   **commit** - 282:20, 294:11, 294:18, 295:10, 295:19, 296:17, 299:22, 315:3, 315:10, 318:16, 371:21, 399:11, 399:15, 415:5, 416:12, 423:18, 424:13, 424:16, 436:15, 436:21
   **commits** - 297:7
   **committed** - 259:4, 261:20, 262:24, 264:22, 265:1, 265:3, 308:13, 315:15, 358:14, 389:2, 400:1, 444:24, 465:3, 467:8, 467:15
   **Committee** - 429:17
   **committee** - 418:4, 418:5, 418:6, 418:7, 429:18, 481:11
   **committing** - 262:1, 263:1, 282:21, 296:14, 297:10, 315:12, 357:15, 380:20, 380:23, 399:23, 406:2, 424:10, 424:18, 424:19, 435:14, 454:1, 471:10
   **commodity** - 468:5, 487:14
   **common** - 295:9, 296:13, 297:22, 305:16, 315:24, 319:13, 319:17, 320:7, 399:9, 400:20, 453:3, 453:9
   **commonly** - 309:5
   **Community** - 401:20
   **community** - 266:21
   **company** - 265:21
   **compensation** - 279:5
   **complete** - 275:18, 490:22
   **complied** - 358:1
   **conceal** - 278:7
   **Concentrate** - 269:15
   **concept** - 355:5
   **concepts** - 315:20

**concerned** - 356:21, 381:20, 381:21, 381:24

**concerning** - 255:15, 304:8, 316:15, 393:21, 437:3, 453:19, 466:22

**condition** - 313:24

**conditions** - 278:1

**conduct** - 270:21, 271:16, 272:2, 272:22, 277:7, 278:9, 278:15, 281:16, 310:22, 320:18, 320:23, 321:6, 321:19, 322:20, 323:4, 323:20, 361:9, 411:20

**conducted** - 276:6, 278:13, 301:6, 304:24, 305:8, 320:15, 323:22, 324:3, 327:2, 327:13, 328:8, 328:17, 329:11, 330:15, 330:22, 331:7, 331:16, 331:21, 332:8, 333:14, 335:1, 337:11, 338:20, 343:16, 363:4, 452:17

**conducting** - 273:17, 277:2, 277:21, 300:22, 311:15, 316:15, 320:21, 323:15, 324:25, 325:5, 325:17, 340:11, 366:24, 379:2

**confer** - 253:10, 253:12, 280:4

**confidential** - 278:23, 278:24, 278:25, 279:9, 279:15, 279:22, 280:3, 280:18, 280:20

**conflict** - 435:4

**congratulated** - 431:3

**congregate** - 276:19

**connected** - 367:24

**connection** - 334:16, 334:22, 389:15, 480:13

**consenting** - 264:15

**consequences** - 293:19, 408:17

**consideration** - 280:16, 296:15, 310:13

**considered** - 290:18, 290:22, 307:4

**consigliere** - 260:25, 261:1, 286:19, 286:21, 286:24, 287:13, 394:4

**consiglieres** - 289:8

**conspiracy** - 255:5, 261:23, 268:9, 408:4, 436:17, 487:24, 488:1, 488:2

**constant** - 292:23, 409:17

**constitutes** - 471:16

**construction** - 413:10, 449:6

**Construction** - 473:15

**contact** - 355:9, 356:2

**containing** - 344:6

**Conte** - 440:15, 462:14

**contend** - 264:24

**content** - 325:20

**contents** - 286:12, 474:11

**context** - 459:13, 460:25

**Context** - 459:20

**continue** - 295:16, 322:8, 360:17, 386:7, 414:19, 432:7, 450:22

**Continue** - 330:14, 365:11

**Continued** - 296:18, 343:21, 344:1, 377:2, 398:18, 423:24, 442:12, 465:12, 485:22, 492:5

**continues** - 280:21

**Continues** - 424:1, 425:12

**Continuing** - 486:1

**control** - 449:7

**convenience** - 485:12

**conversation** - 274:18, 274:20, 275:16, 275:19, 277:10, 464:14, 466:21, 467:2, 467:6, 469:14, 470:25, 472:12, 472:22, 474:4, 474:8, 474:10, 474:11, 474:17, 474:23, 490:3

**conversations** - 264:2, 275:1, 276:1, 320:4, 357:7, 375:19, 375:22, 460:25, 467:22, 490:2

**convicted** - 480:4

**conviction** - 485:17, 485:18

**convince** - 268:19

**cooperate** - 279:8, 303:11, 308:14, 311:8, 311:11, 312:13, 313:1, 313:4, 355:7, 358:5, 366:21, 491:7

**cooperated** - 446:4

**cooperates** - 312:21, 312:23, 313:13, 313:15

**cooperating** - 254:19, 254:20, 262:25, 266:12, 266:24, 267:3, 278:22, 280:3, 280:7, 280:8, 280:9, 280:19, 280:23, 281:4, 281:11, 281:16, 281:19, 281:23, 303:14, 313:17, 354:16, 355:12, 355:22, 356:14, 357:16, 358:21, 360:10, 363:8, 367:1, 376:10, 390:5, 445:12, 482:24, 483:12, 483:14, 483:15, 486:5

**cooperation** - 267:4, 312:16, 365:18, 445:25

**Cooperation** - 294:22

**cooperator** - 359:8, 361:20, 361:25, 362:4, 363:2, 445:17

**cooperators** - 266:22, 354:21, 358:25, 360:11, 361:17, 362:19, 365:16, 365:20

**Cooperators** - 359:9

**coordinate** - 323:12

**cop** - 353:16, 373:22

**cops** - 416:25

**corner** - 259:15, 477:23

**Corozzo** - 327:5, 327:8, 327:10, 327:14, 331:22, 332:1, 332:2, 332:6, 336:17, 336:20, 337:6, 338:2, 338:14, 339:3, 339:23, 339:24, 340:1, 342:8, 345:18, 345:19, 346:6, 346:7

**Corrao** - 329:16, 335:10, 338:5, 345:17, 346:8, 350:21, 429:4, 429:11

**Corrao's** - 428:1

**Correct** - 352:13, 376:22, 384:4, 384:21, 393:7, 394:10, 398:14, 428:23, 429:12, 429:19, 429:21, 438:7, 447:17, 461:5, 471:12, 487:9

**correct** - 272:14, 298:2, 320:16, 340:10, 352:12, 352:25, 355:4, 358:23, 358:24, 358:25, 359:20, 359:21, 359:24, 360:3, 365:17, 366:2, 367:11, 368:10, 370:4, 370:8, 370:18, 373:21, 374:4, 379:15, 380:20, 382:8, 383:16, 417:7, 417:8, 428:18, 438:14, 450:13, 465:5, 466:3, 469:13, 471:11, 471:18

**corroborate** - 277:12, 280:2, 280:6, 281:17

**Cosa** - 271:3, 271:4, 271:9, 282:1, 282:24, 283:5, 283:10, 283:25, 284:3, 288:18, 288:21, 289:6, 289:16, 290:23, 294:21, 294:25, 295:5, 300:4, 300:5, 300:9, 300:14, 301:13, 301:14, 302:4, 302:5, 302:9, 303:9, 303:21, 304:2, 304:6, 304:13, 304:17, 304:19, 306:5, 307:10, 308:7, 308:9, 308:18, 309:13, 309:20, 309:21, 309:23, 309:25, 312:20, 312:22, 313:11, 313:13, 318:6, 318:16, 320:12, 366:9, 371:25, 383:1, 384:2, 384:18, 387:1, 389:25, 397:16, 397:19, 404:12, 410:3, 431:10, 431:14, 437:8, 437:9, 441:13, 441:18, 443:3, 444:2

**Costa** - 329:15

**Cotillo** - 259:10, 259:11

**could** - 253:15, 285:15, 293:19, 293:20, 293:22, 294:7, 297:11, 311:11, 311:19, 311:20, 311:22, 315:1, 315:14, 316:1, 316:14, 319:6, 319:7, 320:1, 320:12, 321:2, 321:16, 323:1, 323:2, 324:17, 326:21, 326:23, 327:12, 328:6, 329:20, 334:19, 344:25, 345:9, 368:2, 370:2, 370:14, 371:11, 372:7, 373:12, 373:15, 375:12, 383:25, 384:1, 385:13, 395:13, 395:25, 408:17, 408:18, 409:24, 411:6, 412:7, 412:8, 412:18, 412:19, 413:3, 414:6, 424:9, 424:20, 428:11, 433:8, 433:18, 433:19, 433:21, 434:14, 435:8, 437:2, 437:10, 438:25, 439:2, 439:3, 439:4, 439:5, 439:10, 440:4, 440:5, 440:12, 445:21, 445:22, 447:1, 490:5

**Could** - 317:15, 324:8, 396:19, 402:9, 409:16, 416:9, 428:13

**couldn't** - 405:11, 413:2, 415:17, 438:11, 441:2, 446:11, 446:20, 446:23, 454:17, 454:20

**counsel** - 253:9, 260:12, 263:7, 269:12, 286:8, 464:7

**count** - 413:10, 413:11, 413:12

**Count** - 261:22

**counterfeit** - 433:17

**counting** - 266:25

**countless** - 266:14, 366:7

**country** - 265:20, 391:15

**counts** - 261:21, 262:4

**County** - 271:17, 271:25, 272:21, 371:5

**county** - 379:8

**couple** - 253:20, 309:4, 317:14, 324:8, 359:15, 359:16, 377:19, 408:14, 417:24

**course** - 262:2, 264:20, 264:25, 267:5, 268:4, 278:12, 302:21, 325:25, 357:23, 368:7, 377:11, 378:7, 378:16, 459:3, 459:14, 489:3

**court** - 253:2, 258:12, 258:13, 259:1, 265:20, 266:3, 278:10, 279:6, 280:13, 280:24, 283:4, 283:9, 327:19, 328:7, 330:3, 356:23, 376:2, 438:10, 491:6

**Court** - 252:1, 252:17, 252:21, 253:3, 253:11, 253:16, 253:19, 253:22, 254:2, 254:12, 255:4, 255:8, 255:13, 255:20, 255:22, 256:6, 256:10, 256:13, 256:16, 256:17, 256:19, 256:24, 257:1, 257:5, 257:8, 257:18, 258:2, 258:25, 259:2, 264:7, 264:10, 264:12, 264:17, 267:17, 269:11, 270:1, 274:4, 274:9, 274:11, 274:22, 285:18, 286:3, 286:10, 291:1, 308:4, 308:24, 310:20, 312:8, 314:11, 319:16, 321:22, 322:1, 322:4, 322:7, 322:9, 322:10, 326:8, 326:19, 329:6, 329:23, 334:14, 334:24, 335:18, 337:15, 337:18, 344:23, 345:5, 350:12, 352:10, 352:14, 352:18, 357:9, 357:12, 357:18, 360:6, 360:17, 360:24, 361:4, 361:9, 361:13, 361:21, 362:2, 362:6, 362:18, 362:23, 363:14, 363:16, 365:6, 365:14, 365:19, 365:22, 375:10, 375:13, 375:16, 375:24, 376:6, 376:8, 376:12, 376:16, 376:22, 376:25, 379:19, 387:5, 387:7, 387:17, 388:12, 388:19, 389:5, 389:10, 389:22, 394:16, 394:18, 405:24, 419:2, 419:4, 424:22, 425:1, 425:3, 425:6, 425:11, 425:14, 432:7, 436:4, 437:23, 441:23, 443:17, 444:18, 446:13, 453:7, 458:18, 459:13, 459:20, 460:8, 460:20, 461:16, 463:15, 464:3, 464:6, 465:7, 466:13, 466:20, 467:13, 467:17, 468:16, 468:19, 468:22, 469:1, 469:3, 469:6, 469:9, 470:18, 471:4, 471:7, 471:13, 471:20, 473:9, 473:11, 474:3, 474:15, 474:23, 475:4, 475:8, 476:2, 476:7, 479:4, 479:25, 480:4, 480:10, 480:19, 481:2, 481:17, 481:21, 482:1, 482:21, 482:23, 483:8, 483:10, 483:22, 484:1, 484:5, 484:16, 484:21, 484:23, 485:6, 485:11, 485:14, 486:1, 486:8, 486:16, 486:19, 486:25, 487:16, 488:5, 488:16, 488:19, 489:1, 489:4, 489:12, 489:14, 489:17, 489:24, 490:14, 490:20, 490:24, 491:5, 491:10, 491:13, 491:17

**Court's** - 286:5, 491:8

**Courthouse** - 252:4

**courtroom** - 265:12, 267:11, 326:3, 359:22, 365:16, 375:15, 375:20, 388:4, 485:13

**cover** - 414:5

**covert** - 278:5

**crap** - 403:2

**crash** - 417:1

**Crazy** - 461:20

**crazy** - 437:17, 437:19, 438:9, 438:11

**create** - 416:24
**created** - 421:25
**creating** - 374:6
**credibility** - 357:22, 365:7, 365:9, 365:10
**credible** - 266:6, 267:20, 268:16
**crew** - 287:11, 288:17, 288:21, 288:22, 384:24, 404:2, 410:16, 417:21, 423:7, 423:9, 425:18, 425:23, 438:4, 447:5, 449:4, 449:10, 449:13, 456:24, 457:14, 457:15, 458:16, 462:10
**crews** - 261:3, 288:15, 288:16, 288:18
**Crime** - 259:5, 260:19, 261:10, 261:12, 261:19, 261:25, 262:7, 262:17, 264:6, 272:8, 284:22, 284:23, 284:24, 284:25, 295:22, 395:9
**crime** - 260:21, 260:22, 260:23, 263:9, 265:1, 267:1, 268:7, 270:22, 270:24, 271:1, 271:16, 271:21, 272:3, 272:12, 275:8, 275:23, 276:4, 276:18, 276:21, 277:4, 277:5, 277:9, 277:16, 278:3, 278:6, 278:13, 279:3, 279:16, 280:11, 280:13, 282:1, 282:3, 282:8, 282:15, 282:20, 284:20, 285:13, 285:25, 286:7, 286:15, 287:23, 288:10, 288:12, 288:24, 289:21, 290:1, 290:18, 290:19, 290:21, 291:3, 291:13, 291:16, 291:20, 291:21, 292:14, 292:15, 292:18, 293:1, 293:10, 293:13, 293:19, 293:22, 294:1, 294:14, 295:6, 295:9, 296:5, 296:9, 297:9, 297:14, 297:22, 298:18, 298:21, 299:5, 302:18, 302:22, 305:5, 305:8, 305:24, 307:24, 308:17, 309:7, 310:22, 311:6, 311:7, 311:9, 311:13, 311:24, 313:6, 313:21, 313:24, 314:9, 314:19, 314:22, 315:19, 315:20, 316:5, 316:13, 316:19, 317:5, 317:8, 318:24, 319:14, 319:19, 320:2, 320:24, 321:17, 322:23, 323:23, 324:4, 324:10, 353:18, 357:15, 358:15, 359:11, 366:6, 368:12, 369:4, 369:10, 369:15, 371:3, 371:7, 371:10, 373:22, 377:12, 377:14, 380:23, 381:9, 384:2, 386:8, 386:11, 387:21, 391:2, 392:13, 393:4, 393:9, 393:17, 394:1, 394:3, 394:21, 395:2, 395:12, 396:7, 396:21, 397:6, 400:1, 400:20, 401:5, 404:21, 405:10, 405:11, 406:22, 407:13, 409:3, 409:4, 410:4, 412:8, 412:11, 420:20, 426:21, 434:7, 436:6, 436:9, 437:14, 438:16, 441:9, 443:2, 443:12, 444:1, 444:15, 452:14, 452:17, 470:7, 475:18, 484:2
**crimes** - 259:3, 260:1, 261:20, 262:1, 262:13, 262:23, 263:1, 264:9, 265:3, 265:4, 265:8, 267:22, 271:18, 274:11, 274:12, 275:24, 282:19, 282:21, 282:24, 283:1, 307:24, 308:6, 353:21, 358:14, 367:9, 380:20, 399:11, 399:14, 399:23, 406:2, 408:2, 414:8, 434:9, 434:10, 443:13, 464:20, 467:19, 470:11
**criminal** - 260:20, 263:8, 265:5, 265:14, 270:21, 271:4, 271:16, 272:2, 272:22, 274:25, 277:19, 279:2, 279:9, 306:6, 306:14, 307:8, 322:12, 355:3, 356:22, 361:10, 366:25, 374:2, 434:22, 435:8, 454:2, 459:25, 460:3, 468:9
**criminals** - 261:6, 262:18
**criteria** - 274:7, 277:17, 295:20, 296:16, 311:10
**critical** - 471:16
**critically** - 489:6
**crooks** - 266:19
**cross** - 255:11, 268:23, 361:8, 395:25, 447:13, 447:20
**Cross** - 255:13, 328:10, 352:18, 352:20, 377:2, 492:4, 492:5
**Cross-examination** - 352:20, 377:2, 492:4, 492:5
**cross-examination** - 268:23, 361:8
**cross-examine** - 255:11

**Cross-examine** - 255:13
**cross-street** - 447:13, 447:20
**crotch** - 478:4
**crumpled** - 430:24
**crutches** - 340:17
**cryptic** - 276:4
**cryptically** - 275:24, 276:2
**current** - 270:9, 390:23
**currently** - 296:7
**curse** - 478:3
**curtain** - 262:15
**Curtis** - 252:19, 264:16
**Cusamano** - 417:22
**custom** - 370:10, 370:11, 370:14, 386:22
**customer** - 408:25
**customers** - 408:16
**customs** - 304:25
**cut** - 407:22, 411:13, 417:1
**cynically** - 268:18

### D

**D** - 387:10, 387:15, 492:6
**D'amico** - 332:5, 336:3, 336:9, 337:5, 337:25, 341:2, 345:11, 346:8, 407:8, 417:22, 418:1, 423:12, 425:17, 426:9, 427:2, 427:15, 427:24, 430:2, 430:4, 430:23, 447:5, 448:22, 449:15, 458:23
**D'amico's** - 459:1
**D'quilla** - 417:22
**Da's** - 371:5, 379:5
**daily** - 253:18, 253:19, 395:16, 417:15
**damaging** - 312:22
**danger** - 372:4
**Daniel** - 328:1, 349:24
**daring** - 258:22
**date** - 335:15, 335:16, 422:13, 426:9
**dated** - 268:2
**dates** - 370:3
**daughter** - 433:12
**Davino** - 327:10
**day** - 261:24, 262:20, 264:8, 289:12, 305:13, 377:18, 378:21, 426:19, 434:20, 448:8, 449:16, 489:15, 489:18
**day-to-day** - 289:12
**days** - 258:19, 265:18, 268:14, 393:12, 411:14, 447:22
**daytime** - 473:18
**Dead** - 445:4, 463:1
**dead** - 259:16, 263:14, 298:24, 299:2, 319:22, 391:23, 418:22, 433:25, 445:15, 462:25, 463:5
**deal** - 303:25, 309:6, 309:7, 433:14, 433:17, 437:10, 487:4
**dealer** - 440:13, 440:15
**dealers** - 411:11, 440:13
**dealing** - 262:2, 279:13, 386:16, 434:4, 434:14, 440:12, 479:19, 487:6, 488:7
**dealings** - 304:6
**dealt** - 354:22, 359:12
**dean** - 266:12
**Deangelo** - 364:11
**Death** - 436:13, 446:1
**death** - 259:23, 393:17, 393:19, 394:19, 435:19, 445:11
**deaths** - 422:24
**debrief** - 279:18, 281:19
**debriefed** - 279:15, 281:11
**debriefing** - 278:21
**debriefings** - 279:20, 281:19
**debt** - 408:15
**decades** - 261:24, 265:5, 266:14, 268:16
**Decalvacante** - 291:7, 291:10
**December** - 283:14, 342:17, 343:4, 390:8, 406:18, 426:2, 468:20, 470:22
**december** - 421:7, 472:23
**Decicco** - 341:16, 401:25, 402:6,

418:18, 419:5, 419:13
**decide** - 258:1, 355:20, 360:19, 384:7
**decided** - 382:24, 383:13, 389:6, 391:16
**decides** - 298:7
**decision** - 391:12, 454:16, 472:1
**decisions** - 487:2
**declaring** - 367:8
**Decongilio** - 328:16, 350:17
**Deconza** - 350:19
**deems** - 286:16
**defendant** - 253:9, 254:21, 255:5, 256:21, 258:16, 258:19, 258:21, 258:23, 258:24, 259:1, 259:4, 259:6, 259:7, 259:9, 259:11, 259:14, 259:16, 259:19, 259:20, 259:23, 259:24, 260:2, 260:3, 260:5, 260:17, 261:8, 261:11, 261:19, 261:22, 261:24, 262:4, 262:7, 262:19, 262:24, 263:16, 263:25, 264:2, 264:7, 264:8, 269:14, 269:15, 269:16, 322:14, 326:7, 326:9, 326:12, 326:15, 332:19, 332:23, 332:25, 334:3, 334:6, 334:9, 336:5, 337:1, 338:9, 338:11, 338:12, 338:23, 340:3, 340:8, 341:17, 342:10, 343:2, 343:13, 346:1, 346:12, 352:9, 357:13, 357:20, 358:11, 358:13, 388:11, 419:25, 453:1, 459:6, 459:9, 459:16, 460:4, 460:15, 460:18, 461:1, 461:12, 461:22, 469:7, 469:21, 471:10, 471:17, 472:6, 473:7, 475:5, 476:14, 476:17, 477:4, 477:9, 477:14, 478:12, 478:20, 479:8, 480:20, 480:25, 481:13, 482:19, 483:1, 483:4, 483:17, 484:25, 485:4, 486:6, 486:7, 487:13, 488:1, 489:2, 490:4
**Defendant** - 252:6, 252:17
**defendant's** - 254:15, 254:17, 254:25, 259:10, 260:1, 262:12, 263:9, 263:16, 263:18, 264:5, 332:17, 423:6, 425:16, 460:22, 462:9, 478:16, 480:16, 484:11
**defendants** - 269:13, 357:21
**Defense** - 256:2, 263:7
**defense** - 254:17, 254:24, 255:4, 255:9, 256:3, 267:13, 269:12, 286:8, 334:23, 357:3, 363:8, 363:11
**defiant** - 385:20
**defined** - 267:18
**definitely** - 288:18
**Definitely** - 446:6
**definition** - 468:1
**defy** - 436:22, 436:23
**defying** - 436:25
**degree** - 288:13, 294:6
**Delgado** - 260:1, 260:4, 260:7, 263:19
**Delgado-rivera** - 260:1, 260:4, 263:19
**Delgado-rivera's** - 260:7
**deliberate** - 329:24
**deliberations** - 329:25
**delighted** - 257:8
**Dellacroce** - 350:15
**Dellaratta** - 335:12
**denies** - 265:25
**denigrate** - 485:19
**Department** - 271:12, 272:8, 371:4
**depend** - 490:5
**depending** - 353:20
**depends** - 406:24, 413:2, 438:25, 439:4, 445:21
**Depends** - 435:23
**Depicted** - 327:5
**depicting** - 344:6
**depictions** - 325:17
**depicts** - 336:1, 336:12, 336:18, 336:23, 339:14, 340:15, 340:24, 341:6, 342:17, 343:4
**Dequilla** - 392:18
**descent** - 296:3, 296:4
**describe** - 263:22, 271:8, 274:2, 274:16, 317:9, 365:8, 399:2, 404:21, 452:5, 477:24

described - 266:12, 361:10, 365:23
deserve - 262:9
designate - 253:24
designated - 254:10, 274:8, 274:12, 416:19, 416:23
designed - 268:19, 269:3
Despite - 313:3
destroy - 311:11
detect - 305:15, 305:18, 305:20
detected - 320:5
detection - 301:23, 317:7
detective - 253:7, 254:5, 254:6, 379:4
Detective - 271:25, 272:18
detectives - 272:1
determine - 267:18, 267:21, 365:9
determined - 310:9, 435:22
determining - 312:5
Devastating - 390:18
Develop - 482:1
developed - 284:15
develops - 359:5
device - 449:18
devices - 273:22, 274:1, 305:22, 401:4
diagram - 285:25
Dibono - 259:16, 259:17, 259:19, 259:21, 259:22, 350:6, 389:14, 462:13, 462:18, 462:23, 462:25, 463:8, 464:1, 464:9, 466:17, 466:22, 468:14, 469:12, 470:16, 470:21, 472:24, 474:21, 476:16, 485:16, 486:6, 486:7, 489:2
Did - 325:3, 325:8, 333:20, 364:23, 370:25, 389:15, 390:21, 392:1, 392:3, 394:1, 394:5, 394:21, 395:2, 395:8, 396:9, 400:12, 401:15, 401:19, 402:12, 402:20, 403:18, 404:9, 405:12, 408:6, 408:10, 408:15, 408:19, 410:11, 410:15, 411:17, 411:20, 413:17, 416:1, 417:3, 419:19, 419:24, 424:3, 424:5, 425:20, 427:2, 436:20, 441:5, 447:3, 447:6, 449:17, 449:22, 450:22, 450:24, 451:11, 452:9, 452:11, 452:24, 453:18, 453:21, 454:7, 454:22, 455:17, 456:4, 457:9, 459:5, 459:8, 460:3, 461:12, 461:19, 463:8, 464:19, 473:24, 475:21, 477:1, 477:11, 478:12, 480:15, 480:21, 481:13, 482:19, 483:4, 484:11
did - 254:7, 263:8, 263:10, 268:15, 272:4, 272:6, 272:19, 272:24, 281:20, 283:15, 284:9, 284:11, 284:14, 323:25, 325:11, 325:24, 326:14, 333:23, 334:19, 360:14, 361:15, 379:3, 385:2, 387:25, 388:21, 388:22, 389:20, 390:5, 390:7, 390:15, 390:22, 391:5, 391:17, 391:19, 391:24, 392:25, 394:24, 395:15, 395:17, 395:19, 395:22, 397:21, 398:15, 399:11, 400:5, 400:6, 400:10, 401:21, 401:23, 402:5, 402:14, 402:16, 402:21, 403:7, 406:17, 407:4, 407:24, 408:2, 409:6, 410:6, 410:13, 410:25, 412:25, 413:15, 414:16, 414:17, 417:4, 417:11, 417:18, 418:10, 420:25, 421:6, 422:7, 423:7, 423:13, 426:1, 426:3, 427:5, 427:14, 431:15, 433:23, 437:3, 441:7, 444:13, 444:14, 446:14, 446:17, 448:3, 449:15, 450:7, 450:14, 450:18, 451:14, 455:16, 456:16, 456:19, 457:12, 459:11, 459:16, 459:18, 460:6, 460:9, 460:14, 460:25, 461:14, 463:11, 463:13, 463:18, 463:25, 464:10, 466:10, 466:16, 466:18, 468:13, 472:15, 472:19, 472:21, 475:5, 475:16, 475:20, 475:24, 476:14, 476:17, 476:24, 477:4, 478:16, 480:16, 480:24, 482:5, 482:9, 482:24, 483:6, 483:15, 483:17, 483:20, 484:17, 484:18, 484:24, 486:13, 490:5
didn't - 254:20, 259:7, 262:9, 262:11, 307:24, 332:17, 356:5, 366:1, 366:15, 366:23, 379:4, 382:16, 382:22, 385:2, 389:25, 395:4, 400:18, 414:7, 430:17, 443:13, 455:14, 477:3, 479:11, 481:3, 481:4, 486:16
Didn't - 356:5
die - 265:11, 298:25, 301:15, 313:12, 313:14, 386:24, 391:24, 393:14, 433:14, 433:15, 433:16, 433:18, 433:19, 433:21, 445:17
died - 260:5, 263:23, 319:23, 423:9, 463:2, 463:4
dies - 305:5, 305:12
difference - 280:18, 369:1
Different - 443:23
different - 262:1, 262:14, 271:8, 272:11, 278:20, 281:25, 282:19, 284:12, 288:10, 292:20, 292:24, 316:13, 316:19, 324:24, 332:22, 333:14, 344:11, 353:19, 355:23, 361:3, 366:11, 385:14, 385:20, 393:1, 403:3, 408:2, 423:4, 424:20, 440:3, 444:5, 449:22, 453:14, 476:10, 490:6
differently - 290:8, 480:6
difficult - 257:9, 288:25, 489:6
difficulty - 275:21
Dileonardo - 266:10, 266:19, 266:20, 330:18, 331:4, 336:3, 336:9, 337:25, 341:1, 348:7, 364:13, 387:9, 387:14, 421:22
Dileonardo's - 266:24
Dimaria - 342:16, 348:4
dine - 320:10
diner - 259:11
Diner - 343:5
dinner - 448:7
dinners - 451:4
Direct - 270:2, 344:1, 387:18, 492:4, 492:6
direct - 322:11, 356:2, 361:6, 361:11, 365:24, 436:11, 436:23, 471:8, 471:25, 484:7
directed - 490:24
directing - 464:6
direction - 399:15
directives - 311:12
directly - 355:24, 359:12, 432:11, 432:12
directs - 432:16
disagreements - 449:10
discipline - 293:25, 383:10
disciplined - 293:24, 312:9
disclose - 303:9, 358:13
discoverable - 360:4
discovered - 263:13, 449:22
discovery - 357:2, 357:5
discuss - 257:21, 257:24, 275:24, 307:3, 307:6, 307:10, 307:10, 308:9, 317:6, 355:3, 375:14, 439:22, 446:22, 459:16, 460:3
discussed - 354:11, 464:9
discussing - 274:21, 274:25, 276:3, 307:12, 308:7, 308:17, 444:1, 454:14
discussion - 438:22, 480:11
discussions - 308:15, 459:14, 460:9, 460:14, 486:22, 488:1
disenfranchised - 482:13
disgraced - 304:22
dishonest - 366:3
disingenuous - 256:5, 256:6
Dismiss - 439:18, 439:23
dismiss - 439:20, 440:4
disobey - 314:19, 436:6
disobeying - 314:25, 436:11
disown - 383:18, 385:7
disparage - 355:14
disparaged - 370:19, 370:21
dispute - 304:4, 316:6, 316:10, 316:18, 316:24, 317:21, 438:20
disputes - 316:12, 438:15
disrespecting - 259:22
distanced - 385:13
distinction - 371:17
distinguish - 337:13, 337:17, 370:12
distract - 269:4, 330:8
District - 252:1, 252:10, 260:10, 270:11, 270:12, 270:14, 270:18, 270:20, 271:25, 272:1, 272:22, 283:16, 371:5
district - 270:14
diversion - 416:24
diversionary - 416:20
Division - 271:15, 271:23, 272:9
Divorce - 269:3
Do - 258:3, 269:14, 276:23, 281:15, 282:3, 285:22, 289:17, 289:20, 297:14, 297:22, 299:24, 301:1, 310:16, 315:20, 318:24, 323:4, 323:8, 323:10, 323:12, 323:15, 323:20, 326:3, 344:18, 361:4, 362:7, 362:23, 365:14, 365:19, 365:20, 365:22, 378:22, 386:14, 390:23, 394:12, 400:14, 400:16, 401:5, 410:4, 413:19, 414:25, 415:7, 417:5, 418:15, 426:6, 431:24, 437:6, 443:12, 447:13, 447:20, 453:1, 454:2, 456:9, 462:4, 463:2, 463:4, 463:6, 467:2, 467:4, 467:8, 469:14, 469:17, 470:20, 471:2, 474:10, 474:17, 477:14, 477:17, 478:19, 479:5, 479:20, 479:23, 480:2, 480:7
do - 253:7, 253:9, 254:8, 255:19, 256:9, 256:10, 257:18, 263:6, 265:15, 272:4, 272:6, 272:24, 273:17, 274:8, 275:12, 276:2, 277:9, 277:12, 278:10, 278:15, 279:23, 280:1, 280:5, 281:19, 285:13, 289:14, 291:21, 292:5, 293:9, 295:14, 296:14, 302:14, 306:3, 307:18, 307:23, 308:2, 308:5, 308:6, 309:7, 311:23, 312:24, 313:3, 314:19, 314:23, 321:7, 321:9, 321:23, 325:8, 325:11, 333:20, 333:23, 355:19, 355:24, 362:8, 367:19, 367:21, 368:16, 370:17, 373:5, 373:8, 373:15, 375:4, 376:16, 377:17, 377:20, 382:1, 382:4, 383:2, 383:23, 384:22, 388:4, 388:7, 388:25, 390:19, 401:23, 402:14, 403:7, 404:6, 404:16, 404:18, 404:21, 405:13, 407:17, 407:19, 407:20, 409:24, 412:6, 414:17, 415:2, 415:9, 419:13, 423:21, 426:17, 427:5, 427:14, 430:12, 430:14, 430:19, 430:21, 431:7, 432:24, 434:8, 435:1, 435:8, 436:6, 437:11, 444:11, 447:2, 456:11, 458:22, 461:22, 467:6, 467:14, 470:25, 474:20, 478:2, 479:25, 484:7, 486:2, 491:2, 491:5
Doc's - 416:22
document - 276:14, 277:3, 277:5, 277:14, 277:18, 321:4, 321:10, 357:16
dodge - 367:13
Does - 286:24, 290:14, 295:18, 300:19, 308:17, 315:9, 318:12, 318:20, 318:21, 338:16, 347:16, 420:12, 443:24, 444:1, 449:9, 451:7, 455:8, 457:20
does - 268:14, 276:9, 279:18, 283:25, 287:21, 292:22, 292:25, 294:16, 294:24, 297:17, 301:12, 307:21, 317:25, 318:3, 319:8, 360:21, 383:21, 388:23, 397:17, 403:23, 404:4, 406:22, 407:13, 418:5, 421:18, 422:21, 424:12, 424:16, 426:17, 431:8, 434:23, 441:14, 445:3, 449:5, 453:25, 475:18, 479:16, 482:7, 484:14, 485:1
Doesn't - 373:19
doesn't - 255:25, 278:6, 330:9, 338:9, 369:12, 373:18, 375:2, 384:25, 440:5, 471:5, 472:1, 472:4
dog - 400:11
doing - 315:17, 356:3, 356:6, 369:2, 369:23, 372:9, 377:13, 377:15, 378:21, 378:22, 379:5, 384:3, 384:8, 389:20, 396:5, 412:10, 468:6, 468:10, 479:17

dollar - 396:3
dollars - 396:3, 409:10
Dom - 347:5, 350:23, 428:9, 428:16, 429:7, 430:1, 432:24, 433:1, 457:15
Dominic - 336:4
Dominick - 328:16, 335:14, 336:10, 341:8, 341:11, 347:5
Dominico - 350:23
don't - 255:18, 256:22, 257:21, 265:11, 265:13, 278:4, 293:21, 301:7, 301:22, 311:10, 315:7, 335:16, 352:11, 355:19, 357:9, 357:12, 360:7, 362:2, 362:13, 366:4, 367:17, 367:19, 368:14, 368:16, 370:16, 370:17, 371:2, 371:13, 371:16, 373:22, 373:24, 374:1, 378:24, 382:2, 383:5, 383:13, 384:21, 385:10, 385:17, 385:19, 401:2, 412:18, 413:20, 424:6, 428:10, 431:13, 432:12, 433:10, 433:11, 433:16, 434:13, 437:10, 439:3, 439:16, 441:16, 452:20, 452:23, 463:20, 466:13, 467:3, 471:14, 471:23, 478:21, 478:22, 479:25, 483:22, 484:1, 484:2, 484:6, 487:23, 488:21, 489:6, 489:17, 490:7, 491:6
Don't - 357:18, 360:24, 362:6, 362:18, 375:14, 389:5, 444:10
don'ts - 433:7
done - 273:24, 276:20, 277:3, 279:6, 308:20, 308:25, 310:2, 310:12, 311:21, 337:19, 365:2, 379:7, 382:10, 422:5, 424:11, 434:12, 439:15, 443:4, 454:21, 489:6
dont's - 433:7
door - 265:10, 361:8, 391:21, 393:13, 428:6, 429:23, 430:3
doors - 428:5
Doral - 327:4
double - 440:9
doubt - 262:13, 263:7, 267:20, 322:15, 446:4
down - 253:3, 253:22, 257:5, 258:13, 258:16, 300:16, 303:7, 316:7, 316:9, 316:10, 316:19, 317:1, 319:8, 319:9, 327:2, 327:19, 328:6, 329:21, 359:23, 359:25, 360:2, 360:14, 360:19, 360:23, 361:1, 369:2, 374:10, 374:13, 375:16, 376:25, 391:2, 402:1, 425:6, 425:11, 426:14, 426:15, 427:16, 430:10, 435:7, 438:18, 438:22, 439:1, 439:5, 439:8, 440:1, 446:19, 485:14
downs - 316:15, 438:17, 438:24
dozen - 353:3
Dragonetti - 332:2
drawing - 376:14
dressed - 427:16
drink - 371:25, 411:25
drinking - 455:15
drinks - 371:24
drive - 413:17, 416:20, 416:22
driver - 260:2, 263:19, 459:3
drop - 300:23
dropped - 431:3
drove - 258:14
drug - 262:2, 371:14, 372:1, 386:16, 386:18, 422:7, 434:4, 440:12
drugs - 368:8, 368:9, 368:11, 368:15, 372:4, 372:9, 433:14, 434:14, 437:10, 440:12, 456:11, 456:12
due - 289:5, 471:24
duly - 257:16, 269:21, 387:11
duplicates - 381:6
During - 262:5, 281:19, 281:22, 302:21, 407:24, 408:12, 417:13, 418:10, 431:15, 459:14
during - 260:17, 264:4, 267:5, 268:4, 272:17, 303:2, 325:25, 357:23, 361:17, 379:11, 408:3, 414:8, 427:11, 440:7
duties - 465:4, 487:15
duty - 253:5, 263:5
dying - 314:15, 422:22, 422:24

# E

E - 350:15, 376:1, 387:10, 387:15, 492:6
each - 264:9, 264:14, 266:7, 267:7, 287:10, 287:11, 287:13, 299:2, 302:10, 358:19, 359:5, 366:10, 366:11, 368:14, 370:4, 386:10, 411:13, 441:15, 441:16, 441:17, 466:3
Each - 267:3, 286:14, 290:8, 366:11, 422:17, 437:8
earlier - 267:25, 304:24, 319:18, 319:24, 320:21, 341:18, 350:2, 398:4, 405:13, 429:18, 467:25, 472:16, 479:11, 480:11
earliest - 485:12
Early - 324:2, 456:8
early - 255:6, 257:11, 284:15, 293:3, 370:12, 397:4, 401:21, 403:15, 405:3, 405:4, 469:5, 475:9
earn - 262:9, 291:22, 386:10
earned - 404:17, 414:6
earner - 297:5, 297:6, 310:11, 416:8
earners - 297:3, 297:21
earning - 294:5, 294:8, 296:17, 297:13, 308:12, 309:24, 384:13
earnings - 294:11, 404:20
earns - 297:6
East - 252:15, 252:22
Easter - 448:17
Eastern - 252:1, 260:10, 270:18, 283:16
easy - 265:16
eavesdropped - 275:2
eavesdropping - 273:20, 274:1, 274:3, 277:10, 280:4, 305:21, 317:7, 354:12, 355:13, 357:6
Eddie - 419:22, 420:9
edicts - 437:10
Edward - 330:18, 335:5, 347:23, 348:21
effect - 390:17, 432:21, 438:5, 490:1
effective - 468:8
effort - 256:9
eight - 377:21
eighteen - 259:13
Eighteen - 353:12
eighteenth - 283:11
eighties - 475:9
Eileen - 327:7
Either - 379:22, 450:17, 476:20
either - 276:14, 280:2, 294:10, 297:2, 297:20, 309:24, 311:8, 315:25, 316:14, 318:6, 371:19, 384:6, 385:9, 432:14, 477:5, 480:7
elderly - 313:22, 314:3, 337:20
elicited - 488:8, 488:11
Elizabeth - 291:8
else - 300:11, 302:19, 310:14, 359:10, 371:12, 373:12, 382:4, 392:15, 408:25, 417:21, 441:3, 441:4, 451:18, 456:16, 461:22, 490:15
embarrassing - 436:24
embellish - 359:3
emissary - 432:13
emulate - 398:3
en - 330:24
enamored - 395:18
encounter - 275:12
encountered - 366:7, 366:12, 366:13
end - 254:9, 300:10, 337:8, 369:12, 381:5, 390:15, 415:4, 432:23, 489:15, 489:18
ended - 458:15
ending - 261:11
ends - 369:3
enemy - 355:6
enforce - 310:9, 435:22
enforced - 310:6, 312:17, 446:2

enforcement - 263:15, 270:7, 270:9, 279:1, 279:8, 280:5, 280:10, 280:22, 282:23, 284:11, 284:19, 294:22, 295:2, 301:23, 303:12, 303:14, 305:15, 305:18, 312:14, 312:16, 312:22, 313:4, 313:18, 317:7, 318:7, 323:10, 323:13, 355:6, 355:8, 355:9, 355:14, 358:12, 366:19, 373:23, 374:2, 374:6, 374:10, 374:12, 374:15, 374:17, 374:23, 375:2, 375:4, 378:25, 389:24, 403:10, 403:11, 414:6, 422:6, 437:17, 438:9, 449:18
Engel - 327:7, 348:2, 364:1
English - 284:1
enhance - 308:25, 424:17
enhances - 295:7
enlightens - 467:25
Enough - 255:20
enough - 255:6, 265:6, 371:9, 391:16, 407:16, 466:4, 467:13, 488:22
entail - 276:9
entailed - 484:2
entails - 289:13
entered - 265:23, 429:22
entering - 355:1, 428:8, 431:10
enterprise - 260:20, 267:23, 268:20, 292:8, 292:9, 292:15, 292:16, 293:7, 295:17, 306:18, 318:7, 319:3, 369:5, 369:9, 468:9, 468:10
enterprises - 288:2, 288:14
entire - 406:19
entirely - 407:17
environmental - 323:1
Epifania - 332:14, 343:17
equipment - 276:11, 276:12, 277:1, 278:7, 377:23, 377:25
Eric - 331:20
especially - 374:24
Esq - 252:17, 252:19
essential - 257:25
establish - 262:12, 264:8
ethnic - 297:19
Eugene - 348:11
Evan - 252:14, 260:13
Even - 313:13, 355:1, 431:12, 444:8, 445:11
even - 289:9, 304:4, 304:22, 305:16, 310:14, 315:25, 341:25, 372:11, 374:9, 374:22, 375:2, 407:21, 409:23, 431:6, 434:24, 440:4, 441:13, 445:17, 478:22
event - 305:12, 322:22, 324:4, 332:25, 453:12, 453:13
events - 305:1, 305:9, 321:13, 321:20, 322:21, 323:16, 324:1, 325:25, 326:15, 332:22, 334:9, 338:12, 448:13, 452:11, 452:18
ever - 296:11, 297:2, 326:1, 362:3, 362:15, 403:12, 408:15, 414:9, 417:9, 418:10, 422:6, 424:18, 445:23, 448:13, 453:21, 459:5, 459:8, 459:16, 460:3, 481:13, 482:19, 483:1
every - 264:14, 266:4, 297:14, 298:21, 306:18, 372:16, 377:18, 378:21, 406:9, 411:8, 412:17, 434:20, 448:2, 448:3, 449:16, 449:21
Every - 456:20
everybody - 312:23, 375:16, 405:9, 441:3, 443:7, 448:7, 448:20, 485:14, 489:7
everyone - 322:22, 425:11, 439:25
everything - 281:17, 306:17, 306:20, 379:5, 412:22, 454:19, 474:25
Evidence - 487:3
evidence - 258:8, 258:10, 258:15, 261:8, 261:23, 262:14, 263:24, 264:4, 264:8, 265:23, 267:15, 267:20, 268:1, 269:6, 322:13, 322:14, 329:23, 352:12, 357:14, 357:24, 358:6, 363:1, 376:21, 377:7, 380:7, 380:13, 380:19, 381:2, 381:16, 394:11, 398:10, 410:22, 420:2,

471:16, 478:6, 485:15, 486:9, 487:5, 488:14, 488:21, 488:22
**exact** - 339:11
**exactly** - 320:22, 382:15, 487:1
**Exactly** - 486:10
**examination** - 268:23, 352:20, 356:2, 361:6, 361:8, 365:24, 377:2, 492:4, 492:5
**Examination** - 270:2, 344:1, 386:4, 387:18, 424:1, 425:12, 492:4, 492:5, 492:6
**examine** - 255:11, 255:13, 255:14
**examined** - 269:21, 387:11
**examiner** - 263:21
**example** - 303:22, 332:24, 341:17, 370:8, 384:23, 432:2, 434:19, 437:13, 439:5, 441:20, 445:11, 478:1
**Example** - 432:3
**examples** - 309:4, 338:13, 385:15
**except** - 340:3
**exception** - 459:21
**exceptions** - 372:16, 434:17
**exchange** - 267:1, 267:6, 292:5, 320:6, 470:2
**exclusively** - 279:23, 281:15
**Excuse** - 471:4, 471:22, 473:11
**excuse** - 256:14
**excused** - 387:6, 446:20, 485:10
**excuses** - 303:21, 303:24, 306:9
**executioner** - 259:23
**exhibit** - 490:21
**Exhibit** - 256:17, 285:16, 285:20, 285:22, 327:11, 329:5, 329:8, 330:21, 331:6, 331:14, 331:15, 335:19, 338:18, 339:13, 340:14, 340:23, 341:5, 342:13, 342:14, 343:15, 344:4, 344:22, 345:4, 345:20, 345:22, 345:24, 346:4, 346:5, 346:6, 346:7, 346:8, 346:9, 346:14, 346:15, 346:17, 346:19, 346:21, 346:23, 346:25, 347:6, 347:8, 347:12, 348:5, 349:15, 349:25, 350:7, 350:11, 352:6, 394:12, 398:11, 410:23, 415:12, 415:19, 417:25, 419:6, 420:3, 420:8, 420:10, 428:20, 429:2, 429:5, 429:13, 451:24, 454:25, 455:2, 457:3, 457:18, 457:25, 458:6, 458:12, 462:2, 462:16, 462:19, 478:7
**exhibits** - 256:19, 256:20, 321:25, 329:9, 330:1, 376:4
**Exhibits** - 256:19, 324:17, 326:18, 333:5, 333:8, 334:12, 344:7
**existence** - 281:25
**exists** - 260:20
**exiting** - 482:2
**expect** - 267:8, 319:11, 489:1
**expected** - 310:22, 311:6, 311:12, 431:24, 449:23
**experience** - 275:22, 307:23, 339:9, 344:15, 359:13, 360:13, 366:5, 367:3, 367:24
**experienced** - 362:3, 490:4
**Explain** - 358:10
**explain** - 267:16, 267:17, 281:2, 286:6, 286:12, 288:6, 298:3, 300:13, 304:10, 305:24, 306:15, 312:19, 313:9, 316:17, 317:15, 319:25, 320:22, 326:22, 326:24, 326:25, 357:1, 370:7, 373:2, 431:15, 433:23, 440:10, 448:25, 467:24, 476:4
**explained** - 281:20, 291:12, 303:2, 304:5, 306:1, 311:5, 353:25, 470:1
**expression** - 257:2, 362:19, 371:20
**extort** - 393:12
**extorted** - 292:14, 369:6
**extortion** - 254:15, 262:2, 262:5, 262:6, 265:1, 319:9, 393:13
**extortions** - 266:14, 408:4
**extraordinary** - 265:4
**extreme** - 290:22
**extremely** - 260:18

**Extremely** - 319:17
**eye** - 474:20
**Eye** - 347:17
**eyes** - 308:11, 415:1, 415:8

## F

**F** - 376:1
**face** - 258:17, 304:21, 377:8, 400:11, 400:18
**facial** - 370:9, 370:15, 370:19, 370:21, 370:22, 370:25, 371:8, 371:11, 386:22, 437:4, 437:11, 437:14, 437:24
**facially** - 257:3
**facing** - 356:8, 356:10, 365:12
**fact** - 267:14, 267:22, 301:14, 330:9, 355:5, 357:16, 359:6, 359:20, 360:2, 360:18, 360:25, 362:4, 363:7, 363:11, 367:11, 368:11, 370:1, 370:2, 370:16, 370:18, 372:2, 381:24, 425:20, 472:3, 488:10, 488:12
**factor** - 312:5, 319:10
**factors** - 323:1
**Faella** - 329:12
**failure** - 359:10
**Fair** - 352:24, 354:18, 364:25
**fair** - 267:10, 310:6, 325:16, 353:7, 353:17, 355:13, 358:6, 358:16, 361:7, 361:24, 366:13, 371:13, 373:6, 379:10, 439:25, 466:25, 474:12, 483:11
**fairly** - 344:18, 466:25
**fall** - 300:23, 383:23
**fallacy** - 368:7
**false** - 268:16, 301:8
**familiar** - 281:25, 282:5, 282:11, 282:17, 282:19, 302:25, 316:3, 316:7, 317:2, 356:22, 356:25, 360:8, 362:19, 363:3, 363:6
**families** - 282:1, 282:3, 282:8, 282:20, 284:12, 284:17, 284:19, 284:21, 285:12, 287:2, 287:3, 288:24, 290:6, 291:4, 291:6, 292:22, 292:24, 294:1, 294:23, 296:3, 298:9, 298:11, 298:21, 302:22, 305:7, 305:17, 316:12, 316:13, 316:19, 319:18, 321:8, 367:20, 367:23, 370:20, 381:11, 392:21, 393:2, 397:6, 397:9, 397:11, 397:14, 416:8, 420:23, 422:10, 422:12, 422:19, 446:25, 448:21
**Family** - 256:4, 259:5, 259:20, 260:19, 261:10, 261:12, 261:15, 261:16, 261:19, 261:25, 262:7, 262:17, 264:6, 284:22, 284:23, 284:24, 284:25, 285:4, 285:7, 291:7, 291:10, 291:14, 295:22, 387:24, 387:25, 388:5, 388:14, 388:16, 389:16, 390:7, 392:7, 392:10, 392:19, 393:18, 393:21, 394:5, 394:8, 395:9, 397:1, 397:13, 398:8, 425:21, 426:1, 426:4, 428:25, 429:9, 433:4, 437:16, 437:25, 438:5, 443:10, 445:3, 445:13, 445:18, 446:5, 446:8, 446:15, 446:18, 446:24, 448:21, 449:1, 451:20, 452:3, 452:11, 452:24, 453:3, 453:4, 453:10, 453:16, 455:6, 455:19, 455:23, 457:7, 457:23, 458:4, 458:10, 459:14, 459:15, 459:22, 460:22, 460:23, 461:4, 462:7, 462:10, 462:14, 463:23, 464:17, 464:19, 464:23, 465:5, 465:10, 486:12, 487:15
**family** - 254:18, 254:19, 254:22, 260:22, 260:23, 261:7, 261:16, 263:2, 278:3, 286:1, 286:14, 286:15, 286:16, 286:17, 286:20, 286:23, 287:6, 287:9, 287:10, 287:14, 287:23, 288:1, 288:7, 288:8, 289:18, 290:2, 290:3, 290:4, 290:8, 290:19, 291:13, 291:17, 292:2, 292:10, 292:18, 293:1, 293:5, 294:12, 295:17, 296:6, 296:9, 297:6, 297:7, 297:18, 297:21, 298:5, 298:9, 299:5,

299:22, 300:17, 302:18, 303:21, 304:7, 304:14, 305:4, 305:5, 305:6, 305:24, 306:3, 306:4, 306:6, 306:25, 307:1, 307:3, 307:6, 308:8, 310:10, 310:12, 313:6, 313:16, 313:19, 314:22, 314:24, 315:2, 317:20, 318:19, 319:19, 321:13, 323:23, 324:1, 324:4, 324:10, 350:2, 353:20, 353:21, 356:21, 367:16, 367:21, 368:21, 368:23, 369:4, 369:10, 369:15, 369:16, 369:17, 369:21, 370:19, 370:22, 371:4, 371:10, 371:22, 372:3, 372:5, 372:21, 373:4, 373:8, 373:18, 373:19, 374:3, 374:5, 374:7, 374:14, 374:24, 375:3, 375:5, 375:8, 384:2, 384:3, 384:18, 384:25, 386:13, 387:23, 392:2, 392:12, 393:17, 394:3, 402:8, 402:9, 402:19, 402:22, 403:19, 403:23, 404:1, 404:5, 404:11, 404:13, 405:6, 405:12, 406:17, 407:23, 411:17, 411:20, 412:9, 413:11, 413:14, 413:23, 413:25, 414:9, 414:15, 415:16, 415:24, 416:3, 416:4, 418:3, 418:8, 418:11, 419:11, 419:15, 420:6, 421:3, 422:3, 422:10, 422:15, 422:17, 422:18, 424:4, 427:1, 427:19, 429:16, 431:4, 431:5, 431:8, 431:9, 431:12, 431:16, 433:12, 434:1, 434:25, 435:4, 436:9, 436:14, 437:8, 438:6, 439:15, 441:2, 441:8, 442:1, 442:5, 443:6, 446:11, 447:6, 453:18, 455:24, 461:9, 462:22, 466:2, 466:7, 467:18, 467:19, 467:21, 468:1, 468:6, 468:17, 469:19, 469:21, 470:3, 470:11, 470:13, 473:17, 473:21, 473:22, 473:24, 473:25, 476:10, 478:10, 479:14, 481:14, 481:19, 481:22, 481:23, 481:24, 482:3, 482:13, 482:15, 482:16, 483:4, 483:12, 483:18, 483:24, 484:2, 484:12, 484:19, 484:25, 486:15
**Family's** - 424:14
**family's** - 374:10
**Fap** - 347:25
**Fappiano** - 341:2, 347:25
**far** - 288:13, 288:21, 297:12, 303:12, 322:12, 353:15, 356:20, 372:9, 381:20, 381:21, 381:24, 487:17
**Farber** - 252:19, 253:10, 253:14, 253:17, 264:16, 269:1, 286:8, 308:3, 308:23, 310:19, 312:7, 314:10, 319:15, 334:13, 335:15, 352:19, 352:21, 357:11, 358:3, 361:6, 375:12, 376:3, 377:3, 386:1, 388:18, 436:3, 446:12
**fast** - 424:16
**Fat** - 346:24, 349:18, 420:13, 457:15
**Fatato** - 364:19
**Father** - 399:3
**father** - 253:6, 253:8, 337:20, 392:23, 395:2, 395:4, 395:8, 396:15, 398:5, 399:4, 399:7, 415:18, 431:4, 431:13, 441:8, 456:21, 458:19, 461:21
**father's** - 296:3, 392:24, 393:5
**favor** - 383:23
**Fbi** - 260:14, 284:16, 355:18, 355:21, 362:11, 362:12, 362:13, 379:2, 379:5, 478:2
**fear** - 295:5, 301:23, 308:12, 319:10, 371:19, 401:6, 484:19, 484:25
**feared** - 372:4
**feature** - 490:6
**February** - 264:21, 268:21, 327:3, 328:8, 343:16, 491:18
**federal** - 283:9, 353:11, 353:12, 379:7, 434:8, 434:9
**feds** - 434:6, 434:13
**feel** - 294:6, 299:13, 340:9, 446:14
**feels** - 293:25, 295:1
**fellow** - 428:10, 428:16, 464:16
**fellows** - 432:24
**felt** - 362:13, 371:2
**female** - 304:6

**few** - 253:24, 268:19, 280:22, 366:14, 366:15, 451:22
**fifteen** - 453:15
**fifth** - 433:6
**fifty** - 281:14
**Fifty**- 390:10
**Fifty-three**- 390:10
**fig** - 395:24
**fight** - 260:5
**fights** - 400:4
**figs** - 396:2
**figure** - 298:18, 416:4
**figures** - 265:2, 394:1, 394:21
**filing** - 367:7
**final** - 376:19
**financial** - 368:23
**find** - 356:5, 409:24
**finger** - 266:19, 300:20, 300:23, 430:21, 430:22, 430:24, 436:16, 466:7
**fingers** - 445:10
**finished** - 264:19, 422:12, 440:21
**fire** - 300:7, 300:21, 430:25
**firm** - 280:5
**first** - 258:5, 261:9, 265:17, 269:18, 271:13, 306:6, 315:25, 327:5, 327:14, 327:22, 328:11, 328:20, 328:24, 330:17, 330:25, 331:3, 331:17, 331:24, 332:5, 332:10, 332:13, 335:2, 335:9, 335:23, 336:2, 336:19, 337:24, 338:3, 338:21, 339:1, 341:1, 342:19, 346:3, 357:14, 374:24, 379:20, 379:23, 390:5, 390:13, 390:15, 390:17, 390:21, 392:12, 392:25, 393:8, 395:19, 398:16, 403:16, 405:17, 414:12, 422:25, 424:15, 426:3, 426:6, 431:5, 431:11, 436:16, 441:1, 441:3, 449:20, 450:14, 450:18, 456:24, 463:11, 463:18, 463:20, 463:21, 464:25, 475:5, 476:14, 478:24, 488:14, 489:23
**First**- 262:14, 329:14, 331:10, 336:14, 336:24, 339:18, 340:17, 341:7, 341:24, 376:10
**Fish**- 336:13, 336:19, 339:1, 339:15, 447:11, 447:18, 447:23, 447:25, 448:3, 476:20, 476:25
**fit** - 400:24
**fits** - 400:23
**five** - 259:9, 262:3, 262:4, 264:22, 270:8, 282:23, 284:17, 284:18, 284:20, 285:12, 290:6, 291:3, 291:6, 298:25, 319:18, 353:3, 381:11, 392:21, 396:3, 397:8, 397:11, 397:14, 420:23, 422:12, 489:12
**Five**- 397:7, 433:5
**flaws** - 371:14
**flexibility** - 372:23
**flip** - 324:17, 333:8
**Floor**- 252:19
**floor** - 449:20
**Florida**- 327:3, 454:6
**fluid** - 372:16
**Flushing**- 330:16
**follow** - 311:12, 357:11, 357:12, 366:4, 416:24, 453:18, 491:8
**follow-up** - 357:11
**followed** - 375:8, 431:25, 434:15, 434:16, 435:10, 435:16, 435:17
**following** - 256:3, 363:18, 393:19, 425:2, 425:5, 432:3
**follows** - 269:22, 387:12
**For**- 252:12, 252:17, 314:12, 333:4, 340:13, 341:17, 346:3, 370:8, 401:12, 438:9, 468:19, 469:3
**for** - 253:9, 253:15, 253:25, 254:15, 256:20, 257:13, 258:6, 258:22, 260:5, 261:18, 262:21, 263:7, 264:1, 264:6, 264:15, 265:8, 265:13, 265:14, 266:8, 266:13, 266:17, 267:1, 267:6, 267:21, 268:15, 269:9, 270:10, 271:4, 274:2, 274:7, 274:19, 274:23, 277:3, 277:17,

277:18, 279:5, 279:12, 279:13, 280:16, 286:17, 289:1, 290:9, 291:6, 291:10, 291:18, 292:3, 292:5, 293:20, 294:1, 294:9, 294:11, 295:9, 295:24, 296:15, 296:16, 297:6, 297:7, 297:11, 297:20, 297:21, 297:22, 298:1, 298:4, 298:8, 298:9, 300:4, 300:5, 301:8, 301:13, 301:22, 301:25, 302:11, 302:16, 302:17, 302:20, 305:14, 305:16, 305:18, 305:20, 306:3, 306:14, 307:20, 309:12, 309:16, 309:20, 310:2, 310:4, 310:12, 310:14, 310:15, 311:15, 311:19, 311:20, 312:2, 312:6, 313:1, 314:25, 315:12, 315:17, 316:1, 317:16, 317:23, 319:2, 319:12, 320:11, 323:8, 327:19, 328:7, 329:4, 329:7, 329:24, 330:2, 330:6, 332:24, 333:25, 334:12, 334:20, 338:16, 338:19, 340:3, 345:3, 352:8, 352:16, 354:23, 356:3, 359:11, 360:11, 368:23, 369:10, 369:23, 370:1, 371:6, 371:10, 372:10, 372:19, 373:13, 374:7, 375:11, 376:14, 377:13, 383:16, 383:20, 384:6, 393:19, 399:11, 399:23, 402:1, 403:12, 403:14, 408:8, 408:13, 409:2, 409:9, 409:22, 411:7, 411:13, 411:24, 412:17, 413:11, 413:21, 413:22, 413:24, 414:5, 416:16, 418:17, 418:23, 420:20, 421:11, 421:16, 421:20, 422:10, 422:25, 423:13, 424:10, 424:18, 424:19, 425:7, 426:9, 426:12, 426:19, 426:20, 430:16, 433:8, 434:14, 434:19, 434:21, 435:18, 435:20, 436:11, 436:25, 437:16, 437:17, 437:20, 437:21, 438:8, 439:5, 440:12, 442:11, 443:9, 443:20, 445:25, 447:4, 447:13, 448:7, 448:15, 449:2, 452:14, 452:19, 453:3, 453:9, 453:13, 454:18, 454:19, 461:19, 461:25, 462:4, 463:18, 464:14, 466:5, 466:8, 468:22, 470:7, 473:20, 474:3, 474:8, 475:12, 479:19, 481:19, 481:23, 482:15, 486:14, 486:17, 487:10, 487:20, 489:7
**force** - 488:22
**forces** - 366:6
**foreman** - 413:9, 413:15, 413:21
**forever** - 443:4
**Forget** - 442:10
**forget** - 441:24
**Forgive**- 255:3
**form** - 389:21, 432:6, 444:17, 453:6, 476:1, 481:1, 481:21, 483:21
**formal** - 261:4
**formalize** - 323:7
**formed** - 283:17, 283:20, 283:23, 392:22
**former** - 262:17, 362:10
**forth** - 353:23
**forward** - 322:10
**found** - 281:7
**foundation** - 365:4, 418:25, 419:3, 458:17, 463:14, 474:2, 487:13
**four** - 255:24, 256:8, 258:19, 259:8, 259:18, 287:3, 298:9, 298:11, 341:10, 381:6, 486:7
**Four**- 253:4, 256:11, 256:14
**fourteen** - 377:21
**fourth** - 340:16
**Fourth**- 328:14
**frame** - 460:11, 469:15
**Francis**- 341:24
**Franco**- 341:13
**Frank**- 332:5, 332:13, 336:21, 338:1, 340:25, 341:2, 341:8, 341:11, 347:25, 348:19, 349:14, 351:24, 364:21, 364:22, 401:25, 402:6, 418:18
**Frankie**- 347:25
**Franky**- 348:25
**Franzese**- 352:1
**Frapiano**- 364:21, 364:22
**fraud** - 262:2, 265:2

**Freddy**- 327:7
**free** - 267:6, 444:14, 452:15
**freelance** - 288:9
**freely** - 450:6
**frequent** - 275:25, 278:4, 411:17, 412:13
**Frequently** - 435:12
**frequently** - 315:15, 396:19, 417:18, 466:3, 467:18, 473:14, 476:16, 476:24, 479:8, 480:22, 480:25
**Friday**- 447:24, 490:25, 491:9
**friend** - 263:13, 302:9, 393:6, 441:24, 452:7
**friendly** - 423:15, 423:17
**friends** - 258:25, 265:19, 302:10, 396:12, 398:6, 459:4
**Frigenti**- 351:24
**From**- 271:24, 272:7, 284:10, 355:12, 366:5
**from** - 253:4, 254:18, 254:22, 255:5, 255:6, 256:4, 258:13, 259:19, 261:23, 262:8, 262:16, 262:19, 263:11, 263:12, 263:14, 263:19, 263:21, 264:6, 265:15, 266:7, 269:3, 269:4, 272:7, 272:11, 273:17, 279:22, 281:15, 283:18, 284:9, 290:3, 290:13, 291:25, 292:9, 292:10, 292:14, 293:3, 298:5, 298:8, 301:9, 303:19, 305:4, 305:6, 309:24, 311:4, 313:4, 313:21, 314:25, 316:25, 317:7, 318:18, 318:19, 319:3, 320:6, 327:3, 338:13, 354:5, 354:15, 355:13, 359:8, 363:16, 364:23, 366:15, 367:3, 367:5, 367:9, 370:13, 372:21, 373:4, 377:21, 377:24, 378:21, 378:25, 381:25, 382:7, 382:17, 382:20, 383:9, 389:20, 391:15, 395:20, 396:15, 398:1, 401:15, 401:24, 404:11, 409:6, 410:13, 410:15, 410:20, 410:25, 412:21, 412:25, 417:21, 420:24, 427:2, 427:14, 434:1, 436:11, 436:23, 438:13, 439:14, 439:24, 442:1, 442:4, 444:5, 445:18, 446:23, 448:20, 450:1, 450:9, 452:20, 469:24, 470:8, 476:9, 477:23, 482:11, 482:13, 483:6, 483:12, 483:20, 486:12
**front** - 297:11, 430:7
**frontline** - 287:7
**frowned** - 373:17
**frowns** - 371:8
**fruits** - 395:24
**Fulfill**- 269:2
**full** - 374:13
**full-strong** - 374:13
**functioning** - 468:11
**funeral** - 305:14, 321:6, 321:12, 336:2, 331:8, 331:22, 335:22
**Funeral**- 327:22, 329:12, 330:24, 331:8, 331:22, 335:22
**funerals** - 304:25, 378:16, 452:14
**funneled** - 303:18, 319:4
**further** - 288:6, 305:25, 306:15, 352:8, 352:16, 384:8, 386:1, 387:4, 491:14
**furtherance** - 487:24

## G

**G**- 348:9
**gain** - 297:14
**gained** - 354:18
**Gallo**- 341:7
**Gambino**- 256:4, 259:4, 259:20, 260:18, 260:19, 261:10, 261:12, 261:15, 261:16, 261:19, 261:25, 262:7, 262:16, 263:25, 264:5, 284:22, 284:25, 291:14, 302:18, 319:19, 319:21, 323:23, 323:25, 324:4, 324:10, 350:1, 362:10, 367:21, 370:22, 371:3, 387:24, 387:25, 388:5, 388:13, 388:16, 389:16, 390:7, 392:7, 392:10, 393:18, 393:21, 393:23, 394:5, 394:8, 394:9, 394:13, 395:8, 395:10, 397:3, 397:12, 398:8,

402:8, 402:9, 402:22, 403:18, 403:23,
404:1, 404:5, 404:13, 405:5, 405:12,
406:16, 411:17, 411:20, 412:9, 413:11,
413:14, 413:23, 413:25, 414:9, 415:15,
415:23, 416:4, 418:2, 419:10, 420:5,
421:3, 422:18, 424:13, 425:21, 426:1,
426:4, 428:24, 429:9, 433:3, 445:3,
445:13, 445:18, 446:5, 446:8, 446:15,
446:18, 446:24, 448:20, 449:1, 451:20,
452:2, 452:11, 452:24, 453:3, 453:4,
453:9, 453:10, 453:15, 455:6, 455:19,
455:23, 457:6, 457:22, 458:3, 458:9,
459:14, 459:15, 459:22, 460:21,
460:22, 461:3, 462:6, 462:10, 462:14,
462:22, 463:23, 464:16, 464:19,
464:23, 465:5, 465:10, 466:2, 467:18,
467:19, 467:21, 468:5, 470:2, 470:11,
470:13, 473:17, 473:21, 478:9, 479:13,
481:14, 481:22, 481:23, 482:3, 482:15,
482:16, 483:4, 483:11, 483:18, 483:24,
484:12, 484:18, 484:24, 486:12, 487:15
**gambled** - 411:3
**gambling** - 271:18, 283:1, 399:13
**game** - 396:23, 411:2, 411:5, 411:11,
411:12, 412:19
**games** - 396:16, 401:25, 403:2
**Gammarano** - 348:9
**gang** - 260:18, 361:10, 400:4, 400:5,
482:2, 485:21
**gangsters** - 395:19, 395:22, 396:9,
423:6, 425:16, 487:8
**Garafola** - 330:18, 347:23, 404:2,
417:19
**garage** - 259:17
**garbage** - 449:5
**gatekeeper** - 266:5
**gather** - 270:24, 276:22, 409:21
**gathered** - 354:15
**gathering** - 411:22
**gatherings** - 278:3
**gave** - 301:5, 354:4, 362:15, 385:15,
391:3, 407:8, 409:9
**Gelb** - 258:12, 258:14, 258:16,
258:17, 258:19, 258:20, 258:22,
258:25, 259:3, 264:7
**Gelb's** - 263:13
**Gene** - 429:23, 429:25, 440:13,
454:11, 456:25, 457:2, 457:5, 461:25
**general** - 322:12, 357:18, 360:7,
370:8, 372:20, 373:21, 380:5, 424:12,
486:22
**generally** - 304:11, 317:13, 371:7,
371:23, 443:7, 487:16
**Generally** - 276:19, 333:2, 356:7
**generating** - 412:17
**Genie** - 348:11
**Genovese** - 284:22, 285:7, 397:12,
422:18, 437:16, 437:24, 438:5
**gentleman** - 326:6, 337:21, 339:20,
340:17, 388:10
**gentlemen** - 257:6, 259:2, 259:8,
260:8, 263:3, 264:3, 269:12, 322:2,
322:11, 362:24, 375:17, 471:22, 484:6
**George** - 335:8, 335:9, 341:15
**German** - 415:18
**gesture** - 401:12
**get** - 256:20, 256:24, 257:9, 257:10,
257:11, 260:21, 262:7, 265:15, 267:6,
280:17, 292:5, 297:19, 298:5, 310:13,
310:16, 316:22, 318:18, 318:19, 319:5,
321:25, 356:6, 365:14, 370:19, 371:10,
373:9, 373:24, 375:19, 384:5, 385:17,
386:14, 387:2, 395:7, 396:3, 400:10,
402:5, 402:16, 404:9, 404:18, 405:11,
406:18, 407:23, 408:18, 410:13,
410:15, 410:20, 411:12, 413:15,
415:17, 416:23, 416:25, 417:2, 420:20,
422:8, 422:13, 423:21, 426:18, 427:2,
430:4, 433:8, 434:2, 434:14, 435:6,
435:7, 435:21, 436:1, 437:2, 438:13,

438:21, 440:12, 444:12, 445:10,
446:11, 446:20, 449:10, 481:3, 481:19,
481:24, 489:9
**get-out-of-jail-free** - 267:6
**gets** - 357:13, 357:14, 357:15
**Getting** - 426:13, 426:22
**getting** - 253:14, 306:13, 321:22,
373:14, 406:8, 424:6, 424:16, 424:19,
426:17, 426:22, 426:23, 434:21,
438:12, 456:12, 482:19
**Gg** - 428:20
**gift** - 406:24, 406:25, 407:3
**gifts** - 407:8, 407:9
**Gigante** - 437:15
**Giordano** - 332:4, 332:10
**give** - 280:21, 299:17, 309:4, 311:3,
329:20, 329:25, 367:18, 382:9, 384:23,
385:19, 391:5, 396:1, 399:14, 399:21,
406:25, 407:1, 407:2, 407:3, 407:18,
409:10, 413:11, 417:16, 432:2, 437:13,
441:20, 445:11, 459:13, 478:1, 488:13,
489:14
**Give** - 254:2, 404:20, 407:15, 453:8
**given** - 314:18, 317:23, 357:13,
358:20, 390:23, 393:21, 395:4, 409:8,
409:13, 411:3, 433:25, 436:5, 440:11
**gives** - 296:15
**giving** - 257:11, 306:1, 353:4
**go** - 254:25, 255:24, 266:8, 274:24,
276:10, 278:15, 282:20, 288:1, 288:5,
298:17, 300:1, 303:7, 303:16, 305:13,
309:8, 315:19, 318:5, 320:9, 320:19,
322:10, 326:23, 330:5, 338:16, 369:15,
377:16, 385:10, 396:2, 399:17, 399:18,
401:19, 404:6, 405:17, 407:18, 410:17,
411:24, 412:5, 414:7, 414:14, 414:20,
415:2, 416:13, 421:19, 422:1, 422:17,
424:20, 428:13, 430:9, 431:16, 432:13,
432:14, 435:6, 440:3, 442:9, 447:2,
447:4, 448:3, 449:12, 449:13, 450:2,
453:10, 453:13, 453:15, 454:16,
454:18, 456:20, 456:21, 473:14,
473:19, 481:4, 487:17
**Go** - 253:16, 327:20, 382:2, 396:1,
412:3
**goal** - 267:23
**goals** - 488:2
**godfather** - 392:24, 393:5, 451:10
**goes** - 274:20, 303:12, 308:9, 369:13,
411:10, 421:21, 485:18, 488:13
**Going** - 454:11
**going** - 253:6, 254:17, 255:4, 256:3,
257:11, 258:4, 262:5, 262:14, 263:4,
290:9, 299:19, 305:19, 305:21, 306:13,
312:11, 318:8, 321:4, 321:18, 321:24,
329:9, 330:4, 338:19, 350:7, 363:14,
365:21, 367:25, 371:10, 373:13, 382:3,
384:8, 384:14, 385:15, 385:21, 395:14,
408:25, 410:17, 413:12, 414:20,
414:21, 416:18, 416:20, 416:21,
423:16, 425:18, 426:3, 426:18, 435:2,
437:18, 440:7, 441:15, 444:11, 447:2,
450:10, 451:3, 454:14, 460:16, 461:24,
465:9, 470:10, 474:3, 476:11, 485:8,
485:15, 487:1, 489:8, 489:9
**gone** - 370:11, 374:13
**Good** - 253:3, 257:6, 257:7, 260:8,
264:13, 270:4, 270:5, 352:22, 352:23,
377:4, 377:5, 485:8, 491:17
**good** - 255:21, 263:13, 267:20, 295:4,
304:7, 354:2, 408:12, 412:18, 412:25,
450:23, 459:3, 487:4
**goodfella** - 426:25
**goodfellas** - 261:5, 287:18, 439:1
**goofy** - 400:23, 477:25, 478:1, 478:5,
479:5
**Gossip** - 443:18
**gossip** - 471:15
**gossips** - 488:9

**Got** - 427:16
**got** - 259:22, 259:25, 262:10, 271:13,
367:9, 376:19, 377:25, 395:25, 398:7,
401:10, 401:24, 402:1, 414:4, 422:25,
423:15, 423:17, 424:4, 427:17, 429:23,
440:15, 440:17, 440:23, 440:25,
442:10, 444:6, 444:21, 450:4, 451:23,
454:15, 454:17, 455:25, 468:20, 469:4,
472:24, 474:24, 477:5, 478:22
**gotten** - 402:9, 402:22
**Gotti** - 259:19, 259:20, 259:21,
259:22, 285:6, 328:5, 328:12, 329:17,
330:23, 331:20, 335:5, 336:3, 336:9,
336:14, 336:15, 336:20, 336:22,
336:25, 337:3, 337:7, 337:8, 337:12,
337:13, 337:16, 337:19, 337:20,
337:22, 338:3, 338:7, 338:16, 339:3,
342:22, 342:23, 342:24, 342:25, 343:1,
347:15, 347:19, 347:21, 348:11,
348:13, 348:15, 370:25, 407:9, 418:18,
419:5, 419:7, 419:8, 419:13, 419:16,
420:14, 421:5, 428:8, 428:15, 429:15,
429:23, 429:24, 429:25, 431:24,
432:10, 433:2, 440:13, 441:5, 441:25,
442:7, 450:11, 450:12, 450:14, 450:18,
451:7, 451:11, 451:17, 452:6, 453:21,
454:3, 454:11, 454:12, 456:4, 456:16,
456:25, 457:1, 457:2, 457:5, 457:9,
458:15, 459:1, 459:5, 459:8, 459:16,
460:4, 460:12, 460:17, 461:1, 461:3,
461:21, 461:24, 461:25, 462:3, 462:12,
476:8, 476:22, 480:12, 480:23, 480:24,
481:8, 481:9
**Gotti's** - 427:10
**Gottis** - 483:7, 484:13
**govern** - 438:23
**government** - 253:12, 255:11, 258:5,
262:12, 263:8, 266:18, 267:1, 269:6,
269:19, 280:25, 304:1, 346:7, 346:8,
357:2, 357:19, 361:8, 365:18, 387:8,
390:5, 482:24, 490:18, 490:24, 491:1,
491:6
**Government** - 252:12, 285:22,
327:11, 329:4, 329:8, 330:20, 331:6,
331:14, 335:19, 338:18, 339:13,
340:14, 340:23, 341:5, 342:13, 342:14,
343:15, 344:4, 344:7, 344:21, 345:4,
345:20, 345:22, 345:24, 346:4, 346:5,
346:6, 346:7, 346:14, 346:15, 346:17,
346:19, 346:21, 346:23, 346:25, 347:6,
347:8, 347:12, 348:5, 349:15, 349:25,
350:7, 350:10, 352:6, 410:22, 415:12,
415:19, 417:25, 419:6, 420:2, 420:8,
420:10, 428:20, 429:2, 429:5, 429:13,
478:6
**government's** - 256:18
**Government's** - 285:16, 285:19,
324:16, 326:17, 333:5, 333:7, 334:12,
394:11, 398:10, 451:24, 454:25, 455:2,
457:3, 457:18, 457:25, 458:6, 458:12,
462:2, 462:16, 462:19
**grab** - 344:25, 478:4
**graduate** - 401:15
**grain** - 362:1
**grand** - 367:12, 367:14, 454:16,
454:17, 480:13
**grandfather** - 391:20, 392:16, 393:8,
393:16, 395:6, 395:10, 395:24, 396:12,
397:5, 398:5
**Grandfather** - 392:16
**grandfather's** - 392:17, 393:5,
393:25, 394:6, 394:19, 395:1
**grandmother** - 391:20
**grant** - 274:5
**Gravano** - 335:10, 347:13, 413:12,
413:13, 413:16, 414:23, 415:20,
415:21, 416:1, 416:14, 416:15, 430:7,
430:12, 431:1, 463:20, 469:11, 469:18,
469:24, 470:4, 470:8, 470:9, 470:15,
470:21, 472:6, 472:10, 472:12, 473:1,

473:5, 473:6, 473:7
**Gravano's**- 469:19
**great** - 392:16, 414:7, 424:24
**greeted** - 428:5, 428:17
**grew** - 397:21, 437:19, 455:21
**ground** - 399:9
**group** - 272:1, 326:10, 334:4, 341:20, 388:24, 393:2
**grow** - 370:18, 387:2, 391:17, 437:11, 446:11
**growing** - 391:19, 398:2, 405:9, 438:8, 451:12, 452:8
**Guerrieri** - 336:17, 341:8, 341:11, 342:1, 342:3, 342:5, 348:17
**guess** - 313:23, 425:7, 460:10, 464:11
**Guidici** - 348:19
**guilt** - 262:12
**guilty** - 262:25, 264:9, 265:15, 265:23, 269:8, 322:15
**Guiseppe** - 341:14
**Guitano** - 364:19
**gun** - 300:2, 300:4, 301:11, 301:22
**gunned** - 258:16
**Gurino** - 331:8, 331:11
**Gus**- 346:20
**guy** - 371:12, 388:21, 393:2, 399:20, 401:3, 414:16, 414:17, 416:15, 416:17, 416:21, 422:6, 424:9, 435:3, 438:2, 439:20, 439:23, 443:20, 443:21, 445:16, 475:18, 477:1, 479:15, 487:17
**guy's** - 399:18
**Guys** - 438:3
**guys** - 261:5, 287:18, 382:4, 383:5, 396:17, 411:23, 417:1, 422:20, 422:22, 422:24, 424:18, 438:21, 439:4, 440:11, 440:17, 443:6, 444:13, 444:20, 444:21, 445:16, 448:5, 452:19, 458:15, 458:20, 461:18, 475:17, 475:19, 476:9
**guys'** - 449:7

# H

**H** - 269:20, 387:10, 429:2, 492:3, 492:6
**Had** - 400:1, 417:9
**had** - 254:21, 254:22, 260:4, 271:9, 272:11, 291:8, 297:25, 299:12, 303:7, 321:1, 340:4, 354:2, 356:10, 356:12, 361:3, 362:4, 363:8, 363:11, 365:4, 377:6, 377:10, 377:23, 378:1, 378:7, 379:13, 379:25, 380:2, 387:20, 389:24, 390:16, 391:16, 393:23, 395:6, 395:10, 395:24, 396:12, 396:14, 396:16, 396:23, 399:8, 399:20, 401:24, 406:2, 408:20, 410:20, 411:2, 413:4, 414:4, 415:5, 416:14, 419:13, 421:11, 423:9, 423:18, 423:21, 426:14, 426:15, 427:18, 427:19, 437:18, 438:4, 438:6, 438:9, 438:11, 446:4, 447:4, 447:22, 447:24, 448:14, 449:13, 449:18, 449:20, 449:23, 450:1, 454:13, 454:21, 455:15, 455:25, 456:10, 461:22, 466:21, 471:6, 472:23, 473:3, 473:24, 474:18, 475:25, 476:8, 477:14, 478:19, 479:20, 480:2, 480:11, 483:1, 490:2, 490:24
**hair** - 370:9, 370:15, 370:19, 370:21, 370:23, 371:1, 371:8, 371:11, 386:22, 437:4, 437:11, 437:14, 437:24
**Half** - 353:3
**half** - 281:8
**half-truth** - 281:8
**hall** - 452:21
**Hall** - 328:10
**Hand** - 370:14, 393:10, 393:11
**hand** - 304:3, 357:14, 362:20, 393:13, 401:9, 411:8, 430:24
**handled** - 438:16, 454:14
**hands** - 299:23, 300:25, 304:18,

372:12, 432:20, 433:19
**hang** - 396:4, 409:23, 409:24, 411:25, 477:3
**hanging** - 488:21
**happen** - 262:10, 297:17, 300:19, 307:21, 318:12, 318:21, 320:8, 369:12, 375:5, 383:7, 384:15, 385:25, 457:12
**happened** - 354:1, 355:19, 359:13, 372:6, 374:12, 383:9, 391:14, 418:13, 418:21, 427:17, 428:3, 429:22, 430:4, 432:18, 433:6, 440:22, 440:25, 444:20, 479:18
**happening** - 359:14
**happens** - 291:24, 293:6, 293:17, 299:15, 309:20, 312:4, 323:6, 355:23, 359:2, 367:6, 368:4, 412:4, 421:24, 422:11, 444:8, 445:20
**happy** - 318:20
**hard** - 274:6, 275:14, 275:15, 305:14, 305:18, 305:20, 486:2
**harder** - 487:7
**harm** - 373:16
**harmed** - 319:12
**Harriet** - 330:16
**harshly** - 312:6
**Has** - 285:18, 296:11
**has** - 256:2, 258:5, 260:22, 260:23, 264:19, 265:22, 266:16, 266:17, 267:19, 280:6, 285:21, 286:14, 288:5, 288:22, 292:1, 295:6, 295:15, 296:13, 297:13, 298:1, 298:5, 299:17, 301:20, 304:7, 314:1, 316:22, 317:20, 322:11, 334:23, 343:11, 355:19, 358:11, 360:22, 361:8, 361:10, 361:20, 362:4, 370:11, 372:23, 373:17, 374:12, 375:19, 382:5, 382:10, 383:13, 384:15, 385:13, 422:17, 437:8, 437:9, 439:15, 439:23, 439:25, 442:2, 486:19, 488:22
**hasn't** - 383:10
**Have** - 273:7, 273:12, 273:20, 276:6, 278:18, 279:15, 281:11, 282:8, 282:14, 282:19, 283:4, 283:17, 283:20, 283:23, 297:2, 323:22, 324:21, 325:20, 333:11, 344:7, 344:13, 356:10, 362:3, 362:15, 367:7, 390:1, 445:23
**have** - 253:4, 253:20, 254:21, 256:15, 256:22, 257:10, 257:12, 258:4, 261:3, 262:21, 262:24, 262:25, 263:1, 263:5, 264:16, 265:14, 266:4, 268:12, 270:6, 271:6, 271:21, 273:2, 273:24, 273:25, 274:4, 274:11, 274:23, 275:4, 275:6, 275:8, 275:9, 276:4, 276:11, 278:13, 279:6, 279:20, 280:12, 280:17, 280:24, 281:1, 281:3, 281:12, 282:3, 282:8, 282:24, 282:25, 283:9, 284:22, 285:13, 285:15, 285:16, 286:18, 286:24, 287:4, 288:15, 288:16, 289:7, 291:21, 292:17, 293:4, 296:2, 296:4, 296:7, 297:19, 297:23, 299:1, 299:12, 299:25, 300:8, 302:12, 302:14, 302:19, 302:22, 303:12, 303:18, 303:23, 304:6, 305:6, 305:13, 306:11, 306:17, 306:20, 308:10, 308:13, 309:21, 310:11, 311:3, 311:21, 312:24, 313:19, 314:19, 315:9, 315:21, 316:19, 316:20, 316:25, 320:4, 320:15, 321:16, 321:23, 324:6, 324:12, 324:14, 326:1, 329:9, 330:5, 333:16, 334:16, 335:16, 338:19, 340:11, 345:5, 347:16, 352:8, 352:16, 352:24, 353:1, 353:14, 353:18, 354:21, 354:22, 356:5, 356:12, 356:15, 357:24, 358:6, 359:9, 360:13, 361:2, 361:12, 361:16, 361:19, 361:25, 363:21, 364:22, 365:2, 365:20, 366:16, 367:7, 369:9, 370:7, 370:9, 370:15, 370:18, 371:8, 371:9, 371:16, 371:20, 371:24, 372:2, 372:19, 373:15, 373:16, 375:8, 375:24, 380:17, 382:3, 382:6, 382:9, 383:2, 383:14, 384:6, 384:11, 384:19, 384:21, 384:23, 385:3, 385:17, 385:18, 386:1, 387:20, 390:19,

390:21, 395:2, 400:6, 402:9, 402:12, 402:20, 402:22, 404:14, 404:16, 405:17, 405:20, 406:15, 408:15, 409:2, 409:12, 410:4, 410:6, 410:15, 410:19, 411:11, 413:20, 414:7, 416:1, 416:17, 419:24, 420:12, 420:23, 421:19, 422:12, 422:16, 423:22, 424:22, 424:23, 426:17, 430:16, 431:6, 431:7, 435:1, 435:2, 435:3, 435:5, 436:6, 436:20, 438:22, 439:5, 439:8, 439:13, 440:1, 440:5, 441:7, 441:12, 444:12, 447:3, 447:6, 448:7, 448:25, 449:4, 449:9, 449:12, 449:13, 451:7, 452:23, 454:22, 455:8, 456:10, 456:11, 457:20, 459:13, 460:14, 460:20, 460:25, 468:2, 469:24, 471:22, 472:4, 473:20, 474:10, 474:17, 482:2, 482:14, 483:4, 483:17, 484:11, 485:1, 485:15, 486:2, 486:4, 487:4, 487:17, 489:5, 490:8, 491:10
**haven't** - 361:22, 383:8, 490:6
**having** - 269:21, 371:11, 387:11, 407:19, 467:21, 470:11, 486:21
**he** - 254:7, 254:10, 254:18, 254:21, 254:22, 255:5, 256:4, 259:25, 260:5, 261:10, 261:13, 261:14, 261:16, 261:17, 261:24, 262:8, 262:9, 265:22, 265:23, 266:13, 266:17, 266:18, 286:16, 298:5, 312:10, 314:1, 314:23, 319:22, 334:24, 337:19, 340:4, 347:16, 357:15, 358:11, 358:14, 361:2, 361:3, 362:4, 362:9, 362:15, 363:11, 363:14, 371:2, 374:9, 388:16, 389:2, 389:7, 393:23, 395:6, 396:23, 397:1, 398:4, 398:13, 399:7, 399:16, 399:17, 399:20, 402:7, 402:18, 407:8, 407:9, 409:9, 410:15, 414:14, 414:20, 414:25, 415:1, 415:15, 415:23, 416:4, 416:6, 416:14, 418:2, 418:7, 418:15, 418:19, 419:10, 420:5, 420:12, 421:16, 421:18, 421:22, 422:6, 423:9, 423:16, 425:20, 426:9, 426:10, 427:5, 428:24, 429:8, 429:16, 430:12, 431:4, 432:11, 432:13, 437:16, 437:17, 437:18, 437:19, 437:21, 438:9, 438:10, 438:11, 439:20, 440:6, 442:8, 443:21, 447:11, 448:6, 448:8, 449:5, 450:4, 450:6, 450:7, 450:12, 451:11, 451:23, 452:2, 452:4, 453:2, 453:23, 454:16, 454:17, 454:18, 454:19, 454:20, 455:8, 455:15, 455:17, 455:19, 456:10, 456:24, 457:6, 457:14, 457:20, 457:22, 458:3, 458:9, 459:11, 459:18, 460:6, 461:12, 461:14, 461:19, 462:6, 462:11, 463:2, 463:4, 463:6, 463:8, 463:11, 464:24, 464:25, 465:9, 465:10, 466:10, 467:8, 467:14, 468:3, 469:6, 469:24, 470:10, 474:23, 474:24, 475:16, 476:8, 477:5, 477:11, 477:19, 478:2, 478:3, 478:9, 479:5, 479:20, 480:2, 481:3, 481:12, 482:1, 483:23, 484:1, 484:14, 485:4, 486:11, 486:19, 487:17, 487:18, 490:1
**He** - 254:18, 254:20, 255:23, 258:12, 258:14, 259:13, 259:24, 261:15, 263:9, 266:16, 286:15, 286:16, 314:23, 317:19, 319:23, 337:21, 354:2, 357:13, 357:14, 361:6, 361:10, 362:10, 362:12, 388:15, 388:21, 391:25, 395:3, 395:6, 397:4, 398:9, 398:16, 402:8, 402:19, 413:14, 414:15, 415:1, 415:2, 415:17, 418:14, 418:22, 419:12, 420:9, 421:21, 423:10, 423:16, 427:18, 427:19, 428:19, 429:4, 429:10, 430:14, 430:15, 430:16, 430:19, 430:21, 432:16, 438:9, 439:22, 439:23, 449:3, 450:21, 452:4, 454:19, 455:13, 455:15, 455:23, 456:2, 456:11, 457:8, 459:3, 461:17, 462:8, 462:14, 462:15, 462:24, 467:12, 469:2, 469:20, 475:19, 477:20, 478:4, 478:13, 479:15, 479:17, 479:19, 480:4, 481:11, 484:13, 484:17, 486:18, 486:19

**he'll** - 254:9, 290:10

**He's** - 253:7, 255:24, 261:20, 287:1, 287:2, 361:9, 390:22, 404:23, 440:13, 440:16, 441:8, 448:24

**he's** - 259:16, 260:24, 287:1, 288:2, 290:9, 299:20, 302:8, 312:10, 313:25, 317:18, 342:1, 350:2, 357:15, 361:10, 363:10, 365:4, 374:8, 380:18, 404:23, 439:12, 442:1, 449:6, 456:1, 477:15, 490:1, 490:4

**head** - 259:18, 345:5, 345:6, 423:22, 430:9, 486:7

**headquarters** - 427:10

**headshot** - 394:15

**headshots** - 381:3

**health** - 384:6

**hear** - 257:23, 258:1, 262:6, 262:16, 262:19, 263:11, 263:12, 263:14, 263:21, 266:7, 267:4, 268:3, 275:25, 277:11, 277:12, 284:7, 287:17, 288:17, 288:18, 302:9, 305:12, 317:12, 357:14, 357:24, 363:16, 419:2, 428:12, 475:5, 476:12, 481:13, 482:19

**heard** - 253:5, 297:2, 442:10, 445:23, 463:12, 476:13, 483:1, 485:20, 486:11

**hearing** - 254:7, 283:11, 376:17

**hearsay** - 363:17, 471:14, 471:15, 474:7, 488:3, 488:22

**heart** - 259:11, 259:15, 356:5, 356:11

**heat** - 434:10

**held** - 272:19, 299:4, 299:11, 432:20, 448:13

**hell** - 300:8, 431:3

**help** - 295:18, 322:12, 330:1, 357:20, 357:21, 424:3, 424:6, 424:12, 425:18, 453:18, 456:1, 465:9

**helped** - 353:25

**her** - 256:12

**here** - 257:11, 258:14, 260:10, 261:20, 299:24, 301:2, 326:3, 327:20, 336:11, 337:8, 344:12, 345:1, 353:1, 353:5, 359:22, 363:19, 376:11, 380:20, 383:6, 396:3, 396:4, 415:1, 430:13, 485:8

**Here** - 380:24, 380:25

**heroin** - 440:13, 440:15, 479:19

**hidden** - 273:21

**hide** - 309:11

**hiding** - 382:7, 382:8

**hierarchy** - 277:16, 285:25, 291:19, 353:22, 383:21

**High** - 370:22

**high** - 271:21, 299:21, 370:20, 386:7, 401:15, 411:23, 413:10, 463:22

**high-ranking** - 386:7, 463:22

**high-rise** - 413:10

**higher** - 287:10, 309:14, 372:4, 405:19, 406:11, 420:18

**higher-level** - 287:10

**higher-ups** - 372:4

**highest** - 415:15, 415:23, 418:2, 419:10, 420:5, 428:24, 429:8, 429:16, 452:2, 455:5, 457:6, 457:22, 458:3, 458:9, 462:6, 462:22, 478:9

**highly** - 491:10

**him** - 256:1, 256:7, 259:18, 260:2, 260:6, 262:20, 262:21, 263:14, 265:25, 299:21, 302:7, 326:3, 326:5, 336:4, 336:6, 339:22, 340:9, 341:19, 342:1, 353:25, 357:14, 357:17, 358:12, 361:5, 362:14, 363:3, 363:4, 363:6, 363:16, 375:4, 376:4, 388:9, 388:25, 392:1, 392:21, 393:19, 396:13, 399:2, 399:4, 399:21, 404:23, 404:24, 407:25, 409:10, 416:19, 416:22, 417:14, 417:16, 421:22, 421:23, 423:17, 427:8, 429:24, 429:25, 432:12, 438:8, 439:18, 439:20, 441:3, 441:7, 442:9, 443:22, 447:4, 447:12, 448:6, 448:11, 449:12, 450:22, 450:24, 451:1, 451:14, 451:17,

451:20, 452:8, 454:18, 455:13, 455:14, 455:15, 455:16, 455:25, 456:1, 456:2, 456:3, 456:13, 456:14, 456:15, 458:20, 459:11, 459:18, 461:6, 461:20, 461:21, 462:4, 464:19, 466:10, 466:16, 467:4, 473:19, 474:18, 474:20, 475:14, 476:19, 476:24, 477:1, 477:4, 477:9, 477:21, 477:22, 477:24, 478:8, 478:17, 478:25, 479:6, 479:18, 480:21, 481:19, 484:19, 486:14, 486:17, 487:14, 487:20, 490:5

**Him** - 471:3

**himself** - 354:3, 380:14, 385:14, 395:7, 465:11, 477:12, 478:13

**hired** - 272:21, 272:25

**His** - 266:9, 267:25, 286:14, 398:5, 415:18, 441:25, 442:1, 448:18, 457:17, 460:24, 461:24, 483:7

**his** - 253:6, 253:8, 254:9, 254:19, 258:16, 258:17, 258:18, 258:25, 259:15, 259:23, 260:4, 261:11, 261:15, 262:7, 262:8, 263:13, 263:20, 265:17, 265:19, 267:15, 286:14, 286:17, 286:20, 286:21, 288:1, 288:3, 288:4, 290:10, 298:5, 298:7, 300:11, 300:13, 300:23, 302:7, 304:17, 314:23, 337:20, 340:4, 351:4, 388:13, 392:20, 392:23, 393:17, 393:19, 393:22, 394:1, 394:21, 395:4, 398:8, 399:15, 416:9, 417:11, 417:18, 428:10, 438:12, 439:20, 441:8, 448:5, 448:7, 449:3, 449:7, 449:10, 450:16, 450:18, 450:20, 451:9, 451:10, 455:23, 456:21, 457:14, 457:15, 458:16, 459:3, 461:21, 472:13, 472:18, 473:3, 473:14, 473:19, 475:5, 477:7, 477:15, 478:4, 478:20, 479:8, 480:7, 481:9, 481:13, 483:7, 487:15

**historic** - 299:17

**Historically** - 297:8

**historically** - 299:18, 299:24, 300:2

**history** - 283:17, 422:5, 422:6

**hit** - 304:22, 317:12, 450:4, 450:23, 486:13

**hits** - 372:2

**hold** - 272:19, 299:23, 354:2

**holding** - 289:1

**holds** - 361:2

**holidays** - 448:14, 448:15, 448:16, 448:18

**Home** - 327:22, 329:12, 330:24, 331:8, 331:23, 335:22

**home** - 258:14, 275:17, 399:8, 409:21

**homes** - 275:9, 321:7, 321:12

**homicide** - 488:7, 490:4, 490:5

**homicides** - 296:14

**honor** - 259:1, 287:18, 290:19, 290:22

**Honor** - 253:10, 255:25, 256:15, 267:16, 267:25, 285:19, 286:2, 334:11, 337:14, 352:19, 358:3, 376:23, 386:3, 387:4, 387:16, 394:17, 489:10, 489:21

**Honorable** - 252:9

**hooked** - 375:3

**hope** - 263:5, 490:23

**horses** - 399:7

**horseshoe** - 430:6

**Hot** - 350:17

**Hotel** - 327:4

**hotel** - 299:13

**hours** - 377:21, 377:22

**house** - 303:13, 394:25, 395:1, 396:9, 396:17, 396:20, 397:3, 397:4, 397:9, 398:17, 411:10

**How** - 271:6, 271:23, 272:4, 272:24, 273:10, 273:24, 279:20, 281:13, 283:9, 290:5, 290:12, 292:22, 292:25, 308:2, 308:6, 310:9, 321:23, 324:12, 324:14, 340:7, 353:14, 377:20, 381:9, 386:11, 389:11, 390:3, 390:9, 390:19, 391:24, 392:8, 394:19, 394:24, 395:11, 395:15,

397:6, 399:2, 399:23, 400:10, 401:8, 402:5, 402:16, 403:14, 405:8, 409:12, 410:6, 410:25, 411:3, 411:7, 412:21, 412:25, 413:15, 416:6, 417:16, 419:13, 422:21, 433:3, 435:22, 443:15, 446:14, 446:17, 449:15, 451:14, 452:5, 458:15, 458:22, 463:11, 463:18, 477:24

**how** - 262:6, 263:17, 263:23, 270:6, 273:5, 273:15, 278:12, 282:20, 283:7, 283:20, 283:23, 291:13, 300:13, 310:9, 312:6, 312:10, 320:23, 324:6, 324:9, 353:1, 354:2, 360:22, 362:13, 365:9, 370:4, 370:11, 371:2, 377:16, 378:22, 378:24, 381:13, 408:25, 412:17, 413:17, 417:14, 417:18, 422:15, 426:6, 431:15, 431:16, 432:16, 435:22, 435:23, 438:15, 438:25, 443:5, 444:4, 444:5, 444:25, 454:14, 456:19, 463:4, 468:10, 468:19, 469:3, 476:16, 478:19, 478:21, 479:20, 489:1

**Howard** - 328:10, 342:18

**However** - 255:18

**however** - 365:12

**Huck** - 345:23, 428:15

**human** - 278:18, 278:20

**hundred** - 273:6, 273:11, 273:16, 273:25, 279:21, 305:16, 409:10, 411:5

**hung** - 454:11, 477:1

**Hunt** - 336:13, 336:19, 338:25, 339:15, 447:11, 447:18, 447:23, 447:25, 448:2, 448:3, 476:20, 476:25

**Hunter** - 351:18

**hurt** - 408:18, 424:12

**hurts** - 294:23

**Hypocrisy** - 440:9

**hypocrisy** - 440:20

**hypothetical** - 490:8

## I

**I** - 253:5, 253:7, 253:8, 253:15, 253:17, 253:23, 254:23, 254:24, 255:2, 255:3, 255:10, 255:18, 256:4, 256:12, 256:13, 256:20, 257:1, 257:9, 257:10, 257:18, 257:19, 257:20, 257:22, 257:23, 257:24, 260:11, 264:11, 266:11, 267:5, 268:1, 268:18, 268:21, 268:25, 269:5, 269:20, 269:24, 269:25, 271:11, 271:12, 271:13, 271:14, 271:24, 272:8, 272:21, 272:25, 273:25, 276:10, 276:13, 276:14, 277:1, 282:25, 285:15, 286:2, 286:5, 287:13, 291:11, 292:11, 296:12, 301:5, 301:22, 303:7, 305:23, 306:1, 308:4, 308:24, 310:20, 311:4, 312:4, 312:8, 313:14, 313:23, 314:11, 319:16, 321:1, 321:3, 322:8, 323:7, 324:16, 325:12, 325:13, 326:21, 327:3, 328:6, 329:8, 332:16, 332:22, 333:3, 333:24, 334:18, 337:13, 337:19, 339:21, 340:8, 340:9, 341:17, 344:5, 344:21, 346:3, 347:11, 350:15, 352:8, 352:16, 352:24, 354:12, 356:12, 357:9, 360:3, 360:6, 360:11, 361:7, 361:17, 361:22, 362:8, 362:13, 362:23, 362:25, 363:10, 363:21, 364:22, 365:8, 365:9, 365:24, 366:11, 366:15, 366:23, 367:11, 367:23, 368:14, 370:8, 370:14, 371:2, 372:18, 373:21, 374:20, 374:24, 375:12, 375:20, 376:1, 376:4, 376:12, 376:16, 376:20, 377:13, 378:19, 378:20, 378:21, 378:24, 379:3, 379:4, 379:22, 380:9, 380:16, 380:17, 381:5, 382:15, 382:18, 383:5, 383:8, 383:24, 384:14, 384:25, 385:19, 386:1, 387:10, 387:16, 387:16, 390:16, 390:22, 391:6, 392:6, 392:11, 394:14, 394:17, 394:25, 395:13, 395:16, 395:18, 395:20, 395:21, 395:25, 396:2, 396:3, 396:15, 398:1, 398:2, 398:3, 398:6, 398:16, 399:5, 399:8, 399:9, 399:18, 399:21,

400:4, 400:11, 400:18, 401:24, 401:25, 402:1, 402:4, 402:13, 402:15, 402:21, 403:8, 403:9, 403:25, 404:5, 404:6, 404:16, 404:17, 405:7, 405:9, 405:13, 405:14, 405:24, 406:5, 406:14, 407:8, 407:15, 408:8, 408:20, 409:7, 409:10, 410:17, 411:1, 411:2, 411:5, 411:10, 411:22, 412:18, 412:19, 412:22, 413:1, 413:2, 413:6, 413:9, 413:20, 414:4, 414:6, 414:7, 414:20, 415:1, 415:2, 415:8, 415:9, 415:18, 416:14, 416:19, 417:12, 417:25, 419:2, 419:4, 423:15, 423:17, 424:9, 424:23, 425:7, 426:5, 426:14, 426:15, 426:18, 427:8, 427:24, 428:7, 428:10, 428:12, 428:20, 429:2, 429:13, 430:3, 430:5, 430:9, 430:10, 430:11, 430:13, 430:14, 430:15, 430:19, 430:21, 431:2, 432:19, 432:23, 433:20, 434:3, 434:16, 435:25, 436:4, 438:10, 440:19, 441:8, 442:7, 442:8, 442:9, 443:5, 443:6, 443:18, 444:4, 445:11, 445:13, 445:16, 446:8, 446:9, 446:16, 446:19, 446:21, 446:23, 447:4, 447:12, 448:1, 448:2, 448:8, 449:16, 450:15, 451:5, 451:10, 451:18, 451:22, 454:6, 454:21, 455:11, 455:13, 455:14, 455:16, 455:18, 456:1, 456:2, 456:20, 456:22, 460:10, 461:24, 461:25, 463:3, 463:12, 463:20, 464:11, 464:15, 464:24, 466:8, 466:9, 467:3, 467:25, 468:3, 468:18, 468:20, 469:4, 470:5, 470:10, 470:18, 471:1, 471:3, 471:7, 471:8, 471:9, 471:13, 471:14, 471:17, 471:22, 471:23, 471:25, 472:3, 472:4, 472:13, 472:23, 473:10, 473:14, 473:18, 473:23, 474:5, 474:15, 474:23, 475:9, 475:23, 475:25, 476:9, 476:11, 476:12, 477:12, 477:15, 477:22, 478:4, 478:21, 478:22, 479:4, 479:11, 479:25, 481:2, 481:4, 481:5, 481:6, 481:17, 482:21, 483:16, 483:22, 484:1, 484:2, 484:5, 484:6, 484:9, 484:16, 484:21, 485:6, 485:18, 485:19, 485:20, 486:16, 486:25, 487:2, 487:3, 487:4, 487:6, 487:10, 487:12, 487:16, 487:22, 487:23, 488:3, 488:5, 488:8, 488:10, 488:12, 488:21, 488:24, 489:4, 489:5, 489:6, 489:8, 489:14, 489:17, 489:20, 489:25, 490:3, 490:7, 490:8, 490:14, 490:18, 490:22, 490:23, 491:1, 492:3, 492:6

**I'd** - 315:19, 326:17, 439:12, 439:22
**I'll** - 265:9, 276:11, 299:17, 329:4, 329:7, 329:25, 345:8, 345:9, 365:6, 388:19, 389:22, 427:6, 441:20, 444:18, 480:6
**I'm** - 257:8, 260:9, 270:10, 276:12, 276:14, 285:16, 285:21, 337:21, 345:3, 345:20, 346:15, 350:7, 356:20, 359:12, 359:17, 363:6, 367:5, 367:6, 367:22, 371:24, 372:6, 372:15, 374:22, 375:1, 375:10, 380:16, 382:3, 383:6, 383:9, 385:21, 394:11, 398:10, 410:22, 415:12, 417:25, 419:6, 420:2, 420:8, 420:10, 421:22, 421:23, 422:23, 425:24, 428:11, 429:8, 432:4, 445:11, 445:12, 445:14, 445:17, 447:25, 448:1, 451:10, 451:24, 454:25, 455:2, 457:3, 457:18, 457:25, 462:16, 462:19, 463:21, 464:6, 470:6, 471:7, 473:11, 474:6, 478:6, 483:9, 484:7, 491:6, 491:13
**I've** - 276:20, 278:21, 279:2, 339:11, 340:8, 359:12, 363:4, 366:11, 367:19, 377:12
**Iaria** - 327:10, 347:11
**ice** - 485:8
**idea** - 358:6, 479:7
**Identification** - 388:11
**identifications** - 325:14, 334:1,

339:7, 340:5
**identified** - 325:12, 325:13, 332:22, 333:24, 339:22, 340:3, 344:11, 375:4
**identify** - 277:8, 278:6, 284:16, 284:19, 321:5, 321:10, 322:22, 323:19, 326:5, 326:14, 333:25, 334:8, 334:18, 334:20, 334:23, 344:16, 345:9, 375:1, 388:9, 396:20, 398:11, 400:25, 403:10, 415:13, 457:4
**Identifying** - 326:7
**identifying** - 284:11, 337:22
**identity** - 280:22
**idle** - 471:15, 485:19
**idolized** - 398:2
**Ids** - 340:9
**If** - 255:25, 274:4, 274:9, 274:10, 274:17, 274:20, 281:7, 289:5, 292:15, 294:17, 295:5, 298:4, 298:7, 303:22, 306:9, 308:9, 309:20, 310:11, 312:10, 312:13, 313:22, 314:18, 316:18, 316:23, 318:16, 324:17, 326:21, 326:23, 327:12, 329:20, 334:18, 334:22, 334:24, 354:2, 354:24, 356:16, 357:1, 366:22, 367:16, 371:8, 373:11, 374:8, 375:4, 375:7, 384:25, 385:2, 385:16, 406:25, 407:3, 413:1, 417:18, 428:11, 431:2, 432:10, 433:11, 433:14, 433:15, 433:16, 436:5, 438:19, 439:16, 442:7, 446:4, 449:4, 449:12, 466:4, 482:8, 484:1, 487:24, 488:17, 490:2
**if** - 255:5, 257:19, 257:20, 262:10, 267:7, 274:17, 274:21, 274:24, 275:13, 276:13, 276:14, 278:4, 285:15, 286:11, 290:9, 292:7, 292:11, 292:12, 293:17, 293:23, 293:24, 294:16, 294:24, 295:18, 297:10, 297:22, 298:25, 300:3, 300:9, 301:14, 302:6, 302:19, 303:12, 304:5, 304:22, 311:23, 312:23, 312:24, 313:12, 313:14, 313:24, 315:7, 316:21, 318:18, 321:16, 326:21, 328:6, 330:8, 330:12, 344:25, 345:9, 355:25, 356:21, 360:19, 365:20, 367:11, 367:13, 369:11, 370:9, 373:8, 374:5, 374:11, 375:2, 375:5, 375:22, 376:12, 384:21, 386:6, 394:14, 399:16, 399:20, 399:21, 401:9, 403:10, 404:17, 405:15, 406:14, 406:15, 407:1, 407:15, 407:16, 408:17, 408:24, 410:18, 412:13, 415:9, 416:6, 416:24, 416:25, 421:24, 422:5, 422:6, 422:11, 425:8, 431:6, 431:24, 432:13, 433:12, 434:18, 435:1, 435:7, 439:11, 440:4, 442:7, 443:18, 445:16, 445:20, 445:21, 452:15, 453:1, 454:2, 463:20, 470:10, 477:14, 480:7
**Iggie** - 335:5, 335:7, 337:6
**Iggy** - 345:13, 346:4
**Ignazio** - 345:13
**ill** - 290:9, 384:12
**illegal** - 288:4, 288:8, 288:14, 291:18, 292:1, 292:7, 292:12, 292:15, 293:23, 294:21, 295:17, 303:16, 303:19, 306:18, 309:8, 309:11, 311:4, 313:19, 317:6, 317:19, 317:22, 318:7, 319:3, 319:11, 320:5, 320:6, 320:12, 369:3, 369:5, 369:9, 374:13
**illegitimate** - 288:2, 407:21
**illness** - 289:5
**immediate** - 374:2
**immunity** - 454:17
**impaneled** - 257:17
**implied** - 408:16
**impolite** - 257:25
**importance** - 470:6, 490:2
**important** - 258:3, 268:13, 277:5, 277:14, 277:18, 294:19, 294:20, 297:13, 306:11, 312:5, 321:19, 365:8, 407:11, 445:1, 459:22, 459:25, 460:21, 461:6, 461:9, 464:22, 465:3, 466:5, 466:8, 470:7, 470:12, 482:15, 486:14, 486:17, 486:21

**imposed** - 310:4
**impression** - 256:13
**In** - 253:2, 261:4, 261:12, 263:11, 271:13, 271:24, 273:2, 275:1, 275:17, 277:16, 279:21, 282:23, 283:16, 284:3, 284:8, 290:18, 292:9, 296:3, 302:4, 307:23, 317:19, 321:12, 326:14, 334:6, 334:8, 355:5, 357:18, 359:6, 359:20, 360:2, 360:13, 360:18, 361:12, 361:21, 361:22, 367:11, 367:24, 368:11, 370:2, 370:18, 371:3, 376:2, 381:11, 383:2, 391:14, 401:21, 405:7, 406:22, 407:13, 410:9, 412:13, 414:8, 424:12, 439:20, 442:7, 456:16, 471:4, 474:20, 488:10, 489:12
**in** - 253:4, 253:5, 254:15, 254:18, 254:22, 255:5, 255:9, 256:16, 257:9, 257:11, 257:12, 257:23, 258:13, 258:16, 258:17, 259:11, 259:17, 259:18, 259:25, 260:10, 260:15, 260:16, 261:25, 262:7, 262:20, 263:6, 263:9, 264:5, 264:7, 264:15, 264:22, 264:24, 265:3, 265:6, 265:11, 265:13, 265:17, 265:20, 266:1, 266:16, 266:17, 266:22, 267:1, 267:6, 267:8, 267:9, 267:14, 267:22, 268:1, 268:13, 268:18, 268:20, 269:2, 269:6, 269:10, 270:6, 270:9, 270:10, 270:15, 270:20, 270:22, 271:12, 272:8, 273:3, 273:7, 273:12, 273:20, 274:2, 274:4, 275:4, 275:5, 275:8, 275:9, 275:13, 275:18, 276:6, 276:25, 277:19, 278:13, 278:18, 279:2, 279:4, 279:9, 279:15, 279:20, 279:23, 280:13, 280:24, 281:7, 282:23, 282:25, 283:4, 283:9, 283:13, 283:18, 283:25, 284:10, 284:15, 284:17, 284:18, 286:16, 286:20, 287:3, 287:10, 287:20, 288:2, 288:8, 288:17, 288:23, 289:6, 289:16, 289:21, 290:4, 290:6, 290:7, 290:11, 290:22, 291:4, 291:5, 291:7, 291:8, 291:13, 292:5, 292:7, 292:11, 292:15, 293:3, 293:6, 293:9, 293:12, 293:23, 294:2, 294:14, 295:9, 295:16, 296:8, 296:15, 297:14, 297:22, 298:24, 299:12, 300:7, 300:8, 300:9, 300:13, 300:25, 302:9, 302:18, 303:12, 303:21, 303:25, 304:4, 306:7, 306:9, 306:18, 307:17, 307:25, 308:7, 308:9, 308:10, 308:11, 309:6, 309:7, 309:20, 309:23, 310:23, 311:15, 312:5, 312:10, 313:11, 313:16, 313:18, 313:25, 314:1, 314:8, 314:18, 315:12, 316:5, 316:18, 316:23, 317:8, 317:23, 318:6, 318:9, 318:18, 319:11, 320:8, 321:2, 324:5, 324:6, 325:12, 326:3, 326:10, 326:12, 327:2, 327:5, 329:9, 329:12, 330:2, 330:12, 330:16, 332:19, 332:21, 332:24, 333:24, 334:3, 334:4, 334:17, 334:21, 335:17, 336:2, 336:6, 336:13, 337:1, 337:19, 338:10, 338:23, 339:5, 339:6, 339:11, 339:22, 340:2, 340:4, 340:20, 340:25, 341:17, 341:19, 341:24, 342:2, 342:11, 342:18, 343:5, 343:12, 344:16, 350:8, 353:2, 353:10, 353:19, 354:5, 354:10, 354:21, 355:12, 356:12, 356:14, 356:17, 356:23, 358:5, 359:13, 359:14, 359:22, 360:18, 361:12, 361:15, 361:19, 361:24, 362:5, 363:2, 363:8, 363:9, 363:12, 365:6, 366:3, 366:5, 366:18, 367:19, 368:9, 369:13, 370:12, 370:15, 371:25, 373:7, 373:10, 373:25, 374:6, 374:11, 374:25, 375:1, 375:17, 375:18, 375:20, 376:3, 376:8, 376:13, 376:18, 376:20, 376:21, 378:19, 379:24, 379:25, 380:5, 380:12, 380:18, 381:5, 381:9, 381:11, 382:1, 382:18, 382:20, 383:21, 383:23, 384:7, 384:12, 384:18, 384:19, 384:20, 384:21, 384:24, 385:1, 385:9, 385:17, 385:20, 386:11, 387:20, 387:25,

388:13, 389:15, 390:4, 391:7, 391:10, 392:10, 392:12, 393:3, 393:4, 393:9, 393:12, 394:11, 395:1, 395:24, 396:20, 397:6, 397:23, 397:24, 398:8, 398:10, 398:17, 400:4, 400:20, 401:3, 401:9, 401:10, 401:18, 401:20, 401:25, 402:1, 402:19, 403:1, 403:3, 403:8, 403:10, 404:6, 404:9, 404:18, 404:21, 407:23, 408:6, 408:8, 408:12, 408:24, 409:2, 409:16, 410:3, 410:22, 411:3, 411:6, 411:11, 411:20, 411:21, 412:13, 412:24, 412:25, 413:10, 413:11, 414:7, 414:10, 414:15, 415:3, 415:7, 415:8, 415:15, 415:23, 416:3, 416:21, 416:22, 416:24, 416:25, 417:2, 417:11, 417:21, 418:2, 418:6, 419:10, 419:15, 420:2, 420:5, 421:25, 422:3, 424:4, 424:5, 424:20, 425:2, 425:5, 425:20, 427:19, 428:4, 428:8, 428:13, 428:19, 428:24, 429:5, 429:8, 429:16, 429:20, 430:1, 430:3, 430:5, 430:7, 430:24, 431:2, 431:5, 431:12, 431:18, 431:19, 431:22, 432:4, 432:12, 432:14, 432:16, 432:21, 432:22, 432:24, 433:16, 433:17, 434:5, 434:6, 434:17, 435:1, 436:1, 436:5, 437:24, 438:3, 438:5, 438:23, 439:15, 439:19, 440:7, 441:8, 441:22, 442:11, 443:3, 443:6, 443:13, 443:19, 444:16, 444:21, 445:8, 445:10, 445:12, 445:13, 445:22, 446:4, 446:5, 446:8, 446:17, 447:3, 447:6, 447:11, 447:12, 447:19, 448:20, 448:25, 449:3, 449:10, 449:11, 449:13, 450:8, 450:11, 451:20, 452:2, 452:15, 452:21, 453:18, 454:2, 454:6, 454:12, 454:13, 454:15, 454:16, 454:18, 454:22, 455:5, 455:18, 456:24, 457:6, 457:14, 457:15, 457:17, 457:22, 458:3, 458:9, 458:16, 459:22, 460:22, 460:25, 461:9, 462:6, 462:11, 462:14, 462:22, 463:3, 464:12, 464:22, 465:10, 466:6, 466:14, 466:22, 468:1, 468:5, 468:10, 468:17, 468:20, 469:5, 469:19, 470:6, 470:23, 471:1, 471:21, 471:23, 472:14, 472:18, 473:18, 473:24, 473:25, 474:6, 475:18, 476:4, 476:10, 476:16, 477:15, 478:6, 478:9, 478:23, 480:7, 480:13, 480:15, 480:21, 480:23, 480:24, 481:14, 481:21, 482:8, 482:15, 482:16, 483:14, 484:8, 485:3, 485:7, 485:21, 486:7, 487:5, 487:15, 487:24, 487:25, 488:3, 488:9, 488:14, 488:21, 489:9, 489:22, 489:25, 490:1
**inappropriate** - 255:10
**incapacitated** - 289:5, 289:11, 313:22, 314:4, 384:11
**incarcerated** - 280:12, 290:9, 479:21
**incarceration** - 255:16, 289:6
**incentive** - 266:4
**include** - 282:25, 304:13, 308:15, 332:17, 443:24
**included** - 268:18, 268:19, 332:18
**includes** - 357:5
**including** - 283:18, 300:12, 306:20, 322:13
**incomplete** - 401:9
**increase** - 473:24
**indeed** - 362:4
**index** - 430:22
**Index** - 492:1
**indicated** - 269:12, 356:2, 365:24, 368:8, 377:11, 381:18
**indication** - 257:2
**indicted** - 266:1
**indictment** - 264:24, 265:22, 268:18, 269:7, 356:17
**individual** - 265:21, 332:18, 345:10, 345:12, 360:18, 362:7, 369:2, 383:19, 475:12
**individuals** - 266:1, 266:7, 267:12, 293:9, 293:12, 297:23, 298:20, 332:18,

339:6, 341:10, 344:6, 355:14, 355:20, 358:4, 365:1, 365:2, 365:12, 366:8, 366:18, 367:3, 367:24
**indoctrinated** - 355:5, 367:16
**indoors** - 4:12:14
**induct** - 422:19
**inducted** - 287:22, 287:25, 290:2, 290:20, 290:22, 295:21, 297:12, 297:19, 298:14, 298:20, 298:23, 299:4, 300:3, 300:7, 300:11, 301:25, 302:7, 303:15, 306:17, 311:5, 313:6, 405:18, 422:14, 433:3, 433:6, 482:3
**inducted's** - 300:20
**induction** - 297:25, 298:5, 299:20, 301:20, 303:6, 306:5, 313:10
**industry** - 449:5
**infiltrating** - 442:5
**influence** - 371:19
**informant** - 278:24, 278:25, 280:6, 280:20
**informants** - 278:23, 279:9, 279:15, 279:23, 280:3, 280:18
**information** - 270:24, 275:21, 279:1, 279:5, 279:22, 279:23, 280:10, 280:21, 281:15, 281:22, 299:13, 307:22, 321:17, 354:15, 354:19, 357:13, 358:14, 358:20, 359:4, 359:9, 461:6, 464:19, 465:11, 466:2, 466:5, 468:3, 468:5, 468:9, 470:2, 470:6, 470:8, 470:11, 474:13, 486:14, 487:14, 488:2
**infraction** - 293:25, 311:19, 312:11
**Ingardia** - 339:19, 339:21
**initial** - 357:2, 357:5, 360:12, 361:18
**initially** - 358:8, 359:7, 408:18, 409:7, 446:22, 481:3
**initiated** - 295:22
**inner** - 388:21, 388:23, 414:15, 443:19
**inquire** - 254:23, 255:25, 269:25, 387:16
**inside** - 262:15, 274:7, 275:7, 305:21, 307:10, 307:12, 320:5, 320:10, 320:19, 321:2, 401:9, 412:3
**Inside** - 275:7
**insist** - 489:8
**instance** - 399:14, 485:3
**instead** - 276:3, 447:1
**instruct** - 257:18, 362:23
**instructed** - 360:2, 430:9
**instructs** - 267:22
**instrument** - 274:5, 274:17
**insulate** - 458:19
**intend** - 264:20
**intention** - 255:17
**intentions** - 304:7
**interact** - 446:21
**interacted** - 451:3, 456:23
**interacting** - 395:19, 476:10
**interaction** - 292:19
**interest** - 271:21, 406:8, 471:23
**interested** - 374:15, 374:16
**international** - 440:15
**intertwining** - 292:23
**interview** - 279:19
**interviewed** - 360:9, 363:20
**interviewing** - 278:22
**interviews** - 281:22, 360:13
**intimidating** - 366:8
**into** - 253:22, 254:25, 260:7, 263:18, 265:12, 266:3, 267:11, 271:11, 271:16, 272:23, 280:9, 280:12, 280:24, 281:1, 281:9, 284:1, 287:25, 290:20, 298:5, 298:21, 299:4, 302:21, 306:2, 310:13, 313:6, 318:5, 321:25, 352:12, 355:5, 365:16, 367:16, 368:2, 371:21, 377:7, 379:13, 380:7, 380:13, 380:19, 381:2, 381:16, 393:1, 395:8, 399:7, 404:6, 405:18, 414:25, 417:1, 428:6, 429:24, 430:1, 431:16, 433:3, 434:7, 434:13, 438:10, 454:15, 482:3, 489:4

**introduce** - 260:11, 370:4, 441:19
**introduced** - 258:10, 300:11, 302:4, 377:6, 379:13, 379:20, 441:1, 441:3, 441:7, 441:16, 442:2, 442:9
**introductions** - 441:9, 441:14
**invested** - 297:23
**investigate** - 272:12
**investigated** - 272:20, 282:24
**investigating** - 271:6, 271:9, 273:2, 277:5, 371:3, 377:12
**Investigation** - 272:9
**investigation** - 273:3, 275:5, 278:18, 279:24, 356:19, 356:20, 365:1
**investigations** - 270:21, 271:16, 272:3, 272:23, 273:6, 273:25, 275:4, 279:2, 281:16, 282:6, 282:12, 282:25, 302:21, 382:21
**investigative** - 271:13, 344:15
**Investigative** - 272:9
**Investigator** - 270:6, 285:21, 286:5, 286:11, 290:24, 290:25, 291:3, 322:20, 324:16, 328:6, 333:6, 339:5, 340:2, 344:5, 344:25, 345:8, 386:6
**investigator** - 270:10, 270:19, 272:18, 326:21, 361:25, 367:6, 378:20
**involve** - 480:16
**involved** - 257:23, 273:25, 274:2, 275:4, 275:5, 278:21, 279:3, 279:9, 279:20, 282:25, 288:2, 288:8, 288:14, 292:7, 292:11, 293:9, 293:12, 293:23, 301:10, 303:17, 306:18, 307:9, 308:10, 313:18, 314:3, 319:10, 319:11, 324:9, 353:20, 353:21, 355:18, 368:9, 368:22, 368:24, 373:25, 374:25, 378:19, 384:13, 392:12, 423:5, 444:16, 449:11, 454:2, 454:22, 480:15, 487:25
**involvement** - 264:5
**involves** - 412:8
**Is** - 269:17, 270:14, 275:20, 284:25, 285:7, 291:10, 291:13, 293:12, 294:13, 295:9, 295:21, 296:7, 299:4, 299:7, 304:8, 305:8, 312:3, 312:16, 313:1, 318:14, 319:13, 319:22, 325:22, 331:16, 335:15, 336:5, 353:17, 358:25, 360:25, 361:24, 363:14, 366:2, 366:24, 371:13, 372:14, 373:6, 384:17, 390:13, 409:2, 420:20, 427:12, 431:20, 435:16, 439:9, 446:2, 450:12, 452:17, 459:22, 459:25, 462:25, 467:21, 468:5, 468:8, 472:2, 474:12, 483:10, 483:11, 490:15
**is** - 253:6, 254:17, 254:24, 255:8, 255:23, 256:3, 257:23, 258:8, 259:3, 259:5, 260:8, 260:14, 260:19, 260:22, 264:3, 264:9, 264:15, 264:16, 265:7, 265:10, 265:18, 265:21, 265:22, 265:23, 266:6, 266:9, 266:13, 266:20, 267:6, 267:18, 268:2, 268:3, 268:4, 268:6, 268:9, 268:10, 269:3, 269:13, 269:16, 270:9, 270:12, 270:21, 270:23, 271:1, 271:3, 271:4, 271:19, 272:1, 274:9, 276:10, 277:3, 277:8, 277:14, 277:18, 278:1, 278:7, 278:25, 280:9, 280:20, 280:23, 281:8, 281:9, 281:22, 283:11, 284:3, 285:5, 285:24, 286:15, 286:20, 286:21, 287:2, 287:11, 287:12, 287:22, 288:1, 288:3, 288:6, 288:7, 288:18, 289:5, 289:11, 289:14, 289:25, 290:1, 290:5, 290:6, 290:12, 290:18, 291:7, 291:13, 292:19, 294:16, 294:19, 294:22, 294:24, 295:3, 295:4, 296:14, 296:16, 297:5, 297:6, 297:7, 297:8, 297:11, 298:7, 298:8, 298:18, 298:23, 299:4, 299:9, 299:18, 300:11, 300:12, 300:15, 300:17, 300:19, 300:22, 300:24, 301:4, 301:16, 301:25, 302:5, 302:14, 302:17, 302:19, 303:23, 304:5, 304:11, 304:18, 305:11, 305:23, 306:2, 306:9, 306:10, 306:23, 307:6, 307:12, 307:13, 307:16, 307:19, 307:20, 308:8, 308:22, 309:18, 309:19, 310:9, 311:10,

312:10, 312:11, 312:14, 312:16, 313:6, 313:12, 313:24, 314:2, 314:8, 314:21, 314:25, 315:3, 315:23, 316:5, 316:9, 316:10, 316:21, 316:22, 317:4, 317:18, 318:5, 318:18, 319:9, 319:18, 319:19, 319:25, 320:1, 320:6, 320:7, 320:8, 320:23, 321:4, 321:19, 322:22, 323:18, 326:12, 326:24, 327:2, 327:5, 327:6, 327:7, 327:9, 327:11, 327:14, 327:15, 327:16, 327:17, 327:23, 327:25, 328:2, 328:3, 328:4, 328:5, 328:11, 328:12, 328:14, 328:15, 328:16, 328:17, 328:20, 328:21, 328:23, 328:24, 329:2, 329:3, 329:4, 329:7, 329:10, 329:14, 329:15, 329:17, 329:18, 330:17, 330:19, 330:20, 330:22, 330:23, 330:25, 331:1, 331:2, 331:4, 331:5, 331:7, 331:10, 331:11, 331:12, 331:14, 331:17, 331:19, 331:24, 331:25, 332:3, 332:5, 332:6, 332:10, 332:11, 332:13, 332:15, 332:24, 333:7, 334:6, 334:18, 335:1, 335:2, 335:4, 335:7, 335:9, 335:12, 335:13, 335:20, 335:21, 335:23, 335:24, 336:3, 336:8, 336:11, 336:14, 336:15, 336:16, 336:19, 336:21, 336:25, 337:1, 337:3, 337:4, 337:6, 337:8, 337:11, 337:24, 337:25, 338:1, 338:3, 338:4, 338:6, 338:7, 338:10, 338:20, 338:21, 338:22, 338:23, 338:25, 339:1, 339:2, 339:3, 339:4, 339:9, 339:16, 339:18, 339:19, 339:23, 339:24, 339:25, 340:15, 340:17, 340:18, 340:19, 340:20, 341:1, 341:2, 341:3, 341:7, 341:10, 341:13, 341:15, 341:17, 341:23, 341:24, 341:25, 342:3, 342:4, 342:6, 342:7, 342:8, 342:10, 342:15, 342:19, 342:20, 342:22, 342:23, 342:24, 342:25, 343:1, 343:6, 343:7, 343:8, 343:9, 343:11, 343:18, 343:19, 343:20, 345:7, 350:2, 353:20, 353:21, 355:13, 357:2, 357:13, 357:16, 357:19, 358:8, 358:10, 358:16, 358:19, 358:23, 359:4, 359:22, 359:25, 361:1, 361:13, 362:9, 362:19, 362:25, 363:1, 363:2, 365:7, 365:10, 365:17, 366:2, 366:11, 366:18, 366:22, 367:12, 368:7, 368:8, 368:11, 368:20, 369:7, 370:16, 371:14, 371:18, 372:11, 372:15, 373:6, 373:11, 374:15, 374:22, 375:3, 375:18, 375:20, 375:21, 376:10, 376:11, 379:10, 381:20, 381:21, 381:24, 382:18, 382:20, 382:21, 383:20, 384:3, 384:18, 384:25, 385:9, 386:24, 388:13, 388:25, 389:6, 391:23, 394:3, 397:8, 397:16, 397:19, 398:4, 399:6, 400:22, 401:3, 402:18, 403:5, 406:7, 406:12, 408:25, 409:4, 409:19, 409:21, 410:22, 410:23, 412:2, 415:19, 416:6, 417:25, 419:6, 420:2, 420:3, 420:8, 420:10, 420:22, 421:16, 421:18, 421:19, 421:25, 422:5, 422:13, 422:18, 423:20, 424:8, 424:16, 428:12, 428:17, 428:20, 429:3, 429:6, 429:14, 429:18, 430:17, 431:4, 431:11, 431:13, 431:18, 432:1, 434:21, 435:2, 435:9, 435:14, 435:17, 435:22, 436:8, 436:11, 436:14, 438:18, 438:19, 439:9, 439:14, 441:11, 441:20, 441:22, 441:24, 441:25, 442:1, 442:4, 442:8, 443:3, 443:8, 443:9, 443:21, 445:3, 445:9, 445:10, 445:16, 446:7, 447:1, 447:2, 447:5, 449:2, 451:25, 454:25, 455:3, 457:18, 458:1, 458:7, 458:13, 460:12, 461:17, 462:2, 462:17, 462:20, 465:3, 465:5, 466:2, 468:6, 468:10, 471:10, 471:18, 472:3, 472:4, 472:15, 472:24, 473:20, 474:7, 475:12, 477:7, 477:19, 478:6, 478:7, 478:24, 480:4, 482:15, 482:23, 483:8, 485:8, 485:15, 485:17, 486:14, 486:17, 487:7, 487:12, 487:16, 487:23, 487:24,

488:2, 488:3, 488:7, 488:12, 488:14, 488:19, 489:6, 489:22, 489:25, 490:22, 491:1

**Island** - 329:13, 342:16, 343:17, 414:21, 414:22

**isn't** - 372:2

**isn't** - 360:25, 370:18, 373:11, 374:19, 381:24, 488:19

**issue** - 256:7, 268:3, 268:8

**issues** - 253:20, 376:9, 384:6

**it** - 255:5, 255:19, 255:25, 257:21, 257:24, 258:5, 258:6, 258:9, 258:15, 259:5, 260:5, 260:21, 260:22, 265:18, 267:6, 267:21, 268:2, 268:9, 269:23, 271:15, 271:17, 274:6, 274:24, 275:18, 277:9, 277:18, 278:1, 283:18, 284:8, 284:25, 285:22, 285:24, 286:2, 286:3, 286:8, 286:9, 287:21, 288:25, 290:14, 290:18, 293:2, 293:6, 294:10, 294:16, 294:24, 295:9, 296:13, 296:14, 297:10, 299:7, 299:9, 299:17, 300:6, 300:7, 304:7, 305:7, 305:14, 306:19, 307:11, 307:21, 308:4, 308:10, 308:24, 310:6, 310:9, 310:20, 312:8, 312:25, 314:11, 314:19, 316:24, 317:25, 318:3, 318:19, 318:20, 318:21, 319:16, 319:7, 319:8, 319:16, 320:1, 320:6, 320:10, 321:2, 321:19, 323:1, 323:2, 325:22, 326:24, 329:20, 329:21, 329:25, 330:8, 353:17, 354:2, 355:13, 356:3, 356:6, 357:1, 358:25, 359:14, 360:25, 361:2, 361:22, 361:24, 363:16, 365:17, 366:2, 366:13, 366:16, 366:23, 367:12, 368:1, 369:7, 370:16, 370:18, 371:13, 371:16, 371:18, 372:2, 372:15, 373:5, 373:6, 373:12, 373:18, 374:19, 375:6, 376:16, 379:10, 379:19, 379:25, 380:16, 381:24, 382:3, 382:5, 383:18, 385:10, 385:11, 385:13, 385:14, 387:13, 388:19, 388:23, 389:22, 390:13, 391:6, 391:12, 391:16, 393:10, 393:11, 394:14, 395:16, 395:17, 395:18, 398:1, 400:8, 400:10, 400:14, 400:17, 400:18, 400:23, 400:24, 401:10, 403:10, 403:23, 404:7, 404:17, 404:19, 405:18, 405:24, 407:1, 407:2, 407:3, 407:11, 407:13, 407:16, 407:18, 407:23, 409:2, 409:8, 409:9, 410:13, 410:18, 411:5, 411:25, 412:4, 412:7, 412:15, 413:1, 414:5, 414:22, 415:8, 415:9, 416:24, 417:4, 419:4, 420:20, 422:10, 423:20, 423:23, 424:3, 424:11, 424:12, 424:16, 426:11, 428:8, 430:24, 430:25, 434:7, 434:12, 434:19, 435:2, 435:6, 435:8, 435:9, 435:17, 435:22, 436:4, 438:12, 439:9, 439:13, 439:14, 439:22, 439:23, 440:1, 440:12, 441:14, 442:10, 444:8, 444:18, 444:22, 446:16, 448:15, 449:7, 449:12, 449:14, 450:4, 450:23, 453:3, 453:8, 453:9, 453:18, 454:14, 458:15, 459:20, 459:22, 459:25, 460:21, 461:6, 461:9, 463:12, 463:13, 463:15, 466:10, 466:18, 466:20, 466:25, 467:25, 470:7, 470:24, 471:1, 471:10, 471:14, 471:17, 472:1, 472:4, 472:13, 472:23, 473:1, 473:23, 473:24, 474:6, 474:12, 474:15, 474:25, 475:2, 475:18, 479:4, 480:19, 481:2, 481:19, 481:23, 482:7, 482:15, 482:21, 483:11, 483:16, 484:5, 484:16, 484:21, 484:23, 486:16, 486:21, 486:23, 486:25, 487:5, 487:11, 487:16, 487:20, 487:24, 488:6, 488:8, 488:14, 488:17, 488:20, 489:4, 489:11, 489:18, 489:22, 490:11

**It** - 256:8, 260:22, 267:25, 268:14, 271:25, 292:23, 312:4, 316:14, 318:1, 319:6, 320:12, 327:14, 335:16, 355:19, 355:23, 358:18, 359:2, 359:8, 366:15, 369:8, 369:13, 370:12, 370:14, 376:13, 377:19, 377:24, 378:19, 378:21,

378:24, 383:20, 383:25, 384:1, 395:16, 396:2, 397:16, 406:24, 409:17, 413:2, 413:6, 414:6, 430:1, 436:23, 438:25, 439:4, 439:10, 446:24, 452:19, 464:24, 464:25, 465:10, 473:14, 474:7, 487:16, 488:10, 489:6

**it's** - 253:25, 254:25, 255:10, 255:17, 256:2, 256:5, 257:25, 258:8, 274:17, 275:14, 277:3, 277:14, 277:18, 279:5, 279:6, 279:7, 281:3, 288:12, 294:5, 297:22, 298:9, 301:5, 302:16, 302:17, 305:12, 305:16, 305:18, 305:20, 306:1, 306:10, 307:20, 308:20, 308:25, 310:10, 312:4, 312:20, 312:22, 313:23, 359:12, 360:18, 361:7, 362:24, 366:18, 369:7, 371:8, 373:11, 382:9, 400:23, 404:13, 409:4, 435:1, 443:4, 443:9, 444:8, 466:23, 468:2, 471:21, 474:7, 488:11, 490:7

**It's** - 256:8, 271:4, 271:20, 274:8, 275:15, 275:22, 275:25, 277:4, 277:12, 277:25, 285:19, 285:25, 289:18, 290:2, 290:22, 292:23, 294:5, 299:10, 300:16, 302:16, 305:20, 306:25, 314:23, 315:24, 317:5, 320:3, 320:11, 353:7, 358:16, 358:23, 368:13, 368:13, 369:6, 369:17, 370:10, 370:11, 374:8, 376:16, 383:24, 385:9, 397:20, 398:1, 407:3, 430:17, 437:7, 437:8, 441:12, 466:8, 469:6, 478:21

**Italian** - 283:25, 296:2, 296:4, 350:23, 432:21, 452:4

**Italy** - 284:10

**its** - 285:7, 291:18, 291:19, 379:2

**itself** - 322:13

# J

**J-** 252:12, 252:17, 269:20, 492:3

**Jack-** 252:9, 417:7, 417:9, 418:1, 423:12, 423:16, 423:17, 424:5

**Jack's-** 417:5

**jacket** - 337:1, 338:23

**Jackie-** 345:11, 345:21, 407:8, 417:22, 423:15, 425:17, 427:2, 427:15, 428:5, 431:4, 448:22, 449:15, 449:16, 457:16, 458:2, 458:23, 459:1, 477:6

**jail** - 254:18, 263:6, 265:11, 266:17, 267:6, 356:14, 479:19

**James-** 327:22, 327:25, 328:4, 329:12, 335:12, 341:25

**January-** 252:6, 327:13, 330:15, 331:21

**Janus-** 254:3, 260:14

**Jeanne-** 341:4, 351:10

**Jerry-** 351:10, 417:22

**Jersey-** 291:8, 402:1

**Jewish-** 403:6

**Jimmy-** 396:1, 396:6, 396:24, 447:12

**job** - 267:17, 272:4, 272:24, 401:24, 402:3, 402:5, 402:9, 402:12, 402:16, 402:20, 402:22, 409:7, 413:4, 413:9, 413:12, 413:15, 414:1, 414:7

**jobs** - 413:10, 435:17

**Joe-** 345:17, 349:8, 397:1, 414:23, 415:14, 415:17, 416:3, 416:7, 416:8, 417:22, 427:18, 428:1, 429:4, 429:11

**Joey-** 438:2

**John-** 254:3, 259:19, 259:22, 260:14, 269:19, 269:24, 285:5, 285:6, 328:21, 328:23, 328:25, 329:14, 330:23, 330:25, 331:8, 331:19, 332:4, 332:5, 332:10, 333:1, 335:5, 335:25, 336:3, 336:9, 336:14, 336:15, 336:20, 336:22, 336:25, 337:3, 337:5, 337:12, 337:13, 337:16, 337:19, 337:20, 337:22, 337:24, 338:7, 338:16, 338:22, 340:19, 340:20, 341:2, 341:15, 341:25, 342:4, 342:5, 342:6, 342:19, 342:21, 343:1, 345:11, 345:21, 346:6, 346:8, 347:1,

347:19, 347:21, 351:2, 351:8, 351:16, 352:1, 370:25, 407:9, 418:12, 418:18, 419:7, 419:8, 419:13, 419:22, 419:24, 420:4, 420:14, 427:10, 428:8, 428:15, 429:15, 429:24, 431:24, 432:10, 433:2, 440:24, 441:1, 441:5, 441:20, 441:24, 441:25, 447:7, 448:5, 448:14, 450:1, 450:11, 450:12, 450:14, 450:18, 451:7, 451:10, 451:11, 451:15, 451:16, 451:18, 452:1, 452:5, 452:6, 452:7, 452:8, 452:15, 453:20, 453:21, 453:24, 454:3, 454:21, 454:24, 455:12, 455:14, 455:22, 455:25, 456:1, 456:4, 456:10, 456:12, 456:14, 456:15, 456:16, 456:20, 457:1, 457:9, 458:15, 458:19, 458:23, 459:1, 459:4, 459:5, 459:8, 459:16, 460:4, 460:12, 460:17, 460:25, 461:3, 461:21, 461:24, 461:25, 462:9, 462:12, 475:20, 476:8, 476:22, 478:16, 479:8, 479:9, 479:12, 479:13, 479:20, 480:12, 481:9
**John's** - 285:4, 454:15, 458:19, 476:21
**Johnny** - 347:1, 348:9, 363:20, 451:21, 451:22, 455:4, 455:13, 455:21
**join** - 315:2, 384:18, 436:14
**joined** - 432:23
**Jojo** - 345:19
**Jordan** - 252:19
**Jose** - 260:1, 263:19
**Joseph** - 327:15, 327:16, 327:23, 327:25, 328:3, 328:15, 329:3, 329:15, 330:25, 331:1, 331:12, 332:6, 332:10, 332:15, 335:3, 335:5, 335:8, 335:10, 336:17, 336:20, 337:6, 338:4, 339:3, 339:23, 339:24, 339:25, 340:16, 341:7, 341:13, 341:14, 341:15, 345:17, 345:19, 346:6, 346:8, 347:7, 349:4, 351:22, 352:7, 364:11
**jovial** - 477:10
**Jr** - 450:11, 450:18, 451:7, 451:11, 451:17, 452:6, 453:21, 454:3, 454:24, 455:14, 456:4, 456:15, 456:16, 457:1, 457:9, 458:15, 458:19, 458:23, 459:8, 459:16, 460:4, 460:12, 460:17, 461:1, 461:3, 461:22
**Jr.'s** - 452:7
**Judge** - 252:10, 253:14, 253:20, 253:23, 255:17, 267:22, 285:15, 285:17, 322:18, 365:15, 376:3, 376:9, 394:14, 424:25, 468:18, 471:12, 471:19, 473:12, 474:2, 475:3, 484:9, 484:22, 486:4, 486:23, 487:9, 487:22, 488:10, 489:3, 489:20, 490:10, 490:13, 490:17
**judge** - 273:18
**judged** - 265:21, 265:23
**Juliano** - 341:15
**July** - 338:25, 340:24, 341:23, 342:15, 391:6
**juncture** - 490:23
**June** - 330:22, 336:23, 337:11, 337:21
**Junior** - 327:16, 327:23, 328:1, 328:3, 328:15, 329:3, 331:2, 331:8, 331:18, 331:25, 332:12, 336:4, 336:9, 336:14, 336:15, 336:20, 336:22, 336:25, 337:3, 337:22, 338:4, 338:8, 338:16, 340:19, 347:3, 347:7, 347:21, 348:13, 349:22, 352:7, 428:8, 428:15, 429:15, 429:24, 432:24, 433:1, 433:2, 454:12, 455:21, 462:1, 478:5, 480:12, 480:23, 481:3, 481:4, 481:9
**Junior's** - 480:24
**junk** - 477:15
**jurisdiction** - 383:3
**Juror** - 253:4, 256:10, 256:14
**juror** - 255:3, 267:18, 269:2
**jurors** - 264:15, 267:9, 267:12, 269:4, 269:9, 329:20
**Jury** - 257:4, 257:7, 322:3, 322:6,

375:15, 376:24, 425:10, 485:10
**jury** - 252:10, 253:2, 253:5, 253:14, 256:16, 257:15, 257:16, 271:8, 274:2, 286:7, 309:4, 320:22, 333:25, 358:10, 362:24, 367:14, 367:14, 373:2, 375:17, 375:19, 375:21, 376:2, 376:3, 376:8, 376:18, 389:6, 425:2, 425:5, 425:7, 454:7, 454:8, 454:12, 454:16, 454:17, 454:23, 480:7, 480:12, 480:13, 480:14, 480:15, 488:13
**Just** - 272:25, 359:16, 439:25, 440:19, 448:17, 448:20, 463:15, 464:15, 469:18, 478:5
**just** - 253:5, 253:8, 253:17, 253:23, 256:7, 257:24, 258:13, 258:19, 259:3, 259:7, 259:13, 260:11, 262:3, 264:3, 264:19, 277:1, 279:7, 281:20, 285:15, 286:12, 295:16, 306:9, 310:1, 311:4, 317:5, 324:17, 326:21, 332:16, 333:3, 333:6, 334:20, 366:14, 368:14, 369:17, 374:8, 376:4, 380:5, 381:16, 382:18, 383:18, 384:14, 385:21, 387:2, 395:20, 401:3, 403:8, 405:9, 409:24, 410:2, 415:21, 428:13, 439:1, 440:17, 444:13, 444:24, 446:11, 453:12, 458:16, 464:24, 465:10, 466:9, 466:10, 471:23, 473:1, 476:8, 489:20, 490:1, 490:18, 491:3
**justice** - 454:7, 454:8

## K

**Kaplan** - 254:6
**keep** - 256:6, 260:22, 309:11, 311:6, 362:20, 372:25, 412:14, 416:9, 428:11, 434:10, 445:14, 451:5, 466:6
**keeps** - 265:22, 266:20
**Kelley** - 252:17, 264:16
**kept** - 479:6
**Kevin** - 327:23, 328:12, 347:9, 363:22, 364:3, 477:17
**key** - 254:16, 256:3
**kick** - 293:15, 368:17, 369:13, 369:23, 404:19, 407:13, 407:24, 435:6
**kick-up** - 369:13, 369:23
**Kicking** - 292:4
**kicking** - 292:6, 292:8, 293:18
**kid** - 395:21, 395:23, 397:9, 397:21, 398:1, 398:17, 399:11, 400:6, 453:24, 477:25, 478:5, 479:5
**kidnapping** - 262:1
**kidnappings** - 265:2
**kill** - 259:7, 259:21, 261:17, 300:5, 301:13, 312:23, 315:5, 316:18, 368:3, 372:12, 372:20, 373:4, 373:22, 374:6, 416:21, 420:24, 424:9, 424:10, 431:6, 433:15, 433:20, 434:19, 436:18, 437:1
**killed** - 259:9, 259:25, 263:14, 293:24, 309:19, 310:14, 311:19, 312:2, 315:1, 315:8, 315:14, 315:17, 372:7, 373:16, 374:11, 374:17, 389:7, 391:25, 392:1, 395:7, 416:17, 418:14, 418:15, 418:19, 419:14, 423:6, 425:16, 433:8, 434:2, 434:14, 435:20, 436:19, 437:2, 440:12, 440:17, 444:6, 445:22, 463:6, 466:23, 472:24, 485:4, 489:2
**killer** - 416:8, 461:17
**killers** - 386:13, 424:4, 461:9, 475:19
**killing** - 259:1, 261:17, 317:9, 420:21, 485:16
**killings** - 264:22
**kind** - 281:8, 305:15, 399:14, 486:2, 487:5, 488:21
**kindly** - 370:25
**kinds** - 262:14, 263:12, 278:20, 305:8, 317:11, 406:4, 454:5
**Kingsborough** - 401:20
**kissed** - 432:19
**knew** - 333:24, 382:17, 403:8, 408:16, 408:17, 426:9, 450:3, 470:5, 478:24

**knife** - 259:14, 300:2, 300:4, 301:11, 301:22
**knit** - 399:11
**knock** - 399:21, 429:23, 429:25, 430:2
**know** - 253:7, 254:24, 255:2, 257:9, 257:10, 257:22, 262:19, 266:16, 267:24, 268:12, 291:11, 293:4, 297:22, 299:24, 299:25, 301:2, 306:17, 306:18, 306:20, 306:21, 307:15, 307:22, 307:24, 308:6, 308:12, 315:24, 315:25, 359:10, 362:7, 362:13, 363:10, 365:20, 367:17, 371:2, 374:24, 375:2, 378:22, 378:24, 379:4, 382:2, 382:16, 382:20, 382:21, 382:22, 385:21, 394:21, 394:24, 404:13, 409:23, 410:3, 412:18, 413:17, 413:19, 414:25, 415:7, 417:5, 417:18, 418:15, 419:13, 424:6, 430:13, 430:14, 431:24, 437:6, 441:5, 441:14, 441:16, 441:17, 442:8, 443:9, 443:12, 443:20, 444:12, 447:13, 447:20, 451:11, 453:1, 454:2, 456:9, 458:22, 461:6, 461:9, 461:22, 462:4, 463:2, 463:4, 463:6, 463:8, 463:20, 466:6, 466:9, 468:6, 470:7, 471:22, 477:1, 477:14, 477:17, 478:19, 478:21, 479:5, 479:20, 479:23, 480:1, 480:2, 480:7, 484:6, 486:15, 486:17, 487:1, 487:2, 487:3, 487:21, 488:8, 490:14, 491:3
**knowing** - 465:2
**knowledge** - 311:7, 354:6, 354:7, 364:25, 419:1, 483:11, 484:18, 484:24
**known** - 254:21, 262:21, 266:10, 273:22, 276:22, 285:1, 285:7, 287:5, 294:18, 336:10, 345:11, 345:13, 345:15, 345:17, 345:18, 345:19, 345:21, 345:23, 346:16, 346:20, 346:22, 346:24, 347:1, 347:5, 347:11, 347:13, 348:7, 348:9, 348:11, 348:17, 348:25, 349:2, 349:12, 349:18, 350:15, 350:17, 350:23, 350:25, 351:10, 351:14, 352:1, 352:3, 359:3, 359:9, 374:23, 375:7, 405:5, 428:15
**knows** - 255:8, 280:22, 358:14, 441:15, 441:17

## L

**L** - 269:20, 269:24, 350:15, 387:10, 387:15, 492:3, 492:6
**la** - 342:1
**labeled** - 333:7, 344:6
**labels** - 333:25
**laborer** - 402:4
**lack** - 463:14
**ladder** - 407:15, 424:21, 435:7
**ladies** - 257:6, 260:8, 264:3, 322:1, 322:10, 362:24, 471:22, 484:6
**Ladies** - 259:2, 259:8, 263:3, 269:12, 375:17
**Laforte** - 335:5
**laid** - 448:7, 487:13
**land** - 265:21
**language** - 276:4, 288:21
**Lanni** - 332:15
**large** - 309:6, 321:17
**larger** - 345:7, 397:14
**Las** - 401:25
**Lasorsa** - 428:9, 428:16
**Last** - 324:5
**last** - 258:6, 283:12, 297:12, 299:1, 316:1, 324:3, 327:17, 328:4, 329:8, 331:4, 332:3, 333:4, 334:19, 338:7, 340:13, 367:22, 377:13, 377:20, 380:18, 401:2, 417:5, 424:5, 477:7
**late** - 401:21, 403:22, 460:10, 463:3, 464:12, 470:23, 472:24
**Late** - 405:4, 450:15
**lately** - 301:5
**Later** - 398:6, 423:22, 457:15

**later** - 254:20, 255:22, 259:24, 261:9, 265:8, 274:19, 293:6, 323:7, 408:8, 409:8, 481:5, 486:5
**launder** - 319:7
**laundered** - 319:4
**laundering** - 283:2, 303:18
**law** - 263:15, 265:20, 270:6, 270:9, 279:1, 279:8, 280:5, 280:10, 280:22, 282:23, 284:11, 284:19, 294:22, 295:1, 301:23, 303:11, 303:14, 305:15, 305:18, 312:14, 312:16, 312:21, 313:4, 313:17, 317:7, 318:7, 323:10, 323:12, 355:6, 355:8, 355:9, 355:14, 358:12, 366:19, 373:22, 374:2, 374:6, 374:9, 374:11, 374:12, 374:15, 374:17, 374:23, 375:2, 375:4, 378:25, 389:24, 403:10, 414:5, 422:6, 437:16, 438:9, 449:17, 454:15, 457:17, 471:24, 488:3
**Law-** 269:23, 387:13
**lawyer** - 358:5, 358:11
**lawyers** - 258:8
**lax** - 305:7, 438:25
**lay** - 372:12
**lead** - 304:21, 378:20
**leaders** - 284:17, 284:18
**leadership** - 423:7, 425:18
**leading** - 465:6
**Leading-** 405:23
**leaning** - 339:1
**learn** - 258:24, 259:3, 260:17, 266:13, 268:23, 302:12, 392:1, 419:19, 426:3, 441:13, 463:11, 463:13, 463:18, 475:21, 475:24, 476:3
**learned** - 282:8, 282:14, 302:22, 362:3, 426:6, 443:5, 443:7, 444:4, 444:5, 482:2
**learning** - 302:11
**least** - 296:3, 378:1, 417:20, 489:21
**leave** - 256:12, 313:12, 314:8, 382:24, 383:3, 384:14, 385:22, 391:12, 477:12
**Leave-** 329:6
**leaves** - 322:3, 375:15, 485:13
**leaving** - 375:18
**lectures** - 362:16
**led** - 369:11
**Lee-** 348:17
**left** - 258:14, 327:7, 327:16, 328:2, 339:3, 339:21, 339:23, 341:13, 342:23, 343:5, 343:8, 343:18, 359:9, 375:20, 382:6, 415:3, 428:7, 440:23, 448:20
**legal** - 267:15, 288:4, 303:17, 306:14, 309:9, 309:11, 319:4, 319:11, 320:12, 434:22
**legally** - 357:25
**legitimate** - 288:2, 306:21, 318:24, 401:24, 407:20, 408:6, 408:7, 435:1, 435:9
**lending** - 406:8, 406:10
**lengthy** - 358:16
**lent** - 409:6, 409:12
**Leo-** 404:2
**Leonard-** 342:16, 348:4
**less** - 263:6, 275:25, 312:12, 320:4, 422:19, 448:6
**Let-** 264:14, 327:19
**let** - 265:17, 266:8, 403:10
**Let's-** 304:16, 399:16, 422:17, 442:1
**let's** - 409:22, 415:2
**level** - 266:24, 287:10, 292:19, 409:17, 434:11, 440:3
**levied** - 265:25
**liars** - 266:4, 266:25
**license** - 323:15, 413:20
**lie** - 281:8, 366:19, 366:20, 367:13, 367:18, 368:2, 368:5, 368:14
**lied** - 362:5
**life** - 262:18, 262:20, 263:18, 287:20, 293:6, 300:4, 300:14, 300:17, 300:18, 301:11, 306:2, 306:22, 355:1, 365:23, 365:25, 366:2, 366:17, 366:18, 374:25,

**383:9, 384:7, 384:20, 385:21, 386:11, 387:20, 395:21, 403:1, 444:5, 446:17
**life-long** - 262:18
**light** - 300:6
**lighting** - 278:1, 323:1
**like** - 253:17, 254:23, 256:9, 263:13, 274:22, 284:7, 288:13, 315:19, 334:19, 362:20, 375:22, 375:25, 393:14, 399:9, 399:13, 400:14, 400:18, 400:25, 401:4, 403:4, 404:14, 404:24, 406:6, 408:8, 417:1, 423:20, 425:8, 426:25, 430:5, 430:24, 431:3, 434:3, 434:8, 437:12, 437:19, 438:10, 445:11, 449:6, 451:4, 452:20, 456:22, 466:9, 468:3, 477:9, 478:2, 486:23, 489:11, 489:13, 491:3
**Like-** 306:1, 395:20, 401:10, 405:9, 405:13, 407:15, 411:22, 413:1, 434:16, 443:18, 443:20, 448:8, 466:8, 467:25, 472:23, 473:23, 479:11
**liked** - 400:18, 448:8, 448:14, 453:20
**likely** - 363:15
**Lillo-** 410:16, 410:17, 410:19, 417:19, 423:9
**Lillo's-** 417:21, 425:23
**limit** - 274:12
**limitation** - 275:21
**limitations** - 255:7, 255:9, 255:18, 268:5, 268:6, 268:17
**limits** - 422:15
**Lindenwood-** 343:5
**line** - 265:10, 274:18, 275:1, 297:12, 484:3
**lineage** - 395:5
**lingo** - 261:4
**Lino-** 348:21, 419:22, 420:9
**Lino's-** 340:25
**lions** - 443:6
**lips** - 371:20
**list** - 253:15, 255:3, 256:18, 256:19, 298:8, 329:25, 421:25, 422:2, 422:9, 490:20, 490:21
**listen** - 257:20, 274:5, 274:8, 274:9, 274:10, 274:11, 274:12, 354:12, 439:12, 470:10
**listened** - 366:16
**listening** - 355:13, 401:3
**lists** - 422:11
**lit** - 430:25
**literally** - 301:16, 393:13
**Little-** 345:18, 346:20
**little** - 266:16, 266:17, 291:12, 304:16, 305:25, 306:8, 306:15, 327:19, 328:7, 360:2, 376:20, 381:3, 382:11, 395:21, 395:23, 402:1, 406:5, 428:11, 448:14, 461:25, 469:15, 469:16
**live** - 300:3, 300:13, 335:21, 391:3, 391:19
**lived** - 262:20, 395:16, 396:16
**lives** - 265:13, 267:1
**living** - 414:6
**Ll-** 420:3
**Loan** - 406:8, 408:4
**loan** - 271:19, 271:20, 408:10, 408:13, 409:8
**loan-shark** - 271:19
**loan-sharking-** 406:8, 408:4
**loan-sharking** - 408:10, 408:13
**loansharking** - 271:18, 283:1, 292:12
**Local-** 401:24, 402:3, 408:8, 408:9, 413:6, 413:8
**local** - 408:9, 413:6
**Locascio-** 348:25, 349:2, 430:7
**located** - 382:6
**location** - 274:3, 274:7, 275:13, 276:11, 276:13, 299:19, 320:11, 321:4, 334:20, 334:24, 339:11
**locations** - 272:12, 273:15, 273:20, 275:6, 305:21, 321:3, 324:24, 333:15, 334:22, 342:18
**Lock-** 348:25

**Lombardi-** 349:4
**Lombardozzi-** 340:25
**long** - 262:17, 262:18, 270:6, 271:6, 271:23, 272:4, 272:24, 373:17, 377:20, 430:16, 468:19, 469:3, 478:19, 478:21, 478:22
**Long-** 342:15, 342:16
**long-time** - 262:17
**longer** - 321:23, 321:24
**look** - 266:23, 269:5, 276:12, 294:1, 298:17, 329:20, 370:25, 380:17, 415:8
**looked** - 399:9, 415:2
**Looking-** 388:4
**looking** - 296:16, 301:8, 317:21
**looks** - 415:1
**loose** - 371:20
**Lorenzo-** 332:15
**lose** - 289:14, 289:16, 289:17, 406:15, 413:3
**losing** - 304:21
**lost** - 413:1
**lot** - 262:6, 278:3, 309:10, 310:12, 311:4, 354:15, 356:8, 377:7, 396:12, 396:13, 399:8, 412:14, 444:21, 450:10, 451:3, 456:20, 456:23, 468:1, 477:2, 489:25
**Lou-** 417:23
**Louie-** 332:14, 414:14, 414:20, 466:17, 466:22, 468:14, 469:12, 470:16, 470:21, 485:16
**Louis-** 259:16, 330:18, 332:14, 338:1, 338:14, 341:3, 342:7, 342:19, 342:21, 342:22, 343:6, 343:8, 343:9, 343:17, 346:22, 350:6, 389:14, 462:13, 462:18, 462:21, 462:22, 462:25, 463:8, 464:1, 464:9, 486:6, 486:7, 489:2
**loved** - 398:1, 452:8
**Lower-** 270:13
**lowest** - 290:2
**loyal** - 388:25, 431:11, 435:25, 453:24, 458:21, 461:17, 484:13
**loyalty** - 261:13, 294:6, 294:8, 294:19, 294:22, 296:16, 304:8, 304:11, 311:10, 354:23, 431:12, 431:13, 483:7
**Luchese-** 284:23, 397:12
**lucrative** - 319:6
**lull** - 368:2
**lunch** - 257:13, 375:11, 448:7
**Luncheon-** 375:25
**luncheon** - 377:6
**lying** - 361:20, 365:24, 366:2

# M

**M** - 252:14, 252:21, 387:10, 492:6
**machine** - 274:23
**Macmahon** - 327:23, 328:12
**mad** - 399:16, 455:25
**made** - 256:2, 258:15, 261:4, 261:7, 261:10, 261:14, 287:21, 287:22, 290:19, 292:17, 293:3, 296:15, 297:9, 297:15, 297:25, 298:8, 302:1, 302:20, 303:15, 304:17, 305:6, 305:16, 307:6, 307:8, 307:16, 325:14, 334:1, 354:8, 354:24, 358:19, 363:1, 367:16, 372:11, 373:16, 374:11, 383:14, 385:3, 388:2, 388:4, 390:7, 393:8, 395:4, 405:1, 406:16, 413:1, 416:6, 422:15, 422:25, 423:13, 423:19, 424:6, 424:13, 424:19, 425:19, 426:1, 426:4, 426:7, 426:17, 426:20, 426:23, 426:25, 438:19, 438:20, 438:21, 441:15, 443:2, 446:14, 447:16, 450:11, 451:1, 451:16, 454:16, 455:17, 456:17, 456:24, 457:9, 462:10, 465:4, 473:16
**Made-** 381:12, 424:20
**Mafia** - 258:25, 259:5, 262:15, 262:20, 271:1, 271:4, 271:6, 272:20, 273:2, 273:7, 273:13, 273:20, 274:3, 276:7, 283:17, 283:20, 283:23, 284:7,

284:9, 284:12, 323:16, 388:2, 392:17, 393:3, 393:9, 397:20, 397:24, 445:8
**main** - 255:23, 444:3
**maintain** - 270:24, 449:7
**major** - 373:9, 374:6, 440:13, 471:16
**make** - 257:2, 260:20, 261:1, 263:3, 266:5, 274:18, 288:25, 291:18, 291:20, 295:7, 298:13, 301:24, 303:13, 319:7, 375:25, 405:18, 406:13, 408:2, 408:6, 408:10, 408:19, 410:25, 411:7, 412:19, 412:25, 434:8, 471:24
**makes** - 287:11, 295:4, 305:14, 308:10, 446:24
**making** - 276:16, 276:24, 292:23, 295:17, 369:13, 401:12, 413:24, 414:8, 425:20
**male** - 296:2
**Malone** - 364:5
**man** - 258:15, 259:25, 287:21, 287:22, 304:20, 342:10, 395:4, 405:1, 406:13, 416:6, 423:10, 423:19, 424:13, 425:19, 426:25, 490:5
**Mancuso** - 252:21
**mandate** - 305:4, 321:8
**mandates** - 274:11, 274:22
**Manero** - 330:25, 331:12, 335:3
**Manhattan** - 270:13, 413:10, 419:18, 447:10
**manipulate** - 309:15, 372:18
**manipulated** - 309:13
**manner** - 314:8
**Mannino** - 332:15
**many** - 259:3, 259:6, 261:14, 261:20, 262:1, 262:13, 262:24, 263:12, 263:18, 263:24, 268:15, 273:5, 273:10, 273:15, 273:24, 276:20, 278:12, 279:20, 281:13, 283:2, 283:7, 283:9, 288:19, 290:7, 290:10, 290:21, 321:10, 324:6, 324:9, 324:12, 324:14, 353:1, 353:7, 353:14, 366:13, 367:7, 370:11, 371:16, 372:1, 372:2, 378:22, 378:24, 381:9, 381:13, 389:11, 390:19, 394:21, 396:17, 397:2, 397:6, 410:4, 410:6, 411:17, 422:15, 433:3, 439:13, 440:19, 444:4, 450:3, 452:21, 452:22, 452:24, 453:1, 453:2, 476:12, 479:20
**Many** - 371:25, 397:2, 423:4, 452:25
**Mao** - 362:7
**March** - 258:14, 327:4, 328:17, 338:20
**Marianne** - 331:22
**Marino** - 341:14, 349:24
**Mario** - 396:25
**Marisa** - 252:14, 260:9
**Maritime** - 473:15
**Mark** - 256:17, 256:18, 351:6
**marked** - 285:18, 285:22, 286:4, 326:20, 334:15, 344:24, 350:13, 352:15
**marriage** - 390:13, 390:15
**married** - 390:11, 433:11, 433:13
**Marsala** - 329:16
**Marshals** - 391:4, 391:5
**marshals** - 391:13
**marshals'** - 376:11
**Martino** - 337:5, 417:23
**Maspeth** - 330:24
**material** - 356:25, 357:23, 487:7, 490:19, 490:22
**matter** - 253:15, 269:10, 424:23, 431:13
**matters** - 357:10
**mauled** - 400:11
**Mauro** - 327:15
**May** - 253:10, 264:11, 322:8, 331:16, 332:9, 336:12, 336:18, 387:16
**may** - 257:25, 264:12, 269:25, 270:1, 286:3, 297:18, 303:18, 308:24, 310:13, 360:17, 364:22, 370:16, 374:22, 381:23, 394:17, 394:18, 431:2, 432:7, 435:3, 441:23, 453:7, 456:10, 463:15,

465:8, 484:23
**Maybe** - 435:2, 451:22
**maybe** - 306:20, 400:25, 407:2, 408:14, 411:25, 413:2, 443:22, 452:20, 469:15, 478:23, 482:8
**Mclaughlin** - 338:6, 451:21
**Mcmahon** - 347:9, 363:22, 477:17, 478:8, 478:12, 478:17, 478:19, 478:23
**me** - 253:6, 254:2, 255:3, 260:12, 264:14, 265:17, 266:8, 269:7, 303:5, 326:25, 327:19, 356:16, 357:1, 363:19, 366:22, 368:14, 374:15, 382:9, 382:10, 384:23, 385:22, 395:16, 396:2, 398:2, 399:14, 399:17, 400:17, 406:14, 406:15, 409:9, 411:24, 414:14, 414:24, 415:2, 416:13, 416:18, 423:16, 423:17, 426:9, 426:10, 428:6, 428:12, 430:12, 431:1, 431:3, 432:12, 437:13, 444:6, 446:9, 446:23, 451:25, 453:2, 453:8, 455:3, 458:1, 458:6, 458:12, 459:13, 462:17, 462:19, 463:20, 463:21, 464:25, 465:9, 466:8, 466:10, 469:18, 470:10, 470:15, 471:4, 471:5, 471:22, 472:11, 473:6, 473:11, 474:3, 478:1, 478:5, 486:8, 488:20, 489:14, 490:6, 491:6
**mean** - 276:2, 276:5, 279:18, 283:25, 287:21, 292:11, 294:16, 294:24, 301:12, 307:12, 317:25, 318:3, 319:8, 330:9, 380:16, 382:1, 382:18, 388:23, 392:25, 397:17, 403:23, 404:4, 404:19, 406:23, 407:13, 407:20, 412:6, 414:17, 418:5, 423:13, 431:8, 434:23, 445:3, 453:25, 475:18, 478:1, 479:16, 482:5, 482:7, 484:14, 487:10
**meaning** - 481:4, 487:18
**means** - 284:1, 294:17, 294:25, 300:4, 301:13, 302:8, 307:3, 311:22, 317:15, 318:1, 384:20, 415:10
**mechanical** - 252:25
**mediator** - 287:2
**medical** - 263:21, 437:18
**meet** - 259:21, 275:8, 276:13, 276:20, 281:5, 386:10, 398:15, 411:24, 416:19, 427:11, 447:12, 450:14, 450:18, 476:14, 481:5, 489:18
**meeting** - 263:25, 277:11, 302:1, 302:6, 320:3, 320:24, 358:11, 454:13, 473:9, 473:13, 486:20
**meetings** - 305:15, 305:19, 305:21, 362:15, 385:3
**meets** - 316:24, 417:18, 422:11
**Melito** - 414:14, 414:22, 416:14
**member** - 260:18, 261:10, 266:21, 271:21, 272:15, 278:6, 280:14, 287:23, 288:12, 290:19, 292:13, 292:17, 292:18, 293:20, 293:22, 293:24, 295:1, 295:5, 295:16, 295:18, 295:22, 295:24, 296:5, 296:8, 297:9, 297:25, 298:4, 298:18, 299:18, 299:24, 301:25, 302:5, 302:13, 302:20, 303:7, 303:8, 303:15, 304:1, 304:17, 304:18, 305:5, 307:6, 307:8, 307:13, 309:21, 310:1, 310:2, 311:9, 311:13, 311:25, 312:1, 312:10, 313:20, 313:24, 314:12, 317:19, 317:20, 317:21, 318:14, 318:16, 320:2, 322:22, 354:5, 366:19, 369:19, 372:11, 373:7, 373:13, 373:16, 374:5, 374:11, 381:19, 381:24, 383:14, 385:3, 385:8, 388:2, 388:16, 389:16, 390:7, 392:12, 393:8, 404:22, 406:16, 421:20, 423:14, 425:20, 426:1, 426:4, 426:20, 433:19, 437:13, 438:21, 441:15, 444:15, 445:12, 446:8, 446:14, 446:23, 446:25, 455:17, 460:21, 461:3, 462:10, 464:16, 465:4, 467:18, 468:8, 469:21, 470:13, 473:16, 473:21, 481:23, 483:24, 484:1, 486:15
**member's** - 302:11, 304:6, 305:5, 317:19, 433:10, 433:12

**Members** - 287:18
**members** - 261:4, 261:7, 263:25, 270:22, 270:25, 271:16, 272:3, 272:12, 273:3, 273:7, 275:8, 275:23, 276:18, 276:21, 277:4, 277:8, 277:17, 278:4, 279:3, 280:11, 282:14, 287:9, 288:10, 289:20, 291:8, 291:18, 291:20, 292:5, 292:14, 293:3, 295:6, 297:11, 297:23, 298:24, 298:25, 299:2, 299:21, 302:1, 302:8, 302:18, 304:2, 304:21, 305:6, 305:17, 306:3, 306:23, 307:1, 307:23, 309:7, 309:10, 309:25, 310:16, 311:5, 313:3, 314:3, 314:6, 315:17, 315:20, 317:5, 318:24, 319:13, 320:9, 321:9, 321:11, 321:17, 323:22, 354:24, 358:15, 366:3, 366:7, 370:19, 370:20, 370:22, 372:3, 377:14, 381:9, 381:11, 381:12, 386:8, 386:14, 388:4, 392:6, 393:24, 396:7, 396:19, 401:5, 404:11, 410:4, 411:17, 412:12, 419:15, 422:15, 433:12, 438:19, 438:21, 441:17, 443:2, 443:12, 444:5, 446:22, 452:14, 453:4, 453:10, 459:15, 459:23, 461:7, 463:23, 465:2, 466:3, 466:6, 467:19, 470:2, 482:16, 484:18, 484:24, 486:12
**membership** - 254:19, 289:15, 289:16, 298:1, 298:8, 421:12, 421:17, 421:20, 423:1, 481:14
**memories** - 330:10
**men** - 264:1, 262:16, 262:18, 263:7, 263:9, 265:10, 265:11, 287:18, 429:20, 429:22, 430:14, 430:15
**mention** - 359:10
**mentioned** - 267:25, 277:1, 280:7, 284:25, 285:7, 288:15, 290:25, 297:25, 303:8, 304:24, 306:7, 317:14, 318:3, 321:6, 396:6, 398:4, 435:14, 450:11, 458:16
**mentioning** - 474:25
**mentor** - 398:5
**messenger** - 432:11
**met** - 253:5, 253:8, 299:20, 309:24, 352:24, 353:2, 353:7, 353:14, 361:17, 417:9, 422:10, 427:8, 441:18, 450:22, 476:9, 478:24
**metes** - 286:16
**methods** - 361:11
**Miami** - 327:2
**Michael** - 259:10, 266:10, 327:8, 330:17, 331:4, 331:17, 331:18, 331:25, 332:1, 332:9, 332:11, 333:1, 336:3, 336:16, 337:25, 338:6, 341:1, 341:7, 341:11, 342:1, 342:3, 348:7, 352:5, 364:5, 364:13, 382:20, 387:8, 387:14, 392:20, 399:17, 399:21, 400:19, 421:22, 441:20, 441:24, 441:25, 451:21
**Mickey** - 382:14, 428:9, 428:16
**Mickie** - 417:23
**microphone** - 253:22
**Mid** - 403:22, 421:7
**mid** - 472:23, 472:24
**mid-'70s** - 261:23
**Mid-'90s** - 457:13
**mid-98** - 481:11
**Mid-december** - 421:7
**mid-december** - 472:23
**mid-to-late** - 472:24
**middle** - 329:2, 331:1, 338:3, 470:22, 470:23
**midtown** - 419:18
**might** - 357:20, 357:21, 374:9, 456:11, 482:2, 489:21, 489:22
**Mike** - 342:5
**Mikey** - 266:10, 266:11, 336:9, 400:9
**mind** - 440:7, 446:4
**mind's** - 474:20
**minimize** - 274:23, 359:6
**minted** - 266:23
**minute** - 285:16, 324:17
**minutes** - 322:2, 322:4, 489:12

**miranda** - 254:9
**missed** - 255:2
**mistake** - 259:22, 263:3
**mixed** - 376:20
**Mm** - 410:23
**Mo** - 336:10
**mob** - 255:6, 259:5, 260:1, 261:4, 262:16, 284:7, 354:23, 365:23, 366:17, 367:12, 367:25, 368:9, 370:9, 370:15, 373:7, 381:19, 381:20, 381:21, 381:24, 381:25, 382:1, 382:7, 382:16, 382:22, 382:25, 383:2, 383:13, 383:18, 383:21, 384:12, 385:16, 385:20, 386:24, 387:2
**mobster** - 258:23, 260:6
**mobsters** - 260:3, 263:11, 264:2, 367:7, 488:9
**Modica** - 336:10
**modified** - 301:5
**moment** - 253:10, 260:11, 490:8
**Monday** - 447:24, 475:2, 485:9, 489:19, 491:4
**monetary** - 279:5, 319:12
**money** - 260:20, 262:8, 262:9, 283:2, 291:18, 291:20, 291:22, 292:6, 292:23, 293:15, 293:18, 294:5, 295:8, 295:17, 297:6, 297:20, 303:18, 309:12, 312:11, 317:22, 317:23, 319:4, 319:5, 319:7, 367:8, 368:5, 384:13, 385:4, 401:10, 401:13, 401:14, 404:6, 404:19, 404:20, 406:8, 406:10, 406:23, 407:5, 407:11, 407:14, 407:15, 407:25, 408:2, 408:6, 408:10, 408:17, 409:5, 409:6, 409:8, 409:11, 409:12, 409:16, 410:25, 411:3, 411:7, 412:17, 413:1, 413:24, 414:8, 417:16, 433:17
**monies** - 291:25, 292:16, 319:3, 320:6, 404:16, 404:17, 410:18, 449:7
**monitor** - 274:13, 274:24
**monitoring** - 274:17, 275:22
**months** - 259:24
**Moore** - 260:15
**Morals** - 271:14, 271:23
**More** - 478:13
**more** - 257:12, 270:22, 271:17, 272:9, 278:5, 288:20, 305:7, 308:13, 309:14, 310:16, 353:15, 358:16, 359:4, 369:13, 372:18, 372:19, 374:12, 386:14, 399:5, 405:11, 408:14, 413:1, 422:20, 424:4, 436:1, 438:21, 460:20, 470:18, 475:21, 475:24, 476:3, 476:12, 476:24, 482:1, 482:6, 482:12, 489:25
**Moreover** - 267:21
**morning** - 253:3, 257:6, 257:7, 260:8, 264:13, 270:4, 270:5
**Moscatiello** - 332:12, 335:24
**most** - 294:23, 297:8, 309:12, 312:5, 317:12, 333:2, 370:16, 388:25, 403:9, 412:4, 444:13, 477:12, 478:14
**Most** - 363:15, 370:17, 382:5, 426:15
**Mostly** - 435:17
**mostly** - 412:15
**mother** - 303:23, 431:13
**motion** - 375:25
**motions** - 490:16
**motivation** - 280:15
**Moustache** - 370:13
**moustaches** - 437:12
**Move** - 350:10, 466:12
**move** - 253:23, 286:10, 326:17, 327:12, 334:11, 344:21, 352:10, 352:11, 356:22, 394:17, 405:21
**moved** - 380:7, 380:12, 380:19, 381:2, 381:16, 382:11, 382:14, 391:15
**moving** - 382:18, 385:15
**Mr** - 253:10, 253:14, 253:17, 253:20, 253:23, 254:3, 254:8, 254:13, 255:15, 255:23, 256:8, 256:15, 266:5, 266:19, 266:20, 266:24, 268:10, 268:15, 268:22, 269:1, 269:19, 269:25, 270:3, 285:15, 285:19, 286:2, 286:8, 291:2,

297:1, 308:3, 308:23, 310:19, 312:7, 314:10, 319:15, 321:24, 322:8, 322:18, 322:19, 325:24, 326:7, 326:17, 329:7, 330:13, 334:11, 334:13, 334:16, 335:15, 335:16, 335:19, 338:18, 344:2, 344:21, 345:3, 345:6, 346:3, 346:14, 348:5, 350:10, 350:15, 352:8, 352:13, 352:16, 352:19, 352:21, 353:25, 357:8, 357:11, 358:3, 360:5, 360:16, 361:6, 362:22, 363:13, 363:15, 365:4, 375:12, 375:23, 376:3, 376:9, 376:19, 376:23, 377:3, 379:18, 379:25, 380:8, 380:14, 380:20, 380:22, 386:1, 386:3, 386:5, 387:4, 387:8, 387:16, 387:19, 388:11, 388:18, 394:14, 399:1, 410:16, 423:9, 424:2, 424:24, 425:13, 425:23, 436:3, 443:1, 446:12, 466:1, 469:10, 471:12, 471:19, 474:2, 475:2, 480:6, 483:9, 484:9, 484:22, 486:4, 486:10, 486:18, 486:23, 487:9, 487:22, 488:10, 488:17, 488:25, 489:3, 489:10, 489:15, 489:20, 490:10, 491:8, 491:12, 491:15
**Ms** - 255:2, 255:8, 255:14, 255:21, 256:12, 256:22, 258:12, 264:11, 264:13, 389:4, 389:9, 389:21, 394:17, 405:23, 416:9, 418:25, 419:3, 432:6, 437:22, 441:21, 443:16, 444:17, 453:6, 458:17, 459:12, 459:19, 460:7, 460:19, 461:15, 463:14, 464:2, 465:6, 466:12, 466:19, 467:11, 467:16, 468:15, 470:17, 474:14, 475:7, 476:1, 476:6, 479:2, 479:24, 480:3, 480:9, 480:18, 481:1, 481:16, 481:20, 481:25, 482:20, 483:21, 483:25, 484:15, 484:20, 489:13, 490:13, 490:17, 491:16
**Mulberry** - 427:6, 427:7, 427:16, 427:19, 428:1, 447:10, 447:14
**multiple** - 400:25, 460:14, 460:16
**murder** - 258:21, 259:2, 259:6, 260:21, 262:2, 262:3, 263:22, 266:13, 268:7, 283:1, 295:19, 296:8, 315:3, 315:12, 318:17, 373:2, 373:3, 373:8, 373:12, 373:13, 373:14, 389:1, 389:5, 408:5, 412:7, 414:10, 414:13, 415:5, 415:10, 416:11, 417:3, 417:11, 418:23, 420:18, 420:25, 421:6, 423:18, 423:22, 424:5, 424:13, 424:16, 424:18, 424:19, 436:15, 436:21, 443:24, 444:1, 444:11, 444:23, 454:1, 463:13, 463:19, 463:25, 464:9, 464:12, 466:16, 466:22, 466:24, 466:25, 467:9, 467:15, 468:13, 469:12, 470:15, 470:21, 470:23, 471:11, 474:13, 474:21, 476:16, 485:17, 485:18, 486:6, 487:6, 487:21, 488:12
**Murder** - 295:12
**murdered** - 258:19, 259:19, 264:7, 419:17, 420:16, 421:4, 463:8, 463:9, 463:11
**murderer** - 475:1
**murderers** - 266:3
**murdering** - 258:25
**murders** - 262:23, 265:2, 308:15, 308:17, 315:10, 315:15, 318:10, 372:24, 373:1, 388:22, 389:2, 435:9, 435:14, 444:16, 444:21, 479:17, 484:17, 487:19
**Murders** - 414:18
**Must** - 315:5, 436:18
**must** - 322:14
**mustache** - 438:3
**My** - 264:15, 270:21, 391:20, 395:6, 395:24, 396:12, 399:7, 404:1, 405:9, 409:7, 413:9
**my** - 253:4, 256:13, 260:8, 270:23, 271:13, 271:15, 272:2, 272:7, 275:22, 359:13, 376:4, 377:18, 385:21, 391:16,

392:24, 393:24, 394:25, 395:10, 395:21, 396:15, 397:4, 397:5, 398:5, 398:17, 400:11, 400:17, 403:15, 404:7, 404:20, 406:5, 411:1, 412:18, 415:1, 416:20, 416:23, 430:2, 430:22, 430:23, 430:24, 431:2, 445:14, 447:12, 448:24, 464:6, 466:9, 471:8, 471:25, 476:9, 488:23, 489:21
**myself** - 269:1, 380:4, 391:13, 414:23, 445:11, 454:12
**Myself** - 413:25

# N

**N** - 269:20, 350:15, 376:1, 387:10, 387:15, 492:3, 492:6
**name** - 260:8, 261:6, 264:15, 266:9, 269:23, 285:1, 285:8, 285:10, 291:10, 315:25, 316:1, 359:11, 362:7, 370:14, 387:13, 396:19, 400:16, 400:24, 401:3, 404:1, 417:5, 417:7, 421:11, 421:16, 421:20, 424:5, 428:10, 445:14, 475:1, 476:12, 477:7
**named** - 319:20, 350:3, 438:2, 477:17
**names** - 254:2, 284:4, 284:12, 284:17, 284:18, 325:13, 390:23, 391:3, 391:5, 401:2, 422:2, 476:12, 490:25
**narcotics** - 283:1, 303:25, 309:6, 309:7
**narrative** - 441:22
**Nassau** - 272:21, 371:5
**nature** - 275:18, 372:8, 422:8
**necessarily** - 382:16
**necessary** - 286:17, 366:19, 487:20
**need** - 273:17, 278:10, 307:22, 321:1, 321:3, 372:21, 410:11, 441:17, 491:6
**needed** - 354:2
**needn't** - 257:1, 330:8
**negated** - 281:9
**neglected** - 329:8
**neighborhood** - 395:1, 405:10, 447:12
**neighborhoods** - 293:4
**Neil** - 332:6
**neither** - 265:19
**Never** - 400:15
**never** - 258:15, 261:11, 261:16, 289:16, 303:9, 311:23, 352:24, 372:14, 373:15, 381:23, 400:17, 415:5, 442:9, 476:9, 476:13, 481:5
**never-ending** - 261:11
**new** - 254:3, 253:8, 277:8, 290:11, 298:13, 300:10, 300:14, 300:17, 303:6, 306:2, 306:5, 321:5, 321:10, 375:1, 375:10, 418:20, 423:15, 431:4
**New** - 252:1, 252:5, 252:16, 252:18, 252:20, 252:22, 260:10, 270:11, 270:12, 270:14, 270:23, 271:11, 272:7, 284:17, 284:20, 285:12, 287:3, 290:6, 291:4, 291:8, 291:9, 371:4, 379:4, 381:11, 382:12, 382:19, 393:4, 397:6, 401:18, 448:17, 454:6
**newly** - 266:23, 302:7
**newly-minted** - 266:23
**news** - 257:20, 450:4, 450:8, 463:12
**Next** - 328:3, 387:7
**next** - 259:10, 260:14, 296:18, 327:12, 330:11, 333:7, 343:21, 344:5, 376:10, 391:21, 398:18, 416:11, 423:24, 440:3, 440:22, 442:12, 465:12, 485:22, 491:1
**Nicholas** - 327:5, 327:8, 327:10, 332:1, 337:4, 338:2, 338:14, 342:8, 345:18, 346:7
**Nick** - 417:22
**nickname** - 315:25, 347:16, 400:6, 400:12, 416:1, 420:12, 455:8, 457:20, 462:4
**nicknames** - 315:21, 400:20, 461:19
**Nicky** - 345:18

**niece** - 340:25
**nieces** - 433:12
**night** - 253:18, 258:13, 264:6, 401:25, 402:25, 411:4, 411:6, 433:4, 449:21, 454:13, 485:8, 491:17
**nights** - 403:7, 403:12
**Nnn** - 349:15
**No** - 270:16, 277:23, 279:25, 281:17, 281:24, 286:10, 289:16, 289:24, 293:14, 293:16, 296:10, 296:14, 298:16, 298:19, 299:8, 307:8, 310:5, 312:18, 313:8, 314:16, 314:17, 314:20, 318:13, 320:14, 320:20, 322:24, 333:19, 334:13, 354:9, 354:12, 354:14, 356:4, 356:12, 359:12, 359:19, 359:25, 360:1, 360:15, 362:2, 362:17, 363:23, 363:25, 364:4, 364:6, 364:8, 364:18, 364:20, 364:24, 366:1, 367:10, 370:20, 372:15, 377:12, 380:10, 380:21, 380:22, 381:1, 384:11, 385:19, 386:9, 387:3, 390:14, 390:25, 391:11, 392:4, 392:14, 397:24, 402:11, 402:24, 406:11, 413:18, 415:6, 417:6, 417:10, 418:25, 419:3, 420:19, 421:2, 423:2, 423:20, 435:11, 435:21, 436:7, 437:5, 445:6, 445:8, 445:19, 445:24, 447:4, 453:12, 453:17, 455:11, 459:7, 459:13, 462:5, 463:10, 464:6, 464:24, 467:3, 467:7, 467:13, 469:8, 473:18, 477:3, 479:7, 481:15, 481:18, 482:22, 483:3, 488:16, 489:24, 490:17, 491:15, 491:16
**no** - 256:13, 256:15, 257:2, 263:3, 263:7, 265:18, 266:5, 268:6, 299:25, 302:17, 303:21, 303:23, 306:9, 306:11, 308:2, 314:2, 355:9, 356:17, 359:22, 360:12, 360:22, 361:22, 365:4, 365:10, 368:8, 368:24, 370:24, 378:4, 378:24, 380:19, 382:17, 386:1, 422:1, 423:20, 430:13, 463:16, 471:22, 482:12, 482:14
**nobody** - 373:17, 412:3
**Nobody** - 280:22
**noise** - 428:12
**nonentity** - 482:12
**nonmembers** - 443:3
**nonsense** - 268:22
**normally** - 426:14, 452:19
**norms** - 353:22
**Norris** - 252:14, 260:13
**north** - 268:11
**Nose** - 345:11
**Nostra** - 271:3, 271:4, 271:9, 282:1, 282:24, 283:5, 283:10, 283:25, 284:3, 288:18, 288:21, 289:6, 289:16, 290:23, 294:21, 294:25, 295:5, 300:4, 300:5, 300:9, 300:14, 301:13, 301:14, 302:4, 302:5, 302:9, 303:9, 303:21, 304:2, 304:6, 304:13, 304:17, 304:19, 306:5, 307:10, 308:7, 308:9, 308:18, 309:13, 309:20, 309:21, 309:23, 309:25, 312:20, 312:22, 313:11, 313:13, 318:6, 318:16, 320:12, 366:9, 371:25, 383:1, 384:3, 384:19, 387:1, 389:25, 397:16, 397:19, 404:12, 410:3, 431:11, 431:14, 437:8, 437:9, 441:13, 441:18, 441:24, 441:25, 443:3, 444:2
**Nostra-wise** - 441:18
**nostro** - 302:8
**not** - 253:2, 253:7, 254:25, 256:6, 257:18, 257:19, 258:8, 261:7, 262:3, 263:4, 263:8, 265:21, 265:23, 267:10, 267:13, 267:18, 267:22, 268:2, 269:8, 269:14, 274:20, 277:24, 279:11, 285:16, 293:15, 297:18, 298:18, 303:11, 303:13, 303:25, 304:3, 306:23, 307:7, 309:6, 309:24, 311:8, 311:15, 312:2, 312:23, 313:18, 314:3, 315:10, 315:18, 315:25, 319:12, 322:25, 326:12, 330:7, 334:6, 341:17, 342:1, 354:5, 354:8, 354:10, 354:13, 355:2,

355:7, 356:3, 356:10, 356:17, 358:23, 359:13, 359:20, 360:1, 360:25, 361:1, 361:2, 361:4, 361:10, 361:15, 361:17, 362:23, 362:24, 363:1, 363:16, 365:14, 365:19, 365:22, 366:20, 367:5, 367:22, 368:21, 369:6, 369:7, 369:17, 369:19, 370:2, 370:9, 370:10, 370:21, 371:8, 371:10, 371:18, 371:21, 372:11, 372:12, 373:3, 373:13, 373:14, 374:9, 374:15, 374:22, 376:2, 378:2, 380:16, 382:3, 382:6, 382:8, 382:9, 384:9, 384:21, 391:1, 392:5, 392:7, 403:10, 408:24, 410:2, 420:25, 422:8, 423:3, 425:23, 430:17, 432:3, 436:21, 436:25, 437:7, 439:13, 440:12, 443:3, 443:4, 445:13, 446:4, 449:23, 453:3, 453:9, 455:23, 463:21, 464:6, 464:25, 466:8, 471:7, 471:21, 472:4, 473:11, 474:6, 478:13, 479:2, 482:11, 485:19, 486:20, 487:24, 488:14, 488:21, 489:5, 490:2, 490:8
**Not** - 291:11, 321:24, 332:20, 368:14, 368:21, 368:24, 374:18, 378:4, 384:10, 385:23, 385:24, 397:4, 441:22, 450:3, 453:2, 455:11, 455:18, 465:9, 474:3, 476:2
**note** - 253:4, 256:17, 329:4, 329:7, 490:18
**notepad** - 378:7
**notes** - 254:7, 274:18, 323:4, 323:6, 330:5, 330:7, 330:8, 330:9, 359:25, 360:1, 360:3, 360:9, 360:14, 360:20, 364:23
**nothing** - 352:8, 352:16, 376:16, 383:2
**Nothing** - 387:4
**November** - 331:7, 390:6, 482:25, 483:16, 483:17
**now** - 264:24, 264:25, 265:8, 266:8, 267:8, 268:21, 270:15, 270:17, 330:5, 356:14, 375:13, 376:21, 382:20, 390:9, 391:3, 404:12, 431:11, 441:8, 446:23, 446:25, 448:24, 476:9, 485:6, 485:20, 486:16, 487:6, 489:5
**Now** - 256:10, 258:4, 260:23, 261:2, 265:4, 265:17, 266:7, 266:11, 267:9, 267:24, 268:6, 277:20, 280:7, 334:20, 375:22, 381:2, 424:24, 446:19, 447:4, 476:5
**numb** - 340:20
**number** - 265:11, 267:14, 275:13, 298:20, 313:16, 321:17, 323:2, 326:9, 330:4, 334:3, 343:12, 352:11, 379:16, 422:20
**numbers** - 357:24
**numerous** - 275:22, 278:22, 340:8, 340:9, 490:19
**Numerous** - 267:11
**Nypd** - 272:15, 272:17, 272:19

# O

**O** - 269:20, 269:24, 376:1, 387:10, 387:15, 429:13, 492:3, 492:6
**o'clock** - 252:6, 375:14, 375:23, 489:19, 491:19
**O'keefe** - 341:25
**oath** - 261:13, 261:14, 300:8, 307:2, 312:13, 354:23, 389:15, 389:18, 389:20, 390:1, 431:2, 431:10, 432:18, 433:24, 433:25, 444:4
**oaths** - 315:2, 436:14
**obey** - 315:5, 436:18
**obeying** - 370:2
**objection** - 256:15, 334:13, 334:23, 375:24, 476:6
**Objection** - 308:3, 308:23, 310:19, 312:7, 314:10, 319:15, 357:8, 360:5, 360:16, 362:22, 363:13, 365:4, 379:18, 388:18, 389:4, 389:9, 389:21, 405:23,

418:25, 419:3, 432:6, 436:3, 437:22, 441:21, 443:16, 444:17, 446:12, 453:6, 458:17, 459:12, 459:19, 460:7, 460:19, 461:15, 463:14, 464:2, 465:6, 466:12, 466:19, 467:11, 467:16, 468:15, 470:17, 474:14, 475:7, 476:1, 479:2, 479:24, 480:3, 480:9, 480:18, 481:1, 481:16, 481:20, 481:25, 482:20, 483:21, 483:25, 484:15, 484:20
**obligated** - 357:19, 404:5, 445:14, 449:6, 452:16
**obligations** - 291:21, 473:16
**observation** - 276:25, 321:1, 321:3
**observations** - 276:15, 276:17, 276:24
**observed** - 325:17, 326:1, 338:10, 361:19, 366:16, 379:17
**obstruction** - 454:7, 454:8
**obtain** - 317:22, 470:8
**obtained** - 281:15, 357:25, 418:2
**Obviously** - 299:25, 301:8
**obviously** - 313:18
**occasion** - 318:24
**occasionally** - 450:3
**occasions** - 340:9, 359:15, 366:13
**occupants** - 323:19
**occur** - 268:14, 307:21, 374:11
**occurred** - 382:5, 425:2, 425:5
**occurs** - 321:18, 359:4
**October**- 340:15
**odd** - 265:8, 353:10, 379:14
**Of**- 252:1, 252:3, 252:9, 265:25, 368:7, 380:5, 401:13, 401:14, 432:4, 474:11, 489:3
**of** - 253:20, 253:24, 254:9, 254:13, 254:16, 255:2, 255:6, 255:9, 255:18, 256:18, 256:19, 257:3, 257:9, 257:10, 257:16, 258:1, 258:6, 258:9, 259:1, 259:2, 259:3, 259:4, 259:17, 259:20, 259:25, 260:10, 260:14, 260:16, 260:18, 261:3, 261:10, 261:13, 261:14, 261:15, 262:2, 262:5, 262:10, 262:13, 262:14, 262:15, 262:16, 263:1, 263:4, 263:12, 263:16, 263:18, 263:22, 263:23, 263:24, 264:2, 264:3, 264:9, 264:14, 264:20, 264:21, 264:22, 264:25, 265:1, 265:3, 265:5, 265:8, 265:10, 265:11, 265:12, 265:13, 265:20, 265:21, 265:23, 266:7, 266:12, 266:14, 266:21, 266:24, 267:1, 267:3, 267:5, 267:6, 267:7, 267:11, 267:14, 267:23, 268:4, 268:6, 268:7, 268:11, 268:15, 268:17, 268:23, 268:25, 269:1, 269:7, 269:8, 269:13, 270:11, 270:12, 270:14, 270:23, 271:18, 272:1, 272:15, 273:3, 273:7, 273:12, 274:24, 275:5, 275:12, 275:13, 275:17, 275:18, 276:3, 276:6, 276:15, 277:2, 277:8, 277:25, 278:3, 278:9, 278:12, 278:20, 278:22, 279:2, 281:4, 281:6, 281:8, 281:25, 282:14, 282:24, 283:3, 283:14, 283:17, 284:1, 284:17, 285:12, 285:25, 286:7, 286:11, 286:19, 286:22, 287:4, 287:6, 287:9, 287:13, 287:15, 287:18, 287:23, 288:3, 288:9, 288:12, 288:13, 288:15, 288:21, 289:4, 289:10, 289:12, 289:18, 289:21, 290:17, 290:18, 290:19, 290:21, 290:23, 291:6, 291:7, 291:16, 291:20, 291:25, 292:1, 292:8, 292:13, 292:14, 292:15, 292:17, 292:18, 292:24, 292:25, 293:25, 294:6, 294:10, 294:11, 294:13, 295:1, 295:3, 295:5, 295:7, 295:15, 295:18, 295:22, 296:2, 296:4, 296:5, 296:8, 297:8, 297:9, 297:10, 297:11, 297:19, 298:11, 298:18, 298:20, 299:15, 299:21, 300:6, 300:7, 300:10, 300:14, 300:15, 300:16, 300:17, 300:23, 300:24, 300:25, 301:6, 301:21, 301:23, 302:5, 302:9, 302:14, 302:21, 303:5, 303:9, 303:18, 303:22,

304:1, 304:2, 304:11, 304:16, 304:17, 304:18, 304:19, 304:20, 305:1, 305:5, 305:6, 305:8, 305:15, 305:17, 305:22, 306:1, 306:2, 306:5, 306:19, 306:20, 306:21, 307:2, 307:10, 307:11, 307:23, 308:12, 308:17, 309:4, 309:7, 309:10, 309:12, 309:18, 309:21, 309:25, 310:10, 310:12, 311:3, 311:4, 311:10, 311:12, 311:18, 311:23, 312:10, 312:13, 312:14, 313:3, 313:11, 313:22, 314:21, 315:2, 315:13, 315:20, 316:20, 317:5, 317:11, 317:14, 318:16, 318:17, 318:19, 319:13, 319:18, 320:2, 320:6, 320:11, 321:8, 321:9, 321:13, 321:17, 321:20, 322:15, 322:21, 322:23, 323:2, 323:18, 323:19, 323:22, 323:23, 324:3, 324:8, 324:9, 324:24, 325:3, 325:4, 325:17, 325:20, 325:24, 325:25, 326:9, 326:10, 326:11, 326:12, 327:3, 327:14, 327:15, 327:17, 327:22, 327:23, 328:5, 328:9, 328:11, 328:12, 328:14, 328:16, 328:18, 328:20, 328:21, 328:23, 328:24, 329:2, 329:3, 329:12, 329:14, 329:15, 329:17, 329:18, 329:23, 329:24, 329:25, 330:1, 330:2, 330:4, 330:16, 330:17, 330:19, 330:22, 330:23, 331:1, 331:2, 331:5, 331:8, 331:10, 331:11, 331:12, 331:16, 331:17, 331:19, 331:21, 331:22, 331:25, 332:3, 332:5, 332:6, 332:8, 332:9, 332:10, 332:13, 332:15, 332:22, 333:2, 333:7, 333:14, 334:3, 334:4, 334:6, 334:12, 335:1, 335:2, 335:4, 335:7, 335:9, 335:12, 335:13, 335:21, 335:22, 335:23, 335:24, 336:1, 336:2, 336:8, 336:14, 336:15, 336:16, 336:19, 336:21, 336:24, 336:25, 337:3, 337:4, 337:6, 337:12, 337:22, 337:24, 337:25, 338:1, 338:3, 338:4, 338:5, 338:6, 338:7, 338:12, 338:13, 338:21, 338:22, 339:2, 339:3, 339:4, 339:5, 339:9, 339:10, 339:18, 339:19, 339:24, 339:25, 340:2, 340:8, 340:16, 340:18, 340:19, 340:20, 340:25, 341:1, 341:2, 341:3, 341:7, 341:13, 341:15, 341:24, 342:3, 342:6, 342:7, 342:8, 342:16, 342:19, 342:20, 342:22, 342:23, 342:24, 342:25, 343:6, 343:7, 343:8, 343:9, 343:12, 343:17, 343:18, 343:19, 343:20, 344:11, 344:15, 346:18, 353:18, 353:21, 354:10, 354:15, 354:17, 354:20, 354:23, 354:24, 355:9, 355:13, 356:5, 356:6, 356:8, 356:21, 357:10, 357:22, 357:23, 358:6, 358:15, 359:14, 359:15, 359:17, 361:10, 361:17, 361:18, 361:20, 362:1, 362:7, 362:10, 362:13, 362:20, 362:24, 363:7, 363:11, 363:18, 363:19, 364:23, 364:25, 365:3, 365:7, 365:8, 365:9, 365:10, 365:13, 365:25, 366:2, 366:7, 366:9, 366:17, 367:12, 367:18, 367:22, 368:8, 368:11, 368:16, 368:21, 369:3, 369:16, 369:17, 370:9, 370:19, 370:20, 370:22, 371:3, 371:9, 371:10, 372:8, 372:21, 373:4, 373:7, 373:19, 374:3, 374:5, 374:13, 374:16, 374:23, 374:25, 375:5, 375:7, 376:4, 376:11, 376:14, 377:7, 377:11, 377:19, 378:7, 378:16, 379:11, 379:16, 379:24, 379:25, 380:2, 380:7, 380:12, 380:14, 380:20, 380:23, 381:3, 381:6, 381:7, 381:10, 381:19, 382:25, 383:6, 383:10, 383:14, 383:19, 383:23, 384:23, 385:3, 385:16, 385:19, 386:8, 386:9, 386:24, 387:2, 388:2, 388:5, 388:11, 388:16, 388:21, 388:23, 389:2, 389:7, 389:15, 389:16, 389:20, 389:24, 390:7, 390:16, 390:17, 391:7, 391:16, 392:6, 392:12, 392:18, 392:21, 392:25, 393:4, 393:8, 393:17, 394:3, 394:8, 394:19, 394:21, 395:11, 395:13,

395:17, 395:22, 396:7, 396:12, 396:13, 396:19, 397:1, 397:8, 397:14, 397:18, 398:6, 399:8, 399:14, 401:5, 401:6, 402:8, 403:8, 403:9, 404:1, 404:5, 404:11, 404:12, 404:13, 404:20, 406:16, 407:22, 408:14, 409:11, 410:4, 410:16, 411:1, 411:9, 411:13, 411:17, 412:4, 412:11, 412:21, 412:23, 413:12, 413:14, 414:15, 414:21, 415:2, 415:4, 415:10, 416:7, 416:18, 417:2, 417:24, 418:7, 418:11, 418:23, 420:18, 420:23, 420:25, 421:3, 421:25, 422:7, 423:7, 423:9, 423:21, 424:5, 424:6, 424:23, 425:2, 425:5, 425:18, 425:20, 426:1, 426:4, 426:15, 426:20, 426:22, 426:24, 427:10, 430:9, 430:11, 430:19, 430:23, 431:2, 431:16, 432:3, 432:23, 434:3, 434:9, 434:12, 434:25, 436:8, 436:14, 437:6, 437:10, 437:13, 437:15, 438:6, 438:12, 439:12, 439:17, 440:11, 441:2, 441:12, 441:15, 441:18, 441:24, 442:4, 443:2, 443:12, 444:2, 444:3, 444:5, 444:11, 444:13, 444:15, 444:21, 444:23, 445:2, 445:3, 445:13, 445:23, 446:9, 446:11, 446:14, 446:16, 446:20, 446:24, 447:1, 447:2, 447:5, 447:6, 448:5, 449:3, 449:4, 449:5, 450:10, 450:12, 451:2, 451:3, 451:19, 452:7, 452:9, 452:14, 454:1, 454:7, 454:8, 454:12, 454:20, 455:23, 456:10, 459:3, 459:14, 459:22, 459:23, 459:25, 460:3, 460:21, 461:3, 461:18, 462:4, 462:10, 463:14, 463:23, 463:25, 464:9, 464:16, 465:3, 465:4, 465:11, 466:5, 466:7, 466:16, 466:23, 467:6, 467:16, 468:1, 468:8, 468:13, 469:12, 469:21, 470:2, 470:6, 470:13, 470:16, 470:21, 470:22, 470:24, 471:23, 472:23, 472:25, 473:3, 473:16, 473:21, 474:6, 474:10, 474:17, 475:1, 476:16, 477:13, 477:20, 478:1, 478:14, 479:17, 480:7, 480:14, 481:19, 481:22, 481:23, 481:24, 482:2, 482:12, 482:13, 482:25, 483:11, 483:24, 484:2, 484:3, 484:18, 484:24, 485:3, 485:16, 486:2, 486:4, 486:6, 486:12, 486:15, 487:2, 487:3, 487:4, 487:5, 487:24, 487:25, 488:1, 488:2, 488:21, 489:15, 489:18, 489:22, 490:2, 491:5

off - 257:24, 264:14, 274:23, 286:6, 326:22, 417:1, 446:20, 450:23

offer - 286:2

Office - 270:10, 271:25, 272:22, 273:1, 355:21

office - 260:15, 355:17, 371:5, 471:6, 472:13, 472:18, 473:3, 473:14, 473:18

officer - 258:12, 259:1, 263:17, 271:12, 366:22

Officer - 258:25, 259:3, 264:7

officers - 263:15, 358:13, 378:22

offices - 379:5

official - 289:11, 290:1, 403:18, 403:23, 406:1, 446:23, 449:2

Officially - 426:5

officially - 381:23, 403:25

often - 307:24, 309:20, 377:16, 417:14, 417:16, 449:15, 478:12

Oh- 414:2, 416:5, 431:21, 432:1, 433:25, 437:21, 443:25, 452:10, 464:21

okay - 253:25, 254:25, 410:18

Okay- 256:8, 324:20, 385:24, 427:25, 428:17, 439:16, 451:6, 464:8, 472:21, 486:8

old - 259:14, 268:16, 300:16, 306:2, 371:20, 390:9, 390:22, 392:8, 394:19, 395:11, 399:23, 403:14, 417:24, 423:10, 450:1, 488:8, 488:13

old-timers - 417:24

older - 346:2, 384:5, 395:25, 451:11

oldtimer - 396:12

Omerta- 389:19

omerta - 303:8, 307:2, 312:13, 312:14, 389:20, 431:2

on - 253:5, 253:7, 253:18, 253:19, 253:24, 254:5, 254:24, 255:12, 255:22, 255:25, 256:7, 257:20, 257:21, 257:23, 258:1, 259:15, 259:19, 266:2, 266:25, 267:7, 267:14, 268:6, 268:25, 269:1, 269:13, 269:14, 269:15, 269:16, 270:21, 270:24, 271:12, 271:20, 271:22, 272:3, 273:20, 273:21, 274:3, 274:18, 274:20, 275:17, 275:25, 276:1, 276:23, 277:10, 277:12, 278:10, 279:1, 279:23, 280:10, 280:20, 281:15, 282:5, 282:11, 287:5, 287:9, 288:1, 288:11, 288:17, 289:12, 292:24, 293:15, 294:21, 295:5, 296:3, 296:18, 300:1, 300:7, 300:12, 300:21, 300:23, 303:16, 305:19, 305:21, 306:13, 308:9, 308:11, 308:13, 308:25, 309:8, 312:20, 315:3, 317:14, 317:18, 317:20, 318:3, 318:4, 318:5, 318:8, 318:10, 318:24, 320:15, 320:18, 320:24, 322:12, 323:7, 325:3, 325:16, 328:9, 328:23, 331:2, 331:3, 331:4, 331:8, 331:11, 332:3, 332:6, 333:3, 334:18, 335:7, 335:15, 336:18, 337:8, 338:4, 338:9, 338:11, 339:4, 339:9, 339:20, 339:21, 339:24, 339:25, 340:9, 340:17, 342:20, 343:2, 344:15, 345:9, 346:4, 353:16, 353:20, 354:2, 354:6, 355:13, 356:2, 360:11, 361:6, 361:11, 363:4, 364:25, 365:24, 366:6, 366:13, 366:24, 367:4, 367:8, 368:19, 369:9, 369:15, 369:18, 369:21, 372:12, 373:5, 373:13, 373:14, 374:2, 374:10, 374:16, 377:14, 377:25, 378:16, 378:18, 378:20, 383:24, 390:17, 393:13, 395:14, 395:16, 397:4, 398:6, 398:18, 399:21, 400:11, 400:24, 402:14, 403:25, 404:4, 404:9, 404:25, 405:1, 405:21, 406:1, 406:5, 406:13, 406:19, 407:23, 408:8, 409:8, 410:9, 410:10, 411:3, 413:9, 413:12, 414:21, 414:24, 416:18, 418:4, 418:5, 422:2, 422:7, 423:23, 424:13, 425:15, 426:10, 426:12, 426:14, 427:3, 427:6, 427:7, 427:19, 428:1, 428:6, 429:17, 430:11, 430:25, 431:19, 434:10, 435:2, 435:7, 436:15, 438:25, 439:4, 439:11, 439:16, 440:7, 442:10, 442:12, 443:22, 444:11, 444:19, 445:3, 445:12, 445:14, 446:21, 447:10, 448:6, 448:8, 457:15, 463:12, 465:12, 466:7, 467:25, 471:1, 471:14, 471:16, 472:13, 472:18, 475:2, 476:20, 481:5, 481:11, 481:22, 482:5, 482:10, 485:15, 486:5, 486:13, 487:1, 487:4, 487:5, 488:3, 488:6, 489:9, 489:18, 490:4, 490:5, 490:9, 490:20, 490:25, 491:4, 491:9, 491:10

On- 258:14, 287:17, 301:18, 317:16, 327:7, 327:9, 332:13, 335:9, 342:23, 359:15, 412:18

once - 268:13, 287:25, 304:1, 304:19, 363:8, 381:18, 417:20, 422:10, 431:10, 476:18, 480:4, 480:20, 487:12

Once- 301:25, 303:8, 311:25, 313:6, 434:24

One - 261:22, 263:17, 277:3, 315:2, 345:7, 347:17, 349:12, 354:20, 363:2, 376:19, 389:12, 391:23, 410:9, 436:14, 437:10

one - 254:5, 254:13, 254:16, 259:3, 259:5, 259:7, 259:25, 262:3, 263:18, 264:14, 266:8, 268:25, 269:13, 299:15, 311:9, 313:10, 313:11, 314:14, 316:21, 316:22, 319:18, 323:2, 326:23, 328:21, 332:16, 337:19, 340:3, 342:13, 350:2, 354:17, 358:17, 359:10, 359:25, 363:19, 370:8, 373:9, 376:4, 381:18, 382:17, 382:18, 385:13, 385:19, 389:13, 390:21, 391:23, 393:2, 396:13,

397:14, 401:17, 402:19, 409:9, 409:17, 410:10, 418:6, 427:10, 431:18, 431:19, 434:12, 441:14, 442:2, 444:3, 444:15, 445:2, 447:24, 454:12, 454:13, 454:20, 455:13, 460:14, 478:4, 482:4, 486:5
**ones** - 279:12, 340:4, 346:3, 377:12, 379:21, 380:18
**ongoing** - 473:23
**Only** - 360:6, 361:13
**only** - 258:1, 259:5, 267:10, 268:25, 269:13, 269:15, 274:10, 296:14, 302:4, 302:19, 313:10, 313:11, 313:14, 314:14, 316:24, 361:5, 374:16, 375:19, 381:18, 386:24, 445:2, 445:15, 482:4
**Onofrio**- 336:10
**onto** - 327:12
**open** - 253:2, 258:5, 280:13, 280:24, 293:6, 298:12, 299:23, 320:13, 376:2, 410:2, 410:11, 410:18, 422:21
**opened** - 320:2, 361:3, 361:8
**opening** - 255:10, 298:13, 318:7
**openings** - 258:4
**operate** - 288:9, 291:5, 385:4, 464:22, 470:12
**operated** - 291:14
**operates** - 283:23
**operating** - 291:8
**operation** - 292:12, 292:15, 293:23, 319:4, 411:1
**operations** - 361:10
**opinion** - 283:17, 283:20, 283:23, 361:24, 365:9
**opportune** - 452:19
**opportunity** - 255:11, 487:11
**Or** - 372:10, 382:14, 383:5, 383:18, 385:7, 399:20, 401:2, 412:10, 432:13, 444:20
**or** - 254:21, 254:25, 255:6, 256:6, 257:2, 257:12, 257:20, 257:23, 259:7, 259:8, 261:9, 265:14, 267:18, 267:22, 273:21, 274:3, 274:6, 274:21, 275:9, 275:17, 275:21, 276:4, 276:11, 276:15, 276:18, 276:23, 276:25, 277:8, 277:22, 278:6, 279:8, 280:5, 280:11, 280:12, 280:14, 281:8, 284:2, 285:13, 287:11, 287:20, 289:5, 289:8, 290:9, 290:10, 292:4, 292:12, 292:17, 293:7, 293:24, 294:11, 295:22, 297:3, 297:20, 299:21, 300:4, 300:9, 300:21, 300:24, 301:22, 302:18, 303:25, 304:22, 305:22, 306:10, 309:11, 309:22, 310:2, 310:10, 310:11, 310:12, 311:13, 315:25, 316:10, 316:12, 316:23, 317:5, 317:21, 317:25, 319:11, 319:22, 320:2, 320:9, 320:24, 321:11, 322:22, 325:6, 325:13, 329:24, 330:7, 332:18, 334:20, 353:3, 355:18, 355:24, 357:15, 357:21, 358:5, 358:14, 360:25, 361:16, 366:7, 366:18, 367:13, 367:16, 368:1, 368:22, 368:23, 369:13, 371:12, 371:14, 371:21, 372:3, 372:9, 373:4, 373:8, 373:22, 375:7, 375:24, 377:7, 379:5, 379:22, 379:25, 380:14, 380:23, 382:25, 383:3, 384:6, 384:15, 385:10, 389:1, 391:14, 393:2, 393:13, 393:14, 397:18, 399:17, 400:24, 400:25, 401:4, 401:11, 404:6, 404:16, 407:2, 407:17, 408:6, 409:22, 410:3, 411:6, 416:25, 417:1, 422:6, 422:7, 422:8, 422:19, 424:12, 426:5, 430:8, 432:10, 432:13, 433:12, 434:24, 435:4, 436:19, 437:6, 437:10, 438:15, 438:21, 440:1, 441:2, 443:19, 444:25, 448:7, 449:5, 449:10, 450:17, 452:20, 452:22, 453:4, 453:10, 453:14, 453:17, 453:11, 460:14, 462:25, 463:12, 463:16, 463:20, 469:21, 471:21, 472:4, 474:5, 476:20, 477:6, 477:22, 478:14, 478:23, 482:8, 482:12, 487:24, 488:14, 488:21, 489:21, 490:16
**orally** - 257:2

**order** - 259:19, 267:8, 278:10, 314:18, 314:25, 315:3, 315:5, 315:9, 329:9, 383:2, 393:21, 424:14, 436:5, 436:6, 436:11, 436:15, 436:18, 436:20, 436:22, 436:23, 436:25, 466:6, 491:8
**ordered** - 254:12, 259:20, 392:6, 417:12
**orders** - 315:13, 469:24
**organization** - 271:5, 397:15, 407:13
**organizations** - 272:23
**organize** - 283:20, 291:13
**organized** - 265:1, 270:22, 270:24, 271:1, 271:16, 271:21, 272:3, 272:12, 275:8, 275:23, 276:18, 276:21, 277:4, 277:5, 277:9, 277:16, 278:3, 278:5, 278:13, 279:3, 279:16, 280:11, 280:13, 282:1, 282:3, 282:8, 282:14, 282:20, 284:20, 285:12, 285:25, 286:7, 286:15, 287:23, 288:10, 288:12, 288:24, 289:21, 290:1, 290:18, 290:19, 290:20, 291:3, 291:16, 291:20, 292:13, 292:14, 292:18, 293:1, 293:10, 293:13, 293:19, 293:22, 294:1, 294:14, 295:6, 295:9, 295:22, 296:5, 296:8, 297:9, 297:14, 297:22, 298:18, 298:21, 299:5, 302:21, 302:22, 305:5, 305:8, 305:23, 307:24, 308:17, 309:7, 310:22, 311:6, 311:7, 311:9, 311:13, 311:24, 313:6, 313:21, 313:24, 314:9, 314:18, 314:22, 315:19, 315:20, 316:5, 316:13, 316:19, 317:5, 317:8, 318:24, 319:14, 319:19, 320:2, 320:24, 321:17, 322:23, 353:18, 358:15, 366:6, 368:12, 369:3, 371:7, 371:10, 373:22, 377:12, 377:14, 381:9, 384:2, 386:8, 386:11, 387:21, 391:2, 392:13, 393:4, 393:9, 393:17, 394:1, 394:3, 394:21, 395:2, 395:11, 396:7, 396:20, 397:6, 400:20, 401:5, 404:21, 405:10, 405:11, 406:22, 409:3, 409:4, 410:4, 412:11, 420:20, 426:21, 434:7, 436:5, 436:9, 437:13, 438:16, 441:9, 443:2, 443:12, 444:1, 444:15, 452:14, 452:17, 470:7, 475:18
**Organized** - 259:4, 260:19, 261:10, 261:25, 264:6, 272:8, 284:25, 395:9
**organized-crime** - 265:1, 270:22, 270:24, 271:16, 271:21, 272:3, 272:12, 275:8, 275:23, 276:18, 276:21, 277:4, 278:3, 278:13, 279:3, 279:16, 280:11, 282:1, 282:3, 282:8, 282:20, 284:20, 285:25, 288:10, 288:24, 294:1, 377:14, 384:2, 394:1, 394:21, 397:6, 444:1
**original** - 370:13
**originally** - 354:22
**other** - 254:5, 260:3, 260:11, 262:8, 262:23, 263:12, 264:2, 272:20, 280:2, 280:3, 280:4, 284:4, 285:1, 285:8, 286:24, 287:2, 287:3, 289:20, 290:7, 291:4, 292:14, 294:8, 295:6, 295:20, 298:9, 298:11, 299:21, 301:23, 302:1, 302:8, 302:10, 304:2, 304:5, 304:20, 305:22, 306:3, 309:2, 309:24, 314:16, 316:22, 320:24, 321:2, 321:12, 323:10, 323:12, 325:25, 326:15, 330:10, 332:19, 334:9, 337:13, 338:10, 340:4, 345:7, 357:24, 358:14, 359:14, 366:8, 366:10, 366:11, 367:23, 368:1, 368:14, 368:23, 370:4, 370:19, 370:20, 372:3, 373:22, 378:9, 378:22, 380:23, 384:6, 385:4, 386:10, 392:6, 395:24, 404:11, 410:10, 411:23, 412:10, 412:11, 419:15, 421:25, 422:9, 422:19, 423:6, 425:16, 429:24, 431:7, 432:24, 433:3, 438:3, 439:11, 439:17, 439:21, 440:19, 441:15, 441:16, 441:17, 442:7, 444:14, 446:21, 446:25, 448:21, 451:19, 452:10, 452:14, 459:23, 461:7, 465:2, 466:3, 466:6, 467:19, 476:12, 481:5, 484:18, 484:24, 486:12, 487:15
**Other** - 266:22

**others** - 265:2, 269:14, 283:3, 288:20, 325:6, 325:7, 380:4, 380:14, 411:20, 418:18, 419:5, 433:22, 451:22, 460:24, 468:9, 477:11, 487:19
**Otherwise** - 353:22
**otherwise** - 266:10, 354:13, 367:13, 373:8
**Our** - 284:2, 397:18
**our** - 253:14, 255:17, 260:15, 265:20, 265:21, 266:21, 268:11, 268:14, 274:9, 376:20, 389:23, 422:10, 441:1
**ours** - 284:1, 302:9, 397:18, 441:24
**out** - 256:7, 262:20, 263:4, 265:15, 267:6, 267:11, 271:20, 276:10, 279:4, 280:20, 286:16, 287:20, 289:1, 298:18, 307:17, 311:23, 313:11, 314:14, 314:16, 339:12, 355:21, 356:6, 358:4, 359:5, 359:9, 362:20, 368:7, 369:8, 371:10, 372:25, 373:16, 374:13, 374:24, 375:21, 377:17, 377:23, 378:20, 381:18, 383:6, 383:23, 386:24, 387:2, 388:24, 391:16, 393:24, 396:4, 399:22, 401:5, 406:8, 406:10, 406:15, 409:6, 409:8, 409:11, 409:12, 409:17, 409:23, 409:25, 411:1, 411:9, 411:13, 412:22, 414:20, 414:22, 415:18, 416:23, 422:13, 422:19, 423:22, 426:13, 426:18, 426:22, 430:23, 431:16, 431:19, 434:9, 434:24, 442:8, 442:10, 445:3, 445:15, 445:16, 446:11, 447:2, 447:11, 448:7, 451:3, 451:23, 454:13, 456:10, 456:20, 468:20, 469:4, 478:3, 480:14, 481:4, 481:5, 481:6, 481:19, 481:24, 482:4, 487:18, 490:3
**Out** - 363:18, 379:24
**outcast** - 386:12
**outcome** - 471:23
**outfit** - 284:8, 413:7
**outgoing** - 290:9
**outright** - 275:24
**outside** - 259:11, 265:10, 288:7, 290:3, 297:18, 308:8, 317:6, 369:17, 389:24, 390:16, 412:3, 412:5, 412:15, 473:3, 491:5
**outsider** - 303:10, 441:13
**outsiders** - 261:17, 307:3, 307:4, 442:4
**Over** - 278:12, 283:8, 297:12, 324:11, 353:15, 367:22
**over** - 262:21, 262:22, 264:6, 264:20, 264:25, 278:14, 281:14, 288:3, 293:23, 299:1, 299:18, 301:7, 301:21, 303:7, 320:4, 324:8, 339:1, 353:4, 353:7, 353:10, 353:14, 354:19, 356:13, 357:3, 357:19, 370:14, 377:10, 379:16, 380:3, 383:21, 394:17, 396:9, 422:9, 423:11, 423:22, 425:17, 453:11, 460:16, 476:8
**overall** - 361:7
**overcome** - 488:22
**overlook** - 267:1
**overrule** - 472:1
**Overruled** - 389:10, 437:23, 443:17, 458:18, 461:16, 465:7, 475:8, 476:7
**overwhelmed** - 267:13
**own** - 265:6, 314:23, 358:5, 359:6, 365:3, 369:9, 373:5, 379:2, 399:4, 406:5, 407:22, 431:6, 431:12, 435:4, 439:15
**owned** - 288:13, 399:16
**owners** - 323:19
**owns** - 317:19
**Ozone** - 336:13, 342:18

**P**

**pads** - 330:6
**Page** - 492:2
**page** - 296:18, 343:21, 398:18, 423:24, 442:12, 465:12, 485:22
**paid** - 317:22

palaver - 486:3
palm - 300:25
palms - 300:7
Panzarella - 327:16, 327:23, 328:1, 328:3, 328:15, 329:3, 331:2, 338:4, 347:7
Papavero - 330:23
paper - 300:24, 443:6
papers - 257:19
Paradiso - 417:23
paralegal - 260:15
paralegals - 253:24
parcel - 412:22
parents - 391:20
Parisi - 329:16, 331:3, 332:4
Park - 336:13, 342:18
park - 416:23
parking - 259:17
parlor - 305:14
part - 255:2, 259:4, 261:13, 262:16, 270:23, 300:10, 304:11, 304:19, 306:20, 307:2, 327:3, 354:6, 356:21, 362:13, 365:25, 366:2, 366:9, 367:1, 368:21, 368:22, 369:3, 369:16, 369:17, 370:9, 375:7, 388:21, 388:23, 391:7, 397:14, 404:13, 404:20, 412:22, 414:15, 417:11, 418:7, 430:19, 441:12, 468:8, 473:16, 488:1
participate - 261:25, 296:8, 307:25, 414:13, 438:23, 443:13
participated - 264:22, 268:20, 273:3, 273:7, 273:12, 273:20, 412:24
participates - 414:10
participation - 391:7
particular - 274:5, 274:9, 275:24, 276:3, 276:10, 276:13, 277:11, 282:3, 289:1, 292:13, 293:3, 293:7, 293:21, 295:5, 296:5, 298:24, 305:14, 318:9, 322:14, 353:15, 358:20, 359:11, 361:15, 369:21, 371:11, 374:23, 375:3, 393:16, 405:1, 447:22, 474:5, 485:3, 487:21
particularly - 270:22, 271:17, 272:9, 451:19, 474:8, 486:21
parties - 448:19
partners - 263:9, 477:15
parts - 300:16
party - 253:25, 254:10, 302:5, 441:17, 448:15
Pascual - 364:7
Pasquale - 329:16
pass - 422:3, 422:4
passed - 268:12, 367:1, 404:2, 417:24, 422:12
passing - 314:14
Pat - 440:15
patrol - 271:12, 353:16
Patsy - 462:14
Paul - 254:3, 340:25, 349:10, 350:25, 398:7, 399:5, 399:10, 404:3, 410:21, 410:24, 416:16, 418:12, 418:13, 418:23, 419:13, 425:16
Paulie - 396:6, 396:23, 398:4, 398:5, 398:12, 398:15, 399:8, 399:12, 399:24, 403:25, 404:8, 404:17, 405:2, 406:19, 407:8, 407:24, 408:3, 409:8, 410:14, 414:14, 416:13, 417:13, 417:18, 417:21, 421:8, 421:15, 425:18, 425:23, 447:3, 475:11
Pauline - 396:1
Pause - 253:13, 256:25, 324:19, 345:2, 376:7
pay - 262:11, 308:13, 393:14, 406:15, 407:4, 407:10, 409:17
pay-or-die - 393:14
paying - 369:13
payment - 319:12
payments - 406:9
Pecchio - 352:3
Pellegrino - 336:16, 337:24

Pelligrino - 337:5
pen - 378:7
penalties - 309:16, 309:18, 310:4, 311:18, 370:1, 372:7, 435:18
penalty - 309:19, 314:25, 315:7, 315:12, 436:11, 436:25, 445:25
pencils - 330:6
pending - 279:7, 280:17
pens - 330:6
People - 409:17
people - 259:8, 259:9, 260:12, 262:8, 262:10, 268:13, 274:9, 274:10, 275:13, 276:6, 276:13, 277:11, 280:22, 288:16, 290:20, 294:9, 298:13, 305:6, 308:7, 308:12, 308:13, 309:25, 310:13, 313:14, 316:20, 321:5, 325:12, 325:17, 326:14, 332:22, 333:2, 333:24, 334:8, 334:17, 334:20, 334:23, 338:10, 338:13, 344:16, 344:18, 345:9, 354:21, 354:22, 356:12, 368:5, 369:8, 370:13, 370:15, 370:25, 373:17, 374:25, 375:1, 381:7, 381:25, 382:5, 382:24, 383:11, 383:23, 384:5, 384:14, 385:15, 389:7, 393:12, 396:13, 397:2, 398:3, 400:16, 403:9, 404:21, 408:20, 409:12, 409:21, 409:23, 410:3, 413:1, 433:3, 435:20, 437:11, 438:3, 441:16, 442:3, 444:15, 444:25, 446:19, 448:8, 448:10, 450:3, 450:10, 451:19, 452:21, 453:3, 453:9, 453:12, 476:10, 485:20, 486:12, 486:20, 487:25
people's - 275:9, 299:12, 330:10, 411:6, 468:1
percent - 281:7, 296:4, 339:8, 380:16
percentage - 288:3, 288:5, 291:25, 292:8, 306:19, 309:7, 311:3, 409:9, 411:9
perform - 465:4
performed - 324:7
performing - 323:25
perhaps - 487:18
period - 274:23, 291:7, 407:24, 470:24, 472:25, 482:23, 483:12, 483:14
permanent - 384:1
permanently - 309:23
permission - 273:17, 274:5, 285:17, 286:5, 291:6, 298:5, 306:14, 315:15, 318:17, 318:18, 318:21, 372:21, 373:3, 373:5, 373:14, 373:17, 382:25, 385:16, 404:18, 410:11, 410:15, 410:20, 416:16, 433:15, 433:20, 434:21, 435:6, 435:7, 435:15, 440:18
permit - 365:6, 484:21
permitted - 318:14
perpetrated - 259:6
Perrone - 327:25, 328:4
person - 259:7, 289:1, 289:11, 292:25, 293:20, 294:7, 295:4, 298:8, 298:13, 299:20, 300:3, 300:7, 300:11, 300:16, 300:19, 302:7, 313:15, 316:21, 366:11, 368:1, 368:2, 368:9, 374:16, 375:3, 375:7, 385:13, 398:11, 415:13, 422:11, 433:6, 439:11, 442:2, 445:18, 457:4
person's - 300:22, 300:25, 359:11
Personal - 354:7, 370:7
personal - 274:21, 354:6, 366:20, 370:3, 370:6, 371:14, 384:7
personality - 371:9
personally - 264:22, 371:2, 379:21, 443:13
persuasion - 258:6
pertains - 271:18, 311:5
pertinent - 274:18, 274:21
Pete - 347:17, 461:25, 462:3, 481:5, 481:7
Peter - 328:4, 328:5, 328:12, 329:17, 331:5, 331:10, 331:13, 331:20, 337:7, 337:8, 338:1, 338:3, 338:14, 339:3, 340:17, 342:22, 342:23, 342:24,

342:25, 343:1, 346:16, 346:18, 347:15, 363:2, 363:7, 363:24, 481:8
Petes - 370:13
Petrocelli - 332:14
Philimily - 417:23
Philip - 336:24
phone - 274:3, 274:6, 276:1, 427:2
photo - 300:24, 327:5, 327:6, 327:14, 327:15, 327:17, 338:3, 339:3, 341:13, 342:22, 342:25, 381:2
Photograph - 331:2, 338:4
photograph - 327:23, 327:25, 328:2, 328:4, 328:5, 328:11, 328:12, 328:14, 328:15, 328:16, 328:20, 328:23, 329:2, 329:12, 329:14, 329:15, 329:17, 330:17, 330:19, 330:25, 331:1, 331:3, 331:4, 331:10, 331:11, 331:12, 331:17, 331:19, 331:24, 331:25, 332:3, 332:5, 332:6, 332:10, 332:11, 332:13, 332:15, 332:17, 335:2, 335:4, 335:6, 335:7, 335:9, 335:12, 335:13, 335:23, 335:24, 336:3, 336:7, 336:8, 336:14, 336:15, 336:16, 336:19, 336:21, 336:24, 337:3, 337:4, 337:6, 337:24, 337:25, 338:1, 338:6, 338:7, 338:21, 338:22, 339:1, 339:2, 339:4, 339:18, 339:19, 339:20, 339:22, 339:24, 340:17, 340:18, 340:19, 341:1, 341:2, 341:3, 341:7, 341:10, 341:15, 341:24, 342:2, 342:3, 342:4, 342:6, 342:7, 342:8, 342:15, 342:19, 342:20, 342:23, 342:24, 343:6, 343:7, 343:8, 343:9, 343:18, 343:19, 346:2, 346:18
photographed - 326:9, 334:3
Photographs - 380:14
photographs - 263:24, 325:1, 332:8, 333:14, 336:1, 336:12, 336:23, 338:5, 339:5, 339:6, 339:10, 339:12, 339:14, 340:2, 340:8, 340:15, 340:24, 342:11, 343:4, 344:6, 344:8, 344:11, 344:16, 345:8, 377:7, 377:8, 377:9, 377:10, 379:20, 379:23, 380:7, 380:9, 380:10, 380:12, 380:15, 380:19, 381:6
photos - 276:15, 322:21, 324:24, 325:3, 325:12, 333:18, 333:24, 340:21, 341:6, 342:17, 379:11, 379:14, 380:2, 381:16
physical - 263:24, 276:6, 278:1, 278:12, 320:21, 320:23, 323:22
Physical - 276:10
physically - 304:22, 313:25
pick - 330:11, 404:17, 430:17, 434:18
picked - 430:17
picking - 380:22
picks - 388:24
picture - 300:6, 341:17, 341:19, 350:8, 394:12, 430:11
pictured - 326:12, 332:19, 334:6, 344:19
pictures - 324:12, 325:16, 334:4, 340:2, 344:13, 344:18, 376:14, 379:25
piece - 300:24, 407:23, 414:21, 415:2, 415:10, 416:18, 423:21, 444:11, 447:2
pier - 402:1
Pierno - 327:7
piers - 402:14
pin - 430:23
pinch - 436:16
pinched - 445:10
pistol - 260:6
Pizzonia - 328:16, 335:14, 341:9, 341:12, 347:5, 428:9, 428:16, 429:7, 433:2
placard - 291:1
place - 274:7, 275:7, 277:11, 284:14, 292:22, 302:6, 320:3, 320:6, 320:25, 344:5, 392:8, 406:17, 409:21, 417:3, 418:6, 421:6, 427:18, 434:6, 434:17, 439:19, 447:15, 449:23, 460:9, 464:10, 464:12, 467:2, 469:14, 470:23, 470:25,

472:12, 472:22, 474:5, 474:8, 486:14, 488:15

**placed** - 275:6, 324:16, 325:12, 333:6, 333:25, 345:4, 404:25, 449:18
**places** - 378:9, 403:3, 411:22, 412:11, 481:5, 485:7
**placing** - 273:21, 304:13
**plan** - 445:8
**planned** - 264:21
**planning** - 254:24
**plates** - 323:15
**play** - 264:1, 320:10, 371:21, 411:13, 418:16, 418:17, 456:22
**played** - 396:17, 411:9
**playing** - 411:8, 437:17, 438:9
**Plaza** - 252:15, 252:22
**plea** - 260:12, 265:23
**Please** - 321:22, 374:21
**please** - 253:3, 253:12, 256:16, 256:17, 256:18, 257:5, 257:15, 258:11, 291:1, 322:7, 326:5, 329:6, 330:14, 363:19, 375:13, 376:8, 376:25, 425:3, 425:6, 425:11, 425:14, 432:8, 485:11
**pled** - 262:25, 265:14
**pledged** - 261:11
**plunged** - 259:14
**plus** - 299:1, 299:2, 352:11
**pockets** - 411:6
**point** - 255:9, 255:17, 256:7, 256:23, 260:2, 276:25, 284:11, 309:10, 321:2, 321:3, 333:3, 355:20, 361:19, 375:10, 375:12, 386:9, 387:20, 409:9, 421:11, 430:11, 444:10, 444:19, 468:17, 475:21, 478:4, 480:21, 488:9, 490:9
**point-blank** - 260:2
**Police** - 271:11, 272:7, 371:4
**police** - 263:15, 263:17, 271:12, 279:8, 379:6, 396:14
**policies** - 437:7, 437:8, 438:15
**policy** - 286:17, 437:6, 437:8, 437:24, 438:1, 438:5, 444:20
**policy-wise** - 444:20
**politics** - 423:4
**ponytails** - 437:11, 438:4
**popular** - 411:15
**poses** - 376:14
**position** - 262:7, 270:9, 289:1, 290:1, 290:2, 387:25, 388:13, 392:10, 398:8, 413:8, 415:15, 415:23, 418:2, 419:10, 420:5, 424:17, 429:16, 446:24, 450:16, 450:20, 452:2, 457:6, 468:17, 469:1, 469:19, 478:9, 481:9
**positioned** - 286:8
**positions** - 260:25, 271:8, 272:19, 272:20, 286:21, 286:22, 288:23, 289:7, 290:4, 396:20, 424:20
**positive** - 339:7, 339:8, 340:5
**possess** - 266:5
**possessed** - 461:7
**possesses** - 267:3
**possible** - 309:18, 355:10, 360:3, 367:13, 472:11, 481:19, 481:23
**Possible** - 385:22
**possibly** - 304:22
**post** - 254:8, 254:9
**post-arrest** - 254:8
**post-miranda** - 254:9
**poster** - 333:7
**pot** - 411:8, 411:9, 411:13
**potential** - 358:21
**poured** - 263:19
**power** - 286:14, 294:5, 294:8, 294:11, 296:17, 297:13, 308:12, 315:9, 372:19, 386:10, 418:16, 418:17, 436:20, 482:11, 482:14
**powerful** - 288:20, 416:4
**powers** - 309:23, 385:3, 385:17
**preceding** - 342:13, 490:25
**precisely** - 470:20
**prefer** - 278:5

**prepare** - 357:20
**prepared** - 255:24
**present** - 253:2, 257:4, 264:4, 264:8, 300:12, 322:6, 333:18, 343:13, 354:8, 354:10, 354:13, 359:11, 360:11, 376:2, 376:24, 425:9, 425:10, 460:8, 464:3, 464:14, 469:17, 471:2
**presented** - 265:24, 267:15
**presently** - 258:9
**presents** - 269:6
**press** - 255:4
**pressing** - 254:24
**pretty** - 353:23, 353:24, 354:2, 450:23, 487:17
**prevalent** - 368:13
**prevent** - 389:20, 442:4
**previously** - 283:4, 343:1, 463:22, 465:2, 490:24
**prick** - 300:22
**pricked** - 430:23
**primary** - 291:16
**Prince** - 447:14
**principle** - 434:11
**principles** - 267:15
**Prior** - 297:25, 300:21, 353:1, 377:6, 406:1
**prior** - 255:10, 272:25, 318:15, 325:9, 333:21, 339:16, 343:12, 343:15, 344:8, 344:12, 363:7, 363:9, 363:10, 363:12, 380:9, 382:20, 383:24, 400:1, 442:3, 483:8, 483:10, 483:17
**prison** - 265:13, 289:14, 289:21, 450:10
**private** - 299:9, 369:1, 410:1
**probably** - 253:6, 353:15, 357:1, 373:15, 426:5, 444:3, 452:23, 453:12, 478:22
**Probably** - 399:25, 403:15, 450:19, 460:16, 464:11, 469:15, 476:18, 476:25
**probative** - 488:22
**problem** - 374:7, 435:5, 455:15, 482:2, 489:24
**problems** - 275:10, 275:12
**procedure** - 313:7
**procedures** - 279:12
**Proceed** - 258:11, 322:17, 358:2, 377:1, 425:14, 466:15
**proceed** - 257:14, 258:10, 300:1
**proceeding** - 363:9
**Proceedings** - 252:25
**proceedings** - 363:12
**proceeds** - 471:24
**process** - 281:3, 295:21, 298:3, 358:16, 361:7, 421:16, 421:18, 421:19, 471:25
**produced** - 252:25
**professionals** - 491:10
**proffer** - 358:8, 358:10, 358:17, 358:19, 359:1, 359:5, 359:18, 360:14, 361:12, 361:18
**proffers** - 281:4, 281:6, 360:12
**profile** - 411:23
**profits** - 291:24, 292:9, 311:3
**Program** - 376:12, 391:8, 391:10
**program** - 391:12
**programs** - 267:20
**prominence** - 297:14
**prominent** - 374:9
**promised** - 261:15, 261:16, 261:17
**promises** - 261:14
**promotion** - 435:21
**proof** - 384:12
**property** - 283:2, 404:5, 434:25, 446:9, 482:13
**proposals** - 422:1
**propose** - 298:1, 298:4, 455:15, 455:16, 456:2
**proposed** - 455:14
**proposing** - 421:23
**prosecute** - 454:18

**prosecuted** - 265:7, 281:10, 438:13, 454:20
**prosecution** - 264:19, 266:2, 267:19, 267:25, 268:8
**prosecutions** - 356:22
**prosecutor** - 353:2, 358:12, 360:3, 360:20, 361:20
**prosecutor's** - 355:17
**prosecutors** - 353:7, 353:14, 361:11
**protect** - 291:19, 306:4, 350:19, 458:20
**protection** - 292:10, 292:11, 292:13, 319:12, 369:10, 369:24, 404:11
**protocol** - 354:4, 366:17, 367:12, 420:20, 439:3, 440:4
**protocols** - 301:25, 302:11, 302:14
**proud** - 446:16
**prove** - 264:20, 322:14, 405:20, 489:1
**proven** - 267:19
**provide** - 486:11, 490:25
**provided** - 281:22, 322:12, 330:6, 490:18, 490:20
**Public** - 271:14, 271:23
**public** - 275:7, 275:13, 299:7, 320:13, 376:17, 410:2
**publish** - 286:3
**pull** - 262:14
**pulse** - 466:7
**Puma** - 259:13
**pumped** - 260:6
**punish** - 258:22, 312:6
**punished** - 311:15
**punishment** - 286:16, 313:3, 383:16, 383:20
**purpose** - 277:2, 302:14, 304:18, 306:23, 323:18, 438:8, 442:4, 444:23, 467:21, 467:24
**purposes** - 291:16, 302:16
**pursuant** - 277:9, 365:17
**push** - 423:16, 423:17, 443:21, 489:17
**pushed** - 292:1
**Put** - 427:6
**put** - 255:22, 261:15, 271:20, 274:4, 297:11, 298:8, 300:7, 300:16, 300:21, 306:5, 318:3, 318:10, 345:9, 346:4, 374:13, 383:3, 383:7, 383:24, 385:19, 385:21, 393:13, 394:15, 403:25, 409:7, 414:21, 416:18, 416:22, 418:6, 421:11, 422:2, 422:25, 426:10, 427:3, 430:24, 434:6, 435:1, 443:19, 444:19, 457:15, 458:19, 461:21, 486:5
**puts** - 296:15
**putting** - 421:22, 426:12
**Putting** - 318:5

## Q

**qualifies** - 488:17, 488:18
**qualities** - 294:1, 294:8
**quality** - 294:19
**qualms** - 488:23
**quasi** - 408:6
**Queens** - 259:12, 259:15, 271:14, 271:17, 271:23, 271:25, 330:16, 330:24, 336:14, 342:18, 343:5, 447:11, 447:19, 454:13, 476:9, 481:4, 481:6
**question** - 265:6, 301:1, 301:4, 301:8, 301:11, 357:11, 360:7, 361:5, 361:14, 362:24, 362:25, 363:1, 376:5, 376:19, 441:22, 463:16, 471:8, 471:20, 472:3, 479:25, 480:6, 483:22, 484:10
**questionable** - 383:8
**questioned** - 286:15
**questioning** - 484:3, 484:8
**questionnaire** - 268:1
**questions** - 255:25, 256:8, 386:2
**quick** - 376:9
**quiet** - 311:6, 355:2
**quit** - 384:14, 387:3, 445:5

**quite** - 256:9, 320:7, 321:22, 339:6, 423:23, 485:7, 488:3
**quitting** - 445:6

# R

**R-** 269:20, 269:24, 376:1, 387:10, 387:15, 415:19, 492:3, 492:6
**Raccuglia** - 335:22
**racketeering** - 261:22, 264:23, 265:3, 268:9
**radar** - 412:1
**Radice** - 336:21
**raise** - 304:3, 304:17
**Raise-** 433:19
**raised** - 430:21
**Ralph-** 327:10, 338:21, 340:19
**rampant** - 368:11
**Rampino-** 335:4, 335:14
**ran** - 409:19, 411:1, 412:22, 418:9, 454:6
**range** - 260:3, 309:18
**rank** - 272:17, 287:4, 289:12, 289:17, 302:11, 302:12, 309:14, 316:20, 374:16, 420:15, 420:18, 428:24, 429:8, 455:5, 457:22, 458:3, 458:9, 459:23, 462:6, 462:22
**ranking** - 299:21, 370:20, 370:22, 386:7, 463:22
**ranks** - 292:1, 316:25
**rare** - 312:3, 312:4, 478:18
**rarely** - 399:8, 479:11, 481:6
**Rastelli-** 336:24
**rate** - 406:10
**rates** - 271:21
**rather** - 439:13, 439:22, 472:18
**Ravenite-** 426:16, 427:8, 427:9, 440:24, 440:25, 447:10, 447:13, 448:1, 448:13, 449:18, 449:19, 450:1, 450:9, 456:21, 476:20
**reach** - 355:21, 358:4, 424:22
**reached** - 455:5
**reaction** - 257:3, 450:8
**read** - 257:19, 329:8, 330:2, 357:16, 433:7, 433:9, 463:12
**readily** - 255:12, 255:14
**reading** - 345:3, 440:8, 440:21
**ready** - 255:24, 375:11, 415:9
**real** - 261:16, 301:4
**reality** - 307:17, 307:19, 307:20
**realize** - 356:8
**really** - 373:7, 373:11, 383:18, 413:22, 466:8, 476:9, 479:11
**reason** - 256:13, 258:7, 277:7, 371:18, 371:25, 374:1, 384:7, 474:4
**reasonable** - 262:13, 267:19, 322:15
**reasons** - 277:3, 323:3, 356:3, 423:4
**rebirth** - 300:15
**recall** - 256:7
**receive** - 279:22, 291:25
**received** - 253:18, 427:14
**receiving** - 292:9
**recent** - 301:7
**recess** - 375:25
**Recess-** 322:5, 425:4, 491:18
**recite** - 300:8
**recognize** - 285:22, 345:10, 345:12, 394:12
**recognizes** - 334:24
**recollection** - 474:10, 474:17
**record** - 274:13, 275:15, 287:10, 288:1, 288:11, 292:24, 293:15, 303:16, 306:13, 309:8, 317:15, 317:16, 317:18, 317:20, 318:3, 318:4, 318:5, 318:8, 318:10, 323:15, 329:4, 329:7, 333:4, 338:19, 345:3, 346:3, 368:19, 369:15, 369:16, 369:18, 369:21, 373:13, 373:14, 401:12, 403:25, 404:4, 404:10, 404:25, 405:1, 406:1, 406:19, 435:2
**recorded** - 252:25, 264:1, 275:2,

275:19, 357:7, 357:15, 359:20, 361:2, 401:6
**recording** - 273:21, 449:18
**recordkeeping** - 376:20
**records** - 437:18, 438:10
**rectangular** - 430:6
**Redirect-** 386:4, 492:5
**reduced** - 280:17
**refer** - 287:15, 287:19, 288:20, 294:17, 302:9, 401:2, 426:24, 451:14
**reference** - 289:12, 302:19
**referred** - 284:3, 286:22, 287:17, 287:22, 297:2, 357:22, 400:17, 475:19
**refers** - 285:6
**Reframe-** 379:19
**refused** - 259:21
**regard** - 377:9, 424:19
**regarding** - 254:15, 298:23, 320:5, 354:4, 361:7, 370:3
**regime** - 287:11
**registered** - 323:19
**regular** - 279:7, 367:8, 485:2
**Reiter-** 352:5
**related** - 267:23, 452:17
**relation** - 353:17
**relationship** - 351:3, 359:5, 392:23, 395:2, 399:2, 404:22, 419:24, 451:2, 451:9, 452:5, 459:1, 466:9, 468:2, 470:1, 470:3, 473:20, 473:23, 473:25
**relatives** - 297:23
**relevance** - 363:13, 437:22, 472:5
**reliable** - 268:2
**religion** - 356:5
**relocate** - 382:2
**Relocate-** 382:3
**relocated** - 382:15, 382:25
**rely** - 279:23, 281:15, 487:1
**relying** - 471:14, 487:4
**remain** - 375:18
**remaining** - 262:4
**remember** - 263:8, 426:6, 428:10, 455:11, 467:2, 467:4, 467:6, 467:8, 467:14, 469:14, 469:17, 470:20, 470:25, 471:2, 472:21, 474:13, 474:20, 478:22
**remind** - 451:5
**Remni-** 335:8, 335:10
**Remove-** 291:1, 485:11
**renounced** - 254:19
**renouncing** - 481:13
**repaid** - 271:22
**repeat** - 431:1
**repeatedly** - 256:2, 453:4
**repetitive** - 321:23
**replace** - 298:24, 298:25, 299:2, 313:15
**replacement** - 313:14
**report** - 303:13, 311:13, 323:7, 404:7, 404:17, 449:15
**reported** - 448:22
**reporter** - 327:19, 328:7
**Reporter-** 252:21
**reports** - 260:4, 323:8
**represent** - 260:16, 264:17, 265:4, 276:5, 300:15
**representant** - 441:2
**representation** - 292:17, 317:20, 317:23
**representative** - 254:11
**representatives** - 253:25
**represented** - 281:5, 316:21
**representing** - 316:20, 358:12
**reprimanded** - 310:15
**reputation** - 308:11, 308:25, 409:2, 479:13
**reputations** - 297:20
**request** - 253:17, 439:17, 464:6
**requests** - 471:25
**required** - 357:2, 367:18
**requirement** - 296:7, 296:12, 384:17,

384:18
**requirements** - 295:24
**resign** - 313:7
**resolve** - 449:12, 449:14
**respect** - 285:12, 291:21, 304:3, 304:4, 304:20, 304:21, 306:3, 307:1, 309:25, 360:6, 360:8, 361:13, 365:23, 424:4, 430:15, 439:13, 439:23, 449:9, 470:19, 471:13, 483:4, 483:6, 483:17, 483:20, 484:2, 485:1, 485:2, 487:22, 488:12
**respected** - 287:3, 398:3, 400:18, 483:23
**respond** - 489:13, 490:13
**responded** - 263:16
**response** - 441:22
**responsibilities** - 270:19, 272:2, 286:24, 287:24, 289:2, 289:12, 384:6, 404:15, 449:9
**responsibility** - 270:23, 271:15, 287:25, 288:3, 289:10, 382:1
**responsible** - 266:13, 306:16, 418:17, 418:23, 463:18
**rest** - 265:13, 409:11, 461:18, 485:19
**restaurant** - 419:18, 452:22
**Restaurants-** 378:12, 452:10
**restaurants** - 276:20, 299:13, 412:13
**resumed** - 253:1
**retake** - 290:24, 344:3
**retaliate** - 392:3
**retire** - 313:21, 313:23, 445:7
**retirement** - 272:7, 272:21, 445:8
**retiring** - 314:2
**retribution** - 311:24
**retrieve** - 292:16
**return** - 269:8, 292:9, 311:23, 317:19, 317:23, 404:9
**returns** - 367:8
**reveals** - 357:16
**revered** - 362:12
**review** - 274:19, 280:4, 323:8
**reviewed** - 324:14, 324:21, 325:8, 325:20, 333:16, 333:20, 340:8, 344:13
**rewarded** - 424:18
**Riccobono-** 341:15
**Richard-** 339:18, 339:21, 348:13
**Richie's-** 477:22, 478:14
**Rico-** 267:25
**ridden** - 263:20
**ride** - 399:21
**ridiculous** - 306:10
**right** - 262:22, 262:24, 265:6, 269:18, 297:11, 301:8, 322:4, 326:25, 327:9, 328:15, 329:3, 330:11, 331:2, 331:11, 332:6, 332:14, 335:13, 335:18, 336:6, 337:6, 337:10, 338:1, 338:4, 339:4, 339:20, 339:25, 341:14, 342:8, 342:10, 342:22, 342:24, 343:7, 343:9, 343:18, 376:8, 376:25, 381:8, 382:9, 382:13, 394:14, 424:20, 425:1, 425:3, 425:6, 425:11, 428:6, 430:22, 439:25, 440:6, 441:8, 491:5, 491:17
**Right-** 356:16, 369:20, 369:22, 372:25, 383:15, 415:22, 442:6, 443:11, 472:20, 473:4, 473:8, 476:23
**rise** - 413:10
**risk** - 376:14
**rivera** - 260:1, 260:4, 263:19
**rivera's** - 260:7
**Rizzo-** 328:1
**roads** - 257:9, 485:6
**rob** - 260:4
**robberies** - 400:4, 406:6, 435:8
**robbery** - 262:1, 380:23
**robbing** - 434:1
**Robert-** 327:6, 336:16, 337:5, 337:24, 348:2, 364:1
**Roccaforte-** 331:18, 331:25, 332:1, 332:9, 332:12, 333:1
**Rocco-** 327:14

**Rockaway**- 331:9
**Roger**- 252:13, 260:12
**role** - 269:2, 269:4, 359:6, 416:20, 416:23, 424:5, 448:25, 460:22
**roles** - 468:1
**Romanelli's**- 327:22, 331:8, 331:22
**Ronald**- 349:12, 350:19
**Ronnie**- 349:12
**room** - 300:9, 360:18, 375:18, 375:20, 428:7, 428:8, 428:13, 428:19, 429:20, 429:22, 429:24, 430:1, 430:3, 430:5, 432:22
**rooms** - 299:13, 396:16
**Rossetti**- 364:15, 364:17
**roster** - 422:17
**rote** - 353:23
**routine** - 366:23
**routinely** - 367:25
**row** - 332:4, 338:3
**Ruggiano**- 327:6, 327:9, 328:2, 335:14, 341:8, 341:11, 341:18, 347:3, 349:18, 349:20, 364:9
**Ruggiero**- 331:19, 335:2, 341:19, 347:1, 349:16, 349:22, 451:22, 455:4, 455:12
**Ruggiero's**- 455:20
**Rugiano**- 327:8, 328:19
**ruining** - 373:9
**rule** - 296:11, 299:1, 303:7, 304:5, 304:8, 304:10, 304:18, 305:23, 306:7, 306:13, 308:17, 309:21, 360:22, 368:8, 370:8, 370:10, 371:8, 372:10, 372:13, 372:14, 372:15, 372:17, 372:20, 372:23, 372:25, 373:21, 386:16, 386:25, 423:18, 423:20, 423:21, 431:20, 431:22, 431:24, 432:4, 434:21, 435:10, 435:14, 435:16, 436:22, 437:3, 437:6, 437:8, 442:4, 446:2, 471:14, 471:25, 474:5, 488:17, 488:18, 488:20
**Rule**- 356:25, 488:19, 488:23
**ruled** - 418:8
**Rules**- 487:3
**rules** - 265:21, 282:9, 282:11, 298:23, 300:13, 302:23, 302:25, 303:2, 303:5, 303:7, 304:12, 304:16, 307:15, 307:20, 309:2, 309:4, 309:13, 309:15, 309:16, 310:6, 310:9, 310:17, 311:4, 316:15, 353:23, 354:4, 357:19, 357:25, 366:4, 370:2, 370:6, 372:10, 372:16, 372:18, 372:19, 373:9, 385:10, 389:23, 432:3, 433:7, 433:9, 434:3, 434:4, 434:13, 434:15, 434:17, 434:20, 435:18, 435:20, 435:22, 436:1, 437:7, 437:9, 437:20, 437:21, 438:15, 438:23, 440:8, 440:11, 440:21, 441:9, 444:1, 444:3, 444:8, 445:2, 452:13, 453:19, 474:5, 481:22
**ruling** - 429:18
**run** - 334:19, 393:2, 478:3
**running** - 266:19, 369:5, 369:8, 412:16, 440:18
**runs** - 369:1
**Russo**- 349:14
**Russo's**- 328:9

### S

**S**- 376:1
**safe** - 265:18
**safely** - 268:11, 268:12
**said** - 277:14, 281:1, 287:13, 294:13, 294:19, 301:1, 301:10, 301:20, 303:2, 306:13, 312:2, 353:10, 359:23, 367:19, 370:2, 372:18, 374:19, 378:9, 379:21, 382:15, 383:24, 395:20, 398:13, 399:9, 402:14, 402:25, 405:3, 405:9, 405:13, 405:14, 407:15, 408:8, 409:19, 411:22, 412:2, 412:24, 413:1, 416:14, 416:18, 424:9, 430:13, 430:14, 430:19, 430:21, 431:18, 431:22, 433:20, 434:16,
434:21, 435:25, 438:10, 443:18, 448:1, 448:8, 454:18, 455:15, 456:2, 456:10, 456:22, 461:17, 466:8, 466:9, 466:21, 467:12, 467:25, 468:3, 469:11, 470:15, 472:23, 473:23, 474:25, 479:11, 490:3
**saint** - 300:6, 300:21, 300:23, 300:24, 430:11, 430:24, 431:3
**Sal** - 341:19, 346:24, 352:3, 420:11
**salary** - 414:4
**Salica** - 417:23
**Sally** - 352:3, 419:22, 420:13
**salon** - 399:17
**salt** - 362:1
**Salvatore** - 259:13, 328:13, 335:1, 335:10, 346:24, 347:13, 349:2, 392:18
**Samantha** - 254:4
**same** - 258:6, 272:23, 275:14, 285:13, 294:25, 313:1, 316:20, 317:1, 318:1, 338:12, 339:12, 339:16, 340:20, 341:10, 342:10, 343:1, 343:11, 350:7, 353:24, 354:22, 367:3, 373:15, 378:23, 406:10, 422:18, 430:1, 432:25, 435:3, 436:22, 449:13, 450:11, 469:6, 469:15, 470:1, 471:18, 472:7, 488:1
**Same** - 290:15, 416:13, 445:19, 476:6
**Sammy** - 347:13, 413:12, 413:13, 415:21, 416:1, 416:2, 431:18, 469:11, 469:24, 470:3, 470:5, 470:8, 470:15, 470:20, 470:22, 471:6, 472:6, 472:10, 472:12, 473:1, 473:14, 473:18
**sanction** - 420:25
**sat** - 339:11, 361:12, 430:10
**satisfied** - 489:5, 490:8
**satisfy** - 471:5
**Saturday** - 442:2, 448:4, 448:6, 448:9
**Saturdays** - 476:21
**saw** - 326:14, 366:23, 477:4, 477:9, 480:20, 486:6
**say** - 257:24, 258:8, 265:17, 265:19, 266:23, 271:1, 276:2, 300:5, 302:8, 305:18, 310:6, 312:4, 324:9, 334:24, 337:19, 354:18, 358:5, 361:3, 366:1, 366:2, 366:13, 366:15, 368:14, 371:13, 379:10, 383:5, 384:14, 385:21, 399:16, 399:20, 407:19, 409:22, 410:17, 412:6, 414:17, 415:2, 415:10, 418:5, 422:18, 433:1, 434:18, 439:3, 439:12, 439:16, 439:25, 442:1, 442:9, 447:1, 453:23, 454:8, 454:19, 459:11, 460:10, 466:25, 474:12, 482:10, 483:11, 484:14, 485:19, 489:6
**Say** - 382:3
**saying** - 275:15, 283:12, 366:22, 367:17, 374:15, 372:22, 401:10, 467:14
**says** - 257:22, 360:22, 361:25, 368:8, 383:9, 414:14, 414:20, 414:25, 415:1, 415:2, 416:13, 430:14, 430:15, 430:16, 430:19, 431:1, 431:4, 439:15, 439:22
**Scala** - 328:13, 346:24, 419:22, 420:11
**Scars** - 266:10, 266:11, 348:7, 400:9
**scenes** - 263:16
**scheduled** - 258:20, 266:9, 363:18, 422:13
**school** - 401:15
**Scida** - 338:1, 338:14, 342:8, 342:19, 342:21, 342:23, 343:6, 343:8, 343:9, 346:22
**Sclafani** - 328:14, 329:2, 329:16, 330:19, 331:3, 332:4, 335:8, 335:10, 338:5, 338:15, 342:9, 343:20, 346:20
**scope** - 314:21, 436:8
**Scopo** - 338:21, 340:16, 340:19, 352:7
**score** - 407:17
**scrutiny** - 295:1, 374:2, 375:4, 375:8
**search** - 273:17, 357:6
**searches** - 273:12
**seasoned** - 361:24
**seated** - 322:7, 339:1
**Seated** - 260:14
**seats** - 375:18, 430:6
**Second** - 327:15, 327:25, 328:12, 331:11, 336:8, 341:10, 487:2
**second** - 280:2, 327:6, 328:20, 329:20, 330:18, 331:18, 331:25, 332:11, 333:8, 335:24, 336:7, 336:15, 336:21, 338:22, 339:2, 339:19, 340:18, 341:2, 341:20, 342:2, 342:3, 429:25, 480:2
**second-in-command** - 286:20
**seconds** - 329:15
**secrecy** - 262:15, 312:20, 441:12
**secret** - 261:12, 299:10, 302:17, 312:21, 389:23, 430:18
**secretly** - 264:1
**secretly-recorded** - 264:1
**secrets** - 261:16, 263:1
**Section** - 272:10
**secure** - 299:14, 301:24
**securities** - 265:2, 304:1
**Security** - 376:12, 391:8, 391:10
**security** - 302:16, 376:14, 403:8
**see** - 256:13, 258:9, 263:24, 265:12, 274:24, 276:13, 276:14, 277:18, 286:9, 287:8, 294:6, 305:23, 321:3, 321:4, 326:3, 336:6, 342:2, 366:23, 380:17, 388:4, 388:7, 394:25, 397:4, 414:14, 414:20, 415:9, 416:13, 416:14, 417:14, 418:10, 422:5, 427:6, 432:15, 445:21, 448:6, 450:22, 452:20, 473:14, 473:19, 476:17, 476:19, 476:24, 477:4, 477:21, 477:22, 478:12, 478:17, 479:12, 486:16, 488:21
**seeing** - 478:23, 480:21, 480:25
**seek** - 395:8, 396:13, 420:23
**seeking** - 485:17
**seems** - 256:9, 486:8, 489:17
**seen** - 278:4, 293:21, 333:11, 367:7, 383:8, 398:2, 399:8, 416:25, 430:11, 449:16
**Seifan** - 252:14, 258:12, 260:9
**selected** - 267:9, 267:12
**selectively** - 310:7, 312:17
**selects** - 290:8
**sell** - 368:9, 368:15
**selling** - 368:8, 368:11
**sending** - 490:3
**sends** - 432:11, 432:13
**Senior** - 328:19, 330:23, 332:2, 332:9, 335:6, 337:19, 337:20, 343:17, 347:19, 349:16, 349:18, 419:8, 419:9, 421:5, 431:24, 440:24, 441:1, 441:5, 476:8
**Senior's** - 420:15, 476:22
**sensational** - 265:6, 269:7
**sensationalism** - 269:3
**sense** - 263:4
**sensible** - 489:18
**sent** - 289:14, 298:9, 311:23, 393:24
**sentence** - 259:23, 280:17, 391:14
**sentenced** - 365:20
**sentences** - 401:9
**Sepe** - 331:13
**September** - 341:6
**sequentially** - 338:19
**series** - 281:4
**serious** - 408:24, 408:25, 409:1, 412:5, 412:6, 412:7
**seriously** - 386:25, 387:1, 408:21, 431:20
**service** - 454:6
**Service** - 391:4, 391:5
**session** - 358:8, 358:10, 358:17, 358:19, 359:5
**sessions** - 359:1, 359:18, 360:14, 361:12, 361:18
**set** - 358:8, 394:15, 434:19
**sets** - 286:17
**setting** - 368:2
**settle** - 316:10, 316:24

**seven** - 258:17, 259:18
**seventeen** - 271:7, 377:11, 377:13, 377:15
**seventies** - 403:22
**seventy** - 381:5, 381:6, 381:16
**seventy-four** - 381:6
**several** - 262:17, 273:16, 279:21, 297:12, 299:1, 300:13, 303:7, 367:22, 370:15, 370:16, 377:6
**Several** - 273:6, 273:11, 273:25
**severe** - 370:1
**severity** - 313:3
**shake** - 319:8
**Shake** - 319:9
**shaken** - 369:2
**share** - 263:1, 323:10, 464:19, 464:25
**shared** - 466:3, 466:10
**shares** - 468:3
**sharing** - 465:10
**shark** - 271:19
**Sharkey** - 252:17, 255:2, 255:8, 255:14, 255:21, 256:12, 256:22, 264:11, 264:13, 264:16, 375:23, 389:4, 389:9, 389:21, 394:17, 405:23, 416:9, 418:25, 419:3, 432:6, 437:22, 441:21, 443:16, 444:17, 453:6, 458:17, 459:12, 459:19, 460:7, 460:19, 461:15, 463:14, 464:2, 465:6, 466:12, 466:19, 467:11, 467:16, 468:15, 470:17, 474:14, 475:7, 476:1, 476:6, 479:2, 479:24, 480:3, 480:9, 480:18, 481:1, 481:16, 481:20, 481:25, 482:20, 483:21, 483:25, 484:15, 484:20, 489:13, 490:13, 490:17, 491:16
**sharking** - 406:8, 408:4, 408:10, 408:13
**shave** - 371:12
**sheet** - 274:18
**sheets** - 275:1
**shelf** - 383:24, 482:11
**shelve** - 384:15, 385:4, 385:5, 385:9
**shelved** - 254:21, 309:22, 383:11, 386:6, 386:9, 482:7, 482:17, 482:19, 483:2
**shelving** - 383:20, 385:23, 385:24
**Shernita** - 260:15
**shift** - 265:16, 377:20
**ships** - 371:20
**shirt** - 326:6
**shoot** - 430:21, 486:7
**shooter** - 297:7
**shooters** - 297:3, 419:19
**shooting** - 486:13
**short** - 267:8, 470:24, 472:24, 487:12
**shorter** - 469:16
**shortly** - 321:25
**shorts** - 414:7
**shot** - 258:17, 259:18, 260:2, 260:6, 345:5, 345:6, 391:25, 418:14, 418:22
**Shot** - 463:5
**shotgun** - 260:6
**shots** - 345:4, 377:8
**should** - 255:19, 256:12, 300:8, 301:15, 307:15, 367:13, 370:9, 488:13
**shoulder** - 414:24
**shouldn't** - 444:22
**show** - 258:15, 261:8, 261:23, 263:23, 321:18, 344:18, 345:8, 350:7, 376:4, 384:12, 414:6, 444:25
**Showing** - 429:5, 458:6, 458:12, 462:2
**showing** - 285:21, 345:20, 346:15, 394:11, 398:10, 410:22, 415:12, 417:25, 419:6, 420:2, 420:8, 420:10, 428:20, 429:2, 429:13, 451:24, 454:25, 455:2, 457:3, 457:18, 457:25, 462:16, 462:19, 478:6
**shows** - 459:20
**shul** - 403:5
**shuls** - 403:4

**shunned** - 455:23
**shut** - 274:23
**shylock** - 408:25, 409:11, 411:1, 412:19
**shylocking** - 266:15, 406:5, 406:7
**Sicily** - 284:10
**sick** - 303:22
**side** - 296:3, 439:12, 439:17
**Side** - 285:11
**sides** - 355:21, 491:11
**sidewalks** - 449:20
**sign** - 391:16
**signal** - 385:20, 399:21
**signals** - 401:10
**significance** - 365:11
**significant** - 354:18, 354:20, 365:13
**signifying** - 393:14
**silence** - 258:21, 303:8, 375:20, 389:15
**silver** - 342:11
**similar** - 283:13, 353:18, 353:19
**simply** - 262:10, 381:25, 382:24, 383:3
**Since** - 257:10, 330:4
**since** - 296:13, 340:11, 470:5, 489:22
**sink** - 371:20
**sir** - 275:11, 352:22, 360:12, 381:1, 382:9, 387:5, 389:3, 471:7
**Sit** - 253:3, 253:22, 375:16, 376:25, 425:6, 425:11, 485:14
**sit** - 257:5, 264:15, 303:6, 316:7, 316:9, 316:10, 316:15, 316:19, 317:1, 361:15, 438:17, 438:18, 438:22, 438:24, 439:2, 439:5, 439:8, 440:1, 446:19
**sit-down** - 316:7, 316:9, 316:10, 316:19, 317:1, 438:18, 438:22, 439:5, 439:8, 440:1
**sit-downs** - 316:15, 438:17, 438:24
**sits** - 260:24
**sitting** - 260:12, 269:9, 390:4, 430:7, 430:8, 439:1, 439:22, 440:13, 440:16, 445:11, 478:3
**situation** - 361:19, 393:15, 416:13
**situations** - 288:25, 289:4, 356:10, 356:12, 362:3, 366:7, 375:2
**six** - 257:16, 261:20, 353:3, 392:9, 396:16
**Sixteen** - 394:20
**sixteen** - 377:21
**sixty** - 265:25, 269:13
**sixty-two** - 265:25, 269:13
**sketch** - 376:13
**skilled** - 491:10
**Skinny** - 347:5, 429:7, 430:1
**skipper** - 432:12, 432:14
**skippers** - 287:5, 432:19
**slab** - 431:19, 445:3, 482:5
**slack** - 436:1
**slated** - 266:22
**sleep** - 433:10, 433:11
**sleeping** - 306:23
**slightly** - 406:11
**slippery** - 485:7
**slow** - 328:6
**Slow** - 327:19
**small** - 253:15, 339:6, 400:4, 414:24, 415:3
**smart** - 267:11
**smile** - 434:12
**smoke** - 269:5
**smoking** - 338:23
**sneak** - 372:24, 372:25, 373:2, 373:3, 373:8, 373:12, 435:17
**Sneakers** - 345:15, 457:21, 477:6, 477:7
**snuck** - 259:16
**So** - 254:12, 254:23, 256:4, 257:14, 272:11, 277:17, 280:18, 286:4, 289:14, 293:4, 294:10, 298:24, 302:9, 307:6,

307:15, 307:19, 312:22, 313:17, 316:21, 316:25, 326:20, 330:11, 332:24, 334:15, 337:1, 342:10, 344:24, 350:13, 352:15, 377:13, 378:18, 379:2, 391:2, 393:4, 404:13, 411:1, 414:22, 415:1, 427:14, 434:9, 434:12, 434:13, 435:6, 438:5, 438:10, 438:11, 440:19, 440:21, 443:2, 443:9, 453:15, 455:16, 466:25, 468:22, 469:21, 472:15, 472:18, 472:24, 476:9, 478:24, 483:14, 483:17, 486:11
**so** - 253:25, 254:8, 254:24, 255:6, 267:8, 267:22, 268:18, 278:4, 286:8, 294:5, 302:18, 305:20, 306:17, 315:17, 317:23, 319:6, 329:24, 337:22, 353:23, 355:1, 356:11, 361:2, 366:6, 374:12, 378:16, 379:25, 380:9, 385:7, 400:5, 401:2, 417:1, 426:5, 434:8, 434:18, 437:18, 437:19, 444:12, 452:4, 452:21, 452:22, 455:15, 456:1, 456:5, 458:20, 466:23, 470:5, 470:23, 478:23, 480:21, 480:25, 485:7, 488:19, 490:23
**so-called** - 434:8
**Social** - 409:21, 447:10
**social** - 275:7, 276:19, 276:21, 319:24, 320:1, 320:5, 320:8, 320:9, 320:13, 320:15, 320:18, 320:19, 320:24, 336:13, 354:10, 378:9, 394:25, 396:14, 409:19, 410:1, 410:4, 410:6, 410:11, 410:25, 411:15, 411:21, 411:22, 412:16, 412:21, 427:12, 427:13, 476:11, 476:22, 477:1
**society** - 299:10, 302:17, 312:21, 389:23, 430:18, 431:18, 441:12
**Soldier** - 420:7, 440:5, 455:7, 458:11
**soldier** - 261:9, 261:11, 287:19, 287:22, 290:1, 316:22, 368:20, 388:15, 398:9, 398:13, 404:7, 405:18, 407:1, 407:2, 407:16, 409:22, 414:15, 439:20, 439:21, 439:22, 440:1, 446:17, 447:2, 453:17, 462:14, 462:24, 468:2, 468:18, 468:22, 469:2, 482:8
**soldier's** - 287:24, 287:25, 288:20, 316:23
**soldiers** - 261:3, 261:5, 287:8, 287:10, 287:16, 287:17, 288:15, 288:19, 289:23, 297:2, 310:11, 315:9, 422:1, 422:4, 424:20, 436:20, 440:4, 449:3, 449:10, 449:13
**Soldiers** - 261:3
**solid** - 257:12, 485:15
**Some** - 262:20, 278:2, 305:7, 310:13, 325:4, 332:22, 338:12, 354:24, 355:19, 357:22, 367:22, 368:16, 377:7, 406:13, 415:3, 444:25
**some** - 257:9, 257:10, 263:4, 264:3, 265:8, 265:12, 275:5, 282:24, 283:3, 284:11, 287:15, 288:19, 290:21, 291:8, 292:12, 296:3, 303:5, 304:16, 305:4, 313:7, 314:2, 315:19, 325:17, 326:11, 326:12, 338:13, 339:5, 353:10, 355:19, 355:20, 357:23, 361:17, 365:2, 366:3, 370:17, 370:20, 371:21, 372:23, 376:14, 377:8, 379:14, 381:6, 383:10, 395:22, 396:2, 396:19, 404:17, 406:5, 408:4, 409:7, 412:11, 414:23, 426:20, 426:24, 428:12, 430:6, 430:23, 431:7, 432:20, 433:7, 433:22, 434:3, 440:11, 448:5, 451:19, 454:7, 480:14, 485:7, 485:8, 487:2, 487:3, 487:4, 488:8, 489:21, 490:19
**some-odd** - 379:14
**Somebody** - 257:22, 305:12
**somebody** - 257:22, 278:25, 279:18, 280:9, 280:20, 280:23, 287:2, 287:19, 287:20, 288:8, 289:5, 294:17, 294:25, 297:6, 297:7, 302:19, 304:21, 310:14, 313:13, 313:15, 315:24, 316:23, 316:25, 317:9, 318:1, 318:2, 319:9, 319:10, 332:24, 372:20, 373:3, 373:4,

373:11, 374:11, 374:22, 382:10, 383:9, 384:24, 398:16, 399:16, 422:7, 432:3, 443:19, 482:8
**somebody's** - 310:11
**someone** - 289:14, 294:16, 294:24, 295:3, 299:4, 317:25, 319:8, 354:8, 357:16, 359:10, 368:20, 369:1, 371:14, 373:6, 374:6, 381:23, 383:14, 384:17, 437:1, 474:12, 477:17
**something** - 257:12, 274:20, 274:22, 281:8, 306:10, 310:14, 318:4, 318:5, 318:9, 319:24, 368:17, 369:3, 372:8, 372:23, 373:12, 373:24, 384:16, 385:2, 393:14, 398:1, 399:17, 400:25, 407:17, 407:19, 412:4, 417:1, 420:22, 435:2, 452:20, 456:12, 464:24, 466:2, 470:12, 482:10, 487:7
**Something** - 384:15
**Sometime** - 284:15
**sometime** - 456:8
**Sometimes** - 275:11, 278:7, 278:17, 279:5, 279:11, 280:16, 289:18, 290:8, 293:6, 295:15, 299:12, 319:3, 320:9, 321:14, 323:1, 354:12, 356:9, 356:17, 360:20, 368:4, 368:6, 369:7, 369:12, 378:2, 378:6, 378:19, 400:23, 401:9, 407:23
**sometimes** - 276:12, 276:19, 277:9, 278:17, 279:6, 279:7, 284:3, 287:1, 288:4, 288:19, 289:6, 290:10, 295:16, 305:16, 308:10, 308:25, 309:14, 309:23, 310:1, 311:20, 315:18, 319:5, 320:10, 320:12, 321:5, 321:18, 355:23, 358:12, 359:2, 359:6, 360:20, 369:5, 369:7, 377:18, 377:19, 400:24, 401:2, 411:13, 412:13, 428:12, 435:21, 444:19
**Somewhat** - 353:19, 356:24, 467:1
**somewhat** - 310:7
**somewhere** - 456:11, 456:12, 470:22
**son** - 399:3, 450:12, 450:18, 451:9, 451:10, 451:11, 451:14, 455:20
**Sonny** - 352:1
**soon** - 395:13, 425:15, 436:16, 466:25
**Sorry** - 281:20, 291:2, 337:15, 363:5, 414:19, 473:12, 484:9, 484:22
**sorry** - 419:16, 422:23, 425:24, 428:11, 429:8, 432:4, 447:25, 448:1, 483:9
**sort** - 288:9, 288:13, 311:18, 353:18, 383:10, 385:19, 466:5, 482:12
**sorts** - 275:12, 289:4, 301:21, 305:1, 321:15, 322:21, 400:3, 465:3
**soul** - 431:2
**Sounds** - 381:8
**sources** - 278:18, 278:20, 284:15, 284:16
**Southern** - 270:11, 270:12, 270:14, 270:20, 371:5
**span** - 408:12
**spanned** - 380:8
**spanning** - 265:5
**Sparks** - 419:18
**speak** - 275:23, 355:2, 356:11, 366:6, 385:7, 401:5, 430:12, 450:6
**speaking** - 275:14, 276:19, 304:11, 355:12, 356:7, 371:7, 371:23
**Special** - 260:14
**special** - 448:13
**specific** - 322:16, 357:24, 460:20, 471:9, 471:21, 474:4, 474:17
**specifically** - 322:15, 467:12, 472:21
**specificity** - 470:18, 471:13, 472:11, 482:1
**specifics** - 467:6
**speculate** - 269:14
**spell** - 269:23, 387:13
**spend** - 265:13, 452:9
**spent** - 266:16, 266:17, 399:5
**spilled** - 430:25

**spoken** - 432:21
**sponsored** - 296:5
**sponsors** - 299:21
**spontaneous** - 305:12, 305:20
**sports** - 399:7, 406:13
**spot** - 416:19, 416:23
**spots** - 422:21
**Squad** - 271:25, 362:10
**Sr** - 447:7, 450:12, 450:14, 452:15, 459:2, 459:4, 459:5, 461:24, 462:12
**Sss** - 415:12
**stabbed** - 259:11
**stack** - 333:6
**stage** - 474:7
**stages** - 361:18
**Stand** - 294:25
**stand** - 254:14, 258:20, 258:22, 262:22, 275:18, 276:23, 286:6, 290:24, 294:24, 295:1, 326:22, 344:3, 425:7, 438:11, 491:4
**stand-up** - 294:24
**Stand-up** - 294:25
**standard** - 367:12, 377:23, 487:23
**standards** - 440:9
**standing** - 453:18
**stands** - 266:22
**start** - 264:14, 274:21, 286:11, 301:1, 323:25, 367:17, 395:13
**started** - 274:25, 341:20, 370:12, 377:13, 377:15, 395:20, 399:23, 409:7, 430:12, 476:11
**starting** - 290:5, 374:24
**starts** - 293:2, 358:13, 438:19
**state** - 352:24, 353:7, 353:11, 353:17, 357:14, 358:16, 361:24, 364:25, 373:6, 379:5, 379:8, 391:15, 391:16, 434:11
**State** - 269:23, 387:13
**stated** - 321:1
**statement** - 258:9
**statements** - 254:8, 254:10, 255:10
**Staten** - 329:12, 343:17, 414:21, 414:22
**States** - 252:1, 252:3, 252:10, 252:13, 260:9, 260:13, 260:16, 283:18, 284:3, 290:8, 393:9
**stating** - 302:18, 318:8, 375:1
**status** - 259:15, 383:14, 451:1, 473:24
**statute** - 255:6, 255:9, 255:18, 268:4, 268:6, 268:17
**statutes** - 357:19, 357:25
**stay** - 279:3, 383:3, 383:7, 384:17, 385:19, 385:21, 413:9, 456:13, 456:15, 456:22
**stays** - 432:22
**Steakhouse** - 419:18
**steal** - 366:8
**stealing** - 366:8
**stenographer** - 359:22
**stenography** - 252:25
**step** - 286:6, 405:17, 424:15
**steps** - 274:13, 274:16, 280:1, 301:23, 376:13
**Steven** - 254:6, 327:9, 336:11, 347:11, 349:6
**Stevie** - 347:11
**stick** - 400:12
**stickers** - 325:12
**stickler** - 437:20, 437:21
**still** - 276:14, 284:18, 297:19, 306:2, 313:19, 314:1, 314:6, 323:20, 362:20, 366:24, 369:17, 385:7, 391:10, 391:22, 421:8, 445:12, 446:5, 446:9, 447:3, 485:7
**Still** - 455:25
**Stillwell** - 471:1, 471:4, 472:13, 472:18
**stocks** - 433:17, 434:5
**stolen** - 283:2
**stood** - 432:20

**stop** - 293:12, 293:17, 397:4, 397:9, 480:24
**stopped** - 382:17, 396:19, 456:5, 480:21
**storefront** - 320:1
**storefronts** - 403:4
**stories** - 359:1, 359:3
**story** - 361:3
**straight** - 259:14
**straighten** - 422:19, 445:16
**straightened** - 287:20, 415:17, 422:13, 423:21, 426:13, 426:18, 426:22, 434:24, 442:8, 442:10, 451:23, 468:20, 469:4
**straightforward** - 486:9
**street** - 258:13, 259:15, 271:20, 276:23, 278:10, 279:4, 280:20, 287:5, 287:17, 288:17, 308:11, 309:1, 366:24, 395:25, 404:6, 404:18, 407:17, 407:19, 407:20, 418:9, 447:13, 447:20, 448:20, 449:20, 452:15, 455:18
**Street** - 252:17, 331:9, 407:21, 410:9, 410:10, 427:6, 427:7, 427:16, 427:20, 428:2, 447:10
**stricken** - 466:13
**strictly** - 310:9, 435:22, 446:2
**strike** - 466:12, 472:4
**Strike** - 466:20, 480:19
**stringent** - 423:23
**stripped** - 386:9, 386:11
**strong** - 374:13, 411:5
**stronger** - 446:24
**struck** - 259:24
**structure** - 260:23, 282:3, 282:5, 285:13, 286:6
**stuff** - 395:25, 400:5, 403:4, 407:21, 407:22, 411:12
**stupid** - 478:2
**Subject** - 334:16
**subject** - 311:18, 334:22
**subjects** - 344:11
**submit** - 269:5, 345:4
**submitted** - 404:1, 421:16
**submitting** - 421:20
**substantial** - 378:24
**succeed** - 425:20
**successor** - 290:10
**such** - 263:15, 278:2, 296:11, 371:14, 389:24, 403:3, 437:6, 441:14, 445:6, 466:10, 467:21, 476:11
**sufficient** - 489:16
**Sufficient** - 474:2
**suggest** - 256:5, 267:5, 268:18, 365:9, 488:24
**suggested** - 456:1
**suggestion** - 363:1
**suggests** - 261:6
**suit** - 342:11, 426:10, 426:14, 426:15, 426:17, 427:3, 427:6
**Suite** - 252:17
**sum** - 258:6
**summer** - 329:18
**summoned** - 303:20
**sunglasses** - 336:5
**Sunglasses** - 336:6
**superior** - 303:21, 313:25, 314:18, 318:5, 318:17, 373:4, 384:19, 436:5
**superiors** - 306:11
**supervisor** - 362:10
**supervisors** - 287:7
**supply** - 279:1, 279:4, 280:10
**support** - 269:7
**suppose** - 488:8
**supposed** - 299:10, 300:15, 300:16, 302:16, 303:13, 304:4, 304:19, 304:20, 306:5, 306:25, 307:6, 307:10, 307:17, 308:8, 309:6, 309:8, 309:24, 309:25, 311:8, 311:16, 312:20, 318:10, 318:18, 372:11, 393:24, 439:9, 443:4
**suppression** - 254:7

**Sure** - 286:13, 311:8, 328:8, 329:22, 366:11, 367:2, 378:15, 378:17, 379:9, 380:6, 407:6, 408:1, 441:6, 453:9
**sure** - 266:5, 285:16, 312:4, 340:7, 359:12, 367:6, 367:22, 371:24, 372:6, 372:15, 380:17, 385:25, 418:12, 426:9, 426:19, 460:24, 463:21, 471:24, 491:6, 491:13
**surveillance** - 276:6, 276:10, 277:8, 277:13, 277:25, 305:22, 320:15, 320:18, 320:22, 320:23, 320:24, 321:6, 321:19, 322:20, 323:4, 323:16, 323:20, 323:22, 323:25, 324:3, 324:24, 324:25, 325:5, 325:24, 326:24, 327:2, 327:13, 327:21, 328:8, 328:17, 329:11, 330:15, 330:22, 331:7, 331:16, 331:21, 332:8, 334:17, 335:1, 335:21, 336:1, 336:18, 337:11, 338:20, 338:25, 341:23, 343:16, 366:5, 376:21, 377:8, 377:9, 377:10, 377:14, 377:15, 377:17, 377:20, 378:20, 378:23, 379:2, 379:14, 379:21, 379:22, 380:5, 380:15, 380:22
**surveillances** - 276:20, 277:2, 277:21, 278:2, 278:5, 278:9, 278:13, 278:15, 304:24, 321:9, 323:12, 324:6, 325:18, 326:10, 333:14, 338:10, 340:11, 343:12, 363:4, 378:19, 379:7, 379:17
**surveilled** - 332:25, 340:9
**suspected** - 375:7, 449:19
**Sustained** - 446:13, 459:20, 466:20, 467:17, 468:16, 469:9, 480:10, 480:19, 481:21
**Swear** - 257:15
**swearing** - 354:5
**sweater** - 388:10
**switch** - 355:20
**sworn** - 257:17, 269:21, 387:11
**syndicate** - 284:7
**system** - 356:23

### T

**T**- 376:1, 419:6, 478:7
**table** - 260:12, 300:2, 430:6, 430:8, 430:9, 430:12, 432:23, 439:4, 439:13, 439:17, 440:14, 440:16, 446:21
**Take**- 322:1, 322:2, 425:1, 425:3
**take** - 254:7, 254:14, 258:20, 260:11, 262:15, 262:22, 276:14, 280:1, 284:14, 292:22, 293:23, 300:6, 302:6, 302:7, 303:20, 309:23, 315:2, 322:21, 323:4, 324:17, 325:3, 329:21, 330:4, 330:5, 330:6, 330:8, 330:9, 333:8, 360:2, 361:25, 364:23, 376:12, 389:15, 399:21, 406:14, 406:17, 409:1, 411:12, 417:3, 417:11, 421:6, 422:2, 424:22, 424:23, 431:10, 436:14, 449:4, 449:5, 452:23, 456:2, 460:9, 464:10, 471:14, 471:17, 472:22, 482:11, 489:4, 489:14
**taken** - 274:13, 279:12, 301:16, 301:23, 310:13, 324:12, 325:1, 333:18, 336:12, 336:23, 339:12, 339:14, 340:15, 340:24, 341:6, 341:23, 342:15, 342:17, 343:4, 360:1, 360:9, 360:13, 377:10, 379:11, 380:2, 386:25, 408:21, 408:25, 411:9, 422:9, 425:4, 431:20, 476:8, 491:18
**takes** - 360:20, 449:3
**Taking**- 406:13
**taking** - 359:23, 359:25, 474:24
**talk** - 304:16, 306:8, 317:2, 317:4, 371:24, 383:11, 389:25, 412:2, 412:3, 412:4, 412:5, 414:24, 415:3, 419:15, 432:21, 434:3, 439:4, 440:5, 440:6, 444:14, 444:22, 446:19, 450:2, 452:21, 453:21, 459:5, 459:8, 467:19, 472:15, 472:19, 473:3, 474:24, 485:19, 485:20
**Talk**- 253:22
**talked** - 307:2, 317:14, 332:17,

368:17, 368:19, 370:1, 429:18, 469:11, 470:20, 472:15
**talking** - 278:9, 305:19, 356:14, 389:24, 412:12, 415:21, 433:1, 443:24, 470:6, 471:7, 472:18, 473:11, 486:20
**Talking**- 389:23
**talks** - 411:25, 412:3, 443:7, 452:23
**Tambrino**- 254:3
**taming** - 362:20
**tampering** - 454:23, 480:7, 480:13, 480:14, 480:16
**tape** - 357:7, 359:20, 478:4
**tapped** - 274:14
**tapping** - 275:22
**taps** - 414:24
**target** - 265:16
**targeted** - 378:9
**task** - 366:6
**taught** - 355:2, 366:19, 366:20
**tax** - 367:5, 367:8
**taxes** - 367:4
**tea** - 257:12
**teacher** - 253:4, 253:8
**team** - 278:17
**Teamster**- 413:9
**Teamsters**- 408:9, 413:4, 413:5, 413:21, 414:1
**technically** - 488:20
**teens** - 401:21, 405:4
**telephone** - 275:20, 275:25, 364:22
**telephones** - 273:21
**Tell**- 366:22, 414:12
**tell** - 261:16, 262:23, 263:17, 263:22, 265:9, 266:8, 266:11, 268:1, 268:21, 281:7, 281:18, 303:5, 363:19, 371:12, 399:17, 416:11, 426:10, 427:5, 437:3, 443:2, 444:6, 444:12, 444:15, 451:25, 455:3, 457:25, 458:6, 458:12, 459:18, 460:6, 460:17, 461:12, 461:14, 461:19, 462:16, 462:19, 463:25, 466:16, 468:13, 470:10, 470:15, 472:3, 472:11, 475:16, 491:9
**telling** - 264:19, 293:20, 306:4, 318:6, 361:1, 427:2, 474:20
**tells** - 258:2, 421:22, 432:11, 474:12, 482:9
**temper** - 395:6
**temporarily** - 309:22
**temporary** - 289:7, 383:25
**ten** - 322:2, 408:3, 408:12, 414:8, 425:1, 425:3, 430:8, 449:3, 475:12
**Ten**- 322:4
**ten-year** - 408:12
**tend** - 358:25
**tendency** - 371:24
**term** - 267:5, 271:4, 293:20, 294:13, 316:3, 316:7, 316:10, 317:2, 356:25, 373:2, 406:22, 449:2
**terms** - 282:15, 282:17, 287:15, 292:3, 315:19, 317:8, 317:11, 368:1, 380:12, 404:21, 426:20, 426:22, 426:24
**test** - 415:8
**Testa**- 335:8
**testified** - 254:6, 269:22, 277:20, 283:4, 283:9, 283:13, 288:23, 290:4, 295:3, 304:17, 305:23, 312:13, 319:18, 319:24, 320:15, 320:21, 324:21, 325:24, 341:18, 350:2, 353:10, 361:6, 361:9, 361:11, 362:4, 386:13, 386:24, 387:12, 394:8, 406:16, 413:4, 416:3, 420:14, 425:15, 429:11, 445:2, 447:15, 448:10, 448:22, 462:9, 463:22, 464:12, 464:16, 465:2, 476:3, 479:5, 480:11, 480:20, 482:4, 486:18, 487:13
**testifies** - 266:18, 266:20, 365:15
**testify** - 254:9, 254:14, 254:21, 258:20, 262:18, 263:5, 266:4, 266:9, 266:22, 280:13, 280:24, 283:15, 363:14, 363:19, 365:7, 365:16, 367:11, 367:14

**testifying** - 253:7, 263:4, 353:1, 353:8, 365:21
**testimony** - 266:6, 267:2, 267:5, 267:7, 322:11, 330:2, 344:8, 353:4, 353:17, 353:22, 354:4, 397:8, 480:14, 486:4, 486:11, 490:9
**Texas**- 382:14, 382:18, 382:20, 385:16, 385:17
**than** - 276:1, 288:20, 330:10, 345:7, 358:16, 361:3, 385:4, 399:4, 405:11, 422:20, 451:17, 451:18, 472:18, 478:13, 482:6, 484:7, 487:7
**Thank**- 264:10, 269:9, 269:11, 322:18, 329:6, 329:21, 331:6, 333:3, 338:16, 344:3, 345:7, 352:19, 358:3, 376:23, 386:1, 387:5, 490:12, 491:12
**thank** - 269:9, 487:10
**thanking** - 264:14
**Thanksgiving**- 448:17
**That**- 259:22, 301:13, 303:12, 303:14, 304:21, 311:11, 321:2, 327:11, 330:20, 331:6, 331:14, 335:19, 338:18, 338:23, 339:13, 339:16, 340:14, 340:23, 341:5, 342:13, 343:15, 344:3, 359:12, 359:17, 366:9, 367:5, 371:23, 372:13, 372:23, 374:10, 384:20, 387:5, 389:5, 392:24, 394:4, 403:16, 412:22, 418:8, 425:23, 426:10, 427:10, 434:11, 434:18, 435:3, 443:20, 443:21, 454:20, 455:20, 466:18, 470:1, 482:6, 483:8, 486:8, 488:19
**that** - 253:5, 254:10, 254:16, 254:17, 254:24, 255:2, 255:4, 255:6, 255:10, 256:2, 256:3, 256:5, 256:7, 257:8, 257:24, 257:25, 258:3, 258:15, 258:24, 259:13, 260:17, 260:20, 261:8, 261:14, 261:23, 262:8, 262:9, 264:3, 264:5, 264:8, 264:19, 264:20, 264:21, 264:25, 265:10, 265:17, 265:19, 266:2, 266:6, 266:9, 266:11, 266:13, 266:20, 266:22, 267:13, 267:24, 267:25, 268:3, 268:4, 268:12, 268:15, 268:19, 268:20, 268:23, 269:3, 269:5, 269:6, 269:12, 269:17, 271:1, 271:15, 271:21, 272:4, 272:17, 272:24, 273:24, 273:25, 274:6, 274:11, 274:20, 274:22, 275:2, 275:4, 275:18, 275:21, 275:23, 275:25, 276:9, 277:11, 277:15, 278:5, 278:8, 278:25, 279:7, 279:12, 279:18, 279:23, 280:9, 280:17, 280:21, 280:23, 280:24, 281:2, 281:6, 281:8, 281:9, 281:17, 281:20, 282:8, 282:14, 282:19, 282:25, 284:14, 284:18, 285:3, 285:16, 285:18, 287:4, 287:9, 287:15, 288:2, 288:9, 288:15, 288:17, 288:25, 289:11, 289:12, 289:13, 289:23, 290:20, 291:5, 291:8, 291:11, 291:13, 292:3, 292:9, 292:10, 292:16, 292:17, 292:18, 292:22, 292:24, 293:8, 293:20, 293:25, 294:6, 294:7, 294:9, 294:10, 294:11, 294:17, 294:22, 294:25, 295:3, 295:4, 295:6, 295:7, 295:14, 295:17, 295:18, 296:5, 296:7, 296:12, 297:6, 297:7, 297:11, 297:17, 297:25, 298:7, 298:8, 298:13, 299:20, 300:8, 300:10, 301:4, 301:7, 301:10, 301:12, 301:14, 301:16, 302:3, 302:6, 302:20, 302:22, 303:2, 303:18, 304:5, 304:10, 304:13, 304:17, 304:18, 304:24, 305:6, 305:11, 305:13, 305:14, 305:23, 305:25, 306:8, 306:10, 306:15, 306:18, 307:2, 307:3, 307:9, 307:20, 307:21, 307:22, 308:9, 308:10, 308:12, 308:15, 308:22, 309:4, 309:19, 310:6, 310:13, 310:14, 311:2, 311:4, 311:5, 312:2, 312:3, 312:11, 312:14, 312:16, 312:23, 313:14, 313:15, 313:16, 313:19, 313:24, 314:3, 315:2, 315:23, 315:24, 316:10, 316:22, 317:8, 317:15, 317:18, 317:19, 317:20, 317:22, 317:24, 318:1, 318:12, 319:5, 319:13,

319:18, 319:25, 320:8, 320:11, 321:6,
321:7, 321:8, 321:17, 321:18, 323:18,
325:24, 326:1, 326:10, 327:2, 327:3,
329:4, 329:6, 329:7, 330:9, 332:16,
333:3, 333:7, 333:24, 334:25, 336:5,
337:1, 337:20, 338:16, 339:11, 340:3,
340:9, 341:18, 341:20, 341:25, 343:11,
345:10, 345:12, 353:4, 353:8, 354:4,
354:5, 354:18, 354:21, 355:2, 355:5,
355:24, 357:2, 357:5, 357:16, 357:18,
357:20, 357:21, 357:22, 357:24,
358:20, 358:23, 360:9, 360:22, 360:24,
360:25, 361:2, 361:4, 361:13, 361:24,
361:25, 362:2, 362:6, 362:18, 362:23,
362:25, 363:18, 365:2, 365:6, 365:14,
365:21, 365:23, 365:24, 366:1, 366:2,
366:3, 366:12, 366:18, 367:6, 367:11,
367:13, 367:19, 367:21, 368:2, 368:4,
368:8, 369:9, 369:12, 369:16, 369:21,
370:8, 370:11, 370:15, 371:6, 371:16,
371:23, 372:8, 372:14, 372:18, 373:6,
373:8, 373:11, 373:17, 373:18, 373:19,
373:22, 374:1, 374:9, 374:10, 374:13,
374:25, 375:3, 375:5, 375:7, 375:20,
377:10, 379:11, 379:17, 379:20,
379:24, 380:2, 380:7, 380:9, 380:10,
380:12, 380:19, 381:2, 381:9, 381:18,
381:24, 382:5, 382:10, 382:22, 383:16,
383:18, 384:12, 384:19, 384:20, 385:2,
385:16, 386:13, 386:16, 386:25,
389:18, 389:20, 389:23, 390:1, 390:17,
391:7, 391:12, 392:8, 392:25, 393:1,
393:3, 393:5, 393:14, 393:24, 394:8,
394:9, 394:12, 396:17, 397:8, 397:17,
398:11, 399:6, 399:13, 399:14, 399:18,
400:1, 400:16, 400:22, 401:1, 401:4,
401:10, 402:2, 402:5, 402:20, 402:22,
403:3, 403:4, 403:9, 403:14, 403:21,
404:2, 404:4, 404:5, 404:12, 404:13,
404:16, 404:19, 404:24, 405:5, 405:8,
405:13, 406:6, 406:17, 408:12, 408:18,
409:6, 409:21, 410:3, 410:17, 410:19,
410:23, 411:6, 411:7, 411:9, 412:8,
412:10, 412:11, 412:21, 412:23,
413:11, 414:6, 414:16, 415:4, 415:10,
415:13, 415:19, 416:6, 416:14, 416:19,
417:24, 417:25, 418:5, 418:9, 419:6,
419:13, 420:3, 420:8, 420:10, 420:14,
420:15, 420:18, 421:8, 421:18, 421:19,
422:7, 422:9, 423:4, 423:13, 423:18,
423:21, 424:8, 424:10, 424:21, 425:15,
425:18, 426:3, 426:6, 426:9, 426:11,
426:18, 426:19, 427:1, 427:2, 427:12,
427:18, 428:17, 428:20, 429:3, 429:6,
429:14, 430:11, 431:8, 431:10, 431:20,
431:24, 432:23, 433:4, 433:9, 434:23,
435:2, 435:5, 435:10, 435:16, 436:6,
437:12, 437:17, 437:18, 438:3, 438:8,
438:11, 438:23, 439:9, 439:20, 439:23,
440:11, 441:11, 441:15, 441:17,
441:18, 442:4, 442:11, 443:7, 443:20,
444:10, 444:12, 444:13, 444:14, 445:2,
445:3, 445:9, 446:2, 446:7, 446:20,
446:21, 448:7, 448:23, 448:25, 449:5,
449:6, 449:10, 449:17, 449:19, 449:23,
449:25, 450:6, 450:8, 450:16, 451:4,
451:25, 452:20, 453:14, 453:20,
453:25, 454:9, 454:16, 454:23, 454:25,
455:3, 455:5, 455:11, 456:7, 456:17,
457:4, 457:12, 457:18, 458:1, 458:7,
458:13, 458:15, 458:16, 459:20,
460:10, 460:25, 461:17, 462:2, 462:9,
462:17, 462:20, 463:8, 463:11, 463:15,
464:10, 464:22, 464:24, 465:2, 465:5,
465:9, 465:10, 466:2, 466:5, 466:10,
466:13, 466:14, 466:21, 466:24,
467:24, 468:2, 468:3, 468:8, 468:17,
469:14, 469:22, 470:1, 470:3, 470:7,
470:12, 471:17, 471:18, 471:20,
471:24, 472:2, 472:3, 472:4, 472:9,

472:15, 473:18, 473:19, 473:24, 474:5,
474:8, 474:12, 475:19, 475:24, 478:5,
478:7, 478:21, 479:12, 479:16, 480:4,
480:11, 480:14, 480:15, 480:16,
481:17, 481:21, 482:4, 482:5, 482:6,
482:9, 482:10, 482:11, 483:1, 483:6,
483:10, 483:11, 483:20, 484:2, 484:8,
484:14, 485:1, 485:2, 485:4, 485:15,
485:17, 486:11, 486:13, 486:14,
486:16, 486:17, 486:19, 487:3, 487:7,
487:12, 487:13, 487:14, 487:17,
487:18, 487:20, 488:4, 488:5, 488:7,
488:9, 488:12, 488:13, 488:21, 489:1,
489:17, 489:21, 490:1, 490:5, 490:6,
490:17, 490:20, 491:5, 491:6
**that's** - 255:12, 255:14, 256:9,
274:20, 279:6, 283:3, 287:19, 287:20,
288:7, 298:12, 314:14, 317:20, 342:21,
353:23, 354:5, 354:18, 356:17, 358:6,
368:7, 369:2, 369:23, 371:25, 372:6,
372:14, 372:15, 373:24, 377:13,
379:16, 383:8, 384:2, 384:24, 411:9,
424:15, 431:7, 433:25, 436:16, 439:15,
440:3, 446:2, 447:15, 466:5, 471:25,
474:13, 486:2, 487:23, 489:24, 490:6
**That's**- 256:13, 258:3, 272:14,
290:13, 293:20, 298:2, 309:22, 311:8,
316:6, 339:21, 348:5, 352:25, 354:17,
355:4, 358:24, 359:21, 359:24, 366:20,
367:17, 368:10, 369:11, 373:16, 374:4,
374:19, 379:15, 382:3, 382:13, 382:15,
383:20, 384:9, 385:10, 385:11, 385:25,
406:24, 409:4, 417:8, 426:18, 429:7,
431:11, 435:25, 438:14, 438:22, 443:4,
443:5, 444:3, 444:4, 444:5, 445:15,
447:25, 467:13, 469:13, 478:8, 479:2
**The**- 252:9, 253:3, 253:11, 253:12,
253:16, 253:19, 253:22, 254:2, 254:12,
255:4, 255:13, 255:20, 255:22, 256:6,
256:10, 256:13, 256:16, 256:24, 257:1,
257:5, 257:7, 257:8, 257:18, 258:5,
258:15, 258:19, 258:21, 259:7, 259:10,
259:11, 259:16, 259:19, 259:23, 260:2,
260:5, 260:19, 261:8, 261:23, 262:4,
262:12, 264:10, 264:12, 264:19, 266:2,
269:11, 269:19, 269:23, 269:24, 270:1,
284:1, 285:11, 285:18, 286:3, 286:10,
286:20, 286:21, 291:1, 293:19, 296:14,
300:15, 302:19, 303:7, 304:5, 307:20,
308:4, 308:24, 309:13, 310:20, 312:8,
313:11, 314:11, 318:1, 319:16, 321:22,
322:1, 322:4, 322:7, 322:9, 322:10,
322:13, 325:25, 326:8, 326:19, 327:6,
327:14, 327:22, 328:4, 328:11, 328:14,
328:20, 328:23, 328:24, 329:2, 329:6,
329:15, 329:17, 329:23, 330:17,
330:18, 330:25, 331:1, 331:3, 331:12,
331:17, 331:18, 331:19, 331:24,
331:25, 332:3, 332:4, 332:5, 332:9,
332:11, 332:14, 332:16, 334:14,
334:22, 334:24, 335:2, 335:4, 335:7,
335:12, 335:18, 335:23, 335:24, 336:2,
336:15, 336:16, 336:19, 336:20, 337:4,
337:6, 337:15, 337:16, 337:18, 337:19,
337:24, 337:25, 338:1, 338:3, 338:6,
338:7, 338:21, 338:22, 339:1, 339:2,
339:3, 339:4, 339:19, 339:23, 340:18,
341:1, 341:2, 341:13, 342:3, 342:4,
342:6, 342:7, 342:19, 342:20, 342:22,
342:24, 343:5, 343:7, 343:9, 343:15,
344:11, 344:23, 345:5, 346:1, 346:12,
350:12, 352:10, 352:14, 352:18, 354:4,
354:21, 357:2, 357:9, 357:12, 357:18,
358:13, 360:6, 360:11, 360:17, 360:24,
361:4, 361:8, 361:9, 361:13, 361:21,
362:2, 362:6, 362:18, 362:23, 363:14,
363:16, 365:6, 365:7, 365:9, 365:14,
365:19, 365:22, 367:21, 372:7, 374:1,
375:10, 375:13, 375:16, 375:24, 376:6,
376:8, 376:16, 376:22, 376:25, 377:12,

379:19, 379:20, 380:15, 384:18,
385:15, 386:9, 387:5, 387:7, 387:8,
387:13, 387:14, 387:17, 388:10,
388:12, 388:19, 389:5, 389:10, 389:22,
391:4, 391:13, 393:10, 394:16, 394:18,
405:24, 409:16, 410:9, 413:6, 413:23,
417:7, 419:2, 419:4, 422:4, 424:4,
424:15, 424:22, 425:1, 425:2, 425:3,
425:5, 425:6, 425:11, 425:14, 426:22,
430:2, 431:19, 432:7, 433:7, 436:4,
436:22, 437:15, 437:23, 439:20, 440:5,
441:23, 442:2, 442:4, 443:17, 444:18,
445:10, 445:15, 446:13, 447:10, 449:2,
453:7, 458:18, 459:13, 459:20, 460:8,
460:20, 461:16, 463:15, 464:3, 464:6,
464:8, 465:7, 466:13, 466:20, 467:13,
467:17, 468:16, 468:18, 468:19,
468:20, 468:22, 468:24, 469:1, 469:2,
469:3, 469:4, 469:6, 469:8, 469:9,
470:18, 471:4, 471:6, 471:7, 471:13,
471:20, 473:9, 473:10, 473:11, 473:12,
474:3, 474:15, 474:23, 475:4, 475:8,
476:2, 476:7, 479:4, 479:25, 480:4,
480:10, 480:19, 481:2, 481:17, 481:21,
482:1, 482:21, 482:23, 483:8, 483:10,
483:22, 484:1, 484:5, 484:16, 484:21,
484:23, 485:6, 485:11, 485:14, 486:1,
486:8, 486:16, 486:19, 486:25, 487:16,
488:5, 488:16, 488:19, 489:1, 489:4,
489:12, 489:14, 489:17, 489:18,
489:24, 490:14, 491:5, 491:10, 491:13,
491:17
**the** - 252:12, 252:17, 253:17, 253:22,
253:24, 254:2, 254:5, 254:6, 254:7,
254:9, 254:13, 254:14, 254:15, 254:16,
254:18, 254:21, 254:22, 254:23,
254:25, 255:3, 255:4, 255:5, 255:6,
255:8, 255:11, 255:22, 255:23, 256:2,
256:4, 256:16, 256:7, 256:18, 256:20,
257:3, 257:9, 257:15, 257:20, 257:21,
257:23, 258:1, 258:4, 258:5, 258:6,
258:8, 258:9, 258:13, 258:15, 258:17,
258:20, 258:21, 258:22, 258:24,
258:25, 259:2, 259:3, 259:4, 259:5,
259:9, 259:11, 259:14, 259:17, 259:18,
259:20, 259:24, 259:25, 260:1, 260:3,
260:4, 260:10, 260:11, 260:14, 260:16,
260:17, 260:18, 260:23, 260:24,
260:25, 261:1, 261:2, 261:3, 261:5,
261:6, 261:7, 261:8, 261:10, 261:11,
261:12, 261:15, 261:19, 261:22,
261:23, 261:24, 261:25, 262:4, 262:6,
262:7, 262:12, 262:15, 262:16, 262:19,
262:20, 262:22, 262:23, 262:24, 263:1,
263:8, 263:9, 263:14, 263:15, 263:16,
263:18, 263:22, 263:24, 264:1, 264:2,
264:3, 264:5, 264:6, 264:7, 264:8,
264:9, 264:17, 264:20, 264:24, 264:25,
265:5, 265:13, 265:14, 265:16, 265:17,
265:20, 265:21, 265:23, 265:25, 266:2,
266:8, 266:12, 266:18, 266:24, 266:25,
267:5, 267:12, 267:13, 267:14, 267:15,
267:17, 267:18, 267:19, 267:21,
267:22, 267:23, 268:1, 268:4, 268:7,
268:8, 268:17, 268:23, 269:3, 269:5,
269:6, 269:7, 269:14, 270:10, 270:12,
270:14, 270:20, 270:23, 271:1, 271:6,
271:8, 271:11, 271:14, 271:18, 271:20,
271:23, 271:24, 272:1, 272:7, 272:8,
272:9, 272:15, 272:17, 272:20, 272:21,
272:23, 272:25, 273:2, 273:3, 273:7,
273:13, 274:2, 274:4, 274:8, 274:10,
274:22, 274:23, 275:1, 275:4, 275:5,
275:6, 275:14, 275:17, 275:18, 275:25,
276:1, 276:6, 276:15, 276:23, 276:24,
277:1, 277:2, 277:7, 277:12, 277:25,
278:5, 278:7, 278:9, 278:10, 278:12,
278:20, 278:21, 279:2, 279:4, 279:8,
280:6, 280:13, 280:18, 280:20, 280:25,
281:6, 281:7, 281:8, 281:19, 281:22,

281:25, 282:5, 282:19, 282:24, 283:11,
283:12, 283:16, 283:17, 283:18,
283:20, 283:23, 284:3, 284:7, 284:8,
284:9, 284:15, 284:16, 284:17, 284:18,
284:20, 284:22, 284:23, 284:25, 285:7,
285:12, 285:13, 285:25, 286:5, 286:6,
286:7, 286:11, 286:12, 286:16, 286:18,
286:19, 286:21, 286:22, 286:24,
286:25, 287:1, 287:3, 287:4, 287:5,
287:6, 287:8, 287:9, 287:12, 287:13,
287:15, 287:17, 287:20, 287:23,
287:25, 288:7, 288:8, 288:17, 288:23,
289:10, 289:11, 289:12, 289:18, 290:2,
290:3, 290:4, 290:5, 290:7, 290:8,
290:10, 290:11, 290:12, 290:13,
290:18, 290:20, 290:24, 291:1, 291:4,
291:5, 291:6, 291:7, 291:10, 291:12,
291:13, 291:16, 291:21, 291:24,
291:25, 292:1, 292:2, 292:13, 292:15,
292:19, 293:22, 293:23, 293:24,
293:25, 294:11, 294:22, 294:23,
294:25, 295:1, 295:15, 295:16, 295:17,
296:12, 296:16, 297:6, 297:7, 297:8,
297:11, 297:12, 297:18, 297:21, 298:3,
298:5, 298:9, 298:11, 298:12, 298:13,
298:23, 298:24, 299:1, 299:2, 299:17,
299:18, 299:20, 299:21, 299:23,
299:24, 300:4, 300:7, 300:8, 300:9,
300:10, 300:12, 300:19, 300:21,
300:22, 300:23, 300:24, 300:25, 301:1,
301:5, 301:6, 301:7, 301:9, 301:10,
301:11, 301:14, 301:20, 301:21,
301:22, 301:24, 302:6, 302:12, 302:14,
302:18, 302:21, 302:23, 303:3, 303:5,
303:6, 303:9, 303:18, 303:19, 303:22,
304:18, 305:13, 305:17, 305:21, 306:1,
306:23, 307:10, 307:12, 307:15,
307:19, 307:20, 308:8, 308:11, 308:12,
309:1, 309:4, 309:12, 309:14, 309:15,
309:16, 309:18, 309:19, 310:6, 310:9,
310:10, 310:11, 310:12, 311:4, 311:10,
311:12, 311:15, 312:5, 312:9, 312:10,
312:11, 312:13, 312:24, 313:1, 313:3,
313:18, 313:24, 314:8, 314:19, 314:21,
314:25, 315:2, 315:7, 315:9, 315:12,
315:13, 315:25, 316:3, 316:7, 316:10,
316:19, 316:20, 316:21, 316:22,
316:23, 316:25, 317:2, 317:12, 318:17,
318:19, 319:3, 319:18, 319:19, 320:4,
320:5, 320:6, 320:10, 320:13, 320:19,
320:22, 321:3, 321:25, 322:11, 322:13,
322:22, 323:15, 323:18, 323:23, 324:3,
324:5, 324:10, 325:3, 325:8, 325:12,
325:14, 325:16, 325:17, 325:20,
325:25, 326:3, 326:6, 326:7, 326:9,
326:12, 326:14, 326:21, 326:22,
326:23, 326:24, 326:25, 327:4, 327:5,
327:7, 327:9, 327:12, 327:14, 327:17,
327:19, 327:21, 328:7, 328:9, 328:15,
328:18, 328:23, 329:3, 329:4, 329:7,
329:8, 329:12, 329:18, 329:20, 330:1,
330:2, 330:4, 330:9, 330:15, 330:20,
330:23, 331:2, 331:3, 331:4, 331:8,
331:11, 331:17, 331:22, 332:3, 332:5,
332:6, 332:9, 332:13, 332:17, 332:19,
332:21, 332:22, 332:23, 332:25, 333:2,
333:4, 333:20, 333:24, 333:25, 334:1,
334:3, 334:6, 334:9, 334:12, 334:17,
334:18, 334:19, 334:20, 334:22,
334:23, 334:24, 335:1, 335:7, 335:9,
335:13, 335:17, 335:21, 335:22, 336:1,
336:2, 336:5, 336:6, 336:13, 336:19,
336:24, 337:1, 337:8, 337:13, 337:17,
338:3, 338:4, 338:9, 338:11, 338:12,
338:19, 338:20, 338:23, 338:25, 339:4,
339:5, 339:6, 339:12, 339:15, 339:16,
339:20, 339:21, 339:24, 339:25, 340:2,
340:4, 340:8, 340:9, 340:13, 340:16,
340:17, 340:20, 340:24, 341:3, 341:6,
341:10, 341:14, 341:17, 341:19,

341:23, 342:2, 342:8, 342:10, 342:11,
342:13, 342:18, 342:20, 342:23,
342:24, 343:1, 343:2, 343:5, 343:11,
343:12, 343:17, 343:19, 344:3, 344:16,
344:18, 344:25, 345:1, 345:3, 345:4,
345:7, 345:8, 345:9, 346:3, 347:13,
350:2, 351:20, 352:8, 353:2, 353:8,
353:14, 353:17, 353:22, 353:23,
353:24, 354:10, 354:15, 354:17,
354:20, 354:21, 354:22, 354:23, 355:1,
355:5, 355:6, 355:13, 355:17, 355:18,
355:21, 356:14, 356:22, 356:23,
356:25, 357:2, 357:3, 357:14, 357:16,
357:18, 357:20, 357:21, 357:22,
357:23, 357:24, 357:25, 358:1, 358:6,
358:10, 358:11, 358:12, 358:20, 359:4,
359:22, 360:3, 360:7, 360:8, 360:9,
360:10, 360:11, 360:18, 360:20, 361:1,
361:8, 361:9, 361:11, 361:12, 361:17,
361:20, 362:4, 362:7, 362:10, 362:12,
362:13, 362:19, 362:24, 362:25, 363:7,
363:11, 363:18, 365:6, 365:10, 365:14,
365:16, 365:18, 365:20, 365:23,
365:25, 366:2, 366:4, 366:17, 366:18,
366:23, 366:24, 367:1, 367:8, 367:14,
367:16, 367:17, 367:18, 367:22,
367:24, 367:25, 368:1, 368:7, 368:9,
368:11, 368:21, 368:23, 369:3, 369:8,
369:17, 370:1, 370:9, 370:12, 370:13,
370:14, 370:15, 370:19, 370:22, 371:3,
371:4, 371:5, 371:12, 371:18, 371:19,
371:20, 371:22, 371:25, 372:4, 372:5,
372:10, 372:11, 372:15, 372:18,
372:19, 372:21, 372:25, 373:2, 373:4,
373:7, 373:9, 373:13, 373:15, 373:21,
374:2, 374:3, 374:5, 374:7, 374:13,
374:15, 374:16, 374:17, 375:7, 375:8,
375:14, 375:17, 375:18, 375:19,
375:20, 375:21, 376:3, 376:4, 376:8,
376:10, 376:11, 376:12, 376:13,
376:15, 376:18, 376:21, 377:6, 377:9,
377:10, 377:13, 377:15, 377:16,
377:20, 378:1, 378:16, 378:20, 378:21,
378:23, 379:2, 379:5, 379:16, 379:17,
379:20, 379:22, 379:23, 380:3, 380:7,
380:8, 380:12, 380:17, 381:2, 381:3,
381:5, 381:11, 381:19, 381:20, 381:21,
381:24, 381:25, 382:1, 382:7, 382:15,
382:22, 382:25, 383:2, 383:3, 383:13,
383:14, 383:18, 383:21, 383:24, 384:2,
384:12, 384:20, 384:25, 385:3, 385:10,
385:11, 385:13, 385:16, 385:17,
385:19, 385:20, 386:13, 386:22,
386:24, 387:2, 387:25, 388:2, 388:4,
388:5, 388:10, 388:11, 388:13, 388:16,
388:21, 388:23, 388:24, 389:5, 389:6,
389:16, 389:25, 390:5, 390:7, 390:17,
390:23, 391:3, 391:5, 391:7, 391:10,
391:12, 391:15, 392:6, 392:10, 392:12,
392:18, 392:19, 392:21, 392:25, 393:2,
393:3, 393:4, 393:8, 393:9, 393:10,
393:11, 393:13, 393:17, 393:21,
393:23, 393:24, 394:3, 394:4, 394:5,
394:8, 394:15, 394:19, 394:21, 395:1,
395:8, 395:22, 395:24, 395:25, 396:1,
396:2, 396:4, 396:14, 396:15, 396:16,
396:19, 396:23, 397:1, 397:8, 397:11,
397:12, 397:14, 397:20, 397:23,
397:24, 398:6, 398:8, 399:8, 399:14,
399:18, 400:12, 400:23, 401:12, 402:1,
402:8, 402:9, 402:12, 402:14, 402:16,
402:19, 403:9, 403:25, 404:1, 404:3,
404:5, 404:6, 404:7, 404:11, 404:13,
404:18, 404:22, 405:5, 405:17, 406:1,
406:10, 406:14, 406:16, 406:19,
406:22, 406:24, 406:25, 407:9, 407:13,
407:15, 407:17, 407:18, 407:19,
407:22, 407:24, 408:2, 408:3, 408:9,
408:17, 409:6, 409:11, 410:2, 410:16,
410:17, 410:19, 411:5, 411:9, 411:10,

411:11, 411:12, 411:17, 411:20,
411:22, 411:23, 411:25, 412:1, 412:4,
412:11, 412:16, 412:19, 412:21, 413:4,
413:5, 413:10, 413:11, 413:12, 413:14,
413:15, 413:21, 413:25, 414:1, 414:8,
414:12, 414:15, 414:24, 415:4, 415:5,
415:15, 415:23, 416:3, 416:4, 416:7,
416:9, 416:11, 416:15, 416:16, 416:22,
416:23, 416:24, 416:25, 417:1, 417:2,
417:13, 418:2, 418:4, 418:5, 418:6,
418:7, 418:8, 418:9, 418:10, 418:11,
418:17, 418:23, 419:10, 419:12,
419:15, 419:19, 419:24, 420:5, 420:15,
420:22, 420:23, 420:25, 421:3, 421:6,
421:16, 421:18, 421:19, 421:20,
421:21, 421:24, 422:1, 422:2, 422:3,
422:4, 422:11, 422:18, 422:19, 422:25,
423:6, 423:7, 423:9, 424:4, 424:5,
424:10, 424:13, 424:15, 424:20, 425:2,
425:5, 425:7, 425:16, 425:17, 425:20,
426:1, 426:4, 426:9, 426:10, 426:12,
426:15, 426:18, 426:20, 426:24, 427:8,
427:9, 427:11, 427:14, 427:18, 427:19,
427:22, 428:4, 428:6, 428:7, 428:8,
428:13, 428:19, 428:24, 429:8, 429:16,
429:17, 429:18, 429:20, 429:22,
429:23, 429:24, 430:1, 430:3, 430:5,
430:7, 430:8, 430:9, 430:11, 430:24,
430:25, 431:2, 431:3, 431:15, 431:16,
432:3, 432:4, 432:10, 432:13, 432:15,
432:16, 432:18, 432:19, 432:21,
432:23, 432:24, 432:25, 433:3, 433:6,
433:9, 434:1, 434:3, 434:4, 434:6,
434:8, 434:10, 434:11, 434:13, 434:20,
434:25, 435:3, 435:7, 435:20, 435:22,
435:23, 435:24, 436:1, 436:6, 436:8,
436:11, 436:14, 436:15, 436:16,
436:20, 436:22, 436:23, 436:25,
437:10, 437:15, 437:20, 437:21,
437:24, 438:5, 438:6, 438:8, 438:25,
439:2, 439:3, 439:4, 439:9, 439:11,
439:12, 439:13, 439:14, 439:16,
439:17, 439:21, 439:24, 439:25, 440:3,
440:4, 440:6, 440:7, 440:8, 440:11,
440:14, 440:16, 440:17, 440:18,
440:21, 440:23, 440:25, 441:2, 441:8,
441:12, 441:13, 441:14, 441:15, 442:1,
442:5, 442:11, 443:6, 443:10, 443:19,
444:3, 444:4, 444:5, 444:8, 444:13,
444:23, 445:2, 445:3, 445:8, 445:12,
445:13, 445:15, 445:18, 445:25, 446:5,
446:8, 446:11, 446:14, 446:18, 446:19,
446:24, 446:25, 447:4, 447:5, 447:6,
447:13, 447:15, 447:18, 447:20,
447:22, 448:1, 448:3, 448:10, 448:13,
448:14, 448:15, 448:18, 448:20,
448:25, 449:1, 449:2, 449:4, 449:7,
449:9, 449:10, 449:13, 449:14, 449:18,
449:19, 449:20, 450:1, 450:3, 450:4,
450:8, 450:9, 450:11, 450:12, 450:20,
451:1, 451:16, 451:18, 451:19, 451:20,
451:22, 452:2, 452:5, 452:9, 452:15,
453:1, 453:12, 453:18, 454:6, 454:11,
454:12, 454:15, 454:16, 454:19,
454:20, 455:5, 455:6, 455:18, 455:23,
456:17, 457:6, 457:22, 458:3, 458:9,
459:5, 459:8, 459:14, 459:16, 459:22,
460:3, 460:14, 460:16, 460:17, 460:21,
460:22, 461:1, 461:3, 461:9, 461:12,
461:18, 461:21, 461:22, 462:6, 462:8,
462:9, 462:10, 462:14, 462:22, 463:12,
463:13, 463:18, 463:23, 463:25, 464:3,
464:9, 464:12, 464:14, 464:16, 464:22,
464:25, 465:3, 465:4, 465:10, 466:5,
466:7, 466:11, 466:16, 466:21, 466:22,
466:24, 466:25, 467:6, 467:8, 467:15,
467:18, 468:1, 468:5, 468:10, 468:13,
468:17, 469:6, 469:7, 469:11, 469:15,
469:19, 469:20, 469:21, 470:2, 470:6,
470:13, 470:15, 470:21, 470:23,

470:25, 471:13, 471:17, 471:18, 471:21, 471:23, 471:24, 472:3, 472:5, 472:6, 472:7, 473:7, 473:17, 473:18, 473:20, 473:21, 473:24, 473:25, 474:4, 474:5, 474:10, 474:11, 474:17, 474:21, 474:23, 474:25, 475:5, 475:9, 475:12, 475:16, 475:19, 475:20, 475:22, 476:2, 476:3, 476:8, 476:10, 476:12, 476:14, 476:16, 476:17, 476:20, 476:22, 476:25, 477:4, 477:9, 477:13, 477:14, 477:15, 477:20, 477:22, 477:23, 478:2, 478:3, 478:9, 478:12, 478:14, 478:16, 478:19, 478:24, 479:2, 479:5, 479:8, 479:13, 479:25, 480:6, 480:15, 480:16, 480:20, 480:25, 481:11, 481:12, 481:13, 481:14, 481:19, 481:22, 481:23, 481:24, 482:2, 482:3, 482:9, 482:13, 482:15, 482:16, 482:19, 482:24, 483:1, 483:4, 483:7, 483:11, 483:12, 483:14, 483:17, 483:18, 483:22, 483:24, 484:2, 484:4, 484:7, 484:11, 484:12, 484:13, 484:17, 484:18, 484:24, 484:25, 485:3, 485:11, 485:13, 485:16, 485:19, 486:4, 486:6, 486:7, 486:12, 486:13, 486:15, 486:24, 487:2, 487:3, 487:4, 487:10, 487:12, 487:13, 487:15, 487:22, 487:23, 487:24, 487:25, 488:1, 488:2, 488:3, 488:5, 488:9, 488:12, 488:13, 488:14, 488:17, 488:18, 488:20, 488:21, 489:15, 489:18, 489:20, 489:23, 490:3, 490:18, 490:20, 490:21, 490:22, 490:24, 490:25, 491:1, 491:4, 491:6, 491:8

**their** - 263:8, 265:6, 265:13, 266:6, 266:19, 267:1, 267:2, 267:7, 277:6, 280:15, 280:22, 287:7, 288:14, 289:1, 289:14, 289:17, 295:7, 297:23, 298:9, 300:3, 300:16, 300:17, 300:25, 308:11, 308:25, 311:3, 311:7, 315:25, 316:1, 323:8, 325:13, 355:3, 355:24, 355:25, 356:11, 358:4, 358:5, 358:25, 359:6, 361:18, 365:3, 365:17, 367:4, 367:8, 368:5, 368:23, 369:9, 369:23, 372:12, 373:5, 384:7, 384:24, 385:10, 386:16, 396:20, 422:20, 424:16, 434:10, 439:19, 445:14, 453:13, 459:25

**them** - 253:25, 255:12, 255:15, 256:22, 256:24, 257:24, 260:14, 262:19, 265:12, 267:16, 279:13, 279:19, 283:3, 290:21, 293:21, 302:9, 302:15, 302:20, 304:4, 304:22, 304:23, 308:2, 308:10, 311:11, 316:1, 316:20, 317:23, 318:2, 318:6, 318:8, 318:14, 323:7, 323:10, 324:18, 325:4, 325:8, 325:13, 326:11, 330:11, 330:12, 333:20, 333:25, 334:21, 337:23, 338:12, 344:11, 345:9, 354:24, 356:13, 358:6, 362:20, 362:21, 366:21, 366:22, 368:2, 368:3, 368:16, 368:25, 376:14, 379:25, 382:17, 383:10, 384:3, 385:23, 385:24, 394:24, 394:25, 398:3, 403:10, 406:15, 412:14, 417:1, 420:24, 422:2, 422:3, 422:4, 431:14, 439:2, 439:3, 441:18, 441:19, 444:4, 444:6, 444:7, 446:22, 447:9, 452:9, 475:10, 475:19, 475:24, 478:3, 478:24, 478:25, 491:9

**themselves** - 276:5, 282:15, 283:21, 287:19, 309:12, 310:23, 311:15, 312:3, 370:13, 373:24, 382:22, 383:19, 387:1

**then** - 272:6, 281:8, 288:10, 296:13, 298:13, 321:25, 369:16, 375:5, 375:8, 380:16, 384:5, 404:2, 405:18, 405:19, 410:17, 411:24, 422:4, 422:9, 428:3, 430:25, 432:14, 434:16, 435:7, 441:3, 444:13, 446:16, 449:4, 449:7, 462:1, 471:20, 488:3

**Then-** 300:1, 300:6, 300:12, 300:23, 337:21, 399:18, 409:8, 422:9, 422:13, 436:1, 439:14, 481:11, 489:4

**There-** 265:10, 278:4, 288:9, 293:19, 302:17, 303:23, 306:2, 306:9, 308:8, 309:10, 314:2, 320:8, 337:16, 345:6, 366:3, 370:16, 371:16, 371:25, 372:16, 376:13, 379:3, 379:7, 380:19, 382:22, 418:6, 423:4, 423:20, 428:5, 429:23, 429:25, 434:7, 435:17, 437:7, 438:3, 485:7

**there** - 255:8, 262:22, 268:3, 268:6, 272:2, 275:10, 275:20, 276:12, 278:6, 279:12, 280:16, 288:19, 288:25, 289:23, 291:3, 291:4, 291:10, 292:3, 292:19, 293:12, 294:1, 294:9, 295:21, 295:24, 296:7, 296:11, 298:15, 298:20, 299:4, 299:22, 299:25, 300:2, 301:20, 301:25, 302:11, 304:8, 304:25, 305:19, 307:17, 307:21, 309:16, 311:23, 313:7, 316:15, 317:8, 320:10, 321:12, 335:15, 336:6, 342:10, 358:13, 359:22, 361:23, 367:17, 368:7, 368:8, 370:1, 370:2, 370:20, 372:2, 372:25, 373:11, 377:17, 377:23, 379:4, 379:10, 380:2, 381:5, 381:9, 384:5, 384:17, 393:2, 393:19, 396:17, 397:6, 401:3, 403:9, 403:18, 411:1, 411:23, 411:24, 412:23, 422:15, 423:18, 426:14, 427:17, 428:9, 428:12, 430:5, 430:6, 430:7, 431:18, 431:22, 433:22, 433:23, 434:16, 434:21, 435:2, 435:14, 435:18, 437:24, 438:1, 438:2, 438:3, 438:15, 438:23, 439:22, 440:19, 441:9, 442:8, 447:20, 447:22, 447:24, 448:2, 448:8, 448:13, 449:17, 449:21, 449:22, 450:2, 451:16, 452:13, 452:16, 454:11, 454:18, 456:4, 457:9, 467:21, 473:6, 473:14, 474:24, 475:21, 477:5, 480:7, 480:21, 482:4, 490:15

**There's-** 254:5, 255:24, 278:1, 314:14, 357:11, 359:22, 369:1, 370:6, 372:20, 373:21, 376:16, 380:9, 420:22

**there's** - 274:7, 277:16, 281:4, 288:10, 290:6, 299:19, 302:6, 306:13, 313:10, 316:18, 319:9, 337:22, 360:22, 370:8, 371:19, 374:25, 381:18, 385:2, 400:25, 411:9, 422:5, 445:16, 452:21, 452:22

**therein** - 305:15

**these** - 262:13, 263:3, 263:7, 263:9, 264:18, 265:3, 265:4, 265:8, 265:11, 266:7, 266:17, 267:3, 267:7, 268:16, 272:19, 276:16, 281:6, 299:11, 299:15, 302:14, 303:2, 304:16, 321:20, 322:15, 322:21, 333:18, 334:20, 338:9, 338:11, 339:5, 339:10, 339:11, 340:2, 340:11, 340:21, 352:11, 354:22, 355:14, 355:20, 357:10, 358:4, 363:19, 364:23, 364:25, 365:2, 366:5, 372:16, 378:18, 379:11, 403:7, 414:8, 429:22, 430:14, 430:15, 431:1, 433:7, 435:18, 437:18, 438:10, 452:17, 460:9, 486:20, 487:7, 487:25, 488:9, 490:1

**These-** 260:25, 262:18, 262:25, 332:8, 359:18, 365:12, 367:3, 382:24, 403:2

**they** - 255:18, 258:9, 261:4, 262:11, 262:19, 262:20, 262:23, 262:24, 263:5, 263:17, 263:23, 264:20, 265:5, 265:14, 265:15, 266:3, 266:4, 266:25, 267:7, 274:5, 274:21, 274:22, 274:25, 275:9, 275:15, 275:23, 275:24, 276:5, 276:20, 279:6, 280:11, 280:12, 280:16, 280:17, 281:1, 281:5, 281:6, 281:7, 281:9, 281:17, 282:20, 284:6, 284:8, 285:13, 288:11, 288:13, 289:12, 289:14, 289:17, 289:21, 290:7, 291:21, 291:22, 291:25, 293:4, 293:21, 293:23, 294:5, 294:6, 294:17, 295:16, 295:17, 296:16, 297:18, 297:19, 299:1, 299:13, 299:22, 299:25, 300:1, 300:6, 300:7, 300:8, 300:9, 300:24, 301:1, 301:7, 301:8, 301:22, 302:14, 302:19, 302:20, 303:6, 303:24, 306:9, 306:17, 306:19, 307:17, 307:24, 308:2, 308:5, 308:6, 308:7, 308:9, 308:10, 309:22, 310:11, 310:12, 311:8, 311:12, 311:13, 311:15, 311:16, 311:18, 311:19, 311:20, 311:22, 311:23, 312:23, 312:24, 313:15, 313:17, 313:18, 313:19, 313:23, 314:4, 314:6, 315:18, 316:19, 319:5, 324:23, 333:13, 344:10, 355:1, 355:2, 355:5, 355:21, 356:2, 356:3, 356:6, 356:11, 356:16, 356:17, 358:5, 359:6, 359:10, 359:18, 362:13, 365:17, 366:21, 367:8, 367:13, 367:16, 367:17, 367:19, 367:21, 367:25, 368:1, 368:22, 368:24, 369:9, 369:12, 369:15, 369:16, 371:13, 371:18, 371:21, 372:3, 372:4, 373:8, 373:24, 374:1, 374:5, 378:25, 382:2, 382:6, 382:15, 382:16, 382:17, 382:23, 383:13, 384:5, 384:7, 384:13, 384:15, 385:2, 385:4, 385:7, 385:9, 385:10, 385:11, 385:16, 393:1, 393:12, 396:4, 396:14, 396:16, 399:16, 400:17, 403:3, 404:12, 404:13, 406:14, 406:15, 407:17, 408:17, 408:18, 409:24, 410:8, 411:8, 411:11, 411:12, 411:24, 412:4, 412:5, 412:10, 412:13, 412:17, 415:7, 416:18, 416:25, 419:21, 422:1, 422:2, 422:5, 422:17, 430:1, 431:15, 433:9, 433:23, 434:18, 434:19, 436:16, 437:3, 438:17, 438:25, 439:16, 439:17, 440:4, 440:8, 440:18, 440:21, 443:13, 443:20, 444:12, 444:14, 444:19, 444:21, 444:25, 445:1, 445:14, 445:15, 445:20, 445:21, 446:9, 449:4, 449:13, 454:17, 458:20, 465:3, 473:9, 474:24, 474:25, 482:10, 486:21, 487:25, 490:20

**They-** 262:22, 263:5, 264:24, 266:4, 266:23, 266:25, 275:8, 279:3, 279:4, 280:21, 286:19, 287:4, 287:6, 288:9, 293:22, 293:24, 299:23, 299:24, 300:2, 300:5, 303:22, 305:4, 306:21, 307:17, 311:3, 311:10, 311:19, 311:22, 321:16, 333:14, 339:12, 355:9, 355:17, 355:24, 356:8, 359:3, 366:4, 368:14, 368:16, 370:12, 371:16, 372:12, 372:18, 372:25, 382:8, 382:16, 382:17, 382:25, 383:24, 385:5, 385:13, 392:21, 400:17, 400:18, 408:16, 410:2, 415:8, 416:18, 416:21, 422:19, 423:22, 433:7, 434:10, 434:16, 434:17, 435:6, 439:13, 444:6, 446:22, 447:1, 449:12, 450:2, 454:6, 458:24, 461:20, 475:17, 475:19, 482:11

**They'll-** 276:3, 368:5, 373:5

**they'll-** 276:4, 288:20

**They're-** 356:19, 356:20, 366:20, 368:21, 369:17, 369:21, 370:21

**they're-** 297:18, 299:25, 300:3, 306:4, 312:11, 312:22, 314:3, 315:18, 317:21, 317:23, 319:11, 354:24, 355:7, 355:25, 356:8, 356:10, 356:21, 359:20, 362:20, 366:24, 367:11, 367:14, 367:17, 367:18, 367:25, 369:11, 369:13, 369:23, 373:9, 374:24, 444:16

**They've-** 301:6, 301:23

**thieves** - 266:3

**thin** - 474:7

**thing** - 268:25, 277:7, 284:1, 284:2, 290:15, 294:22, 294:25, 296:14, 318:1, 332:16, 373:15, 397:18, 424:15, 445:6, 489:20

**things** - 275:17, 308:7, 308:13, 320:11, 354:11, 361:1, 379:3, 395:22, 399:13, 401:4, 404:18, 426:6, 426:25, 434:9, 437:12, 440:19, 443:23, 444:14, 446:22, 449:6, 451:4, 452:10, 454:20, 465:1, 478:2

**Things-** 404:24

**think** - 255:10, 255:18, 256:4, 256:12, 257:1, 257:25, 258:9, 296:12, 306:10,

361:1, 361:7, 380:9, 381:5, 395:17, 405:14, 415:8, 433:20, 463:3, 471:1, 474:5, 485:6, 486:25, 487:2, 487:3, 487:12, 487:23, 488:3, 488:10, 489:20
  **thinking** - 474:6
  **Third**- 328:2, 339:20
  **third** - 302:5, 328:14, 328:23, 335:7, 342:4, 342:25, 430:2, 441:17
  **third-party** - 441:17
  **thirty** - 264:6, 264:20, 264:25, 265:8, 283:8, 290:21, 379:14, 379:24
  **thirty-odd** - 265:8
  **thirty-two** - 264:20, 264:25
  **this** - 253:7, 253:8, 254:19, 255:1, 255:9, 255:17, 256:3, 256:4, 256:6, 256:23, 257:1, 257:19, 257:23, 259:4, 259:6, 260:16, 260:17, 260:23, 262:5, 264:4, 264:15, 264:16, 265:12, 266:1, 266:3, 266:9, 266:22, 267:4, 267:10, 267:11, 267:24, 268:1, 268:4, 268:18, 268:20, 268:25, 269:2, 269:10, 269:13, 269:15, 283:4, 283:13, 290:22, 298:7, 300:14, 300:16, 300:17, 322:11, 322:14, 327:20, 329:23, 332:24, 334:4, 334:11, 335:6, 335:15, 338:10, 338:13, 339:22, 340:3, 341:17, 341:19, 341:20, 342:10, 343:11, 352:16, 353:2, 357:9, 358:16, 358:20, 360:6, 360:8, 360:11, 361:5, 361:13, 361:15, 361:21, 361:22, 363:2, 363:8, 363:16, 365:2, 365:10, 365:16, 366:24, 368:2, 369:3, 370:24, 379:13, 383:9, 383:19, 390:4, 402:25, 405:3, 407:11, 416:17, 416:18, 416:21, 417:3, 418:25, 421:11, 422:6, 430:25, 431:3, 431:8, 431:18, 432:22, 434:9, 434:13, 438:5, 441:20, 441:24, 441:25, 443:24, 445:12, 447:1, 458:22, 467:2, 471:9, 471:10, 471:17, 472:12, 472:15, 472:22, 474:7, 484:7, 485:21, 486:2, 486:11, 486:20, 487:5, 487:21, 488:21, 489:1, 489:6, 489:9, 489:22, 490:4, 490:8, 490:9, 490:22
  **This** - 283:11, 284:1, 300:17, 327:2, 327:13, 327:21, 328:8, 328:17, 329:10, 329:11, 329:18, 330:15, 330:22, 330:23, 331:7, 331:14, 331:21, 335:1, 335:20, 335:21, 336:1, 336:12, 336:18, 336:23, 337:8, 337:11, 337:20, 338:20, 338:25, 339:9, 339:14, 340:15, 340:20, 340:24, 341:6, 341:23, 342:15, 342:17, 343:1, 343:4, 343:16, 345:14, 345:16, 346:10, 347:18, 348:3, 357:13, 385:9, 397:18, 415:19, 422:4, 428:17, 429:18, 430:17, 431:4, 441:22, 460:12, 471:16, 475:12, 482:23, 485:17
  **Thomas**- 327:16, 328:21, 328:24, 328:25, 330:17, 331:1, 331:11, 331:24, 335:24, 336:8, 336:20, 336:21, 338:7, 339:4, 342:7, 343:8, 343:10, 343:11, 343:19, 345:15, 345:23, 346:4, 346:5, 428:9, 428:15
  **thoroughly** - 488:24
  **Those**- 268:11, 317:12, 355:7, 429:20, 439:4, 453:12, 476:22
  **those** - 268:22, 270:24, 274:10, 274:12, 274:16, 275:25, 279:12, 281:22, 282:11, 282:17, 282:21, 284:16, 284:18, 284:19, 294:4, 296:1, 298:25, 302:3, 302:25, 304:11, 305:1, 305:3, 305:8, 308:6, 316:12, 316:17, 321:9, 323:6, 323:8, 324:9, 324:21, 324:25, 325:3, 326:14, 332:18, 333:9, 333:11, 333:16, 334:8, 340:5, 344:7, 344:13, 344:16, 344:18, 355:22, 369:8, 370:18, 371:19, 377:9, 379:21, 381:6, 391:5, 393:12, 396:6, 398:2, 403:1, 408:21, 434:6, 434:9, 434:15, 434:17, 444:13, 448:10, 448:19, 452:23, 458:15, 463:22, 473:16
  **though** - 314:6, 342:1, 441:13, 444:8,

445:17
  **thought** - 395:6, 448:1, 485:4
  **thousand** - 278:14, 324:8, 408:14, 411:6, 414:5
  **Thousands**- 324:13, 324:15, 381:14, 381:15
  **thousands** - 339:9, 374:25, 379:10, 380:2
  **threats** - 408:19, 408:21
  **three** - 259:8, 260:25, 262:21, 266:13, 272:11, 286:21, 286:22, 296:16, 317:12, 337:22, 342:11, 390:10, 441:16, 468:22
  **threes** - 440:23
  **thrill** - 396:2
  **thrives** - 266:18, 294:21, 295:5, 312:20
  **Through**- 261:19, 419:15, 443:18
  **through** - 259:14, 260:21, 261:24, 262:13, 263:25, 268:20, 268:23, 280:2, 291:18, 291:21, 292:1, 292:16, 299:15, 300:1, 302:12, 303:18, 305:21, 308:12, 315:19, 317:22, 319:4, 324:18, 326:23, 327:3, 333:8, 334:19, 335:17, 344:7, 344:22, 355:24, 355:25, 358:4, 361:15, 365:1, 402:2, 405:17, 421:19, 422:1, 422:22, 423:16, 423:17, 428:13, 476:10, 489:22, 492:10
  **throughout** - 290:7, 368:11, 377:16, 395:20
  **thrown** - 371:10
  **thus** - 322:11
  **ties** - 402:10, 402:23
  **time** - 254:17, 255:15, 262:17, 263:6, 266:16, 266:17, 268:12, 272:17, 274:24, 275:14, 283:11, 283:12, 291:7, 298:12, 308:14, 313:4, 323:7, 324:3, 326:1, 334:11, 334:19, 354:19, 355:12, 355:13, 356:8, 356:11, 361:19, 365:13, 366:3, 370:24, 371:11, 377:24, 378:21, 378:23, 383:21, 388:25, 392:10, 392:19, 393:1, 393:3, 393:5, 393:17, 393:23, 394:9, 394:19, 396:14, 399:5, 399:8, 402:19, 403:1, 403:18, 404:2, 404:3, 404:7, 405:5, 406:1, 406:19, 406:25, 409:13, 410:16, 410:19, 411:23, 412:1, 412:4, 412:23, 414:12, 416:16, 417:13, 418:6, 418:10, 420:15, 421:8, 422:25, 424:24, 426:15, 430:16, 444:9, 444:13, 447:24, 449:17, 449:22, 450:16, 450:20, 451:1, 451:16, 452:9, 452:19, 455:13, 456:4, 456:17, 456:21, 457:9, 460:10, 461:21, 462:1, 464:25, 469:15, 469:19, 469:22, 470:24, 472:25, 475:24, 476:16, 477:13, 478:24, 480:21, 483:1
  **timeliness** - 268:7
  **timers** - 417:24
  **times** - 258:17, 259:18, 273:24, 275:9, 283:7, 283:8, 283:9, 313:10, 317:14, 321:10, 353:1, 353:3, 377:19, 379:3, 379:4, 382:5, 382:22, 408:20, 411:24, 423:4, 437:19, 455:25, 468:1, 478:13, 478:14, 486:7
  **tips** - 411:12
  **title** - 289:10, 392:20
  **to** - 253:6, 253:9, 253:17, 253:23, 253:25, 254:7, 254:9, 254:16, 254:17, 254:22, 254:23, 254:25, 255:4, 255:10, 255:11, 255:12, 255:15, 255:18, 255:19, 255:24, 255:25, 256:3, 256:5, 256:10, 256:14, 256:24, 257:2, 257:3, 257:8, 257:10, 257:11, 257:14, 257:18, 257:20, 257:22, 258:4, 258:10, 258:20, 258:22, 258:25, 259:21, 260:4, 260:5, 260:11, 260:14, 260:20, 260:21, 261:12, 261:15, 261:16, 261:17, 261:24, 262:6, 262:7, 262:14, 262:25, 263:1, 263:4, 263:5, 263:9, 263:11, 263:16, 263:17, 264:4, 264:8, 264:15,

264:17, 264:20, 264:21, 265:6, 265:11, 265:13, 265:15, 265:16, 265:17, 265:18, 266:4, 266:5, 266:9, 266:22, 266:23, 267:1, 267:8, 267:9, 267:16, 267:17, 267:19, 267:21, 267:23, 268:13, 268:19, 268:22, 269:3, 269:17, 270:21, 270:23, 271:8, 271:14, 271:15, 271:18, 271:21, 271:24, 272:1, 272:2, 272:8, 272:11, 272:12, 272:22, 274:4, 274:5, 274:8, 274:9, 274:10, 274:11, 274:12, 274:13, 274:20, 274:22, 274:23, 274:24, 275:1, 275:14, 275:15, 276:5, 276:10, 276:12, 276:13, 276:14, 276:22, 277:3, 277:5, 277:7, 277:8, 277:9, 277:12, 277:14, 277:18, 277:21, 277:25, 278:25, 279:1, 279:8, 279:18, 280:2, 280:5, 280:10, 280:13, 280:17, 280:21, 281:7, 281:17, 281:22, 284:4, 284:16, 284:19, 285:6, 285:12, 285:17, 286:6, 286:7, 286:12, 286:22, 287:1, 287:15, 287:17, 287:19, 287:21, 287:22, 288:1, 288:3, 288:4, 288:5, 288:13, 288:20, 288:25, 289:1, 289:5, 289:12, 289:14, 289:18, 290:9, 290:19, 291:2, 291:19, 291:21, 291:24, 292:1, 292:16, 293:4, 293:15, 293:17, 293:21, 294:6, 294:17, 294:18, 295:7, 295:9, 295:10, 295:14, 295:16, 295:19, 296:2, 296:4, 296:7, 296:8, 296:17, 297:2, 297:11, 297:18, 297:23, 297:25, 298:1, 298:4, 298:5, 298:8, 298:9, 298:12, 298:13, 299:10, 299:19, 299:25, 300:1, 300:3, 300:5, 300:8, 300:11, 300:13, 300:15, 300:16, 300:19, 300:21, 301:11, 301:13, 301:20, 301:24, 302:4, 302:7, 302:9, 302:12, 302:16, 303:9, 303:11, 303:13, 303:16, 303:20, 303:23, 303:25, 304:2, 304:3, 304:4, 304:7, 304:18, 304:20, 304:21, 305:4, 305:7, 305:13, 305:15, 305:17, 305:18, 305:20, 306:4, 306:5, 306:10, 306:12, 306:16, 306:17, 306:18, 306:19, 306:21, 306:25, 307:6, 307:10, 307:15, 307:17, 307:21, 307:22, 308:8, 308:13, 308:14, 308:25, 309:6, 309:8, 309:10, 309:11, 309:14, 309:24, 309:25, 310:6, 310:9, 310:10, 310:22, 311:3, 311:5, 311:6, 311:8, 311:9, 311:10, 311:12, 311:13, 311:16, 311:18, 311:23, 312:6, 312:9, 312:10, 312:11, 312:20, 312:22, 312:23, 312:24, 313:4, 313:20, 313:25, 314:1, 314:19, 315:3, 315:5, 315:9, 315:10, 315:19, 315:24, 316:10, 316:20, 316:22, 316:24, 316:25, 317:6, 317:8, 317:21, 317:25, 318:3, 318:5, 318:8, 318:10, 318:14, 318:19, 319:6, 319:7, 319:8, 319:12, 320:10, 320:13, 320:19, 320:22, 321:3, 321:4, 321:5, 321:10, 321:12, 321:18, 321:19, 321:24, 322:12, 322:21, 323:6, 324:17, 325:8, 325:9, 326:17, 326:18, 326:21, 326:25, 328:6, 329:8, 329:20, 329:24, 330:1, 330:2, 330:3, 330:4, 332:16, 333:3, 333:7, 333:8, 333:20, 333:21, 333:25, 334:8, 334:12, 334:16, 334:18, 334:20, 334:22, 337:16, 340:4, 344:5, 344:8, 344:12, 344:21, 345:1, 345:3, 350:7, 350:10, 352:10, 352:11, 352:24, 353:1, 353:7, 353:17, 353:22, 353:25, 354:5, 354:12, 354:18, 355:2, 355:7, 355:9, 355:13, 355:20, 355:21, 355:22, 356:6, 356:11, 357:1, 357:2, 357:3, 357:13, 357:14, 357:15, 357:19, 357:22, 358:4, 358:5, 358:10, 358:13, 358:16, 358:19, 358:25, 359:3, 359:6, 359:8, 359:9, 359:10, 360:2, 360:6, 360:8, 360:18, 360:19, 360:22, 360:25, 361:2, 361:3, 361:13, 361:24, 361:25, 363:7, 363:14, 363:18, 364:25, 365:6, 365:10, 365:16, 365:17, 365:21,

365:23, 366:2, 366:6, 366:13, 366:15, 366:16, 366:19, 366:20, 366:22, 367:5, 367:11, 367:14, 367:18, 367:25, 368:2, 368:5, 368:14, 368:22, 369:8, 369:9, 369:11, 370:7, 370:12, 370:18, 371:10, 371:13, 371:24, 372:4, 372:7, 372:11, 372:16, 373:2, 373:4, 373:6, 373:7, 373:9, 373:15, 374:1, 374:2, 374:5, 374:13, 374:15, 375:1, 375:7, 375:10, 375:11, 375:18, 375:19, 375:25, 376:4, 376:12, 376:14, 376:20, 377:6, 377:9, 377:18, 377:20, 377:21, 377:24, 379:10, 380:8, 380:9, 380:11, 380:12, 380:17, 381:11, 381:23, 382:2, 382:3, 382:4, 382:6, 382:9, 382:10, 382:14, 382:15, 382:24, 383:2, 383:3, 383:5, 383:7, 383:14, 383:18, 384:3, 384:8, 384:11, 384:12, 384:14, 384:15, 384:20, 384:21, 384:23, 384:25, 385:3, 385:7, 385:15, 385:17, 385:20, 385:21, 386:7, 386:10, 386:13, 386:16, 386:24, 388:23, 388:24, 388:25, 389:6, 389:21, 389:24, 391:15, 391:16, 392:6, 392:7, 392:12, 392:23, 393:2, 393:12, 393:24, 394:15, 394:25, 395:2, 395:8, 395:20, 396:1, 396:2, 396:9, 396:13, 396:15, 397:4, 397:21, 398:1, 398:3, 398:6, 398:16, 399:2, 399:4, 399:9, 400:1, 400:17, 400:18, 400:24, 401:3, 401:19, 402:12, 402:20, 403:9, 403:22, 403:23, 404:1, 404:3, 404:4, 404:7, 404:17, 404:18, 404:19, 404:21, 405:12, 405:13, 405:14, 405:15, 405:16, 405:17, 405:20, 406:1, 406:13, 406:14, 406:15, 406:24, 407:1, 407:2, 407:3, 407:11, 407:13, 407:16, 407:17, 407:18, 407:19, 407:25, 408:2, 408:4, 408:15, 408:20, 409:1, 409:2, 409:9, 409:10, 409:12, 409:23, 410:2, 410:11, 410:15, 410:17, 410:18, 410:20, 411:10, 412:14, 413:6, 413:9, 413:12, 413:17, 414:1, 414:7, 414:8, 414:10, 414:12, 414:14, 414:20, 414:21, 414:22, 415:5, 415:8, 415:9, 416:7, 416:9, 416:11, 416:13, 416:14, 416:15, 416:17, 416:18, 416:19, 416:20, 416:21, 416:22, 416:23, 416:25, 417:1, 417:12, 418:13, 418:21, 418:25, 419:24, 420:20, 420:23, 420:24, 421:11, 421:19, 421:21, 421:25, 422:3, 422:4, 422:5, 422:8, 422:9, 422:13, 422:15, 422:17, 423:13, 423:16, 423:18, 423:21, 423:22, 424:13, 424:15, 424:16, 424:19, 424:22, 425:23, 425:18, 425:19, 426:3, 426:15, 426:17, 426:18, 426:24, 427:3, 427:5, 427:11, 427:16, 427:18, 428:1, 428:7, 430:2, 430:4, 430:9, 430:12, 430:19, 431:6, 431:7, 431:11, 431:14, 431:25, 432:6, 432:11, 432:12, 432:13, 432:21, 432:23, 432:24, 433:19, 433:23, 434:3, 434:8, 434:10, 434:18, 434:19, 435:1, 435:22, 435:23, 435:24, 436:6, 436:14, 436:18, 436:20, 436:21, 436:25, 437:22, 438:13, 439:9, 439:13, 439:15, 439:20, 439:23, 439:25, 440:1, 440:3, 440:6, 440:23, 440:25, 441:1, 441:3, 441:7, 441:15, 441:18, 441:22, 442:2, 442:4, 442:9, 443:2, 443:4, 443:9, 443:19, 444:11, 444:12, 444:14, 444:17, 444:19, 444:20, 444:25, 445:14, 445:20, 445:23, 446:21, 447:2, 447:3, 447:4, 447:6, 447:11, 447:22, 447:24, 448:3, 448:6, 448:8, 448:11, 448:19, 448:22, 449:5, 449:6, 449:7, 449:10, 449:12, 449:13, 449:14, 449:15, 450:2, 450:10, 450:22, 451:3, 451:5, 451:14, 451:17, 451:18, 452:16, 452:17, 452:21, 452:23, 453:1, 453:4, 453:6, 453:8, 453:10, 453:13, 453:15,

453:18, 453:24, 453:25, 454:11, 454:14, 454:22, 455:14, 455:22, 456:1, 456:11, 456:13, 456:15, 456:16, 456:20, 456:21, 458:19, 459:13, 459:22, 459:25, 460:6, 460:20, 460:21, 460:22, 461:6, 461:9, 461:20, 464:6, 464:7, 464:22, 464:25, 465:3, 465:4, 465:6, 465:9, 466:6, 466:8, 466:12, 466:25, 467:21, 468:6, 468:9, 469:11, 469:24, 470:3, 470:7, 470:8, 470:10, 470:12, 470:19, 470:20, 470:23, 471:7, 471:8, 471:9, 471:13, 471:23, 471:24, 472:5, 472:23, 472:24, 473:11, 473:20, 474:3, 474:4, 474:12, 475:2, 475:14, 475:18, 475:19, 475:21, 476:1, 476:3, 476:12, 477:1, 477:12, 478:4, 478:13, 478:22, 478:25, 479:18, 479:19, 480:24, 481:1, 481:4, 481:5, 481:6, 481:19, 481:23, 482:5, 482:7, 482:16, 482:23, 483:7, 483:8, 483:10, 483:11, 483:17, 483:21, 483:23, 484:7, 484:11, 484:13, 485:8, 485:15, 485:19, 485:20, 486:8, 486:14, 486:17, 486:23, 487:1, 487:5, 487:11, 487:17, 487:20, 488:2, 488:13, 488:14, 488:20, 488:22, 489:1, 489:5, 489:8, 489:9, 489:13, 489:17, 489:20, 490:7, 490:8, 490:25, 491:1, 491:3, 492:9, 492:10, 492:11

**To**- 258:25, 278:9, 279:19, 291:18, 323:19, 366:11, 484:18, 484:24
**today** - 254:14, 255:24, 257:9, 265:12, 284:18, 353:1, 353:5, 380:13, 380:24, 380:25, 381:2, 390:4, 431:19, 432:22, 434:15, 490:19
**together** - 379:3, 399:9, 409:8, 438:21, 452:9, 452:11, 455:21, 456:20, 456:21, 456:23, 491:13
**Together**- 260:15
**told** - 253:6, 280:6, 281:6, 299:19, 303:25, 304:1, 311:23, 313:10, 313:14, 355:7, 366:21, 382:18, 396:1, 416:19, 422:6, 426:5, 426:9, 439:20, 456:13, 456:14, 456:15, 458:24, 463:20, 463:21, 464:25, 465:9, 467:8, 467:14, 475:10, 478:5, 482:4, 486:19, 490:1, 490:6
**tolerate** - 371:13, 371:16, 371:18
**Tommy**- 335:2, 338:14, 345:15, 402:2, 402:17, 414:23, 418:20, 418:21, 418:24, 425:17, 457:16, 457:21, 477:5, 477:7
**tomorrow** - 489:15, 489:18
**tons** - 312:10
**Tony**- 348:17, 396:25
**Tony's**- 400:25
**too** - 338:16, 367:7, 371:24, 371:25, 413:3, 424:21, 434:7, 450:3, 474:7, 477:3
**took** - 261:13, 354:23, 379:21, 379:22, 392:8, 408:17, 423:11, 425:17, 428:6, 429:24, 429:25, 430:1, 430:23, 430:24, 432:18, 454:19, 464:12, 467:2, 469:14, 470:23, 470:25, 472:12, 472:14, 474:4, 474:8, 486:13
**Top**- 343:7, 343:18
**top** - 260:23, 286:11, 286:21, 328:23, 332:3, 335:4, 335:7, 342:11, 342:20, 342:22, 343:5
**Tori**- 349:2
**total** - 324:6
**touched** - 372:11
**tough** - 443:6, 443:21, 453:24, 453:25, 458:20, 475:17, 475:18, 479:15, 487:17
**towards** - 487:14, 487:19
**town** - 382:6
**trace** - 264:5
**tracked** - 391:2
**Trade**- 259:17, 463:7
**traditional** - 314:8

**traffic** - 323:2
**trafficking** - 283:2
**tragic** - 259:2
**Traina**- 396:25
**Transcript**- 252:9
**transcript** - 252:25, 253:18, 253:19
**transferred** - 271:24
**translation** - 284:1
**Trantel**- 331:20
**Travella**- 382:11, 382:21
**treat** - 304:2, 304:20, 306:25
**trees** - 395:24
**tremendous** - 297:20, 310:11
**trial** - 254:1, 254:9, 260:17, 262:5, 264:4, 266:2, 268:4, 269:13, 269:15, 269:16, 325:9, 333:21, 357:23, 358:1, 379:13, 438:11, 454:11, 471:24, 480:2, 488:9
**Trial**- 252:9, 253:1
**trials** - 353:15, 382:21, 479:20
**tribute** - 292:4, 368:17, 369:13
**tried** - 254:22, 263:17, 360:25, 393:2, 403:9, 416:25, 421:11, 478:4
**Tried**- 456:1
**tries** - 293:17
**trouble** - 356:6, 442:11, 444:21, 489:21
**Trucchio**- 328:9, 328:18, 331:18, 332:1, 332:11, 333:1, 349:12
**truck** - 413:17, 413:20
**trucking** - 413:6, 413:19
**trucks** - 413:10
**true** - 313:1, 356:17, 360:25, 384:9, 384:10
**trunk** - 416:22, 417:2
**trust** - 294:7, 362:21
**truth** - 281:7, 281:8, 361:2
**truthful** - 266:6
**Try**- 256:24
**try** - 257:11, 281:17, 309:10, 355:9, 358:19, 359:6, 359:10, 412:14, 445:20
**trying** - 260:4, 480:5, 484:7
**Trying**- 438:13
**Tuesday**- 491:4
**turn** - 288:3, 318:18, 357:3, 357:19, 398:6, 446:23
**turning** - 375:10
**turns** - 369:8
**Tv's**- 275:17
**twelve** - 257:16, 377:21
**twenties** - 403:15, 405:3
**Twenty**- 392:9
**twenty** - 270:8, 282:23, 290:21, 379:24, 390:22, 453:15
**twenty-five** - 270:8, 282:23
**Twenty-six** - 392:9
**twenty-two** - 390:22
**two** - 259:7, 264:20, 264:25, 265:25, 269:13, 277:11, 299:1, 299:2, 316:18, 329:8, 333:4, 337:16, 337:17, 345:5, 345:6, 376:9, 390:22, 391:14, 391:20, 396:3, 397:8, 411:13, 428:5, 432:24, 438:19, 438:21, 439:1, 439:4, 440:5, 441:15, 441:16, 449:12, 452:9, 468:24, 476:22
**Two** - 259:24, 390:20, 410:7, 479:22
**twofold** - 319:6
**twos** - 440:23
**type** - 277:25, 278:9, 293:25, 339:10, 353:21, 371:9, 380:23, 400:5, 435:3
**types** - 262:5, 321:13, 321:20
**typical** - 288:21, 291:13, 443:9
**Typically**- 315:18
**typically** - 276:9, 276:16, 278:15, 280:15, 292:25, 293:9, 293:17, 297:17, 299:11, 315:17, 315:20, 325:6, 386:7

## U

**ultimate** - 393:4

**umbrella** - 404:14
**Uncle** - 451:15
**Under** - 286:18
**under** - 261:2, 265:15, 265:20, 288:16, 292:13, 295:1, 311:13, 318:14, 355:25, 356:16, 356:19, 356:20, 371:19, 404:23, 407:24, 408:3, 411:25, 417:13, 421:8, 461:21, 461:23, 469:6, 471:18, 472:7, 473:5, 473:7, 474:5, 475:12, 488:17, 488:18
**Underboss** - 415:25
**underboss** - 260:24, 260:25, 286:18, 286:20, 287:13, 290:12, 394:4, 402:8, 402:19, 413:14, 418:20, 469:20, 471:18, 472:7, 472:9, 473:21, 473:25, 490:3
**underbosses** - 289:8
**Underneath** - 287:8
**understand** - 258:3, 267:15, 275:14, 322:13, 357:9, 398:16, 460:22, 471:10, 478:5, 479:25, 482:5, 482:16, 483:22, 484:1, 484:2, 484:5, 484:6, 488:5, 491:1
**understanding** - 275:21, 366:17, 454:22, 481:22, 483:23, 484:11, 489:22
**United** - 252:1, 252:3, 252:10, 252:13, 260:9, 260:13, 260:16, 283:18, 284:3, 290:7, 393:9
**unless** - 375:24, 440:6, 453:17
**Unless** - 439:14, 439:23, 474:3
**unsupported** - 268:16
**Until** - 272:5, 273:1
**until** - 254:20, 272:7, 296:12, 375:21, 445:14, 446:9, 461:21, 483:1, 486:16, 491:18
**Up** - 421:11, 461:21, 483:1
**up** - 256:2, 257:10, 257:22, 258:6, 258:22, 259:17, 261:1, 264:7, 274:24, 280:5, 287:11, 288:5, 289:18, 292:1, 292:4, 292:6, 292:8, 293:7, 293:15, 293:18, 294:24, 294:25, 295:1, 298:8, 298:17, 306:1, 310:10, 317:21, 318:7, 320:2, 321:18, 324:5, 330:11, 345:1, 357:11, 357:12, 358:8, 360:18, 366:22, 368:17, 369:3, 369:12, 369:13, 369:23, 371:6, 372:7, 373:6, 374:5, 374:8, 375:2, 375:3, 375:19, 376:20, 380:22, 385:15, 391:17, 391:19, 393:1, 394:15, 397:21, 398:2, 399:9, 402:8, 404:2, 404:17, 404:19, 405:9, 405:19, 407:14, 407:15, 407:25, 410:11, 410:18, 414:5, 416:10, 421:11, 421:22, 422:17, 422:21, 422:25, 424:20, 427:18, 427:22, 428:1, 428:11, 430:24, 432:20, 435:6, 440:3, 440:23, 442:9, 443:21, 450:2, 451:5, 451:12, 452:8, 453:17, 455:21, 458:15, 478:3, 482:23, 485:20, 486:16, 489:5, 490:8
**upon** - 306:5, 370:25, 371:8, 373:17, 379:10, 383:10, 471:14, 489:8
**Upon** - 272:21, 298:11, 428:8
**ups** - 372:4
**upstairs** - 396:15, 396:18, 450:1, 450:9
**Upstate** - 382:11, 382:19
**Us** - 252:4, 252:15, 270:10, 272:25, 355:21, 391:5
**us** - 255:25, 268:11, 268:13, 274:5, 277:18, 278:6, 281:18, 286:12, 299:15, 305:20, 414:12, 416:11, 428:19, 430:17, 430:19, 432:2, 433:7, 439:22, 486:19, 490:1, 490:18, 490:25
**use** - 276:3, 277:20, 277:21, 282:15, 284:18, 300:24, 301:22, 303:22, 318:24, 372:19, 386:16, 389:5, 390:23, 396:15, 400:24, 404:21, 408:15
**used** - 262:7, 274:1, 278:18, 287:15, 316:10, 317:8, 317:13, 320:11, 361:11, 368:1, 393:12, 400:17, 414:7, 426:24, 427:11, 450:2, 456:20, 456:21, 461:20,

477:12, 478:13
**useful** - 484:8
**using** - 260:21, 273:21, 275:10, 362:19
**Usually** - 276:25, 293:2, 293:11, 355:25, 412:3, 422:22, 424:15, 438:19, 477:5
**usually** - 276:11, 280:11, 281:3, 281:4, 287:2, 288:12, 290:20, 293:3, 299:20, 300:13, 302:6, 303:6, 304:5, 305:13, 320:1, 359:4, 373:24, 407:1, 477:11
**Utrecht** - 401:18, 410:10

## V

**V** - 429:5
**v** - 252:4
**vacations** - 451:4, 452:10
**Vague** - 476:1
**valet** - 454:6
**Vallario** - 330:18
**Vallerio** - 341:3
**valuable** - 310:16, 312:10, 386:13, 386:14, 388:16, 409:2, 414:1, 435:24, 435:25, 468:5, 473:20, 487:14, 488:2
**value** - 484:11
**valued** - 455:19
**vandalism** - 399:13
**Vandalism** - 400:4
**varied** - 377:24
**varies** - 353:19, 355:19, 359:8, 366:15, 367:5, 413:1
**Varies** - 263:23
**variety** - 263:23
**various** - 262:5, 277:3, 288:23, 290:4, 293:19, 305:17, 320:11, 333:15, 342:18, 360:9, 378:25
**vary** - 290:14, 305:4, 377:19, 378:19, 378:21
**Vegas** - 401:25, 402:25, 403:7
**vehicle** - 275:17, 276:25, 321:2
**vehicles** - 275:8, 323:19
**vehicular** - 323:2
**verbally** - 304:23, 310:1, 311:20, 355:15, 355:17
**verbatim** - 359:25, 360:1, 360:14
**verdict** - 267:14, 269:8
**verifiable** - 358:23
**verifiable** - 358:23
**verification** - 302:17
**verified** - 367:23
**verify** - 358:20
**Vernace** - 328:25
**version** - 299:17, 301:5
**very** - 257:9, 257:10, 258:3, 266:16, 266:17, 275:14, 275:15, 275:23, 277:4, 277:18, 305:14, 305:16, 305:20, 315:24, 321:25, 365:2, 377:16, 378:1, 387:1, 395:6, 398:7, 399:7, 408:24, 411:2, 416:8, 423:15, 450:25, 451:3, 452:8, 455:21, 458:20, 459:3, 461:17, 461:25, 468:4, 471:9, 471:20, 475:14, 479:11, 481:6, 484:13, 485:7, 488:24
**Very** - 255:21, 386:3, 453:24, 478:18, 481:6, 490:10
**vestibule** - 414:25
**via** - 364:22
**Vic** - 335:11
**victim** - 259:10, 374:16
**victim's** - 393:13, 417:7
**victims** - 263:18, 263:22
**Victor** - 339:2, 342:21, 429:5
**video** - 276:11, 277:20, 277:22
**Video** - 378:3
**videos** - 276:15, 396:4
**videotaped** - 359:18
**view** - 357:10, 385:11, 385:13, 385:14
**viewed** - 344:7
**viewing** - 339:9
**Vincent** - 329:15, 329:16, 331:2,

332:2, 332:4, 338:5, 343:20, 348:15, 350:17, 350:21, 364:15
**Vinciulo** - 348:23
**Vinnie** - 419:22
**Vinny** - 350:17, 437:15, 437:20, 442:1
**violate** - 308:17, 373:8, 444:1
**violated** - 390:1
**violating** - 309:16, 372:10, 435:18, 435:20
**violation** - 309:20, 312:6, 312:14, 312:16, 315:13, 408:15
**violations** - 310:4
**Violence** - 408:16
**violence** - 260:21, 294:10, 294:11, 294:13, 294:18, 295:4, 295:7, 295:10, 296:17, 297:7, 297:10, 308:13, 310:12, 409:2, 409:5
**violent** - 260:18, 260:20, 297:20, 308:9
**visit** - 289:20, 447:9
**Vittorio** - 335:11
**voice** - 416:10, 428:11, 451:5
**voices** - 452:22
**voluntarily** - 368:22, 368:24
**voluntary** - 369:6
**voted** - 264:24
**votes** - 290:11
**vouch** - 302:19
**vow** - 303:20
**vowing** - 303:9, 303:11, 303:16

## W

**wait** - 290:21
**waiting** - 425:7
**wake** - 305:13, 327:14, 327:21, 328:18, 329:12, 330:15, 330:20, 330:23, 331:8, 331:17, 331:22, 332:9, 335:1, 335:22, 336:24, 337:13, 338:21, 340:16, 340:25, 341:7, 341:19, 341:24, 343:17, 393:19, 393:22, 393:25, 394:1, 394:6, 394:22
**waked** - 337:21
**wakes** - 276:21, 278:2, 304:25, 321:7, 321:12, 325:25, 337:16, 378:16, 452:12, 452:13, 452:24, 453:5, 453:10, 453:14, 453:16, 453:19, 476:11
**walk** - 299:15, 317:2, 317:4, 381:25, 395:20, 411:25, 412:2, 412:5, 414:25, 452:23, 472:14, 472:15, 472:19, 473:3, 474:24
**walk-talk** - 317:2, 317:4, 412:2, 472:15, 472:19, 473:3, 474:24
**walk-talks** - 411:25, 452:23
**walked** - 427:18, 427:22, 428:1, 428:4, 428:19, 429:20, 430:5, 437:19
**Walked** - 428:4
**walking** - 317:6, 383:9, 395:13
**want** - 253:9, 255:25, 256:10, 257:18, 260:11, 265:11, 265:13, 280:16, 293:21, 294:6, 295:16, 306:19, 306:21, 311:10, 326:25, 332:16, 333:3, 352:11, 355:22, 356:6, 356:11, 358:5, 360:7, 370:12, 375:20, 376:4, 383:5, 383:13, 384:25, 385:2, 397:21, 405:12, 422:2, 422:5, 430:19, 434:8, 435:8, 439:3, 439:16, 440:5, 444:19, 444:25, 455:14, 466:13, 470:18, 471:9, 471:13, 471:14, 471:23, 474:23, 487:1, 487:6, 489:17, 490:7
**wanted** - 253:23, 352:10, 376:12, 376:20, 385:18, 398:3, 405:16, 406:13, 415:8, 423:22, 434:10, 448:5, 458:19, 464:24
**wants** - 260:21, 279:7, 298:4, 298:12, 373:7, 383:18, 440:6, 443:19
**Ward** - 254:4
**warehouseman** - 402:15
**warrant** - 357:6
**warrants** - 293:25

**Was** - 326:9, 334:3, 388:16, 393:16, 393:19, 407:11, 414:1, 416:4, 418:19, 420:18, 423:18, 433:23, 435:10, 437:20, 437:24, 453:3, 453:9, 455:19, 460:21, 461:6, 461:9, 464:22, 473:20, 479:8

**was** - 253:5, 254:6, 254:18, 255:3, 255:5, 258:12, 258:17, 258:20, 259:1, 259:10, 259:13, 259:23, 260:1, 260:18, 261:9, 261:17, 261:24, 264:24, 265:18, 267:24, 267:25, 268:13, 269:21, 271:12, 271:14, 271:15, 271:24, 272:8, 272:17, 272:21, 272:25, 283:12, 296:12, 300:2, 303:8, 324:3, 326:24, 327:2, 327:3, 327:13, 327:14, 327:21, 328:8, 329:11, 331:6, 331:14, 331:16, 331:21, 335:19, 337:19, 337:20, 337:21, 338:18, 339:13, 340:14, 340:23, 341:5, 341:19, 342:13, 343:13, 343:15, 343:16, 344:3, 354:8, 354:15, 355:6, 357:25, 358:20, 359:11, 359:23, 362:10, 362:12, 365:24, 375:7, 376:12, 378:19, 378:20, 378:21, 378:24, 379:2, 379:4, 379:5, 379:22, 381:2, 385:16, 387:11, 388:13, 388:15, 388:21, 390:17, 391:6, 391:7, 391:12, 391:25, 392:6, 392:10, 392:11, 392:17, 392:18, 392:20, 392:23, 392:24, 393:2, 393:3, 393:5, 393:9, 393:11, 393:23, 394:9, 395:3, 395:13, 395:16, 395:18, 395:21, 396:2, 396:12, 396:17, 396:24, 397:1, 398:5, 398:8, 398:9, 398:13, 398:16, 398:17, 399:7, 399:16, 400:4, 400:8, 400:11, 402:3, 402:4, 402:7, 402:15, 402:19, 403:8, 403:10, 403:16, 403:21, 403:25, 404:1, 404:2, 404:3, 404:7, 405:3, 405:7, 405:8, 405:10, 406:5, 407:9, 407:16, 408:16, 409:16, 410:9, 410:10, 410:16, 410:17, 410:18, 410:19, 411:5, 411:10, 411:23, 411:25, 413:6, 413:8, 413:9, 413:12, 413:13, 414:5, 414:6, 414:15, 414:22, 415:4, 415:8, 415:9, 415:15, 415:17, 415:18, 415:23, 416:3, 416:7, 416:8, 416:16, 416:19, 416:20, 416:23, 417:7, 417:12, 417:21, 418:2, 418:6, 418:7, 418:14, 418:15, 418:17, 418:19, 418:20, 418:22, 418:23, 419:10, 419:12, 420:5, 420:9, 420:14, 421:4, 422:7, 423:4, 423:5, 423:9, 423:10, 423:15, 423:16, 423:20, 425:18, 426:5, 426:18, 427:10, 427:19, 428:8, 428:13, 428:17, 429:4, 429:8, 429:10, 429:11, 429:23, 429:25, 430:1, 430:2, 430:5, 430:9, 430:25, 432:21, 433:6, 434:7, 434:11, 434:12, 434:16, 437:15, 437:17, 437:18, 437:21, 438:1, 438:2, 438:3, 438:5, 438:8, 438:9, 438:10, 438:11, 438:12, 440:7, 440:13, 440:24, 441:18, 442:9, 443:5, 443:6, 444:4, 445:2, 446:8, 446:9, 446:16, 446:21, 447:18, 448:7, 448:15, 448:22, 449:19, 449:23, 449:25, 450:4, 450:8, 450:9, 450:11, 450:16, 450:20, 450:21, 451:1, 451:11, 451:16, 451:17, 451:18, 451:22, 452:2, 452:4, 452:7, 452:15, 452:19, 454:2, 454:11, 454:14, 454:16, 454:19, 454:20, 454:22, 455:13, 455:18, 455:20, 455:23, 456:7, 456:24, 457:8, 457:9, 457:14, 457:15, 458:15, 459:1, 459:3, 460:8, 461:3, 462:6, 462:8, 462:10, 462:13, 462:14, 462:15, 462:22, 462:24, 463:6, 463:8, 463:11, 463:18, 464:3, 464:14, 464:16, 464:24, 464:25, 465:9, 465:10, 466:5, 466:9, 466:23, 466:24, 466:25, 468:3, 468:17, 468:18, 469:1, 469:2, 469:17, 469:19, 469:20, 469:21, 470:5, 470:10, 470:11, 470:12, 470:22, 470:24, 471:1, 471:2, 472:9, 472:13, 473:1, 473:6, 473:10,

473:15, 473:18, 473:19, 473:23, 474:24, 476:8, 477:5, 477:9, 477:20, 477:23, 478:2, 478:9, 478:15, 479:5, 479:13, 479:15, 479:17, 479:21, 480:4, 480:7, 480:15, 480:23, 481:3, 481:7, 481:9, 481:11, 482:4, 483:16, 483:23, 484:1, 484:4, 484:13, 484:14, 486:5, 486:19, 486:21, 487:13, 487:14, 487:17, 487:18, 487:20

**wasn't** - 262:8, 360:11, 361:22, 362:13, 409:17, 416:6, 423:23, 452:4

**watch** - 396:4

**watching** - 430:16

**watts** - 414:23, 416:7, 416:8

**Watts** - 349:8, 415:14, 415:17, 416:3

**way** - 254:22, 258:9, 258:21, 259:25, 275:18, 293:8, 297:8, 300:17, 301:6, 302:6, 303:12, 310:23, 311:2, 311:16, 313:11, 314:14, 314:16, 339:12, 354:18, 356:22, 358:5, 381:18, 385:10, 385:11, 385:13, 385:14, 386:24, 401:5, 416:25, 424:21, 431:18, 431:19, 435:7, 438:12, 439:9, 445:2, 445:10, 445:15, 461:24, 482:4, 484:8

**ways** - 305:22, 354:17, 354:20, 355:23, 369:14, 385:20, 408:7

**we** - 253:10, 253:20, 254:8, 254:13, 254:14, 255:25, 256:12, 260:15, 264:4, 264:16, 270:17, 274:4, 274:6, 274:7, 274:8, 274:10, 274:11, 274:12, 278:4, 278:5, 281:17, 284:18, 285:16, 299:12, 321:16, 322:10, 326:21, 330:5, 330:11, 333:6, 334:11, 338:19, 341:20, 373:22, 375:4, 376:3, 377:25, 379:3, 379:13, 389:23, 389:25, 391:2, 393:12, 396:16, 400:5, 400:24, 401:2, 411:11, 411:12, 411:13, 414:22, 414:24, 415:3, 424:22, 425:15, 427:10, 428:4, 430:16, 431:6, 432:21, 439:3, 444:5, 449:19, 453:12, 453:13, 454:13, 456:21, 456:22, 474:5, 486:4, 486:23, 487:6, 487:10, 488:7, 488:8, 489:18, 490:2, 490:13

**We** - 253:4, 254:10, 254:16, 256:15, 256:22, 263:23, 329:9, 330:5, 335:16, 367:1, 373:12, 376:19, 382:20, 382:21, 391:15, 399:8, 408:24, 415:3, 425:7, 427:18, 427:22, 428:1, 430:17, 431:5, 432:19, 432:20, 440:23, 441:1, 448:14, 449:20, 450:23, 451:3, 472:14, 488:25, 489:10, 490:11, 491:3, 491:8, 491:10

**We'd** - 489:13

**We'll** - 334:16, 363:16, 365:14, 375:13, 475:2

**we'll** - 256:7, 256:9, 257:14, 264:1, 485:6

**we're** - 253:14, 255:23, 257:11, 258:4, 262:14, 270:14, 274:22

**We're** - 321:24, 356:14, 414:20, 414:21

**weak** - 268:2

**wearing** - 370:25, 426:17

**weather** - 278:1

**wedding** - 328:9

**weddings** - 278:3, 304:25, 321:16, 325:25, 378:16, 452:13, 452:24, 453:5, 453:11, 453:14, 453:16, 453:19, 476:11

**Weddings** - 452:12

**wedlock** - 390:16

**week** - 324:5, 377:19, 406:9, 408:12, 409:9, 409:10, 412:17, 412:18, 412:20, 412:25, 414:5, 417:20, 426:5, 427:11, 476:18, 480:20, 491:1

**weekly** - 271:22, 378:18

**Weekly** - 417:17

**weeks** - 266:8, 330:4

**weight** - 488:13

**Weinstein** - 252:9

**Well** - 255:8, 265:7, 275:13, 277:3, 278:14, 281:3, 281:14, 290:20, 292:7, 294:9, 294:21, 297:10, 301:5, 303:6,

304:11, 304:19, 305:12, 306:16, 309:19, 310:10, 311:19, 312:4, 321:8, 324:8, 359:4, 369:5, 382:1, 383:21, 404:11, 411:8, 431:10, 434:6, 440:11, 449:19, 489:24

**well** - 253:21, 254:11, 257:13, 266:21, 287:3, 355:18, 362:12, 384:1, 405:5, 429:11, 490:10

**well-known** - 405:5

**went** - 271:11, 353:4, 377:23, 377:24, 378:18, 379:24, 398:6, 414:20, 414:22, 415:3, 416:14, 416:15, 425:15, 426:14, 426:15, 427:16, 428:5, 428:7, 430:3, 432:19, 432:23, 440:23, 447:4, 447:15, 448:19, 453:1, 453:2, 479:19, 481:5, 481:6

**were** - 257:8, 257:9, 257:16, 257:20, 260:3, 262:10, 262:16, 265:3, 265:19, 266:1, 267:9, 267:12, 267:23, 271:23, 272:2, 272:15, 284:15, 284:16, 291:8, 301:6, 303:2, 318:6, 324:25, 325:1, 325:5, 332:18, 332:21, 332:22, 333:4, 333:18, 334:8, 338:12, 339:12, 346:4, 354:8, 354:10, 354:11, 354:13, 355:1, 355:2, 355:5, 356:1, 360:9, 371:21, 372:3, 372:4, 374:5, 377:7, 377:8, 377:10, 378:22, 378:23, 378:25, 379:3, 379:4, 379:10, 379:11, 379:20, 380:2, 380:7, 380:12, 380:19, 381:5, 381:6, 381:16, 382:16, 382:17, 382:22, 382:23, 386:6, 388:2, 390:23, 391:15, 392:8, 392:22, 394:19, 395:11, 395:22, 395:23, 396:4, 396:14, 397:9, 399:11, 399:23, 400:6, 403:3, 403:14, 404:15, 404:25, 405:5, 406:10, 406:20, 407:4, 407:24, 408:2, 408:3, 408:24, 410:8, 411:8, 412:10, 412:16, 412:17, 413:21, 413:22, 413:24, 414:9, 414:12, 415:21, 416:11, 416:18, 416:21, 417:13, 418:10, 419:16, 419:19, 419:21, 420:15, 421:8, 426:3, 427:21, 427:23, 428:4, 428:5, 429:20, 430:6, 430:7, 432:21, 432:24, 433:3, 433:9, 433:22, 434:6, 434:13, 440:8, 440:11, 440:12, 441:1, 443:6, 447:16, 448:10, 448:11, 451:1, 451:3, 451:16, 451:17, 451:19, 452:15, 452:16, 453:3, 453:9, 454:14, 456:17, 456:21, 460:12, 461:10, 466:4, 467:4, 468:22, 471:17, 472:6, 473:5, 473:7, 473:9, 473:13, 474:24, 475:12, 475:14, 475:17, 475:19, 476:22, 482:3, 482:4, 486:13, 486:21, 490:1

**Were** - 333:18, 393:21, 399:4, 403:12, 406:19, 408:21, 411:15, 422:25, 447:22, 448:13, 469:6, 472:6, 473:16

**weren't** - 434:7, 434:16

**West** - 285:11

**whack** - 317:12, 368:1

**what** - 256:9, 256:10, 258:1, 260:21, 260:22, 262:10, 266:16, 266:20, 266:23, 268:13, 274:7, 274:8, 274:12, 274:22, 275:5, 275:14, 276:2, 276:5, 276:14, 277:12, 278:20, 280:6, 282:23, 283:12, 285:21, 287:11, 289:7, 291:12, 293:9, 297:8, 298:23, 299:15, 305:3, 305:19, 307:19, 309:22, 310:12, 311:20, 313:23, 317:15, 319:25, 320:22, 333:13, 353:20, 353:21, 353:25, 357:9, 358:10, 359:4, 359:23, 360:19, 361:3, 361:25, 366:22, 369:11, 374:19, 374:22, 375:3, 378:21, 382:1, 382:15, 383:7, 383:20, 384:2, 385:18, 385:21, 385:25, 388:13, 391:14, 393:9, 397:21, 400:18, 406:22, 407:13, 407:19, 408:12, 408:17, 409:4, 410:22, 412:6, 413:8, 413:12, 418:5, 420:2, 420:14, 427:14, 431:7, 434:8, 435:25, 438:8, 439:15, 439:17, 440:21, 444:20, 451:1, 459:25, 460:17, 461:6, 467:8, 467:14, 468:6, 468:9, 470:8, 470:15,

**What** - 253:9, 258:8, 268:13, 270:9, 270:19, 271:3, 271:19, 272:6, 272:17, 275:12, 275:20, 276:9, 279:18, 280:1, 283:25, 284:6, 284:20, 285:10, 285:24, 287:12, 287:15, 287:21, 287:24, 291:16, 291:24, 292:5, 292:11, 293:17, 294:4, 294:16, 294:24, 296:1, 297:5, 301:12, 301:21, 302:3, 302:14, 304:18, 306:23, 309:18, 311:2, 311:18, 312:5, 314:8, 314:21, 314:25, 315:12, 316:5, 316:9, 317:4, 317:11, 317:25, 318:3, 319:2, 319:8, 321:15, 323:6, 323:18, 324:23, 325:11, 333:23, 344:10, 353:21, 382:11, 384:25, 386:18, 386:22, 387:23, 387:25, 388:13, 388:23, 389:20, 390:17, 392:10, 392:20, 392:23, 392:25, 394:3, 395:17, 395:22, 397:11, 397:17, 397:19, 398:8, 400:3, 400:8, 401:23, 402:3, 402:14, 403:1, 403:5, 403:7, 403:23, 404:4, 404:15, 404:19, 404:21, 406:4, 406:7, 406:12, 408:2, 409:19, 412:2, 413:5, 414:17, 415:15, 415:23, 418:12, 418:13, 418:21, 419:10, 420:5, 421:16, 421:18, 421:19, 421:24, 422:11, 423:13, 426:12, 426:17, 426:20, 426:24, 427:5, 427:17, 428:3, 429:8, 429:22, 430:4, 431:8, 432:18, 433:6, 433:9, 434:1, 434:23, 435:24, 436:8, 436:11, 436:25, 438:18, 440:7, 440:25, 444:23, 445:3, 445:20, 445:25, 449:25, 450:8, 450:16, 450:20, 452:2, 453:23, 453:25, 454:5, 455:12, 456:24, 457:1, 459:1, 459:11, 459:18, 460:6, 461:14, 462:6, 462:22, 463:25, 466:16, 468:13, 468:17, 469:1, 469:19, 475:16, 475:18, 477:9, 478:9, 478:16, 479:13, 479:16, 479:18, 481:9, 482:5, 482:7, 483:23, 484:4, 485:15, 486:2

**what's** - 261:1, 267:3, 274:2, 274:13, 280:18, 394:11, 395:13, 398:10, 422:23, 477:7

**What's** - 277:2, 278:24, 280:7, 280:15, 285:3, 289:4, 289:10, 315:7, 389:18, 427:9, 428:24, 429:16, 451:9, 455:5, 457:6, 457:22, 458:3, 458:9

**whatever** - 289:13, 303:17, 310:2, 314:23, 384:7, 396:4, 398:2, 422:2, 432:21, 434:25, 435:8, 435:9, 439:14, 448:15, 465:9

**Whatever**- 412:7

**when** - 257:12, 259:14, 261:17, 265:22, 268:8, 269:5, 272:25, 275:20, 276:10, 276:16, 276:23, 277:5, 277:20, 281:3, 281:16, 286:16, 289:14, 289:21, 293:12, 299:4, 299:18, 303:20, 305:5, 306:7, 306:16, 309:22, 313:13, 313:14, 315:2, 322:20, 323:4, 323:15, 324:3, 324:25, 325:8, 326:24, 329:24, 330:11, 333:18, 333:20, 354:8, 354:10, 355:1, 355:20, 356:2, 360:13, 361:3, 365:6, 365:8, 365:14, 367:25, 374:24, 375:17, 377:13, 377:23, 379:3, 382:10, 383:8, 383:9, 384:12, 384:18, 384:19, 392:8, 395:11, 395:20, 395:22, 396:14, 397:9, 397:21, 399:23, 403:14, 403:18, 403:21, 404:9, 407:8, 407:9, 409:7, 411:8, 418:6, 418:19, 426:9, 426:14, 426:15, 427:17, 429:20, 431:5, 431:22, 432:4, 433:16, 434:25, 436:14, 440:3, 440:25, 445:10, 445:16, 446:14, 449:17, 449:22, 451:11, 451:22, 455:18, 456:4, 456:24, 457:9, 460:12, 463:2, 464:10, 469:14, 470:19, 470:20, 472:21, 472:24, 474:12, 474:23, 475:21, 477:4, 477:5, 477:9, 478:2, 478:24, 480:21, 483:14, 489:10, 490:20

**When** - 261:10, 266:18, 271:1, 276:2, 278:15, 279:22, 284:14, 291:20, 297:17, 297:18, 303:15, 305:18, 317:18, 320:18, 323:25, 325:5, 329:25, 358:4, 366:16, 369:15, 369:23, 377:15, 390:5, 390:7, 391:5, 393:8, 393:12, 395:19, 398:15, 398:16, 399:11, 400:6, 404:25, 406:17, 407:19, 411:5, 412:6, 413:21, 415:10, 418:5, 421:6, 424:22, 426:1, 426:3, 433:1, 447:11, 450:4, 450:14, 450:18, 452:15, 454:8, 456:7, 456:14, 456:21, 457:12, 457:14, 460:8, 460:9, 464:3, 464:9, 471:7, 475:5, 476:14, 482:3, 482:24, 484:14, 489:8

**whenever** - 466:24

**Where** - 270:12, 270:17, 276:16, 283:15, 284:9, 299:11, 391:17, 409:6, 410:8, 412:11, 419:16, 427:7, 430:7, 447:9, 447:18, 460:8, 464:3, 476:19, 477:21, 483:6, 483:20

**where** - 272:20, 275:6, 275:7, 276:20, 276:21, 276:23, 277:25, 278:3, 281:5, 283:18, 293:6, 301:7, 309:10, 320:6, 326:24, 338:9, 338:10, 339:11, 343:12, 345:4, 356:10, 356:12, 361:19, 362:3, 368:2, 378:19, 382:2, 382:16, 382:17, 382:21, 382:22, 383:13, 396:15, 406:25, 409:23, 416:20, 419:16, 427:10, 430:10, 440:24, 447:15, 463:6, 467:2, 470:19, 470:25, 472:12, 482:1, 490:3

**Wherever** - 276:18

**wherever** - 299:13, 401:11, 452:22

**whether** - 254:23, 254:25, 267:18, 267:22, 274:6, 306:10, 317:21, 319:10, 357:15, 366:18, 384:15, 435:8, 435:24, 487:24, 488:14, 488:20

**Whether** - 256:6

**Which** - 389:13, 401:17, 430:13, 448:16, 476:24

**which** - 262:9, 265:14, 268:10, 288:11, 291:7, 295:21, 300:1, 300:4, 302:8, 305:14, 309:19, 311:22, 313:7, 314:8, 321:18, 332:17, 342:1, 361:1, 362:15, 363:19, 371:21, 374:12, 401:24, 404:2, 404:7, 411:10, 420:22, 421:16, 430:21, 431:11, 447:5, 454:17, 456:14, 472:24, 477:22, 485:3, 486:14, 491:1, 491:3

**whichever** - 300:24

**while** - 253:14, 254:18, 260:6, 268:6, 272:15, 291:12, 325:17, 402:1, 440:7

**While** - 289:11, 407:4, 412:16

**white** - 336:6, 337:1, 341:20, 385:9

**Who** - 319:19, 332:21, 338:13, 362:9, 364:16, 388:7, 391:3, 391:19, 392:15, 392:17, 398:4, 402:7, 402:18, 407:7, 410:13, 410:23, 413:13, 413:24, 415:19, 417:25, 418:17, 418:23, 419:6, 419:21, 420:3, 420:8, 420:10, 421:3, 421:14, 423:11, 427:21, 427:23, 428:20, 429:3, 429:6, 429:14, 439:19, 448:19, 451:19, 454:25, 457:18, 460:8, 462:2, 462:13, 464:3, 464:14, 472:9, 475:10, 477:4, 477:19, 478:7, 481:7

**who** - 253:24, 254:6, 257:23, 260:12, 261:6, 262:16, 263:13, 263:15, 263:21, 265:10, 265:13, 266:1, 268:11, 269:16, 277:18, 277:19, 285:5, 287:2, 288:6, 295:3, 295:4, 298:18, 298:20, 298:23, 300:19, 307:12, 307:15, 311:13, 313:1, 318:17, 321:4, 322:22, 325:13, 326:24, 332:18, 332:24, 334:8, 334:18, 338:10, 340:20, 341:18, 344:16, 350:2, 354:21, 354:22, 355:22, 356:15, 359:11, 360:9, 367:7, 368:20, 369:1, 370:3, 370:4, 370:13, 370:18, 371:14, 371:19, 371:24, 373:6, 373:7, 374:16, 374:25, 376:11, 384:7, 384:23, 385:13, 388:21, 388:24, 392:1, 392:18, 393:2, 396:19,

**whoever** - 300:11, 300:22

**whole** - 293:23, 393:3, 395:21, 449:20, 474:23

**Whose** - 391:12, 462:10

**whose** - 424:5

**why** - 265:7, 269:14, 299:24, 299:25, 301:2, 302:14, 308:22, 311:9, 321:19, 366:24, 367:17, 371:18, 405:14, 414:25, 415:1, 415:7, 418:15, 430:13, 435:4, 448:3, 456:9, 471:25, 474:24, 476:2, 479:23, 480:1, 480:2, 483:23, 486:13, 486:16, 487:20

**Why**- 255:22, 259:18, 260:3, 277:14, 277:24, 289:25, 294:19, 295:4, 295:14, 299:9, 305:11, 315:23, 321:7, 322:25, 357:12, 388:20, 390:15, 391:1, 392:5, 393:11, 395:4, 396:11, 397:25, 399:6, 400:22, 405:15, 408:23, 414:3, 417:11, 423:3, 424:8, 434:4, 441:7, 441:11, 444:15, 445:9, 446:7, 448:22, 473:9, 473:13, 475:24, 480:24

**wide** - 263:23

**wife** - 390:17, 390:21, 390:23, 391:16, 431:13, 433:10

**wild** - 437:19

**will** - 254:14, 256:22, 258:5, 258:6, 258:10, 258:15, 258:24, 259:3, 260:12, 260:17, 261:8, 261:23, 262:6, 262:12, 262:16, 262:18, 262:19, 262:22, 262:23, 263:7, 263:11, 263:17, 263:21, 263:22, 263:23, 264:4, 264:5, 264:8, 265:15, 266:3, 266:7, 266:13, 267:13, 267:14, 267:16, 267:17, 267:21, 268:3, 268:23, 269:7, 269:8, 280:16, 280:23, 287:19, 289:6, 298:13, 300:13, 300:22, 300:23, 303:6, 306:3, 308:4, 308:24, 310:13, 310:20, 311:24, 312:8, 314:11, 319:4, 319:16, 320:9, 320:10, 329:23, 330:8, 334:18, 334:22, 335:16, 357:22, 357:23, 365:8, 365:17, 367:3, 367:25, 368:1, 371:19, 387:5, 405:24, 419:4, 434:19, 436:4, 436:19, 446:9, 448:2, 471:8, 474:15, 479:4, 481:2, 481:17, 482:21, 484:8, 484:16, 484:21, 486:5, 487:10, 488:8, 488:10, 488:25, 489:4, 489:14, 489:18, 490:11, 490:13, 490:14, 491:6, 491:8, 491:13

**Will** - 256:20

**William** - 339:2, 342:20

**willing** - 295:19, 300:3, 300:5, 301:11, 301:13, 491:1

**win** - 412:18, 435:4

**window** - 393:14

**windows** - 399:18, 399:19

**wink** - 434:12

**wiretap** - 277:10, 277:12

**wiretaps** - 273:21

**wise** - 261:5, 287:18, 404:6, 441:18, 444:20

**Wiseguy** - 426:25

**wiseguy** - 438:25, 442:7, 442:8, 443:5, 482:12, 485:2

**wiseguys** - 439:1

**wish** - 330:7, 330:12

**wishes** - 314:23

**With** - 285:12, 291:6, 325:7, 360:8, 365:23, 371:7, 377:9, 464:5, 479:9,

488:12

**with** - 255:1, 257:21, 259:21, 260:6, 261:7, 261:20, 261:22, 262:4, 262:20, 263:25, 265:22, 268:10, 269:7, 269:15, 272:19, 273:13, 274:1, 275:10, 275:17, 275:21, 276:25, 277:17, 277:19, 278:17, 278:21, 279:1, 279:3, 279:8, 279:13, 280:4, 280:10, 280:24, 281:25, 282:1, 282:5, 282:11, 282:17, 282:19, 286:5, 287:3, 288:1, 288:8, 288:10, 290:1, 290:5, 291:21, 292:17, 292:24, 294:22, 295:17, 302:1, 302:19, 302:25, 303:11, 303:14, 303:16, 303:17, 303:21, 304:2, 304:6, 304:7, 304:21, 306:23, 307:1, 307:3, 307:7, 307:9, 308:14, 309:8, 310:10, 310:16, 311:9, 312:14, 312:16, 312:21, 313:4, 313:17, 313:19, 313:24, 314:23, 315:20, 316:1, 316:3, 316:7, 316:24, 317:2, 317:25, 318:2, 318:8, 322:11, 323:10, 323:12, 325:6, 325:13, 326:6, 326:14, 332:19, 332:20, 332:23, 332:25, 334:9, 336:5, 338:11, 341:19, 341:21, 342:10, 343:2, 353:2, 353:7, 353:14, 354:22, 355:8, 355:12, 356:22, 356:25, 358:1, 358:11, 359:12, 360:6, 360:8, 361:3, 361:13, 361:17, 362:1, 362:19, 363:3, 363:6, 365:1, 365:18, 366:21, 367:24, 368:23, 368:24, 369:10, 369:15, 369:21, 370:3, 370:4, 370:21, 370:22, 371:4, 371:6, 373:7, 373:13, 375:3, 376:11, 382:4, 383:2, 383:5, 386:7, 386:10, 386:14, 387:21, 388:10, 389:15, 389:25, 390:5, 390:21, 391:19, 393:16, 395:18, 396:19, 395:22, 396:13, 398:7, 399:5, 399:20, 401:24, 402:3, 403:12, 403:25, 404:23, 405:1, 406:19, 407:17, 407:19, 409:24, 411:23, 413:4, 413:8, 416:15, 416:24, 417:2, 417:18, 418:19, 419:15, 422:1, 422:5, 422:6, 422:10, 423:15, 423:17, 424:18, 426:17, 427:21, 427:23, 429:20, 429:22, 430:21, 432:12, 432:14, 432:16, 433:10, 433:11, 434:12, 435:3, 435:4, 437:14, 438:10, 438:15, 438:19, 438:20, 439:2, 439:5, 439:8, 439:21, 444:13, 446:19, 446:21, 446:22, 446:24, 447:3, 447:6, 449:9, 450:12, 450:24, 451:1, 451:9, 451:20, 452:9, 452:21, 453:21, 454:3, 454:7, 454:8, 454:21, 455:13, 456:11, 456:12, 456:17, 456:19, 458:15, 459:1, 459:4, 459:5, 459:8, 459:16, 460:4, 460:12, 460:25, 461:18, 462:14, 464:9, 464:19, 464:25, 466:3, 466:10, 466:21, 467:4, 467:19, 468:2, 468:4, 470:3, 470:18, 471:10, 471:13, 472:11, 472:12, 473:20, 473:25, 474:18, 475:20, 476:10, 477:4, 477:5, 477:11, 477:15, 478:12, 478:17, 478:25, 479:8, 480:11, 480:13, 482:1, 482:24, 486:6, 486:20, 487:6, 487:22, 488:7, 490:4, 490:7, 490:9, 490:19, 490:20, 490:25

**withdraw** - 254:22, 445:18, 445:20, 445:23

**withdrawal** - 254:17, 256:3

**withdrew** - 254:18, 255:5, 256:4

**within** - 284:16, 286:14, 287:2, 309:13, 313:13, 315:24, 316:12, 320:11, 362:12, 373:21, 393:21, 405:5, 416:4, 438:16, 443:10, 459:21, 479:13, 483:4, 483:18, 484:12, 488:20

**Without** - 283:12, 467:14

**without** - 297:15, 315:15, 318:15, 318:17, 318:21, 356:12, 373:5, 373:17, 382:25, 385:16, 385:23, 385:24, 401:10, 402:9, 402:22, 433:15, 433:20, 435:15, 440:17, 474:25

**Witness** - 269:24, 337:16, 376:11, 387:6, 387:14, 391:7, 391:10, 425:9, 464:8, 468:18, 468:20, 468:24, 469:2,

469:4, 469:8, 471:6, 473:10, 473:12, 485:13, 492:2

**witness** - 254:19, 254:20, 255:1, 255:12, 255:14, 255:22, 255:23, 262:22, 266:24, 269:18, 280:8, 280:9, 281:4, 322:11, 352:17, 357:22, 358:21, 361:1, 363:8, 363:9, 363:11, 365:10, 365:15, 376:10, 376:15, 387:7, 416:9, 471:17, 485:11, 486:5, 486:11, 489:23, 490:21

**witness'** - 357:9, 419:1, 479:2, 490:9, 490:25

**witnessed** - 361:22

**witnesses** - 254:14, 256:18, 256:20, 257:3, 262:25, 263:4, 263:12, 263:13, 263:15, 266:2, 266:12, 267:3, 267:7, 268:17, 268:24, 269:6, 278:22, 280:3, 280:7, 280:19, 280:23, 281:11, 281:16, 281:20, 281:23, 330:1, 335:17, 354:16, 355:12, 355:22, 356:14, 360:10, 363:18, 365:7, 490:20, 491:3

**wives** - 306:23

**wolf** - 362:20

**wolves** - 362:21

**woman's** - 450:2

**won** - 406:14

**won't** - 275:24, 303:24, 310:14

**wondering** - 376:12

**word** - 389:5, 393:24

**words** - 276:3, 284:7, 355:7, 431:1, 431:7, 432:21, 439:21, 442:7

**wore** - 437:16

**work** - 258:14, 310:12, 365:8, 378:23, 388:22, 388:25, 401:21, 402:12, 402:20, 403:12, 411:12, 414:7, 414:16, 414:17, 414:21, 415:2, 415:10, 416:19, 423:21, 439:9, 439:10, 444:11, 466:11, 475:20, 479:17, 485:1, 491:13

**worked** - 253:24, 254:5, 258:13, 354:2, 401:25, 402:1, 402:13, 402:14, 402:25, 408:8

**worker** - 484:13, 484:14, 487:18

**working** - 365:17, 409:7, 413:21, 413:22

**works** - 443:20

**world** - 262:15, 290:18, 290:22, 315:24, 317:24, 320:11, 406:22, 407:13, 441:13

**World** - 259:17, 463:7

**worlds** - 368:12, 373:22

**worse** - 384:16

**worst** - 309:19

**Would** - 304:13, 307:12, 308:15, 310:6, 386:16, 402:22, 450:6, 469:24, 481:19

**would** - 253:17, 254:5, 254:10, 254:13, 254:21, 254:23, 257:19, 262:10, 268:17, 274:18, 276:1, 276:18, 286:6, 294:10, 295:14, 300:2, 302:6, 302:7, 302:12, 303:14, 304:21, 311:2, 312:5, 312:9, 312:24, 313:23, 315:12, 320:23, 322:1, 324:9, 330:20, 338:13, 344:21, 345:4, 353:4, 354:12, 355:9, 355:14, 355:17, 355:24, 360:4, 366:23, 371:18, 371:23, 371:24, 372:13, 373:3, 373:13, 373:14, 374:1, 374:6, 374:10, 374:11, 375:4, 375:5, 375:8, 375:25, 377:16, 377:19, 377:20, 378:19, 378:20, 378:21, 379:7, 380:16, 380:17, 382:9, 383:7, 383:20, 384:11, 384:23, 385:4, 385:5, 385:7, 385:25, 386:6, 393:12, 394:4, 394:14, 394:25, 395:7, 395:25, 396:2, 396:3, 397:4, 397:9, 399:2, 399:15, 399:17, 399:18, 399:20, 403:2, 403:3, 403:9, 404:16, 405:14, 405:15, 406:14, 406:15, 407:17, 407:18, 408:12, 409:7, 409:10, 409:12, 409:17, 409:21, 409:23, 410:17, 410:19, 411:3, 411:7, 411:11, 411:12, 411:13, 411:24, 412:21, 412:22,

417:14, 417:16, 420:23, 422:9, 424:3, 424:24, 425:23, 426:6, 426:10, 426:11, 426:12, 434:3, 436:23, 436:25, 444:6, 444:15, 444:23, 445:25, 446:5, 447:9, 447:12, 448:6, 449:12, 449:13, 452:5, 453:13, 453:23, 454:16, 454:18, 456:2, 456:22, 460:10, 460:17, 463:9, 464:11, 467:18, 470:3, 470:7, 473:14, 473:18, 476:19, 477:1, 477:21, 477:22, 477:24, 478:2, 478:3, 481:5, 481:23, 485:4, 486:23, 489:10, 490:18, 491:3

**wouldn't** - 372:4, 384:23, 417:2, 453:15

**wound** - 402:8

**write** - 360:14, 360:19, 360:25

**written** - 360:22, 487:5

**wrong** - 482:10

# X

**X** - 252:2, 252:7

# Y

**Y** - 420:10

**Yaotti** - 327:8

**yard** - 395:24, 477:15

**yeah** - 404:11, 405:7, 415:1, 416:5, 431:21, 432:1, 437:21, 467:1

**Yeah** - 399:16, 402:13, 408:11, 418:9, 418:16, 474:11, 478:2, 479:1

**year** - 298:21, 298:25, 299:3, 408:12, 468:24

**Year's** - 448:17

**years** - 423:20

**years** - 254:20, 259:14, 264:1, 264:6, 264:20, 264:25, 265:8, 270:8, 271:7, 282:23, 290:10, 290:21, 297:13, 299:1, 299:18, 301:7, 301:21, 316:2, 320:4, 340:13, 344:15, 353:8, 353:14, 366:5, 367:22, 370:11, 371:3, 377:11, 377:15, 379:11, 379:16, 380:3, 380:8, 390:22, 408:3, 414:9, 434:6, 460:16, 468:23, 468:24, 474:8, 475:12, 485:18, 488:7, 488:13

**yell** - 408:20, 478:3

**yelled** - 408:18

**yes** - 275:11, 295:20, 300:5, 321:14, 325:4, 326:11, 332:23, 340:13, 353:11, 353:21, 354:17, 354:20, 354:24, 354:25, 355:23, 356:7, 356:9, 356:24, 358:18, 359:15, 359:17, 363:10, 366:4, 366:12, 368:4, 368:6, 368:13, 368:16, 372:6, 373:1, 378:6, 379:23, 380:4, 380:9, 381:20, 382:25, 408:1, 414:2, 418:12, 430:14, 430:15, 430:20, 443:25, 452:10, 463:16, 464:21, 466:4, 474:11

**Yes** - 253:11, 253:16, 253:19, 256:22, 264:12, 271:2, 271:10, 272:16, 272:21, 273:4, 273:9, 273:14, 273:19, 273:23, 274:4, 274:15, 274:17, 275:3, 276:8, 278:11, 278:19, 279:14, 279:17, 281:12, 281:21, 282:2, 282:4, 282:7, 282:10, 282:13, 282:16, 282:18, 282:22, 283:6, 283:19, 283:22, 283:24, 284:5, 284:13, 285:2, 285:9, 285:14, 285:19, 285:23, 286:3, 289:3, 289:22, 291:6, 291:15, 291:23, 292:4, 292:21, 294:3, 294:15, 295:11, 295:13, 295:23, 295:25, 297:4, 297:16, 297:24, 298:4, 298:22, 299:6, 299:17, 300:21, 301:3, 301:17, 301:19, 302:2, 302:12, 302:24, 303:1, 303:4, 304:9, 304:15, 305:2, 305:10, 306:9, 307:5, 307:14, 308:1, 308:5, 308:16, 308:19, 308:21, 309:3, 309:17, 310:8, 310:18, 310:21, 310:25, 311:1, 311:14, 311:17, 312:15, 312:20, 313:2, 313:5, 314:5, 314:7, 314:13, 315:4, 315:6, 315:11, 315:16,

315:22, 316:4, 316:8, 316:16, 316:18, 317:3, 317:10, 317:17, 318:11, 318:21, 318:22, 318:23, 319:1, 320:1, 320:17, 321:1, 322:9, 323:5, 323:9, 323:11, 323:14, 323:17, 323:21, 323:24, 324:22, 325:2, 325:10, 325:15, 325:19, 325:21, 325:23, 326:2, 326:4, 326:6, 326:8, 326:11, 326:13, 326:16, 327:1, 333:10, 333:12, 333:17, 333:22, 334:2, 334:5, 334:7, 334:10, 337:2, 337:9, 337:18, 338:17, 338:24, 339:8, 339:17, 340:6, 340:22, 341:22, 342:12, 343:3, 343:14, 344:9, 344:14, 344:17, 344:20, 344:23, 345:11, 345:13, 346:2, 346:13, 350:4, 350:9, 351:4, 353:6, 353:9, 353:13, 355:11, 355:16, 357:4, 358:7, 358:9, 358:22, 362:8, 363:4, 363:6, 363:21, 364:2, 364:10, 364:12, 364:14, 366:10, 367:15, 367:19, 368:18, 369:25, 370:5, 372:22, 373:20, 373:24, 375:9, 375:24, 376:6, 378:11, 378:13, 379:1, 379:3, 379:12, 380:1, 381:4, 381:17, 381:22, 383:12, 383:17, 383:22, 384:2, 385:6, 385:12, 386:15, 386:17, 386:19, 386:21, 386:23, 387:17, 387:22, 388:3, 388:6, 388:10, 388:12, 388:17, 389:3, 389:5, 389:8, 389:17, 390:2, 390:12, 390:22, 391:9, 393:20, 393:23, 394:2, 394:7, 394:16, 394:23, 396:8, 396:10, 396:22, 397:4, 397:10, 397:16, 399:5, 400:2, 400:7, 400:13, 400:21, 401:7, 401:16, 401:22, 402:21, 403:13, 403:17, 403:20, 406:3, 406:21, 407:12, 408:8, 408:22, 409:15, 410:5, 410:12, 411:16, 411:19, 411:22, 414:11, 415:11, 416:13, 417:4, 418:12, 419:20, 420:22, 421:10, 421:13, 421:21, 422:17, 423:9, 424:7, 424:15, 424:16, 425:22, 425:25, 426:8, 427:4, 427:13, 428:14, 428:19, 431:17, 432:9, 434:2, 435:13, 435:25, 436:19, 436:22, 437:7, 438:1, 438:17, 441:10, 443:14, 443:18, 444:3, 444:10, 446:3, 447:8, 447:24, 448:12, 448:14, 449:2, 449:12, 449:24, 450:7, 450:13, 450:23, 450:25, 451:8, 451:13, 452:19, 453:20, 453:22, 454:4, 454:10, 454:24, 455:10, 455:20, 456:6, 456:10, 457:11, 458:25, 459:10, 459:17, 459:24, 460:2, 460:5, 460:13, 460:24, 461:2, 461:8, 461:11, 461:13, 463:17, 463:24, 464:13, 464:18, 465:9, 467:5, 467:10, 467:20, 467:23, 468:7, 468:12, 469:23, 469:25, 470:10, 470:14, 470:22, 471:19, 472:8, 472:13, 472:17, 473:2, 474:16, 474:19, 474:22, 475:4, 475:13, 475:15, 475:23, 476:5, 477:18, 479:10, 480:17, 480:23, 482:18, 483:5, 483:19, 484:13, 485:1, 485:5, 486:25, 490:14
**yet** - 365:20
**York** - 252:1, 252:5, 252:16, 252:18, 252:20, 252:22, 260:10, 270:11, 270:12, 270:14, 270:23, 271:11, 272:7, 284:17, 284:20, 285:12, 287:3, 290:6, 291:4, 291:9, 371:4, 379:4, 381:11, 382:12, 382:19, 393:4, 397:6, 454:6
**York-based** - 284:20
**You** - 255:2, 257:24, 258:24, 260:17, 262:6, 262:16, 262:19, 266:13, 266:16, 267:18, 270:1, 274:23, 274:24, 277:14, 280:2, 280:3, 280:4, 281:1, 281:20, 284:22, 284:25, 285:7, 286:3, 286:10, 288:15, 288:23, 290:2, 290:4, 294:13, 294:19, 295:3, 296:2, 298:24, 299:1, 301:1, 301:10, 301:20, 302:12, 303:11, 303:20, 303:25, 304:1, 304:16, 304:24, 305:23, 306:7, 306:13, 307:2, 307:8, 308:4, 308:24, 311:24, 312:2, 312:13, 315:1, 315:8, 315:14, 317:12, 318:3, 319:10, 319:18, 319:24, 320:15,

320:21, 321:6, 321:9, 326:25, 330:8, 336:6, 344:3, 345:5, 345:10, 345:12, 350:2, 352:10, 352:11, 353:4, 353:10, 353:25, 354:8, 354:10, 354:13, 360:17, 361:5, 361:15, 368:8, 368:17, 368:19, 370:1, 370:7, 381:18, 382:9, 383:4, 383:7, 383:11, 384:11, 384:14, 384:23, 385:7, 385:21, 386:13, 386:24, 387:2, 387:3, 388:2, 394:18, 396:6, 398:4, 398:13, 402:14, 402:25, 405:17, 405:20, 406:10, 406:16, 407:22, 409:19, 412:2, 412:14, 412:24, 413:2, 413:4, 414:17, 415:5, 416:3, 420:14, 420:23, 424:9, 424:20, 429:11, 430:17, 431:5, 431:22, 432:7, 433:10, 433:17, 433:25, 434:2, 434:21, 435:14, 436:22, 437:2, 439:8, 440:15, 440:17, 441:2, 441:12, 441:23, 445:2, 445:5, 446:11, 446:20, 448:22, 450:11, 453:7, 455:15, 456:2, 459:13, 460:20, 462:9, 463:15, 463:22, 464:12, 464:16, 465:2, 465:8, 466:13, 466:21, 469:11, 471:22, 473:3, 473:5, 473:7, 475:14, 476:3, 479:5, 480:11, 480:20, 484:6, 484:23, 491:5, 491:6
**you** - 253:9, 255:4, 255:22, 256:10, 256:22, 257:8, 257:10, 257:12, 257:13, 257:18, 257:22, 258:1, 258:2, 258:3, 259:3, 262:15, 262:23, 263:11, 263:17, 263:22, 263:23, 264:1, 264:4, 264:10, 264:12, 264:15, 264:19, 265:6, 265:9, 266:7, 266:8, 266:11, 266:23, 267:9, 267:12, 267:13, 267:16, 267:17, 267:19, 267:21, 267:24, 268:1, 268:3, 268:19, 268:21, 268:23, 269:4, 269:5, 269:7, 269:8, 269:9, 269:11, 269:17, 270:6, 271:1, 271:6, 271:8, 271:23, 272:4, 272:6, 272:11, 272:15, 272:19, 272:20, 272:24, 273:2, 273:7, 273:12, 273:17, 273:20, 273:24, 274:2, 274:16, 274:18, 275:4, 275:12, 276:1, 276:2, 276:6, 276:16, 276:23, 277:9, 277:12, 277:20, 277:21, 278:7, 278:10, 278:13, 278:15, 278:18, 279:15, 279:20, 279:22, 279:23, 280:1, 280:5, 280:6, 280:7, 281:1, 281:3, 281:11, 281:15, 281:16, 281:19, 281:20, 281:25, 282:5, 282:8, 282:11, 282:14, 282:17, 282:19, 282:24, 283:4, 283:9, 283:12, 283:15, 283:17, 283:20, 283:23, 285:21, 285:22, 286:6, 286:18, 287:4, 287:8, 288:6, 289:7, 289:16, 290:24, 290:25, 291:12, 292:9, 292:11, 292:12, 292:14, 292:15, 292:16, 293:4, 293:6, 293:7, 295:18, 296:4, 296:7, 296:15, 297:2, 297:10, 297:11, 297:22, 297:25, 298:3, 298:17, 298:25, 299:15, 299:17, 299:24, 300:5, 301:2, 301:5, 301:11, 301:13, 301:14, 301:15, 302:4, 302:22, 302:25, 303:2, 303:5, 303:12, 303:15, 303:17, 303:23, 304:5, 304:10, 304:19, 304:22, 304:24, 305:12, 305:13, 305:18, 305:19, 305:24, 306:4, 306:8, 306:9, 306:10, 306:11, 306:14, 306:17, 306:20, 307:3, 307:9, 308:12, 308:14, 309:4, 309:14, 309:19, 309:21, 309:25, 311:5, 311:10, 311:25, 312:13, 312:19, 313:6, 313:7, 313:9, 313:11, 313:12, 313:14, 313:21, 313:23, 314:8, 314:18, 314:19, 315:2, 315:5, 315:7, 315:20, 316:1, 316:3, 316:7, 316:17, 317:2, 317:15, 318:6, 318:10, 318:16, 318:18, 319:25, 320:15,

325:24, 326:1, 326:3, 326:5, 326:14, 326:23, 327:12, 328:6, 329:6, 329:20, 329:21, 329:24, 329:25, 330:1, 330:3, 330:4, 330:6, 330:7, 330:8, 330:9, 330:11, 330:12, 331:6, 332:16, 332:24, 333:3, 333:7, 333:8, 333:11, 333:16, 333:18, 333:20, 333:23, 334:1, 334:8, 334:18, 334:19, 334:23, 338:16, 339:6, 340:4, 340:7, 340:11, 341:18, 342:2, 344:3, 344:5, 344:7, 344:13, 344:15, 344:25, 345:7, 345:8, 345:9, 345:20, 346:15, 350:7, 352:11, 352:19, 352:24, 353:1, 353:4, 353:10, 353:14, 354:4, 354:15, 354:18, 354:22, 356:2, 356:3, 356:10, 356:25, 357:1, 357:5, 357:12, 357:24, 357:25, 358:3, 358:4, 359:9, 360:8, 360:13, 360:14, 360:25, 361:1, 361:12, 361:16, 361:19, 361:25, 362:3, 362:7, 362:15, 362:19, 362:21, 362:23, 362:3, 363:7, 363:11, 364:23, 365:9, 365:12, 365:20, 365:23, 366:23, 367:7, 370:2, 370:4, 371:8, 371:9, 371:12, 372:12, 372:19, 372:20, 373:2, 374:19, 375:10, 375:22, 375:24, 375:25, 376:23, 377:6, 377:11, 377:15, 377:16, 377:23, 378:1, 378:7, 378:9, 378:22, 378:23, 379:17, 379:21, 381:9, 381:18, 382:1, 382:2, 382:4, 382:18, 383:2, 383:3, 383:5, 383:7, 384:12, 384:13, 384:14, 384:15, 384:18, 384:19, 384:20, 384:21, 384:25, 385:1, 385:2, 385:3, 385:4, 385:5, 385:7, 385:9, 385:15, 385:17, 385:18, 385:20, 385:23, 385:24, 386:1, 386:6, 386:9, 386:11, 387:5, 387:20, 387:25, 388:4, 388:7, 388:9, 389:2, 389:7, 389:15, 389:20, 390:1, 390:5, 390:7, 390:9, 390:11, 390:19, 390:21, 390:23, 391:3, 391:5, 391:10, 391:12, 391:17, 391:19, 392:1, 392:3, 392:8, 392:12, 394:8, 394:11, 394:12, 394:19, 394:21, 394:24, 395:11, 395:15, 395:17, 395:19, 395:22, 395:23, 396:19, 397:9, 397:21, 398:10, 398:11, 398:15, 399:2, 399:4, 399:11, 399:14, 399:15, 399:21, 399:23, 400:1, 400:6, 400:10, 400:14, 400:16, 401:2, 401:10, 401:11, 401:15, 401:19, 401:21, 401:23, 402:5, 402:9, 402:12, 402:14, 402:16, 402:20, 402:22, 402:25, 403:7, 403:12, 403:14, 403:18, 404:9, 404:12, 404:14, 404:25, 405:3, 405:5, 405:10, 405:12, 405:14, 405:15, 405:16, 405:20, 406:1, 406:2, 406:16, 406:19, 406:24, 406:25, 407:1, 407:2, 407:3, 407:4, 407:19, 407:20, 407:22, 407:23, 407:24, 408:2, 408:3, 408:6, 408:10, 408:13, 408:15, 408:19, 409:1, 409:6, 409:12, 409:17, 409:19, 409:23, 409:24, 410:3, 410:6, 410:11, 410:13, 410:22, 410:25, 411:5, 411:7, 412:6, 412:16, 412:17, 412:24, 412:25, 413:4, 413:15, 413:17, 413:19, 413:21, 413:22, 413:24, 414:1, 414:9, 414:12, 414:17, 414:21, 414:25, 415:7, 415:10, 415:12, 415:21, 416:9, 416:11, 417:5, 417:9, 417:11, 417:13, 417:14, 417:16, 417:18, 417:25, 418:5, 418:10, 418:15, 419:2, 419:6, 419:13, 419:19, 420:2, 420:8, 420:10, 421:8, 421:19, 422:25, 423:18, 423:21, 423:22, 424:5, 424:9, 424:10, 424:22, 425:7, 425:8, 425:15, 425:20, 426:1, 426:3, 426:6, 427:2, 427:3, 427:5, 427:14, 427:17, 427:21, 427:23, 428:11, 428:12, 428:13, 428:17, 428:20, 429:2, 429:5, 429:13, 429:18, 429:20, 429:22, 430:4, 430:13, 430:14, 430:15, 430:16, 430:17, 430:19, 431:7, 431:10, 431:11, 431:16, 431:19, 431:22, 431:24, 432:2, 432:4, 432:10, 432:11, 432:13, 432:14,

432:16, 432:18, 433:1, 433:8, 433:9,
433:11, 433:14, 433:15, 433:16,
433:17, 433:19, 433:20, 433:23, 434:3,
434:8, 434:13, 434:14, 434:19, 434:24,
434:25, 435:1, 435:2, 435:3, 435:6,
435:7, 435:8, 435:21, 435:23, 435:24,
436:1, 436:5, 436:6, 436:14, 436:18,
436:19, 436:23, 437:3, 437:6, 437:13,
439:11, 439:12, 440:3, 440:10, 440:12,
440:21, 440:25, 441:5, 441:7, 441:20,
442:10, 443:18, 443:19, 443:21,
444:12, 444:13, 444:19, 444:23,
445:10, 445:11, 445:21, 445:22,
445:23, 446:4, 446:14, 446:17, 446:19,
446:20, 446:25, 447:3, 447:6, 447:9,
447:13, 447:15, 447:16, 447:20,
447:22, 447:24, 448:1, 448:3, 448:10,
448:22, 448:25, 449:15, 449:17,
449:22, 450:12, 450:14, 450:18,
450:22, 450:24, 451:1, 451:5, 451:16,
451:17, 451:24, 451:25, 452:5, 452:9,
452:11, 452:15, 452:19, 452:22,
452:24, 453:1, 453:17, 453:21, 454:2,
454:8, 454:9, 454:22, 454:25, 455:2,
456:9, 456:14, 456:16, 456:17, 456:19,
457:3, 457:18, 457:25, 458:6, 458:12,
458:16, 458:22, 458:24, 459:5, 459:8,
459:16, 459:18, 460:3, 460:6, 460:12,
460:14, 460:17, 460:21, 460:25, 461:6,
461:12, 461:14, 461:19, 461:22, 462:2,
462:4, 462:16, 462:19, 463:2, 463:4,
463:6, 463:8, 463:11, 463:13, 463:18,
463:25, 464:7, 464:9, 464:19, 465:3,
464:4, 466:6, 466:16, 466:21, 467:2,
467:4, 467:6, 467:8, 467:14, 467:18,
467:24, 467:25, 468:2, 468:8, 468:13,
468:22, 469:6, 469:11, 469:14, 469:17,
470:1, 470:7, 470:12, 470:15, 470:20,
470:25, 471:2, 471:7, 471:8, 471:9,
472:3, 472:6, 472:11, 472:15, 472:19,
472:21, 473:1, 473:11, 473:13, 473:20,
473:24, 474:10, 474:12, 474:13,
474:17, 474:18, 474:20, 475:5, 475:10,
475:12, 475:16, 475:21, 475:24, 476:3,
476:4, 476:14, 476:17, 476:19, 476:24,
477:1, 477:4, 477:9, 477:14, 477:17,
477:21, 477:24, 478:1, 478:6, 478:12,
478:17, 478:19, 478:24, 479:5, 479:20,
479:23, 479:25, 480:2, 480:7, 480:11,
480:20, 480:21, 480:24, 481:13, 482:3,
482:4, 482:5, 482:9, 482:11, 482:14,
482:16, 482:19, 482:24, 483:1, 483:12,
483:14, 483:15, 484:7, 484:11, 484:14,
485:1, 485:3, 485:15, 486:2, 487:1,
487:3, 487:10, 487:17, 488:24, 489:1,
489:5, 489:9, 489:14, 489:17, 490:3,
490:5, 490:6, 490:7, 490:12, 490:14,
491:12, 491:13
**You'd** - 442:10
**you'd** - 286:11, 486:25
**you'll** - 265:12, 267:4, 275:25, 277:11,
287:17, 302:9, 330:1
**You'll** - 263:12, 263:14, 263:21,
263:24, 277:10, 284:7, 288:17, 288:18,
289:7
**you're** - 257:23, 262:5, 267:10,
274:17, 275:20, 276:23, 278:9, 292:7,
292:8, 299:24, 301:2, 301:14, 303:8,
303:13, 303:16, 303:22, 304:3, 304:19,
304:20, 306:5, 306:7, 306:16, 306:18,
306:25, 307:9, 309:14, 309:20, 309:24,
310:1, 313:10, 313:22, 318:1, 318:2,
318:7, 318:8, 318:16, 356:16, 360:2,
369:5, 369:6, 370:9, 371:9, 371:23,
375:18, 384:19, 401:9, 404:9, 404:13,
405:17, 406:25, 407:1, 407:3, 407:15,
408:24, 414:25, 430:13, 431:6, 431:10,
433:11, 433:12, 433:25, 435:4, 444:11,
471:14, 474:3, 480:5, 482:8, 482:10,
485:17

**You're** - 304:3, 309:6, 309:8, 321:22,
356:22, 359:14, 369:19, 374:15,
375:18, 443:4, 444:11, 482:11, 482:12
**you've** - 271:9, 275:5, 310:2, 317:14,
340:3, 353:7, 353:8, 362:3, 363:19,
366:6, 366:13, 424:11
**young** - 293:2, 293:11, 314:2, 353:16
**younger** - 265:17, 268:14
**Your** - 334:11, 366:17, 394:17,
482:13, 489:10, 489:21
**your** - 253:10, 255:25, 256:15,
256:20, 257:13, 267:14, 267:17, 269:2,
269:4, 269:18, 269:23, 270:9, 270:19,
272:17, 273:2, 278:12, 278:18, 279:24,
281:16, 282:5, 282:11, 282:23, 285:19,
286:2, 289:16, 292:8, 292:15, 293:5,
295:18, 296:3, 296:16, 302:21, 303:13,
303:16, 303:21, 303:22, 303:23, 304:3,
304:13, 305:23, 305:24, 306:1, 306:3,
306:4, 306:5, 306:11, 306:14, 306:16,
306:21, 307:23, 309:8, 309:23, 313:10,
318:5, 318:17, 318:18, 318:19, 323:12,
330:9, 337:14, 339:7, 339:9, 344:8,
344:15, 352:19, 353:4, 353:17, 353:22,
354:6, 354:18, 355:7, 355:12, 358:3,
360:13, 361:14, 361:24, 362:20,
364:25, 365:1, 365:8, 366:5, 367:3,
367:24, 371:3, 372:19, 375:18, 375:19,
375:22, 376:23, 382:1, 384:19, 386:3,
386:9, 386:11, 387:4, 387:13, 387:16,
387:20, 390:13, 390:15, 390:17,
390:21, 390:23, 391:7, 391:22, 391:24,
392:10, 392:12, 392:17, 392:23, 393:5,
393:8, 393:16, 394:5, 394:19, 395:2,
395:4, 395:8, 396:9, 396:20, 397:3,
397:8, 397:9, 399:2, 399:4, 401:21,
402:3, 402:9, 403:1, 403:12, 403:16,
404:15, 405:3, 407:2, 407:3, 410:11,
410:25, 411:3, 411:15, 411:17, 411:21,
413:8, 421:11, 421:16, 423:7, 423:13,
423:22, 424:3, 424:5, 424:6, 424:17,
425:19, 426:23, 427:3, 428:11, 431:4,
431:5, 431:6, 431:8, 431:11, 431:12,
431:13, 432:12, 432:13, 432:14,
433:19, 433:24, 433:25, 434:22,
436:16, 437:3, 439:15, 439:23, 440:7,
445:10, 445:25, 446:4, 446:17, 446:24,
451:2, 451:5, 451:9, 451:11, 451:14,
453:18, 464:22, 465:4, 466:7, 468:17,
470:3, 472:1, 473:16, 473:24, 474:20,
481:22, 482:11, 483:11, 483:23, 484:3,
484:18, 484:24, 485:11, 489:9
**yours** - 269:3
**yourself** - 315:8, 323:20, 330:5,
354:13, 369:6, 405:20
**yourselves** - 265:7
**youth** - 268:11, 268:12

## Z

**Zac** - 396:1, 396:6, 396:23, 398:5,
398:12, 398:15, 399:24, 403:25,
404:17, 405:2, 406:19, 407:8, 407:24,
408:3, 409:8, 410:14, 414:14, 416:13,
417:13, 417:18, 417:21, 421:9, 421:15,
425:23, 447:3, 475:11
**Zac's** - 425:18
**Zaccaria** - 349:10, 398:4, 399:12
**zero** - 482:14
**Zuccaro** - 328:4, 331:5, 331:10,
331:13, 338:1, 338:14, 340:18, 346:16,
346:18, 349:6, 363:2, 363:7, 363:24